**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES,**

**Plaintiff;**

**Case No.: 5:19-CV-05072 TLB**

**vs.**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

---

# MOTION FOR ADMISSION PRO HAC VICE

---

The undersigned, K. Cody Allison, pursuant to Local Rule 83.5(d), respectfully moves this Court for admission to appear *pro hac vice* on behalf of Sherry Woolverton-Jones. and in support thereof respectfully submits the following:

1. Movant, K. Cody Allison, is a member in good standing of the Bar of Tennessee and is admitted to practice law in the highest courts of that state. A certificate of good standing from the Clerk of the United States District Court for the Middle District of Tennessee is attached to this motion as Exhibit A.

2. The movant designates the following attorneys, who are admitted to practice in all courts of the State of Arkansas, as his local counsel with whom the Court and opposing counsel may communicate regarding the conduct of the case:

J. Barrett Deacon
Lauren O. Baber
DEACON LAW FIRM
Po Box 1506
Fayetteville, AR 72702
Phone: (479) 582-5353
Fax: (479) 582-5454
Email: jbdeacon@deaconlawfirm.com
Email: lbaber@deaconlawfirm.com

3. The movant recognizes that he will be subject to the Local Rules and the jurisdiction of this Court in matters of discipline as an attorney in this case.

WHEREFORE, K. Cody Allison requests that he be granted permission to appear *pro hac vice* on behalf of plaintiff Sherry Woolverton-Jones in the above-captioned proceeding.

DATED this 12th day of April, 2019.

Respectfully Submitted,

CODY ALLISON & ASSOCIATES, PLLC

***/s/ K. Cody Allison***

K. Cody Allison, TN BPR # 20623
Parkway Towers
404 James Robertson Pkwy, Ste. #1623
Nashville, Tennessee 37219
Phone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com

DEACON LAW FIRM, PA

***/s/ J. Barrett Deacon***

J. Barrett Deacon, Ark. Bar # 2001201
Deacon Law Firm, PA
100 W. Center Street, Suite 200
Fayetteville, Arkansas 72701
Phone: 479-582-5353
jbdeacon@deaconlawfirm.com

***Attorneys for Plaintiff***