# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

# CERTIFICATE OF GOOD STANDING

I, **VICKI R. KINKADE,** Acting Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**K. CODY ALLISON**

was duly admitted to practice in said Court on

**January 15, 2002**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on February 7, 2019 .

VICKI R. KINKADE, ACTING CLERK

By:

Deputy Clerk