**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES,**

**Plaintiff;**

**Case No.: 5:19-cv-05072-TLB**

**vs.**

**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON,**

**Defendant.**

---

## NOTICE OF APPEARANCE

---

The undersigned, K. Cody Allison, hereby gives notice to the Court and all interested parties that he will serve as additional counsel for Plaintiff in the referenced cause. Mr. Allison has been admitted to appear *pro hac vice* before this Court, and he is a registered CM/ECF user.

Respectfully Submitted,

CODY ALLISON & ASSOCIATES, PLLC

/s/ K. Cody Allison
K. Cody Allison, TN BPR # 20623
Admitted *Pro Hac Vice*
Parkway Towers
404 James Robertson Pkwy, Ste. #1623
Nashville, Tennessee 37219
Phone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2019, it is anticipated that a true and correct copy of the foregoing document will be served via U.S. Mail on:

Liberty Life Assurance Company of Boston
c/o Corporation Service Company
300 S. Spring Street, Suite 900
Little Rock, AR 72201

/s/ K. Cody Allison