**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:19cv05072-TLB**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANTS**

**UNOPPOSED MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), files this Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on April 11, 2019. Liberty Life must file its Answer or otherwise respond by May 7, 2019.

2. Liberty Life requests an extension to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Liberty Life requests that the Court enter an order that it have until and including May 28, 2019, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, K. Cody Allison, with regard to the relief requested in this Motion, and Mr. Allison has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Liberty Life requests that the Court enter an order that it shall have until and including May 28, 2019, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 7th day of May 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LIBERTY
LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lauren O. Baber, Esq.
lbaber@deaconlawfirm.com

J. Barrent Deacon, Esq.
jbdeacon@deaconlawfirm.com

K. Cody Allison, Esq.
cody@codyallison.com

May 7, 2019 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers