**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES, PLAINTIFF**

**v. CIVIL ACTION NO. 5:19cv05072-TLB**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DEFENDANT**

## DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **Liberty Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.
2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Dated the 28th day of May 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lauren O. Baber, Esq.
lbaber@deaconlawfirm.com

J. Barrent Deacon, Esq.
jbdeacon@deaconlawfirm.com

K. Cody Allison, Esq.
cody@codyallison.com

| | |
|---|---|
| May 28, 2019 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |