**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES, PLAINTIFF**

**v. CIVIL ACTION NO. 5:19cv05072-TLB**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DEFENDANT**

# JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff Sherry Woolverton-Jones and Defendant Liberty Life Assurance Company of Boston ("Liberty Life") file this Joint Motion to Extend Scheduling Order Deadlines and state as follows:

1. On June 3, 2019, the Court entered a Scheduling Order (dkt 14) containing the following deadlines:

- The stipulated record shall be filed within 120 days from [June 3, 2019], which would make the record due by October 1, 2019;
- Plaintiff's brief shall be filed within thirty (30) days thereafter;
- Defendant's brief shall be filed within thirty (30) days thereafter.

2. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing the record and briefs if the case will be resolved through settlement. Accordingly, the Parties respectfully request a two-week extension on the above deadlines.

3. This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an Order extending the deadlines set in this case as follows:

- The stipulated record shall be filed no later than October 15, 2019;
- Plaintiff's brief shall be filed within thirty (30) days thereafter;
- Defendant's brief shall be filed within thirty (30) days thereafter.

Dated this 1st day of October 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

- And -

By: /s/ K. Cody Allison

K. Cody Allison, TN BPR No. 20623
Admitted *Pro Hac Vice*
CODY ALLISON & ASSOCIATES, PLLC
404 James Robertson Pkwy, Ste. 1623
Nashville, Tennessee 37219
Phone: (615) 234-6000
Fax: (615) 727-0175
Email: cody@codyallison.com

- and -

By: /s/ *Lauren O. Baber*

Lauren O. Baber, Ark. Bar # 2011195
J. Barrett Deacon, Ark. Bar # 2001201
DEACON LAW FIRM, PA
100 W. Center Street, Suite 200
Fayetteville, AR 72701
Email: lbaber@deaconlawfirm.com
Email: jbdeacon@deaconlawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lauren O. Baber, Esq.
lbaber@deaconlawfirm.com

J. Barrent Deacon, Esq.
jbdeacon@deaconlawfirm.com

K. Cody Allison, Esq.
cody@codyallison.com

October 1, 2019 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers