**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES,**

**Plaintiff;**

**Case No.: 5:19cv05072-TLB**

**vs.**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

---

**MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Counsel for Plaintiff, Cody Allison and Cody Allison & Associates, PLLC hereby moves for leave to withdraw as counsel in this case, effective immediately. This request also includes local counsel, J. Barrett Deacon and the Deacon Law Firm, PA.

As grounds for this motion, undersigned counsel states that recent attempts to resolve this matter by compromise and settlement have revealed fundamental differences between attorney and client; as well as the strong possibility that undersigned counsel and his firm would be a material witness to a dispute over a purported settlement. *See*, Arkansas Rules of Professional Conduct, Rule 3.7.

Under the circumstances, undersigned counsel respectfully requests the following relief:

1. The law firms of Cody Allison & Associates, PLLC and Deacon Law Firm, PA be relieved as counsel of record and absolved of any responsibility for this matter going forward.

2. Plaintiff, Ms. Woolverton Jones, be given 45 days to have new counsel, if any, appear; or, alternatively, advise the Court in writing that she will be proceeding in this matter *pro se*.

3. In order to avoid any hardship on Ms. Woolverton-Jones, the Court's current schedule for tendering the stipulated record and briefs on the merits be stayed pending same.


By: /s/ K. Cody Allison
K. Cody Allison, Esq.

CODY ALLISON & ASSOCIATES, PLLC
Parkway Towers
404 James Robertson Pkwy., Suite 1623
Nashville, TN 37219
Telephone: (615) 234-6000
Fax: (615) 727-0175

*Attorneys for Plaintiff*


Dated this 21st day of October, 2019.

## CERTIFICATE OF SERVICE

I certify that on this the 21st day of October, 2019, a true and correct copy of the forgoing **Motion to Withdraw** was:

1. Filed electronically with the Court's CM/ECF system and thereby served on the following:

   Deacon Law Firm, PA
   100 W. Center Street
   Suite 200
   Fayetteville, Arkansas 72701

   Email: jbdeacon@deaconlawfirm.com

   *Attorneys (Local Counsel) for Plaintiff*

   Iwana Rademaekers (Texas Bar # 16452560)
   LAW OFFICES OF IWANA RADEMAEKERS, P.C.
   14785 Preston Road, Suite 550
   Dallas, Texas 75254
   Phone: (214) 579-9319
   Fax: (469) 444-6456

   Email: iwana@rademaekerslaw.com

   *Attorneys for Defendant*

2. Emailed and mailed to Plaintiff as follows:

   Sherry Woolverton-Jones
   1858 Wheeler Street
   Dyersburg, TN 38024

   Email: sjwoolverton@yahoo.com

/s/ K. Cody Allison
K. Cody Allison, Esq.