IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHERRY WOOLVERTON-JONES PLAINTIFF

Civil Case No. 19-5072

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON DEFENDANT

**O R D E R**

On October 21, 2019, Plaintiff's counsel filed a **Motion to Withdraw as Plaintiff's Counsel**. (Doc. 18). On November 5, 2019, a telephone conference was held on the motion. For the grounds stated in the motion and during the telephone conference, the Court will grant Plaintiff's counsel's motion to withdraw.

Plaintiff indicated that she intended to find another attorney to take her case. Plaintiff shall have forty-five days from the date of this Order in which to have a new attorney file a notice of appearance on her behalf.

The Clerk of the Court is directed to enter Plaintiff as a *pro se* Plaintiff with the following contact information:

Sherry Woolverton-Jones
1858 Wheeler Street
Dyersburg, TN 38024
731-676-1067
Email: sjwoolverton@yahoo.com.

Based on the foregoing, the Court will adjust the filing deadlines. The administrative record shall be filed on or before December 20, 2019. Plaintiff's brief must be filed within 30 days thereafter. Defendant's brief must be filed within 30 days thereafter.

IT IS SO ORDERED this 5th day of November 2019

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE