**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:19cv05072-TLB**

**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON,** **DEFENDANT**

**DEFENDANT'S SUBMISSION OF ADMINISTRTIVE RECORD**

Defendant Liberty Life Assurance Company of Boston files this Submission of Administrative Record pursuant the Court's Orders entered on June 3, 2019 (Document 14) and November 5, 2019 (Document 22). Defendant's counsel attempted to contact Plaintiff to confer regarding the contents of a proposed Stipulated Record, in compliance with the Scheduling Order. As no response from Plaintiff has been received to date, Defendant files this Submission of Administrative Record. The following Exhibits were previously provided to Plaintiff.[1]

A. Group Disability Income Policy (Liberty/Woolverton-Jones 0001-0061);

B. Denial of Appeal Correspondence (Liberty/Woolverton-Jones 0070-0078); and

C. Administrative Record (Liberty/Woolverton-Jones 0062-0069 and 0079-1014).

Dated: December 20, 2019.

[1] Documents Bates-Labeled Liberty/Woolverton-Jones 0001-1014 were sent on June 19, 2019, to Plaintiff's former counsel, K. Cody Allison. A link to these same documents was also sent via electronic mail to Sherry Woovlerton-Jones on December 17, 2019, at sjwoolverton@yahoo.com.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was forwarded via Electronic Mail and U.S. First Class Mail on the 20th day of December 2019, to the following Party:

Sherry Woolverton-Jones
1858 Wheeler Street
Dyersburg, TN 38024
Email: sjwoolverton@yahoo.com
PRO SE PLAINTIFF

/s/ Iwana Rademaekers
Iwana Rademaekers