**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 7901760 Claim Last Updated 12/12/2018 Printed On 4/23/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | SHERRY J WOOLVERTON-JONES | SSN | | Birth Date | |
| Address | | Salary Amount $ | 4076.12 | Mode | M |
| | | Date of Hire | 01/31/2013 | | |
| | | Last Work Date | 04/18/2016 | | |
| | 0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc OPTICIAN SINGLE LICENSE _000868 _030916

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | Not TD Own Occ | Received Date | 02/13/2018 |
| Disability Date | 04/19/2016 | Close Date | 04/19/2016 | Reopen Date | |
| Sick Days Left | 189 | Max Ben Date | 09/19/2038 | RTW FT / PT | |
| Ben Begin Date | 10/25/2016 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc 000 UNKNOWN CONDITION OR PROCEDURE

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290765 WALMART, INC.

Subsidiary SAMS SAMS

Location 6507XXXX FACILITY CODE 6507

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 12/01/2010

Class A1 ALL FULL-TIME ACTIVE ELIGIBLE NON-PUERTO RICO HOURLY ASSOCIATES, EXCL

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK Pre-X 6-1

Elimination Period: Days/Type 182 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 12 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | A1 | 05/01/2013 |

Additional Information:

EXHIBIT

C

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim
* **Claim/Event/Leave Number** 7901760 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**03/27/2019 8:42 AM - CLAIM Note 50**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/27/2019 - SKOGLUND, JENNIFER]RECEIVED OVERDUE NOTICED FOR PMR & PAIN INV# 732105 NO PAYMENTS FOR THIS REPORT HAD BEEN ISSUED; SUBMITTED FOR PROCESSING.

**03/27/2019 8:28 AM - CLAIM Note 49**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/27/2019 - SKOGLUND, JENNIFER]RECEIVED OVERDUE NOTICE FOR IM PEER INV#707304 FOR 1496.25. NO PAYMENTS FOR THIS SPECIALTY HAD BEEN MADE SUBMITTED FOR PROCESSING.

**12/12/2018 11:27 AM - CLAIM Note 48**
Claim/Event/Leave: 7901760
NoteSubject : Appeal
Other Subject :
Text: [12/12/2018 - JACQUES, HEIDI]MAINTAIN DENIAL. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED ATTORNEY.

**11/28/2018 4:47 PM - CLAIM Note 47**
Claim/Event/Leave: 7901760
NoteSubject : Approved
Other Subject :
Text: [11/28/2018 - JACQUES, HEIDI]ADDENDUM REQUESTED FROM MES, PER MANAGEMENT REQUEST, TO DETERMINE WHETHER EACH ACCOMMODATION IS NECESSARY IN THIS CLAIMANT'S CASE.

**11/26/2018 7:05 AM - CLAIM Note 46**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [11/26/2018 - LANDRY, KATHLEEN]INV RCVD 11/21/18 FROM MES INV 732106 DATED 11/20/18 FOR PEER REVIEW INERNAL MED BY ALLEN J BLALVAS IN THE AMT OF $420.00. INV PAID IN FULL

**11/21/2018 2:28 PM - CLAIM Note 45**
Claim/Event/Leave: 7901760
NoteSubject : Appeal
Other Subject :
Text: [11/21/2018 - SKOGLUND, JENNIFER]REVIEWED PEER REPORT AND DISCUSSING ACTION PLAN WITH ARC.

**11/21/2018 12:17 PM - CLAIM Note 44**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : INVOICE
Text: [11/21/2018 - JACQUES, HEIDI]VENDOR INVOICE REFERRED FOR PROCESSING.

**11/20/2018 11:43 AM - CLAIM Note 43**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : MANAGER REVIEW
Text: [11/20/2018 - JACQUES, HEIDI]REFERRED FOR MANAGER REVIEW.

**11/14/2018 8:49 PM - CLAIM Note 42**
Claim/Event/Leave: 7901760

Claim/Event/Leave: 7901760
NoteSubject : Peer Review
Other Subject : SLEEP MED ADDENDUM
Text: [11/14/2018 - PAINE, JANELLE]REC'D SLEEP PEER RVW ADDENDUM (FOR CLARIFICATION). REVIEW INDICATES: ACCOMMODATIONS FOR NARCOLEPSY TYPICALLY INCLUDE TIME AND SPACE (SUCH AS A SOFA IN AN OFFICE LOUNGE AREA) FOR SHORT NAP BREAKS DURING LUNCH; THE ABILITY TO TAKE NAP BREAKS AT EMPLOYEE'S DESK FOR 10-15 MINUTES EVERY 3 HOURS DURING THE WORKDAY; MORE FLEXIBLE SCHEDULING SUCH AS ARRIVAL TIME AT WORK, NOT SCHEDULING BACK-TO BACK CLIENTS, AND ALLOWING THE EMPLOYEE TO WORK AT HOME (IF PRACTICAL FOR THEBUSINESS); AND CONSISTENT WORK HOURS.

**11/13/2018 7:56 AM - CLAIM Note 41**
Claim/Event/Leave: 7901760
NoteSubject : Appeal
Other Subject :
Text: [11/13/2018 - JACQUES, HEIDI]ADDITIONAL MEDICAL RECORDS RECEIVED AND FORWARDED TO MES FOR ADDENDUMS BY BOTH PEER REVIEWERS.

**11/13/2018 7:56 AM - CLAIM Note 40**
Claim/Event/Leave: 7901760
NoteSubject : Med Records Rcvd
Other Subject :
Text: [11/13/2018 - JACQUES, HEIDI]ADDITIONAL MEDICAL RECORDS FROM 2016 RECEIVED.

**11/12/2018 5:05 PM - CLAIM Note 39**
Claim/Event/Leave: 7901760
NoteSubject : Peer Review
Other Subject :
Text: [11/12/2018 - JACQUES, HEIDI]ADDITIONAL PEER REVIEW RECEIVED AND CLARIFICATION REQUESTED REGARDING COMMENT ON WORK MODIFICATIONS.

**11/08/2018 9:45 AM - CLAIM Note 38**
Claim/Event/Leave: 7901760
NoteSubject : LTR to Atty
Other Subject :
Text: [11/08/2018 - JACQUES, HEIDI]STATUS LETTER SENT TO ATTORNEY TO ADVISE OF ONGOING REVIEW.

**11/02/2018 9:44 AM - CLAIM Note 37**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/02/2018 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 11/01/2018 AND DATED 11/01/2018 FROM MES SOLUTIONS. INV # 707305, IN THE AMOUNT OF $1417.50 FOR PEER REVIEW PERFORMED BY PAUL SMUCKER WITH A SPECIALTY IN PM&R. INVOICE PAID IN FULL.

**11/02/2018 7:30 AM - CLAIM Note 36**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : INVOICE
Text: [11/02/2018 - JACQUES, HEIDI]REFERRED VENDOR INVOICE FOR PROCESSING

**10/18/2018 2:29 AM - CLAIM Note 35**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/17/2018 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**10/17/2018 4:01 PM - CLAIM Note 34**
Claim/Event/Leave: 7901760
NoteSubject : Appeal
Other Subject :
Text: [10/17/2018 - JACQUES, HEIDI]REFERRED TO MES FOR INT MED/PULMONOLOGY AND PM&R/PAIN PEER REVIEWS. ALL RECORDS SENT TO MES VIA SECURE E-MAIL.

**10/15/2018 3:54 PM - CLAIM Note 33**
Claim/Event/Leave: 7901760
NoteSubject : Appeal
Other Subject :
Text: [10/15/2018 - JACQUES, HEIDI]APPEAL RECEIVED AND ONGOING CLAIM FILE REVIEW IN PROCESS, INITIAL SCREEN COMPLETE, FURTHER ACTION PENDING COMPLETE REVIEW OF THE FILE

**10/04/2018 2:39 PM - CLAIM Note 32**
Claim/Event/Leave: 7901760
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [10/04/2018 - MARCHESE, GENNA]PRESCREEN COMPLETE. DENIAL LETTER DATED 4/2/18. CLAIM CLOSED NOT TD OWN OCC. EE HAS 180 DAYS TO APPEAL. APPEAL DEADLINE IS 9/28/18. AUTH AND JOB DESC ON FILE. CLAIM FILED PRIOR TO 4/1/18. FILED ON 2/13/18. ALL CODING CORRECT. REC'D COMPLETE APPEAL FROM ATTORNEY AS OF 10/4/18. CONTAINED

MEDICAL RECORDS AND APPEAL LETTER. APPEAL LETTER DATED 9/28/18. SENT ATTORNEY ACK APPEAL LETTER ON 10/4/18 AND ASSIGNED TO APPEALS CONSULTANT HEIDI JACQUES

**10/03/2018 7:11 AM - CLAIM Note 31**
Claim/Event/Leave: 7901760
NoteSubject : Appeal
Other Subject : REC'D
Text: [10/03/2018 - BEAUPAIN, LOIS]ASSIGNED TO GENNA MARCHESE

**10/03/2018 2:27 AM - CLAIM Note 30**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 10/2/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**10/02/2018 9:17 AM - CLAIM Note 29**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Appeals
Other Subject :
Text: [10/02/2018 - IVEY, TIFFANY]SENT SCORE REFERRAL TO ARU

**10/01/2018 2:03 PM - CLAIM Note 28**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [10/01/2018 - BOEHM, MELANIE]AGREE WITH REFERRAL TO ARU

**10/01/2018 12:38 PM - CLAIM Note 27**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Appeals
Other Subject : MGR REFERRAL
Text: [10/01/2018 - IVEY, TIFFANY]46 YEAR OLD, OPTICIAN (LIGHT OCC) OOW DUE TO HYPERCOAGULABLE STATE. LDW: 4/18/16. DOD: 4/19/16. BBD: 10/25/16. CID: 10/25/17. CLAIM CURRENTLY CLOSED NOT TD OO BASED ON CP IA COMPLETED 2/22/18. DX: MULTIPLE FRACTURE OF RIBS, RIGHT SIDE AND CHRONIC PAIN SYNDROME.R/LS ARE NOT SUPPORTED AT BBD. LAST MEDICAL RECORDS RECVD ARE DATED 3/8/17. IN APRIL 2016. SHE COMPLAINED OF RIGHT LOWER THORACIC BACK PAIN AND WAS FOUND TO HAVE 2 NON-DISPLACED RIB FXS OF T-11 AND T-12 ONRIGHT SIDE WITHOUT HISTORY OF TRAUMA. ALTHOUGH ASC CONTINUES TO REPORT PAIN, THIS WOULD NOT NECESSARILY CAUSING IMPAIRMENT FROM HER OCCUPATION. BONE DENSITY TEST SHOWED BORDERLINE CRITERIA FOR OSTEOPOROSIS IN HIP AREA ONLY AND NOT IN SPINE READINGS.RECVD APPEAL LTR FROM ASC'S ATTY. NO ACTUAL MEDICAL RECORDS ATTACHED, JUST SUMMARIES OF MEDICAL RECORDS INCLUDED IN THE APPEAL LTR. RECOMMENDING REFERRAL TO ARU FOR REVIEW.

**10/01/2018 12:32 PM - CLAIM Note 26**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : APPEAL LTR
Text: [10/01/2018 - IVEY, TIFFANY]RECVD APPEAL LTR FROM ASC'S ATTY OFFICE. LTR STATES THE ASC HAS FLED FOR SSDB AND IS CURRENTLY AWAITING A HEARING DATE. LTR ALSO INCLUDES SUMMARIES OF MEDICAL RECORDS FROM DR. SCHRINER, DR. STEIN, DR.. FRANCIS, DR. NORD, DR. WEINSTEIN, DR. SMITH, DR. OSWAKS, AND DR. GUTHRIE DATED FROM 4/22/16 - 7/31/17.

**06/26/2018 11:23 AM - CLAIM Note 25**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [06/26/2018 - ROSZELLE, MICHAEL]THUMB DRIVE COPY OF CORRESPONDENCE, CURRENT DOC LIST, CURRENT CLAIM NOTES, COVERSHEET, CLAIM DETAIL SCREENS, EMPLOYEE DETAIL SCREENS, OVERFLOW DETAIL SCREENS, CHECK DETAIL SCREENS, AND LTD POLICY SHIPPED TO ALLISON K.CODY CODY ALLISON & ASSOCIATES, PLLC PARKWAY TOWERS 404 JAMES ROBERTSON PKWY STE # 1623 NASHVILLE, TN 37219 VIA 2ND DAY AIR UPS.

**06/26/2018 10:09 AM - CLAIM Note 24**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject :
Text: [06/26/2018 - IVEY, TIFFANY]SENT COPY/SHIP REQUEST FORM TO SUPPORT DEPT.

**06/26/2018 9:39 AM - CLAIM Note 23**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : LTR FROM ATTY
Text: [06/26/2018 - IVEY, TIFFANY]RECVD LTR FROM ASC'S ATTY REQUESTING COPY OF COMPLETE CLAIM FILE AND LTD CONTRACT.

**06/18/2018 12:31 PM - CLAIM Note 22**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/18/2018 - GOODE, ROBIN]REC'D INVOICE #708142 ON 06/08/2018 AND DATED 06/07/2018 FROM RELEASEPOINT FOR

Text: [06/18/2018 - GOODE, ROBIN]REC'D INVOICE #708142 ON 06/08/2018 AND DATED 06/07/2018 FROM RELEASEPOINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 06/18/2018 FOR $27.00 TO TAX ID 95-2643455

**06/08/2018 11:20 AM - CLAIM Note 21**
Claim/Event/Leave: 7901760
NoteSubject : LTR to Atty
Other Subject :
Text: [06/08/2018 - IVEY, TIFFANY]MAILED COPY OF DENIAL LTR TO THE ASC'S ATTY'S OFFICE.

**06/07/2018 3:48 PM - PHONE Note 8**
Claim/Event/Leave: 7901760
NoteSubject : Other Called
Other Subject : ATTY OFFICE
Text: [06/07/2018 - IVEY, TIFFANY]RECVD CALL FROM REP AT THE ASC'S ATTY OFFICE ASKING WHEN PAYMENT WOULD BE SENT TO THEIR OFFICEO. ADVISED THIS CLAIM WAS DENIED BACK IN APRIL 2018 AS THE MEDICAL RECVD WAS NOT SUFFICIENT TO SUPPORT DISABILITY FROM HER OCCUPATION AT WM. ADVISED CORRESPONDENCE WAS MAILED. SHE CONFIRMED THEY DID NOT RECEIVE THIS LTR. CONFIRMED WE HAVE THE CORRECT ADDRESS. ADVISED I WOULD RE-MAIL IT TO THEIR OFFICE. SHE ASKED WHAT WAS THE DATE OF THE DENIAL LTR. ADVISED IT IS DATED 4/2/18.

**05/17/2018 8:36 AM - CLAIM Note 20**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : FORMS
Text: [05/17/2018 - IVEY, TIFFANY]AQ, CIF, LIST OF AP'S, CSS, AUTHS

**04/02/2018 8:46 AM - CLAIM Note 19**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [04/02/2018 - BOEHM, MELANIE]AGREE WITH DENIAL FOR NOT TD BASED ON THE CPIA REVIEW INDICATING MED RECS PROVIDED DO NOT SUPPORT IMPAIRMENT.

**03/31/2018 8:32 PM - CLAIM Note 18**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : MGR REFERRAL
Text: [03/31/2018 - IVEY, TIFFANY]6 YEAR OLD, OPTICIAN (LIGHT OCC) OOW DUE TO HYPERCOAGULABLE STATE. LDW: 4/18/16. DOD: 4/19/16. BBD: 10/25/16. CID: 10/25/17. CP IA COMPLETED 2/22/18. DX: MULTIPLE FRACTURE OF RIBS, RIGHT SIDE AND CHRONIC PAIN SYNDROME.R/LS ARE NOT SUPPORTED AT BBD. LAST MEDICAL RECORDS RECVD ARE DATED 3/8/17. IN APRIL 2016. SHE COMPLAINED OF RIGHT LOWER THORACIC BACK PAIN AND WAS FOUND TO HAVE 2 NON-DISPLACED RIB FXS OF T-11 AND T-12 ON RIGHT SIDE WITHOUT HISTORY OF TRAUMA. ALTHOUGH ASC CONTINUES TO REPORT PAIN, THIS WOULD NOT NECESSARILY CAUSING IMPAIRMENT FROM HER OCCUPATION. BONE DENSITY TEST SHOWED BORDERLINE CRITERIA FOR OSTEOPOROSIS IN HIP AREA ONLY AND NOT IN SPINE READINGS. RECOMMENDING DENIAL OF CLAIM NOT TD.

**03/23/2018 11:53 AM - CLAIM Note 17**
Claim/Event/Leave: 7901760
NoteSubject : Notice/Proof Review
Other Subject : LTR TO EE ATTY
Text: [03/23/2018 - IVEY, TIFFANY]FAXED WARNING LTR TO ATTY'S OFFICE: 615-727-0175

**03/15/2018 12:13 PM - CLAIM Note 16**
Claim/Event/Leave: 7901760
NoteSubject : Medical Status
Other Subject : SMITH
Text: [03/15/2018 - IVEY, TIFFANY]RECVD NOTIFICATION FROM RP SPECIFIC MED AUTH NEEDED TO OBTAIN RECORDS. EMAILED ELECTRONIC AUTH TO ATTY AT: CODY@CODYALLISON.COM.

**03/14/2018 12:19 PM - PHONE Note 7**
Claim/Event/Leave: 7901760
NoteSubject : Other Called
Other Subject : ATTY
Text: [03/14/2018 - IVEY, TIFFANY]RECVD CALL FROM PHYLLIS AT CODY ALLISON & ASSOCIATES ASKING IF WE RECEIVED THE LOR. ADVISED WE HAVE. SHE REQUESTED OUR MAILING ADDRESS. PROVIDED THE SAME.

**03/14/2018 11:16 AM - PHONE Note 6**
Claim/Event/Leave: 7901760
NoteSubject : Other Called
Other Subject : ATTY
Text: [03/14/2018 - PAPP, MARIA]RECEIVED CALL FROM ATTORNEY'S OFFICE ASKING TO SPEAK WITH DCM. CONFIRMED THEY HAD CORRECT DCM CONTACT AND TRANSFERRED TO DCM.

**03/12/2018 9:36 AM - CLAIM Note 15**
Claim/Event/Leave: 7901760
NoteSubject : LTR to Atty
Other Subject :
Text: [03/12/2018 - IVEY, TIFFANY]MAILED COPY OF ACK/PROOF LTR TO ATTY K. CODY ALLISON.

**03/12/2018 9:36 AM - PHONE Note 5**
Claim/Event/Leave: 7901760
NoteSubject : Called Other
Other Subject : ATTY
Text: [03/12/2018 - IVEY, TIFFANY]CALLED ATTY, K. CODY ALLISON: 615-234-6000, NO ANSWER. LEFT MESSAGE ADVISING I RECVD THE LOR, REQUESTING AN LTD APPLICATION, HOWEVER THE ASC'S LTD CLAIM HAS ALREADY BEEN FILED AND IS CURRENTLY BEING INVESTIGATED. ADVISED IDIDN'T KNOW IF THE ASC WAS BEING REPRESENTED FOR HER LTD CLAIM OR NOT. WE REACHED OUT TO ATTY SAM PAYNE AND TO THE ASC BUT NEVER RECVD A RESPONSE. ADVISED AT THIS TIME WE ONLY HAVE THE NAME OF ONE PROVIDER THE ASC HAS BEEN TREATING WITH, DR. KIRBY, AND WE HAVE REQUESTED ALL RECORDS FOR REVIEW FROM THIS PROVIDER. THE DEADLINE TO RECEIVE THIS INFORMATION IS 3/29/18. ADVISED I WILL FORWARD A COPY OF THE ACK/PROOF LTR THAT WAS MAILED TO THE ASC. ASKED FOR A RETURN CALL TO PROVIDE ANY ADDITIONALPROVIDERS THE ASC IS TREATING WITH SO THAT WE MAY REQUEST RECORDS FOR REVIEW AND TO LET ME KNOW IF THEY NEED COPIES OF ANYTHING ELSE REGARDING THE CLAIM.

**03/12/2018 9:07 AM - CLAIM Note 14**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : LOR
Text: [03/12/2018 - IVEY, TIFFANY]RECVD LOR FROM K. CODY ALLISON WITH CODY ALLISON & ASSOCIATGES, PLLC. PH: 615-234-6000. FAX: 615-727-0175. ADDRESS: 404 JAMES ROBERTSON PKWY, STE 1623, NASHVILLE, TN 37219. LTR REQUESTED AN LTD APPLICATION.

**02/28/2018 4:09 PM - PHONE Note 4**
Claim/Event/Leave: 7901760
NoteSubject : Initial EE Interview
Other Subject : 3RD ATTEMPT
Text: [02/28/2018 - IVEY, TIFFANY]CALLED ASC: NO ANSWER. LEFT MESSAGE REQUESTING A RETURN CALL FOR AN INITIAL INTERVIEW.

**02/28/2018 4:07 PM - CLAIM Note 13**
Claim/Event/Leave: 7901760
NoteSubject : Medical Status
Other Subject : SMITH
Text: [02/28/2018 - IVEY, TIFFANY]REVIEWED RELEASE POINT FOR STATUS OF MED REQUEST - AS OF 2/22/18 - SPOKE TO LINDA: FAXING LIBERTY REQUEST LETTER + AUTH TO PROVIDE TO BEGIN RETRIEVAL PROCESS.: ** I CALLED 9017526131 AND SPOKE TO LINDA, SHE CONFIRMED THATPHYSICIAN IS ON STAFF, FAX NUMBER AND ADDRESS. SHE SAID WE CAN FAX THE REQUEST TO 9017526170. I WILL SEND THE REQUEST TO BEGIN THE PROCESS. PHYS CODE BAP145

**02/23/2018 2:29 AM - CLAIM Note 12**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/22/2018 - REFERRED TO CONSULTING PHYSICIAN FOR DESK CONSULT.

**02/22/2018 3:20 PM - CLAIM Note 11**
Claim/Event/Leave: 7901760
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [02/22/2018 - PAPP, MARIA]CP ADDENDUM RECEIVED 2/22/18: MEDICAL RECORDS INDICATE CLAIMANT LEFT WORK IN APRIL 2016. SHE COMPLAINED OF RIGHT LOWER THORACIC BACK PAIN AND WAS FOUND TO HAVE 2 NON-DISPLACED RIB FXS OF T-11 AND T-12 ON RIGHT SIDE WITHOUT HISTORY OF TRAUMA. THESE ARE SHORT FLOATING RIBS THAT ARE NOT ATTACHED TO REST OF RIB CAGE. ALTHOUGH PAIN IS REPORTED AT BBD 10/25/16, THIS IS QUESTIONABLE AND WOULD NOT NECESSARILY CAUSE IMPAIRMENT FOR HER OCCUPATION AS OPTICIAN. HER BONE DENSITY TEST SHOWED BORDERLINE CRITERIA FOR OSTEOPOROSIS IN HIP AREA ONLY AND NOT IN SPINE READINGS. THE AVAILABLE MEDICAL RECORDS DO NOT SUPPORT IMPAIRMENT AT BBD 10/25/16. AFTER THIS MUCH TIME PASSING, TELEPHONE DISCUSSIONS WITH DR. KIRBY AND/OR DR. MARTINEZ NOT LIKELY TO YIELD ANY MORE INFORMATION THAN WHAT IS IN WRITTEN RECORDS.

**02/22/2018 12:05 PM - CLAIM Note 10**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : RP
Text: [02/22/2018 - PAPP, MARIA]REFERRAL SENT REQUESTING RCDS FROM DR. KIRBY SMITH FROM 3/1/17-THE PRESENT.

**02/22/2018 11:41 AM - CLAIM Note 9**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : CP IA ADDENDUM
Text: [02/22/2018 - PAPP, MARIA]REFERRED CLAIM BACK TO DR. PETERSON FOR ADDENDUM

**02/22/2018 10:51 AM - PHONE Note 3**
Claim/Event/Leave: 7901760
NoteSubject : Initial EE Interview
Other Subject : 2ND ATTEMPT
Text: [02/22/2018 - PAPP, MARIA]CALLED ASC AT LVM ADVISING DCM CALLED FOR II AND THIS ADDTL ATTEMPT. ADVISED ASC WE WERE NOTIFIED OF AN ATTY THAT MAY BE REPRESENTING HER. HOWEVER, WE LEFT A

ATTEMPT. ADVISED ASC WE WERE NOTIFIED OF AN ATTY THAT MAY BE REPRESENTING HER. HOWEVER, WE LEFT A MESSAGE FOR HIM LAST WEEK REQUESTING A RETURN CALLAND A LOR. TO DATE, WE HAVE NOT RECVD A RETURN CALL OR A LOR. ADVISED I AM UNSURE IF HE WAS JUST REPRESENTING HER FOR THE STD CLAIM BUT NOT THE LTD CLAIM, NEED TO CONFIRM. DCM NEEDING TO CONFIRM TREATING PROVIDERS TO ENSURE WE HAVE ALL UPDATED MEDICAL FOR REVIEW. PROVIDED DCM CONTACT INFO

**02/22/2018 10:14 AM - CLAIM Note 8**
Claim/Event/Leave: 7901760
NoteSubject : Peer Review
Other Subject : INCOMPLETED
Text: [02/22/2018 - WALLACH, KRYSTAL]IM CPIA RECEIVED 2/20/18. DX: MULTIPLE FRACTURES OF RIBS, RIGHT SIDE. CO MORBIDS: HYPERCOAGULABLE STATE ON ANTICOAGULATION, ? HISTORY OF NARCOLEPSY. SUGGESTED ACTION PLAN: CLAIMANT LEFT WORK APRIL 2016 FOR RIGHT RIB PAIN AND EVIDENCE OF FRACTURES OF RIGHT 11TH AND 12TH RIBS. THERE ARE NO RECENT RECORDS DOCUMENTING HER CURRENT CONDITION WITH LAST MED RECORD ON 3/08/17. IS SHE BEING SUPPORTED FOR NO WORK ABILITY BY HER PHYSICIAN? NEED UPDATED RECORDS FROM THAT PHYSICIAN AND ANY OTHER CONSULTANT PHYSICIANS THAT ARE SUPPORTING HER IMPAIRMENT. THEN I SUGGEST BRINGING THIS FILE TO INT MED CCS TO SORT OUT HER DIAGNOSES AND DETERMINE IF A FFR IS NEEDED AND BY WHAT CP SPECIALTY.

**02/20/2018 2:30 AM - CLAIM Note 7**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/19/2018 - REFERRED TO CONSULTING PHYSICIAN FOR DESK CONSULT.

**02/19/2018 3:09 PM - CLAIM Note 6**
Claim/Event/Leave: 7901760
NoteSubject : Action Plan
Other Subject : PENDED
Text: [02/19/2018 - IVEY, TIFFANY]46 YEAR OLD, OPTICIAN (LIGHT OCC) OOW DUE TO HYPERCOAGULABLE STATE. LDW: 4/18/16. DOD: 4/19/16. BBD: 10/25/16. CID: 10/25/17. INITIAL INTERVIEW ATTEMPTED, BUT NOT YET COMPLETED. TRANSFERRED MEDICAL FROM SEDGWICK AND CLAIMREFERRED FOR CP IA. WILL CONTINUE TO F/U FOR II AND CP IA REPORT. IF ADDITIONAL MEDICAL NEEDED FOR REVIEW WILL REQUEST VIA RELEASE POINT. ASC ON PROOF DEADLINE OF 3/29/18.[02/22/2018 - PAPP, MARIA]** ASC REMAINS ON PROOF WITH 3/29/18 DEADLINE. ADDITIONAL II ATTEMPTS TO BE MADE. BASED ON INT MED CP IA REVIEW- UPDATED RECORDS FROM DR. SMITH HAVE BEEN REQUESTED. UPON RECEIPT, RECOMMEND PM&R FFR WITH AP CONTACT**

**02/19/2018 2:39 PM - PHONE Note 2**
Claim/Event/Leave: 7901760
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: [02/19/2018 - IVEY, TIFFANY]CALLED ASC: NO ANSWER. LEFT MESSAGE REQUESTING A RETURN CALL FOR AN INITIAL INTERVIEW. ADVISED ASC WE WERE NOTIFIED OF AN ATTY THAT MAY BE REPRESENTING HER. HOWEVER, WE LEFT A MESSAGE FOR HIM LAST WEEK REQUESTING A RETURN CALL AND A LOR. TO DATE, WE HAVE NOT RECVD A RETURN CALL OR A LOR. ADVISED I AM UNSURE IF HE WAS JUST REPRESENTING HER FOR THE STD CLAIM BUT NOT THE LTD CLAIM, NEED TO CONFIRM. ALSO NEED TO CONFIRM WHO HER TREATING PROVIDERS ARE. I WASABLE TO OBTAIN SOME MEDICAL FROM SEDGWICK FROM A DR. SMITH, UNK IF SHE IS TREATING WITH ANY OTHER AP'S AND WHAT ALL HER DX'S ARE.

**02/19/2018 2:34 PM - CLAIM Note 5**
Claim/Event/Leave: 7901760
NoteSubject : Ref to Other
Other Subject : CP IA
Text: [02/19/2018 - IVEY, TIFFANY]SENT SCORE REFERRAL FOR CP IA.

**02/19/2018 2:31 PM - CLAIM Note 4**
Claim/Event/Leave: 7901760
NoteSubject : Med Records Rcvd
Other Subject : SEDGWICK
Text: [02/19/2018 - IVEY, TIFFANY]TRANSFERRED MEDICAL FROM SEDGWICK DATED 4/29/16 - 9/8/17

**02/13/2018 4:21 PM - PHONE Note 1**
Claim/Event/Leave: 7901760
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [02/13/2018 - SILER, MALCOLM]CALLED ASC'S ATTORNEY SAM PAYNE AT P# 615-234-6000 AND LVMM FOR A R/C TO DISCUSS LTD. ALSO ADVISED THAT LETTER OF REPRESENTATION ALONG WITH AUTH FROM ASC WILL BE NEEDED AS WELL. ADVISED OF ADCMS F# AND P# TO R/C AND SENDIN DOCS. LVMM FOR A R/C.

**02/13/2018 1:44 PM - CLAIM Note 3**
Claim/Event/Leave: 7901760
NoteSubject : Notice/Proof Review
Other Subject : LTR TO EE
Text: [02/13/2018 - IVEY, TIFFANY]MAILED ACK/PROOF LTR TO ASC. DEADLINE FOR RECORDS IS: 3/29/18.

**02/13/2018 10:21 AM - CLAIM Note 2**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject :

Other Subject :
Text: [02/13/2018 - JACKSON, STEPHANIE]RECEIVED LTD CLAIM CREATION EMAIL (SEE DOC LIST). ASSIGNED TO LTD DCM

**02/13/2018 7:40 AM - CLAIM Note 1**
Claim/Event/Leave: 7901760
NoteSubject : Other
Other Subject : WIN
Text: [02/13/2018 - JACKSON, STEPHANIE]WIN ELIG SCREENSHOTS, SEE DOC LIST

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 11/13/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Sherry J Woolverton-Jones | **Group/Policy/ Claim Number:** | 7901760 |
| **MES Case Number:** | 732106 | **Service:** | Appeal |
| **Client:** | Liberty Mutual | **Referred By:** | Heidi Jacques |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Invoice by Acton Corporation 7/19/18
- Request for medical records by Phyllis Brown 7/17/18
- Authorization for the release of protected health information by Sherry J Woolverton-Jones 6/18/18
- Patient information
- Work excuse note by Lawrence Wruble, MD 5/10/16
- Office visit by Lawrence Wruble, MD 5/10/16
- Encounter summary by Lawrence Wruble, MD 5/10/16
- New patient visit by Lawrence Wruble, MD 5/10/16
- Patient clinical summary by Lawrence Wruble, MD 5/10/16
- Transition of care summary by Lawrence Wruble, MD 5/10/16
- Questionnaire by Sherry J Woolverton-Jones 5/10/16
- Patient interview form by Sherry J Woolverton-Jones 5/10/16
- Authorization to release medical information by Sherry J Woolverton-Jones 5/10/16
- Patient information
- Coding summary
- Allergies by William R Bastnagel, MD 12/29/16
- ED provider note by William R Bastnagel, MD 12/29/16
- Lab results by Robert M Bradley, MD 12/29/16
- MRI (Magnetic Resonance Imaging) brain and stem by William R Bastnagel, MD 12/29/16
- Allergies by William R Bastnagel, MD 7/27/16
- Radiology report by Kirby Smith, MD 7/27/16
- Allergies by William R Bastnagel, MD 6/24/18
- Radiology report by Kirby Smith, MD 6/27/16
- Allergies by William R Bastnagel, MD 5/16/16
- Radiology report by James Stanford Hausmann, MD 5/16/16
- Outpatient medication reconciliation
- Allergies by William R Bastnagel, MD 5/7/16
- ED physician documentation by Carle Cran Kalsi, MD 5/7/16
- Lab results by Robert M Bradley, MD 5/7/16
- Radiology by Carle Cran Kalsi, MD 5/7/16
- Allergies by William R Bastnagel, MD 4/29/16
- ED physician documentation by Thomas Carr Jr., MD 4/29/16
- Lab results by Robert M Bradley, MD 4/29/18
- Radiology report by Francis Daniel Donoven, MD 4/29/18
- Request for medical records by Phyllis Brown 7/17/18

- Authorization for release of protected health information by Sherry J Woolverton-Jones 6/19/18
- Follow up visit by David Guthrie, MD 11/30/16
- 6 week follow up by David Guthrie, MD 8/31/16
- 10 day follow up by David Guthrie, MD 7/22/16
- Follow up visit by David Guthrie, MD 7/11/16
- Basic metabolic panel by David Guthrie, MD 12/17/16
- Vitamin D by David Guthrie, MD 11/25/16
- CBC (Complete Blood Count) by David Guthrie, MD 11/25/16
- Comprehensive metabolic panel by David Guthrie, MD 11/25/18
- Lipid panel by David Guthrie, MD 11/25/16
- Vitamin D by David Guthrie, MD 7/12/16
- CBC by David Guthrie, MD 7/12/18
- Sedimentation rate by David Guthrie, MD 7/12/18

**SUMMARY OF RECORDS:**
05/08/16- ED visit, Methodist Le Bonheur Healthcare- the chief complaint was right flank pain for the past 3 weeks. Ms. Woolverton-Jones was seen the week prior for the same pain (4/29/16) in the ED.

05/10/16 - OVN (Office Visit Note) Dr. Lawrence Wruble (GI) - 47-year-old white female comes in for a history of severe right-sided pain. She is actually going to the emergency room for more evaluation; all studies including a CT (Computed Tomography) scan were completely normal. She says that she does get nauseated quite often and occasionally vomits. She is slightly constipated. The right sided pain is aggravated by either standing or sitting. Interestingly, she had a subtotal colectomy done years ago presumably because of ischemia. Since she is already taking anti-inflammatory medication without any results, I decided to send her to Dr. Sandy Martinez for injection.

06/27/16- DEXA bone density study shows osteoporosis based on the evaluation of the hips.

07/11/16- OVN Dr. David Guthrie- “osteoporosis-DEXA, and breast discharge with breast. Dr. Kirby Smith sees her for Coumadin INR goal 2 to 3. She checks her own INR at home. She has narcolepsy. She has rib fracture questionable cause.

11/30/16- OVN Dr. David Guthrie (PCP) - “she has lost 10 pounds since appointment in August. She checks INR at home. Will have lumpectomy of the left breast and a nerve block for her back soon. Medications: Adderall XR 30 mg, Xyrem. Assessment/plan: breast lump, Narcolepsy without cataplexy. Hypercoagulable state”.

12/29/16- ED visit, Methodist Le Bonheur Healthcare- “the patient presents with right upper extremity, lower extremity paresthesia. Patient complains of right-sided paresthesia that started last night. Patient says that she has a history of CVA (cerebrovascular accident) about 4 years ago and is on warfarin due to being hypercoagulable. Patient reports that she has been seeing her orthopedist due to pain on her right upper and lower extremity. Patient says that she thought she had a pinched nerve in her neck, but her orthopedist sent her to rule out stroke. Patient here due to the paresthesia”. MRI (Magnetic Resonance Imaging) brain showed no acute intracranial findings. There were small areas of punctate hyperintense signal abnormality in the grey-white matter interface posterior to the left parietal region.

**<u>REVIEW QUESTION (S):</u>**

**1. Does the additional records change your prior assessment in any way? Please explain.**

No, the new records do not change my prior assessment. These assessments took place during April 2016 and December 2016. The claimant had complaints of flank pain and back pain and possible rib fractures. I defer comment on her pain complaints to a specialist in physical medicine. She is noted to be on warfarin for a hypercoagulable state and has osteoporosis. None of these diagnoses would be expected to result in significant work impairment. These records do not demonstrate any further information to suggest impairment due to narcolepsy without cataplexy.

**<u>Conflict of Interest Attestation:</u>**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

Allen J. Blaivas, D.O.
Board Certified in Internal Medicine
Sub Specialty Certificate in Sleep Medicine
Sub Specialty Certificate in Pulmonary Disease
Sub Specialty Certificate in Critical Care Medicine
NJ License #25MB07222400
NY License #236102
11/20/2018

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 11/13/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Sherry J Woolverton-Jones | **Group/Policy/ Claim Number:** | 7901760 |
| **MES Case Number:** | 732105 | **Service:** | Appeal |
| **Client:** | Liberty Mutual | **Referred By:** | Heidi Jacques |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Invoice by Acton Corporation 7/19/18
- Request for medical records by Phyllis Brown 7/17/18
- Authorization for the release of protected health information by Sherry J Woolverton-Jones 6/18/18
- Patient information
- Work excuse note by Lawrence Wruble, MD 5/10/16
- Office visit by Lawrence Wruble, MD 5/10/16
- Encounter summary by Lawrence Wruble, MD 5/10/16
- New patient visit by Lawrence Wruble, MD 5/10/16
- Patient clinical summary by Lawrence Wruble, MD 5/10/16
- Transition of care summary by Lawrence Wruble, MD 5/10/16
- Questionnaire by Sherry J Woolverton-Jones 5/10/16
- Patient interview form by Sherry J Woolverton-Jones 5/10/16
- Authorization to release medical information by Sherry J Woolverton-Jones 5/10/16
- Patient information
- Coding summary
- Allergies by William R Bastnagel, MD 12/29/16
- ED provider note by William R Bastnagel, MD 12/29/16
- Lab results by Robert M Bradley, MD 12/29/16
- MRI (Magnetic Resonance Imaging) brain and stem by William R Bastnagel, MD 12/29/16
- Allergies by William R Bastnagel, MD 7/27/16
- Radiology report by Kirby Smith, MD 7/27/16
- Allergies by William R Bastnagel, MD 6/24/18
- Radiology report by Kirby Smith, MD 6/27/16
- Allergies by William R Bastnagel, MD 5/16/16
- Radiology report by James Stanford Hausmann, MD 5/16/16
- Outpatient medication reconciliation
- Allergies by William R Bastnagel, MD 5/7/16
- ED physician documentation by Carle Cran Kalsi, MD 5/7/16
- Lab results by Robert M Bradley, MD 5/7/16
- Radiology by Carle Cran Kalsi, MD 5/7/16
- Allergies by William R Bastnagel, MD 4/29/16
- ED physician documentation by Thomas Carr Jr., MD 4/29/16
- Lab results by Robert M Bradley, MD 4/29/18
- Radiology report by Francis Daniel Donoven, MD 4/29/18
- Request for medical records by Phyllis Brown 7/17/18

- Authorization for release of protected health information by Sherry J Woolverton-Jones 6/19/18
- Follow up visit by David Guthrie, MD 11/30/16
- 6 week follow up by David Guthrie, MD 8/31/16
- 10 day follow up by David Guthrie, MD 7/22/16
- Follow up visit by David Guthrie, MD 7/11/16
- Basic metabolic panel by David Guthrie, MD 12/17/16
- Vitamin D by David Guthrie, MD 11/25/16
- CBC (Complete Blood Count) by David Guthrie, MD 11/25/16
- Comprehensive metabolic panel by David Guthrie, MD 11/25/18
- Lipid panel by David Guthrie, MD 11/25/16
- Vitamin D by David Guthrie, MD 7/12/16
- CBC by David Guthrie, MD 7/12/18
- Sedimentation rate by David Guthrie, MD 7/12/18

**SUMMARY OF RECORDS:**
Diagnostics:
04/29/2016 Labs.

04/29/2016 CT (Computed Tomography) abdomen/pelvis showed no acute findings.

04/29/2016 Chest x-rays showed no acute findings.

05/07/2016 Labs.

05/08/2016 CT thorax. Impression: No acute findings.

05/12/2016 Labs.

05/16/2016 NM (Nuclear Medicine) Bone/Joint Whole Body-Impression: Fractures posterior lateral right 11th and 12th ribs.

06/27/2016 DXA bone density study. Impression: Osteoporosis back on evaluation of hips.

07/11/2016 Labs.

07/27/2016 Mammogram-Impression: Benign.

11/25/2016 Labs.

12/17/2016 Labs.

12/29/2016 MRI (Magnetic Resonance Imaging) brain. Impression: 1) No acute intracranial findings. 2) Punctate small areas of chronic microvascular ischemic changes, posterior left parietal region.

12/29/2016 CT head/brain. Impression: No acute abnormality.

Physician Office/Hospital Notes:
04/29/2016 Methodist Hospital Emergency Department-Seen for abdominal and right flank pain. Pain is severe. CT abdomen: No acute findings. Assessment: Renal calculus. Plan:

Prochlorperazine. Percocet. Follow up with gastroenterology.

05/08/2016 Methodist Hospital Emergency Department-Seen for flank pain. Complaints: Onset three weeks ago. Tests: Labs done. Images: Chest x-ray showed no acute findings. CT same. CT thorax done today. No acute findings. Assessment: Chronic right flank pain. Plan: Ketorolac.

05/10/2016 Lawrence Wruble, MD/Gastroenterology-Presents with 3 weeks history of severe right sided pain. Complaints: Has been to ED. CT scan was normal. Has nausea and occasional vomiting. She had subtotal colectomy years ago due to ischemia. Pain aggravated by sitting or standing. Medications: Adderall, Coumadin, Vivelle. Xyrem, and Zofran. Past medical: Arrhythmia, colon polyps, endometriosis, hypercoagulable state, low back pain, migraines, and narcolepsy. Exam: Severe tenderness in rib cage. Moderate tenderness in right upper quadrant and the epigastric. Complaints of back pain, abdominal pain, joint pain, dizziness, headaches, difficulty sleeping, heat intolerance, fatigue, loss of appetite, weight gain, and ankle swelling. Assessment: Costochondritis in right lower rib cage in posterior lateral region. Plan: Referred to Dr. Sandy Martinez for injection.

07/11/2016 David Guthrie MD-Osteoporosis, lab work ordered, fractured ribs on right side, low back pain, narcolepsy, malaise and fatigue. Continue vitamin D supplements.

07/22/2016 David Guthrie MD-Osteoporosis, start Fosamax, fatigue, anxiety. Scheduled nerve block of lumbar spine on 08/10/2017.

08/31/2016 David Guthrie MD-Back pain, osteoporosis, vitamin D deficiency and narcolepsy. Updated lab work ordered. Continue medication regimen.

11/30/2016 David Guthrie MD-Lump in left breast, narcolepsy without cataplexy, hypercoagulability state, and unexplained weight loss. Will return for blood work in two weeks.

12/29/2016 Methodist Hospital Emergency Department-Presented with right UE (upper extremity), LE (lower) paresthesia. Onset 24 hours ago. Minimal pain. Here to rule out stroke. Labs done. Adequately anticoagulated. Assessment: 1) Paresthesia. 2) On Warfarin. 3) Neuropathy. Plan: Discharged home. Outpatient PT (Physical Therapy) for gait issues.

Miscellaneous
Work Status:
05/10/2016 Lawrence Wruble, MD/Gastroenterology-Off work until 05/12/2016.

**REVIEW QUESTION (S):**
**1. Does the additional records change your prior assessment in any way? Please explain.**

No. The additional records do not change my prior assessment in any way.

The records (all from 2016) primarily document the claimant's issues with abnormal pain, possibly renal calculi related as well as previously discussed costochondritis and fractured ribs. She was diagnosed with paresthesias and neuropathy in an ED visit on 12/29/2016 but no stroke was diagnosed. The records do not provide support for any restrictions from 04/19/2016, as was stated in the original review.

As previously noted, the claimant states she has severe numbness and tingling and pain in the upper extremity. That does not correlate with findings on cervical MRI scan.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



Paul A. Smucker, M.D.
Board Certified in Physical Medicine and Rehabilitation
Sub Specialty Certificate in Pain Medicine
Added Expertise in Spine
IL License #036085527
IN License #01040699A
MI License #4301050607
11/21/2018

# PAST INVOICE

11/21/2018

Invoice#: 732105

P O#:

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

Attention:
LIBERTY
MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

| | |
|---|---|
| Claim #: | 7901760 |
| Claimant : | Sherry J Woolverton-Jones |
| Referral Date : | 11/21/2018 Peer Review Specialty: PMR & Pain Medicine |
| Federal ID : | 38-2193020 |
| S.S. # : | |
| D.O.I. : | |
| Employer: | |
| TAX ID # : | 38-2193020 |
| State Jurisdiction : | TN |

| Description of Services | Time | Rate | Amount Due |
|---|---|---|---|
| Peer Review Services | 120.00 | 210.00 | $420.00 |
| | | **Discount:** | $0.00 |
| | | **Total Billing:** | $420.00 |
| | | **Total Received:** | $0.00 |
| | | **Total Due:** | **$420.00** |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street
Norwood, MA 02062

TAX ID # :38-2193020 **Past Due** *... priority peer review service*

Peer Review Services

# INVOICE

**11/20/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Jacques, Heidi
Referral Date: 11/13/2018

Claimant: Sherry J Woolverton-Jones
Client Claim #: 7901760
Invoice #: 732106
Pages Reviewed: 127

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Internal Medicine | 120 | $420.00 |
| | | **Total Billable Amount:** | **$420.00** |

**Reviewer(s):** Blaivas, Allen J

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

Peer Review Services

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

# INVOICE

**11/21/2018**

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Jacques, Heidi
Referral Date: 11/13/2018

Claimant: Sherry J Woolverton-Jones
Client Claim #: 7901760
Invoice #: 732105
Pages Reviewed: 127

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Physical Medicine & Rehabilitation | 120 | $420.00 |
| | | **Total Billable Amount:** | **$420.00** |

**Reviewer(s):** Smucker, Paul A

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 10/17/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Sherry J Woolverton-Jones | **Group/Policy/ Claim Number:** | 7901760 |
| **MES Case Number:** | 707304 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Heidi Jacques |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Peer Review from Liberty Mutual 10/02/18 - 10/17/18
- Long Term Disability Benefits from Liberty Mutual 04/02/18 - 10/04/18
- Appeal Review Unit by Robert Schriner, MD/ K. Cody Allison 09/28/18
- Letter K. Cody Allison 03/09/18 - 05/16/18
- Authorization for Release of Information 03/05/18
- Authorization 03/05/18
- Letter 06/26/18
- Authorization to Obtain and Release Psychotherapy Notes from Liberty Mutual 04/26/18
- LTD Earnings History Detail 02/14/18
- Activities Questionnaire 04/26/18
- Claimant Information Form from Liberty Mutual 04/26/18
- Physicians and Medical Facilities
- Claimant Supplementary Statement from Liberty Mutual 04/26/18
- Personal Choice
- Job Description
- Billing Statement 06/07/18
- CP Initial Assessment by David Peterson, MD 02/20/18
- Letter 11/12/16
- Fall Risk
- Discharge Instructions
- Claim Details
- Center Imaging Exam Report by Christopher Sonogyi, MD/ Enid Collie, APN 04/29/16
- Center Imaging Exam Report by Carle Kalsi, MD 05/08/16
- Final Report by Benjamin Wilkerson, MD 05/08/16
- Final Report by James Hausmann, MD 05/16/16
- Center Imaging Exam Report by Santos Martinez, MD/ Joseph Blankinship Jr, MD 06/27/16 - 08/10/16
- Office notes by Santos Martinez, MD 05/13/16 - 09/02/16
- Coague Chek
- Comprehensive Metabolic Panel
- PT/ ATC/ OT Order Sheet by Santos Martinez, MD 10/13/16
- Appeal Form 09/09/16
- Letter 09/09/16
- Discharge Instructions
- Progress notes by Kirby Smith, MD 06/13/16 - 03/08/17

- Hematology & Oncology by John Powell, NP 06/13/16 - 08/26/16
- Results 05/13/16
- Attending Physician Statement by Kirby Smith, MD 08/05/16
- Long Term Disability Benefits from Liberty Mutual 04/02/18
- Call Documentation by Robert Schriner, MD 06/08/16 - 03/08/17
- Progress notes by Robert Schriner, MD 08/08/16 - 07/31/17
- Flowsheets 06/06/16 - 07/31/17
- Functional Capacity Questionnaire
- Our Doctors by Robert Schriner, MD
- Progress notes by Lee Stein, MD 08/08/16 - 07/17/18
- Office notes by Hugh Francis 3rd 03/08/17
- Office notes by Keith Nord, MD 02/13/17 - 04/05/17
- MRI Screen Sheet by Keith Nord, MD 03/01/17
- Office notes by Gary Howell, MD 03/01/17
- Clinical Documents by Joseph Weinstein, MD 03/30/17 - 07/25/18
- History & Physical by Joseph Weinstein, MD 03/13/17
- Medical Facts 04/18/16 - 06/06/16
- Attending Physician Statement by Kirby Smith, MD 08/04/16 - 08/10/16
- Sonographic Evaluation by Roy Oswaks, MD 08/08/16 - 02/08/17
- Progress notes by Roy Oswaks, MD 02/08/17
- Office notes by David Guthrie, MD 08/31/16 - 09/25/18
- Invoice 07/27/18
- Authorization for Release of Protected 06/19/18
- Visit Summary 04/27/16 - 06/06/16
- All Lab and Imaging Orders and Results by John Powell, NP 06/06/16 - 03/08/17
- Treatment Vitals 08/30/16 - 07/24/17
- Consults from Liberty Mutual 02/19/18 - 02/22/18

**SUMMARY OF RECORDS:**

On 06/27/16, a dual energy x-ray absorptiometry (DEXA) bone density study shows osteoporosis based on evaluation of the hips.

On 05/16/16, a whole body bone scan showed fractures in the posterior lateral right 11th and 12th ribs.

Office visit note dated 06/16/16 by Dr. Kirby Smith/Hematology/Oncology) reports about 2 months ago the claimant was getting out of bed when she noticed an acute onset of right-sided flank pain. This was so severe that she has been unable to work since April 18. She initially assumed that it was gastric in origin and she underwent gastrointestinal (GI) evaluation with computed tomography (CAT) scans of the abdomen and pelvis showed no abnormality. He said seem to be bony in origin. She was referred to an orthopedist bone scan showed fracture of the right 11th and 12th ribs. Because the fractures occurred during a low trauma incident, she has been referred for bone density testing. She cannot take any pain medication because of interactions with Xyrem, which is the medication that she takes for narcolepsy. She has been acutely uncomfortable and unable to work since the recurrence of her fractures

Office visit note dated 07/18/16 by Dr. Kirby Smith reports last week she had discharge from the left nipple, which she describes as clear or light yellow There have been 2 previous biopsies and assist aspiration of the left breast in the past. In addition, she has begun to have discomfort in the right groin where she has had lymphadenopathy in the past.

Attending Physician Statement dated 08/04/16 by Dr. Kirby Smith reports diagnoses of right-sided rib fractures with delayed healing; primary hypercoagulable state; nipple discharge in female; patient has been totally disabled from 04/20/16-02/01/17. She cannot return to work with restrictions.

Office visit note dated 08/08/16 by Dr. Robert Schriner (pulmonary/sleep) reports the claimant was seen for follow-up of narcolepsy with cataplexy. She has been on Adderall extended release (XR) for long-term therapy. It takes the claimant approximately only a few minutes to fall asleep at night. Reports that she goes to bed about 9:00 PM and gets up about 7:30 AM to 8:30 AM. She probably obtains 9+ hours of sleep per night. Mild daytime sleepiness is noted. She feels fatigue, but does not take any scheduled naps. No ongoing issues with double vision, vertigo, and weakness (principally in the right lower extremity). These were felt to be subtle signs of cataplexy intermittently. Assessment: diagnosis of narcolepsy with cataplexy, clinically doing adequately with current treatment. Plan is for renewal for Xyrem, continue with Adderall XR 30mg twice a day (BID). Follow-up in clinic in 6 months.

Office visit note dated 08/08/16 by Dr. Lee Stein/Neurology reports the claimant has a history of sleep apnea, narcolepsy with cataplexy, paresthesias, B12 deficiency, right body pain, and migraine. She has vascular headaches syndrome. The claimant states her headaches occur daily. Add Pamelor for right knee and right lower extremity pain followed by orthopedics. For diagnosis of narcolepsy, cataplexy, and sleep apnea, she is presently on Xyrem.

On 8/10/16, the claimant had an ultrasound-guided injection to relieve pain of right lower rib fractures.

Office visit note dated 08/24/16 by Dr. Kirby Smith reports the claimant is in today for follow-up of multiple issues including hypercoagulable syndrome. She is currently on Coumadin. She had a nerve block procedure, to help with right chest wall pain associated with some rib fractures. That did provide some pain relief for about 10 days, but that has since recurred. She has no relief from her right shoulder and right hip pain. She remains off work. She is not having any bleeding or bruising issues. She continues to have left nipple discharge with clear fluid. She had seen a breast surgeon who reviewed her mammograms and felt that the drainage was from a cyst. Recommended follow-up in February of next year, unless the drainage becomes blood or she develops other symptoms.

Office visit note dated 01/23/17 by Dr. Smith reports the claimant developed numbness on the entire right side of her body and went to the Methodist Hospital Emergency Room on 12/29/16. A diagnosis of TIA was entertained and the CT scan of the brain was performed and demonstrated no acute abnormalities. Her appetite is quite poor and the thought of food is repulsive to her. She continues with multiple areas of pain including the right lateral chest wall, particularly while sitting, but also pain in the right hip, the right shoulder, and the right neck which may be slightly worse. She continues care with Dr. Lee Stein for Norco.

Office visit note dated 02/09/17 by Dr. Lee Stein reports the claimant has headaches from daily to twice-weekly. She stopped her medication of her own collision. Apparently, she did not recall how frequently she is experiencing these headaches in the past. She is not interested in Pamelor at the present time. She has been interested in Neurontin because of tremor and its effectiveness with reference to tremors.

Office visit note dated 03/08/17 by Dr. Smith reports the claimant presents for an INR check. She is currently taking Coumadin. Her anxiety is no better on Paxil. She has a cardiac evaluation next week for her palpitations. She has a left breast biopsy scheduled next week. She's been diagnosed with a bulging cervical disc and is undergoing a series of injections for that. No other symptoms reported today. Performance status: currently Eastern Cooperative Oncology Group (ECOG) performance status is 2 - symptomatic; in bed less than 50% of the day. Increased Paxil to 20 mg daily. Will check studies today. Will check B12 and folate levels given her level of fatigue and will see her back in about 4 weeks, when hopefully will have results of her breast biopsy.

Office visit note dated 07/31/17 by Dr. Schrine reports the claimant remains on disability related to back issues/osteoporosis. She is seen for follow-up of narcolepsy with cataplexy. She has been on Xyrem and Adderall for long-term therapy. Moderate daytime sleepiness is noted (off medication related to expense). Some mild dizziness with double vision and weakness, but principally in the left lower extremity. These were felt to be subtle signs of cataplexy previously. Assessment: diagnosis of narcolepsy with cataplexy, clinically doing marginally better off therapy. She on disability at this time. I'll attempt to adjust her medication regimen so that the patient may be able to afford. Plan: Effexor- see if it helps mild cataplexy; Adderall 20 mg BID PRN. The patient has been counseled to use judicious napping to help with daytime sleepiness and be extremely careful of driving or operation of machinery. Call back in 2 weeks, follow-up in clinic in 6 months".

Claimant Statement dated 04/26/18 "Having narcolepsy, there are days in which I sleep 12 to 14 hours straight. There are also times when I completely blackout. I blackouts can last anywhere from 15 minutes to several hours. After such an episode, I have no recollection of having fallen asleep or of losing any time, that is until someone tells me, I see a clock, or I have to pick myself up off the floor".

Residual Functional Capacity Questionnaire dated 08/20/18 by Dr. Robert Schriner scene initially December 2014 and then approximately annually. Diagnosis: narcolepsy with cataplexy. Prognosis: probably stable symptoms. Symptoms include daytime sleepiness as well as a history of cataplexy- double vision, lower extremity weakness; objective tests- PSG/MSLT in February 2014; treatment with wake promoting medications (Nuvigil/ Adderall), as well as anti-cataplexy (Xyrem). Cataplexy controlled but with residual daytime sleepiness. Impairments expected to last at least 12 months. Patient is not a malingerer. Anxiety/increase stress may affect patient's condition. Attention and concentration will be affected by symptoms frequently during a typical workday. Is capable of low stress jobs. Patient's impairment is generally constant. Major limitation from her sleep disorder is predisposition to sleepiness despite medication therapy.

**REVIEW QUESTION (S):**

**1. What diagnoses are supported by the medical evidence?**

Since 2016, the claimant is being followed for complaints of paresthesias, headache, nipple discharge/ breast cysts, narcolepsy with cataplexy, osteoporosis, and pain at multiple sites.

The diagnoses are based on objective (or clinically visible) documentation include breast discharge/ cysts, rib fractures, and narcolepsy with cataplexy (though the actual sleep studies are not available for my review). One of the office notes by Dr. Stein report the claimant has sleep apnea, but there is no other mention of this diagnosis.

**2. Does the medical evidence support any diagnoses causing functional impairment for any period from 4/19/16 to the present? Please explain your medical rationale as to why or why not.**

From an IM/Pulmonary/Sleep perspective there is no clear evidence of ongoing functional impairment from 4/19/16 and onward.

The claimant's narcolepsy appears to cause some degree of tiredness, but there is no evidence that the claimant is sleepy to the extent that she is unable to function in the workplace with minimal accommodation for her sleepiness. The initial polysomnography/multiple sleep latency test (PSG/MSLT) is not available for my review. She has not had a MSLT or Maintenance of Wakefulness Test (MWT) while on stimulant therapy to demonstrate continued sleepiness despite treatment. Her cataplexy appears to be no worse than mild, based on Dr. Schriner's notes and RFC statement. The claimant stopped the medication for cataplexy on her own, reportedly due to cost. I defer an assessment of the claimant's pain symptoms to my co-reviewer, physical medicine specialist. Osteoporosis is not an impairing diagnosis.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time since 4/19/16. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

From an IM/Pulmonary/Sleep perspective there is no clear evidence of ongoing functional impairment from 4/19/16 and onward.

There does not appear to be functional impairment from an IM/Pulmonary/Sleep medicine perspective.

**4. Are there any reported or observed cognitive and/or physical side effects attributed to claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please outline the timeline of side effects and explain your medical rationale.**

There are no reported or observed cognitive and/or physical side effects attributed to the claimant's medications.

There are no reported medication side effects that would be expected to contribute to impairment.

**5. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 4/19/16 to present? Please explain your medical rationale.**

The medical evidence does support the claimant has the ability to sustain full-time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 4/19/16 to present.

The claimant has full-time capacity from 4/19/16 forward; 8 hours a day, 5 days a week. There is no objective evidence to support less than full-time capacity.

**6. Please discuss test results and correlate with documented physical examination findings and reported symptoms in the medical records.**

The claimant had a diagnosis of rib fractures, as evidenced by imaging. She had osteoporosis noted by bone scan. This may have contributed to her pain symptoms in June 2016. She had breast cysts seen on exam with drainage. There was a PSG/MSLT performed in 2014 which was reportedly consistent with narcolepsy, but these studies are not available.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Allen J. Blaivas, D.O.
Board Certified in Internal Medicine
Sub Specialty Certificate in Sleep Medicine
Sub Specialty Certificate in Pulmonary Disease
Sub Specialty Certificate in Critical Care Medicine
NJ License #25MB07222400
NY License #236102
10/30/2018

**ADDENDUM**

**Your report states; "The claimant's narcolepsy appears to cause some degree of tiredness, but there is no evidence that the claimant is sleepy to the extent that she is unable to function in the workplace with minimal accommodation for her sleepiness."**

**Please explain what you mean by "minimal accommodations". Please clarify with rationale explaining your recommendation.**

Accommodations for narcolepsy typically include time and space (such as a sofa in an office lounge area) for short nap breaks during lunch; the ability to take nap breaks at employee's desk for 10-15 minutes every 3 hours during the workday; more flexible scheduling such as arrival time at work, not scheduling back-to back clients, and allowing the employee to work at home (if practical for the business); and consistent work hours.

Allen J. Blaivas, D.O.
Board Certified in Internal Medicine
Sub Specialty Certificate in Sleep Medicine
Sub Specialty Certificate in Pulmonary Disease
Sub Specialty Certificate in Critical Care Medicine
NJ License #25MB07222400
NY License #236102
Updated 11/13/2018

WestTennessee HEALTHCARE

WTH Dyersburg Hospital • 400 E Tickle St. • Dyersburg, Tennessee 38024

## FACSIMILE TRANSMITTAL

DATE: 9/25/18 TIME:

TO: Cody Allison & Associates FAX #: 615-727-0175

FROM: CFAH - Dr David Guthrie - 731-288-7250

TYPE/NAME OF DOCUMENT: Records

SPECIAL INSTRUCTIONS:

NUMBER OF PAGES (INCLUDING COVER):

**********************************************************************************************

The information contained in this facsimile transmittal is legally privileged information intended only for use by the recipient named above. If the reader of this message is not the recipient, you are hereby notified that any use, dissemination, distribution or copy of this facsimile is strictly prohibited by law. If you have received this transmittal in error, please immediately notify the sender by telephone at the above number or Julie Shoaf, Privacy Coordinator, 731-541-8486 and return the transmittal to the address above via the U.S. Postal Service.

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
Phyllis@codyallison.com

July 17, 2018

**September 25, 2018 2ND REQUEST PLEASE RUSH**

VIA FAX: 731-287-2106
Attn: Medical Records
Dr. David Gutherie
1629 Woodlawn Avenue
Dyersburg, TN 38024

**RE:** **Our Client:** Sherry Wolverton-Jones
**Date of Birth:**
**Social Security No.:**

Dear Medical Records Custodian,

Our services have been retained to represent Ms. Woolverton-Jones regarding the denial of her Short-term and long-term disability benefits through Sedgewick Insurance.

Therefore, I am requesting that you please forward to me copies of Ms. Woolverton-Jones medical records **from April 2016 to present.** I do not need x-rays or films. Enclosed you will find an executed medical authorization allowing us to receive those records.

If these records will exceed $100.00, please call prior to sending the records for approval.

Thank you in advance for your cooperation and assistance with this matter. Please contact me with any questions.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

Phyllis Brown

Phyllis Brown, Legal Assistant

/pb
enc: HIPAA Release

WOOLVERTON,S #72591 MEDICA

* 8135317y17521 Last Page A-MedRecReq

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

**PROVIDER NAME:** Dr. David Guthrie

**PROVIDER ADDRESS:**

**PROVIDER PHONE:**

**PROVIDER FAX:** 731-288-3166

**Section A: This section must be completed for all Authorizations for Release of PHI or Right to Access.**

| | |
|---|---|
| **Patient's Name:** Sherry Woolverton Jones | **Requester's/Record Recipient's Name & Address:** |
| **Patient's Address:** | Cody Allison & Associates, PLLC<br>Parkway Towers<br>404 James Robertson Parkway, Ste. # 1623<br>Nashville, Tennessee 37219 |
| **Patient's SSN:** | **Attorney for Plaintiff(s)** |
| **Patient's Date of Birth:** | **Phone: (615) 234-6000** |

**This Authorization will expire:** ONE YEAR FROM THE DATE NEXT TO THE SIGNATURE BELOW.

**Purpose of Disclosure:** Civil litigation purposes.

**Section B: Description of information to be used or disclosed:** All items checked below from ~~1-2016~~ 2016 to present.

| | | | |
|---|---|---|---|
| [ ] All PHI & Medical Records | [ ] Laboratory | [ ] List of Allergies | [ ] Abstract Records Only |
| [ ] History & Physical | [ ] Imaging/Radiology/X-Rays | [ ] Immunization Records | |
| [ ] Consultation Reports | [ ] Nursing Notes | [ ] Discharge Summaries | |
| [ ] Operative Reports | [ ] Medication Records/Orders | [ ] Evaluation Reports | |
| [ ] Progress Notes | [ ] Demographics | [ ] Itemized Bills | |
| [ ] Physician Orders | [ ] Rehabilitation Services | [X] Any & All Records in Provider's Possession | |
| [ ] Social History Information | [ ] Special Tests & Therapy | [ ] Any & All Records from Other Providers | |

**Section C: I understand that:**

1. I may refuse to sign this authorization and that it is strictly voluntary. If I refuse to sign, my records cannot be released.
2. I may revoke this authorization at any time. I must revoke this authorization in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Further details may be found in the Notice of Privacy Act.
3. I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
5. The information used or disclosed pursuant to the authorization, may be subject to redisclosure by the recipient and may no longer be protected by 45 CFR § 164.508.
6. **I acknowledge, and hereby consent to such, that the released information may contain alcohol abuse/treatment, drug abuse/treatment, psychiatric/behavioral/mental health treatment/services, sexually transmitted disease, HIV testing, HIV results and/or AIDS information.** SWJ **(Initial)**
7. I will receive a copy of this form after I sign it.
8. A photocopy of this authorization is to be considered as valid as the original.
9. My treatment, payment, enrollment, or eligibility for benefits may not be conditioned on signing this authorization.

**THIS AUTHORIZATION PERMITS PROVIDER TO DISCUSS ALL MATTERS PERTAINING TO PATIENT WITH PATIENT'S ATTORNEYS AND ATTORNEYS' STAFF AFFILIATED WITH LAW OFFICE ABOVE.**

I have read the above and authorize the use or disclosure of the protected health information as stated herein. The undersigned represents that he or she is legally authorized and entitled to execute this document.

Sherry Jo Woolverton Jones — 6/19/2018

**Signature of Patient - Sherry Woolverton Jones** **Date**

**If Signed by Personal Representative, Description of Representative's Authority to Act** **Signature of Witness**

*Legal Authority: If this authorization relates to nursing home care, then the request is authorized pursuant to 42 CFR § 483.10(b)(2), as well as state resident rights laws. If this authorization has been signed by a personal representative and if required, then a power of attorney, letters testamentary or letters of administration are attached and incorporated into this release by reference. This authorization complies with the Health Insurance Portability and Accountability Act (HIPAA) 45 CFR § 164.508.*

WOOLVERTON, SHERRY JONES (id #67781, dob: )

## Encounters and Procedures

Clinical Encounter Summaries
Sherry Woolverton
1
[
MR#67781
Date of Service: 11/30/2016

Center for Adult Healthcare

Date: 11/30/2016

**Encounter Reason:**
review / discuss labs, 2 month follow-up

chol 230

she has lost 10lbs since appt in August - she checks INR at home - will have lumpectomy left breast and nerve block for back soon

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| **Age:** | 45 11/30/2016 05:06 pm | **T:** | 98.6 F° ear 11/30/2016 05:38 pm | **BP:** | 112/71 sitting L arm 11/30/2016 05:06 pm |
| **Pulse:** | 90 bpm regular 11/30/2016 05:38 pm | **RR:** | 16 11/30/2016 05:06 pm | **Ht:** | 4 ft 11 in 11/30/2016 05:06 pm |
| **Wt:** | 114 lbs 11/30/2016 05:06 pm | **BMI:** | 23 11/30/2016 05:06 pm | **O2Sat:** | 99% Room Air at Rest 11/30/2016 05:06 pm |

**HPI:**
recent low potassium--will repeat soon--has thick blood on coumadin--has narcolepsy .lost 10 lbs since was seen

**Back Pain**
Reported by patient.

Location: **pain radiating to the buttocks; pain radiating to the legs**
Associated Symptoms: no fever

**Fatigue**
Reported by patient.

Severity/Progression: normal sleep patterns; normal exercise habits
Modifying factors: no new stressors in life
Associated Symptoms: no drug/alcohol withdrawal

**Past Medical History:**
Reviewed Past Medical History
Abnormal Mammogram: **Y**
Osteoporosis: Y
Sleep Disorders: **Y - narcolepsy**
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

## WOOLVERTON, SHERRY JONES (id #67781, dob: )

Reviewed Allergies
**MINOCIN**: - keep her awake
**ZITHROMAX Z-PAK**: - abdominal pain

**Surgical History:**

Reviewed Surgical History
- Appendectomy - 2004
- Hysterectomy - 2004
- Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**

Reviewed Medications

| | | |
|---|---|---|
| **Adderall XR 30 mg capsule,extended release**<br>Take 2 capsule(s) every day by oral route.<br>**Note:** per Dr. Shriner | 11/30/16 | entered |
| **Fosamax 70 mg tablet**<br>Take 1 tablet(s) every week by oral route. | 07/22/16 | prescribed |
| **Klor-Con**<br>per Dr. Smith - oncologist | 11/30/16 | entered |
| **Vitamin D** | 08/31/16 | entered |
| **Vivelle-Dot 0.1 mg/24 hr transdermal patch**<br>**Internal Note:** every 3 1/2 days | 11/17/10 | entered |
| **warfarin 5 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/10/14 | entered |
| **Xyrem**<br>3g evet night 2-4 1/2 hrs apart<br>**Internal Note:** Per Dr. Schriner | 07/11/16 | entered |
| **Zofran 8 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed.<br>**Internal Note:** Per Oncologist | 07/11/16 | entered |

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**

Reviewed Problems
- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History
**General IM**
Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N
Live alone or with others?: alone
Able to Care for Self: Y
Are you a veteran?: N

**Family History:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- previously recorded as Diabetes<br>- Obese<br>- previously recorded as Obesity<br>- Hypertensive disorder<br>- previously recorded as Hypertension<br>- Hypercholesterolemia<br>- previously recorded as High Cholesterol |
| Maternal Grandmother | - Malignant neoplastic disease<br>- previously recorded as Cancer<br>- Neoplasm of endocrine system<br>- previously recorded as Gland Tumors |
| Maternal Grandfather | - Cerebrovascular accident<br>- previously recorded as Stroke<br>- Diabetes mellitus<br>- previously recorded as Diabetes<br>- Obese<br>- previously recorded as Obesity<br>- Arteriosclerotic vascular disease<br>- previously recorded as Hardening of the Arteries<br>- Hypertensive disorder<br>- previously recorded as Hypertension<br>- Myocardial infarction<br>- previously recorded as Heart Attack |
| Mother | - Disorder of thyroid gland<br>- previously recorded as Thyroid Problems<br>- Neoplasm of endocrine system<br>- previously recorded as Gland Tumors<br>- Obese<br>- previously recorded as Obesity |
| Brother | - Hypercholesterolemia<br>- htn (previously recorded as High Cholesterol) |

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

**ROS as noted in the HPI**

**Physical Exam:**

**WOOLVERTON, SHERRY JONES (id #67781, dob:**

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Head:** Head: normocephalic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear. Lips, Teeth, and Gums: no mouth or lip ulcers. Oropharynx: moist mucous membranes.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD.

**Lungs:** Respiratory effort: no dyspnea.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no cyanosis or varicosities. Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact.

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

**Document Review:**

N/A

**Results/Interpretations:**

None recorded

**Assessment/Plan:**

1. **Lump in left breast**
   N63: Unspecified lump in breast
2. **Narcolepsy**
   G47.419: Narcolepsy without cataplexy
3. **Hypercoagulability state**
   D68.59: Other primary thrombophilia
4. **Unexplained weight loss**
   R63.4: Abnormal weight loss

## Discussion

**Discussion Notes**

do bmp in 2 weeks --refill meds --ov 3 months

**Procedure Documentation:**

None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD

WOOLVERTON, SHERRY JONES (id #67781, dob: )

DAVID P GUTHRIE, MD
Sherry Woolverton

MR#67781
Date of Service: 08/31/2016

Center for Adult Healthcare

Date: 08/31/2016

**Encounter Reason:**
6 week follow-up

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| **Age:** | 44 08/31/2016 07:46 am | **T:** | 98.6 F° ear 08/31/2016 08:26 am | **BP:** | 108/62 sitting L arm 08/31/2016 07:55 am |
| **Pulse:** | 96 bpm regular 08/31/2016 08:26 am | **RR:** | 15 08/31/2016 07:46 am | **Ht:** | 4 ft 11 in 08/31/2016 07:46 am |
| **Wt:** | 124 lbs 08/31/2016 07:55 am | **BMI:** | 25 08/31/2016 07:55 am | **O2Sat:** | 96% Room Air at Rest 08/31/2016 07:55 am |

**HPI:**
she has osteoporosis and narcolepsy--fosamax recently started

**Back Pain**
Reported by patient.

Location: **pain radiating to the buttocks**
Severity: same
Associated Symptoms: no fever

**anxiety/depression**
Reported by patient.

Severity: denies suicidal ideations; able to maintain relationships
Associated Symptoms: denies homicidal ideations
Notes: low vit d --it was added recently

**headache**
Reported by patient.

Location: bilateral
Associated Symptoms: **nausea**

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

**Past Medical History:**
Reviewed Past Medical History
Osteoporosis: Y
Sleep Disorders: Y - **narcolepsy**
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

Reviewed Allergies
**MINOCIN:** - keep her awake
**ZITHROMAX Z-PAK:** - abdominal pain

**Surgical History:**

Reviewed Surgical History
- Appendectomy - 2004
- Hysterectomy - 2004
- Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**

Reviewed Medications

| | | |
|---|---|---|
| **Adderall XR 20 mg capsule,extended release**<br>Take 3 capsule(s) every day by oral route. | 06/10/14 | entered |
| **Fosamax 70 mg tablet**<br>Take 1 tablet(s) every week by oral route. | 07/22/16 | prescribed |
| **lidocaine**<br>5% patch 1x daily for 12 hors | 07/11/16 | entered |
| **Lovenox 60 mg/0.6 mL subcutaneous syringe**<br>Inject by subcutaneous route. | 08/31/16 | entered |
| **nortriptyline 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 08/31/16 | entered |
| **Vitamin D** | 08/31/16 | entered |
| **Vitamin D2 50,000 unit capsule**<br>Take 1 capsule(s) every week by oral route. | 07/11/16 | entered |
| **Vivelle-Dot 0.1 mg/24 hr transdermal patch**<br>**Internal Note:** every 3 1/2 days | 11/17/10 | entered |
| **warfarin 5 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/10/14 | entered |
| **Xyrem**<br>3g evet night 2-4 1/2 hrs apart<br>**Internal Note:** Per Dr. Schriner | 07/11/16 | entered |
| **Zofran 8 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed.<br>**Internal Note:** Per Oncologist | 07/11/16 | entered |

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**

Problems not reviewed (last reviewed 11/30/2016)

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History
**General IM**
Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N

**Family History:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- previously recorded as Diabetes<br>- Obese<br>- previously recorded as Obesity<br>- Hypertensive disorder<br>- previously recorded as Hypertension<br>- Hypercholesterolemia<br>- previously recorded as High Cholesterol |
| Maternal Grandmother | - Malignant neoplastic disease<br>- previously recorded as Cancer<br><br>- Neoplasm of endocrine system<br>- previously recorded as Gland Tumors |
| Maternal Grandfather | - Cerebrovascular accident<br>- previously recorded as Stroke<br>- Diabetes mellitus<br>- previously recorded as Diabetes<br>- Obese<br>- previously recorded as Obesity<br>- Arteriosclerotic vascular disease<br>- previously recorded as Hardening of the Arteries<br>- Hypertensive disorder<br>- previously recorded as Hypertension<br>- Myocardial infarction<br>- previously recorded as Heart Attack |
| Mother | - Disorder of thyroid gland<br>- previously recorded as Thyroid Problems<br>- Neoplasm of endocrine system<br>- previously recorded as Gland Tumors<br>- Obese<br>- previously recorded as Obesity |
| Brother | - Hypercholesterolemia<br>- htn (previously recorded as High Cholesterol) |

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

Patient reports **arthralgias/joint pain.** She reports **fatigue.** She reports no fever and no night sweats. She reports no dry eyes. She reports no difficulty hearing. She reports no chest pain.
**ROS as noted in the HPI**

**Physical Exam:**

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD.

**Lungs:** Respiratory effort: no dyspnea.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: **tenderness** and **limited ROM.** Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact.

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

on leave from Sam's optical bc it hurts to sit for long periods

**Document Review:**

N/A

**Results/Interpretations:**

None recorded

**Assessment/Plan:**

1. **Low back pain**
   M54.5: Low back pain
   - BACK CARE AND PREVENTING INJURIES: CARE INSTRUCTIONS
   - GETTING BACK TO NORMAL AFTER LOW BACK PAIN: CARE INSTRUCTIONS
   - LEARNING ABOUT RELIEF FOR BACK PAIN

2. **Primary osteoporosis**
   M81.0: Age-related osteoporosis without current pathological fracture

3. **Vitamin D deficiency**
   E55.9: Vitamin D deficiency, unspecified

4. **Narcolepsy**
   G47.419: Narcolepsy without cataplexy

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

## Discussion

**Discussion Notes**

vit d level cmp cbc vit b 12 level one week prior to ov fu in nov 2016

**Procedure Documentation:**

None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD

DAVID P GUTHRIE, MD

Sherry Woolverton

MR#67781
Date of Service: 07/22/2016

Center for Adult Healthcare

Date: 07/22/2016

**Encounter Reason:**

10 day follow up

review labs-vit d low--add 2000 iu qd vit d

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| **Age:** | 44 07/22/2016 03:10 pm | **T:** | 98.6 F° ear 07/22/2016 04:03 pm | **BP:** | 111/66 sitting L arm 07/22/2016 03:28 pm |
| **Pulse:** | 87 bpm regular 07/22/2016 04:03 pm | **RR:** | 18 07/22/2016 03:28 pm | **Ht:** | 4 ft 11 in 07/22/2016 03:28 pm |
| **Wt:** | 123.4 lbs 07/22/2016 03:28 pm | **BMI:** | 24.9 07/22/2016 03:28 pm | **O2Sat:** | 97% Room Air at Rest 07/22/2016 03:28 pm |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

**HPI:**

several meds --dr smith does her inr --she does them at home --the inr --she has hypercoag

**Fatigue**

Reported by patient.

Severity/Progression: normal sleep patterns
Modifying factors: no new stressors in life
Associated Symptoms: no drug/alcohol withdrawal

**Insomnia**

Reported by patient.

Associated Symptoms: **anxiety**

**anxiety/depression**

Reported by patient.

Severity: denies suicidal ideations; able to maintain relationships
Context: no major life stressors
Associated Symptoms: denies homicidal ideations

**Past Medical History:**

Reviewed Past Medical History
Osteoporosis: Y
Sleep Disorders: **Y - narcolepsy**
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

Reviewed Allergies
**MINOCIN:** - keep her awake
**ZITHROMAX Z-PAK:** - abdominal pain

**Surgical History:**

Reviewed Surgical History
- Appendectomy - 2004
- Hysterectomy - 2004
- Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**

Reviewed Medications

| | | |
|---|---|---|
| **Adderall XR 20 mg capsule,extended release**<br>Take 3 capsule(s) every day by oral route. | 06/10/14 | entered |
| **Fosamax 70 mg tablet**<br>Take 1 tablet(s) every week by oral route. | 07/22/16 | prescribed |
| **lidocaine**<br>5% patch 1x daily for 12 hors | 07/11/16 | entered |
| **Vitamin D2 50,000 unit capsule**<br>Take 1 capsule(s) every week by oral route. | 07/11/16 | entered |
| **Vivelle-Dot 0.1 mg/24 hr transdermal patch**<br>**Internal Note:** every 3 1/2 days | 11/17/10 | entered |
| **warfarin 5 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/10/14 | entered |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

**Xyrem** 07/11/16 entered
3g evet night 2-4 1/2 hrs apart
**Internal Note:** Per Dr. Schriner

**Zofran 8 mg tablet** 07/11/16 entered
Take 1 tablet(s) every 8 hours by oral route as needed.
**Internal Note:** Per Oncologist

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**

Problems not reviewed (last reviewed 11/30/2016)

- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History
**General IM**
Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N

**Family History:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity<br>- Hypertensive disorder<br>  - previously recorded as Hypertension<br>- Hypercholesterolemia<br>  - previously recorded as High Cholesterol |
| Maternal Grandmother | - Malignant neoplastic disease<br>  - previously recorded as Cancer<br>- Neoplasm of endocrine system<br>  - previously recorded as Gland Tumors |
| Maternal Grandfather | - Cerebrovascular accident<br>  - previously recorded as Stroke<br>- Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity<br>- Arteriosclerotic vascular disease |

| | |
|---|---|
| | - previously recorded as Hardening of the Arteries |
| | - Hypertensive disorder |
| | - previously recorded as Hypertension |
| | - Myocardial infarction |
| | - previously recorded as Heart Attack |
| Mother | - Disorder of thyroid gland |
| | - previously recorded as Thyroid Problems |
| | - Neoplasm of endocrine system |
| | - previously recorded as Gland Tumors |
| | - Obese |
| | - previously recorded as Obesity |
| Brother | - Hypercholesterolemia |
| | - htn (previously recorded as High Cholesterol) |

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

**ROS as noted in the HPI**

**Physical Exam:**

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear. Lips, Teeth, and Gums: no mouth or lip ulcers. Oropharynx: moist mucous membranes.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD.

**Lungs:** Respiratory effort: no dyspnea.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: **limited ROM; she sees dr martinez --vit d given --**. Extremities: no cyanosis or varicosities. Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: **abnormal.**

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

**Document Review:**

N/A

**Results/Interpretations:**

None recorded

**Assessment/Plan:**

1. **Primary osteoporosis**
    M81.0: Age-related osteoporosis without current pathological fracture
    - Fosamax 70 mg tablet -

**WOOLVERTON, SHERRY JONES (id #67781, dob:**

Take 1 tablet(s) every week by oral route. Qty: 4 tablet(s) Refills: 12 Pharmacy: C & C PHARMACY LLC

**2. Fatigue**
R53.83: Other fatigue

**3. Anxiety**
F41.9: Anxiety disorder, unspecified

## Discussion

**Discussion Notes**
add fosamax 70 mg once a week--discussed risks--no gerd

**Procedure Documentation:**
None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD

DAVID P GUTHRIE, MD

Sherry Woolverton

MR#67781
Date of Service: 07/11/2016

**Center for Adult Healthcare**

Date: 07/11/2016

**Encounter Reason:**
Follow Up

Pt here for f/u. Pt states she has been diagnosed with Osteoporosis and wants to discuss treatment options. Pt states she has also been having clear and sometimes yellow discharged from left breast. Pt c/o headache x 1 week

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| **Age:** | 44 07/11/2016 04:01 pm | **T:** | 98.6 F° ear 07/11/2016 04:32 pm | **BP:** | 116/76 sitting 07/11/2016 04:01 pm |
| **Pulse:** | 85 bpm regular 07/11/2016 04:32 pm | **RR:** | 14 07/11/2016 04:32 pm | **Ht:** | 4 ft 11 in 07/11/2016 04:01 pm |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

**Wt:** 125 lbs 07/11/2016 04:01 pm **BMI:** 25.2 07/11/2016 04:01 pm **O2Sat:** 97% Room Air at Rest 07/11/2016 04:01 pm

**HPI:**

osteoporosis--dexa and breast discharge left breast --dr kirby smith sees her for coumadin --thick blood --factor -five leiden abnl?--one of two genes ?--inrgoal --2-3--she checks her own inr at home --she has narcolepsy--has rib fx ? cause?

**Back Pain**

Reported by patient.

Location: **pain radiating to the buttocks; pain radiating to the legs**
Aggravating factors: **movement/positioning**

**Fatigue**

Reported by patient.

Severity/Progression: normal sleep patterns
Modifying factors: **new stressors in life**
Associated Symptoms: no drug/alcohol withdrawal

**anxiety/depression**

Reported by patient.

Severity: denies suicidal ideations; able to maintain relationships
Associated Symptoms: denies homicidal ideations

**Past Medical History:**

Reviewed Past Medical History
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

Reviewed Allergies
**MINOCIN:** - keep her awake
**ZITHROMAX Z-PAK:** - abdominal pain

**Surgical History:**

Reviewed Surgical History
- Appendectomy - 2004
- Hysterectomy - 2004
- Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**

Reviewed Medications

**Adderall XR 20 mg capsule,extended release** 06/10/14 entered
Take 3 capsule(s) every day by oral route.

**lidocaine** 07/11/16 entered
5% patch 1x daily for 12 hors

**Vitamin D2 50,000 unit capsule** 07/11/16 entered
Take 1 capsule(s) every week by oral route.

**Vivelle-Dot 0.1 mg/24 hr transdermal patch** 11/17/10 entered
**Internal Note:** every 3 1/2 days

**warfarin 5 mg tablet** 06/10/14 entered

Take 1 tablet(s) every day by oral route.

**Xyrem** 07/11/16 entered
3g evet night 2-4 1/2 hrs apart
**Internal Note:** Per Dr. Schriner

**Zofran 8 mg tablet** 07/11/16 entered
Take 1 tablet(s) every 8 hours by oral route as needed.
**Internal Note:** Per Oncologist

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**

Problems not reviewed (last reviewed 11/30/2016)

- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History
**General IM**
Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N

**Family History:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- previously recorded as Diabetes<br>- Obese<br>- previously recorded as Obesity<br>- Hypertensive disorder<br>- previously recorded as Hypertension<br>- Hypercholesterolemia<br>- previously recorded as High Cholesterol |
| Maternal Grandmother | - Malignant neoplastic disease<br>- previously recorded as Cancer<br>- Neoplasm of endocrine system<br>- previously recorded as Gland Tumors |
| Maternal Grandfather | - Cerebrovascular accident<br>- previously recorded as Stroke<br>- Diabetes mellitus<br>- previously recorded as Diabetes<br>- Obese<br>- previously recorded as Obesity |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

| | |
|---|---|
| | - Arteriosclerotic vascular disease<br>- previously recorded as Hardening of the Arteries |
| | - Hypertensive disorder<br>- previously recorded as Hypertension |
| | - Myocardial infarction<br>- previously recorded as Heart Attack |
| Mother | - Disorder of thyroid gland<br>- previously recorded as Thyroid Problems |
| | - Neoplasm of endocrine system<br>- previously recorded as Gland Tumors |
| | - Obese<br>- previously recorded as Obesity |
| Brother | - Hypercholesterolemia<br>- htn (previously recorded as High Cholesterol) |

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

Patient reports **arthralgias/joint pain**. She reports **fatigue**. She reports no fever and no night sweats. She reports no chest pain. She reports no swollen glands. She reports no runny nose.

**Physical Exam:**

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear. Lips, Teeth, and Gums: no mouth or lip ulcers. Oropharynx: moist mucous membranes.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD.

**Lungs:** Respiratory effort: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: breath sounds normal.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft. Liver: non-tender.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact.

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

had bone scan and dexa scan

**Document Review:**

N/A

**Results/Interpretations:**

None recorded

**Assessment/Plan:**

**1. Osteoporosis**

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

M81.8: Other osteoporosis without current pathological fracture

- VITAMIN D,25-OH,TOTAL,IA
- CBC (INCLUDES DIFF/PLT)
- COMPREHENSIVE METABOLIC PANEL

**2. Fracture of rib**

S22.31XD: Fracture of one rib, right side, subsequent encounter for fracture with routine healing

**3. Low back pain**

M54.5: Low back pain

- BACK CARE AND PREVENTING INJURIES: CARE INSTRUCTIONS
- GETTING BACK TO NORMAL AFTER LOW BACK PAIN: CARE INSTRUCTIONS
- LEARNING ABOUT RELIEF FOR BACK PAIN
- SED RATE BY MODIFIED WESTERGREN

**4. Narcolepsy**

G47.419: Narcolepsy without cataplexy

**5. Malaise and fatigue**

R53.81: Other malaise

- TSH

## Discussion

**Discussion Notes**

she is on vit d 50000 iu once a week --do cbc cmp esr tsh vit d today --consider fosamax --ov 10 days--told to get mammo

**Procedure Documentation:**

None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD



DAVID P GUTHRIE, MD

## Lab Results

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

# BASIC METABOLIC PANEL 12/17/2016 (#7560921, Final, 12/16/2016 8:49am)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br>Account ID: 7402887 |
| Specimen/Accession ID | AL745593A | Specimen Source | |
| Specimen Coll. Date | 12/16/2016 08:49 | Result Status | Final |
| Specimen Rec. Date | 12/16/2016 09:49 | Report Status | |
| Specimen Reported Date | 12/17/2016 04:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 84 | 65-99 | mg/dL | Normal | Final | AT |
| | Fasting reference interval | | | | | |
| UREA NITROGEN (BUN) | 22 | 7-25 | mg/dL | Normal | Final | AT |
| CREATININE | 1.05 | 0.50-1.10 | mg/dL | Normal | Final | AT |
| EGFR NON-AFR. AMERICAN | 64 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| EGFR AFRICAN AMERICAN | 74 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 | (calc) | | Final | AT |
| SODIUM | 139 | 135-146 | mmol/L | Normal | Final | AT |
| POTASSIUM | 4.1 | 3.5-5.3 | mmol/L | Normal | Final | AT |
| CHLORIDE | 107 | 98-110 | mmol/L | Normal | Final | AT |
| CARBON DIOXIDE | 25 | 20-31 | mmol/L | Normal | Final | AT |
| CALCIUM | 9.2 | 8.6-10.2 | mg/dL | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

## VITAMIN D,25-OH,TOTAL,IA 11/25/2016 (#7486061, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 45 | 30-100 | ng/mL | Normal | Final | AT |

```
Vitamin D Status          25-OH Vitamin D:

Deficiency:                    <20 ng/mL
Insufficiency:              20 - 29 ng/mL
Optimal:                  > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:YES |

## VITAMIN B12 11/25/2016 (#7486060, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN B12 | 390 | 200-1100 | pg/mL | Normal | Final | AT |

```
Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:YES |

CAH, CENTER FOR ADULT HEALTHCARE • 1629 WOODLAWN AVENUE, DYERSBURG TN [illegible]

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

# CBC (INCLUDES DIFF/PLT) 11/25/2016 (#7486059, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 7.5 | 3.8-10.8 | Thousand/uL | Normal | Final | AT |
| RED BLOOD CELL COUNT | 4.39 | 3.80-5.10 | Million/uL | Normal | Final | AT |
| HEMOGLOBIN | 12.8 | 11.7-15.5 | g/dL | Normal | Final | AT |
| HEMATOCRIT | 38.9 | 35.0-45.0 | % | Normal | Final | AT |
| MCV | 88.6 | 80.0-100.0 | fL | Normal | Final | AT |
| MCH | 29.2 | 27.0-33.0 | pg | Normal | Final | AT |
| MCHC | 33.0 | 32.0-36.0 | g/dL | Normal | Final | AT |
| **RDW** | **17.3** | **11.0-15.0** | **%** | **High** | **Final** | **AT** |
| PLATELET COUNT | 370 | 140-400 | Thousand/uL | Normal | Final | AT |
| MPV | 9.2 | 7.5-11.5 | fL | Normal | Final | AT |
| ABSOLUTE NEUTROPHILS | 4665 | 1500-7800 | cells/uL | Normal | Final | AT |
| ABSOLUTE LYMPHOCYTES | 2085 | 850-3900 | cells/uL | Normal | Final | AT |
| ABSOLUTE MONOCYTES | 503 | 200-950 | cells/uL | Normal | Final | AT |
| ABSOLUTE EOSINOPHILS | 218 | 15-500 | cells/uL | Normal | Final | AT |
| ABSOLUTE BASOPHILS | 30 | 0-200 | cells/uL | Normal | Final | AT |
| NEUTROPHILS | 62.2 | | % | Normal | Final | AT |
| LYMPHOCYTES | 27.8 | | % | Normal | Final | AT |
| MONOCYTES | 6.7 | | % | Normal | Final | AT |
| EOSINOPHILS | 2.9 | | % | Normal | Final | AT |
| BASOPHILS | 0.4 | | % | Normal | Final | AT |
| NOTE FROM LAB | FASTING:YES | | | | | |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

# COMPREHENSIVE METABOLIC PANEL 11/25/2016 (#7486058, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 87 | 65-99 | mg/dL | Normal | Final | AT |
| | Fasting reference interval | | | | | |
| UREA NITROGEN (BUN) | 9 | 7-25 | mg/dL | Normal | Final | AT |
| CREATININE | 0.86 | 0.50-1.10 | mg/dL | Normal | Final | AT |
| EGFR NON-AFR. AMERICAN | 82 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| EGFR AFRICAN AMERICAN | 95 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 | (calc) | | Final | AT |
| SODIUM | 143 | 135-146 | mmol/L | Normal | Final | AT |
| POTASSIUM | 3.9 | 3.5-5.3 | mmol/L | Normal | Final | AT |
| CHLORIDE | 106 | 98-110 | mmol/L | Normal | Final | AT |
| CARBON DIOXIDE | 27 | 20-31 | mmol/L | Normal | Final | AT |
| CALCIUM | 9.5 | 8.6-10.2 | mg/dL | Normal | Final | AT |
| PROTEIN, TOTAL | 6.3 | 6.1-8.1 | g/dL | Normal | Final | AT |
| ALBUMIN | 3.8 | 3.6-5.1 | g/dL | Normal | Final | AT |
| GLOBULIN | 2.5 | 1.9-3.7 | g/dL (calc) | Normal | Final | AT |
| ALBUMIN/GLOBULIN RATIO | 1.5 | 1.0-2.5 | (calc) | Normal | Final | AT |
| BILIRUBIN, TOTAL | 0.2 | 0.2-1.2 | mg/dL | Normal | Final | AT |
| ALKALINE PHOSPHATASE | 102 | 33-115 | U/L | Normal | Final | AT |
| AST | 12 | 10-35 | U/L | Normal | Final | AT |
| ALT | 13 | 6-29 | U/L | Normal | Final | AT |
| NOTE FROM LAB | FASTING:YES | | | | | |

CAH_CENTER FOR A[illegible]LT HEALTHC[illegible] • 1629 W[illegible] AVE[illegible], [illegible] TN [illegible]

**WOOLVERTON, SHERRY JONES (id #67781, dob:**

# LIPID PANEL, STANDARD 11/25/2016 (#7486057, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **CHOLESTEROL, TOTAL** | **230** | **125-200** | **mg/dL** | **High** | **Final** | **AT** |
| HDL CHOLESTEROL | 46 | > OR = 46 | mg/dL | Normal | Final | AT |
| **TRIGLYCERIDES** | **262** | **<150** | **mg/dL** | **High** | **Final** | **AT** |
| **LDL-CHOLESTEROL** | **132** | **<130** | **mg/dL (calc)** | **High** | **Final** | **AT** |
| | Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease. | | | | | |
| CHOL/HDLC RATIO | 5.0 | < OR = 5.0 | (calc) | Normal | Final | AT |
| **NON HDL CHOLESTEROL** | **184** | | **mg/dL (calc)** | **High** | **Final** | **AT** |
| | Target for non-HDL cholesterol is 30 mg/dL higher than LDL cholesterol target. | | | | | |
| NOTE FROM LAB | FASTING:YES | | | | | |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

## VITAMIN D,25-OH,TOTAL,IA 07/12/2016 (#7026280, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 27 | 30-100 | ng/mL | Low | Final | AT |

```
Vitamin D Status         25-OH Vitamin D:

Deficiency:                    <20 ng/mL
Insufficiency:             20 - 29 ng/mL
Optimal:                 > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:NO |

## TSH 07/12/2016 (#7026279, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 1.58 | | mIU/L | Normal | Final | AT |

```
Reference Range

> or = 20 Years  0.40-4.50

     Pregnancy Ranges
First trimester    0.26-2.66
Second trimester   0.55-2.73
Third trimester    0.43-2.91
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:NO |

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

# CBC (INCLUDES DIFF/PLT) 07/12/2016 (#7026278, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 8.4 | 3.8-10.8 | Thousand/uL | Normal | Final | AT |
| RED BLOOD CELL COUNT | 4.47 | 3.80-5.10 | Million/uL | Normal | Final | AT |
| HEMOGLOBIN | 12.7 | 11.7-15.5 | g/dL | Normal | Final | AT |
| HEMATOCRIT | 38.8 | 35.0-45.0 | % | Normal | Final | AT |
| MCV | 86.7 | 80.0-100.0 | fL | Normal | Final | AT |
| MCH | 28.4 | 27.0-33.0 | pg | Normal | Final | AT |
| MCHC | 32.7 | 32.0-36.0 | g/dL | Normal | Final | AT |
| **RDW** | **17.6** | **11.0-15.0** | **%** | **High** | **Final** | **AT** |
| PLATELET COUNT | 313 | 140-400 | Thousand/uL | Normal | Final | AT |
| MPV | 9.0 | 7.5-11.5 | fL | Normal | Final | AT |
| ABSOLUTE NEUTROPHILS | 4964 | 1500-7800 | cells/uL | Normal | Final | AT |
| ABSOLUTE LYMPHOCYTES | 1999 | 850-3900 | cells/uL | Normal | Final | AT |
| **ABSOLUTE MONOCYTES** | **974** | **200-950** | **cells/uL** | **High** | **Final** | **AT** |
| ABSOLUTE EOSINOPHILS | 403 | 15-500 | cells/uL | Normal | Final | AT |
| ABSOLUTE BASOPHILS | 59 | 0-200 | cells/uL | Normal | Final | AT |
| NEUTROPHILS | 59.1 | | % | Normal | Final | AT |
| LYMPHOCYTES | 23.8 | | % | Normal | Final | AT |
| MONOCYTES | 11.6 | | % | Normal | Final | AT |
| EOSINOPHILS | 4.8 | | % | Normal | Final | AT |
| BASOPHILS | 0.7 | | % | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

CALL CENTER FOR ADULT HEALTHCARE • 1639 [illegible] AVENUE, [illegible] TN [illegible]-2225

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

# SED RATE BY MODIFIED WESTERGREN 07/12/2016 (#7026277, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 6 | < OR = 20 | mm/h | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

# COMPREHENSIVE METABOLIC PANEL 07/12/2016 (#7026276, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 94 | 65-99 | mg/dL | Normal | Final | AT |
| | Fasting reference interval | | | | | |
| UREA NITROGEN (BUN) | 13 | 7-25 | mg/dL | Normal | Final | AT |
| CREATININE | 0.86 | 0.50-1.10 | mg/dL | Normal | Final | AT |
| EGFR NON-AFR. AMERICAN | 82 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| EGFR AFRICAN AMERICAN | 95 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 | (calc) | | Final | AT |
| SODIUM | 141 | 135-146 | mmol/L | Normal | Final | AT |
| POTASSIUM | 4.5 | 3.5-5.3 | mmol/L | Normal | Final | AT |
| CHLORIDE | 105 | 98-110 | mmol/L | Normal | Final | AT |
| CARBON DIOXIDE | 27 | 19-30 | mmol/L | Normal | Final | AT |
| CALCIUM | 9.4 | 8.6-10.2 | mg/dL | Normal | Final | AT |
| PROTEIN, TOTAL | 6.9 | 6.1-8.1 | g/dL | Normal | Final | AT |
| ALBUMIN | 4.2 | 3.6-5.1 | g/dL | Normal | Final | AT |
| GLOBULIN | 2.7 | 1.9-3.7 | g/dL (calc) | Normal | Final | AT |
| ALBUMIN/GLOBULIN RATIO | 1.6 | 1.0-2.5 | (calc) | Normal | Final | AT |
| BILIRUBIN, TOTAL | 0.2 | 0.2-1.2 | mg/dL | Normal | Final | AT |
| ALKALINE PHOSPHATASE | 82 | 33-115 | U/L | Normal | Final | AT |
| AST | 16 | 10-30 | U/L | Normal | Final | AT |
| ALT | 13 | 6-29 | U/L | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

CALL CENTER FOR ADULT HEALTHCARE • 1639 WOODLAWN AVENUE DYERSBURG TN 38024-2225

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

VITAMIN D, 25-HYDROXY, TOTAL, SERUM 07/12/2016 (#7024706, 05/12/2016)

Jul. 12. 2016 8:54AM No. 2369 P. 8

AMERICAN ESOTERIC LABORATORIES
OF MEMPHIS
1701 Century Center Cove
Memphis, TN 38134

901-405-8200

Patient: WOOLVERTON-JONES. SHERRY CCGT *03245595*

731-676-1867
Doctor : MARTINEZ,SANTOS
Rm# CCGT
DOB/Sex: /F Chart# 1703558004
Spec. Type: SST 1
Coll. Date: 05/12/2016 Time : 11:47

THE CAMPBELL CLINIC - GERMAN
ATTN: TRUDY FISHER
1400 S. GERMANTOWN RD.
GERMANTOWN,TN 38138
901-759-3100

REQ CAMP2343
REC 05/12/2016 21:02
REP 05/13/2016 05:07
ROUTE I

Test Requested: VD

| test | | result | reference range | site |
|---|---|---|---|---|
| 25 OH VITAMIN D | | | | (1) |
| RESULT: | (Low) | 14 ng/mL | SEE BELOW | |

**INTERPRETIVE RANGES**

| | |
|---|---|
| PEDIATRIC(<17 YEARS) | 20-100 ng/mL |
| ADULT: | |
| INSUFFICIENT | <20 ng/mL |
| SUBOPTIMAL | 20-29 ng/mL |
| OPTIMAL | 30-100 ng/mL |

Test(s) performed at:
(1) AEL-MEMPHIS
MICHAEL F BUGG, M.D, Medical Director
1701 CENTURY CENTER COVE
MEMPHIS,TN 38134
CLIA #44D0889744

(reprint) 29-JUN-16 11:43 AM

WOOLVERTON,S #67781 VITAMI
3946355w1524 Single Page LabResult

06/29/16 11:43 1901100 1/1

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

## *Coding Summary*

| | |
|---|---|
| DOCUMENT NAME: | Coding Summary |
| SERVICE DATE/TIME: | 1/4/2017 08:25 CST |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | |
| SIGNED INFORMATION: | |

**20170104082502378_R01_54792615.pdf**
Please click on the link to see the imag

**Attachment(s): 1/4/2017 08:25 CST 20170104082502378_R01_54792615.pdf**

# Coding Summary For Patient Account 54792615

Print Face Sheet
Printed By: jd119201a

Total Charges: 8345

## Last Access Info

Last Submitter: Janet Daise
Reviewer

## Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | WOOLVERTON-JONES, SHERRY J | **Age** | 45 |
| **Medical Service** | ERM | **LOS** | 1 |
| **Birth Date** | | **Gender** | F |
| **Attending Physician** | BASTNAGEL, WILLIAM R | **Admitting Physician** | N/A |
| **Admit Date** | 12-29-2016 | **Discharge Date** | 12-29-2016 |
| **Discharge Disposition** | Home | **MRN** | 14015155 |

## Admit Reasons

| **Code** | **Type** | **Description** |
|---|---|---|
| R20.2 | ICD-10 | PARESTHESIA OF SKIN |

## Visit Reasons

| **Code** | **Type** | **Description** |
|---|---|---|
| R20.2 | ICD-10 | PARESTHESIA OF SKIN |

## Principal Diagnosis Codes

| **Code** | **Type** | **Description** |
|---|---|---|
| G62.9 | ICD-10 | POLYNEUROPATHY, UNSPECIFIED |

## Secondary Diagnosis Codes

| **Code** | **Type** | **Description** |
|---|---|---|
| I67.82 | ICD-10 | CEREBRAL ISCHEMIA |
| R20.2 | ICD-10 | PARESTHESIA OF SKIN |
| Z79.01 | ICD-10 | LONG TERM (CURRENT) USE OF ANTICOAGULANTS |

## *Allergies*

| Substance | Updated Date/Time | Allergy Type | Reaction Status | Information Source | Estimated Onset | Reviewed Date/Time | Updated By | Allergy Category | Severity | Recorded On Behalf Of | Reaction Symptom | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NKDA | 12/14/2001 23:11 CST | | Active | | | 12/29/2016 22:45 CST | Contributor_system, ADT MHM | Drug | | Surpuriya, Vijay | | Bastnagel, William R, MD | ADT MHM |

**Methodist** Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

## ED Physician Documentation

| | |
|---|---|
| DOCUMENT NAME: | ED Provider Note |
| SERVICE DATE/TIME: | 12/29/2016 22:43 CST |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Bastnagel ,William R, MD (12/29/2016 22:51 CST) |
| SIGNED INFORMATION: | Bastnagel ,William R, MD (12/29/2016 22:53 CST) |

### Neurologic problem

Patient: **WOOLVERTON-JONES, SHERRY J** **MRN: 14015155** **FIN: 54792615**
Age: **45 years** Sex: **Female** DOB:
Associated Diagnoses: **None**
Author: **Bastnagel , William R, MD**

**Basic Information**

**Time seen:** Date & time 12/29/2016 8:44:00 PM.
**History source:** Patient.
**Arrival mode:** Private vehicle.
**History limitation:** None.
**Additional Information:** Chief Complaint from Nursing Triage Note: 12/29/2016 6:28 PM CST Chief complaint that she has had numbness on rt side of her body since last night. has hx of cva. went to see orthopedic today instructed to come for eval .

**History of Present Illness**

The patient presents with right, upper extremity. lower extremity and paresthesia. The onset was 24 hours ago. The course/duration of symptoms is constant. Location: Right upper extremity lower extremity. The character of symptoms is altered sensation. The degree at onset was minimal. The degree at maximum was minimal. The degree at present is minimal. Risk factors consist of hypertension and hypercoagulable state. Prior episodes: none. Therapy today: none. Associated symptoms: multiple areas of pain including leg, neck, R sided ribs, denies chest pain, denies headache, denies nausea, denies vomiting, denies dizziness and denies confusion. Baseline status: ambulatory.

**Review of Systems**

**Constitutional symptoms:** No fever, no chills, no sweats.
**Skin symptoms:** No jaundice, no rash.
**Eye symptoms:** Vision unchanged, No pain,
**ENMT symptoms:** No ear pain, no sore throat.
**Respiratory symptoms:** No shortness of breath, no cough.
**Cardiovascular symptoms:** No chest pain, no palpitations.
**Gastrointestinal symptoms:** No abdominal pain, no nausea, no vomiting, no diarrhea.
**Genitourinary symptoms:** No dysuria, no hematuria.
**Musculoskeletal symptoms:** No back pain, no Joint pain.
**Neurologic symptoms:** No headache, no altered level of consciousness.
**Psychiatric symptoms:** No anxiety, no substance abuse.
**Endocrine symptoms:** No polyuria, no polydipsia.
**Additional review of systems information:** All other systems reviewed and otherwise negative.

**Health Status**

**Allergies:**
Allergic Reactions (Selected)
*Severity Not Documented*
NKDA- No reactions were documented..
**Medications:** Per nurse's notes.
**Immunizations:** Per nurse's notes.

# ED Physician Documentation

**Past Medical/ Family/ Social History**

**Medical history**
PAST MEDICAL HX:
Cardiovascular
Rhythm Disturbances
Respiratory
None
Neurological
Migraines, TIA, Other: NARCOLEPSY
Hematologic/Oncology
Other: HYPERCOAGULATE
Gastrointestinal
Gall Bladder Disease, Other: ischemic bowel
Genitourinary
None
EENT
None
Endocrine/Metabolic/Immunologic
None
Musculoskeletal
None
Psychiatric
None
Infectious
Epstein Barr Virus, MRSA.
**Surgical history:** PAST SURGICAL HX:
Surgeries
Hysterectomy
Endoscopic sinus surgery
Colorectal resection
Other: SPHENOID SURGERY
Cholecystectomy
Tonsillectomy
Cyst excision.
**Family history:** Not significant.
**Social history:** Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies.

**Physical Examination**

**Vital Signs**

| | | |
|---|---|---|
| 12/29/2016 8:37 PM CST | BP (systolic)<br>BP (diastolic) | 107 mmHg<br>70 mmHg |
| | MAP | 82 mmHg |
| | Pulse | 89 bpm |
| | Resp rate | 16 breaths/min |
| | SPO2 (Oxygen saturation) | 100 % |
| 12/29/2016 6:27 PM CST | Temp | 36.7 DegC |

## ED Physician Documentation

| | | |
|---|---|---|
| | Temp route | Oral |
| | BP (systolic) | 108 mmHg |
| | BP (diastolic) | 71 mmHg |
| | MAP | 83 mmHg |
| | Pulse | 90 bpm |
| | Resp rate | 16 breaths/min |
| | SPO2 (Oxygen saturation) | 100 % |
| 12/29/2016 3:21 PM CST | Calcwt-measured<br>Weight (kg) | 54.15 kg<br>54.15 kg |
| | Method of weight | Actual weight |
| | Temp | 36.7 DegC |
| | Temp route | Oral |
| | BP (systolic) | 127 mmHg |
| | BP (diastolic) | 88 mmHg |
| | **Pulse** | **106 bpm HI** |
| | Resp rate | 18 breaths/min |
| | SPO2 (Oxygen saturation) | 100 % |

**General:** Alert, no acute distress.
**Skin:** Warm, dry.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Neck:** Supple, no JVD.
**Cardiovascular:** Regular rate and rhythm, Normal peripheral perfusion.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No organomegaly.
**Neurological:** Alert and oriented to person, place, time, and situation, normal motor observed, normal speech observed, normal coordination observed, Sensory: Right upper extremity, right lower extremity, diminished, to pain, to touch.

**Medical Decision Making**

**Results review:** Lab results : LABORATORY RESULTS

| | | |
|---|---|---|
| 12/29/2016 6:22 PM CST | Sodium | 141 mmol/L |
| | **Potassium** | **3.0 mmol/L LOW** |
| | Chloride | 102 mmol/L |
| | **Carbon Dioxide** | **33 mmol/L HI** |
| | Urea Nitrogen | 7 mg/dL |
| | Glucose, Serum | 86 mg/dL |
| | Calcium | 8.7 mg/dL |
| | CREATININE | 0.66 mg/dL |
| | Protein, Total | 7.2 g/dL |
| | Albumin | 3.6 g/dL |
| | Total Bilirubin | 0.2 mg/dL |

## ED Physician Documentation

| | | |
|---|---|---|
| | Alkaline Phosphatase | 98 unit/L |
| | **AST** | **14 unit/L LOW** |
| | ALT | 29 unit/L |
| | Anion Gap | 6 |
| | GFR-Estimated | >60.0 mL/min/1.73m2 |
| | TSH | 0.555 mcIU/mL |
| | WBC | 8.0 thou/mcL |
| | RBC | 4.23 x10(6)/mcL |
| | Hemoglobin | 12.5 g/dL |
| | Hematocrit | 37.3 % |
| | MCV Blood | 88.0 fL |
| | MCH Blood | 29.5 pg |
| | MCHC Blood | 33.5 g/dL |
| | **RDW** | **18.2 % HI** |
| | Nucleated Red Blood Cells | 0.1 /100 WBC |
| | Platelet Count | 385 thou/mcL |
| | MPV | 7.9 fL |
| | % Lymphs | 22.6 % NA |
| | % Monos | 9.4 % NA |
| | % Eosinophils | 1.9 % NA |
| | % Basophils | 0.9 % NA |
| | % Neuts | 65.2 % NA |
| | Absolute Lymphs | 1.80 thou/mcL |
| | Absolute Monos | 0.80 thou/mcL |
| | Absolute Grans | 5.20 thou/mcL |
| | Absolute Eosinophils | 0.20 thou/mcL |
| | Absolute Basophils | 0.10 thou/mcL |
| | **INR** | **2.7 HI** |
| | **Prothrombin Time** | **28.1 sec HI** |
| 12/29/2016 4:35 PM CST | Color, UR | Colorless |
| | Clarity, UR | Clear |
| | **Sp Gravity, UR** | **1.001 LOW** |
| | pH, UR | 8.0 pH units |
| | Bilirubin Urine | Negative |
| | Glucose, UR | Negative |
| | Ketone, UR | Negative |
| | Blood, UR | Negative |

## ED Physician Documentation

| | | |
|---|---|---|
| | Albumin, UR | Negative |
| | Nitrite, UR | Negative |
| | Leukocyte Esterase, UR | Negative |
| | Urobilinogen, UR | <2.0 mg/dL |
| 12/29/2016 3:29 PM CST | **Glucose, Accucheck** | **147 mg/dL HI** |

.

**Calls-Consults**

- 12/29/2016 10:47:00 PM , El Andary , Nada . MD, phone call, SBAR provided; advised OK to d/c home as adequetely anti coagulated. Arrange for outpatient PT to help with gait training..

**Impression and Plan**

**Diagnosis**

Paresthesia - ICD10-CM R20.2
On warfarin therapy - ICD10-CM Z79.01
Neuropathy - ICD10-CM G62.9

**Plan**

**Condition:** Stable.
**Disposition:** Discharged: Time 12/29/2016 10:51:00 PM, to home.
**Patient was given the following educational materials:** PAR'STHESIAS.
**Follow up with:** David Guthrie In 2 days 12/31/2016.
**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.

*(E-signed on 12.29.16 at 22:53)*

*Bastnagel, William R, MD*

*D: 12.29.16 22:53*

---

DOCUMENT NAME: ED Provider Note
SERVICE DATE/TIME: 12/29/2016 16:41 CST
RESULT STATUS: Auth (Verified)
PERFORMED INFORMATION: Fong ,Yuen-Yee Anna,DO (12/29/2016 16:52 CST)
SIGNED INFORMATION: Fong ,Yuen-Yee Anna,DO (12/29/2016 18:58 CST)

### Medical screening exam

Patient: **WOOLVERTON-JONES, SHERRY J** **MRN: 14015155** **FIN: 54792615**
Age: **45 years** Sex: **Female** DOB:
Associated Diagnoses: **None**
Author: **Fong , Yuen-Yee Anna, DO**

**Basic Information**

**Time seen:** Date & time 12/29/2016 3:28:00 PM.
**History source:** Patient.

## *ED Physician Documentation*

**Arrival mode:** Private vehicle.
**History limitation:** None.
**Additional information:** Chief Complaint from Nursing Triage Note: 12/29/2016 3:21 PM CST Chief complaint that she has had numbness on rt side of her body since last night. has hx of cva. went to see orthopedic today instructed to come for eval.

**History of Present Illness**
The patient presents with RIGHT SIDED PARESTHESIA. The onset was 1 days ago. The course/duration of symptoms is constant. Location: Right abdomen upper extremity lower extremity. The character of symptoms is numbness. The degree at onset was moderate. The degree at present is moderate. PT COMPLAINS RIGHT SIDED PARESTHESIA THAT STARTED LAST NIGHT. PT SAYS THAT SHE HAS A HX OF CVA ABOUT 4 YEARS AGO AND IS ON WARFARIN DUE TO BEING HYPERCOAGULABLE. PT REPORTS THAT SHE HAS BEEN SEEING HER ORTHOPEDIST DUE TO PAIN ON HER RIGHT UPPER AND LOWER EXTREMITY. PT SAYS THAT SHE THOUGHT SHE HAD A PINCHED NERVE IN HER NECK, BUT HER ORTHOPEDIST SENT HER HERE TO RULE OUT STROKE. PT HERE DUE TO PARESTHESIA..

**Review of Systems**
**Constitutional symptoms:** No fever,
**ENMT symptoms:** No sore throat,
**Respiratory symptoms:** No shortness of breath,
**Cardiovascular symptoms:** No chest pain,
**Gastrointestinal symptoms:** No abdominal pain, no nausea, no vomiting, no diarrhea.
**Neurologic symptoms:** Numbness. No headache,
**Additional review of systems information:** All other systems reviewed and otherwise negative.

**Health Status**
**Allergies:**
Allergic Reactions (All)
*Severity Not Documented*
NKDA- No reactions were documented..
**Medications:** (Selected)
Documented Medications
*Documented*
Adderall XR: 30 mg =, PO, qam, 2 tabs every day, Refill(s): 0
Coumadin 5 mg oral tablet: See Instructions, 1 tab PO Sun, Tues, Wed, Thur, Sat, Refill(s): 0
Coumadin 7.5 mg oral tablet: See Instructions, 1 tab PO Monday and Friday, Refill(s): 0
Neurontin: 300 mg =, PO, tid, Refill(s): 0
Vivelle-Dot: TOP, QDay. change patch every 3.5 days, Refill(s): 0
Xyrem: See Instructions, 3 g PO TWICE IN THE EVENING., Refill(s): 0
Zofran: 8 mg =, PO, prn, Refill(s): 0.
**Immunizations:** Up to date.

**Past Medical/ Family/ Social History**

**Medical history**
Reviewed as documented in chart.
**Surgical history:** Reviewed as documented in chart.
**Family history:** Not significant.
**Social history:** Not significant.
**Additional Past History:** PAST MEDICAL HX:
Cardiovascular
Respiratory
Neurological
Hematologic/Oncology
Gastrointestinal
Genitourinary

EENT
Endocrine/Metabolic/Immunologic
Musculoskeletal
Psychiatric
Infectious
MISC
Newborn Problems
PAST SURGICAL HX:
Surgeries
.

**Physical Examination**

**Vital Signs**

| | | |
|---|---|---|
| 12/29/2016 3:21 PM CST | Calcwt-measured | 54.15 kg |
| | Weight (kg) | 54.15 kg |
| | Method of weight | Actual weight |
| | Temp | 36.7 DegC |
| | Temp route | Oral |
| | BP (systolic) | 127 mmHg |
| | BP (diastolic) | 88 mmHg |
| | **Pulse** | **106 bpm HI** |
| | Resp rate | 18 breaths/min |
| | SPO2 (Oxygen saturation) | 100 % |

.
Per nurse's notes.
**General:** Alert, no acute distress.
**Skin:** Warm, dry.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple.
**Eye:** Extraocular movements are intact.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Cardiovascular:** Regular rate and rhythm.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored.
**Gastrointestinal:** Soft, Nontender.
**Back:** Normal range of motion.
**Musculoskeletal:** Normal ROM.
**Neurological:** Normal sensory observed, normal motor observed.
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Cooperative, appropriate mood & affect.

**Medical Decision Making**
**Documents reviewed:** Emergency department nurses' notes.
**Radiology results:** Reviewed radiologist's report.

**Impression and Plan**
**Diagnosis**
Encounter for medical screening examination - ICD10-CM Z13.9

## ED Physician Documentation

Neuropathy - ICD10-CM G62.9
On warfarin therapy - ICD10-CM Z79.01

**Plan**

**Condition:** Stable.
**Disposition:** Patient care transitioned to: Time: 12/29/2016 6:57:00 PM. Bastnagel , William R, MD.
**Counseled:** Patient.
**Notes:** I, Joseph Zitnyar, am serving as a scribe to document services personally performed by Dr. Fong based on the providers statements to me. I, Dr. Fong, attest that Joseph Zitnyar is acting in a scribe capacity, and has documented my services in accordance with my direction., SBAR TO DR BASTNAGEL.

*(E-signed on 12.29.16 at 18:58)*

*Fong , Yuen-Yee Anna, DO*

*D: 12.29.16 16:52*

**Methodist** Le Bonheur Healthcare

Methodist Hospital - Germantown
7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681
Financial Number: 54792615
Admit Date: 12/29/2016
Discharge Date: 12/29/2016
Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *BEDSIDE BLOOD GLUCOSE MONITORING*

| Procedure | Units | Reference Range | Collected Date 12/29/2016<br>Collected Time 15:29 CST |
|---|---|---|---|
| Glucose,Accucheck | mg/dL | [65-99] | 147 H R1 |

Result Comments
R1: Glucose, Accucheck
Operator: 24440 Bradley-Boyd Tabitha

### *CHEMISTRY*

| Procedure | Units | Reference Range | Collected Date 12/29/2016<br>Collected Time 18:22 CST |
|---|---|---|---|
| Sodium | mmol/L | [136-145] | 141 |
| Potassium | mmol/L | [3.5-5.1] | 3.0 L |
| Chloride | mmol/L | [98-107] | 102 |
| Carbon Dioxide | mmol/L | [21-32] | 33 H |
| Urea Nitrogen | mg/dL | [7-18] | 7 |
| Glucose,Serum | mg/dL | [65-99] | 86 ^1 |
| Calcium | mg/dL | [8.5-10.1] | 8.7 |
| CREATININE | mg/dL | [0.52-1.21] | 0.66 ^2 |
| Protein,Total | g/dL | [6.4-8.2] | 7.2 |
| Albumin | g/dL | [3.4-5.0] | 3.6 |
| Total Bilirubin | mg/dL | [0.2-1.0] | 0.2 |
| Alkaline Phosphatase | unit/L | [45-117] | 98 |
| AST | unit/L | [15-37] | 14 L |
| ALT | unit/L | [13-56] | 29 |
| Anion Gap | | [5-20] | 6 |
| GFR-Estimated | mL/min/1.73m2 | [>=60.0] | >60.0 ^3 |
| TSH | mcIU/mL | [0.358-3.740] | 0.555 ^4 |

Interpretive Data
^1: Glucose, Serum
Fasting plasma glucose levels 100 - 125 mg/dL reflect impaired fasting glucose. Fasting plasma glucose levels >125 mg/dL are consistent with diabetes.
^2: CREATININE
All adult facilities are performing Creatinine that is traceable by a revised IDMS method. Adult ranges will be reported based on Male and Female populations.

Methodist LeBonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *CHEMISTRY*

Interpretive Data

^3: GFR-Estimated

This is an estimated GFR using the modified MDRD equation. Results may not be valid for patients whose renal function is not in steady state, dialysis patients, severely hypoalbuminemic patients, or patients with atypical body habitus. This formula has been adjusted to allow for African Americans.

Reference Range:

- >/= 60 Normal kidney function unless other evidence of renal disease
- 30 -60 Moderate kidney disease
- 15 -29 Severe kidney disease

^4: TSH

In very rare instances, a patient may produce a TSH variant that is not detected by this assay, leading to a falsely low TSH value. This may be mitigated by co-interpretation of TSH results in conjunction with thyroxine and T3, patient history, and clinical findings.

### *HEMATOLOGY*

| | | Collected Date | 12/29/2016 |
|---|---|---|---|
| | | Collected Time | 18:22 CST |
| Procedure | Units | Reference Range | |
| WBC | thou/mcL | [4.2-10.2] | 8.0 |
| RBC | x10(6)/mcL | [3.80-5.30] | 4.23 |
| Hemoglobin | g/dL | [11.5-14.8] | 12.5 |
| Hematocrit | % | [34.6-43.8] | 37.3 |
| MCV Blood | fL | [81.4-97.7] | 88.0 |
| MCH Blood | pg | [26.3-33.2] | 29.5 |
| MCHC Blood | g/dL | [31.8-34.9] | 33.5 |
| RDW | % | [12.4-16.6] | 18.2 H |
| Nucleated Red Blood Cells | /100 WBC | [0.0-1.0] | 0.1 |
| Platelet Count | thou/mcL | [150-400] | 385 |
| MPV | fL | [7.1-11.1] | 7.9 |
| % Lymphs | % | | 22.6 01 |
| % Monos | % | | 9.4 01 |
| % Eosinophils | % | | 1.9 01 |
| % Basophils | % | | 0.9 01 |
| % Neuts | % | | 65.2 01 |

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *HEMATOLOGY*

| Procedure | Units | Reference Range | Collected Date 12/29/2016<br>Collected Time 18:22 CST |
|---|---|---|---|
| Absolute Lymphs | thou/mcL | [1.10-3.60] | 1.80 [01] |
| Absolute Monos | thou/mcL | [0.30-1.00] | 0.80 [01] |
| Absolute Grans | thou/mcL | [1.80-7.10] | 5.20 [01] |
| Absolute Eosinophils | thou/mcL | [0.00-0.40] | 0.20 [01] |
| Absolute Basophils | thou/mcL | [0.00-0.10] | 0.10 [01] |

Order Comments
O1: Differential Automated (DIFA)
Order added by lab rule. Specimen already collected.

### *COAGULATION*

| Procedure | Units | Reference Range | Collected Date 12/29/2016<br>Collected Time 18:22 CST |
|---|---|---|---|
| INR | | [0.8-1.0] | 2.7 [H ^5] |
| Prothrombin Time | sec | [11.7-14.5] | 28.1 [H ^6] |

Interpretive Data
^5: INR
Therapeutic range on warfarin varies with clinical indications (INR 2.0-3.5)
^6: Prothrombin Time
PT value >20 seconds is ALERT if patient is not on anticoagulant.

**Normal Range effective date: 6/25/2014**

### *URINE TESTS*

| Procedure | Units | Reference Range | Collected Date 12/29/2016<br>Collected Time 16:35 CST |
|---|---|---|---|
| Color, UR | | | Colorless |
| Clarity, UR | | | Clear |
| Sp Gravity, UR | | [1.003-1.035] | 1.001 [L] |
| pH, UR | pH units | [4.6-8.0] | 8.0 |
| Bilirubin Urine | | [Negative] | Negative |
| Glucose, UR | | [Negative] | Negative [^7] |

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *URINE TESTS*

| Procedure | Units | Reference Range | Collected Date 12/29/2016<br>Collected Time 16:35 CST |
|---|---|---|---|
| Ketone,UR | | [Negative] | Negative |
| Blood,UR | | [Negative] | Negative |
| Albumin,UR | | [Negative] | Negative |
| Nitrite,UR | | [Negative] | Negative |
| Leukocyte Esterase,UR | | [Negative] | Negative |
| Urobilinogen,UR | mg/dL | [0.0-2.0] | <2.0 |

Interpretive Data

^7: Glucose, UR

Clinitest tablet testing for the detection of urine reducing substances will no longer be available. The change is necessary because Clinitest tablets are no longer being manufactured and there are no replacement products currently available.

## ECG

MR#: 14015155 FIN: 54792615
LAST: Woolverton-Jones
FIRST: Sherry
DOB:
TECH: jr1439453 AGE: 45yr
RACE: Caucasian
LOC: ed RM: 6c
DIAG: sob SEX: Female
REF MD: fang

29-Dec-2016 17:30:35

Vent rate: 87 BPM
PR int: 184 ms
QRS dur: 94 ms
QT/QTc: 370/414 ms
P-R-T axes: 46 83 60

SINUS RHYTHM
NORMAL ECG

UNCONFIRMED REPORT

ER 54792615 14015155-21
Germantown FIN MRN
WOOLVERTON-JONES, SHERRY J
45Y F/W
PCP:GUTHRIE, DAV
12/29/16 PCP VER?YES

of fang 011117 agree




IC3220166106 QUINTON Site # 4 Cart # 4 Version 1.42.00 Sequence #11162 25mm/s 10mm/mV 0.05-150 Hz REORDER # 9100-026-50 1502

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

*Clin Doc- Instructions*

*** Auth (Verified) ***

ER **54792615** 14015155–21
Germantown FIN MRN
**WOOLVERTON-JONES , SHERRY J**
45Y F/W
PCP:GUTHRIE, DAV
12/29/16 PCP VER?YES

I, WOOLVERTON-JONES, SHERRY J, have received the above patient education materials/instructions and have verbalized understanding:

Sherry J Woolverton Jones
Patient or Responsible Party Signature

Kristen Bock, RN
Provider Signature

12.29.16
Date

2309
Time

**Person Full Name** WOOLVERTON-JONES, SHERRY J
**MRN (Encounter Alias)** 14015155
**FIN NBR (Encounter Alias)** 54792615

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

## Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| MR-16-0045082 | 12/29/2016 21:47 CST | MRI Brain & Stem WO Cont | Bastnagel ,William R, MD | Auth (Verified) |

**Reason For Exam**
(MRI Brain & Stem WO Cont) Numbness

**Read**
CLINICAL INFORMATION: NUMBNESS right-sided body numbness history of CVA TIA. Clotting disorder, narcolepsy

EXAMINATION: MRI BRAIN & STEM WO CONT, 12/29/2016 8:09 PM, MR160045082

COMPARISON: CT head without contrast 12/29/2016

TECHNIQUE: Multiple pulse sequences were performed in multiple imaging planes without contrast.

FINDINGS: There are small areas of punctate hyperintense signal abnormality in the gray-white matter interface posterior left parietal region. Otherwise, no active diffusion restriction is present to suggest acute infarction. No hemorrhage mass or positive mass effect. Paranasal sinuses demonstrate mucosal thickening in the frontal and ethmoid air cells. Normal flow-void noted in the proximal intracranial vessels. Orbits and mastoids are normal.

IMPRESSION:

1. No acute intracranial findings.
2. Punctate small areas of chronic microvascular ischemic change, posterior left parietal region as described.

This report was dictated at Workstation ID: PLA1144
*Dictation Date/Time: 12/29/16 10:00 pm*

*Dictating Radiologist : Horne , Kristopher C, MD*
*Signing Radiologist : Horne , Kristopher C, MD*
*Final Signed Date/Time: 12/29/16 9:57 pm*

******* Final Electronic Signature Line ********

**Methodist Le Bonheur Healthcare**

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 54792615

Admit Date: 12/29/2016

Discharge Date: 12/29/2016

Date of Birth:

## *Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| CT-16-0176748 | 12/29/2016 15:40 CST | CT Brain/Head WO Cont | Smith Jr,William A,MD | Auth (Verified) |

**Reason For Exam**
(CT Brain/Head WO Cont) Numbness and or Tingling

**Read**
EXAMINATION: CT BRAIN/HEAD WO CONT, 12/29/2016 3:26 PM, CT160176748

INFORMATION: that she has had numbness on rt side of her body since last night. has hx of cva. went to see orthopedic today instructed to come for eval

COMPARISON:

FINDINGS: Axial noncontrast imaging of the brain performed.All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

There is no evidence of hemorrhage, infarction or mass lesion. Normal brain anatomy and CSF spaces.

IMPRESSION: No acute abnormality.

Dose Range Report. CTDIvol: 60.4 mGy, DLP: 932 mGy-cm

This report was dictated at Workstation ID: PLA3139

*Dictation Date/Time: 12/29/16 3:50 pm*

*Dictating Radiologist : Roberts , Jon Alan, MD*
*Signing Radiologist : Roberts , Jon Alan, MD*
*Final Signed Date/Time: 12/29/16 3:47 pm*

******* Final Electronic Signature Line ********

## *Coding Summary*

| | |
|---|---|
| DOCUMENT NAME: | Coding Summary |
| SERVICE DATE/TIME: | 8/1/2016 14:15 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | |
| SIGNED INFORMATION: | |

**20160801141502825_R01_48889507.pdf**
Please click on the link to see the imag

**Attachment(s): 8/1/2016 14:15 CDT 20160801141502825_R01_48889507.pdf**

# Coding Summary For Patient Account 48889507

Print Face Sheet
Printed By: tw137730a

Total Charges: 1795

## Last Access Info

Last Submitter: Tamika Ward
Reviewer:

## Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | WOOLVERTON-JONES, SHERRY J | **Age** | 44 |
| **Medical Service** | DXM | **LOS** | 1 |
| **Birth Date** | | **Gender** | F |
| **Attending Physician** | SMITH, KIRBY L | **Admitting Physician** | SMITH, KIRBY L |
| **Admit Date** | 07-27-2016 | **Discharge Date** | 07-27-2016 |
| **Discharge Disposition** | Home | **MRN** | 14015155 |

## Admit Reasons

| Code | Type | Description |
|---|---|---|
| N64.52 | ICD-10 | NIPPLE DISCHARGE |

## Principal Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| N60.12 | ICD-10 | DIFFUSE CYSTIC MASTOPATHY OF LEFT BREAST |

## Secondary Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| N64.52 | ICD-10 | NIPPLE DISCHARGE |
| Z80.3 | ICD-10 | FAMILY HISTORY OF MALIGNANT NEOPLASM OF BREAST |
| Z80.41 | ICD-10 | FAMILY HISTORY OF MALIGNANT NEOPLASM OF OVARY |

## *Allergies*

| Substance | Updated Date/Time | Allergy Type | Reaction Status | Information Source | Estimated Onset | Reviewed Date/Time | Updated By | Allergy Category | Severity | Recorded On Behalf Of | Reaction Symptom | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NKDA | 12/14/2001 23:11 CST | | Active | | | 12/29/2016 22:45 CST | Contributor_system, ADT MHM | Drug | | Surpuriya, Vijay | | Bastnagel, William R, MD | ADT MHM |

WEST

Methodist Hospital - Margaret West CBC - Methodist

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681
Financial Number: 48889507

DOB/Age: 47 years

Admit Date: 7/27/2016
Discharge Date: 7/27/2016

## *Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| US-16-0064419 | 7/27/2016 15:50 CDT | US Breast Comp 4 Quad Ax Retro Uni RT | Smith ,Kirby L,MD | Auth (Verified) |
| US-16-0064418 | 7/27/2016 15:50 CDT | US Breast Comp 4 Quad Ax Retro Uni LT | Smith ,Kirby L,MD | Auth (Verified) |
| MA-16-0037071 | 7/27/2016 15:17 CDT | Breast Dx Mammo Dig Image Bil/All Views | Smith ,Kirby L,MD | Auth (Verified) |

**Reason For Exam**
(US Breast Comp 4 Quad Ax Retro Uni RT) Other, Enter in Comments
(US Breast Comp 4 Quad Ax Retro Uni LT) Other, Enter in Comments
(Breast Dx Mammo Dig Image Bil/All Views) Other, Enter in Comments

**Read**
BREAST DX MAMMO DIG IMAGE BIL /ALL VIEWS: JULY 27, 2016 - ORDER #: 3938066601

US BREAST COMP 4 QUAD AX RETRO UNI LT: LEFT BREAST - JULY 27, 2016 - ORDER #: 3967726613

US BREAST COMP 4 QUAD AX RETRO UNI RT: RIGHT BREAST - JULY 27, 2016 - ORDER #: 3967726785

CLINICAL INFORMATION:
Left nipple discharge, family history of breast cancer, history benign breast surgery on the left
Risk Values:
Tyrer-Cuzick 10 Year: 2.606%, Tyrer-Cuzick Lifetime: 14.388%, Myriad Table: 7.2%, GAIL 5 Year: 2.6%, NCI Lifetime: 23.1%

PRIOR STUDY COMPARISON: August 10, 2011, diagnostic mammogram performed at Margaret West Comprehensive Breast Center. December 8, 2009, diagnostic mammogram performed at Margaret West Comprehensive Breast Center.

DENSITY: The breasts are heterogeneously dense.

FINDINGS:
TECHNICAL INFORMATION. Bilateral digital craniocaudal and oblique images were performed. Additionally, computer aided detection technology was utilized for this examination. 3D tomosynthesis imaging was also performed.

FINDINGS. There are multiple areas of nodularity in each breast compatible with cystic change. The examination appears negative for spiculated mass or suspicious microcalcifications in either breast.

Bilateral whole breast ultrasound was performed including all 4 quadrants, retroareolar region, and axilla. There are multiple cysts in each breast. The left retroareolar region

WEST

Methodist Hospital - Margaret West CBC - Methodist

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681
Financial Number: 48889507

DOB/Age: 47 years

Admit Date: 7/27/2016
Discharge Date: 7/27/2016

## *Radiology*

**Read**
appears negative for visualized abnormality to account for the patient's nipple discharge. Left 6 o'clock position has a 5 mm region of fibrocystic change. Both axillary regions are negative for adenopathy.

IMPRESSION:Bilateral cystic change without evidence for malignancy. I recommend clinical follow-up of patient's left nipple discharge. If the patient's nipple discharge persists, a galactogram could be considered for additional workup. In the absence of breast symptoms, the patient would be due for mammography in one year.
Technologist: Brittany Castellaw, RDMS

Technologist: Brittany Castellaw, RDMS

ASSESSMENT: II - BENIGN FINDING(S) (OVERALL)

RECOMMENDATION: Mammogram of both breasts in 1 year.

This facility utilizes a reminder system to ensure that all patients receive reminder letters and/or direct phone calls for appointments. This includes reminders for routine screening mammograms, diagnostic mammograms, or other Breast Imaging Interventions when appropriate. This patient will be placed in the appropriate reminder system.

SIGNING STATION: BDCDWS02

*Dictating Radiologist : Graves , W Alan, MD*
*Breast Imaging/Intervention Specialist*
*Signing Radiologist : Graves , W Alan, MD*
*Breast Imaging/Intervention Specialist*
*Final Signed Date/Time: 07/27/16 4:14 pm*

****** *Final Electronic Signature Line* ******

## *Coding Summary*

| | |
|---|---|
| DOCUMENT NAME: | Coding Summary |
| SERVICE DATE/TIME: | 7/1/2016 19:35 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | |
| SIGNED INFORMATION: | |

**20160701193502096_R01_46811853.pdf**
Please click on the link to see the imag

**Attachment(s): 7/1/2016 19:35 CDT 20160701193502096_R01_46811853.pdf**

# Coding Summary For Patient Account 46811853

Print Face Sheet
Printed By: jt106798a

Total Charges: 725

## Last Access Info

Last Submitter: Jennifer Turner
Reviewer:

## Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | WOOLVERTON-JONES, SHERRY J | **Age** | 44 |
| **Medical Service** | DXX | **LOS** | 1 |
| **Birth Date** | | **Gender** | F |
| **Attending Physician** | MARTINEZ, SANTOS FERNANDO | **Admitting Physician** | MARTINEZ SANTOS FERNANDO |
| **Admit Date** | 06-27-2016 | **Discharge Date** | 06-27-2016 |
| **Discharge Disposition** | Home | **MRN** | 14015155 |

## Admit Reasons

| Code | Type | Description |
|---|---|---|
| E55.9 | ICD-10 | VITAMIN D DEFICIENCY, UNSPECIFIED |

## Principal Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| M81.0 | ICD-10 | AGE-RELATED OSTEOPOROSIS W/O CURRENT PATHOLOGICAL FRACTURE |

## Secondary Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| E55.9 | ICD-10 | VITAMIN D DEFICIENCY, UNSPECIFIED |

## *Allergies*

| Substance | Updated Date/Time | Allergy Type | Reaction Status | Information Source | Estimated Onset | Reviewed Date/Time | Updated By | Allergy Category | Severity | Recorded On Behalf Of | Reaction Symptom | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NKDA | 12/14/2001 23:11 CST | | Active | | | 12/29/2016 22:45 CST | Contributor_system, ADT MHM | Drug | | Surpuriya, Vijay | | Bastnagel, William R, MD | ADT MHM |

WEST

Methodist Hospital - Margaret West CBC - Methodist

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681
Financial Number: 46811853
DOB/Age: 47 years
Admit Date: 6/27/2016
Discharge Date: 6/27/2016

## *Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| DX-16-0194947 | 6/27/2016 16:23 CDT | DXA Bone Density Study 1+Sites Axial | Martinez ,Santos Fernando,MD | Auth (Verified) |

**Reason For Exam**
(DXA Bone Density Study 1+Sites Axial) Other, Enter in Comments

**Read**
CLINICAL INFORMATION: Vitamin D deficiency, whole body scan for bone density

EXAMINATION: DXA BONE DENSITY STUDY 1+SITES AXIAL

The patient's height is 60.0 inches. The patient weight is 120.0 pounds.

BODY MASS TOTALS:

BMC: 1516.46g

BMD: 0.949 g/cm2

Fat: 25407.7g

Lean body mass: 26775.7g

Lean plus BMC: 28292.1g

Total: 53699.8g

Percent fat: 47.3%

| Region | BMD g/cm sq | T-Score | Z-Score |
|---|---|---|---|
| Left Hip (Total) | 0.737 | -1.7 | -1.4 |
| Left Femoral Neck | 0.588 | -2.4 | -1.9 |
| Right Hip (Total) | 0.738 | -1.7 | -1.4 |
| Right Femoral Neck | 0.569 | -2.5 | -2.1 |

## Radiology

**Read**

| | | | |
|---|---|---|---|
| Whole Body | 0.949 | -2.0 | -1.9 |

IMPRESSION:
1. Whole body totals as detailed above.
2.. Osteoporosis based upon evaluation of the hips,

The examination was performed on a . If possible, for accurate comparison, future studies should be referred to the same unit and facility.

World Health Organization Guidelines For BMD Interpretation:
Normal (T-Score at or above -1.0)
Osteopenia (T-Score -1.1 to -2.4)
Osteoporosis (T-Score at or below -2.5)

This report was dictated at Workstation ID: PLA7128
*Dictation Date/Time: 06/28/16 3:34 pm*

*Dictating Physician : Blankinship Jr, Joseph P, MD*
*Signing Physician : Blankinship Jr, Joseph P, MD*
*Final Signed Date/Time: 06/28/16 3:31 pm*

****** *Final Electronic Signature Line* *******

**Methodist Le Bonheur Healthcare**

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46811742

Admit Date: 5/16/2016

Discharge Date: 5/23/2016

Date of Birth:

## Coding Summary

DOCUMENT NAME: Coding Summary
SERVICE DATE/TIME: 5/26/2016 17:30 CDT
RESULT STATUS: Auth (Verified)
PERFORMED INFORMATION:
SIGNED INFORMATION:

**20160526173003849_R01_46811742.pdf**
Please click on the link to see the imag

# Coding Summary For Patient Account 46811742

Print Face Sheet
Printed By: as131703a

Total Charges: 1780

## Last Access Info

Last Submitter: Amy Siler
Reviewer

## Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | WOOLVERTON-JONES, SHERRY J | **Age** | 44 |
| **Medical Service** | NJC | **LOS** | 0 |
| **Birth Date** | | **Gender** | F |
| **Attending Physician** | MARTINEZ, SANTOS FERNANDO | **Admitting Physician** | MARTINEZ, SANTOS FERNANDO |
| **Admit Date** | 05-16-2016 | **Discharge Date** | 05-23-2016 |
| **Discharge Disposition** | Home | **MRN** | 14015155 |

## Admit Reasons

| Code | Type | Description |
|---|---|---|
| R07.81 | ICD-10 | PLEURODYNIA |

## Principal Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| S22.41XA | ICD-10 | MULTIPLE FRACTURES OF RIBS, RIGHT SIDE, INIT FOR CLOS FX |

## Secondary Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| X58.XXXA | ICD-10 | EXPOSURE TO OTHER SPECIFIED FACTORS, INITIAL ENCOUNTER |
| R07.81 | ICD-10 | PLEURODYNIA |

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46811742

Admit Date: 5/16/2016

Discharge Date: 5/23/2016

Date of Birth:

## *Allergies*

| Substance | Updated Date/Time | Allergy Type | Reaction Status | Information Source | Estimated Onset | Reviewed Date/Time | Updated By | Allergy Category | Severity | Recorded On Behalf Of | Reaction Symptom | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NKDA | 12/14/2001 23:11 CST | | Active | | | 12/29/2016 22:45 CST | Contributor_system, ADT MHM | Drug | | Surpuriya, Vijay | | Bastnagel, William R, MD | ADT MHM |

**Methodist** LeBonheur Healthcare

Methodist Hospital - Germantown
7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681
Financial Number: 46811742
Admit Date: 5/16/2016
Discharge Date: 5/23/2016
Date of Birth:

## *Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| NM-16-0007551 | 5/16/2016 14:16 CDT | NM Bone/Jt Imag Whole Body | Martinez ,Santos Fernando,MD | Auth (Verified) |

**Reason For Exam**
(NM Bone/Jt Imag Whole Body) Pain

**Read**
CLINICAL INFORMATION: PAIN. Rib pain.

EXAMINATION: NM BONE/JT IMAG WHOLE BODY, 5/16/2016 11:15 AM, NM160007551

COMPARISON: Whole-body bone scan 9/17/2015 and CT thorax 5/8/2016 and CT abdomen and pelvis 4/29/2016

RADIOPHARMACEUTICAL: 29 mCi technetium 99m MDP IV.

FINDINGS: Delayed anterior and posterior whole body images are obtained as well as multiple spot views. There are small foci of activity involving posterior lateral right 11th and 12th ribs. These are most characteristic of rib fractures. Correlation with recent CT does demonstrate, in retrospect, a nondisplaced healing fracture involving the posterior lateral right 11th rib.

No other abnormal activity is seen. Kidneys and bladder are visualized.

IMPRESSION: Fractures posterior lateral right 11th and 12th ribs.

"This patient may be released based on the guidelines established in the state Division of Radiological Health regulations, Release of Patients Containing Radioactive Drugs or Implants."

NUCLEAR MEDICINE

This report was dictated at Workstation ID: PLA3135

Methodist
Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46811742

Admit Date: 5/16/2016

Discharge Date: 5/23/2016

Date of Birth:

## *Radiology*

**Read**
*Dictation Date/Time: 05/16/16 3:40 pm*

*Dictating Radiologist : Hausmann , James Stanford, MD*
*Signing Radiologist : Hausmann , James Stanford, MD*
*Final Signed Date/Time: 05/16/16 3:37 pm*

******* Final Electronic Signature Line ********

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46811742

Admit Date: 5/16/2016

Discharge Date: 5/23/2016

Date of Birth:

## *Medication Reconciliation*

* Auth (Verified) *

46811742 14015155-17
Germantown FIN MRN
WOOLVERTON-JONES , SHERRY J
44Y F/W
MARTINEZ, SANTOS
05/16/16

**Methodist Le Bonheur Healthcare**
**OUTPATIENT MEDICATION RECONCILIA**

Patient Name: Sherry Jo Woolverton-Jones Ht: 4'11" Wt: 120

❑ No Home Medications (including over the counter drugs & herbal preparations)

❑ Unable to Obtain Medication History – Reason ______

Allergies: NKDA

Source of information:
☒ Self ❑ Family Member ❑ MD Office ❑ Old Chart ❑ Other
❑ Med Bottles ❑ List ❑ Pharmacy ❑ H&P

**Current Home Medications (Including Over the Counter Drugs & Herbal Preparations)**

| Drug (Patient Complete) | Dose (Patient Complete) | How Often? (Patient Complete) | Stop Taking | Special Instructions |
|---|---|---|---|---|
| Zofran ODT | 8mg | PRN | ❑ | |
| Adderall XR | 40mg | every am | ❑ | |
| Coumadin | 7.5mg<br>5.0mg | every Mon+Fri<br>every other day | ❑ | |
| Vivelle DOT | .1mg | every 3½ days | ❑ | |
| XYREM | 3g | 2x every pm<br>2½ to 4hrs apart | ❑ | |
| | | | ❑ | |
| | | | ❑ | |
| | | | ❑ | |
| | | | ❑ | |
| | | | ❑ | |
| | | | ❑ | |
| | | | ❑ | |
| | | | ❑ | |

Above is a list of medications this patient or his/her representative told us he/she was taking before coming to the hospital. The physician has reviewed these medications to see if there is any conflict with new medications the patient is being prescribed and will be taking after discharge. **Unless marked "STOP TAKING" the patient will be instructed to continue taking these medications as described in SPECIAL INSTRUCTIONS.** The patient will be encouraged to review these medications with his/her personal physician on a regular basis.

**List of Additional Medications Prescribed in Patient Friendly Terms**
**(To Be Completed by Physician or Clinical Staff Member)**

| Drug | Dose | How to Take? | How Often? | Additional Instructions |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Name of next physician patient is scheduled to visit ______ ❑ Same as above ❑ Next provider unknown

PS002518.0307

Methodist
LeBonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46635804

Admit Date: 5/7/2016

Discharge Date: 5/8/2016

Date of Birth:

## *Coding Summary*

| | |
|---|---|
| DOCUMENT NAME: | Coding Summary |
| SERVICE DATE/TIME: | 5/12/2016 07:10 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | |
| SIGNED INFORMATION: | |

**20160512071002420_R01_46635804.pdf**
Please click on the link to see the imag

**Attachment(s): 5/12/2016 07:10 CDT 20160512071002420_R01_46635804.pdf**

# Coding Summary For Patient Account 46635804

Print Face Sheet
Printed By: jd119201a

Total Charges: 5041.94

## Last Access Info

Last Submitter: Janet Daise
Reviewer:

## Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | WOOLVERTON-JONES, SHERRY J | **Age** | 44 |
| **Medical Service** | ERM | **LOS** | 2 |
| **Birth Date** | | **Gender** | F |
| **Attending Physician** | KALSI, CARLE CRANE | **Admitting Physician** | N/A |
| **Admit Date** | 05-07-2016 | **Discharge Date** | 05-08-2016 |
| **Discharge Disposition** | Home | **MRN** | 14015155 |

## Admit Reasons

| Code | Type | Description |
|---|---|---|
| R10.9 | ICD-10 | UNSPECIFIED ABDOMINAL PAIN |

## Visit Reasons

| Code | Type | Description |
|---|---|---|
| R10.9 | ICD-10 | UNSPECIFIED ABDOMINAL PAIN |
| R50.9 | ICD-10 | FEVER, UNSPECIFIED |
| M54.9 | ICD-10 | DORSALGIA, UNSPECIFIED |

## Principal Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| R10.9 | ICD-10 | UNSPECIFIED ABDOMINAL PAIN |

## Secondary Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| Z86.711 | ICD-10 | PERSONAL HISTORY OF PULMONARY EMBOLISM |
| Z79.01 | ICD-10 | LONG TERM (CURRENT) USE OF ANTICOAGULANTS |

## *Allergies*

| Substance | Updated Date/Time | Allergy Type | Reaction Status | Information Source | Estimated Onset | Reviewed Date/Time | Updated By | Allergy Category | Severity | Recorded On Behalf Of | Reaction Symptom | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NKDA | 12/14/2001 23:11 CST | | Active | | | 12/29/2016 22:45 CST | Contributor_system, ADT MHM | Drug | | Surpuriya, Vijay | | Bastnagel, William R, MD | ADT MHM |

## ED Physician Documentation

DOCUMENT NAME: ED Provider Note
SERVICE DATE/TIME: 5/8/2016 01:58 CDT
RESULT STATUS: Auth (Verified)
PERFORMED INFORMATION: Kalsi ,Carle Crane,MD (5/8/2016 02:03 CDT)
SIGNED INFORMATION: Kalsi ,Carle Crane,MD (5/8/2016 03:41 CDT)

### Abdominal Pain *ED

Patient: **WOOLVERTON-JONES, SHERRY J** **MRN: 14015155** **FIN: 46635804**
Age: **44 years** Sex: **Female** DOB: **9/20/1971**
Associated Diagnoses: **None**
Author: **Kalsi , Carle Crane, MD**

**Basic Information**
**Time seen:** Date & time 5/7/2016 11:45:00 PM.
**History source:** Patient.
**Arrival mode:** Walking.
**History limitation:** None.
**Additional information:** Chief Complaint from Nursing Triage Note: 5/7/2016 10:47 PM Chief complaint R FLANK PAIN X 3 WEEKS. SEEN HERE LAST WEEK FOR THE SAME. PAIN WORSE WITH STANDING. "LOW GRADE FEVER.".

**History of Present Illness**
The patient presents with flank pain. The onset was 3 weeks ago. The course/duration of symptoms is constant. The character of symptoms is sharp. The degree at onset was moderate. The Location of pain at onset was right and flank. The degree at present is moderate. The Location of pain at present is right and flank. Radiating pain: none. The exacerbating factor is none. The relieving factor is analgesics. Therapy today: none. Risk factors consist of none. Associated symptoms: back pain, denies chest pain, denies nausea, denies vomiting, denies diarrhea, denies shortness of breath, denies fever, denies chills, denies headache and denies dizziness. Additional history: seen here 8 days ago for same - had normal, extensive w/u; has GI appointment in 2 days with Dr. Wrubie.

**Review of Systems**
**Constitutional symptoms:** No fever, no weakness.
**Skin symptoms:** No jaundice, no rash.
**Eye symptoms:** No recent vision problems, no icterus.
**ENMT symptoms:** No sore throat, no nasal congestion.
**Respiratory symptoms:** No shortness of breath,
**Cardiovascular symptoms:** No chest pain,
**Gastrointestinal symptoms:** Abdominal pain, moderate, right flank, no nausea, no vomiting, no diarrhea.
**Genitourinary symptoms:** No dysuria, no hematuria.
**Musculoskeletal symptoms:** Back pain, No Muscle pain,
**Neurologic symptoms:** No headache, no altered level of consciousness.
**Hematologic/Lymphatic symptoms:** Bleeding tendency, bruising tendency, No swollen nodes,
**Allergy/immunologic symptoms:** No impaired immunity,

**Health Status**
**Allergies:**
Allergic Reactions (Selected)
*Severity Not Documented*
NKDA- No reactions were documented..
**Medications:** Home meds
**Active Medications**
**amphetamine-dextroamphetamine: 30 mg, PO, qam, 2 tabs every day, 0 Refill(s), Refills: 0**
**estradiol: TOP, QDay, change patch every 3.5 days, 0 Refill(s), Refills: 0**

## *ED Physician Documentation*

**gabapentin: 300 mg, PO, tid, 0 Refill(s), Refills: 0**
**ondansetron: 8 mg, PO, prn, 0 Refill(s), Refills: 0**
**sodium oxybate: See Instructions, 3 g PO TWICE IN THE EVENING., 0 Refill(s), Refills: 0**
**warfarin: See Instructions, 1 tab PO Monday and Friday, 0 Refill(s), Refills: 0**
**warfarin: See Instructions, 1 tab PO Sun, Tues, Wed, Thur, Sat, 0 Refill(s), Refills: 0**
.
**Menstrual history:** Hysterectomy.

### Past Medical/ Family/ Social History

**Medical history**
Rhythm Disturbances
Respiratory
None
Neurological
Migraines, TIA, Other: NARCOLEPSY
Hematologic/Oncology
Other: HYPERCOAGULATE
Gastrointestinal
Gall Bladder Disease, Other: ischemic bowel
Genitourinary
None
EENT
None
Endocrine/Metabolic/Immunologic
None
Musculoskeletal
None
Psychiatric
None
Infectious
Epstein Barr Virus, MRSA.
**Surgical history:** Hysteractomy
Endoscopic sinus surgery
Colorectal resection
Other: SPHENOID SURGERY
Cholecystectomy
Tonsillectomy
Cyst excision.
**Family history:** Not significant.
**Social history:** Alcohol use: Denies. Tobacco use: Denies.

### Physical Examination

**Vital Signs**

| | | |
|---|---|---|
| 5/8/2016 12:44 AM | BP (systolic)<br>BP (diastolic) | 113 mmHg<br>66 mmHg |
| | MAP | 82 mmHg |
| | Pulse | 96 bpm |
| | Resp rate | 14 breaths/min |

## ED Physician Documentation

| | | |
|---|---|---|
| | SPO2 (Oxygen saturation) | 98 % |
| 5/7/2016 10:47 PM | Calcwt-measured<br>Weight (kg) | 56.0 kg<br>56.0 kg |
| | Method of weight | Actual weight |
| | Temp | 36.3 DegC |
| | Temp route | Oral |
| | BP (systolic) | 117 mmHg |
| | BP (diastolic) | 76 mmHg |
| | **Pulse** | **117 bpm HI** |
| | Resp rate | 18 breaths/min |
| | SPO2 (Oxygen saturation) | 97 % |

**General:** Alert, no acute distress, in room 2, Not ill-appearing,
**Skin:** Warm, dry, normal for ethnicity.
**Head:** Normocephalic, atraumatic.
**Neck:** Trachea midline.
**Eye:** Normal conjunctiva.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Cardiovascular:** Regular rate and rhythm, Regular rhythm, No murmur, Normal peripheral perfusion, No edema.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
**Chest wall:** No tenderness, No deformity.
**Back:** Nontender, Normal range of motion, Normal alignment, no step-offs.
**Musculoskeletal:** Normal ROM, normal strength, no tenderness, no swelling, no deformity.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No organomegaly.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal motor observed.
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Cooperative, appropriate mood & affect.

Pain Assessment
Pain level: mild-to-moderate.

**Medical Decision Making**

**Results review:** Lab results : LABORATORY RESULTS

| | | |
|---|---|---|
| 5/7/2016 11:00 PM | **GGT**<br>Amylase, Serum | **87 unit/L HI**<br>41 unit/L |
| | Lipase, Serum | 191 unit/L |
| | **INR** | **1.1 HI** |
| | Prothrombin Time | 14.5 sec |
| 5/7/2016 10:58 PM | Sodium<br>Potassium | 140 mmol/L<br>3.8 mmol/L |
| | Chloride | 106 mmol/L |
| | Carbon Dioxide | 29 mmol/L |
| | Urea Nitrogen | 14 mg/dL |
| | **Glucose, Serum** | **106 mg/dL HI** |
| | Calcium | 9.2 mg/dL |

## *ED Physician Documentation*

| | |
|---|---|
| CREATININE | 1.01 mg/dL |
| **Protein, Total** | **8.3 g/dL HI** |
| Albumin | 4.2 g/dL |
| Total Bilirubin | 0.2 mg/dL |
| Alkaline Phosphatase | 115 unit/L |
| AST | 23 unit/L |
| **ALT** | **57 unit/L HI** |
| Anion Gap | 5 |
| **GFR-Estimated** | **59.5 mL/min/1.73m2 LOW** |
| WBC | 8.4 thou/mcL |
| RBC | 4.72 x10(6)/mcL |
| Hemoglobin | 13.4 g/dL |
| Hematocrit | 40.4 % |
| MCV Blood | 85.7 fL |
| MCH Blood | 28.3 pg |
| MCHC Blood | 33.0 g/dL |
| **RDW** | **18.9 % HI** |
| Nucleated Red Blood Cells | 0.0 /100 WBC |
| **Platelet Count** | **410 thou/mcL HI** |
| MPV | 8.3 fL |
| % Lymphs | 32.2 % NA |
| % Monos | 12.9 % NA |
| % Eosinophils | 5.9 % NA |
| % Basophils | 1.3 % NA |
| % Neuts | 47.7 % NA |
| Absolute Lymphs | 2.70 thou/mcL |
| **Absolute Monos** | **1.10 thou/mcL HI** |
| Absolute Grans | 4.00 thou/mcL |
| **Absolute Eosinophils** | **0.50 thou/mcL HI** |
| Absolute Basophils | 0.10 thou/mcL |
| Color, UR | Yellow |
| Clarity, UR | Clear |
| Sp Gravity, UR | 1.009 |
| pH, UR | 7.0 pH units |
| Bilirubin Urine | Negative |
| Glucose, UR | Negative |
| Ketone, UR | Negative |

| | |
|---|---|
| Blood, UR | Negative |
| Albumin, UR | Negative |
| Nitrite, UR | Negative |
| Leukocyte Esterase, UR | Negative |
| Urobilinogen, UR | <2.0 mg/dL |

.
**Chest X-Ray:** * Final Report *

Reason For Exam
Pain

READ
EXAMINATION: CHEST 2VW FRONTAL & LAT, 4/29/2016 11:34 AM, DX160132440

CLINICAL INFORMATION: Right-sided flank pain, fever

COMPARISON: None

FINDINGS: Frontal and lateral views of the chest were obtained. Heart and mediastinal contours are normal. Lungs are clear. There is no pleural effusion or pneumothorax. The bony thorax is unremarkable.

IMPRESSION:
No acute findings.

This report was dictated at Workstation ID: PLA3135

Signature Line
Dictation Date/Time: 04/29/16 11:57 am

Dictating Radiologist : Somogyi , Christopher Todd, MD
Signing Radiologist : Somogyi , Christopher Todd, MD
Final Signed Date/Time: 04/29/16 11:54 am

****** Final Electronic Signature Line *******

.
**Abdominal/KUB X-ray** * Final Report *

Reason For Exam
Flank Pain

READ
CLINICAL INFORMATION: FLANK PAIN . Right flank pain.

EXAMINATION: CT ABDOMEN AND PELVIS W CONT, 4/29/2016 12:15 PM, CT160056988

COMPARISON: None.

## ED Physician Documentation

FINDINGS: Axial contrast imaging of the abdomen and pelvis performed with iodinated contrast intravenously. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

Lungs: Images through the lung bases demonstrate no acute finding. Lungs are clear. Heart size is normal.

Liver: The liver is of normal appearance with no mass or bile duct dilatation.
Adrenals: No evidence of adrenal mass.
Spleen: Spleen is normal with no evidence of mass or other abnormality.
Gallbladder: Surgically absent.
Pancreas: Pancreas enhances normally. No mass or pancreatic duct dilatation. No inflammatory change.
Kidneys: The kidneys are of normal size. There is no evidence of mass or hydronephrosis. No definite renal or ureteral calculi. Kidneys enhance normally.
Stomach/small intestine: The stomach is of normal appearance. No evidence of small bowel distention or other abnormality.
Large intestine:Large bowel is predominantly surgically absent. There is an anastomosis in the distal pelvis.
Appendix:Not definitely visualized.
Vascular:There is no evidence of aneurysm.
Pelvic contents:No evidence of free fluid or other pelvic abnormality.
Bones and soft tissues:No lytic or blastic bone lesion. No soft tissue masses.
Lymph nodes:There is no abdominal or pelvic adenopathy.

IMPRESSION: No acute finding. No etiology to patient's right flank pain identified.

This report was dictated at Workstation ID: PLA3136

Signature Line
Dictation Data/Time: 04/29/16 2:34 pm

Dictating Radiologist : Donovan Jr, Francis Daniel, MD
Signing Radiologist : Donovan Jr, Francis Daniel, MD
Final Signed Date/Time: 04/29/16 2:31 pm

****** Final Electronic Signature Line *******

.

**Reexamination/ Reevaluation**
Time: 5/8/2016 2:03:00 AM .
Course: discussed labs. prior CT, f/u in 2 days with GI, realized pt. on coumadin - checked it - subtherapeutic - will get CT chest, * Final Report *

Reason For Exam
Pulmonary Embolism

## ED Physician Documentation

READ
EXAMINATION: CT160061076, CT THORAX W CONT, 5/8/2016 2:29 AM

CLINICAL: Right chest and abdominal pain. Fever. Clinical concern for pulmonary embolus.

COMPARISON: Chest x-ray April 29, 2016.

TECHNICAL: Axial imaging of the chest with intravenous contrast. Coronal and sagittal reformats performed. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

FINDINGS:

The lungs are clear. The visualized thyroid appears normal. Normal appearance of the esophagus, vena cava, aorta, heart and mediastinum. No pulmonary embolus. No abnormality in the upper abdomen. No acute bony or soft tissue findings.

IMPRESSION:

No acute findings.

This report was dictated at Workstation ID: PLA62126

Signature Line
Dictation Date/Time: 05/08/16 3:35 am

Dictating Radiologist : Wilkerson , Benjamin Wade, MD
Signing Radiologist : Wilkerson , Benjamin Wade, MD
Final Signed Date/Time: 05/08/16 3:32 am

****** Final Electronic Signature Line *******

.

**Impression and Plan**

**Diagnosis**

Chronic right flank pain - ICD10-CM R10.11

**Plan**

**Condition:** Stable.

**Disposition:** Discharged: Time 5/8/2016 2:04:00 AM, to home.

**Patient was given the following educational materials:** Abdominal Pain, Adult, KETOROLAC, Oral_Revised (Custom).

**Follow up with:** David Guthrie Within 2 to 4 days return to ER if worse.

**Counseled:** Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions.

## ED Physician Documentation

*(E-signed on 05.08.16 at 03:41)*

*Kalsi , Carle Crane. MD*

*D: 05.08.16 02:03*

**Methodist** Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46635804

Admit Date: 5/7/2016

Discharge Date: 5/8/2016

Date of Birth:

*Lab Results Robert M. Bradley, MD Director of Laboratories*

*CHEMISTRY*

| Procedure | Units | Reference Range | Collected Date 5/7/2016 Collected Time 23:00 CDT | Collected Date 5/7/2016 Collected Time 22:58 CDT |
|---|---|---|---|---|
| Sodium | mmol/L | [136-145] | - | 140 |
| Potassium | mmol/L | [3.5-5.1] | - | 3.8 |
| Chloride | mmol/L | [98-107] | - | 106 |
| Carbon Dioxide | mmol/L | [21-32] | - | 29 |
| Urea Nitrogen | mg/dL | [7-18] | - | 14 |
| Glucose,Serum | mg/dL | [65-99] | - | 106 H ^1 |
| Calcium | mg/dL | [8.5-10.1] | - | 9.2 |
| CREATININE | mg/dL | [0.52-1.21] | - | 1.01 ^2 |
| Protein,Total | g/dL | [6.4-8.2] | - | 8.3 H |
| Albumin | g/dL | [3.4-5.0] | - | 4.2 |
| Total Bilirubin | mg/dL | [0.2-1.0] | - | 0.2 |
| Alkaline Phosphatase | unit/L | [50-136] | - | 115 |
| AST | unit/L | [15-37] | - | 23 |
| ALT | unit/L | [13-56] | - | 57 H |
| GGT | unit/L | [5-55] | 87 H | - |
| Anion Gap | | [5-20] | - | 5 |
| Amylase,Serum | unit/L | [25-115] | 41 | - |
| Lipase,Serum | unit/L | [73-393] | 191 | - |
| GFR-Estimated | mL/min/1.73m2 | [>=60.0] | - | 59.5 L ^3 |

Interpretive Data

^1: Glucose, Serum

Fasting plasma glucose levels 100 - 125 mg/dL reflect impaired fasting glucose. Fasting plasma glucose levels >125 mg/dL are consistent with diabetes.

^2: CREATININE

All adult facilities are performing Creatinine that is traceable by a revised IDMS method. Adult ranges will be reported based on Male and Female populations.

^3: GFR-Estimated

This is an estimated GFR using the modified MDRD equation. Results may not be valid for patients whose renal function is not in steady state, dialysis patients, severely hypoalbuminemic patients, or patients with atypical body habitus. This formula has been adjusted to allow for African Americans.

Reference Range:

- >/= 60 Normal kidney function unless other evidence of renal disease
- 30 -60 Moderate kidney disease

## Lab Results Robert M. Bradley, MD Director of Laboratories

### CHEMISTRY

Interpretive Data
^3: GFR-Estimated

- 15 -29 Severe kidney disease

### HEMATOLOGY

| Procedure | Units | Reference Range | Collected Date 5/7/2016<br>Collected Time 22:58 CDT |
|---|---|---|---|
| WBC | thou/mcL | [4.2-10.2] | 8.4 |
| RBC | x10(6)/mcL | [3.80-5.30] | 4.72 |
| Hemoglobin | g/dL | [11.5-14.8] | 13.4 |
| Hematocrit | % | [34.6-43.8] | 40.4 |
| MCV Blood | fL | [81.4-97.7] | 85.7 |
| MCH Blood | pg | [26.3-33.2] | 28.3 |
| MCHC Blood | g/dL | [31.8-34.9] | 33.0 |
| RDW | % | [12.4-16.6] | 18.9 H |
| Nucleated Red Blood Cells | /100 WBC | [0.0-1.0] | 0.0 |
| Platelet Count | thou/mcL | [150-400] | 410 H |
| MPV | fL | [7.1-11.1] | 8.3 |
| % Lymphs | % | | 32.2 |
| % Monos | % | | 12.9 |
| % Eosinophils | % | | 5.9 |
| % Basophils | % | | 1.3 |
| % Neuts | % | | 47.7 |
| Absolute Lymphs | thou/mcL | [1.10-3.60] | 2.70 |
| Absolute Monos | thou/mcL | [0.30-1.00] | 1.10 H |
| Absolute Grans | thou/mcL | [1.80-7.10] | 4.00 |
| Absolute Eosinophils | thou/mcL | [0.00-0.40] | 0.50 H |
| Absolute Basophils | thou/mcL | [0.00-0.10] | 0.10 |

### COAGULATION

| Procedure | Units | Reference Range | Collected Date 5/7/2016<br>Collected Time 23:00 CDT |
|---|---|---|---|
| INR | | [0.8-1.0] | 1.1 H ^4 |
| Prothrombin Time | sec | [11.7-14.5] | 14.5 ^5 |

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46635804

Admit Date: 5/7/2016

Discharge Date: 5/8/2016

Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *COAGULATION*

Interpretive Data
^4: INR
Therapeutic range on warfarin varies with clinical indications (INR 2.0-3.5)
^5: Prothrombin Time
PT value >20 seconds is ALERT if patient is not on anticoagulant.

**Normal Range effective date: 6/25/2014**

### *URINE TESTS*

| Procedure | Units | Reference Range | Collected Date 5/7/2016 Collected Time 22:58 CDT |
|---|---|---|---|
| Color,UR | | | Yellow |
| Clarity,UR | | | Clear |
| Sp Gravity,UR | | [1.003-1.035] | 1.009 |
| pH,UR | pH units | [4.6-8.0] | 7.0 |
| Bilirubin Urine | | [Negative] | Negative |
| Glucose,UR | | [Negative] | Negative ^6 |
| Ketone,UR | | [Negative] | Negative |
| Blood,UR | | [Negative] | Negative |
| Albumin,UR | | [Negative] | Negative |
| Nitrite,UR | | [Negative] | Negative |
| Leukocyte Esterase,UR | | [Negative] | Negative |
| Urobilinogen,UR | mg/dL | [0.0-2.0] | <2.0 |

Interpretive Data
^6: Glucose, UR
Clinitest tablet testing for the detection of urine reducing substances will no longer be available. The change is necessary because Clinitest tablets are no longer being manufactured and there are no replacement products currently available.

## Clin Doc- Instructions

ER 46635804 14015155-15
Germantown FIN MRN
WOOLVERTON-JONES , SHERRY J
44Y F/W
PCP:GUTHRIE, DAV
05/07/16 PCP VER?YES

I, WOOLVERTON-JONES, SHERRY J, have received the above patient education materials/instructions and have verbalized understanding:

Patient or Responsible Party Signature

Provider Signature

5/8/16
Date

Person Full Name WOOLVERTON-JONES, SHERRY J
MRN (Encounter Alias) 14015155
FIN NBR (Encounter Alias) 46635804

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown
7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681
Financial Number: 46635804
Admit Date: 5/7/2016
Discharge Date: 5/8/2016
Date of Birth:

## Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| CT-16-0061076 | 5/8/2016 03:07 CDT | CT Thorax W Cont | Kalsi ,Carle Crane,MD | Auth (Verified) |

**Reason For Exam**
(CT Thorax W Cont) Pulmonary Embolism

**Read**
EXAMINATION: CT160061076, CT THORAX W CONT, 5/8/2016 2:29 AM

CLINICAL: Right chest and abdominal pain. Fever. Clinical concern for pulmonary embolus.

COMPARISON: Chest x-ray April 29, 2016.

TECHNICAL: Axial imaging of the chest with intravenous contrast. Coronal and sagittal reformats performed. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

FINDINGS:

The lungs are clear. The visualized thyroid appears normal. Normal appearance of the esophagus, vena cava, aorta, heart and mediastinum. No pulmonary embolus. No abnormality in the upper abdomen. No acute bony or soft tissue findings.

IMPRESSION:

No acute findings.

This report was dictated at Workstation ID: PLA62126
*Dictation Date/Time: 05/08/16 3:35 am*

*Dictating Radiologist : Wilkerson , Benjamin Wade, MD*
*Signing Radiologist : Wilkerson , Benjamin Wade, MD*
*Final Signed Date/Time: 05/08/16 3:32 am*

******* Final Electronic Signature Line ********

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46352833

Admit Date: 4/29/2016

Discharge Date: 4/29/2016

Date of Birth:

## *Coding Summary*

| | |
|---|---|
| DOCUMENT NAME: | Coding Summary |
| SERVICE DATE/TIME: | 5/3/2016 06:20 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | |
| SIGNED INFORMATION: | |

**20160503062002142_R01_46352833.pdf**
Please click on the link to see the imag

**Attachment(s): 5/3/2016 06:20 CDT 20160503062002142_R01_46352833.pdf**

# Coding Summary For Patient Account 46352833

Print Face Sheet
Printed By: ar139109a

Total Charges: 7912.62

## Last Access Info

Last Submitter: Ashley Ribble
Reviewer:

## Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | WOOLVERTON-JONES, SHERRY J | **Age** | 44 |
| **Medical Service** | ERM | **LOS** | 1 |
| **Birth Date** | 09-20-1971 | **Gender** | F |
| **Attending Physician** | COLLIE ENID M | **Admitting Physician** | N/A |
| **Admit Date** | 04-29-2016 | **Discharge Date** | 04-29-2016 |
| **Discharge Disposition** | Home | **MRN** | 14015155 |

## Admit Reasons

| Code | Type | Description |
|---|---|---|
| R10.9 | ICD-10 | UNSPECIFIED ABDOMINAL PAIN |

## Visit Reasons

| Code | Type | Description |
|---|---|---|
| R10.9 | ICD-10 | UNSPECIFIED ABDOMINAL PAIN |
| R50.9 | ICD-10 | FEVER, UNSPECIFIED |

## Principal Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| N20.0 | ICD-10 | CALCULUS OF KIDNEY |

## Secondary Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| R10.9 | ICD-10 | UNSPECIFIED ABDOMINAL PAIN |

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown
7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681
Financial Number: 46352833
Admit Date: 4/29/2016
Discharge Date: 4/29/2016
Date of Birth:

## *Allergies*

| Substance | Updated Date/Time | Allergy Type | Reaction Status | Information Source | Estimated Onset | Reviewed Date/Time | Updated By | Allergy Category | Severity | Recorded On Behalf Of | Reaction Symptom | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NKDA | 12/14/2001 23:11 CST | | Active | | | 12/29/2016 22:45 CST | Contributor_system, ADT MHM | Drug | | Surpuriya, Vijay | | Bastnagel, William R, MD | ADT MHM |

## *ED Physician Documentation*

| | |
|---|---|
| DOCUMENT NAME: | ED Provider Note |
| SERVICE DATE/TIME: | 4/29/2016 10:48 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Collie ,Enid M,APN FNP (4/29/2016 10:49 CDT) |
| SIGNED INFORMATION: | Carr Jr,Thomas M,MD (5/1/2016 09:22 CDT); Collie ,Enid M, APN FNP (4/29/2016 14:53 CDT) |

### flank pain

Patient: **WOOLVERTON-JONES, SHERRY J** **MRN: 14015155** **FIN: 46352833**
Age: **44 years** Sex: **Female** DOB: **9/20/1971**
Associated Diagnoses: **None**
Author: **Collie , Enid M, APN FNP**

**Basic Information**

**Time seen:** Date & time 4/29/2016 10:48:00 AM.
**History source:** Patient.
**Arrival mode:** Private vehicle.
**History limitation:** None.
**Additional information:** Chief Complaint from Nursing Triage Note

| | | |
|---|---|---|
| 4/29/2016 10:30 AM | Chief complaint | pt c/o pain to right flank x1 week. denies urinary symptoms. c/o low grade fever x4 days. |
| 4/29/2016 10:28 AM | Chief complaint | pt c/o pain to right flank x1 week. denies urinary symptoms. c/o low grade fever x4 days. |

.

**History of Present Illness**

The patient presents with abdominal pain and flank pain. The onset was gradual. The course/duration of symptoms is episodic: with multiple episodes. The character of symptoms is achy and sharp. The degree at onset was severe. The Location of pain at onset was right, abdominal and flank. The degree at present is moderate. The Location of pain at present is abdominal and flank. Radiating pain: right upper quadrant of the abdomen. The exacerbating factor is none. The relieving factor is none. Therapy today: none. Associated symptoms: none. Additional history: none.

**Review of Systems**

**Constitutional symptoms:** No fever, no chills, no sweats.
**Skin symptoms:** No jaundice,
**Eye symptoms:** No recent vision problems,
**ENMT symptoms:** No ear pain,
**Respiratory symptoms:** No shortness of breath,
**Cardiovascular symptoms:** No chest pain,
**Genitourinary symptoms:** No dysuria, no testicular pain.
**Musculoskeletal symptoms:** No Joint pain.
**Neurologic symptoms:** No headache.
**Psychiatric symptoms:** No anxiety,
**Hematologic/Lymphatic symptoms:** Bleeding tendency negative,
**Allergy/immunologic symptoms:** No food allergies,
**Additional review of systems information:** All systems reviewed as documented in chart.

**Health Status**

**Allergies:**

Allergic Reactions (Selected)

*Severity Not Documented*

## ED Physician Documentation

NKDA- No reactions were documented..
**Immunizations:** Up to date.

**Past Medical/ Family/ Social History**

**Medical history**
Reviewed as documented in chart.
Cardiovascular: rhythm disturbances.
Neurological: migraine.
**Surgical history:** Reviewed as documented in chart.
**Family history:** Not significant.
**Social history:** Alcohol use: Denies. Tobacco use: Regularly, Drug use: Denies.

**Physical Examination**

**Vital Signs**

| | | |
|---|---|---|
| 4/29/2016 2:41 PM | BP (systolic) | 106 mmHg |
| | BP (diastolic) | 64 mmHg |
| | MAP | 78 mmHg |
| | Pulse | 71 bpm |
| | Resp rate | 18 breaths/min |
| | SPO2 (Oxygen saturation) | 100 % |
| 4/29/2016 1:38 PM | BP (systolic) | 102 mmHg |
| | BP (diastolic) | 68 mmHg |
| | MAP | 79 mmHg |
| | Pulse | 89 bpm |
| | Resp rate | 16 breaths/min |
| | SPO2 (Oxygen saturation) | 99 % |
| 4/29/2016 12:10 PM | BP (systolic) | 107 mmHg |
| | BP (diastolic) | 76 mmHg |
| | MAP | 86 mmHg |
| | Pulse | 82 bpm |
| | Resp rate | 18 breaths/min |
| | SPO2 (Oxygen saturation) | 98 % |
| 4/29/2016 10:28 AM | Calcwt-measured | 57.45 kg |
| | Weight (kg) | 57.45 kg |
| | Method of weight | Actual weight |
| | Temp | 36.5 DegC |
| | Temp route | Oral |
| | BP (systolic) | 131 mmHg |
| | BP (diastolic) | 74 mmHg |

## *ED Physician Documentation*

| | | |
|---|---|---|
| | **Pulse** | **112 bpm HI** |
| | Resp rate | 18 breaths/min |
| | SPO2 (Oxygen saturation) | 98 % |
| 4/28/2016 10:26 AM | Calcwt-est | Initialized |

Per nurse's notes.
**General:** Alert, mild distress.
**Skin:** Warm, dry, no rash, No jaundice.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple, trachea midline, no JVD.
**Eye:** Normal conjunctiva, vision unchanged.
**Ears, nose, mouth and throat:** Oral mucosa moist, no pharyngeal erythema or exudate.
**Cardiovascular:** Regular rate and rhythm, Normal peripheral perfusion, No edema.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored.
**Chest wall:** No tenderness, no significant tenderness.
**Back:** Costovertebral angle tenderness.
**Musculoskeletal:** Normal ROM for patient, Normal ROM and strength for patient.
**Gastrointestinal:** Soft, Tenderness: Moderate, right upper quadrant, Guarding: Moderate, Rebound: Positive, Bowel sounds: Normal, Organomegaly: Negative, Trauma: Negative
**Genitourinary:** No tenderness.
**Neurological:** Alert and oriented to person, place, time, and situation, Speech normal for patient..
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Cooperative, appropriate mood & affect.

Pain Assessment
Pain level:

| | | |
|---|---|---|
| 4/29/2016 2:41 PM | Pain? | Yes |
| | Pain intensity (Rating/Faces) | 8 |
| | Primary pain location | Flank |
| | Primary pain laterality | Right |
| | Primary pain character | Aching |
| | Primary pain onset | Frequent |
| | Primary pain pattern | Constant |
| | Primary pain parameters | None |
| | Primary pain interventions | Diversion |
| | Pain assessment (FACES) | Pain Rating/Faces |
| | Primary pain behavioral cues | None |
| 4/29/2016 1:38 PM | Pain? | Yes |
| | Pain intensity (Rating/Faces) | 7 |
| | Primary pain location | Flank |
| | Primary pain laterality | Right |
| | Pain assessment (FACES) | Pain Rating/Faces |
| 4/29/2016 12:10 PM | Pain? | Yes |
| | Pain intensity (Rating/Faces) | 9 |
| | Primary pain location | Flank |
| | Primary pain laterality | Right |

## ED Physician Documentation

| | | |
|---|---|---|
| | Pain assessment (FACES) | Pain Rating/Faces |
| 4/29/2016 10:28 AM | Pain? | Yes |
| | Pain intensity (Rating/Faces) | 8 |
| | Primary pain location | Flank |
| | Primary pain laterality | Right |
| | Pain assessment (FACES) | Pain Rating/Faces |

**Medical Decision Making**

**Differential Diagnosis:** Abdominal pain, renal stone, ureteral stone.

**Results review:** Lab results : LABORATORY RESULTS

| | | |
|---|---|---|
| 4/29/2016 11:00 AM | Sodium | 139 mmol/L |
| | Potassium | 3.8 mmol/L |
| | Chloride | 104 mmol/L |
| | Carbon Dioxide | 31 mmol/L |
| | Urea Nitrogen | 11 mg/dL |
| | Glucose, Serum | 96 mg/dL |
| | **Calcium** | **7.9 mg/dL LOW** |
| | CREATININE | 0.96 mg/dL |
| | Protein, Total | 7.1 g/dL |
| | Albumin | 3.8 g/dL |
| | Total Bilirubin | 0.2 mg/dL |
| | Alkaline Phosphatase | 101 unit/L |
| | AST | 31 unit/L |
| | ALT | 42 unit/L |
| | **Anion Gap** | **4 LOW** |
| | Lipase, Serum | 114 unit/L |
| | GFR-Estimated | >60.0 mL/min/1.73m2 |
| | WBC | 9.5 thou/mcL |
| | RBC | 4.21 x10(6)/mcL |
| | Hemoglobin | 12.0 g/dL |
| | Hematocrit | 35.7 % |
| | MCV Blood | 84.8 fL |
| | MCH Blood | 28.4 pg |
| | MCHC Blood | 33.5 g/dL |
| | **RDW** | **17.6 % HI** |
| | Nucleated Red Blood Cells | 0.0 /100 WBC |
| | **Platelet Count** | **414 thou/mcL HI** |
| | MPV | 8.0 fL |

## ED Physician Documentation

| | |
|---|---|
| % Lymphs | 30.9 % NA |
| % Monos | 11.2 % NA |
| % Eosinophils | 8.1 % NA |
| % Basophils | 0.8 % NA |
| % Neuts | 49.0 % NA |
| Absolute Lymphs | 2.90 thou/mcL |
| **Absolute Monos** | **1.10 thou/mcL HI** |
| Absolute Grans | 4.70 thou/mcL |
| **Absolute Eosinophils** | **0.80 thou/mcL HI** |
| Absolute Basophils | 0.10 thou/mcL |
| Color, UR | Colorless |
| Clarity, UR | Clear |
| Sp Gravity, UR | 1.003 |
| pH, UR | 7.0 pH units |
| Bilirubin Urine | Negative |
| Glucose, UR | Negative |
| Ketone, UR | Negative |
| Blood, UR | Negative |
| Albumin, UR | Negative |
| Nitrite, UR | Negative |
| Leukocyte Esterase, UR | Negative |
| Urobilinogen, UR | <2.0 mg/dL |

.

**Radiology results:**
Result type: CT Abdomen and Pelvis W Cont
Result date: April 29, 2016 2:02 PM
Result status: Auth (Verified)
Result title: CT Abdomen and Pelvis W Cont
Performed by: Donovan Jr, Francis Daniel, MD on April 29, 2016 2:34 PM
Verified by: Donovan Jr, Francis Daniel, MD on April 29, 2016 2:31 PM
Encounter info: 46352833, GERMANTOWN, Emergency, 4/29/2016 -

* Final Report *

Reason For Exam
Flank Pain

READ
CLINICAL INFORMATION: FLANK PAIN . Right flank pain.

EXAMINATION: CT ABDOMEN AND PELVIS W CONT, 4/29/2016 12:15 PM, CT160056988

COMPARISON: None.

FINDINGS: Axial contrast imaging of the abdomen and pelvis performed with iodinated contrast intravenously. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

Lungs: Images through the lung bases demonstrate no acute finding. Lungs are clear. Heart size is normal.

Liver: The liver is of normal appearance with no mass or bile duct dilatation.
Adrenals: No evidence of adrenal mass.
Spleen: Spleen is normal with no evidence of mass or other abnormality.
Gallbladder: Surgically absent.
Pancreas: Pancreas enhances normally. No mass or pancreatic duct dilatation. No inflammatory change.
Kidneys: The kidneys are of normal size. There is no evidence of mass or hydronephrosis. No definite renal or ureteral calculi. Kidneys enhance normally.
Stomach/small intestine: The stomach is of normal appearance. No evidence of small bowel distention or other abnormality.
Large intestine:Large bowel is predominantly surgically absent. There is an anastomosis in the distal pelvis.
Appendix:Not definitely visualized.
Vascular:There is no evidence of aneurysm.
Pelvic contents:No evidence of free fluid or other pelvic abnormality.
Bones and soft tissues:No lytic or blastic bone lesion. No soft tissue masses.
Lymph nodes:There is no abdominal or pelvic adenopathy.

IMPRESSION: No acute finding. No etiology to patient's right flank pain identified.

This report was dictated at Workstation ID: PLA3136.

**Impression and Plan**

**Diagnosis**
Renal calculus 592.0 - ICD10-CM N20.0
**Diagnosis**
Flank pain - PNED B758D3E3-8EF5-414D-8CF3-313B03F6107C
**Plan**
**Condition:** Stable.
**Disposition:** Discharged: Time 4/29/2016 2:47:00 PM, to home.
**Prescriptions:** Discharge prescription (s)
Pharmacy:
prochlorperazine 10 mg oral tablet (Prescribe): 10 mg = 1 tab, PO, tid, x 3 day, # 9 tab, Refill(s): 0
Percocet 5/325 oral tablet (Prescribe): oxycodone hydrochloride 1 tab, PO, q6h, PRN for pain. X 3 day, # 12 tab, Refill(s): 0. .
**Patient was given the following educational materials:** FLANK PAIN, Uncertain Cause, Work School Release (Custom).
**Follow up with:** David Guthrie In 2 days 5/1/2016; Christopher Miller In 2 days 5/1/2016 take meds asprescriubed
follow up qiht Dr Miller or with the gastroenterologist of your choice
or you may follow up wiht your PCP
\ call today and arrange for a follow up appointmnet
] you may return to the Ed if symptoms worsen or change.
**Counseled:** Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions.
**Orders:** Launch Orders
Laboratory:
CBC (Order): STAT, 4/29/2016 10:48 AM, once, Type: Blood, Nurse Collect
CMP (Order): STAT, 4/29/2016 10:48 AM, once, Type: Blood, Nurse Collect
Lipase Level (Order): STAT, 4/29/2016 10:48 AM, once, Type: Blood, Nurse Collect
Urinalysis w/Reflex Microscopic Exam (Order): STAT, 4/29/2016 10:49 AM, once, Type: Urine, Nurse Collect

## *ED Physician Documentation*

Patient Care:
- ED Abdominal Pain Female Orders (Order)
- INT Insert/Site Care (Order): 4/29/2016 10:48 AM, Routine, q4day, Launch Orders

Patient Care:
- Discharge Patient (Order): 4/29/2016 2:52 PM. Disposition: Home, Home.

*(E-signed on 04.29.16 at 14:53)*

*Collie , Enid M. APN FNP*

*(E-cosigned on 05.01.16 at 09:22)*

*Carr Jr, Thomas M, MD*

*D: 04.29.16 10:49*

**Methodist** Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46352833

Admit Date: 4/29/2016

Discharge Date: 4/29/2016

Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *CHEMISTRY*

| Procedure | Units | Reference Range | Collected Date 4/29/2016 Collected Time 11:00 CDT |
|---|---|---|---|
| Sodium | mmol/L | [136-145] | 139 |
| Potassium | mmol/L | [3.5-5.1] | 3.8 |
| Chloride | mmol/L | [98-107] | 104 |
| Carbon Dioxide | mmol/L | [21-32] | 31 |
| Urea Nitrogen | mg/dL | [7-18] | 11 |
| Glucose,Serum | mg/dL | [65-99] | 96 ^1 |
| Calcium | mg/dL | [8.5-10.1] | 7.9 L |
| CREATININE | mg/dL | [0.52-1.21] | 0.96 ^2 |
| Protein,Total | g/dL | [6.4-8.2] | 7.1 |
| Albumin | g/dL | [3.4-5.0] | 3.8 |
| Total Bilirubin | mg/dL | [0.2-1.0] | 0.2 |
| Alkaline Phosphatase | unit/L | [50-136] | 101 |
| AST | unit/L | [15-37] | 31 |
| ALT | unit/L | [13-56] | 42 |
| Anion Gap | | [5-20] | 4 L |
| Lipase,Serum | unit/L | [73-393] | 114 |
| GFR-Estimated | mL/min/1.73m2 | [>=60.0] | >60.0 ^3 |

Interpretive Data

^1 Glucose, Serum

Fasting plasma glucose levels 100 - 125 mg/dL reflect impaired fasting glucose. Fasting plasma glucose levels >125 mg/dL are consistent with diabetes.

^2: CREATININE

All adult facilities are performing Creatinine that is traceable by a revised IDMS method. Adult ranges will be reported based on Male and Female populations.

^3: GFR-Estimated

This is an estimated GFR using the modified MDRD equation. Results may not be valid for patients whose renal function is not in steady state, dialysis patients, severely hypoalbuminemic patients, or patients with atypical body habitus. This formula has been adjusted to allow for African Americans.

Reference Range:

- >/= 60 Normal kidney function unless other evidence of renal disease

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46352833

Admit Date: 4/29/2016

Discharge Date: 4/29/2016

Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *CHEMISTRY*

Interpretive Data
^3: GFR-Estimated

- 30 -60 Moderate kidney disease
- 15 -29 Severe kidney disease

### *HEMATOLOGY*

| Procedure | Units | Reference Range | Collected Date 4/29/2016<br>Collected Time 11:00 CDT |
|---|---|---|---|
| WBC | thou/mcL | [4.2-10.2] | 9.5 |
| RBC | x10(6)/mcL | [3.80-5.30] | 4.21 |
| Hemoglobin | g/dL | [11.5-14.8] | 12.0 |
| Hematocrit | % | [34.6-43.8] | 35.7 |
| MCV Blood | fL | [81.4-97.7] | 84.8 |
| MCH Blood | pg | [26.3-33.2] | 28.4 |
| MCHC Blood | g/dL | [31.8-34.9] | 33.5 |
| RDW | % | [12.4-16.6] | 17.6 H |
| Nucleated Red Blood Cells | /100 WBC | [0.0-1.0] | 0.0 |
| Platelet Count | thou/mcL | [150-400] | 414 H |
| MPV | fL | [7.1-11.1] | 8.0 |
| % Lymphs | % | | 30.9 |
| % Monos | % | | 11.2 |
| % Eosinophils | % | | 8.1 |
| % Basophils | % | | 0.8 |
| % Neuts | % | | 49.0 |
| Absolute Lymphs | thou/mcL | [1.10-3.60] | 2.90 |
| Absolute Monos | thou/mcL | [0.30-1.00] | 1.10 H |
| Absolute Grans | thou/mcL | [1.80-7.10] | 4.70 |
| Absolute Eosinophils | thou/mcL | [0.00-0.40] | 0.80 H |
| Absolute Basophils | thou/mcL | [0.00-0.10] | 0.10 |

### *URINE TESTS*

| Procedure | Units | Reference Range | Collected Date 4/29/2016<br>Collected Time 11:00 CDT |
|---|---|---|---|
| Color,UR | | | Colorless |

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46352833

Admit Date: 4/29/2016

Discharge Date: 4/29/2016

Date of Birth:

## *Lab Results Robert M. Bradley, MD Director of Laboratories*

### *URINE TESTS*

| Procedure | Units | Reference Range | Collected Date 4/29/2016<br>Collected Time 11:00 CDT |
|---|---|---|---|
| Clarity,UR | | | Clear |
| Sp Gravity,UR | | [1.003-1.035] | 1.003 |
| pH,UR | pH units | [4.6-8.0] | 7.0 |
| Bilirubin Urine | | [Negative] | Negative |
| Glucose,UR | | [Negative] | Negative ^4 |
| Ketone,UR | | [Negative] | Negative |
| Blood,UR | | [Negative] | Negative |
| Albumin,UR | | [Negative] | Negative |
| Nitrite,UR | | [Negative] | Negative |
| Leukocyte Esterase,UR | | [Negative] | Negative |
| Urobilinogen,UR | mg/dL | [0.0-2.0] | <2.0 |

Interpretive Data

^4: Glucose, UR

**Clinitest tablet testing for the detection of urine reducing substances will no longer be available. The change is necessary because Clinitest tablets are no longer being manufactured and there are no replacement products currently available.**

## *Clin Doc- Instructions*

ER 46352833 14015155-14
Germantown FIN MRN
WOOLVERTON-JONES , SHERRY J
44Y F/W
PCP:GUTHRIE, DAY
04/29/16 PCP VER?YES

I, WOOLVERTON-JONES, SHERRY J, have received the above patient education materials/instructions and have verbalized understanding:

Patient or Responsible Party Signature

Provider Signature

Date 4/29/16

Person Full Name WOOLVERTON-JONES, SHERRY J
MRN (Encounter Alias) 14015155
FIN NBR (Encounter Alias) 46352833

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46352833

Admit Date: 4/29/2016

Discharge Date: 4/29/2016

Date of Birth:

## *Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| CT-16-0056988 | 4/29/2016 14:02 CDT | CT Abdomen and Pelvis W Cont | Collie ,Enid M,APN FNP | Auth (Verified) |

**Reason For Exam**
(CT Abdomen and Pelvis W Cont) Flank Pain

**Read**
CLINICAL INFORMATION: FLANK PAIN . Right flank pain.

EXAMINATION: CT ABDOMEN AND PELVIS W CONT, 4/29/2016 12:15 PM, CT160056988

COMPARISON: None.

FINDINGS: Axial contrast imaging of the abdomen and pelvis performed with iodinated contrast intravenously. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

Lungs: Images through the lung bases demonstrate no acute finding. Lungs are clear. Heart size is normal.

Liver: The liver is of normal appearance with no mass or bile duct dilatation.
Adrenals: No evidence of adrenal mass.
Spleen: Spleen is normal with no evidence of mass or other abnormality.
Gallbladder: Surgically absent.
Pancreas: Pancreas enhances normally. No mass or pancreatic duct dilatation. No inflammatory change.
Kidneys: The kidneys are of normal size. There is no evidence of mass or hydronephrosis. No definite renal or ureteral calculi. Kidneys enhance normally.
Stomach/small intestine: The stomach is of normal appearance. No evidence of small bowel distention or other abnormality.
Large intestine:Large bowel is predominantly surgically absent. There is an anastomosis in the distal pelvis.
Appendix:Not definitely visualized.
Vascular:There is no evidence of aneurysm.
Pelvic contents:No evidence of free fluid or other pelvic abnormality.
Bones and soft tissues:No lytic or blastic bone lesion. No soft tissue masses.
Lymph nodes:There is no abdominal or pelvic adenopathy.

IMPRESSION: No acute finding. No etiology to patient's right flank pain identified.

This report was dictated at Workstation ID: PLA3136

Methodist Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46352833

Admit Date: 4/29/2016

Discharge Date: 4/29/2016

Date of Birth:

## *Radiology*

**Read**
*Dictation Date/Time: 04/29/16 2:34 pm*

*Dictating Radiologist : Donovan Jr, Francis Daniel, MD*
*Signing Radiologist : Donovan Jr, Francis Daniel, MD*
*Final Signed Date/Time: 04/29/16 2:31 pm*

******* Final Electronic Signature Line ********

**Methodist** Le Bonheur Healthcare

Methodist Hospital - Germantown

7691 Poplar Ave.
Germantown TN 38138

Patient Name: WOOLVERTON-JONES, SHERRY J
Medical Record Number: 14015155; TWC-00250681

Financial Number: 46352833

Admit Date: 4/29/2016

Discharge Date: 4/29/2016

Date of Birth:

## *Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| DX-16-0132440 | 4/29/2016 11:49 CDT | Chest 2 Views | Collie ,Enid M,APN FNPAuth (Verified) | |

**Reason For Exam**
(Chest 2 Views) Pain

**Read**
EXAMINATION: CHEST 2VW FRONTAL & LAT, 4/29/2016 11:34 AM, DX160132440

CLINICAL INFORMATION: Right-sided flank pain, fever

COMPARISON: None

FINDINGS: Frontal and lateral views of the chest were obtained. Heart and mediastinal contours are normal. Lungs are clear. There is no pleural effusion or pneumothorax. The bony thorax is unremarkable.

IMPRESSION:
No acute findings.

This report was dictated at Workstation ID: PLA3135
*Dictation Date/Time: 04/29/16 11:57 am*

*Dictating Radiologist : Somogyi , Christopher Todd, MD*
*Signing Radiologist : Somogyi , Christopher Todd, MD*
*Final Signed Date/Time: 04/29/16 11:54 am*

****** *Final Electronic Signature Line* *******

# INVOICE

**Acton Corporation**
13521 Old Highway 280 Suite 141
Birmingham, AL 35242
205-408-6030
info@actoncorporation.com

**Invoice #:** 8922
**Invoice Date:** 7/19/2018
**Reference #:** Not Specified
**Patient:** SHERRY JONES
**Pages:** 21

## Invoice To:

Cody Allison & Associates
phyllis@codyallison.com
Phyllis Brown

**Records From:** GASTRO1

| Description | Price |
|---|---|
| $ 20.00 Total for pages 0 to 5 | $20.00 |
| $ 0.50 Per Page for pages 5 to 21 | $8.00 |
| **Total:** | **$28.00** |

PAID

## Invoice Notes

## Additional Invoice Language

When paying by check please include your invoice # on the check to ensure proper payment is applied. Please remit payment to: Acton Corporation 13521 Old Highway 280 Suite 141 Birmingham, AL 35242Phone 205-408-6030. To make a payment online please visit https://directrelease.netTax ID 72-1355541Acton Corporation is unable to cancel records requested once the submitted request has been processed

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
Phyllis@codyallison.com

July 17, 2018

VIA FAX: 662-349-6634
Attn: Medical Records
Dr. Lawrence Wruble
8000 Wolf River Blvd.
Germantown, TN 38138

**RE:** **Our Client:** Sherry Woolverton-Jones
**Date of Birth:**
**Social Security No.:**

Dear Medical Records Custodian,

Our services have been retained to represent Ms. Woolverton-Jones regarding the denial of her Short-term and long-term disability benefits through Sedgewick Insurance.

Therefore, I am requesting that you please forward to me copies of Ms. Woolverton-Jones medical records **from April 2016 to present.** I do not need x-rays or films. Enclosed you will find an executed medical authorization allowing us to receive those records.

If these records will exceed $100.00, please call prior to sending the records for approval.

Thank you in advance for your cooperation and assistance with this matter. Please contact me with any questions.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

Phyllis Brown, Legal Assistant

/pb
enc: HIPAA Release

**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)**

PROVIDER NAME: Dr. Lawrence Weible

PROVIDER ADDRESS: ______________________

PROVIDER PHONE: ______________________

PROVIDER FAX: 662-349-6634

**Section A: This section must be completed for all Authorizations for Release of PHI or Right to Access.**

**Patient's Name:** **Sherry Woolverton Jones**

**Patient's Address:**

**Patient's SSN:**

**Patient's Date of Birth:**

**Requester's/Record Recipient's Name & Address:**

**Cody Allison & Associates, PLLC**
**Parkway Towers**
**404 James Robertson Parkway, Ste. # 1623**
**Nashville, Tennessee 37219**
**Attorney for Plaintiff(s)**
**Phone: (615) 234-6000**

**This Authorization will expire: ONE YEAR FROM THE DATE NEXT TO THE SIGNATURE BELOW.**

**Purpose of Disclosure:** Civil litigation purposes.

**Section B: Description of information to be used or disclosed:** All items checked below from April 2016 to present.

| | | |
|---|---|---|
| [ ] All PHI & Medical Records | [ ] Laboratory | [ ] List of Allergies, |
| [ ] History & Physical | [ ] Imaging/Radiology/X-Rays | [ ] Immunization Records |
| [ ] Consultation Reports | [ ] Nursing Notes | [ ] Discharge Summaries |
| [ ] Operative Reports | [ ] Medication Records/Orders | [ ] Evaluation Reports |
| [ ] Progress Notes | [ ] Demographics | [ ] Itemized Bills |
| [ ] Physician Orders | [ ] Rehabilitation Services | [X] Any & All Records in Provider's Possession |
| [ ] Social History Information | [ ] Special Tests & Therapy | Any & All Records from Other Providers |

[ ] Abstract Records Only

**Section C: I understand that:**

1. I may refuse to sign this authorization and that it is strictly voluntary. If I refuse to sign, my records cannot be released.
2. I may revoke this authorization at any time. I must revoke this authorization in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Further details may be found in the Notice of Privacy Act.
3. I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
5. The information used or disclosed pursuant to the authorization, may be subject to redisclosure by the recipient and may no longer be protected by 45 CFR § 164.508.
6. **I acknowledge, and hereby consent to such, that the released information may contain alcohol abuse/treatment, drug abuse/treatment, psychiatric/behavioral/mental health treatment/services, sexually transmitted disease, HIV testing, HIV results and/or AIDS information.** ______ **(Initial)**
7. I will receive a copy of this form after I sign it.
8. A photocopy of this authorization is to be considered as valid as the original.
9. My treatment, payment, enrollment, or eligibility for benefits may not be conditioned on signing this authorization.

**THIS AUTHORIZATION PERMITS PROVIDER TO DISCUSS ALL MATTERS PERTAINING TO PATIENT WITH PATIENT'S ATTORNEYS AND ATTORNEYS' STAFF AFFILIATED WITH LAW OFFICE ABOVE.**

I have read the above and authorize the use or disclosure of the protected health information as stated herein. The undersigned represents that he or she is legally authorized and entitled to execute this document.

Sherry Jo Woolverton Jones ______ 6/19/2018
**Signature of Patient – Sherry Woolverton Jones** **Date**

______ ______
**If Signed by Personal Representative, Description of Representative's Authority to Act** **Signature of Witness**

***Legal Authority:*** *If this authorization relates to nursing home care, then the request is authorized pursuant to 42 CFR § 483.10(b)(2), as well as state resident rights laws. If this authorization has been signed by a personal representative and if required, then a power of attorney, letters testamentary or letters of administration are attached and incorporated into this release by reference. This authorization complies with the Health Insurance Portability and Accountability Act (HIPAA) 45 CFR § 164.508.*

Gastro One
Excellence In Digestive Health

1324 Wolf Park Drive
Germantown, TN 38138
Office: (901) 755-9110
Fax: (901) 755-4321

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | Woolverton Jones , Sherry | MRN: | 58444 | SSN: | |
| Address: | | Gender: | Female | Date of Birth: | |
| Employer: | Sam's Club Optical | Home: | | Marital Status: | Single |
| Title: | | Cell: | | Guarantor: | Sherry J. Woolverton Jones |
| Address: | TN | Work: | | Phone: | |
| Phone: | | Email: | | | |
| Providers: | Wruble, Lawrence | Emergency Contact: | | | |
| Referring Physicians: | Guthrie, David<br>Ahmed, Sayed | Phone | ( | | |
| | | Relationship: | Parent | | |

## Primary Insurance Information

| | | | |
|---|---|---|---|
| Carrier: | Blue Cross Blue Shield of Tennessee | Policy#: | ZXS906366226 |
| Phone: | (800) 924-7141 | Group ID/Name: | 129800/ |
| Address: | 1 Cameron Hill Circle #0002<br>Chattanooga, TN 37402-0002 | Plan ID/Name: | / |
| Subscriber Name: | Woolverton Jones, Sherry J. | Subscriber DOB: | |


USA TN
DRIVER LICENSE
Tennessee
THE VOLUNTEER STATE
DL NO 965
EXP 2016 ISS 08/17/2011
CLASS D END NONE
REST NONE
SEX F HGT 4'-11" EYES GRN
DD 1101108171415854
DL
WOOLVERTON-JONES
SHERRY JO

Save Time, Renew Online
www.Tennessee.Gov
09/20/1971
Rev 10/29/2010
ENDORSEMENTS:
NONE

CLASS: D Vehicles <26,000 (Operator)

RESTRICTIONS: NONE

ORGAN DONOR ☐ I hereby certify that I am 18 or older, of sound mind, and upon my death, wish to make an anatomical gift noted here: ☐ Any Organ/Tissue ☐ Entire Body
Donor Signature ______ Date ______ Blood Type ______
☐ Specific Organ(s)/Tissue ______ RH Factor ______

FOR NON-PHOTO SIGN HERE:

BlueCross BlueShield of Tennessee

**BLUE NETWORK S**™

**Medical Includes:**
**Pediatric Dental and Vision**

SHERRY J
WOOLVERTON - JONES

Subscriber ID
ZXS906366226

Group No. 129800

PPO

Copayments:

RXBIN 610014

RXGRP BCTCOMM

BLUE NETWORK S RX04

BlueCross BlueShield of Tennessee
An Independent Licensee of the BlueCross BlueShield Association

Providers: Submit claims to your local BCBS Plan. Prior authorization required for admissions and certain medical services.

To avoid unexpected costs, please make sure you use Network S providers for hospital and emergency care. Confirm that your doctor is in network S before making an appointment. To find a participating Network S doctor call us or use Find a Doctor on bcbst.com or download the myBlueTN℠ app to your smart phone, locate a doctor, access benefit information and more.

**Dentists-In and Out of Tennessee**
**File dental claims to:**
BCBST Claims Service Ctr., 1 Cameron Hill Circle, Suite 0002, Chattanooga, TN 37402-0002

bcbst.com
Member Service: 1-800-565-9140
Network Provider Outside Tennessee:
1-800-810-2583 (BLUE)
To use your Behavioral Health benefits:
1-800-888-3773
Provider Service: Eligibility / Prior Authorization and Claims: 1-800-924-7141
Pharmacists: 1-800-922-1557
NICU & subsequent 1st yr authorizations:
1-888-832-2006

**Prior authorization required for Advanced Imaging 1-888-693-3211**
**Dental: GRID/GRID+ 1-800-523-1478**
**VisionBlue: EyeMed 1-877-342-0737**

Avoid additional costs. Show this card to your provider and ask for a prior authorization check. See your benefit materials for details. This card does not guarantee benefits eligibility. 904 (12/13)

Gastro One
Excellence in Digestive Health

8000 Wolf River Boulevard
Suite 200
Germantown, TN 38138
Office: (901) 747-3630
Fax: (901) 747-4039

**Date:** 5/10/2016 3:23 PM
**Provider:** Lawrence Wruble, MD, FACP, FACG
**Patient Name:** Sherry J. Woolverton Jones
**DOB:** (44)

To Whom It May Concern:

Sherry Woolverton Jones is currently under my medical care and may not return to work at this time.

Please excuse Sherry for 2 day(s).
Sherry may return to work on 5/12/2016

Activity is restricted as follows: None

If you require additional information please contact our office.

Sincerely,

Lawrence Wruble, MD, FACP, FACG

**CC:**

Gastro One
Excellence in Digestive Health

8000 Wolf River Boulevard
Suite 200
Germantown, TN 38138
Office: (901) 747-3630
Fax: (901) 747-4039

| | | | |
|---|---|---|---|
| **Date:** | 05/10/2016 01:45 PM | | |
| **Patient Name:** | **Sherry J. Woolverton Jones** | **Gender:** | Female |
| **Account #:** | 58444 | **DOB(age):** | (44) |
| **Provider:** | Lawrence Wruble, MD, FACP, FACG | | |

**Referring Physician:** David Guthrie, MD
1700 Woodlawn Avenue, Dyersburg, TN 38024
(731) 287-4530 (phone)
(731) 287-4528 (fax)

Sayed Ahmed, M.D.
53897-6288
(870) 494-4033 (fax)

**Chief Complaint:** Pain on the right side

## History of Present Illness:

This 47-year-old white female comes in with a 3 week history of severe right-sided pain. She actually gone to the emergency room for evaluation were all studies including a CT scan were completely normal. She says she does get nauseated quite often and occasionally vomits. She is slightly constipated. The right-sided pain is aggravated by either standing or sitting. Interestingly she had a subtotal colectomy done years ago presumably because of ischemia.

## Past Medical History

**Medical Conditions:** Arrythmia
Colon polyps
Endometriosis
hypercoagulate
LBP
migraines
narcolepsy
Stroke or Paralysis

**Surgical Procedures:** Hysterectomy
Appendectomy
bilateral maxillary
MRSA throat abscess
lymphectomy
lumpectomy
Gallbladder removed
ethmoid
Colon Resection
left sphenoid sinus fungus ball

**Dx Studies:** Colonoscopy, 2013
Endoscopy, 2013

**Medications:** Adderall XR 60 mg take one tablet every morning
Coumadin 5 mg take one ablet every Sun, Tues, Wed, Thurs, Sat
Coumadin 7.5 mg take one tablet every Mon and Fri
Vivelle-Dot 0.1 mg/24 hr every 3.5 days
Xyrem 500 mg/mL take 3 gm twice daily (2.5 to 4 hrs apart)
Zofran ODT 8 mg take one tablet by mouth prn

**Allergies:** Patient has no known drug allergies

**Immunizations:** No Immunizations

## Social History

**Alcohol:** None

**Tobacco:** Current every day smoker
Cigarettes packs a day.

**Drug:** None
**Exercise:** None

**Marital Status:** Single

**Occupation:** lic optician

**Family History** — **Paternal Grandmother:** Diagnosed with Ovarian Cancer, Uterine Cancer;

**Review Of Systems:**

**Cardiovascular:** *Complains of* **ankle swelling**. *Patient does not have* chest pain, irregular heart beat, shortness of breath, palpitations.
**Constitutional:** *Complains of* **fatigue**, **fever**, **loss of appetite**, **weight gain**. *Patient does not have* weight loss.
**ENMT:** *Patient does not have* hearing loss, hoarseness, sore throat, nose bleeds.
**Endocrine:** *Complains of* **heat intolerance**. *Patient does not have* excessive thirst, cold intolerance.
**Eyes:** *Patient does not have* light sensitivity, eye pain, visual decline.
**Gastrointestinal:** *Complains of* **abdominal pain**, **belching**, **black stools**, **bloating**, **change in bowel habits**, **constipation**, **heartburn/reflux**, **nausea**, **painful stools**, **vomiting**. *Patient does not have* dairy intolerance, diarrhea, difficulty swallowing, painful swallowing, flatulence/rectal gas, mucous in stool, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence.
**Genitourinary:** *Patient does not have* blood in urine, burning on urination, kidney disease.
**Hematologic/Lymphatic:** *Complains of* **easy bruising**. *Patient does not have* prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Patient does not have* itching, jaundice, rash, suspicious lesions.
**Musculoskeletal:** *Complains of* **back pain**, **joint pain**. *Patient does not have* muscle pain, joint deformity.
**Neurological:** *Complains of* **dizziness**, **frequent headaches**. *Patient does not have* fainting, loss of consciousness.
**Psychiatric:** *Complains of* **difficulty sleeping**. *Patient does not have* anxiety/panic, depression.
**Respiratory:** *Patient does not have* coughing blood, chronic cough, painful breathing, shortness of breath, wheezing.

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|---|---|
| 119/76 | 95 | Regular | 125 / 2 | 4 / 10 | 26.15 | 16 |

**Physical Exam:**

**Constitutional:**
*Appearance:* The patient is well developed, well nourished, in no acute distress.

**Skin:**
*Inspection:* No rashes or icterus.

**Eyes:**
*Conjunctivae/lids:* The conjunctivae and lids are normal.

**ENMT:**
*External:* The external nose and ears appear normal.

**Neck:**
*Neck:* The neck supple without masses; trachea is midline.

**Respiratory:**
*Effort:* Normal respiratory effort.
*Auscultation:* **She has severe tenderness in her rib cage in the posterior O lateral region**.

**Cardiovascular:**
*Auscultation:* The rhythm is normal. Heart sounds are normal. There are no murmurs, rubs or gallops.

**Gastrointestinal/Abdomen:**
*Abdomen:* **There is some moderate tenderness in the right upper quadrant and the epigastric**.
*Liver/Spleen:* The liver is not enlarged. The spleen is not enlarged.
*Rectal:* Deferred at this time.

**Psychiatric:**
*Orientation:* The patient appears oriented to person, place and time.
*Mood and affect:* There is no significant evidence of depression, anxiety, or agitation.

**Other:**
*Other Findings:* No other findings.

**Impression:** Costochondritis in the right lower rib cage in the posterior lateral region

**Plan:** Since she is already taking anti-inflammatory medication without any results I decided to send her to Dr. Sandy Martinez for injection

Lawrence Wruble, MD, FACP, FACG
Electronically signed on 5/10/2016 3:11:27 PM by Lawrence Wruble, MD, FACP, FACG

8000 Wolf River Boulevard
Suite 200
Germantown, TN 38138
Office: (901) 747-3630
Fax: (901) 747-4039

David Guthrie, MD
1700 Woodlawn Avenue
Dyersburg, TN 38024
(731) 287-4530 (phone)
(731) 287-4528 (fax)

Sayed Ahmed, M.D.

53897-6288
(870) 494-4033 (fax)

**Date:** 05/10/2016 01:45 PM

**Patient Name:** **Sherry J. Woolverton Jones**

**DOB(age):** (44)

**Provider:** Lawrence Wruble, MD, FACP, FACG

Dear Colleague,

The patient was seen today and below is a summary of the encounter.

**Reason for Consultation:** Pain on the right side

**History of Present Illness:**

This 47-year-old white female comes in with a 3 week history of severe right-sided pain. She actually gone to the emergency room for evaluation were all studies including a CT scan were completely normal. She says she does get nauseated quite often and occasionally vomits. She is slightly constipated. The right-sided pain is aggravated by either standing or sitting. Interestingly she had a subtotal colectomy done years ago presumably because of ischemia.

**Impression:** Costochondritis in the right lower rib cage in the posterior lateral region

**Plan:** Since she is already taking anti-inflammatory medication without any results I decided to send her to Dr. Sandy Martinez for injection

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Lawrence Wruble, MD, FACP, FACG
Electronically signed on 5/10/2016 3:11:27 PM by Lawrence Wruble, MD, FACP, FACG

8000 Wolf River Boulevard
Suite 200
Germantown, TN 38138
Office: (901) 747-3630
Fax: (901) 747-4039

| | | | |
|---|---|---|---|
| **Date:** | 05/10/2016 01:45 PM | | |
| **Patient Name:** | **Sherry J. Woolverton Jones** | **DOB(age):** | (44) |
| **Account #:** | 58444 | **SSN:** | |
| **Provider:** | Lawrence Wruble, MD, FACP, FACG | | |

**Referring Physician:**
David Guthrie, MD
1700 Woodlawn Avenue, Dyersburg, TN 38024
(731) 287-4530 (phone)
(731) 287-4528 (fax)

Sayed Ahmed, M.D.
53897-6288
(870) 494-4033 (fax)

**Insurance:** Blue Cross Blue Shield of Tennessee (Plan Type: Primary)

**Visit type:** Office - New Patient

**Service Codes:**
Office outpatient new 20 minutes (99202)

**Plan:**
- Since she is already taking anti-inflammatory medication without any results I decided to send her to Dr. Sandy Martinez for injection.

Lawrence Wruble, MD, FACP, FACG
Electronically signed on 5/10/2016 3:11:27 PM by Lawrence Wruble, MD, FACP, FACG

8000 Wolf River Boulevard
Suite 200
Germantown, TN 38138
Office: (901) 747-3630
Fax: (901) 747-4039

# Patient Clinical Summary

**Date:** 5/10/2016 1:45 PM

**Patient Name:** **Sherry J. Woolverton Jones** **Gender:** Female

**Account #:** 58444 **DOB(age):** (44)

**Physician:** Lawrence Wruble, MD, FACP, FACG

**Chief Complaint:** Pain on the right side

**Symptoms:** Today you had the following symptoms: ankle swelling, fatigue, fever, loss of appetite, weight gain, heat intolerance, abdominal pain, belching, black stools, bloating, change in bowel habits, constipation, heartburn/reflux, nausea, painful stools, vomiting, easy bruising, back pain, joint pain, dizziness, frequent headaches, difficulty sleeping

**Problems/Diagnoses:** Costochondritis in the right lower rib cage in the posterior lateral region, Active

**Medications:** Adderall XR 60 mg take one tablet every morning
Coumadin 5 mg take one ablet every Sun, Tues, Wed, Thurs, Sat
Coumadin 7.5 mg take one tablet every Mon and Fri
Vivelle-Dot 0.1 mg/24 hr every 3.5 days
Xyrem 500 mg/mL take 3 gm twice daily (2.5 to 4 hrs apart)
Zofran ODT 8 mg take one tablet by mouth prn

**Allergies:** Patient has no known drug allergies

**Immunizations:** No Immunizations

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|---|---|
| 119/76 | 95 | Regular | 125 / 2 | 4 / 10 | 26.15 | 16 |

Below are the orders from today's visit:

**General**

- Since she is already taking anti-inflammatory medication without any results I decided to send her to Dr. Sandy Martinez for injection.

Appointment
5/12/2016 9:30 AM.
1400 S. G'town Rd.
(report pend)x3.

**Problem/Diagnosis:** Costochondritis in the right lower rib cage in the posterior lateral region

**Plan:** Since she is already taking anti-inflammatory medication without any results I decided to send her to Dr. Sandy Martinez for injection

**Lab Results:** No Electronic Results

8000 Wolf River Boulevard
Suite 200
Germantown, TN 38138
Office: (901) 747-3630
Fax: (901) 747-4039

# Transition of Care Summary

| | | | |
|---|---|---|---|
| **Date:** | 5/10/2016 1:45 PM | | |
| **Patient Name:** | **Sherry J. Woolverton Jones** | **Gender:** | Female |
| **Account #:** | 58444 | **DOB(age):** | (44) |
| **Race:** | White | | |
| **Ethnicity:** | Not Hispanic or Latino | | |
| **Preferred Language:** | English | | |
| **Physician(s):** | Lawrence Wruble, MD, FACP, FACG | | |
| **Chief Complaint:** | Pain on the right side | | |
| **Problems/Diagnoses:** | Costochondritis in the right lower rib cage in the posterior lateral region, Active | | |
| **Medications:** | Adderall XR 60 mg take one tablet every morning<br>Coumadin 5 mg take one ablet every Sun, Tues, Wed, Thurs, Sat<br>Coumadin 7.5 mg take one tablet every Mon and Fri<br>Vivelle-Dot 0.1 mg/24 hr every 3.5 days<br>Xyrem 500 mg/mL take 3 gm twice daily (2.5 to 4 hrs apart)<br>Zofran ODT 8 mg take one tablet by mouth prn | | |
| **Allergies:** | Patient has no known drug allergies | | |
| **Immunizations:** | No Immunizations | | |
| **Tobacco:** | Current every day smoker<br>Cigarettes packs a day. | | |
| **Procedures:** | Hysterectomy<br>Appendectomy<br>bilateral maxillary<br>MRSA throat abscess<br>lymphectomy<br>lumpectomy<br>Gallbladder removed<br>ethmoid<br>Colon Resection<br>left sphenoid sinus fungus ball | | |
| **Diagnostic Studies:** | Colonoscopy, 2013<br>Endoscopy, 2013 | | |

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|---|---|
| 119/76 | 95 | Regular | 125 / 2 | 4 / 10 | 26.15 | 16 |

**Orders:**

**General**

- Since she is already taking anti-inflammatory medication without any results I decided to send her to Dr. Sandy Martinez for injection.

Appointment
5/12/2016 9:30 AM.
1400 S. G'town Rd.
(report pend)x3.

**Encounter Diagnoses:**

Costochondritis in the right lower rib cage in the posterior lateral region Active

**Functional/Cognitive Status**

No functional/cognitive statuses

| | |
|---|---|
| **Lab Results:** | No Electronic Results |

Gastro One
Excellence in Digestive Health

Woolverton Jones, Sherry J
Female
Wruble, Lawrence MD, FACP,
CLINIC 8000

# 58444
(44)
First Visit
05/10/2016 1:45PM

Questionnaire
Complete only if seeing Dr. L Wruble or Dr. G Wruble

| | | |
|---|---|---|
| Do you feel alone and sad at a party? | Yes | No |
| Do you usually feel unhappy and depressed? | Yes | No |
| Do you often cry? | Yes | No |
| Are you always miserable and blue? | Yes | No |
| Does life look entirely hopeless? | Yes | No |
| Do you often wish you were dead and away from it all? | Yes | No |
| Does worrying continually get you down? | Yes | No |
| Does worrying run in your family? | Yes | No |
| Does every little thing get on your nerves and wear you out? | Yes | No |
| Are you considered a nervous person? | Yes | No |
| Does nervousness run in your family? | Yes | No |
| Did you ever have a nervous breakdown? | Yes | No |
| Did anyone in your family ever have a nervous breakdown? | Yes | No |
| Were you ever a patient in a mental hospital (for your nerves)? | Yes | No |
| Has anyone in your family ever been in a mental hospital (for their nerves)? | Yes | No |
| Are you extremely shy or sensitive? | Yes | No |
| Do you come from a shy or sensitive family? | Yes | No |
| Are your feelings easily hurt? | Yes | No |
| Does criticism always upset you? | Yes | No |
| Are you considered a touchy person? | Yes | No |
| Do people usually misunderstand you? | Yes | No |
| Do you have to be on your guard even with your friends? | Yes | No |
| Do you always do things on sudden impulse? | Yes | No |
| Are you easily upset or irritated? | Yes | No |
| Do you go to pieces if you don't constantly control yourself? | Yes | No |
| Do little annoyances get on your nerves and make you angry? | Yes | No |
| Does it make you angry to have anyone tell you what to do? | Yes | No |
| Do people often annoy and irritate you? | Yes | No |
| Do you flare up in anger if your can't have what you want right away? | Yes | No |
| Do you often get into a violent rage? | Yes | No |
| Do you often shake or tremble? | Yes | No |
| Are you constantly keyed up and jittery? | Yes | No |
| Do sudden noises make you jump or shake badly? | Yes | No |
| Do you tremble or feel weak whenever someone shouts at you? | Yes | No |
| Do you become scared at sudden movements or noises at night? | Yes | No |
| Are you often awakened out of your sleep by frightening dreams? | Yes | No |
| Do frightening thoughts keep coming back in your mind? | Yes | No |
| Do you often become suddenly scared for no good reason? | Yes | No |
| Do you often break out in a cold sweat? | Yes | No |

**Gastro One**
Excellence in Digestive Health

**Patient Interview Form**

First Name Sherry Last Name Woolverton-Jones

**Allergies** ☒ None ☐ Penicillin ☐ Sulfa ☐ Latex ☐ Iodine ☐ Eggs ☐ Others ________

**Current Medications** Please list meds below including non-prescription medications (use back if needed)

☐ None

| Name | Dose | How Taken |
|---|---|---|
| Coumadin | 7.5mg Mon+Fri | 5.0mg every other |
| Vivelle Dot .1 mg | every 3½ days | (Hormone Patch) |
| Zofran ODT | 8mg | PRN |
| Adderall XR | 60 mg | every am. |
| Xyrem | 3g | 2x every pm 2½-4hrs apart |

**Woolverton Jones, Sherry J**
Female
Wruble, Lawrence MD, FACP,
CLINIC 8000
1444
(44)
First Visit
05/10/2016 1:45PM

I consent to obtaining a history of my medications purchased at pharmacies. ☒ yes ☐ no

Form #2.5 Revised 8/2015

**Immunizations** [x] None □ Hep A □ Hep B □ Flu □ Pneumonia □ TB
Date ____ ____ ____ ____ ____

**Diagnostic Studies** □ None [x] Colonoscopy [x] Endoscopy
Date ≈ 3yrs ago ≈ 3yrs ago

**Past or Present Medical Conditions**

**GI Related Illnesses:** □ None

□ Cirrhosis □ Colon cancer [x] Colon polyps □ Crohn's Disease
□ Diverticulitis □ Esophagitis/GERD □ Gallstones □ Hepatitis
□ Irritable Bowel □ Pancreatitis □ Stomach /Duodenal Ulcer

**Other Illnesses:** □ None

□ Bleeding Disorder □ Anemia □ Arterial blockages □ Asthma
□ Blood Transfusions □ Diabetes Mellitus [x] Endometriosis □ Fibromyalgia
□ Glaucoma □ Coronary Disease □ Heart Failure □ High blood pressure
□ High Cholesterol □ HIV/AIDS □ Kidney Disease/Failure □ Lupus
□ Osteoporosis □ Seizures □ Sleep apnea [x] Stroke or Paralysis
□ TB or positive TB skin test □ Thyroid Disease □ Rheumatoid Arthritis
□ Cancer ____
[x] Other illnesses Hypercoagulate; LBP; Arythmia; Narcolepsy; Migraines

**Previous Surgeries:** □ None

[x] Appendectomy □ CABG □ Heart Valve [x] Colon Resection
[x] Gallbladder removed □ Hemorrhoidectomy □ Hiatal Hernia [x] Hysterectomy
□ Obesity Surgery □ Ovary Surgery □ Stomach Surgery □ Tubal Ligation
[x] Other surgeries Left Sphenoid Sinus Fungus Ball; Bilateral Maxillary, Ethmoid, Sphnoid & Frontal Sinus Sx with Polyp extraction and Balloon Sinuplasty; Lymphectomy, lumpectomy, and MRSA Throat Abscess

**Social History**

Occupation Lic. Optician

Marital Status [x] Single □ Married

Woolverton Jones, Sherry J # 58444
Female (44)
Wruble, Lawrence MD, FACP First Visit
CLINIC 8000 05/10/2016 1:45PM

Alcohol Use [x] None □ < 5 drinks per wk

Tobacco Use □ None [x] < 1 pack per day □ 1-2 packs per day □ > 2 packs per day
□ Former smoker

Recreational Drug Use [x] None □ Marijuana □ Cocaine □ Other ____

Exercise [x] None □ < 3 days per week □ 3-5 days per week □ > 5 days per week

**Family Medical History**

Do you have any family history of the following:

- ☐ No knowledge of family history
- ☐ Family history of colon cancer Who__________ Age______
- ☐ Family history of colon polyps Who__________ Age______
- ☐ Celiac disease Who __________
- ☐ Crohn's disease Who __________
- ☐ Ulcerative colitis Who __________
- ☐ Esophageal cancer Who __________
- ☒ Ovarian cancer Who PGM
- ☐ Pancreatic cancer Who __________
- ☐ Stomach cancer Who __________
- ☒ Uterine cancer Who PGM

**Review Of Systems** Check the boxes for symptoms you have had during the last 6 months.

**Cardiovascular**
- ☒ Ankle Swelling
- ☐ Chest pain
- ☐ Irregular heart beat

**Constitutional**
- ☒ Fatique
- ☒ Fever
- ☒ Loss of appetite
- ☒ Weight gain
- ☐ Weight loss

**Ears/Nose/Mouth/Throat**
- ☐ Hoarseness
- ☐ Sore Throat

**Endocrine**
- ☐ Excessive Thirst
- ☐ Cold Intolerance
- ☒ Heat Intolerance

**Gastrointestinal**
- ☒ Abdominal Pain
- ☒ Belching
- ☒ Black Stools
- ☒ Bloating
- ☒ Change in Bowel Habit
- ☒ Constipation
- ☐ Dairy Intolerance
- ☐ Diarrhea
- ☐ Difficulty Swallowing
- ☐ Painful Swallowing
- ☐ Flatulence/rectal gas
- ☒ Heartburn/Reflux
- ☒ Nausea
- ☒ Painful stools
- ☐ Rectal Bleeding
- ☐ Rectal Protrusions
- ☐ Rectal Urgency
- ☐ Soiling/Incontinence
- ☒ Vomiting

**Hematologic/Lymphatic**
- ☒ Easy Bruising
- ☐ Prolonged Bleeding

**Integumentary**
- ☐ Itching
- ☐ Jaundice
- ☐ Rash

**Musculoskeletal**
- ☒ Back Pain
- ☒ Joint Pain
- ☐ Muscle Pain

**Neurological**
- ☒ Dizziness
- ☐ Fainting
- ☒ Frequent Headaches

**Psychiatric**
- ☐ Anxiety / Panic
- ☐ Depression
- ☒ Difficulty Sleeping

**Respiratory**
- ☐ Chronic Cough
- ☐ Shortness of Breath

Woolverton Jones, Sherry J
Female
Wruble, Lawrence MD, FACP
CLINIC 8000

# 58444
(44)
First Visit
05/10/2016 1:45PM

Gastro One
Excellence in Digestive Health

G.I. Diagnostic and Therapeutic Center, L.L.C.

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION

I hereby authorize the release or disclose of all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, sexually transmitted disease, or HIV/AIDS infection.

Patient Name: Sherry Jo Woolverton-Jones Date of Birth: ___/___/___

☒ **I hereby authorize the release of my medical records TO GASTRO ONE from ALL MEDICAL SOURCES so that my physician has the information he/she needs to provide medical care.**

☐ I only authorize the release of my medical records from __________
**TO GASTRO ONE**

☐ I hereby authorize the release of my medical records at **GASTRO ONE** to the following:

__________

**Purpose of the disclosure is for medical care** unless otherwise specified here:

__________

The authorization will expire on: __________
**Date or Event may not exceed one year**

This authorization applies to:
☒ **All medical records**
☐ Health care information only relating to the following treatment(s), condition (s) or dates of treatment:

__________

☐ Limited records to be released (examples lab work reports, imaging reports), specify:

__________

**If you DO NOT WANT certain portions of your medical records released, please initial the box indicating the information you do not want released or specify:** __________

☐ Substance abuse ☐ Psychological or psychiatric treatment ☐ HIV/AIDS/STD

I understand I have a right to revoke this authorization by written notification to the Privacy Officer, except to the extent it has acted in reliance thereon before notice of revocation. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure which may not be protected by federal confidentiality rules. I understand that I may request a copy of this authorization. I understand that I can refuse to sign this authorization and the above-named office may not condition treatment on my signing of this authorization.

Sherry Jo Woolverton-Jones May 10th, 2016
Signature of Patient or Authorized Representative Date Signed

Self
Relationship to Patient

**Woolverton Jones, Sherry J** # 58444
Female (44) 4/2012
Wruble, Lawrence MD, FACP First Visit
CLINIC 8000 05/10/2016 1:45PM

Gastro One
Excellence in Digestive Health

## GASTRO ONE
## G.I. DIAGNOSTIC AND THERAPEUTIC CENTER, L.L.C.

| For Office Use Only - Please fax or mail medical records for: |
|---|
| **Patient Name:** ______________________ **SSN** __________ **to location indicated below.** |

| | | |
|---|---|---|
| ☐ 2999 Centre Oak Way, Germantown, TN 38138 | Fax (901) 684-5518 | Office (901) 684-5500 |
| ☐ 1324 Wolf Park Dr., Germantown, TN 38138 | Fax (901) 755-4321 | Office (901) 755-9110 |
| ☐ 7668 Airways Blvd. Building B, Southaven, MS 38671 | Fax (662) 349-6634 | TN #Office (901) 766-9490<br>MS #Office (662) 349-6950 |
| ☐ 1325 Eastmoreland, #220, Memphis, TN 38104 | Fax (901) 377-5105 | Office (901) 377-2111 |
| ☐ 1310 Wolf Park Dr., Germantown, TN 38138 | Fax (901) 624-5280 | Office (901) 624-5151 |
| ☐ 3350 N. Germantown Road, Bartlett, TN 38133 | Fax (901) 377-5105 | Office (901) 377-2111 |
| ☐ 76 Capital Way Cove, #E, Atoka, TN 38004 | Fax (901) 377-5105 | Office (901) 377-2111 |
| ☒ 8000 Wolf River Blvd., #105 & #200, Germantown, TN 38138 | Fax (901) 747-4039 | Office (901) 747-3630 |

**APPOINTMENT REQUEST (Please check one)**

[X] SELF REQUESTED - You have asked to see a Gastro One physician or your physician has recommended one of the physicians at the Gastro One.

[ ] PHYSICIAN REQUESTED - Name of the physician requesting an evaluation from a Gastro One physician.

______________________________________________

**CONSENT FOR CARE**

The physicians & staff of Gastro One &/ or the G.I. Diagnostic and Therapeutic Center, L.L.C. will be hereafter referred to as "Gastro One". I hereby give my consent for treatment. My signature indicates I have read and understand the information on the front and back of this form.

Signature *Sherry D Woolverton-Jones* Date *May 10th, 2016*

**EMERGENCY CARE**

**DO YOU HAVE A LIVING WILL? ( ) YES (X) NO ARE YOU AN ORGAN DONOR? ( ) YES (X) NO**
In the event of a life threatening emergency, it is the policy of Gastro One to perform Cardiopulmonary Resuscitation (CPR) as necessary to stabilize our patients for transfer to an acute care health facility.

Form # 3.0 (08/2014)

## FINANCIAL POLICY

We are committed to providing our patients with the best possible care. If you have medical insurance, we will do all that we can to help you receive your maximum allowable benefit. In order to achieve these goals, we need your assistance and your understanding of our payment policy. We will file your insurance claim for you; however, we ask that you pay any co-payment or deductible at the time our services are rendered and the balance in full within 90 days regardless of insurance filing. We accept Cash, Check, Discover, MasterCard, or Visa. We realize temporary financial problems may affect timely payment of your account. If such problems do arise, we encourage you to contact us promptly for assistance in the management of your account. If your account is turned over to a professional collection agency you will be dismissed from care by physicians employed by Gastro One &/or G.I. Diagnostic & Therapeutic Center, L.L.C.

If you have any questions about the above information, or any uncertainty regarding insurance coverage, please do not hesitate to ask. We are here to help you.

I have read and understand this explanation of the financial policy of Gastro One and hereby authorize the release of any medical information deemed necessary to process any insurance claim for services rendered. This form is authorization for all medical benefits from any insurance company on said claims to be paid directly to Gastro One &/or G.I. Diagnostic & Therapeutic Center, L.L.C.

## MEDICARE EXTENDED PAYMENT REQUEST
**(one time authorization)**

I request payment of authorized Medicare benefits to be made either to me or on my behalf to: the physicians of the Gastro One and/or G. I. Diagnostic & Therapeutic Center, L.L.C. for any services provided me. I authorize any holder of medical information about me, to release to the Center for Medicare and Medicaid Services and its agents, any information needed to determine these benefits or the benefits payable for related services.

## HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT

My signature on this form indicates I have received a copy of the "Notice of Privacy Practices" from Gastro One and I understand how my health care information will be used and /or disclosed.

## COMMUNICATIONS REGARDING YOUR HEALTH CARE INFORMATION

***Please indicate with whom we may discuss your healthcare. Check all that apply.***

(X) **I hereby authorize Gastro One to leave messages regarding pending appointments or tests at my residence.**

(X) **Gastro One may communicate information regarding my healthcare with the individuals listed below:**

Name Pam Jones Relationship Mother
Name ________ Relationship ________
Name ________ Relationship ________

( ) **Gastro One may not communicate my healthcare information with anyone other than me.**

Gastro One

DATE 5/10/16 REFERRED BY ______________ CHART # ______________

**PATIENT INFORMATION**

NAME: (first) Sherry (middle initial) J (last) Woolverton-Jones

BIRTH DATE: ______ GENDER: ☒ FEMALE ☐ MALE SOCIAL SECURITY #: ______

ADDRESS: ______

CITY: ______ STATE: ______ ZIP CODE: ______

HOME PHONE: N/A WORK PHONE ______ MOBILE PHONE ______ EMAIL:

CONTACT PREFERENCE: ☒ MOBILE PHONE ☐ HOME PHONE ☐ WORK PHONE ☒ PATIENT PORTAL ☐ OTHER ______

I WOULD LIKE TO RECEIVE PREVENTIVE CARE AND FOLLOW UP CARE REMINDERS: ☒ YES ☐ NO

I CONSENT TO HAVING MY MEDICAL & DEMOGRAPHIC INFORMATION SHARED WITH OTHER HEALTH CARE FACILITIES: ☒ YES ☐ NO

PHARMACY NAME: Sam's Club Pharmacy ADDRESS: 2120 Emporium Drive Jackson, TN 38305 PHONE (731) 664-0113

RACE: ☒ WHITE/CAUCASIAN ☐ BLACK/AFRICAN AMERICAN ☐ ASIAN ☐ AMERICAN INDIAN OR ALASKA NATIVE

☐ NATIVE HAWAIIAN/PACIFIC ISLANDER ☐ MIXED ☐ OTHER ☐ UNKNOWN ☐ I DECLINE TO PROVIDE INFORMATION

ETHNICITY: ☐ HISPANIC OR LATINO ☐ NOT HISPANIC OR LATINO ☐ I DECLINE TO PROVIDE INFORMATION

PREFERRED LANGUAGE: ☒ ENGLISH ☐ SPANISH ☐ OTHER ______ MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ DIVORCED ☐ WIDOWED

EMPLOYER NAME: Sam's Club Optical ADDRESS: 2120 Emporium Dr, Jackson, TN 38305

EMERGENCY CONTACT: Pam Jones RELATIONSHIP: Mother PHONE: (731) 676-8974

**INSURANCE INFORMATION**

PRIMARY INSURANCE COMPANY NAME: BC/BS of TN

INSURANCE CO. ADDRESS: 1 Cameron Hill Circle; Chattanooga, TN 37402-0002

NAME OF POLICYHOLDER: Sherry Jo Woolverton-Jones DATE OF BIRTH: ______

ID OR SOC SECURITY #: ZXS 9B1636626 GROUP #: 129800 RELATIONSHIP TO PATIENT: Self

POLICYHOLDER'S ADDRESS (IF other than patient): ______

POLICYHOLDER'S EMPLOYER (IF other than patient): ______ PHONE #: ______

POLICYHOLDER EMPLOYER'S ADDRESS (IF other than patient): ______

SECONDARY INSURANCE COMPANY NAME: ______

INSURANCE CO. ADDRESS: ______

NAME OF POLICYHOLDER: ______

ID OR SOC SECURITY #: ______

Woolverton Jones, Sherry J # 58444
Female (44)
Wruble, Lawrence MD, FACP First Visit
CLINIC 8000 05/10/2016 1:45PM

POLICYHOLDER'S ADDRESS (IF other than patient): ______

POLICYHOLDER'S EMPLOYER (IF other than patient): ______ PHONE #: ______

POLICYHOLDER EMPLOYER'S ADDRESS (IF other than patient): ______

## Chart Note

**1ST Switch**

PT switched from CDM to LDW to be seen sooner.

Created On: 5/4/2016 9:11 AM By Melissa Leach

CODY ALLISON &
ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

November 7, 2018

**CERTIFIED MAIL # 7018 0360 0000 5370 3702**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: # (603) 334-8380**

Group Benefits Claims Appeal Unit
Liberty Life Assurance Co. of Boston
Group – Charlotte WM
PO Box 7216
London, KY 40742–7216

| | | |
|---|---|---|
| **Re:** | **My Client:** | **Sherry Woolverton-Jones** |
| | **LTD Claim No.:** | **7901760** |
| | **Policyholder/Plan Sponsor/Employer:** | **Wal-Mart Stores, Inc.** |
| | **Underwriting Co.:** | **Liberty Life Assurance Co. of Boston** |
| | **Policy No.:** | **GD/GF3-850-290765-01** |

Dear Sir or Madam:

As you are aware, this law firm represents Sherry Woolverton-Jones regarding her long-term disability ["LTD"] benefits under the Plan/Policy as referenced above.

Enclosed you will find a CD which contains the following medical records: Dr. David Guthrie; Methodist LeBonheur Healthcare; and Dr. Lawrence Wruble.

Please include these medical records in the review of my client's appeal.

If you have any questions, please do not hesitate to call.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison /bk

By: K. Cody Allison

KCA/bk
Enclosures
cc: Sherry Woolverton-Jones (w/o encl.)

9J316180001

Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Parkway
Suite # 1623
Nashville, TN 37219

7018 0360 0000 5370 3702

1000

40742

U.S. POSTAGE PAID
FCM LETTER
NASHVILLE, TN
37219
NOV 07, 18
AMOUNT
$6.91
R2304M113063-7

Group Benefits Claims Appeal Unit
Liberty Life Assur Co. of Boston
Group – Charlotte WM
PO Box 7216
London, KY 40742–7216

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 10/17/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Sherry J Woolverton-Jones | **Group/Policy/ Claim Number:** | 7901760 |
| **MES Case Number:** | 707304 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Heidi Jacques |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Peer Review from Liberty Mutual 10/02/18 - 10/17/18
- Long Term Disability Benefits from Liberty Mutual 04/02/18 - 10/04/18
- Appeal Review Unit by Robert Schriner, MD/ K. Cody Allison 09/28/18
- Letter K. Cody Allison 03/09/18 - 05/16/18
- Authorization for Release of Information 03/05/18
- Authorization 03/05/18
- Letter 06/26/18
- Authorization to Obtain and Release Psychotherapy Notes from Liberty Mutual 04/26/18
- LTD Earnings History Detail 02/14/18
- Activities Questionnaire 04/26/18
- Claimant Information Form from Liberty Mutual 04/26/18
- Physicians and Medical Facilities
- Claimant Supplementary Statement from Liberty Mutual 04/26/18
- Personal Choice
- Job Description
- Billing Statement 06/07/18
- CP Initial Assessment by David Peterson, MD 02/20/18
- Letter 11/12/16
- Fall Risk
- Discharge Instructions
- Claim Details
- Center Imaging Exam Report by Christopher Sonogyi, MD/ Enid Collie, APN 04/29/16
- Center Imaging Exam Report by Carle Kalsi, MD 05/08/16
- Final Report by Benjamin Wilkerson, MD 05/08/16
- Final Report by James Hausmann, MD 05/16/16
- Center Imaging Exam Report by Santos Martinez, MD/ Joseph Blankinship Jr, MD 06/27/16 - 08/10/16
- Office notes by Santos Martinez, MD 05/13/16 - 09/02/16
- Coague Chek
- Comprehensive Metabolic Panel
- PT/ ATC/ OT Order Sheet by Santos Martinez, MD 10/13/16
- Appeal Form 09/09/16
- Letter 09/09/16
- Discharge Instructions
- Progress notes by Kirby Smith, MD 06/13/16 - 03/08/17

- Hematology & Oncology by John Powell, NP 06/13/16 - 08/26/16
- Results 05/13/16
- Attending Physician Statement by Kirby Smith, MD 08/05/16
- Long Term Disability Benefits from Liberty Mutual 04/02/18
- Call Documentation by Robert Schriner, MD 06/08/16 - 03/08/17
- Progress notes by Robert Schriner, MD 08/08/16 - 07/31/17
- Flowsheets 06/06/16 - 07/31/17
- Functional Capacity Questionnaire
- Our Doctors by Robert Schriner, MD
- Progress notes by Lee Stein, MD 08/08/16 - 07/17/18
- Office notes by Hugh Francis 3rd 03/08/17
- Office notes by Keith Nord, MD 02/13/17 - 04/05/17
- MRI Screen Sheet by Keith Nord, MD 03/01/17
- Office notes by Gary Howell, MD 03/01/17
- Clinical Documents by Joseph Weinstein, MD 03/30/17 - 07/25/18
- History & Physical by Joseph Weinstein, MD 03/13/17
- Medical Facts 04/18/16 - 06/06/16
- Attending Physician Statement by Kirby Smith, MD 08/04/16 - 08/10/16
- Sonographic Evaluation by Roy Oswaks, MD 08/08/16 - 02/08/17
- Progress notes by Roy Oswaks, MD 02/08/17
- Office notes by David Guthrie, MD 08/31/16 - 09/25/18
- Invoice 07/27/18
- Authorization for Release of Protected 06/19/18
- Visit Summary 04/27/16 - 06/06/16
- All Lab and Imaging Orders and Results by John Powell, NP 06/06/16 - 03/08/17
- Treatment Vitals 08/30/16 - 07/24/17
- Consults from Liberty Mutual 02/19/18 - 02/22/18

**SUMMARY OF RECORDS:**

On 06/27/16, a dual energy x-ray absorptiometry (DEXA) bone density study shows osteoporosis based on evaluation of the hips.

On 05/16/16, a whole body bone scan showed fractures in the posterior lateral right 11th and 12th ribs.

Office visit note dated 06/16/16 by Dr. Kirby Smith/Hematology/Oncology) reports about 2 months ago the claimant was getting out of bed when she noticed an acute onset of right-sided flank pain. This was so severe that she has been unable to work since April 18. She initially assumed that it was gastric in origin and she underwent gastrointestinal (GI) evaluation with computed tomography (CAT) scans of the abdomen and pelvis showed no abnormality. He said seem to be bony in origin. She was referred to an orthopedist bone scan showed fracture of the right 11th and 12th ribs. Because the fractures occurred during a low trauma incident, she has been referred for bone density testing. She cannot take any pain medication because of interactions with Xyrem, which is the medication that she takes for narcolepsy. She has been acutely uncomfortable and unable to work since the recurrence of her fractures

Office visit note dated 07/18/16 by Dr. Kirby Smith reports last week she had discharge from the left nipple, which she describes as clear or light yellow There have been 2 previous biopsies and assist aspiration of the left breast in the past. In addition, she has begun to have discomfort in the right

groin where she has had lymphadenopathy in the past.

Attending Physician Statement dated 08/04/16 by Dr. Kirby Smith reports diagnoses of right-sided rib fractures with delayed healing; primary hypercoagulable state; nipple discharge in female; patient has been totally disabled from 04/20/16-02/01/17. She cannot return to work with restrictions.

Office visit note dated 08/08/16 by Dr. Robert Schriner (pulmonary/sleep) reports the claimant was seen for follow-up of narcolepsy with cataplexy. She has been on Adderall extended release (XR) for long-term therapy. It takes the claimant approximately only a few minutes to fall asleep at night. Reports that she goes to bed about 9:00 PM and gets up about 7:30 AM to 8:30 AM. She probably obtains 9+ hours of sleep per night. Mild daytime sleepiness is noted. She feels fatigue, but does not take any scheduled naps. No ongoing issues with double vision, vertigo, and weakness (principally in the right lower extremity). These were felt to be subtle signs of cataplexy intermittently. Assessment: diagnosis of narcolepsy with cataplexy, clinically doing adequately with current treatment. Plan is for renewal for Xyrem, continue with Adderall XR 30mg twice a day (BID). Follow-up in clinic in 6 months.

Office visit note dated 08/08/16 by Dr. Lee Stein/Neurology reports the claimant has a history of sleep apnea, narcolepsy with cataplexy, paresthesias, B12 deficiency, right body pain, and migraine. She has vascular headaches syndrome. The claimant states her headaches occur daily. Add Pamelor for right knee and right lower extremity pain followed by orthopedics. For diagnosis of narcolepsy, cataplexy, and sleep apnea, she is presently on Xyrem.

On 8/10/16, the claimant had an ultrasound-guided injection to relieve pain of right lower rib fractures.

Office visit note dated 08/24/16 by Dr. Kirby Smith reports the claimant is in today for follow-up of multiple issues including hypercoagulable syndrome. She is currently on Coumadin. She had a nerve block procedure, to help with right chest wall pain associated with some rib fractures. That did provide some pain relief for about 10 days, but that has since recurred. She has no relief from her right shoulder and right hip pain. She remains off work. She is not having any bleeding or bruising issues. She continues to have left nipple discharge with clear fluid. She had seen a breast surgeon who reviewed her mammograms and felt that the drainage was from a cyst. Recommended follow-up in February of next year, unless the drainage becomes blood or she develops other symptoms.

Office visit note dated 01/23/17 by Dr. Smith reports the claimant developed numbness on the entire right side of her body and went to the Methodist Hospital Emergency Room on 12/29/16. A diagnosis of TIA was entertained and the CT scan of the brain was performed and demonstrated no acute abnormalities. Her appetite is quite poor and the thought of food is repulsive to her. She continues with multiple areas of pain including the right lateral chest wall, particularly while sitting, but also pain in the right hip, the right shoulder, and the right neck which may be slightly worse. She continues care with Dr. Lee Stein for Norco.

Office visit note dated 02/09/17 by Dr. Lee Stein reports the claimant has headaches from daily to twice-weekly. She stopped her medication of her own collision. Apparently, she did not recall how frequently she is experiencing these headaches in the past. She is not interested in Pamelor at the present time. She has been interested in Neurontin because of tremor and its effectiveness with reference to tremors.

Office visit note dated 03/08/17 by Dr. Smith reports the claimant presents for an INR check. She is

currently taking Coumadin. Her anxiety is no better on Paxil. She has a cardiac evaluation next week for her palpitations. She has a left breast biopsy scheduled next week. She's been diagnosed with a bulging cervical disc and is undergoing a series of injections for that. No other symptoms reported today. Performance status: currently Eastern Cooperative Oncology Group (ECOG) performance status is 2 - symptomatic; in bed less than 50% of the day. Increased Paxil to 20 mg daily. Will check studies today. Will check B12 and folate levels given her level of fatigue and will see her back in about 4 weeks, when hopefully will have results of her breast biopsy.

Office visit note dated 07/31/17 by Dr. Schrine reports the claimant remains on disability related to back issues/osteoporosis. She is seen for follow-up of narcolepsy with cataplexy. She has been on Xyrem and Adderall for long-term therapy. Moderate daytime sleepiness is noted (off medication related to expense). Some mild dizziness with double vision and weakness, but principally in the left lower extremity. These were felt to be subtle signs of cataplexy previously. Assessment: diagnosis of narcolepsy with cataplexy, clinically doing marginally better off therapy. She on disability at this time. I'll attempt to adjust her medication regimen so that the patient may be able to afford. Plan: Effexor- see if it helps mild cataplexy; Adderall 20 mg BID PRN. The patient has been counseled to use judicious napping to help with daytime sleepiness and be extremely careful of driving or operation of machinery. Call back in 2 weeks, follow-up in clinic in 6 months".

Claimant Statement dated 04/26/18 "Having narcolepsy, there are days in which I sleep 12 to 14 hours straight. There are also times when I completely blackout. I blackouts can last anywhere from 15 minutes to several hours. After such an episode, I have no recollection of having fallen asleep or of losing any time, that is until someone tells me, I see a clock, or I have to pick myself up off the floor".

Residual Functional Capacity Questionnaire dated 08/20/18 by Dr. Robert Schriner scene initially December 2014 and then approximately annually. Diagnosis: narcolepsy with cataplexy. Prognosis: probably stable symptoms. Symptoms include daytime sleepiness as well as a history of cataplexy- double vision, lower extremity weakness; objective tests- PSG/MSLT in February 2014; treatment with wake promoting medications (Nuvigil/ Adderall), as well as anti-cataplexy (Xyrem). Cataplexy controlled but with residual daytime sleepiness. Impairments expected to last at least 12 months. Patient is not a malingerer. Anxiety/increase stress may affect patient's condition. Attention and concentration will be affected by symptoms frequently during a typical workday. Is capable of low stress jobs. Patients impairment is generally constant. Major limitation from her sleep disorder is predisposition to sleepiness despite medication therapy.

**<u>REVIEW QUESTION (S):</u>**

**1. What diagnoses are supported by the medical evidence?**

Since 2016, the claimant is being followed for complaints of paresthesias, headache, nipple discharge/ breast cysts, narcolepsy with cataplexy, osteoporosis, and pain at multiple sites.

The diagnoses are based on objective (or clinically visible) documentation include breast discharge/ cysts, rib fractures, and narcolepsy with cataplexy (though the actual sleep studies are not available for my review). One of the office notes by Dr. Stein report the claimant has sleep apnea, but there is no other mention of this diagnosis.

**2. Does the medical evidence support any diagnoses causing functional impairment for any period from 4/19/16 to the present? Please explain your medical rationale as to why or why not.**

From an IM/Pulmonary/Sleep perspective there is no clear evidence of ongoing functional impairment from 4/19/16 and onward.

The claimant's narcolepsy appears to cause some degree of tiredness, but there is no evidence that the claimant is sleepy to the extent that she is unable to function in the workplace with minimal accommodation for her sleepiness. The initial polysomnography/multiple sleep latency test (PSG/MSLT) is not available for my review. She has not had a MSLT or Maintenance of Wakefulness Test (MWT) while on stimulant therapy to demonstrate continued sleepiness despite treatment. Her cataplexy appears to be no worse than mild, based on Dr. Schriner's notes and RFC statement. The claimant stopped the medication for cataplexy on her own, reportedly due to cost. I defer an assessment of the claimant's pain symptoms to my co-reviewer, physical medicine specialist. Osteoporosis is not an impairing diagnosis.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time since 4/19/16. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

From an IM/Pulmonary/Sleep perspective there is no clear evidence of ongoing functional impairment from 4/19/16 and onward.

There does not appear to be functional impairment from an IM/Pulmonary/Sleep medicine perspective.

**4. Are there any reported or observed cognitive and/or physical side effects attributed to claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please outline the timeline of side effects and explain your medical rationale.**

There are no reported or observed cognitive and/or physical side effects attributed to the claimant's medications.

There are no reported medication side effects that would be expected to contribute to impairment.

**5. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 4/19/16 to present? Please explain your medical rationale.**

The medical evidence does support the claimant has the ability to sustain full-time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 4/19/16 to present.

The claimant has full-time capacity from 4/19/16 forward; 8 hours a day, 5 days a week. There is no objective evidence to support less than full-time capacity.

**6. Please discuss test results and correlate with documented physical examination findings and reported symptoms in the medical records.**

The claimant had a diagnosis of rib fractures, as evidenced by imaging. She had osteoporosis noted by bone scan. This may have contributed to her pain symptoms in June 2016. She had breast cysts seen on exam with drainage. There was a PSG/MSLT performed in 2014 which was reportedly consistent with narcolepsy, but these studies are not available.

**Conflict of Interest Attestation:**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*



Allen J. Blaivas, D.O.
Board Certified in Internal Medicine
Sub Specialty Certificate in Sleep Medicine
Sub Specialty Certificate in Pulmonary Disease
Sub Specialty Certificate in Critical Care Medicine
NJ License #25MB07222400
NY License #236102
10/30/2018

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-4110

| | |
|---|---|
| Date: | November 8, 2018 |
| To: | K. CODY ALLISON<br>PARKWAY TOWERS<br>404 JAMES ROBERTSON PKWY<br>STE # 1623<br>NASHVILLE TN 37219 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Heidi Jacques<br>Appeal Review Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-4110 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7901760<br>Claimant: Sherry Woolverton-Jones<br><br>Walmart, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-4110

November 8, 2018

K. Cody Allison
Cody Allison & Associates, Pllc
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE, TN 37219

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 7901760
Claimant: Sherry Woolverton-Jones

Dear K. Cody Allison:

Liberty Life Assurance Company of Boston (Liberty) is responsible for managing claims for benefits under Walmart, Inc.'s Group Long Term Disability Insurance policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

Currently, we are awaiting completion of a physician review, which is necessary to render a full and fair determination on your LTD appeal for benefits under the Policy. We will make every effort to render a determination as soon as possible, but no later than December 31, 2018. Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heidi Jacques
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16403
Secure Fax No.: (603) 334-4110

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 10/17/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Sherry J Woolverton-Jones | **Group/Policy/ Claim Number:** | 7901760 |
| **MES Case Number:** | 707305 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Heidi Jacques |

## DATA REVIEWED AND CONTACT INFORMATION:

- Peer Review from Liberty Mutual 10/02/18 - 10/17/18
- Long Term Disability Benefits from Liberty Mutual 04/02/18 - 10/04/18
- Appeal Review Unit by Robert Schriner, MD/ K. Cody Allison 09/28/18
- Letter K. Cody Allison 03/09/18 - 05/16/18
- Authorization for Release of Information 03/05/18
- Authorization 03/05/18
- Letter 06/26/18
- Authorization to Obtain and Release Psychotherapy Notes from Liberty Mutual 04/26/18
- LTD Earnings History Detail 02/14/18
- Activities Questionnaire 04/26/18
- Claimant Information Form from Liberty Mutual 04/26/18
- Physicians and Medical Facilities
- Claimant Supplementary Statement from Liberty Mutual 04/26/18
- Personal Choice
- Job Description
- Billing Statement 06/07/18
- CP Initial Assessment by David Peterson, MD 02/20/18
- Letter 11/12/16
- Fall Risk
- Discharge Instructions
- Claim Details
- Center Imaging Exam Report by Christopher Sonogyi, MD/ Enid Collie, APN 04/29/16
- Center Imaging Exam Report by Carle Kalsi, MD 05/08/16
- Final Report by Benjamin Wilkerson, MD 05/08/16
- Final Report by James Hausmann, MD 05/16/16
- Center Imaging Exam Report by Santos Martinez, MD/ Joseph Blankinship Jr, MD 06/27/16 - 08/10/16
- Office notes by Santos Martinez, MD 05/13/16 - 09/02/16
- Coagulation Check
- Comprehensive Metabolic Panel
- PT/ ATC/ OT Order Sheet by Santos Martinez, MD 10/13/16
- Appeal Form 09/09/16
- Letter 09/09/16
- Discharge Instructions
- Progress notes by Kirby Smith, MD 06/13/16 - 03/08/17
- Hematology & Oncology by John Powell, NP 06/13/16 - 08/26/16

- Results 05/13/16
- Attending Physician Statement by Kirby Smith, MD 08/05/16
- Long Term Disability Benefits from Liberty Mutual 04/02/18
- Call Documentation by Robert Schriner, MD 06/08/16 - 03/08/17
- Progress notes by Robert Schriner, MD 08/08/16 - 07/31/17
- Flowsheets 06/06/16 - 07/31/17
- Functional Capacity Questionnaire
- Our Doctors by Robert Schriner, MD
- Progress notes by Lee Stein, MD 08/08/16 - 07/17/18
- Office notes by Hugh Francis 3rd 03/08/17
- Office notes by Keith Nord, MD 02/13/17 - 04/05/17
- MRI (Magnetic Resonance Imaging) Screen Sheet by Keith Nord, MD 03/01/17
- Office notes by Gary Howell, MD 03/01/17
- Clinical Documents by Joseph Weinstein, MD 03/30/17 - 07/25/18
- History & Physical by Joseph Weinstein, MD 03/13/17
- Medical Facts 04/18/16 - 06/06/16
- Attending Physician Statement by Kirby Smith, MD 08/04/16 - 08/10/16
- Sonographic Evaluation by Roy Oswaks, MD 08/08/16 - 02/08/17
- Progress notes by Roy Oswaks, MD 02/08/17
- Office notes by David Guthrie, MD 08/31/16 - 09/25/18
- Invoice 07/27/18
- Authorization for Release of Protected 06/19/18
- Visit Summary 04/27/16 - 06/06/16
- All Lab and Imaging Orders and Results by John Powell, NP 06/06/16 - 03/08/17
- Treatment Vitals 08/30/16 - 07/24/17
- Consults from Liberty Mutual 02/19/18 - 02/22/18

**SUMMARY OF RECORDS:**
Operative Reports:
08/10/2016 Santos Martinez MD-ultrasound guided T10-11 intercostal neural injections.

Diagnostics:
04/29/2016 Chest x-ray. Impression: no acute findings.

04/29/2016 CT (Computed Tomography) abdomen and pelvis with contrast. Impression: no acute finding. No etiology to the claimants right flank pain noted.

05/08/2016 CT thorax with contrast. Impression: no acute findings.

05/12/2016 Vitamin D low at 14.

05/16/2016 Whole body bone scan. Impression: fractures posterior lateral right 11th, 12th ribs.

06/27/2016 Bone density scan. Impression: osteoporosis.

09/26/2016 Vitamin D low at 30.

11/25/2016 Cholesterol high at 230, triglycerides high at 262, and vitamin D low at 27.

03/01/2017 MRI (Magnetic Resonance Imaging) cervical spine. Impression: Tiny C6-7 central protrusion. No neural compression.

Physician Office Notes:
05/12/2016 Santos Martinez MD-x-rays of the right costal region are negative. Impression-costochondral and right hemi-thoracic pain. History of immunocompromised state. History of recurrent staph infections. Will check vitamin D level and bone density, obtain bone scan, and consider injections after next appointment.

06/06/2016 Kirby Smith DM-hypercoagulable states, closed fracture of one right rib with delayed healing. Will arrange earlier bone density evaluation, return in three months.

06/13/2016 John Powell NP-history of DVT (deep vein thrombosis). On Coumadin. Medical history includes clotting disorder, stroke, cytomegalovirus infection, migraine, hypoglycemia, fungal sinusitis, seizure disorder, narcolepsy, weight loss and enlarged lymph nodes. Surgical history includes cholecystectomy, colon resection, hysterectomy, appendectomy, sinus surgery, tonsillectomy and ovarian cyst drainage. Uses tobacco products daily. She is 5'1" 120 pounds. Assessment-hypercoagulable state. Closed fracture of one rib of right side with delayed healing. Will order bone density test, check labs for Coumadin dosing. Return in three weeks. Will continue weekly INR testing.

06/29/2016 Santos Martinez MD-right posterior lower peri-costal discomfort since 04/2016 with bone scan positive for fracture right 11th and 12th ribs. Suboptimal vitamin D level, suboptimal bone density, narcolepsy, and blood dyscrasia. Will refer to pain management for possible intercostal block. Will follow up with internist, will order Lidoderm patches and follow up in three weeks.

07/11/2016 David Guthrie MD-osteoporosis, lab work ordered, fracture ribs on right side, low back pain, narcolepsy, malaise and fatigue. Continue vitamin D supplements.

07/13/2016 Kirby Smith MD-primary hypercoagulable state. Will scheduled diagnostic mammograms, being processed for approval of Prolia, continue vitamin D supplements, lab work ordered, and follow up in two weeks.

07/22/2016 David Guthrie MD-osteoporosis, start Fosamax, fatigue, and anxiety. Scheduled nerve block of lumbar spine on 08/10/2017.

08/01/2016 Kirby Smith MD-will have mammogram today. Will refer to Dr. Berry regarding discharge left breast. Remains on Coumadin. Continue weekly INR readings.

08/08/2016 Robert Schriner MD-narcolepsy with cataplexy, clinically doing adequate with current treatment plan. Will continue Xyrem, Adderall XR and follow up in six months.

08/08/2016 Roy Oswaks MD-left breast nipple discharge for three weeks. History of other breast biopsies that have been benign. Multiple cysts noted in the left breast, normal appearing ducts. Normal appearing lymph nodes seen in left axilla. Will return for left breast ultrasound.

08/08/2016 Lee Stein MD-sleep apnea, narcolepsy, cataplexy, paresthesia, B12 deficiency, right body pain and migraines. Assessment-vascular headache, vitamin B deficiency, pain in leg, narcolepsy without cataplexy. Will add Pamelor, Vitamin B12 supplements, continue Xyrem and follow up in six months. Will also start Cambia powder.

08/26/2016 John Powell NP-digital mammogram and ultrasound of the breasts reveals multiple cysts with no significant abnormalities. Assessment-hypercoagulable state, closed fracture of right ribs, and nipple discharge. Will adjust Coumadin dose, continue weekly testing. Follow up one month.

08/31/2016 David Guthrie MD-back pain, osteoporosis, vitamin D deficiency and narcolepsy. Updated lab work ordered. Continue medication regimen.

09/01/2016 Santos Martinez MD-right posterior lower peri-costal pain since 04/2016, bone scan positive for fracture right 11th and 12th ribs. Suboptimal vitamin D level, suboptimal bone density, narcolepsy, and blood dyscrasia. Recheck in six weeks. Will repeat intercostal blocks.

11/30/2016 Kirby Smith MD-hypercoagulable state, hypokalemia, and nausea. Coumadin dose adjusted, additional labs ordered, potassium low at 2.9, will start supplements. Recheck in six weeks.

11/30/2016 David Guthrie MD-lump in left breast, narcolepsy without cataplexy, hypercoagulability state, and unexplained weight loss. Will return for blood work in two weeks.

01/23/2017 Kirby Smith MD-states developed numbness on the entire right side. She was seen at ER and diagnosed with TIA (transient ischemic attack). CT (Computed Tomography) and MRI of the brain without any abnormalities. Continues on Coumadin. She has multiple areas of pain including chest wall, right hip, and right shoulder. Taking Norco. Chronically ill in appearance and acutely uncomfortable looking. Coumadin adjustments made.

01/31/2017 Kirby Smith MD-hypercoagulable state. Will check updated lab work, continue Coumadin and vitamin D supplement as well as Fosamax.

02/09/2017 Lee Stein MD-vascular headache, B vitamin deficiency, narcolepsy and paresthesia. Not interested in Pamelor. Would like to start Neurontin. Continue vitamin supplements.

02/13/2017 Keith Nord MD-X-ray right hip are normal. X-rays cervical spine reveals degenerative disc disease with reversal of normal lordosis C2-5. Assessment-cervicalgia, cervical degenerative disc disease, right hip pain, and right sided sciatica. Will have x-rays of lumbar spine at next visit. Trial of Mobic and physical therapy ordered, follow up six weeks.

03/01/2017 Keith Nord MD-neurologically intact to all extremities. Cervical trigger point injections given, follow up in two months.

03/06/2017 Hugh Francis- left breast mass. Will send for biopsies.

03/08/2017 Kirby Smith MD-hypercoagulable state, depression with anxiety, elevated INR< iron deficiency and narcolepsy. Check lab work. Will hold Coumadin and tomorrow give Vitamin K. Will increase Paxil. History of iron deficiency and elevated platelet count. Will check iron studies. Recheck in four weeks with results of breast biopsy.

03/13/2017 Joseph Weinstein MD-new patient evaluation. Palpitations, dizziness and edema. Will obtain EKG today, order regadenoson, scheduled stress test and myocardial perfusion study, 24 hour holter monitor and follow up after.

04/05/2017 Keith Nord MD-neurologically intact to all extremities on exam. Seen for cervical disc displacement C6-7, cervical disc degeneration. Continue current treatment plan, no changes.

07/31/2017 Robert Schriner MD-narcolepsy with cataplexy, clinically doing marginally off therapy, on disability at this time. Will adjust her medication so that the claimant may be able to afford. Effexor twice daily, Adderall twice daily, and follow up six months.

Miscellaneous:
09/28/2018-Appeal letter from claimant's attorney.

Activities questionnaire.

Appeal letter claimant.

Attending physician statements-06/06/2016, 08/04/2016, and 09/30/2016.

Walmart job description for licensed optician-light strength category.

**REVIEW QUESTION (S):**
**1. What diagnoses are supported by the medical evidence?**

Diagnoses supported by the medical evidence include:

- Fractures ribs on right 11th and 12th ribs
- Small cervical herniated disc at C6-7 without nerve or cord compression, no stenosis or instability noted
- Costochondritis
- Long term use of medications

Co-morbid diagnoses include:

- Vitamin D deficiency
- Osteoporosis
- High cholesterol
- High triglycerides
- Hypercoagulable state
- History of DVT and on long term anticoagulation therapy
- TIA
- Migraines
- Hypoglycemia
- Seizure disorder
- Narcolepsy
- Post cholecystectomy, colon resection, hysterectomy, appendectomy and sinus surgery
- Tobacco abuse
- Anxiety
- Depression
- Multiple cysts left breast
- Hypokalemia

**2. Does the medical evidence support any diagnoses causing functional impairment for any period from 4/19/16 to the present? Please explain your medical rationale as to why or why not.**

Based on review of the provided medical records, in my opinion, there are no musculoskeletal diagnoses that are causing any type of functional impairment. The claimant had multiple complaints of pain including hip pain, neck pain, and pelvic pain. MRI of the cervical spine revealed tiny C6-7 herniated disc without sign of cord or nerve impingement, no stenosis, no instability. She remained neurologically intact on exams. Whole body bone scan revealed two fractured ribs at the right 11th and 12th ribs but no other findings. X-rays of the hip were negative.

Based on review of the provided medical records, in regards to musculoskeletal issues, there are no objective findings on exam or diagnostics that would indicate the need for any restrictions or limitations from 04/19/2016 to present.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time since 4/19/16. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.) Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

This is not applicable as restrictions and limitations are not supported from 04/19/2016 to present.

**4. Are there any reported or observed cognitive and/or physical side effects attributed to claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please outline the timeline of side effects and explain your medical rationale.**

No side effects were noted from the current medication regimen. No restrictions based on current medication regimen are supported.

**5. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 4/19/16 to present? Please explain your medical rationale.**

The claimant could work full duty, no restrictions on a full time sustained capacity from 4/19/16 to present.

**6. Please discuss test results and correlate with documented physical examination findings and reported symptoms in the medical records.**

04/29/2016 Chest x-ray. Impression: no acute findings.

04/29/2016 CT abdomen and pelvis with contrast. Impression: no acute finding. No etiology to the claimants right flank pain noted.

05/08/2016 CT thorax with contrast. Impression: no acute findings.

05/12/2016 Vitamin D low at 14.

05/16/2016 Whole body bone scan. Impression: fractures posterior lateral right 11th, 12th ribs.

06/27/2016 Bone density scan. Impression: osteoporosis.

09/26/2016 Vitamin D low at 30.

11/25/2016 Cholesterol high at 230, triglycerides high at 262, and vitamin D low at 27.

03/01/2017 MRI cervical spine. Impression: Tiny C6-7 central protrusion. No neural compression.

Lab work did reveal low vitamin D as well as high cholesterol and high triglycerides.

Fractures of the right 11th and 12th ribs were noted.

Bone scan revealed osteoporosis.

MRI of the cervical spine revealed tiny protrusion at the C6-7 level. No sign of nerve or cord compression. No stenosis, no instability.

The claimant states she has severe numbness and tingling and pain in the upper extremity. That does not correlate with findings on cervical MRI scan.

**Conflict of Interest Attestation:**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Paul A. Smucker, M.D.
Board Certified in Physical Medicine and Rehabilitation
Sub Specialty Certificate in Pain Medicine
Added Expertise in Spine
IL License #036085527
IN License #01040699A
MI License #4301050607
11/1/2018

Peer Review Services

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

# INVOICE

**11/1/2018**

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Jacques, Heidi
Referral Date: 10/17/2018

Claimant: Sherry J Woolverton-Jones
Client Claim #: 7901760
Invoice #: 707305
Pages Reviewed: 719

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Physical Medicine & Rehabilitation | 450 | $1575.00 |
| | | **Discount:** | - $157.50 |
| | | **Total Billable Amount:** | **$1417.50** |

**Reviewer(s):** Smucker, Paul A

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

# PAST INVOICE

10/30/2018

Invoice#: 707304

P O#:

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

Attention:
LIBERTY
MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

| | |
|---|---|
| Claim #: | 7901760 |
| Claimant : | Sherry J Woolverton-Jones |
| Referral Date : | 10/30/2018 Peer Review Specialty: Internal Medicine,Pulmonary Disease,Sleep Medicine |
| Federal ID : | |
| S.S. # : | 38-2193020 |
| D.O.I. : | |
| Employer: | |
| TAX ID # : | |
| State Jurisdiction : | 38-2193020<br>TN |

| Description of Services | Time | Rate | Amount Due |
|---|---|---|---|
| Peer Review Services | 450.00 | 210.00 | $1575.00 |
| | | **Discount:** | $78.75 |
| | | **Total Billing:** | $1496.25 |
| | | **Total Received:** | $0.00 |
| | | **Total Due:** | **$1496.25** |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street
Norwood, MA 02062

TAX ID # :38-2193020 **Past Due** *... priority peer review service*

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Heidi Jacques
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16403
Fax: (603) 334-4110

Document Locations

- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | WALMART, INC. | Date Sent: | 10/17/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | SHERRY J WOOLVERTON-JONES | Claim #: | 7901760 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 4/19/2016 |
| Zip: | | Primary Diagnosis: | UNKNOWN CONDITION OR PROCEDURE |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Dual Specialty | Physician: Phone/Fax | N/A due to period beginning 2016 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: SHERRY J WOOLVERTON-JONES

# Liberty Mutual - Independent Evaluation

## Peer Review

What diagnoses are supported by the medical evidence?

Does the medical evidence support any diagnoses causing functional impairment for any period from 4/19/16 to the present? Please explain your medical rationale as to why or why not.

If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time since 4/19/16. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

Are there any reported or observed cognitive and/or physical side effects attributed to claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please outline the timeline of side effects and explain your medical rationale.

Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 4/19/16 to present? Please explain your medical rationale.

Please discuss test results and correlate with documented physical examination findings and reported symptoms in the medical records.

Instructions For Vendor:

Claimant Name: SHERRY J WOOLVERTON-JONES

# Liberty Mutual - Independent Evaluation

## Peer Review

Please conduct 2 separate reviews. Please refer to a physician dual certified in Internal Med and Pulmonology to address all internal med, pulmonary and sleep condtions. Please also refer for review with PM&R/Pain.

Attorney Information (if applicable):

Claimant Name: SHERRY J WOOLVERTON-JONES

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

CiOX HEALTH

# INVOICE

Invoice #: 0251334457
Date: 7/27/2018
Customer #: 1602140

| Ship to: | Bill to: | Records from: |
|---|---|---|
| PHYLLIS BROWN<br>CODY ALLISON AND ASSOCIATES<br>404 JAMES ROBERTSON PKWY<br>STE 1623<br>NASHVILLE, TN 37219-1504 | PHYLLIS BROWN<br>CODY ALLISON AND ASSOCIATES<br>404 JAMES ROBERTSON PKWY<br>STE 1623<br>NASHVILLE, TN 37219-1504 | BOSTON BASKIN CANCER FOUNDATIO<br>214 LAKEVIEW DR<br>SOMERVILLE, TN 38068 |

**Requested By:** CODY ALLISON AND ASSOCS **DOB:**
**Patient Name:** WOOLVERTON-JONES SHERRY **SSN:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 329 | 0.50 | 164.50 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 186.50 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 186.50 |
| Balance Due | | | 186.50 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

**Terms: Net 30 days** **Please remit this amount : $ 186.50 (USD)**

---

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0251334457

Check # ____________________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

CiOX HEALTH

Bill to/Ship To:

Cody Allison& Associates PLLC

404 James Robertson Parkway Ste 1623

Nashville, TN 37219

Patient Name: Sherry Woolverton Jones

DOB:______________________________

DOS:______________________________

3123

CODY ALLISON & ASSOCIATES

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
Phyllis@codyallison.com

July 17, 2018

VIA FAX: 902-752-6170
Attn: Medical Records
Dr. Kirby Smith
80 Humphreys Center Drive, Suite 330
Memphis, TN 38120

- PT -

**RECEIVED**
**By HEALTHPORT at 3:58 pm, Jul 17, 2018**

RE: **Our Client:** Sherry Wolverton-Jones
- DOB - **Date of Birth:**
**Social Security No.:**

Dear Medical Records Custodian,

Our services have been retained to represent Ms. Woolverton-Jones regarding the denial of her Short-term and long-term disability benefits through Sedgewick Insurance.

- DOS Therefore, I am requesting that you please forward to me copies of Ms. Woolverton-Jones medical records **from April 2016 to present.** I do not need x-rays or films. Enclosed you will find an executed medical authorization allowing us to receive those records.

If these records will exceed $100.00, please call prior to sending the records for approval.

Thank you in advance for your cooperation and assistance with this matter. Please contact me with any questions.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

Phyllis Brown

Phyllis Brown, Legal Assistant

/pb
enc: HIPAA Release

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

PROVIDER NAME: Dr Kirby Smith

PROVIDER ADDRESS:

PROVIDER PHONE:

PROVIDER FAX: 902-752-6170

Section A: This section must be completed for all Authorizations for Release of PHI or Right to Access.

Patient's Name: Sherry Woolverton Jones

Patient's Address:

Patient's SSN:

Patient's Date of Birth:

Requester's/Record Recipient's Name & Address:

Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Parkway, Ste. # 1623
Nashville, Tennessee 37219
Attorney for Plaintiff(s)
Phone: (615) 234-6000

**- TO -**

This Authorization will expire: ONE YEAR FROM THE DATE NEXT TO THE SIGNATURE BELOW.

Purpose of Disclosure: Civil litigation purposes.

Section B: Description of information to be used or disclosed: All items checked below from April 2016 to present.

| | | | |
|---|---|---|---|
| ☐ All PHI & Medical Records | ☐ Laboratory | ☐ List of Allergies | ☐ Abstract Records Only |
| ☐ History & Physical | ☐ Imaging/Radiology/X-Rays | ☐ Immunization Records | |
| ☐ Consultation Reports | ☐ Nursing Notes | ☐ Discharge Summaries | |
| ☐ Operative Reports | ☐ Medication Records/Orders | ☐ Evaluation Reports | |
| ☐ Progress Notes | ☐ Demographics | ☐ Itemized Bills | |
| ☐ Physician Orders | ☐ Rehabilitation Services | ☒ Any & All Records in Provider's Possession | |
| ☐ Social History Information | ☐ Special Tests & Therapy | ☐ Any & All Records from Other Providers | |

Section C: I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary. If I refuse to sign, my records cannot be released.
2. I may revoke this authorization at any time. I must revoke this authorization in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Further details may be found in the Notice of Privacy Act.
3. I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
5. The information used or disclosed pursuant to the authorization, may be subject to redisclosure by the recipient and may no longer be protected by 45 CFR § 164.508.
6. I acknowledge, and hereby consent to such, that the released information may contain alcohol abuse/treatment, drug abuse/treatment, psychiatric/behavioral/mental health treatment/services, sexually transmitted disease, HIV testing, HIV results and/or AIDS information. SWJ (Initial)
7. I will receive a copy of this form after I sign it.
8. A photocopy of this authorization is to be considered as valid as the original.
9. My treatment, payment, enrollment, or eligibility for benefits may not be conditioned on signing this authorization.

**THIS AUTHORIZATION PERMITS PROVIDER TO DISCUSS ALL MATTERS PERTAINING TO PATIENT WITH PATIENT'S ATTORNEYS AND ATTORNEYS' STAFF AFFILIATED WITH LAW OFFICE ABOVE.**

I have read the above and authorize the use or disclosure of the protected health information as stated herein. The undersigned represents that he or she is legally authorized and entitled to execute this document.

Sherry Jo Woolverton Jones
Signature of Patient – Sherry Woolverton Jones

6/19/2018
Date

If Signed by Personal Representative, Description of Representative's Authority to Act

Signature of Witness

*Legal Authority: If this authorization relates to nursing home care, then the request is authorized pursuant to 42 CFR § 483.10(b)(2), as well as state resident rights laws. If this authorization has been signed by a personal representative and if required, then a power of attorney, letters testamentary or letters of administration are attached and incorporated into this release by reference. This authorization complies with the Health Insurance Portability and Accountability Act (HIPAA) 45 CFR § 164.508.*

BAPTIST

PLEASE NOTE:

1. The hospitals and physician practices affiliated with Baptist utilize an electronic health record. Electronic health records differ greatly from paper-based health records and rely on a system of reports to fulfill a request for a health record. As a result of the report-based nature of the electronic health record, electronic health records may vary over time or by printing, even for the same episode of care.

2. Any entries, such as transcribed reports, which have ***not*** been reviewed and signed by the physician or other provider, should be treated as incomplete.

3. Due to cost and time of reproduction, certain data such as, radiology films/images, monitor strips, photographs/videos, tracings or other graphic data, Secure Chat text messages and outside records received from other healthcare entities are not routinely included in the release for medical records, unless specified by the requestor. This is true even if you have requested "the entire medical record". To request copies of such information, please specifically list those items on a signed authorization and send it to the hospital or physician practice. A cost estimate for the additional data can be provided prior to processing the request.

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### **Problem List** as of 4/22/2016

Date Reviewed: **3/14/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |

**Reviewed** On: **3/14/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 4/22/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 4/22/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 4/22/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 4/22/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 4/22/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 4/22/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 4/22/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 4/22/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 4/22/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 4/22/2016**

**None**

**Occupational as of 4/22/2016**

**None**

**Socioeconomic as of 4/22/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 4/22/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 4/22/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.52] |
| Today's INR: | **3.50! (4/5/2016)** | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 4/26/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 4/23/2016 | 6/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |

**Medication Orders**

No Medication Orders found

## Orders

## Orders (continued)

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 04/22/16 1525** Status: **Completed**
Ordering user: Cynthia Dixon, RN 04/22/16 1525 Authorized by: Historical Provider, MD
Frequency: 04/22/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905363] (Abnormal) Resulted: 04/19/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 04/19/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.00 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 04/22/16 1526** Status: **Completed**
Ordering user: Cynthia Dixon, RN 04/22/16 1526 Authorized by: Historical Provider, MD
Frequency: 04/22/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905364] (Abnormal) Resulted: 04/12/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 04/12/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 4.80 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 04/22/16 1526** Status: **Completed**
Ordering user: Cynthia Dixon, RN 04/22/16 1526 Authorized by: Historical Provider, MD
Frequency: 04/22/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905365] (Abnormal) Resulted: 04/05/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 04/05/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 3.50 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 4/27/2016

Date Reviewed: **3/14/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |

**Reviewed** On: **3/14/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 4/27/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 4/27/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 4/27/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 4/27/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |



Liberty/Woolverton-Jones 0259

**Family Status as of 4/27/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 4/27/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 4/27/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 4/27/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 4/27/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 4/27/2016**

**None**

**Occupational as of 4/27/2016**

**None**

**Socioeconomic as of 4/27/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 4/27/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 4/27/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.52] |
| Today's INR: | 2.30 (4/26/2016) | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 5/3/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 4/23/2016 | 6/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |

**Medication Orders**

No Medication Orders found

## Orders

## Orders (continued)

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary



Liberty/Woolverton-Jones 0262

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 04/27/16 1124** Status: **Completed**
Ordering user: Cynthia Dixon, RN 04/27/16 1124 Authorized by: Historical Provider, MD
Frequency: 04/27/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905366] (Abnormal) Resulted: 04/26/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 04/26/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.30 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 5/13/2016

Date Reviewed: **3/14/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |

**Reviewed** On: **3/14/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 5/13/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 5/13/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 5/13/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 5/13/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |



Liberty/Woolverton-Jones 0266

**Family Status as of 5/13/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 5/13/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 5/13/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 5/13/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 5/13/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 5/13/2016**

**None**

**Occupational as of 5/13/2016**

**None**

**Socioeconomic as of 5/13/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 5/13/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 5/13/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | **1.90! (5/3/2016)** | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 5/17/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 4/23/2016 | 6/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

**Medication Orders**

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 05/13/16 1633** Status: **Completed**
Ordering user: Cynthia Dixon, RN 05/13/16 1633 Authorized by: Historical Provider, MD
Frequency: 05/13/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905368] (Abnormal) Resulted: 05/10/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 05/10/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.20 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 05/13/16 1633** Status: **Completed**
Ordering user: Cynthia Dixon, RN 05/13/16 1633 Authorized by: Historical Provider, MD
Frequency: 05/13/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905369] (Abnormal) Resulted: 05/03/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 05/03/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.90 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 5/18/2016

Date Reviewed: **3/14/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |

**Reviewed** On: **3/14/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 5/18/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 5/18/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 5/18/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 5/18/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 5/18/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 5/18/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 5/18/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 5/18/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 5/18/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 5/18/2016**

**None**

**Occupational as of 5/18/2016**

**None**

**Socioeconomic as of 5/18/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 5/18/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 5/18/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | 2.60 (5/17/2016) | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 5/24/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 4/23/2016 | 6/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

**Medication Orders**

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 05/18/16 1813** Status: **Completed**
Ordering user: Cynthia Dixon, RN 05/18/16 1813 Authorized by: Historical Provider, MD
Frequency: 05/18/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905370] (Abnormal) Resulted: 05/17/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 05/17/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.60 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 5/25/2016

Date Reviewed: **3/14/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |

**Reviewed** On: **3/14/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 5/25/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 5/25/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 5/25/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 5/25/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 5/25/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 5/25/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 5/25/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 5/25/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 5/25/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 5/25/2016**

**None**

**Occupational as of 5/25/2016**

**None**

**Socioeconomic as of 5/25/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 5/25/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 5/25/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | 2.60 (5/24/2016) | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 5/31/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 4/23/2016 | 6/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

**Medication Orders**

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 05/25/16 1108** Status: **Completed**
Ordering user: Cynthia Dixon, RN 05/25/16 1108 Authorized by: Historical Provider, MD
Frequency: 05/25/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [105905371] (Abnormal) Resulted: 05/24/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 05/24/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.60 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Reason for Visit

**Deep Vein Thrombosis**

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |
| **Closed fracture of one rib of right side with delayed healing, subsequent encounter** | |

### Problem List as of 6/6/2016

Date Reviewed: **3/14/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |

### Allergies as of 6/6/2016

**Reviewed** On: **6/6/2016** By: **Ashley Sykes, MA**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 118/78 | **(!) 123** | 98.7 °F (37.1 °C) (Oral) | 5' 1" (1.549 m) | 120 lb 4.8 oz (54.6 kg) |

| SpO2 | BMI |
|---|---|
| 98% | 22.73 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 6/6/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 6/6/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 6/6/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 6/6/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 6/6/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 6/6/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 6/6/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 6/6/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 6/6/2016**

**None**

**Occupational as of 6/6/2016**

**None**

**Socioeconomic as of 6/6/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 6/6/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 6/6/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | **3.1!** | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 6/13/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed<br>Class: No Print<br>Route: Oral | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)**<br>Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 capsule | 0 | 4/23/2016 | 6/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)**<br>Sig: Place 1 patch onto the skin 2 (two) times a week<br>Class: Historical Med<br>Route: Transdermal<br>Reason for Discontinue: **Therapy completed** | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule (Taking/Discontinued)**<br>Sig: Take 100 mg by mouth 3 (three) times a day<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Discontinued by another clinician** | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take 8 mg by mouth every 8 (eight) hours as needed for nausea<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 11/30/2016 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night<br>Class: Print<br>Reason for Discontinue: **Cost of medication** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking)**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 4/23/2016 | 6/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule (Taking)**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

## Medications (continued)

## Medications - Medication Orders

**VITAMIN D2 50,000 unit capsule [111874788]**

Electronically signed by: **Ashley Sykes, MA on 06/06/16 1459**
Status: **Discontinued**

Ordering user: Ashley Sykes, MA 06/06/16 1459
Frequency: Daily 05/28/16 - 07/31/17

Authorized by: Historical Provider, MD
Discontinued by: Robert W Schriner, MD 07/31/17 1227
[Cost of medication]

Medication Dose: 5,800 capsule
Priority: Routine
Start Date/Time: 05/28/16 0000

Medication Directions: 5,800 capsules one (1) time a day
End Date/Time: 7/31/2017

## Orders

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Jamekia Hubbard on 06/06/16 1456** Status: **Completed**
Ordering user: Jamekia Hubbard 06/06/16 1456 Authorized by: Kirby Lee Smith, MD
Frequency: 06/06/16 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.
Additional Resulting Lab Information
Patient currently taking 7.5mg of coumadin on mon and fri and 5mg of coumadin on all other days.. jh

Resulted: 06/06/16 1454, Result status: Final result

POC Prothrombin Time [111874787]

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 06/06/16 1455 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 3.1 | — | — | — |

## Result Summary



Liberty/Woolverton-Jones 0293

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 06/06/16 1506, Result status: Final result

CBC with Differential [105905372] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83335310 | Blood | — | 06/06/16 1454 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.89 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 5 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 12.9 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 40.3 | 37.0 - 45.0 % | — | BOC AMB AEL |
| MCV | 89.4 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 28.6 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 32.0 | 33.0 - 36.0 g/dL | **L** | BOC AMB AEL |
| RDW | 16 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 323 | 150 - 400 K/uL | — | BOC AMB AEL |
| Neutrophils segmented percent | 55.5 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 31.6 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 7.4 | 5.0 - 10.0 % | — | BOC AMB AEL |
| Eosinophils Percent | 4.5 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.9 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 4.4 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 2.49 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.58 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.36 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.07 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Resulted: 06/06/16 1547, Result status: Final result

Comprehensive Metabolic Panel [105905373] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83335310 | Blood | — | 06/06/16 1454 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 102.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 26 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 98.0 | 74 - 106 mg/dL | — | BOC AMB AEL |
| Potassium | 3.5 | 3.5 - 5.1 mEq/L | — | BOC AMB AEL |
| Calcium | 9.0 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 13.0 | 7 - 18 mg/dL | — | BOC AMB AEL |
| Creatinine | 1.0 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.8 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 103.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 31.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 26.0 | 13 - 35 U/L | — | BOC AMB AEL |
| Anion gap | 12 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 13 | % | — | BOC AMB AEL |
| Albumin | 4.0 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.1 | 0.2 - 1.0 mg/dL | **L** | BOC AMB AEL |
| eGFR non-African American | 68 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 79 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |
| 70+ | 75 ml/min/1.73 m2 |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744



Liberty/Woolverton-Jones 0295

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### DXA Bone Density Axial Hip Pelvis Spine

Electronically signed by: **John H Powell, NP on 06/06/16 1600** Status: **Discontinued**
Ordering user: John H Powell, NP 06/06/16 1600 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: 06/06/16 - Discontinued by: Boc Amb Expiring Orders 09/13/17 0217 [Order Expired]

Diagnoses
Closed fracture of one rib of right side with delayed healing, subsequent encounter [S22.31XG]

Questionnaire

| Question | Answer |
|---|---|
| Is the patient pregnant? | No |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

### Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM

Author: John H Powell, NP Service: (none) Author Type: Nurse Practitioner
Encounter Date: 6/6/2016 Creation Time: 6/6/2016 3:06 PM Filed: 4/9/2018 1:20 PM
Status: Signed Editor: John H Powell, NP (Nurse Practitioner)
Cosigner: Kirby Lee Smith, MD at 4/9/2018 7:12 PM

**HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE**

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones** **Age: 44 y.o.** **Sex: Female**
**MRN: 10321720** **DOB: 9/20/1971**
**CSN:** 120035507566 **Race:** White or Caucasian [1]
**Date of Examination: 6/6/2016**

**CHIEF COMPLAINT:**

**Chief Complaint**

Patient presents with
- Deep Vein Thrombosis

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM (continued)**

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**

Sherry is in today to have her INR checked. She has been taking Coumadin 7.5 mg Monday and Friday and 5 mg all other days of the week. She has not had any bruising or bleeding, particularly no nose bleeds, no bleeding gums, no hemoptysis, no blood in her urine or her stool. About 2 months ago she was getting out of bed when she noticed acute onset of right-sided flank pain. This was so severe that she has been unable to work since 4/18. She initially assumed that it was gastric in origin and she underwent GI evaluation with the CAT scans of the abdomen and pelvis that showed no abnormality. Because it seemed to be bony in origin she was referred to orthopedist, Dr. Martinez at Campbell Clinic and a bone scan was arranged, which showed fractures of the right 11th and 12th ribs. Because the fractures occurred during a low trauma incident, she has been referred for bone density testing, but this cannot be done until the end of June. She cannot take any pain medication because of interactions with Xyrem, which is the medication that she takes for narcolepsy. She has been acutely uncomfortable and unable to work since the recurrence of the fractures.

sr 1733116 DT: 06/07/2016 07:45
DD: 06/06/2016 16:16

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**

Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

**PATIENT DISTRESS ASSESSMENT:**

Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Work/School |
| **Family Problems:** | None |
| **Emotional Problems:** | None |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM (continued)**

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • | | |

## Progress Notes (continued)

**Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM (continued)**

| | |
|---|---|
| Cancer | Maternal Grandmother |
| • Cancer | Paternal Grandmother |
| • Clotting disorder | Paternal Grandmother |
| • Cancer | Paternal Grandfather |
| • Diabetes | Mother |
| • Diabetes | Father |

### SOCIAL HISTORY:

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

### ALLERGIES:

No Known Allergies

### CURRENT MEDICATIONS:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • gabapentin (NEURONTIN) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

### PHYSICAL EXAMINATION:

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM (continued)**

**Vital signs:**

**Filed Vitals:**

| | 06/06/16 1446 |
|---|---|
| BP: | 118/78 |
| Pulse: | 123 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Oral |
| Height: | 5' 1" (1.549 m) |
| Weight: | 120 lb 4.8 oz (54.568 kg) |
| SpO2: | 98% |
| PainSc: | 9 |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance and acutely uncomfortable looking.**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 06/06/16 1454 |
|---|---|---|
| WBC | K/uL | 7.89 |
| HEMOGLOBIN | g/dL | 12.9 |
| PLATELET | K/uL | 323 |

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM (continued)**

**Results from last 7 days**

| Lab | Units | 06/06/16 1454 |
|---|---|---|
| SODIUM | mEq/L | 140.0 |
| POTASSIUM | mEq/L | 3.5 |
| BUN | mg/dL | 13.0 |
| CREATININE | mg/dL | 1.0 |
| CALCIUM | mg/dL | 9.0 |
| TOTAL BILIRUBIN | mg/dL | 0.1* |
| GLUCOSE | mg/dL | 98.0 |

**Results from last 7 days**

| Lab | Units | 06/06/16 1455 |
|---|---|---|
| INR | | 3.1 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 06/06/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 06/06/2016 | 7.89 |
| • RBC | 06/06/2016 | 5 |
| • Hemoglobin | 06/06/2016 | 12.9 |
| • Hematocrit | 06/06/2016 | 40.3 |
| • MCV | 06/06/2016 | 89.4 |
| • MCH | 06/06/2016 | 28.6 |
| • MCHC | 06/06/2016 | 32.0* |
| • RDW | 06/06/2016 | 16* |
| • Platelet | 06/06/2016 | 323 |
| • Neutrophils Segmented Pe* | 06/06/2016 | 55.5 |
| • Lymphocyte Percent | 06/06/2016 | 31.6 |
| • Monocyte Percent | 06/06/2016 | 7.4 |
| • Eosinophils Percent | 06/06/2016 | 4.5 |
| • Basophil Percent | 06/06/2016 | 0.9 |
| • Neutrophils Segmented Ab* | 06/06/2016 | 4.4 |
| • Lymphocytes Absolute, Au* | 06/06/2016 | 2.49 |
| • Monocytes Absolute, Auto* | 06/06/2016 | 0.58 |
| • Eosinophils Absolute | 06/06/2016 | 0.36 |
| • Basophils Absolute | 06/06/2016 | 0.07 |



Liberty/Woolverton-Jones 0301

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM (continued)**

| | | |
|---|---|---|
| • Sodium | 06/06/2016 | 140.0 |
| • Chloride | 06/06/2016 | 102.0 |
| • CO2 | 06/06/2016 | 26 |
| • Glucose | 06/06/2016 | 98.0 |
| • Potassium | 06/06/2016 | 3.5 |
| • Calcium | 06/06/2016 | 9.0 |
| • BUN | 06/06/2016 | 13.0 |
| • Creatinine | 06/06/2016 | 1.0 |
| • Total Protein | 06/06/2016 | 7.8 |
| • ALP | 06/06/2016 | 103.0 |
| • ALT | 06/06/2016 | 31.0 |
| • AST | 06/06/2016 | 26.0 |
| • Anion Gap | 06/06/2016 | 12 |
| • BUN / Creatinine, Mass R* | 06/06/2016 | 13 |
| • Albumin | 06/06/2016 | 4.0 |
| • Globulin Total | 06/06/2016 | 4 |
| • Albumin / Globulin, Mass* | 06/06/2016 | 1 |
| • Total Bilirubin | 06/06/2016 | 0.1* |
| • GFR non-African American | 06/06/2016 | 68 |
| • GFR African American | 06/06/2016 | 79 |
| • INR | 06/06/2016 | 3.1 |

No results found for: IRON, TIBC, FERR

**RADIOLOGY:**

Bone scan dated 05/16/2016 and done at Methodist Germantown Hospital shows fractures of the posterior lateral right 11th and 12th ribs. CAT scans of the chest, abdomen and pelvis also done at Methodist show no abnormalities.

db 1733114 DT: 06/07/2016 07:38
DD: 06/06/2016 16:14

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| **1.** | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time** |
| 2. | Closed fracture of one rib of right side with delayed healing, subsequent encounter | S22.31XG | V54.19 | DXA Bone Density Axial Hip Pelvis Spine |

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 6/6/2016 3:06 PM (continued)**

**PLAN:**

I will try to arrange earlier bone density evaluation for Sherry back to Dr. Martinez with those results. In terms of her anticoagulation, it is adequate on her current dose of Coumadin and she will remain on 7.5 mg Monday and Friday and 5 mg all other days of the week. She will return here in 3 months for followup. She will continue to check her INR weekly at home and send those results to our office.

am 1733120 DT: 06/07/2016 07:38
DD: 06/06/2016 16:18

**DISPOSITION:**

Return in about 3 months (around 9/6/2016).

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
6/6/2016 4:14 PM
I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

Electronically signed by John H Powell, NP at 4/9/2018 1:20 PM
Electronically signed by Kirby Lee Smith, MD at 4/9/2018 7:12 PM

**Patient Instructions**

No notes of this type exist for this encounter.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

06/06/2016 1610 - John H Powell, NP

| | |
|---|---|
| Disposition: | Return in about 3 months (around 9/6/2016). |

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 06/06/16 1446 | | | | |
|---|---|---|---|---|---|
| **Measurements** | | | | | |
| Weight | 120 lb 4.8 oz (54.6 kg) -JH | | | | |
| Height | 5' 1" (1.549 m) -JH | | | | |
| BSA (Calculated - sq m) | 1.53 sq meters -JH | | | | |
| BMI (Calculated) | 22.7 -JH | | | | |
| **Vitals** | | | | | |
| BP | 118/78 -JH | | | | |
| BP Location | Right arm -JH | | | | |
| Patient Position | Sitting -JH | | | | |
| Pulse | **(!) 123** -JH | | | | |
| Temp | 98.7 °F (37.1 °C) -JH | | | | |
| Temp src | Oral -JH | | | | |
| **Pulse Oximetry** | | | | | |
| SpO2 | 98 % -JH | | | | |
| **Pain 2** | | | | | |
| Pain Score | Nine -JH | | | | |

### Anthropometrics

| Row Name | 06/06/16 1446 | | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Weight Change | 0 -JH | | | | |

### Custom Formula Data

| Row Name | 06/06/16 1446 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Weight Gain Calculated in Pounds (lbs) | 120.3 -JH | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -JH | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -JH | | | | |
| Weight in (lb) to have BMI = 25 | 132 -JH | | | | |
| % Weight Change Since Birth | 0 -JH | | | | |
| **kcal/kg** | | | | | |
| (Retired) 20 Kcal/Kg (kcal) | 1093.64 -JH | | | | |
| (Retired) 25 | 1367.05 -JH | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 06/06/16 1446 | | | | |
|---|---|---|---|---|---|
| Kcal/Kg (kcal) | | | | | |
| (Retired) 30 Kcal/Kg (kcal) | 1640.45 -JH | | | | |
| (Retired) 35 Kcal/Kg (kcal) | 1913.86 -JH | | | | |
| (Retired) 40 Kcal/Kg (kcal) | 2187.27 -JH | | | | |
| (Retired) 45 Kcal/Kg (kcal) | 2460.68 -JH | | | | |
| (Retired) 50 Kcal/Kg (kcal) | 2734.09 -JH | | | | |
| Protein (gm/kg) | | | | | |
| 0.6 Gm Protein (gm) | 32.81 -JH | | | | |
| 0.7 Gm Protein (gm) | 38.28 -JH | | | | |
| 0.8 Gm Protein (gm) | 43.75 -JH | | | | |
| 0.9 Gm Protein (gm) | 49.21 -JH | | | | |
| 1.0 Gm Protein (gm) | 54.68 -JH | | | | |
| 1.1 Gm Protein (gm) | 60.15 -JH | | | | |
| 1.2 Gm Protein (gm) | 65.62 -JH | | | | |
| 1.3 Gm Protein (gm) | 71.09 -JH | | | | |
| 1.4 Gm Protein (gm) | 76.55 -JH | | | | |
| 1.5 Gm Protein (gm) | 82.02 -JH | | | | |
| 1.6 Gm Protein (gm) | 87.49 -JH | | | | |
| 1.7 Gm Protein (gm) | 92.96 -JH | | | | |
| 1.8 Gm Protein (gm) | 98.43 -JH | | | | |
| 1.9 Gm Protein (gm) | 103.9 -JH | | | | |
| 2.0 Gm Protein (gm) | 109.36 -JH | | | | |
| 2.1 Gm Protein (gm) | 114.83 -JH | | | | |
| 2.2 Gm Protein (gm) | 120.3 -JH | | | | |
| 2.3 Gm Protein (gm) | 125.77 -JH | | | | |
| 2.4 Gm Protein | 131.24 -JH | | | | |



Liberty/Woolverton-Jones 0305

## Flowsheets (all recorded) (continued)

**Custom Formula Data (continued)**

| Row Name | 06/06/16 1446 | | | | |
|---|---|---|---|---|---|
| (gm) | | | | | |
| 2.5 Gm Protein (gm) | 136.7 -JH | | | | |
| (Retired) Ideal Body Weight (IBW) | | | | | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -JH | | | | |
| Ideal Body Weight (IBW), Female | 48.55 -JH | | | | |
| (Retired) % Ideal Body Weight | 54.75 -JH | | | | |
| (Retired) Measurements (Adult/Pediatric) | | | | | |
| (Retired) BMI (kg/m2) | 22.78 -JH | | | | |
| Relevant Labs and Vitals | | | | | |
| Temp (in Celsius) | 37.1 -JH | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 47.8 -JH | | | | |
| Low Range Vt 6mL/kg | 286.8 mL/kg -JH | | | | |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -JH | | | | |
| Adult High Range Vt 10mL/kg | 478 mL/kg -JH | | | | |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| JH | Jamekia Hubbard |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

**Order-Level Documents: (continued)**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range



Liberty/Woolverton-Jones 0307

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 6/28/2016

Date Reviewed: **3/14/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |

### Allergies as of 6/28/2016

**Reviewed** On: **6/6/2016** By: **Ashley Sykes, MA**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 6/28/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 6/28/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 6/28/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 6/28/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 6/28/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 6/28/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 6/28/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 6/28/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 6/28/2016**

**None**

**Occupational as of 6/28/2016**

**None**

**Socioeconomic as of 6/28/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 6/28/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 6/28/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | 2.00 | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 7/5/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

## Medications (continued)

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 06/28/16 1443** Status: **Completed**
Ordering user: Cynthia Dixon, RN 06/28/16 1443 Authorized by: Historical Provider, MD
Frequency: 06/28/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [111874793] (Abnormal) Resulted: 06/28/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 06/28/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.00 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Nipple discharge in female** - Primary | |
| **Primary hypercoagulable state (HCC)** | |
| **Senile osteoporosis** | |
| **Black stools** | |

### Problem List as of 7/13/2016

Date Reviewed: **7/13/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |

**Reviewed** On: **7/13/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 7/13/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

## Visit Summary (continued)

### Vitals (continued)

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 126/83 | **(!) 128** | 98.8 °F (37.1 °C) (Oral) | 18 | 5' 1" (1.549 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 123 lb 6.4 oz (56 kg) | 99% | 23.32 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 7/13/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 7/13/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 7/13/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |



Liberty/Woolverton-Jones 0317

**Family Status as of 7/13/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 7/13/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 7/13/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 7/13/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 7/13/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 7/13/2016**

**None**

**Occupational as of 7/13/2016**

**None**

**Socioeconomic as of 7/13/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 7/13/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 7/13/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | **1.8!** | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed<br>Class: No Print<br>Route: Oral | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)**<br>Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)**<br>Sig: Place 1 patch onto the skin 2 (two) times a week<br>Class: Historical Med<br>Route: Transdermal<br>Reason for Discontinue: **Therapy completed** | | | | 7/5/2018 |
| **lidocaine (LIDODERM) 5 % patch (Taking/Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Discontinued by another clinician** | | | 7/2/2016 | 8/24/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take 8 mg by mouth every 8 (eight) hours as needed for nausea<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night | 360 mL | 5 | 2/23/2016 | 7/31/2017 |



Liberty/Woolverton-Jones 0319

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Print<br>Reason for Discontinue: **Cost of medication** | | | | |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |
| **gabapentin (NEURONTIN) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/11/2016 | 7/13/2016 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **gabapentin (NEURONTIN) 100 MG capsule** | Discontinued by another clinician |

## Medications (continued)

## Medications - Medication Orders

**lidocaine (LIDODERM) 5 % patch [111874797]**

Electronically signed by: **Ashley Sykes, MA on 07/13/16 1415** Status: **Discontinued**

Ordering user: Ashley Sykes, MA 07/13/16 1415
Authorized by: Historical Provider, MD
Frequency: 07/02/16 - 08/24/16
Discontinued by: Ashley Sykes, MA 08/24/16 1459 [Discontinued by another clinician]
Priority: Routine
End Date/Time: 8/24/2016
Start Date/Time: 07/02/16 0000

## Orders

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Lequita Glover on 07/13/16 1411** Status: **Completed**
Ordering user: Lequita Glover 07/13/16 1411 Authorized by: Historical Provider, MD
Frequency: 07/13/16 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 07/13/16 1411, Result status: Final result

POC Prothrombin Time [111874796]

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 07/13/16 1411 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.8 | — | — | — |

## Result Summary

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 07/13/16 1417, Result status: Final result
CBC with Differential [111874794] (Abnormal)
Resulting lab: AEL-AMB
Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83487773 | Blood | Arm, Left | 07/13/16 1412 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.97 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 4 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 13.0 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 38.3 | 37.0 - 45.0 % | — | BOC AMB AEL |
| MCV | 85.6 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 29.0 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 33.9 | 33.0 - 36.0 g/dL | — | BOC AMB AEL |
| RDW | 16 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 342 | 150 - 400 K/uL | — | BOC AMB AEL |
| Neutrophils segmented percent | 56.8 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 29.2 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 9.0 | 5.0 - 10.0 % | — | BOC AMB AEL |
| Eosinophils Percent | 4.0 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 1.0 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 4.0 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 2.04 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.63 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.28 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.07 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]



Liberty/Woolverton-Jones 0324

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Resulted: 07/13/16 1514, Result status: Final result

Comprehensive Metabolic Panel [111874795] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83487773 | Blood | Arm, Left | 07/13/16 1412 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 100.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 27 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 119.0 | 74 - 106 mg/dL | **H** | BOC AMB AEL |
| Potassium | 3.5 | 3.5 - 5.1 mEq/L | — | BOC AMB AEL |
| Calcium | 9.0 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 9.0 | 7 - 18 mg/dL | — | BOC AMB AEL |
| Creatinine | 1.0 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.6 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 92.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 50.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 38.0 | 13 - 35 U/L | **H** | BOC AMB AEL |
| Anion gap | 13 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 9 | % | — | BOC AMB AEL |
| Albumin | 4.0 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.3 | 0.2 - 1.0 mg/dL | — | BOC AMB AEL |
| eGFR non-African American | 68 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 79 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |
| 70+ | 75 ml/min/1.73 m2 |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Mammography Digital Diagnostic Bilateral

Electronically signed by: **Kirby Lee Smith, MD on 07/13/16 1443** Status: **Discontinued**
Ordering user: Kirby Lee Smith, MD 07/13/16 1443 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Frequency: 07/13/16 - Discontinued by: Boc Amb Expiring Orders 10/18/17 0336 [Order Expired]

Diagnoses
Nipple discharge in female [N64.52]

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: (signs/symptoms or active diagnosis) | nipple discharge left breast. strong fanily histo of breast and ovarian ca |
| Is the patient pregnant? | No |

### Ferritin

Electronically signed by: **Kirby Lee Smith, MD on 07/13/16 1547** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 07/13/16 1547 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Frequency: 07/13/16 -
Diagnoses
Black stools [K92.1]

Ferritin

Electronically signed by: **Kirby Lee Smith, MD on 07/13/16 1547** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 07/13/16 1547 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD

Resulted: 07/13/16 2110, Result status: Final result

Ferritin [116856970]

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83488318 | Blood | — | 07/13/16 0000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin | 12 | 10 - 291 ng/ml | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

## All Lab and Imaging Orders and Results (continued)

### Ferritin (continued)

### Iron and TIBC

Electronically signed by: **Kirby Lee Smith, MD on 07/13/16 1547** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 07/13/16 1547 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Frequency: 07/13/16 -
Diagnoses
Black stools [K92.1]

Iron and TIBC

Electronically signed by: **Kirby Lee Smith, MD on 07/13/16 1547** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 07/13/16 1547 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD

Resulted: 07/13/16 2237, Result status: Final result

Iron and TIBC [116856971] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83488318 | Blood | — | 07/13/16 0000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 142 | 50 - 170 ug/dl | — | BOC AMB AEL |
| TIBC | 473 | 250 - 400 ug/dL | **H** | BOC AMB AEL |
| Iron Saturation | 30 | 20 - 50 % | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove<br>Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

### Progress Notes by Kirby Lee Smith, MD at 7/13/2016 2:28 PM



Liberty/Woolverton-Jones 0327

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/13/2016 2:28 PM (continued)**

| | | |
|---|---|---|
| Author: Kirby Lee Smith, MD | Service: (none) | Author Type: Physician |
| Encounter Date: 7/13/2016 | Creation Time: 7/13/2016 2:28 PM | Filed: 7/18/2016 3:54 PM |
| Status: Signed | Editor: Kirby Lee Smith, MD (Physician) | |

Related Notes: Original Note by Kirby Lee Smith, MD (Physician) filed at 7/13/2016 3:52 PM

## HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

### PATIENT IDENTIFICATION:

**Name:** Sherry Woolverton-Jones **Age:** 44 y.o. **Sex:** Female
**MRN:** 10321720 **DOB:**
**CSN:** 120038543716 **Race:** White or Caucasian [1]
**Date of Examination:** 7/13/2016

### CHIEF COMPLAINT:

Nipple discharge

### ONCOLOGY HISTORY:

*No history exists.*

### HISTORY OF PRESENT ILLNESS:

Ms. Woolverton-Jones returns earlier than scheduled with new problems. In the last week she has had a discharge from the left nipple which she describes as clear or light yellow. There has been very minimal breast tenderness. There have been 2 previous biopsies and a cyst aspiration of the left breast in the past. In addition she has begun to have discomfort in the right groin where she has had lymphadenopathy in the past. She also has problems with pain which have involved the right hip and shoulder and the right lateral chest wall where studies recently have shown 2 old rib fractures. She has not had significant shortness of breath or cough. She states that her bowel movements have been dark for the last 3 weeks. She has had no urinary tract symptoms.

kc 1808414 DT: 07/14/2016 09:56
DD: 07/13/2016 15:46

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

### PERFORMANCE STATUS:

Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/13/2016 2:28 PM (continued)**

## PATIENT DISTRESS ASSESSMENT:

## REVIEW OF SYSTEMS:

Review of Systems

## PAST MEDICAL/SURGICAL HISTORY:

### Past Medical History

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

## FAMILY HISTORY:

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/13/2016 2:28 PM (continued)**

| | |
|---|---|
| • Cancer | Paternal Grandfather |
| • Diabetes | Mother |
| • Diabetes | Father |

**SOCIAL HISTORY:**

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**

No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • [START ON 8/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • lidocaine (LIDODERM) 5 % patch | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 7/13/2016 2:28 PM (continued)**

**Filed Vitals:**

| | 07/13/16 1404 |
|---|---|
| BP: | 126/83 |
| Pulse: | 128 |
| Temp: | 98.8 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 123 lb 6.4 oz (55.974 kg) |
| SpO2: | 99% |
| PainSc: | 9 |

Physical Exam

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 07/13/16 1412 |
|---|---|---|
| WBC | K/uL | 6.97 |
| HEMOGLOBIN | g/dL | 13.0 |
| PLATELET | K/uL | 342 |

**Results from last 7 days**

| Lab | Units | 07/13/16 1411 |
|---|---|---|
| INR | | 1.8 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 07/13/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 07/13/2016 | 6.97 |
| • RBC | 07/13/2016 | 4 |
| • Hemoglobin | 07/13/2016 | 13.0 |
| • Hematocrit | 07/13/2016 | 38.3 |
| • MCV | 07/13/2016 | 85.6 |
| • MCH | 07/13/2016 | 29.0 |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/13/2016 2:28 PM (continued)**

| | | |
|---|---|---|
| • MCHC | 07/13/2016 | 33.9 |
| • RDW | 07/13/2016 | 16* |
| • Platelet | 07/13/2016 | 342 |
| • Neutrophils Segmented Pe* | 07/13/2016 | 56.8 |
| • Lymphocyte Percent | 07/13/2016 | 29.2 |
| • Monocyte Percent | 07/13/2016 | 9.0 |
| • Eosinophils Percent | 07/13/2016 | 4.0 |
| • Basophil Percent | 07/13/2016 | 1.0 |
| • Neutrophils Segmented Ab* | 07/13/2016 | 4.0 |
| • Lymphocytes Absolute, Au* | 07/13/2016 | 2.04 |
| • Monocytes Absolute, Auto* | 07/13/2016 | 0.63 |
| • Eosinophils Absolute | 07/13/2016 | 0.28 |
| • Basophils Absolute | 07/13/2016 | 0.07 |
| • INR | 07/13/2016 | 1.8 |

No results found for: IRON, TIBC, FERR

**RADIOLOGY:**

CT scan of the chest done at Methodist Germantown Hospital on 05/08/2016 showed no acute findings. A CT of the abdomen and pelvis done 04/29/2016 at Germantown Methodist Hospital demonstrated no acute findings. There was no evidence of lymphadenopathy. A bone scan done 05/16/2016 confirmed the presence of fractures of the lateral right 11th and 12th ribs.

A bone density study done 06/27/2016 confirmed the presence of osteoporosis with a T-score of the left femoral neck of -2.4 and a right femoral neck -2.5.

bp 1808427 DT: 07/14/2016 10:05
DD: 07/13/2016 15:50

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential<br>Comprehensive Metabolic Panel<br>POC Prothrombin Time |

**PLAN:**

We are going to schedule diagnostic mammograms of the breast at the Methodist Breast Center soon. In addition I begun the process of approval for Prolia. She had a hysterectomy with bilateral oophorectomy in 2003. She is currently on vitamin D 50,000 units weekly for 8 doses and will then begin a dose of 4000 international units daily. I have asked her to begin calcium with vitamin D b.i.d.

## Progress Notes (continued)

### Progress Notes by Kirby Lee Smith, MD at 7/13/2016 2:28 PM (continued)

mb 1808430 DT: 07/14/2016 10:17
DD: 07/13/2016 15:51

**DISPOSITION:**
See in 2 weeks

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
7/13/2016 2:28 PM

Electronically signed by Kirby Lee Smith, MD at 7/13/2016 3:52 PM
Electronically signed by Kirby Lee Smith, MD at 7/18/2016 3:54 PM

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

07/13/2016 1449 - Kirby Lee Smith, MD

Disposition: Return in about 2 weeks (around 7/27/2016) for cbc cmp poc inr.

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 07/13/16 1404 | | | | |
|---|---|---|---|---|---|
| Measurements | | | | | |
| Weight | 123 lb 6.4 oz (56 kg) -LG | | | | |
| Height | 5' 1" (1.549 m) -LG | | | | |
| BSA (Calculated - sq m) | 1.55 sq meters -LG | | | | |
| BMI (Calculated) | 23.3 -LG | | | | |
| Vitals | | | | | |
| BP | 126/83 -LG | | | | |
| BP Location | Left arm -LG | | | | |
| Patient Position | Sitting -LG | | | | |
| Pulse | **(!) 128** -LG | | | | |
| Resp | 18 -LG | | | | |
| Temp | 98.8 °F (37.1 °C) -LG | | | | |
| Temp src | Oral -LG | | | | |
| Pulse Oximetry | | | | | |
| SpO2 | 99 % -LG | | | | |
| Pain 2 | | | | | |
| Pain Score | Nine -LG | | | | |

### Anthropometrics

| Row Name | 07/13/16 1404 | | | | |
|---|---|---|---|---|---|
| Anthropometrics | | | | | |
| Weight Change | 0 -LG | | | | |

### Custom Formula Data

| Row Name | 07/13/16 1404 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Weight Gain Calculated in Pounds (lbs) | 123.4 -LG | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -LG | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -LG | | | | |
| Weight in (lb) to have BMI = 25 | 132 -LG | | | | |
| % Weight Change Since Birth | 0 -LG | | | | |
| kcal/kg | | | | | |
| (Retired) 20 Kcal/Kg (kcal) | 1121.82 -LG | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/13/16 1404 | | | | |
|---|---|---|---|---|---|
| (Retired) 25 Kcal/Kg (kcal) | 1402.27 -LG | | | | |
| (Retired) 30 Kcal/Kg (kcal) | 1682.73 -LG | | | | |
| (Retired) 35 Kcal/Kg (kcal) | 1963.18 -LG | | | | |
| (Retired) 40 Kcal/Kg (kcal) | 2243.64 -LG | | | | |
| (Retired) 45 Kcal/Kg (kcal) | 2524.09 -LG | | | | |
| (Retired) 50 Kcal/Kg (kcal) | 2804.55 -LG | | | | |
| **Protein (gm/kg)** | | | | | |
| 0.6 Gm Protein (gm) | 33.65 -LG | | | | |
| 0.7 Gm Protein (gm) | 39.26 -LG | | | | |
| 0.8 Gm Protein (gm) | 44.87 -LG | | | | |
| 0.9 Gm Protein (gm) | 50.48 -LG | | | | |
| 1.0 Gm Protein (gm) | 56.09 -LG | | | | |
| 1.1 Gm Protein (gm) | 61.7 -LG | | | | |
| 1.2 Gm Protein (gm) | 67.31 -LG | | | | |
| 1.3 Gm Protein (gm) | 72.92 -LG | | | | |
| 1.4 Gm Protein (gm) | 78.53 -LG | | | | |
| 1.5 Gm Protein (gm) | 84.14 -LG | | | | |
| 1.6 Gm Protein (gm) | 89.75 -LG | | | | |
| 1.7 Gm Protein (gm) | 95.35 -LG | | | | |
| 1.8 Gm Protein (gm) | 100.96 -LG | | | | |
| 1.9 Gm Protein (gm) | 106.57 -LG | | | | |
| 2.0 Gm Protein (gm) | 112.18 -LG | | | | |
| 2.1 Gm Protein (gm) | 117.79 -LG | | | | |
| 2.2 Gm Protein (gm) | 123.4 -LG | | | | |
| 2.3 Gm Protein (gm) | 129.01 -LG | | | | |



Liberty/Woolverton-Jones 0335

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/13/16 1404 |
|---|---|
| 2.4 Gm Protein (gm) | 134.62 -LG |
| 2.5 Gm Protein (gm) | 140.23 -LG |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -LG |
| Ideal Body Weight (IBW), Female | 48.55 -LG |
| (Retired) % Ideal Body Weight | 56.16 -LG |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 23.36 -LG |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 37.1 -LG |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 47.8 -LG |
| Low Range Vt 6mL/kg | 286.8 mL/kg -LG |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -LG |
| Adult High Range Vt 10mL/kg | 478 mL/kg -LG |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| LG | Lequita Glover |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Default Flowsheet Data (all recorded)

**No Flowsheet Template found**

### Encounter-Level Documents:

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 7/27/2016

Date Reviewed: **7/13/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |

### Allergies as of 7/27/2016

**Reviewed** On: **7/27/2016** By: **Lakeshia Johnson**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 127/80 | 118 | 98.7 °F (37.1 °C) (Oral) | 18 | 5' 1" (1.549 m) |

| Wt | BMI |
|---|---|
| 123 lb 11.2 oz (56.1 kg) | 23.37 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 7/27/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 7/27/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 7/27/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 7/27/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 7/27/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 7/27/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 7/27/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 7/27/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 7/27/2016**

**None**

**Occupational as of 7/27/2016**

**None**

**Socioeconomic as of 7/27/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 7/27/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 7/27/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 8/24/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking/Expired)**<br>Sig: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking.<br>Route: Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed<br>Class: No Print<br>Route: Oral | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)**<br>Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)**<br>Sig: Place 1 patch onto the skin 2 (two) times a week<br>Class: Historical Med<br>Route: Transdermal<br>Reason for Discontinue: **Therapy completed** | | | | 7/5/2018 |
| **lidocaine (LIDODERM) 5 % patch (Taking/Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Discontinued by another clinician** | | | 7/2/2016 | 8/24/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take 8 mg by mouth every 8 (eight) hours as needed for nausea<br>Class: Historical Med | | | | 11/30/2016 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night<br>Class: Print<br>Reason for Discontinue: **Cost of medication** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking)**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **lidocaine (LIDODERM) 5 % patch (Taking)**<br>Class: Historical Med | | | 7/2/2016 | 8/24/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)** | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral
Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM

### Medication Orders

No Medication Orders found

## Orders

## All Orders and Results Except Lab and Imaging

**Ambulatory referral to General Surgery**

Electronically signed by: **Kirby Lee Smith, MD on 07/27/16 1436** Status: **Discontinued**

Ordering user: Kirby Lee Smith, MD 07/27/16 1436
Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Frequency: 07/27/16 -
Discontinued by: Boc Amb Expiring Orders 12/01/16 0342 [Order Expired]

Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: Left breast nipple discharge.

## Result Summary

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 07/27/16 1426, Result status: Final result

CBC with Differential [118767506] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83547700 | Blood | Arm, Left | 07/27/16 1413 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 10.26 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 5 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 13.2 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 40.3 | 37.0 - 45.0 % | — | BOC AMB AEL |
| MCV | 88.0 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 28.9 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 32.8 | 33.0 - 36.0 g/dL | **L** | BOC AMB AEL |
| RDW | 16 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 361 | 150 - 400 K/uL | — | BOC AMB AEL |
| Neutrophils segmented percent | 77.2 | 40.0 - 74.0 % | **H** | BOC AMB AEL |
| Lymphocyte Percent | 16.6 | 20.0 - 40.0 % | **L** | BOC AMB AEL |
| Monocyte Percent | 3.4 | 5.0 - 10.0 % | **L** | BOC AMB AEL |
| Eosinophils Percent | 2.2 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.7 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 7.9 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 1.70 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.35 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.22 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.07 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Resulted: 07/27/16 1512, Result status: Final result

Comprehensive Metabolic Panel [118767507] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83547700 | Blood | Arm, Left | 07/27/16 1413 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 101.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 23 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 130.0 | 74 - 106 mg/dL | **H** | BOC AMB AEL |
| Potassium | 3.6 | 3.5 - 5.1 mEq/L | — | BOC AMB AEL |
| Calcium | 8.5 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 8.0 | 7 - 18 mg/dL | — | BOC AMB AEL |
| Creatinine | 1.0 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.8 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 85.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 25.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 26.0 | 13 - 35 U/L | — | BOC AMB AEL |
| Anion gap | 13 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 8 | % | — | BOC AMB AEL |
| Albumin | 4.2 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.2 | 0.2 - 1.0 mg/dL | — | BOC AMB AEL |
| eGFR non-African American | 68 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 79 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |
| 70+ | 75 ml/min/1.73 m2 |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744

## All Lab and Imaging Orders and Results (continued)

**Comprehensive Metabolic Panel (continued)**

MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove<br>Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

**Progress Notes by Kirby Lee Smith, MD at 7/27/2016 2:30 PM**

Author: Kirby Lee Smith, MD
Service: (none)
Author Type: Physician
Encounter Date: 7/27/2016
Creation Time: 7/27/2016 2:30 PM
Filed: 8/1/2016 8:57 AM
Status: Signed
Editor: Kirby Lee Smith, MD (Physician)
Related Notes: Original Note by Kirby Lee Smith, MD (Physician) filed at 7/27/2016 2:45 PM

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

### PATIENT IDENTIFICATION:

**Name:** Sherry Woolverton-Jones
**Age:** 44 y.o.
**Sex:** Female
**MRN:** 10321720
**DOB:**
**CSN:** 120038764500
**Race:** White or Caucasian [1]
**Date of Examination:** 7/27/2016

### CHIEF COMPLAINT:

Nipple discharge

### ONCOLOGY HISTORY:

*No history exists.*

### HISTORY OF PRESENT ILLNESS:

Ms. Jones returns as we monitor her anticoagulation and for nipple discharge. She was scheduled for a diagnostic mammogram today at the Methodist Breast Center; however, on arrival, she was told they did not have an appointment for her. On further checking that actually do have an appointment and are seeing her immediately after this visit. The nipple discharge continues. She is now scheduled for a nerve block of her back on 08/10/2017, which will require bridging with Lovenox. She has had no new symptoms.

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/27/2016 2:30 PM (continued)**

tz 1837040 DT: 07/28/2016 08:55
DD: 07/27/2016 14:38

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**

Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**PATIENT DISTRESS ASSESSMENT:**

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ).**
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/27/2016 2:30 PM (continued)**

- Stroke
- CMV (cytomegalovirus infection)
- Migraine
- Hypoglycemia
- Fungal sinusitis
- Seizure disorder
- Narcolepsy
- Loss of weight
- Enlargement of lymph nodes

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**

No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 | 4 tablet | 11 |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/27/2016 2:30 PM (continued)**

| | | | |
|---|---|---|---|
| | days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | | |
| • [START ON 8/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • lidocaine (LIDODERM) 5 % patch | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 07/27/16 1357 |
|---|---|
| BP: | 127/80 |
| Pulse: | 118 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 123 lb 11.2 oz (56.11 kg) |
| PainSc: | 9 |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/27/2016 2:30 PM (continued)**

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
**No definite mass palpable in either breast.**
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 07/27/16 1413 |
|---|---|---|
| WBC | K/uL | 10.26 |
| HEMOGLOBIN | g/dL | 13.2 |
| PLATELET | K/uL | 361 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |



Liberty/Woolverton-Jones 0351

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 7/27/2016 2:30 PM (continued)**

**Office Visit on 07/27/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 07/27/2016 | 10.26 |
| • RBC | 07/27/2016 | 5 |
| • Hemoglobin | 07/27/2016 | 13.2 |
| • Hematocrit | 07/27/2016 | 40.3 |
| • MCV | 07/27/2016 | 88.0 |
| • MCH | 07/27/2016 | 28.9 |
| • MCHC | 07/27/2016 | 32.8* |
| • RDW | 07/27/2016 | 16* |
| • Platelet | 07/27/2016 | 361 |
| • Neutrophils Segmented Pe* | 07/27/2016 | 77.2* |
| • Lymphocyte Percent | 07/27/2016 | 16.6* |
| • Monocyte Percent | 07/27/2016 | 3.4* |
| • Eosinophils Percent | 07/27/2016 | 2.2 |
| • Basophil Percent | 07/27/2016 | 0.7 |
| • Neutrophils Segmented Ab* | 07/27/2016 | 7.9 |
| • Lymphocytes Absolute, Au* | 07/27/2016 | 1.70 |
| • Monocytes Absolute, Auto* | 07/27/2016 | 0.35 |
| • Eosinophils Absolute | 07/27/2016 | 0.22 |
| • Basophils Absolute | 07/27/2016 | 0.07 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential<br>Comprehensive Metabolic Panel<br>Ambulatory referral to General Surgery |

**PLAN:**

Sherry will have her diagnostic mammogram this afternoon. We have begun the process for a consultation with Dr. Michael Berry regarding the discharge from the left breast nipple. Her INR today is only 1.3 and she states that she has not missed any doses. She has been on a schedule of 7.5 mg

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 7/27/2016 2:30 PM (continued)**

Monday, Wednesday and Friday and 5 mg remaining 4 days, so we are changing that to 5 mg Wednesdays and Sundays and 7.5 remaining 5 days. Today only she will have a 7.5 mg dose.

lgs 1837072 DT: 07/28/2016 09:23
DD: 07/27/2016 14:44

**DISPOSITION:**
See in one month

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
7/27/2016 2:37 PM

Electronically signed by Kirby Lee Smith, MD at 7/27/2016 2:45 PM
Electronically signed by Kirby Lee Smith, MD at 8/1/2016 8:57 AM

**Patient Instructions**

No notes of this type exist for this encounter.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

07/27/2016 1445 - Kirby Lee Smith, MD

Disposition: Return in about 1 month (around 8/27/2016) for cbc cmp poc inr.



Liberty/Woolverton-Jones 0353

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 07/27/16 1357 | | | | |
|---|---|---|---|---|---|
| **Measurements** | | | | | |
| Weight | 123 lb 11.2 oz (56.1 kg) -KB | | | | |
| Height | 5' 1" (1.549 m) -KB | | | | |
| BSA (Calculated - sq m) | 1.55 sq meters -KB | | | | |
| BMI (Calculated) | 23.4 -KB | | | | |
| **Vitals** | | | | | |
| BP | 127/80 -KB | | | | |
| BP Location | Right arm -KB | | | | |
| Patient Position | Sitting -KB | | | | |
| Pulse | 118 -KB | | | | |
| Resp | 18 -KB | | | | |
| Temp | 98.7 °F (37.1 °C) -KB | | | | |
| Temp src | Oral -KB | | | | |
| **Pain 2** | | | | | |
| Pain Score | Nine -KB | | | | |

### Anthropometrics

| Row Name | 07/27/16 1357 | | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Weight Change | 0 -KB | | | | |

### Custom Formula Data

| Row Name | 07/27/16 1357 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Weight Gain Calculated in Pounds (lbs) | 123.7 -KB | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -KB | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -KB | | | | |
| Weight in (lb) to have BMI = 25 | 132 -KB | | | | |
| % Weight Change Since Birth | 0 -KB | | | | |
| **kcal/kg** | | | | | |
| (Retired) 20 Kcal/Kg (kcal) | 1124.55 -KB | | | | |
| (Retired) 25 Kcal/Kg (kcal) | 1405.68 -KB | | | | |
| (Retired) 30 | 1686.82 -KB | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/27/16 1357 | | | | |
|---|---|---|---|---|---|
| Kcal/Kg (kcal) | | | | | |
| (Retired) 35 Kcal/Kg (kcal) | 1967.95 -KB | | | | |
| (Retired) 40 Kcal/Kg (kcal) | 2249.09 -KB | | | | |
| (Retired) 45 Kcal/Kg (kcal) | 2530.23 -KB | | | | |
| (Retired) 50 Kcal/Kg (kcal) | 2811.36 -KB | | | | |
| Protein (gm/kg) | | | | | |
| 0.6 Gm Protein (gm) | 33.74 -KB | | | | |
| 0.7 Gm Protein (gm) | 39.36 -KB | | | | |
| 0.8 Gm Protein (gm) | 44.98 -KB | | | | |
| 0.9 Gm Protein (gm) | 50.6 -KB | | | | |
| 1.0 Gm Protein (gm) | 56.23 -KB | | | | |
| 1.1 Gm Protein (gm) | 61.85 -KB | | | | |
| 1.2 Gm Protein (gm) | 67.47 -KB | | | | |
| 1.3 Gm Protein (gm) | 73.1 -KB | | | | |
| 1.4 Gm Protein (gm) | 78.72 -KB | | | | |
| 1.5 Gm Protein (gm) | 84.34 -KB | | | | |
| 1.6 Gm Protein (gm) | 89.96 -KB | | | | |
| 1.7 Gm Protein (gm) | 95.59 -KB | | | | |
| 1.8 Gm Protein (gm) | 101.21 -KB | | | | |
| 1.9 Gm Protein (gm) | 106.83 -KB | | | | |
| 2.0 Gm Protein (gm) | 112.45 -KB | | | | |
| 2.1 Gm Protein (gm) | 118.08 -KB | | | | |
| 2.2 Gm Protein (gm) | 123.7 -KB | | | | |
| 2.3 Gm Protein (gm) | 129.32 -KB | | | | |
| 2.4 Gm Protein (gm) | 134.95 -KB | | | | |
| 2.5 Gm Protein | 140.57 -KB | | | | |



Liberty/Woolverton-Jones 0355

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/27/16 1357 |
|---|---|
| (gm) | |
| (Retired) Ideal Body Weight (IBW) | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -KB |
| Ideal Body Weight (IBW), Female | 48.55 -KB |
| (Retired) % Ideal Body Weight | 56.29 -KB |
| (Retired) Measurements (Adult/Pediatric) | |
| (Retired) BMI (kg/m2) | 23.42 -KB |
| Relevant Labs and Vitals | |
| Temp (in Celsius) | 37.1 -KB |
| Adult IBW/VT Calculations | |
| IBW/kg (Calculated) | 47.8 -KB |
| Low Range Vt 6mL/kg | 286.8 mL/kg -KB |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -KB |
| Adult High Range Vt 10mL/kg | 478 mL/kg -KB |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| KB | Khaneja Banis, MA |

### Encounter-Level Documents - 07/27/2016:

Miscellaneous - Document on 7/25/2016 12:08 PM by Porsha Rooks : BBCF - SUMMARY REPORT - 07/20/2016 (below)

**Encounter-Level Documents - 07/27/2016: (continued)**

#10321720.

# Patient PT/INR Self-Testing Summary Report

*Report Period: May 16, 2016 - July 20, 2016*

**Patient:** WOOLVERTON-JONES, SHERRY
**Patient ID:** 1209338
**DOB:**
**Phone:**

**Physician:** SMITH, Kirby
80 Humphreys Ctr Dr Ste 330
Memphis, TN 38120
**Phone:** (901)752-6131
**Fax:** (901)752-6167

**Prescribed Patient Range**
Low Value: 2.0
High Value: 3.0
Prescribed Meter:
Test Frequency: 4 tests per month
Diagnosis: D68.52

| Date | Test Location | Test Time | INR Result | Therapeutic Range | Notification Range | Person Contacted | Date of Contact | OOR response |
|---|---|---|---|---|---|---|---|---|
| 7/19/2016 | CPS | 11:20 AM | 2.0 | [2.0 - 3.0] | [1.8 - 4.5] | | | |
| 7/12/2016 | CPS | 8:11 PM | 1.6 | [2.0 - 3.0] | [1.8 - 4.5] | Patti Pullins CXT: 7132 LVM | 7/13/2016 10:25:00 AM | |
| 7/5/2016 | CPS | 11:50 AM | 1.5 | [2.0 - 3.0] | [1.8 - 4.5] | CLOSED/FAXED | 7/5/2016 6:56:00 PM | |
| 6/26/2016 | CPS | 12:55 PM | 2.0 | [2.0 - 3.0] | [1.8 - 4.5] | | | |
| 6/21/2016 | CPS | 4:39 PM | 1.8 | [2.0 - 3.0] | [2.0 - 3.0] | LVM Patty x7132 | 6/21/2016 5:59:00 PM | |
| 6/14/2016 | CPS | 1:57 PM | 3.1 | [2.0 - 3.0] | [2.0 - 3.0] | LVM-Patty Nurse | 6/14/2016 2:59:00 PM | |
| 6/7/2016 | CPS | 1:17 PM | 3.1 | [2.0 - 3.0] | [2.0 - 3.0] | LM for Patty | 6/7/2016 3:41:00 PM | |
| 5/31/2016 | CPS | 2:06 PM | 1.7 | [2.0 - 3.0] | [1.7 - 4.6] | LVM-Patty Nurse ext 7132 | 5/31/2016 4:35:00 PM | |
| 5/24/2016 | CPS | 5:00 PM | 2.6 | [2.0 - 3.0] | [2.0 - 3.0] | | | |
| 5/17/2016 | CPS | 4:26 PM | 2.6 | [2.0 - 3.0] | [2.0 - 3.0] | | | |

NOTE: The patient results shown above are based on the most current INR parameters furnished to our company for this patient. Please notify our office as soon as possible if these parameters are inaccurate or need to be updated.

CoaguChek® Patient Services — Provided by Roche Health Solutions Inc. — Phone: 1-800 780-0675 Fax: 1-800-779-6207 — Roche

Confidential — Page 2 of 2 — Report Ran: 7/19/2016

**Encounter-Level Documents - 07/27/2016: (continued)**

# 10321720

# *Patient PT/INR Self-Testing Summary Report*

*Report Period: May 16, 2016 - July 20, 2016*

**Patient:** WOOLVERTON-JONES, SHERRY

**Patient ID:** 1209336
**DOB:**
**Phone:**

**Physician:** SMITH, Kirby
80 Humphreys Ctr Dr Ste 330
Memphis, TN 38120
**Phone:** (901)752-6131
**Fax:** (901)752-6167

**Prescribed Patient Range**
Low Value: 2.0
High Value: 3.0

Prescribed Meter:

Test Frequency: 4 tests per month

Diagnosis: D68.52

**INR History**




*INR for May 17, 2016 - July 19, 2016*

NOTE: The patient results shown above are based on the most current INR parameters furnished to our company for this patient. Please notify our office as soon as possible if these parameters are inaccurate or need to be updated.

CoaguChek Patient Services Phone: 1-800-780-0075 Fax: 1-800-779-6207 Roche

Confidential Page 1 of 2 Report Ran: 7/19/2016

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents - 07/27/2016:**

Miscellaneous - Document on 7/25/2016 12:08 PM by Porsha Rooks : BBCF - SUMMARY REPORT - 07/20/2016 (below)

#10321720.

## *Patient PT/INR Self-Testing Summary Report*

*Report Period: May 16, 2016 - July 20, 2016*

**Patient:** WOOLVERTON-JONES, SHERRY
**Patient ID:** 1209338
**DOB:**
**Phone:**

**Physician:** SMITH, Kirby
80 Humphreys Ctr Dr Ste 330
Memphis, TN 38120
**Phone:** (901)752-6131
**Fax:** (901)752-6167

**Prescribed Patient Range**
Low Value: 2.0
High Value: 3.0
Prescribed Meter:
Test Frequency: 4 tests per month
Diagnosis: D68.52

| Date | Test Location | Test Time | INR Result | Therapeutic Range | Notification Range | Person Contacted | Date of Contact | DOR response |
|---|---|---|---|---|---|---|---|---|
| 7/19/2016 | CPS | 11:20 AM | 2.0 | [2.0 - 3.0] | [1.8 - 4.5] | | | |
| 7/12/2016 | CPS | 8:11 PM | 1.6 | [2.0 - 3.0] | [1.8 - 4.5] | Patti Pullins EXT: 7132 LVM | 7/13/2016 10:25:00 AM | |
| 7/5/2016 | CPS | 11:50 AM | 1.5 | [2.0 - 3.0] | [1.8 - 4.5] | CLOSED/FAXED | 7/5/2016 6:56:00 PM | |
| 6/28/2016 | CPS | 12:55 PM | 2.0 | [2.0 - 3.0] | [1.8 - 4.5] | | | |
| 6/21/2016 | CPS | 4:39 PM | 1.8 | [2.0 - 3.0] | [2.0 - 3.0] | LVM Patty x7132 | 6/21/2016 5:59:00 PM | |
| 6/14/2016 | CPS | 1:17 PM | 3.1 | [2.0 - 3.0] | [2.0 - 3.0] | LVM-Patty Nurse | 6/14/2016 2:59:00 PM | |
| 6/7/2016 | CPS | 1:17 PM | 3.1 | [2.0 - 3.0] | [2.0 - 3.0] | LM for Patty | 6/7/2016 3:41:00 PM | |
| 5/31/2016 | CPS | 2:00 PM | 1.2 | [2.0 - 3.0] | [1.7 - 4.6] | LVM-Patty Nurse ext 7132 | 5/31/2016 4:35:00 PM | |
| 5/24/2016 | CPS | 5:00 PM | 2.0 | [2.0 - 3.0] | [2.0 - 3.0] | | | |
| 5/17/2016 | CPS | 4:26 PM | 2.6 | [2.0 - 3.0] | [2.0 - 3.0] | | | |

NOTE: The patient results shown above are based on the most current INR parameters furnished to our company for this patient. Please notify our office as soon as possible if these parameters are inaccurate or need to be updated.

*CoaguChek* Patient Services Phone 1-800-780-0675 Fax: 1-800-779-6207 Roche

**Encounter-Level Documents - 07/27/2016: (continued)**

# 10321720

# *Patient PT/INR Self-Testing Summary Report*

*Report Period: May 16, 2016 - July 20, 2016*

**Patient:** WOOLVERTON-JONES, SHERRY

**Patient ID:** 1209336
**DOB:**
**Phone:**

**Physician:** SMITH, Kirby
80 Humphreys Ctr Dr Ste 330
Memphis, TN 38120
**Phone:** (901)752-6131
**Fax:** (901)752-6167

**Prescribed Patient Range**
Low Value: 2.0
High Value: 3.0

Prescribed Meter:

Test Frequency: 4 tests per month

Diagnosis: D68.52

**INR History**




*INR for May 17, 2016 - July 19, 2016*

NOTE: The patient results shown above are based on the most current INR parameters furnished to our company for this patient. Please notify our office as soon as possible if these parameters are inaccurate or need to be updated.

CoaguChek Patient Services Phone: 1-800-780-0575 Fax: 1-800-779-6207 Roche

Confidential Page 1 of 2 Report Ran: 7/19/2016

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 8/10/2016

Date Reviewed: **8/8/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |

### Allergies as of 8/10/2016

**Reviewed** On: **8/8/2016** By: **Camilla Griffin, RT**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 8/10/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 8/10/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 8/10/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 8/10/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 8/10/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 8/10/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 8/10/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 8/10/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 8/10/2016**

**None**

**Occupational as of 8/10/2016**

**None**

**Socioeconomic as of 8/10/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 8/10/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 8/10/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | 2.50 (8/2/2016) | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 8/16/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe**<br>Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 8/5/2016 1:52 PM | 14 Syringe | 0 | 8/5/2016 | 8/18/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **lidocaine (LIDODERM) 5 % patch**<br>Class: Historical Med | | | 7/2/2016 | 8/24/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule** | | | 5/28/2016 | 7/31/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary



Liberty/Woolverton-Jones 0366

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 08/10/16 0852** Status: **Completed**
Ordering user: Cynthia Dixon, RN 08/10/16 0852 Authorized by: Historical Provider, MD
Frequency: 08/10/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [118767514] (Abnormal) Resulted: 08/09/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 08/09/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.70 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 08/10/16 0853** Status: **Completed**
Ordering user: Cynthia Dixon, RN 08/10/16 0853 Authorized by: Historical Provider, MD
Frequency: 08/10/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [118767515] (Abnormal) Resulted: 08/02/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 08/02/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.50 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |
| **Closed fracture of one rib of right side with delayed healing, subsequent encounter** | |
| **Nipple discharge in female** | |

### Problem List as of 8/24/2016

Date Reviewed: **8/8/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |

**Reviewed** On: **8/24/2016** By: **Ashley Sykes, MA**

### Allergies as of 8/24/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

## Visit Summary (continued)

### Vitals (continued)

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 113/79 | **(!) 121** | 98.8 °F (37.1 °C) (Oral) | 20 | 5' 1" (1.549 m) |

| Wt | BMI |
|---|---|
| 120 lb 1.6 oz (54.5 kg) | 22.69 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 8/24/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 8/24/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 8/24/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 8/24/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 8/24/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 8/24/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 8/24/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 8/24/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 8/24/2016**

**None**

**Occupational as of 8/24/2016**

**None**

**Socioeconomic as of 8/24/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 8/24/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 8/24/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | **1.7!** | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking/Expired)** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| Sig: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking.<br>Route: Oral | | | | |
| **warfarin (COUMADIN) 5 MG tablet (Taking)** | 45 tablet | 5 | 8/26/2015 | |
| Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed<br>Class: No Print<br>Route: Oral | | | | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet (Taking/Discontinued)** | | | | 7/5/2018 |
| Sig: Take 1 tablet by mouth one (1) time a day<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Taking/Discontinued)** | 10 Syringe | 0 | 8/18/2016 | 8/24/2016 |
| Sig: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure<br>Route: Subcutaneous<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 8/18/2016 10:28 AM | | | | |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Taking/Discontinued)**<br>Sig: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure<br>Route: Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)**<br>Sig: Place 1 patch onto the skin 2 (two) times a week<br>Class: Historical Med<br>Route: Transdermal<br>Reason for Discontinue: **Therapy completed** | | | | 7/5/2018 |
| **nortriptyline (PAMELOR) 25 MG capsule (Taking/Discontinued)**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take 8 mg by mouth every 8 (eight) hours as needed for nausea<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night<br>Class: Print<br>Reason for Discontinue: **Cost of medication** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking)**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Print | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Taking)**<br>Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 8/18/2016 10:28 AM | 10 Syringe | 0 | 8/18/2016 | 8/24/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |
| **lidocaine (LIDODERM) 5 % patch**<br>Class: Historical Med | | | 7/2/2016 | 8/24/2016 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **lidocaine (LIDODERM) 5 % patch** | Discontinued by another clinician |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Discontinued)**<br>Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |

## Medications - Medication Orders

### enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe [121780029]

Electronically signed by: **John H Powell, NP on 08/24/16 1515** Status: **Discontinued**

Ordering user: John H Powell, NP 08/24/16 1515
Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: BID 08/24/16 - 01/23/17
Discontinued by: Alaric Jones 01/23/17 1501 [Patient Discharge]

## Medications - Medication Orders (continued)

**enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe [121780029] (continued)**

Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Medication Route: Subcutaneous
Medication Dose: 60 mg
Medication Directions: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure
Priority: Routine
End Date/Time: 1/23/2017
Start Date/Time: 08/24/16 0000

**calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet [121780028]**

Electronically signed by: **Ashley Sykes, MA on 08/24/16 1501**
Status: **Discontinued**
Ordering user: Ashley Sykes, MA 08/24/16 1501
Authorized by: Historical Provider, MD
Frequency: Daily - 07/05/18
Discontinued by: Rachel Fesmire 07/05/18 1405 [Therapy completed]
Medication Route: Oral
Medication Dose: 1 tablet
Medication Directions: Take 1 tablet by mouth one (1) time a day
Priority: Routine
End Date/Time: 7/5/2018

**nortriptyline (PAMELOR) 25 MG capsule [121780027]**

Electronically signed by: **Ashley Sykes, MA on 08/24/16 1459**
Status: **Discontinued**
Ordering user: Ashley Sykes, MA 08/24/16 1459
Authorized by: Historical Provider, MD
Frequency: 08/10/16 - 11/30/16
Discontinued by: Ashley Sykes, MA 11/30/16 1022
Priority: Routine
End Date/Time: 11/30/2016
Start Date/Time: 08/10/16 0000

## Orders



Liberty/Woolverton-Jones 0377

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Lakeshia Johnson on 08/24/16 1457** Status: **Completed**
Ordering user: Lakeshia Johnson 08/24/16 1457 Authorized by: Kirby Lee Smith, MD
Frequency: 08/24/16 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 08/24/16 1456, Result status: Final result

POC Prothrombin Time [121780026]

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 08/24/16 1456 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.7 | — | — | — |

Comment: 7.5mg mon,wed,fri and 5mg aod's + 60mg of lovenox 2x a day

## Result Summary

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 08/24/16 1505, Result status: Final result

CBC with Differential [121780024] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83669938 | Blood | — | 08/24/16 1501 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.93 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 5 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 13.6 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 40.4 | 37.0 - 45.0 % | — | BOC AMB AEL |
| MCV | 85.9 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 29.0 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 33.8 | 33.0 - 36.0 g/dL | — | BOC AMB AEL |
| RDW | 16 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 314 | 150 - 400 K/uL | — | BOC AMB AEL |
| Neutrophils segmented percent | 64.2 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 24.9 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 6.3 | 5.0 - 10.0 % | — | BOC AMB AEL |
| Eosinophils Percent | 4.1 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.6 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 5.1 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 1.97 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.50 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.32 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.05 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Resulted: 08/24/16 1613, Result status: Final result

Comprehensive Metabolic Panel [121780025] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83669938 | Blood | — | 08/24/16 1501 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 99.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 26 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 106.0 | 74 - 106 mg/dL | — | BOC AMB AEL |
| Potassium | 3.4 | 3.5 - 5.1 mEq/L | **L** | BOC AMB AEL |
| Calcium | 9.1 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 11.0 | 7 - 18 mg/dL | — | BOC AMB AEL |
| Creatinine | 1.0 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.6 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 106.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 39.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 25.0 | 13 - 35 U/L | — | BOC AMB AEL |
| Anion gap | 11 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 11 | % | — | BOC AMB AEL |
| Albumin | 4.0 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.2 | 0.2 - 1.0 mg/dL | — | BOC AMB AEL |
| eGFR non-African American | 68 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 79 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |
| 70+ | 75 ml/min/1.73 m2 |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Mammography Digital Ductogram Multiple Ducts Left

Electronically signed by: **John H Powell, NP on 08/24/16 1528** Status: **Discontinued**
Ordering user: John H Powell, NP 08/24/16 1528 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: 08/24/16 - Discontinued by: Boc Amb Expiring Orders 12/01/17 0325 [Order Expired]

Diagnoses
Nipple discharge in female [N64.52]

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: (signs/symptoms or active diagnosis) | nipple drainage |
| Is the patient pregnant? | No |

### Prolactin

Electronically signed by: **John H Powell, NP on 08/24/16 1528** Status: **Completed**
Ordering user: John H Powell, NP 08/24/16 1528 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: 08/24/16 -
Diagnoses
Nipple discharge in female [N64.52]

Prolactin

Electronically signed by: **John H Powell, NP on 08/24/16 1528** Status: **Completed**
Ordering user: John H Powell, NP 08/24/16 1528 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP

Resulted: 08/24/16 2336, Result status: Final result

Prolactin [121780032]

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83670173 | Blood | — | 08/24/16 1529 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prolactin | 5.8 | 3 - 23 ng/ml | — | BOC AMB AEL |

Comment:
REFERENCE RANGE APPLIES TO CHILDREN AND ADULTS

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

## All Lab and Imaging Orders and Results (continued)

### Prolactin (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove<br>Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

### Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM

Author: John H Powell, NP　Service: (none)　Author Type: Nurse Practitioner
Encounter Date: 8/24/2016　Creation Time: 8/24/2016 3:17 PM　Filed: 8/26/2016 9:37 AM
Status: Signed　Editor: John H Powell, NP (Nurse Practitioner)
Related Notes: Original Note by John H Powell, NP (Nurse Practitioner) filed at 8/25/2016 7:46 AM
Cosigner: Kirby Lee Smith, MD at 9/1/2016 7:21 AM

**HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE**

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones**　**Age: 44 y.o.**　**Sex: Female**
**MRN: 10321720**　**DOB:**
**CSN:** 120040217234　**Race:** White or Caucasian [1]
**Date of Examination: 8/24/2016**

**CHIEF COMPLAINT:**
Hypercoagulable syndrome and Coumadin management

**HISTORY OF PRESENT ILLNESS:**
Sherry is in today to follow up multiple issues including hypercoagulable syndrome currently on Coumadin 7.5 mg 3 days a week and 5 mg 4 days a week. She stopped taking Lovenox injections yesterday. She was bridged with Lovenox during an attempt at nerve block procedure to help with right chest wall pain associated with some fractured ribs. That did provide some pain relief for about 10 days but that has since recurred. She has had no relief from her right shoulder and right hip pain. She remains off work. She is not having any bleeding or bruising issues. She continues to have left nipple discharge with clear fluid. She has seen Dr. Roy Oswaks who reviewed her mammograms with her and felt that the drainage was from a cyst or several cysts and recommended followup in February of next year unless the drainage becomes bloody or she develops other symptoms. Of note she states that her mother has a history of a pituitary tumor.

lgs 1897106 DT: 08/25/2016 15:00
DD: 08/24/2016 15:32



Liberty/Woolverton-Jones 0382

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM (continued)**

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

**PATIENT DISTRESS ASSESSMENT:**
Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Insurance/Financial |
| **Family Problems:** | None |
| **Emotional Problems:** | Worry |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

**REVIEW OF SYSTEMS:**
Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias **(Right shoulder and hip.)**.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)**.

**PAST MEDICAL/SURGICAL HISTORY:**
**Past Medical History**

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM (continued)**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**

No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take | 4 tablet | 11 |

## Progress Notes (continued)

**Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM (continued)**

| | | | |
|---|---|---|---|
| | with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | | |
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • [START ON 10/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe | Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure | 10 Syringe | 1 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • nortriptyline (PAMELOR) 25 MG capsule | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 08/24/16 1441 |
|---|---|
| BP: | 113/79 |
| Pulse: | 121 |
| Temp: | 98.8 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 20 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 120 lb 1.6 oz (54.477 kg) |

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM (continued)**

PainSc: 9

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
**No definite mass palpable in either breast.**
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 08/24/16 1501 |
|---|---|---|
| WBC | K/uL | 7.93 |
| HEMOGLOBIN | g/dL | 13.6 |
| PLATELET | K/uL | 314 |

**Results from last 7 days**

| Lab | Units | 08/24/16 1456 |
|---|---|---|
| INR | | 1.7 |

## Progress Notes (continued)

**Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM (continued)**

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 08/24/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 08/24/2016 | 7.93 |
| • RBC | 08/24/2016 | 5 |
| • Hemoglobin | 08/24/2016 | 13.6 |
| • Hematocrit | 08/24/2016 | 40.4 |
| • MCV | 08/24/2016 | 85.9 |
| • MCH | 08/24/2016 | 29.0 |
| • MCHC | 08/24/2016 | 33.8 |
| • RDW | 08/24/2016 | 16* |
| • Platelet | 08/24/2016 | 314 |
| • Neutrophils Segmented Pe* | 08/24/2016 | 64.2 |
| • Lymphocyte Percent | 08/24/2016 | 24.9 |
| • Monocyte Percent | 08/24/2016 | 6.3 |
| • Eosinophils Percent | 08/24/2016 | 4.1 |
| • Basophil Percent | 08/24/2016 | 0.6 |
| • Neutrophils Segmented Ab* | 08/24/2016 | 5.1 |
| • Lymphocytes Absolute, Au* | 08/24/2016 | 1.97 |
| • Monocytes Absolute, Auto* | 08/24/2016 | 0.50 |
| • Eosinophils Absolute | 08/24/2016 | 0.32 |
| • Basophils Absolute | 08/24/2016 | 0.05 |
| • INR | 08/24/2016 | 1.7 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Digital mammogram and ultrasound of the breasts bilaterally dated 07/27/2016 shows multiple cysts with no other significant abnormalities.

lgs 1897121 DT: 08/25/2016 15:01
DD: 08/24/2016 15:36

**Progress Notes (continued)**

**Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM (continued)**

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| **1.** | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time**<br>**enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** |
| 2. | Closed fracture of one rib of right side with delayed healing, subsequent encounter | S22.31XG | V54.19 | |
| 3. | Nipple discharge in female | N64.52 | 611.79 | Mammography Digital Ductogram Multiple Ducts Left<br>Prolactin<br>Prolactin |

**PLAN:**

She will adjust her dose of Coumadin such that she is taking 7.5 mg 4 days a week and 5 mg 3 days a week. She will take 10 mg today only. She will recheck her INR at home next Tuesday as she usually does and report those results to our office. I have refilled her Lovenox 60 mg subcutaneously twice daily. She will return here in 1 month for followup.

sr 1897125 DT: 08/25/2016 15:08
DD: 08/24/2016 15:36
I will schedule galactogram and check prolactin level for further evaluation of her left breast drainage.

sr 1897126 DT: 08/25/2016 15:01
DD: 08/24/2016 15:37

**DISPOSITION:**

Return in about 1 month (around 9/24/2016).

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
8/24/2016 3:31 PM
I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

## Progress Notes (continued)

### Progress Notes by John H Powell, NP at 8/24/2016 3:17 PM (continued)

Electronically signed by John H Powell, NP at 8/25/2016 7:46 AM
Electronically signed by John H Powell, NP at 8/26/2016 9:37 AM
Electronically signed by Kirby Lee Smith, MD at 9/1/2016 7:21 AM

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

08/24/2016 1517 - John H Powell, NP

Disposition: Return in about 1 month (around 9/24/2016).

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 08/24/16 1441 | | | | |
|---|---|---|---|---|---|
| Measurements | | | | | |
| Weight | 120 lb 1.6 oz (54.5 kg) -LJ | | | | |
| Height | 5' 1" (1.549 m) -LJ | | | | |
| BSA (Calculated - sq m) | 1.53 sq meters -LJ | | | | |
| BMI (Calculated) | 22.7 -LJ | | | | |
| Vitals | | | | | |
| BP | 113/79 -LJ | | | | |
| BP Location | Right arm -LJ | | | | |
| Patient Position | Sitting -LJ | | | | |
| Pulse | **(!) 121** -LJ | | | | |
| Resp | 20 -LJ | | | | |
| Temp | 98.8 °F (37.1 °C) -LJ | | | | |
| Temp src | Oral -LJ | | | | |
| Pain 2 | | | | | |
| Pain Score | Nine -LJ | | | | |
| Wong-Baker FACES Pain Rating 2 | 8 -LJ | | | | |

### Anthropometrics

| Row Name | 08/24/16 1441 | | | | |
|---|---|---|---|---|---|
| Anthropometrics | | | | | |
| Weight Change | 0 -LJ | | | | |

### Custom Formula Data

| Row Name | 08/24/16 1441 | | | | |
|---|---|---|---|---|---|
| (Retired) Ideal Body Weight (IBW) | | | | | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -LJ | | | | |
| Ideal Body Weight (IBW), Female | 48.55 -LJ | | | | |
| (Retired) % Ideal Body Weight | 54.66 -LJ | | | | |
| OTHER | | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -LJ | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -LJ | | | | |
| Weight in (lb) to | 132 -LJ | | | | |



Liberty/Woolverton-Jones 0390

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 08/24/16 1441 |
|---|---|
| have BMI = 25 | |
| Weight Gain Calculated in Pounds (lbs) | 120.1 -LJ |
| Suggested ETT Size (if needed) | 15 mm -LJ |
| % Weight Change Since Birth | 0 -LJ |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 47.8 -LJ |
| Low Range Vt 6mL/kg | 286.8 mL/kg -LJ |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -LJ |
| Adult High Range Vt 10mL/kg | 478 mL/kg -LJ |
| **kcal/kg** | |
| (Retired) 20 Kcal/Kg (kcal) | 1091.82 -LJ |
| (Retired) 25 Kcal/Kg (kcal) | 1364.77 -LJ |
| (Retired) 30 Kcal/Kg (kcal) | 1637.73 -LJ |
| (Retired) 35 Kcal/Kg (kcal) | 1910.68 -LJ |
| (Retired) 40 Kcal/Kg (kcal) | 2183.64 -LJ |
| (Retired) 45 Kcal/Kg (kcal) | 2456.59 -LJ |
| (Retired) 50 Kcal/Kg (kcal) | 2729.55 -LJ |
| **Protein (gm/kg)** | |
| 0.6 Gm Protein (gm) | 32.75 -LJ |
| 0.7 Gm Protein (gm) | 38.21 -LJ |
| 0.8 Gm Protein (gm) | 43.67 -LJ |
| 0.9 Gm Protein (gm) | 49.13 -LJ |
| 1.0 Gm Protein (gm) | 54.59 -LJ |
| 1.1 Gm Protein (gm) | 60.05 -LJ |



Liberty/Woolverton-Jones 0391

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 08/24/16 1441 | | | | |
|---|---|---|---|---|---|
| 1.2 Gm Protein (gm) | 65.51 -LJ | | | | |
| 1.3 Gm Protein (gm) | 70.97 -LJ | | | | |
| 1.4 Gm Protein (gm) | 76.43 -LJ | | | | |
| 1.5 Gm Protein (gm) | 81.89 -LJ | | | | |
| 1.6 Gm Protein (gm) | 87.35 -LJ | | | | |
| 1.7 Gm Protein (gm) | 92.8 -LJ | | | | |
| 1.8 Gm Protein (gm) | 98.26 -LJ | | | | |
| 1.9 Gm Protein (gm) | 103.72 -LJ | | | | |
| 2.0 Gm Protein (gm) | 109.18 -LJ | | | | |
| 2.1 Gm Protein (gm) | 114.64 -LJ | | | | |
| 2.2 Gm Protein (gm) | 120.1 -LJ | | | | |
| 2.3 Gm Protein (gm) | 125.56 -LJ | | | | |
| 2.4 Gm Protein (gm) | 131.02 -LJ | | | | |
| 2.5 Gm Protein (gm) | 136.48 -LJ | | | | |
| (Retired) Measurements (Adult/Pediatric) | | | | | |
| (Retired) BMI (kg/m2) | 22.74 -LJ | | | | |
| Relevant Labs and Vitals | | | | | |
| Temp (in Celsius) | 37.1 -LJ | | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| LJ | Lakeshia Johnson |

### Encounter-Level Documents - 08/24/2016:

Miscellaneous - Document on 8/10/2016 11:38 AM by Porsha Rooks : BBCF - CORRESPONDENCE - 07/14/2016 (below)

## Encounter-Level Documents - 08/24/2016: (continued)

of Tennessee
1 Cameron Hill Circle
Chattanooga, TN 37402
bcbst.com

# 10321720

July 14, 2016

DR. KIRBY L SMITH
80 HUMPHREYS CENTER DR
STE 330
MEMPHIS TN 38120-2363

| | |
|---|---|
| Member: | SHERRY WOOLVERTON-JONES |
| Member ID: | 906366226 00 |
| Date of Birth: | |
| Reference ID: | 397351564 |
| Dates of Service: | 7/13/2016 - 7/12/2017 |
| Provider: | Smith, Dr. Kirby L |
| MEDREC: | CC655 |

Dear Provider:

BlueCross BlueShield of Tennessee reviewed a request for prior authorization for HCPCS code J0897- Denosumab (Prolia) injection.

Based on the information we received, the following decision was made:

Deny the request for HCPCS code J0897- Denosumab (Prolia) injection for the treatment of osteoporosis (disease with decreased bone strength) per BlueCross BlueShield of Tennessee Medical Policy for Denosumab. This member does not meet the guidelines because we did not receive documentation that she is postmenopausal, is at high risk for fracture (e.g., history of osteoporotic fracture, multiple risk factors for fracture, and has failed or intolerant to other available osteoporosis therapy, including an oral bisphosphonate (e.g., Fosamax, Actonel, Boniva, Atelvia, Didronel, and Skelid).

To receive a copy of the clinical review criteria used for this decision, please call 1-800-924-7141.

If you are a BlueCross network provider and provide services that did not receive prior authorization or meet Medical Necessity criteria according to our guidelines, the member may not be financially liable for the charges. However, if you obtained an *Acknowledgement of Financial Responsibility for the Cost of Services* form for the **specific** procedure and any related services, which the member signed before services were rendered, the member may be held liable. If the member receives services out of network, his or her health plan benefits may be reduced.

If you are not satisfied with this decision, please contact BlueCross' Utilization Management at 1-800-924-7141 to provide additional clinical information.

You can have a peer-to-peer discussion any time before providing services or filing an appeal. If you have completed a peer-to-peer discussion and are not satisfied with the decision, you may request an appeal by following the Provider Dispute Resolution Procedure outlined in the *BlueCross BlueShield of Tennessee Provider Administration Manual* available at bcbst.com.

If you are a provider outside of Tennessee, provided services and filed a claim, please send this request to your local BlueCross plan.

If you are a Tennessee provider and are not satisfied with this decision, you may file a provider appeal by sending a written request, along with the supporting documentation, a copy of this letter and any pertinent medical information to:

BlueCross BlueShield of Tennessee
Commercial Appeals/Retrospective Claims Review
1 Cameron Hill Circle, Suite 0017

000350

BlueCross BlueShield of Tennessee, Inc., an Independent Licensee of the BlueCross BlueShield Association
AND D.UF2- HCS Auc Deny-One Prov-bat – February 2016 619618010500009230101

## Order-Level Documents:

There are no order-level documents.

## Default Flowsheet Data (all recorded)

**No Flowsheet Template found**

## Encounter-Level Documents - 08/24/2016:

Miscellaneous - Document on 8/10/2016 11:38 AM by Porsha Rooks : BBCF - CORRESPONDENCE - 07/14/2016 (below)

of Tennessee
1 Cameron Hill Circle
Chattanooga TN 37402
bcbst.com

# 10321720

July 14, 2016

DR. KIRBY L SMITH
80 HUMPHREYS CENTER DR
STE 330
MEMPHIS TN 38120-2363

| | |
|---|---|
| Member: | SHERRY WOOLVERTON-JONES |
| Member ID: | 906366226 00 |
| Date of Birth: | |
| Reference ID: | 397351564 |
| Dates of Service: | 7/13/2016 - 7/12/2017 |
| Provider: | Smith, Dr. Kirby L |
| MEDREC: | CC655 |

Dear Provider:

BlueCross BlueShield of Tennessee reviewed a request for prior authorization for HCPCS code J0897- Denosumab (Prolia) injection.

Based on the information we received, the following decision was made:

Deny the request for HCPCS code J0897- Denosumab (Prolia) injection for the treatment of osteoporosis (disease with decreased bone strength) per BlueCross BlueShield of Tennessee Medical Policy for Denosumab. This member does not meet the guidelines because we did not receive documentation that she is postmenopausal, is at high risk for fracture (e.g., history of osteoporotic fracture, multiple risk factors for fracture, and has failed or intolerant to other available osteoporosis therapy, including an oral bisphosphonate (e.g., Fosamax, Actonel, Boniva, Atelvia, Didronel, and Skelid).

To receive a copy of the clinical review criteria used for this decision, please call 1-800-924-7141.

If you are a BlueCross network provider and provide services that did not receive prior authorization or meet Medical Necessity criteria according to our guidelines, the member may not be financially liable for the charges. However, if you obtained an *Acknowledgement of Financial Responsibility for the Cost of Services* form for the **specific** procedure and any related services, which the member signed before services were rendered, the member may be held liable. If the member receives services out of network, his or her health plan benefits may be reduced.

If you are not satisfied with this decision, please contact BlueCross' Utilization Management at 1-800-924-7141 to provide additional clinical information.

You can have a peer-to-peer discussion any time before providing services or filing an appeal. If you have completed a peer-to-peer discussion and are not satisfied with the decision, you may request an appeal by following the Provider Dispute Resolution Procedure outlined in the *BlueCross BlueShield of Tennessee Provider Administration Manual* available at bcbst.com.

If you are a provider outside of Tennessee, provided services and filed a claim, please send this request to your local BlueCross plan.

If you are a Tennessee provider and are not satisfied with this decision, you may file a provider appeal by sending a written request, along with the supporting documentation, a copy of this letter and any pertinent medical information to:

BlueCross BlueShield of Tennessee
Commercial Appeals/Retrospective Claims Review
1 Cameron Hill Circle, Suite 0017

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 8/30/2016

Date Reviewed: **8/8/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |

**Reviewed** On: **8/24/2016** By: **Ashley Sykes, MA**

### Allergies as of 8/30/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 8/30/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 8/30/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 8/30/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 8/30/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 8/30/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 8/30/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 8/30/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 8/30/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 8/30/2016**

**None**

**Occupational as of 8/30/2016**

**None**

**Socioeconomic as of 8/30/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Anticoagulation Summary** As of 8/30/2016

INR goal: 2.0-3.0

Indications

**Anticoagulation Summary (continued)** As of 8/30/2016

| | | |
|---|---|---|
| TTR: | — | Primary hypercoagulable state [D68.59] |
| Today's INR: | 2.80 | |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days | |
| Weekly warfarin total: | 47.5 mg | |
| No change documented: | Cynthia Dixon, RN | |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) | |
| Next INR check: | 9/6/2016 | |
| Target end date: | | |

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe**<br>Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: 3 grams twice at night<br>Class: Print | | | | |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 08/30/16 1408** Status: **Completed**
Ordering user: Cynthia Dixon, RN 08/30/16 1408 Authorized by: Historical Provider, MD
Frequency: 08/30/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [121780033] (Abnormal) Resulted: 08/30/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 08/30/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.80 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.



Liberty/Woolverton-Jones 0402

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |
| **Osteoporosis** | |

### Problem List as of 9/26/2016

Date Reviewed: **9/26/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |

### Allergies as of 9/26/2016

**Reviewed** On: **9/26/2016** By: **Kirby Lee Smith, MD**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

## Visit Summary (continued)

### Vitals (continued)

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 112/73 | 118 | 98.9 °F (37.2 °C) (Oral) | 20 | 5' 1" (1.549 m) |

| Wt | BMI |
|---|---|
| 128 lb 12.8 oz (58.4 kg) | 24.34 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 9/26/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 9/26/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 9/26/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 9/26/2016 (continued)**

**Family Status as of 9/26/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 9/26/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 9/26/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 9/26/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 9/26/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 9/26/2016**

**None**

**Occupational as of 9/26/2016**

**None**

**Socioeconomic as of 9/26/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 9/26/2016 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 9/26/2016

INR goal: 2.0-3.0
TTR: —
Today's INR: 3.0
Warfarin maintenance plan: 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days
Weekly warfarin total: 47.5 mg
Plan last modified: Kirby Lee Smith, MD (3/14/2016)
Next INR check: 10/24/2016
Target end date:

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

INR check location: Home Draw
Preferred lab:
Send INR reminders to:
Comments:

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 45 tablet | 5 | 8/26/2015 | |
| Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | | | | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet** | | | | 7/5/2018 |
| Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | | | | |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch** | | | | 7/5/2018 |
| Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders



Liberty/Woolverton-Jones 0409

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Alaric Jones on 09/26/16 1414** Status: **Completed**
Ordering user: Alaric Jones 09/26/16 1414 Authorized by: Historical Provider, MD
Frequency: 09/26/16 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 09/26/16 1414, Result status: Final result

POC Prothrombin Time [127126457]

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 09/26/16 1414 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 3.0 | — | — | — |

Comment: 7.5mg M,F; 5mg all other days

## Result Summary

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 09/26/16 1430, Result status: Final result

CBC with Differential [127126455] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83805356 | Blood | — | 09/26/16 1405 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.32 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 4 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 11.8 | 12.0 - 16.0 g/dL | **L** | BOC AMB AEL |
| Hematocrit | 35.4 | 37.0 - 45.0 % | **L** | BOC AMB AEL |
| MCV | 87.4 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 29.1 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 33.3 | 33.0 - 36.0 g/dL | — | BOC AMB AEL |
| RDW | 17 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 342 | 150 - 400 K/uL | — | BOC AMB AEL |
| Neutrophils segmented percent | 59.6 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 28.8 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 5.6 | 5.0 - 10.0 % | — | BOC AMB AEL |
| Eosinophils Percent | 5.2 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.9 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 5.6 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 2.67 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.52 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.48 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.08 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 09/26/16 1522, Result status: Final result

Comprehensive Metabolic Panel [127126456] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83805356 | Blood | — | 09/26/16 1405 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 104.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 25 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 96.0 | 74 - 106 mg/dL | — | BOC AMB AEL |
| Potassium | 4.1 | 3.5 - 5.1 mEq/L | — | BOC AMB AEL |
| Calcium | 8.4 | 8.5 - 10.1 mg/dL | **L** | BOC AMB AEL |
| BUN | 17.0 | 7 - 18 mg/dL | — | BOC AMB AEL |
| Creatinine | 1.0 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.1 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 128.0 | 46 - 116 U/L | **H** | BOC AMB AEL |
| ALT | 74.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 64.0 | 13 - 35 U/L | **H** | BOC AMB AEL |
| Anion gap | 12 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 17 | % | — | BOC AMB AEL |
| Albumin | 3.5 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.1 | 0.2 - 1.0 mg/dL | **L** | BOC AMB AEL |
| eGFR non-African American | 68 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 79 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |
| 70+ | 75 ml/min/1.73 m2 |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Vitamin D 25 Hydroxy

Electronically signed by: **Kirby Lee Smith, MD on 09/26/16 1428** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 09/26/16 1428 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Frequency: 09/26/16 -
Diagnoses
Osteoporosis [M81.0]

Vitamin D 25 Hydroxy

Electronically signed by: **Kirby Lee Smith, MD on 09/26/16 1428** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 09/26/16 1428 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD

Resulted: 09/27/16 0207, Result status: Final result

Vitamin D 25 Hydroxy [127126459]

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83805405 | Blood | — | 09/26/16 0000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin D 25-OH | 30 | SEE BELOW ng/mL | — | BOC AMB AEL |

Comment:

**INTERPRETIVE RANGES**
PEDIATRIC(<17 YEARS) 20-100 ng/mL
ADULT:
INSUFFICIENT <20 ng/mL
SUBOPTIMAL 20-29 ng/mL
OPTIMAL 30-100 ng/mL

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

## All Lab and Imaging Orders and Results (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove<br>Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

**Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM**

Author: Kirby Lee Smith, MD    Service: (none)    Author Type: Physician
Encounter Date: 9/26/2016    Creation Time: 10/11/2016 9:44 AM    Filed: 10/13/2016 7:55 AM
Status: Signed    Editor: Kirby Lee Smith, MD (Physician)
Related Notes: Original Note by Kirby Lee Smith, MD (Physician) filed at 10/11/2016 10:05 AM

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

### PATIENT IDENTIFICATION:

**Name:** Sherry Woolverton-Jones    **Age:** 45 y.o.    **Sex:** Female
**MRN:** 10321720    **DOB:** 9/20/1971
**CSN:** 120044333123    **Race:** White or Caucasian [1]
**Date of Examination:** 10/11/2016

### CHIEF COMPLAINT:

Follow up for hypercoagulable syndrome and coumadin management

### ONCOLOGY HISTORY:

*No history exists.*

### HISTORY OF PRESENT ILLNESS:

Sherry returns in followup for multiple issues. She had a nerve block recently for right chest pain during which time she was bridged with Lovenox and is now back on Coumadin. She achieved about 10 days of pain relief and then recurrence to its previous level. A 2nd block is scheduled for 10/13/2014.. She also is having some pain in right hip and her shoulders of approximately 1 year's duration under the observation of Campbell Clinic. She is still having some slight drainage from her left breast and has a galactogram scheduled in 48 hours. Her energy is poor. She is having difficulty sleeping. She has had no cough or fever, no response complaints.

gh 1996293 DT: 10/11/2016 17:12

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM (continued)**

DD: 10/11/2016 09:49

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**

Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**PATIENT DISTRESS ASSESSMENT:**

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias **(Right shoulder and hip.)**.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)**.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM (continued)**

- Clotting disorder
- Stroke
- CMV (cytomegalovirus infection)
- Migraine
- Hypoglycemia
- Fungal sinusitis
- Seizure disorder
- Narcolepsy
- Loss of weight
- Enlargement of lymph nodes

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**

No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM (continued)**

| | | | |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe | Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure | 10 Syringe | 1 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • nortriptyline (PAMELOR) 25 MG capsule | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM (continued)**

**Filed Vitals:**

| | 09/26/16 1400 |
|---|---|
| BP: | 112/73 |
| Pulse: | 118 |
| Temp: | 98.9 °F (37.2 °C) |
| TempSrc: | Oral |
| Resp: | 20 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 128 lb 12.8 oz (58.423 kg) |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance and acutely uncomfortable looking.**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

**No definite mass palpable in either breast.**

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

Invalid input(s): POCOCC

**Lab Results**

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM (continued)**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 09/26/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 09/26/2016 | 9.32 |
| • RBC | 09/26/2016 | 4 |
| • Hemoglobin | 09/26/2016 | 11.8* |
| • Hematocrit | 09/26/2016 | 35.4* |
| • MCV | 09/26/2016 | 87.4 |
| • MCH | 09/26/2016 | 29.1 |
| • MCHC | 09/26/2016 | 33.3 |
| • RDW | 09/26/2016 | 17* |
| • Platelet | 09/26/2016 | 342 |
| • Neutrophils Segmented Pe* | 09/26/2016 | 59.6 |
| • Lymphocyte Percent | 09/26/2016 | 28.8 |
| • Monocyte Percent | 09/26/2016 | 5.6 |
| • Eosinophils Percent | 09/26/2016 | 5.2 |
| • Basophil Percent | 09/26/2016 | 0.9 |
| • Neutrophils Segmented Ab* | 09/26/2016 | 5.6 |
| • Lymphocytes Absolute, Au* | 09/26/2016 | 2.67 |
| • Monocytes Absolute, Auto* | 09/26/2016 | 0.52 |
| • Eosinophils Absolute | 09/26/2016 | 0.48 |
| • Basophils Absolute | 09/26/2016 | 0.08 |
| • Sodium | 09/26/2016 | 141.0 |
| • Chloride | 09/26/2016 | 104.0 |
| • CO2 | 09/26/2016 | 25 |
| • Glucose | 09/26/2016 | 96.0 |
| • Potassium | 09/26/2016 | 4.1 |
| • Calcium | 09/26/2016 | 8.4* |
| • BUN | 09/26/2016 | 17.0 |
| • Creatinine | 09/26/2016 | 1.0 |
| • Total Protein | 09/26/2016 | 7.1 |
| • ALP | 09/26/2016 | 128.0* |
| • ALT | 09/26/2016 | 74.0 |
| • AST | 09/26/2016 | 64.0* |
| • Anion Gap | 09/26/2016 | 12 |
| • BUN / Creatinine, Mass R* | 09/26/2016 | 17 |
| • Albumin | 09/26/2016 | 3.5 |
| • Globulin Total | 09/26/2016 | 4 |
| • Albumin / Globulin, Mass* | 09/26/2016 | 1 |
| • Total Bilirubin | 09/26/2016 | 0.1* |
| • GFR non-African American | 09/26/2016 | 68 |
| • GFR African American | 09/26/2016 | 79 |
| • INR | 09/26/2016 | 3.0 |

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM (continued)**

- Vitamin D 25-OH 09/26/2016 30

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential<br>Comprehensive Metabolic Panel<br>POC Prothrombin Time |
| 2. | Osteoporosis | M81.0 | 733.00 | Vitamin D 25 Hydroxy<br>Vitamin D 25 Hydroxy |

**PLAN:**

The INR of 3 today is satisfactory, so she will continue her present Coumadin schedule of 7.5 mg Monday and Friday and 5 mg remaining days. She is aware that we will need to bridge with Lovenox if additional procedures are carried out. Her recent ferritin level was low at 12 so we are placing her on ferrous sulfate 325 mg b.i.d. We are also adding vitamin D 4000 units daily. A bone density in 6/2016 demonstrated osteoporosis.

am 1996318 DT: 10/11/2016 17:05
DD: 10/11/2016 09:55

**DISPOSITION:**

Return in about 1 month (around 10/26/2016) for cbc cmp poc inr.

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
10/11/2016 9:44 AM

## Progress Notes (continued)

### Progress Notes by Kirby Lee Smith, MD at 10/11/2016 9:44 AM (continued)

Electronically signed by Kirby Lee Smith, MD at 10/11/2016 10:05 AM
Electronically signed by Kirby Lee Smith, MD at 10/13/2016 7:55 AM

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

09/26/2016 1437 - Kirby Lee Smith, MD

Disposition: Return in about 1 month (around 10/26/2016) for cbc cmp poc inr.

## Flowsheets (all recorded)

### Anthropometrics

| Row Name | 09/26/16 1400 | | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Weight Change | 0 -AJ | | | | |

### Custom Formula Data

| Row Name | 09/26/16 1400 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Weight Gain Calculated in Pounds (lbs) | 128.8 -AJ | | | | |
| Suggested ETT Size (if needed) | 15.25 mm -AJ | | | | |
| BSA (Calculated - sq m) | 1.59 sq meters -AJ | | | | |
| BMI (Calculated) | 24.3 -AJ | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -AJ | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -AJ | | | | |
| Weight in (lb) to have BMI = 25 | 132 -AJ | | | | |
| % Weight Change Since Birth | 0 -AJ | | | | |
| **kcal/kg** | | | | | |
| (Retired) 20 Kcal/Kg (kcal) | 1170.91 -AJ | | | | |
| (Retired) 25 Kcal/Kg (kcal) | 1463.64 -AJ | | | | |
| (Retired) 30 Kcal/Kg (kcal) | 1756.36 -AJ | | | | |
| (Retired) 35 Kcal/Kg (kcal) | 2049.09 -AJ | | | | |
| (Retired) 40 Kcal/Kg (kcal) | 2341.82 -AJ | | | | |
| (Retired) 45 Kcal/Kg (kcal) | 2634.55 -AJ | | | | |
| (Retired) 50 Kcal/Kg (kcal) | 2927.27 -AJ | | | | |
| **Protein (gm/kg)** | | | | | |
| 0.6 Gm Protein (gm) | 35.13 -AJ | | | | |
| 0.7 Gm Protein (gm) | 40.98 -AJ | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 09/26/16 1400 |
|---|---|
| 0.8 Gm Protein (gm) | 46.84 -AJ |
| 0.9 Gm Protein (gm) | 52.69 -AJ |
| 1.0 Gm Protein (gm) | 58.55 -AJ |
| 1.1 Gm Protein (gm) | 64.4 -AJ |
| 1.2 Gm Protein (gm) | 70.25 -AJ |
| 1.3 Gm Protein (gm) | 76.11 -AJ |
| 1.4 Gm Protein (gm) | 81.96 -AJ |
| 1.5 Gm Protein (gm) | 87.82 -AJ |
| 1.6 Gm Protein (gm) | 93.67 -AJ |
| 1.7 Gm Protein (gm) | 99.53 -AJ |
| 1.8 Gm Protein (gm) | 105.38 -AJ |
| 1.9 Gm Protein (gm) | 111.24 -AJ |
| 2.0 Gm Protein (gm) | 117.09 -AJ |
| 2.1 Gm Protein (gm) | 122.95 -AJ |
| 2.2 Gm Protein (gm) | 128.8 -AJ |
| 2.3 Gm Protein (gm) | 134.65 -AJ |
| 2.4 Gm Protein (gm) | 140.51 -AJ |
| 2.5 Gm Protein (gm) | 146.36 -AJ |
| (Retired) Ideal Body Weight (IBW) | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -AJ |
| Ideal Body Weight (IBW), Female | 48.55 -AJ |
| (Retired) % Ideal Body Weight | 58.62 -AJ |
| (Retired) Measurements (Adult/Pediatric) | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 09/26/16 1400 |
|---|---|
| (Retired) BMI (kg/m2) | 24.39 -AJ |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 37.2 -AJ |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 47.8 -AJ |
| Low Range Vt 6mL/kg | 286.8 mL/kg -AJ |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -AJ |
| Adult High Range Vt 10mL/kg | 478 mL/kg -AJ |

### Encounter Vitals

| Row Name | 09/26/16 1400 |
|---|---|
| **Enc Vitals** | |
| BP | 112/73 -AJ |
| Pulse | 118 -AJ |
| Resp | 20 -AJ |
| Temp | 98.9 °F (37.2 °C) -AJ |
| Temp src | Oral -AJ |
| Weight | 128 lb 12.8 oz (58.4 kg) -AJ |
| Height | 5' 1" (1.549 m) -AJ |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| AJ | Alaric Jones |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Default Flowsheet Data (all recorded)

**No Flowsheet Template found**

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

**Order-Level Documents: (continued)**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 9/28/2016

Date Reviewed: **9/26/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |

**Reviewed** On: **9/26/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 9/28/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 9/28/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 9/28/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 9/28/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 9/28/2016 (continued)**

**Family Status as of 9/28/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 9/28/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 9/28/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 9/28/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 9/28/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 9/28/2016**

**None**

**Occupational as of 9/28/2016**

**None**

**Socioeconomic as of 9/28/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 9/28/2016 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 9/28/2016

| | |
|---|---|
| INR goal: | 2.0-3.0 |
| TTR: | — |
| Today's INR: | 3.00 (9/27/2016) |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days |
| Weekly warfarin total: | 47.5 mg |
| No change documented: | Cynthia Dixon, RN |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) |
| Next INR check: | 10/3/2016 |
| Target end date: | |

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |

Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet** | 45 tablet | 5 | 8/26/2015 | |

Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral
Class: No Print

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet** | | | | 7/5/2018 |

Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral
Class: Historical Med

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |

Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral
Class: Print

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |

Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch** | | | | 7/5/2018 |

Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 09/28/16 1447** Status: **Completed**
Ordering user: Cynthia Dixon, RN 09/28/16 1447 Authorized by: Historical Provider, MD
Frequency: 09/28/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 09/27/16 0000, Result status: Final result

Protime-INR [127126460] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 09/27/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 3.00 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 10/13/2016

Date Reviewed: **10/11/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |

**Reviewed** On: **10/11/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 10/13/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 10/13/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 10/13/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 10/13/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 10/13/2016 (continued)**

**Family Status as of 10/13/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 10/13/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 10/13/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 10/13/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 10/13/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 10/13/2016**

**None**

**Occupational as of 10/13/2016**

**None**

**Socioeconomic as of 10/13/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 10/13/2016 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 10/13/2016

| | |
|---|---|
| INR goal: | 2.0-3.0 |
| TTR: | — |
| Today's INR: | 2.30 (10/11/2016) |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days |
| Weekly warfarin total: | 47.5 mg |
| No change documented: | Cynthia Dixon, RN |
| Plan last modified: | Kirby Lee Smith, MD (3/14/2016) |
| Next INR check: | 10/18/2016 |
| Target end date: | |

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 45 tablet | 5 | 8/26/2015 | |
| Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | | | | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet** | | | | 7/5/2018 |
| Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | | | | |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch** | | | | 7/5/2018 |
| Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal | | | | |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 10/13/16 1734** Status: **Completed**
Ordering user: Cynthia Dixon, RN 10/13/16 1734 Authorized by: Historical Provider, MD
Frequency: 10/13/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 10/11/16 0000, Result status: Final result

Protime-INR [127126461] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 10/11/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.30 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |
| **Abnormal liver function tests** | |

### Problem List as of 10/17/2016

Date Reviewed: **10/11/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |

**Reviewed** On: **10/11/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 10/17/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

## Visit Summary (continued)

### Vitals (continued)

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 117/83 | 114 | 98 °F (36.7 °C) (Oral) | 18 | 5' 1" (1.549 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 118 lb 3.2 oz (53.6 kg) | 97% | 22.33 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 10/17/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 10/17/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 10/17/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 10/17/2016 (continued)**

**Family Status as of 10/17/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 10/17/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 10/17/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 10/17/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 10/17/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 10/17/2016**

**None**

**Occupational as of 10/17/2016**

**None**

**Socioeconomic as of 10/17/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 10/17/2016 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 10/17/2016

INR goal: 2.0-3.0
TTR: —
Today's INR: **5.1!**
Warfarin maintenance plan: 5 mg (5 mg x 1) on Sun, Wed; 7.5 mg (5 mg x 1.5) all other days
Weekly warfarin total: 47.5 mg
Plan last modified: Kirby Lee Smith, MD (3/14/2016)
Next INR check:
Target end date:

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

INR check location: Home Draw
Preferred lab:
Send INR reminders to:
Comments:

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 45 tablet | 5 | 8/26/2015 | |
| Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | | | | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet** | | | | 7/5/2018 |
| Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | | | | |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch** | | | | 7/5/2018 |
| Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | |



Liberty/Woolverton-Jones 0444

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Khaneja Banis, MA on 10/17/16 1440** Status: **Completed**
Ordering user: Khaneja Banis, MA 10/17/16 1440 Authorized by: Historical Provider, MD
Frequency: 10/17/16 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 10/17/16 1439, Result status: Final result

POC Prothrombin Time [127126464]

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 10/17/16 1440 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 5.1 | — | — | — |

Comment: 7.5mg M, F; 5mg all other days

## Result Summary

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

CBC with Differential [127126462] (Abnormal) Resulted: 10/17/16 1442, Result status: Final result

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83895826 | Blood | — | 10/17/16 1437 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.82 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 5 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 13.7 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 40.8 | 37.0 - 45.0 % | — | BOC AMB AEL |
| MCV | 90.6 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 30.4 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 33.5 | 33.0 - 36.0 g/dL | — | BOC AMB AEL |
| RDW | 17 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 358 | 150 - 400 K/uL | — | BOC AMB AEL |
| Neutrophils segmented percent | 61.1 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 28.7 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 6.2 | 5.0 - 10.0 % | — | BOC AMB AEL |
| Eosinophils Percent | 3.4 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.5 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 4.2 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 1.96 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.42 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.23 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.04 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/16/15 1722** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/15 1722 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 10/17/16 1611, Result status: Final result

Comprehensive Metabolic Panel [127126463] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83895826 | Blood | — | 10/17/16 1437 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 100.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 22 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 103.0 | 74 - 106 mg/dL | — | BOC AMB AEL |
| Potassium | 3.3 | 3.5 - 5.1 mEq/L | **L** | BOC AMB AEL |
| Calcium | 9.4 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 8.0 | 7 - 18 mg/dL | — | BOC AMB AEL |
| Creatinine | 0.9 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.7 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 97.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 22.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 23.0 | 13 - 35 U/L | — | BOC AMB AEL |
| Anion gap | 14 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 9 | % | — | BOC AMB AEL |
| Albumin | 4.1 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.3 | 0.2 - 1.0 mg/dL | — | BOC AMB AEL |
| eGFR non-African American | 77 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 89 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |
| 70+ | 75 ml/min/1.73 m2 |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Cholesterol, Total

Electronically signed by: **Kirby Lee Smith, MD on 10/17/16 1511** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 10/17/16 1511 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Frequency: 10/17/16 -
Diagnoses
Abnormal liver function tests [R79.89]

Cholesterol, Total

Electronically signed by: **Kirby Lee Smith, MD on 10/17/16 1511** Status: **Completed**
Ordering user: Kirby Lee Smith, MD 10/17/16 1511 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD

Resulted: 10/17/16 2231, Result status: Final result

Cholesterol, Total [130016143] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 83896065 | Blood | — | 10/17/16 0000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 239 | <200 mg/dl | **H** | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

**Progress Notes by Kirby Lee Smith, MD at 10/17/2016 3:06 PM**

Author: Kirby Lee Smith, MD Service: (none) Author Type: Physician
Encounter Date: 10/17/2016 Creation Time: 10/17/2016 3:06 PM Filed: 10/19/2016 7:17 AM
Status: Signed Editor: Kirby Lee Smith, MD (Physician)
Related Notes: Original Note by Kirby Lee Smith, MD (Physician) filed at 10/17/2016 3:51 PM

## HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

### PATIENT IDENTIFICATION:

**Name: Sherry Woolverton-Jones** **Age: 45 y.o.** **Sex: Female**
**MRN: 10321720** **DOB:**
**CSN:** 120044638281 **Race:** White or Caucasian [1]
**Date of Examination: 10/17/2016**

### CHIEF COMPLAINT:

Follow up for anticoagulation

### ONCOLOGY HISTORY:

*No history exists.*

### HISTORY OF PRESENT ILLNESS:

Ms. Woolverton-Jones returns in followup for anticoagulation. Her INR has been fluctuating frequently and her Coumadin doses have needed adjustment. During this interval, she was scheduled for galactogram, but when she was seen at the West Breast Center, the procedure was postponed. She then saw Dr. Oswaks who felt that a repeat mammogram later was sufficient she is feeling somewhat uncomfortable about patent. She has lost 10 pounds in the last several weeks, although her appetite seems good. She has fairly frequent episodes of nausea without vomiting and continues to have frequent loose stools and she has had a colectomy. She has had no fever, no shortness of breath, no urinary tract symptoms. She continues to have multiple areas of pain and sees Dr. Martinez at Campbell Clinic for management.

ser 2008118 DT: 10/17/2016 22:40
DD: 10/17/2016 15:15

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 10/17/2016 3:06 PM (continued)**

**PERFORMANCE STATUS:**

Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**PATIENT DISTRESS ASSESSMENT:**

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias **(Right shoulder and hip.)**.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)**.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • | |

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 10/17/2016 3:06 PM (continued)**

Loss of weight
- Enlargement of lymph nodes

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

### FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

### SOCIAL HISTORY:

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

### ALLERGIES:

No Known Allergies

### CURRENT MEDICATIONS:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times | 60 capsule | 0 |



Liberty/Woolverton-Jones 0452

## Progress Notes (continued)

### Progress Notes by Kirby Lee Smith, MD at 10/17/2016 3:06 PM (continued)

| | | | |
|---|---|---|---|
| | a day | | |
| • enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe | Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure | 10 Syringe | 1 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • nortriptyline (PAMELOR) 25 MG capsule | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 10/17/16 1423 |
|---|---|
| BP: | 117/83 |
| Pulse: | 114 |
| Temp: | 98 °F (36.7 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 118 lb 3.2 oz (53.615 kg) |
| SpO2: | 97% |
| PainSc: | 9 |

Physical Exam

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 10/17/2016 3:06 PM (continued)**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
**No definite mass palpable in either breast.**
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 10/17/16 1437 |
|---|---|---|
| WBC | K/uL | 6.82 |
| HEMOGLOBIN | g/dL | 13.7 |
| PLATELET | K/uL | 358 |

**Results from last 7 days**

| Lab | Units | 10/17/16 1440 | 10/11/16 |
|---|---|---|---|
| INR | | 5.1 | 2.30* |

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 10/17/2016 3:06 PM (continued)**

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 10/17/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 10/17/2016 | 6.82 |
| • RBC | 10/17/2016 | 5 |
| • Hemoglobin | 10/17/2016 | 13.7 |
| • Hematocrit | 10/17/2016 | 40.8 |
| • MCV | 10/17/2016 | 90.6 |
| • MCH | 10/17/2016 | 30.4 |
| • MCHC | 10/17/2016 | 33.5 |
| • RDW | 10/17/2016 | 17* |
| • Platelet | 10/17/2016 | 358 |
| • Neutrophils Segmented Pe* | 10/17/2016 | 61.1 |
| • Lymphocyte Percent | 10/17/2016 | 28.7 |
| • Monocyte Percent | 10/17/2016 | 6.2 |
| • Eosinophils Percent | 10/17/2016 | 3.4 |
| • Basophil Percent | 10/17/2016 | 0.5 |
| • Neutrophils Segmented Ab* | 10/17/2016 | 4.2 |
| • Lymphocytes Absolute, Au* | 10/17/2016 | 1.96 |
| • Monocytes Absolute, Auto* | 10/17/2016 | 0.42 |
| • Eosinophils Absolute | 10/17/2016 | 0.23 |
| • Basophils Absolute | 10/17/2016 | 0.04 |
| • INR | 10/17/2016 | 5.1 |

**Anti-coag visit on 10/13/2016**

| Component | Date | Value |
|---|---|---|
| • INR | 10/11/2016 | 2.30* |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 10/17/2016 3:06 PM (continued)**

| | | | | |
|---|---|---|---|---|
| | | | | Comprehensive Metabolic Panel<br>POC Prothrombin Time |
| 2. | Abnormal liver function tests | R79.89 | 790.6 | Cholesterol, Total<br>Cholesterol, Total |

**PLAN:**

The INR today is 5.1, so we are quantify Coumadin by changing him to a 5 mg dose daily. However, she will omit Coumadin entirely today and tomorrow before resuming that schedule and will monitor it on a regular basis with her own device and will notify us of the levels. She is quite stressed over the left breast nipple discharge and is going to discuss this further with Dr. Oswaks soon.

df 2008223 DT: 10/18/2016 06:43
DD: 10/17/2016 15:48

**DISPOSITION:**

See in 6 weeks or prn

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
10/17/2016 3:47 PM

Electronically signed by Kirby Lee Smith, MD at 10/17/2016 3:51 PM
Electronically signed by Kirby Lee Smith, MD at 10/19/2016 7:17 AM

**Patient Instructions**

No notes of this type exist for this encounter.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

10/17/2016 1550 - Kirby Lee Smith, MD

Disposition: Return in about 6 years (around 10/17/2022) for cbc cmp poc inr.

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 10/17/16 1423 | | | | |
|---|---|---|---|---|---|
| **Measurements** | | | | | |
| Weight | 118 lb 3.2 oz (53.6 kg) -KB | | | | |
| Height | 5' 1" (1.549 m) -KB | | | | |
| BSA (Calculated - sq m) | 1.52 sq meters -KB | | | | |
| BMI (Calculated) | 22.3 -KB | | | | |
| **Vitals** | | | | | |
| BP | 117/83 -KB | | | | |
| BP Location | Right arm -KB | | | | |
| Patient Position | Sitting -KB | | | | |
| Pulse | 114 -KB | | | | |
| Resp | 18 -KB | | | | |
| Temp | 98 °F (36.7 °C) -KB | | | | |
| Temp src | Oral -KB | | | | |
| **Pulse Oximetry** | | | | | |
| SpO2 | 97 % -KB | | | | |
| **Pain 2** | | | | | |
| Pain Score | Nine -KB | | | | |

### Anthropometrics

| Row Name | 10/17/16 1423 | | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Weight Change | 0 -KB | | | | |

### Custom Formula Data

| Row Name | 10/17/16 1423 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Weight Gain Calculated in Pounds (lbs) | 118.2 -KB | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -KB | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -KB | | | | |
| Weight in (lb) to have BMI = 25 | 132 -KB | | | | |
| % Weight Change Since Birth | 0 -KB | | | | |
| **kcal/kg** | | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 10/17/16 1423 | | | | |
|---|---|---|---|---|---|
| (Retired) 20 Kcal/Kg (kcal) | 1074.55 -KB | | | | |
| (Retired) 25 Kcal/Kg (kcal) | 1343.18 -KB | | | | |
| (Retired) 30 Kcal/Kg (kcal) | 1611.82 -KB | | | | |
| (Retired) 35 Kcal/Kg (kcal) | 1880.45 -KB | | | | |
| (Retired) 40 Kcal/Kg (kcal) | 2149.09 -KB | | | | |
| (Retired) 45 Kcal/Kg (kcal) | 2417.73 -KB | | | | |
| (Retired) 50 Kcal/Kg (kcal) | 2686.36 -KB | | | | |
| **Protein (gm/kg)** | | | | | |
| 0.6 Gm Protein (gm) | 32.24 -KB | | | | |
| 0.7 Gm Protein (gm) | 37.61 -KB | | | | |
| 0.8 Gm Protein (gm) | 42.98 -KB | | | | |
| 0.9 Gm Protein (gm) | 48.35 -KB | | | | |
| 1.0 Gm Protein (gm) | 53.73 -KB | | | | |
| 1.1 Gm Protein (gm) | 59.1 -KB | | | | |
| 1.2 Gm Protein (gm) | 64.47 -KB | | | | |
| 1.3 Gm Protein (gm) | 69.85 -KB | | | | |
| 1.4 Gm Protein (gm) | 75.22 -KB | | | | |
| 1.5 Gm Protein (gm) | 80.59 -KB | | | | |
| 1.6 Gm Protein (gm) | 85.96 -KB | | | | |
| 1.7 Gm Protein (gm) | 91.34 -KB | | | | |
| 1.8 Gm Protein (gm) | 96.71 -KB | | | | |
| 1.9 Gm Protein (gm) | 102.08 -KB | | | | |
| 2.0 Gm Protein (gm) | 107.45 -KB | | | | |
| 2.1 Gm Protein (gm) | 112.83 -KB | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 10/17/16 1423 |
|---|---|
| 2.2 Gm Protein (gm) | 118.2 -KB |
| 2.3 Gm Protein (gm) | 123.57 -KB |
| 2.4 Gm Protein (gm) | 128.95 -KB |
| 2.5 Gm Protein (gm) | 134.32 -KB |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -KB |
| Ideal Body Weight (IBW), Female | 48.55 -KB |
| (Retired) % Ideal Body Weight | 53.79 -KB |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 22.38 -KB |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.7 -KB |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 47.8 -KB |
| Low Range Vt 6mL/kg | 286.8 mL/kg -KB |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -KB |
| Adult High Range Vt 10mL/kg | 478 mL/kg -KB |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| KB | Khaneja Banis, MA |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 11/16/2016

Date Reviewed: **10/11/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |

### Allergies as of 11/16/2016

**Reviewed** On: **10/11/2016** By: **Kirby Lee Smith, MD**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 11/16/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 11/16/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 11/16/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |



Liberty/Woolverton-Jones 0462

**Family as of 11/16/2016 (continued)**

**Family Status as of 11/16/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 11/16/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 11/16/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 11/16/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 11/16/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 11/16/2016**

**None**

**Occupational as of 11/16/2016**

**None**

**Socioeconomic as of 11/16/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 11/16/2016 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 11/16/2016

| | |
|---|---|
| INR goal: | 2.0-3.0 |
| TTR: | — |
| Today's INR: | **6.50! (10/4/2016)** |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Mon, Wed, Fri; 25 mg (5 mg x 5) all other days |
| Weekly warfarin total: | 115 mg |
| Plan last modified: | Cynthia Dixon, RN (11/16/2016) |
| Next INR check: | 11/22/2016 |
| Target end date: | |

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 45 tablet | 5 | 8/26/2015 | |
| Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | | | | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet** | | | | 7/5/2018 |
| Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | | | | |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch** | | | | 7/5/2018 |
| Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 11/16/16 0905** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/16 0905 Authorized by: Historical Provider, MD
Frequency: 11/16/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 11/15/16 0000, Result status: Final result

Protime-INR [130016144] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 11/15/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.70 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 11/16/16 0905** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/16 0905 Authorized by: Historical Provider, MD
Frequency: 11/16/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 11/08/16 0000, Result status: Final result

Protime-INR [130016145] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 11/08/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 6.20 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 11/16/16 0905** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/16 0905 Authorized by: Historical Provider, MD
Frequency: 11/16/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 11/01/16 0000, Result status: Final result

Protime-INR [130016146] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 11/01/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 4.10 | 1.4 | **A** | — |

## All Lab and Imaging Orders and Results (continued)

### Protime-INR (continued)

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 11/16/16 0906** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/16 0906 Authorized by: Historical Provider, MD
Frequency: 11/16/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [130016147] (Abnormal) Resulted: 10/25/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 10/25/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 7.60 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 11/16/16 0906** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/16 0906 Authorized by: Historical Provider, MD
Frequency: 11/16/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [130016148] (Abnormal) Resulted: 10/17/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 10/17/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 5.10 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 11/16/16 0907** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/16/16 0907 Authorized by: Historical Provider, MD
Frequency: 11/16/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [130016149] (Abnormal) Resulted: 10/04/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 10/04/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

## All Lab and Imaging Orders and Results (continued)

### Protime-INR (continued)

| | | | | |
|---|---|---|---|---|
| INR | 6.50 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 11/23/2016

Date Reviewed: **10/11/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |

**Reviewed** On: **10/11/2016** By: **Kirby Lee Smith, MD**

### Allergies as of 11/23/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)



Liberty/Woolverton-Jones 0470

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 11/23/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 11/23/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 11/23/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 11/23/2016 (continued)**

**Family Status as of 11/23/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 11/23/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 11/23/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 11/23/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 11/23/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 11/23/2016**

**None**

**Occupational as of 11/23/2016**

**None**

**Socioeconomic as of 11/23/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 11/23/2016 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 11/23/2016

INR goal: 2.0-3.0
TTR: —
Today's INR: 2.50 (11/22/2016)
Warfarin maintenance plan: 5 mg (5 mg x 1) on Mon, Wed, Fri; 25 mg (5 mg x 5) all other days
Weekly warfarin total: 115 mg
No change documented: Cynthia Dixon, RN
Plan last modified: Cynthia Dixon, RN (11/16/2016)
Next INR check: 11/23/2016
Target end date:

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

INR check location: Home Draw
Preferred lab:
Send INR reminders to:
Comments:

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe**<br>Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal | | | | 7/5/2018 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

BAPTIST

Baptist Cancer Center Humphreys
80 HUMPHREYS CENTER DRIVE
SUITE 330
MEMPHIS TN 38120-2363
Amb Encounter Report

Woolverton-Jones, Sherry
MRN: 10321720, DOB: , Sex: F
Encounter date: 11/23/2016

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 11/23/16 0820** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/23/16 0820 Authorized by: Historical Provider, MD
Frequency: 11/23/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.
Resulted: 11/22/16 0000, Result status: Final result

Protime-INR [130016150] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.50 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |
| **Hypokalemia** | |
| **Nausea alone** | |

**Problem List** as of 11/30/2016 — Date Reviewed: **10/11/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |
| **Hypokalemia** | ICD-10-CM: E87.6<br>ICD-9-CM: 276.8 | | | 11/30/2016 - Present |
| **Nausea alone** | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | | | 11/30/2016 - Present |

**Reviewed** On: **11/30/2016** By: **Ashley Sykes, MA**

### Allergies as of 11/30/2016

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

## Visit Summary (continued)

### Vitals (continued)

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 107/73 | 109 | 98.7 °F (37.1 °C) | 18 | 5' 1" (1.549 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 115 lb 6.4 oz (52.3 kg) | 100% | 21.80 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 11/30/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 11/30/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 11/30/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 11/30/2016 (continued)**

**Family Status as of 11/30/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 11/30/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 11/30/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 11/30/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 11/30/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 11/30/2016**

**None**

**Occupational as of 11/30/2016**

**None**

**Socioeconomic as of 11/30/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 11/30/2016 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 11/30/2016

INR goal: 2.0-3.0
TTR: —
Today's INR: **1.8!**
Warfarin maintenance plan: 5 mg (5 mg x 1) on Mon, Wed, Fri; 25 mg (5 mg x 5) all other days
Weekly warfarin total: 115 mg
Plan last modified: Cynthia Dixon, RN (11/16/2016)
Next INR check:
Target end date:

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

INR check location: Home Draw
Preferred lab:
Send INR reminders to:
Comments:

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking/Expired)** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |

Sig: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking.
Route: Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)** | 45 tablet | 5 | 8/26/2015 | |

Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed
Class: No Print
Route: Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet (Taking/Discontinued)** | | | | 7/5/2018 |

Sig: Take 1 tablet by mouth one (1) time a day
Class: Historical Med
Route: Oral
Reason for Discontinue: **Therapy completed**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)** | 60 capsule | 0 | 1/23/2017 | 3/7/2017 |

Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day
Class: Print

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Taking/Discontinued)**<br>Sig: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure<br>Route: Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)**<br>Sig: Place 1 patch onto the skin 2 (two) times a week<br>Class: Historical Med<br>Route: Transdermal<br>Reason for Discontinue: **Therapy completed** | | | | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take 8 mg by mouth every 8 (eight) hours as needed for nausea<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 11/30/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night<br>Class: Print<br>Reason for Discontinue: **Cost of medication** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking)**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 1/23/2017 | 3/7/2017 |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Taking)**<br>Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)**<br>Sig - Route: Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral<br>Class: Historical Med | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |
| **nortriptyline (PAMELOR) 25 MG capsule**<br>Class: Historical Med | | | 8/10/2016 | 11/30/2016 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **nortriptyline (PAMELOR) 25 MG capsule** | |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **potassium chloride 20 mEq ER tablet (Discontinued)**<br>Sig - Route: Take one tablet (20 mEq total) by mouth one (1) time a day - Oral<br>Reason for Discontinue: **Therapy completed** | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |

## Medications (continued)

### Ordered Medications (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Discontinued)** | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |

Sig - Route: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral
Reason for Discontinue: **Reorder**

## Medications - Medication Orders

### potassium chloride 20 mEq ER tablet [135244413]

Electronically signed by: **John H Powell, NP on 11/30/16 1206** Status: **Discontinued**
Ordering user: John H Powell, NP 11/30/16 1206
Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: Daily 11/30/16 - 07/31/17
Discontinued by: Robert W Schriner, MD 07/31/17 1227 [Therapy completed]

Diagnoses
Hypokalemia [E87.6]
Medication Route: Oral
Medication Dose: 20 mEq
Medication Directions: Take one tablet (20 mEq total) by mouth one (1) time a day
Priority: Routine
End Date/Time: 7/31/2017
Start Date/Time: 11/30/16 0000

### ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet [135244414]

Electronically signed by: **John H Powell, NP on 11/30/16 1206** Status: **Discontinued**
Ordering user: John H Powell, NP 11/30/16 1206
Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
PRN reasons: nausea
Frequency: Q8H PRN 11/30/16 - 06/30/17
Discontinued by: Patricia Pohland, RN 06/30/17 1110 [Reorder]

Diagnoses
Nausea alone [R11.0]
Medication Route: Oral
Medication Dose: 8 mg
Medication Directions: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea
Priority: Routine
End Date/Time: 6/30/2017
Start Date/Time: 11/30/16 0000

## Orders

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Antoinette Sumlar on 11/30/16 1027** Status: **Completed**
Ordering user: Antoinette Sumlar 11/30/16 1027 Authorized by: Kirby Lee Smith, MD
Frequency: 11/30/16 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.

POC Prothrombin Time [135244410] Resulted: 11/30/16 1026, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 11/30/16 1026 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.8 | — | — | — |

Comment: 5 mg q day

## Result Summary

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/23/16 0933** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/23/16 0933 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Cosigning events
Electronically cosigned by Kirby Lee Smith, MD 11/27/16 1358 for Ordering
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 11/30/16 1033, Result status: Final result

CBC with Differential [135244411] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84079882 | Blood | Arm, Left | 11/30/16 1028 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.88 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 4 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 12.3 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 37.0 | 37.0 - 45.0 % | — | BOC AMB AEL |
| MCV | 91.0 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 30.3 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 33.3 | 33.0 - 36.0 g/dL | — | BOC AMB AEL |
| RDW | 17 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 456 | 150 - 400 K/uL | **H** | BOC AMB AEL |
| Neutrophils segmented percent | 52.1 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 34.5 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 7.8 | 5.0 - 10.0 % | — | BOC AMB AEL |
| Eosinophils Percent | 5.0 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.5 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 4.1 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 2.72 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.62 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.40 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.04 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/23/16 0933** Status: **Completed**

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Ordering user: Cynthia Dixon, RN 11/23/16 0933 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Cosigning events
Electronically cosigned by Kirby Lee Smith, MD 11/27/16 1358 for Ordering
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 11/30/16 1133, Result status: Final result

Comprehensive Metabolic Panel [135244412] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84079882 | Blood | Arm, Left | 11/30/16 1028 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 139.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 99.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 29 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 99.0 | 74 - 106 mg/dL | — | BOC AMB AEL |
| Potassium | 2.9 | 3.5 - 5.1 mEq/L | **LL** | BOC AMB AEL |
| Comment: ALERT K+ CALLED TO AND READ BACK BY PATTY AT 11:27 11-30-16 SA | | | | |
| Calcium | 9.2 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 3.0 | 7 - 18 mg/dL | **LL** | BOC AMB AEL |
| Creatinine | 0.8 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.0 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 108.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 23.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 23.0 | 13 - 35 U/L | — | BOC AMB AEL |
| Anion gap | 11 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 4 | % | — | BOC AMB AEL |
| Albumin | 3.5 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.3 | 0.2 - 1.0 mg/dL | — | BOC AMB AEL |
| eGFR non-African American | 89 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 103 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

60-69 85 ml/min/1.73 m2
70+ 75 ml/min/1.73 m2

---

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove<br>Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

### Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM

Author: Kirby Lee Smith, MD Service: (none) Author Type: Physician
Encounter Date: 11/30/2016 Creation Time: 11/30/2016 12:41 PM Filed: 11/30/2016 1:03 PM
Status: Signed Editor: Kirby Lee Smith, MD (Physician)

**HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE**

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones** **Age: 45 y.o.** **Sex: Female**
**MRN: 10321720** **DOB: 9/20/1971**
**CSN:** 120049888307 **Race:** White or Caucasian [1]
**Date of Examination: 11/30/2016**

**CHIEF COMPLAINT:**

Anticoagulation management, and chronic pain

**HISTORY OF PRESENT ILLNESS:**

Sherri is in today to have her INR checked. She is brought in her home monitoring machine to compare with the results that we get since she has had such widely varying INRs at home requiring frequent adjustments in her Coumadin dosing. She has had ongoing problems with right chest wall

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM (continued)**

pain, low back pain, right-sided neck pain. She is interested in pursuing another nerve block by because she is anticoagulated there seems to be some hesitancy to do that. She still has nipple discharge and continues follow-up with Dr. Oswaks.

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**

Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**PATIENT DISTRESS ASSESSMENT:**

Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Insurance/Financial |
| **Family Problems:** | None |
| **Emotional Problems:** | Worry |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, arthralgias **(Right shoulder and hip.)** and gait problem **(Intermittent)**.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)** and dysphoric mood.

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM (continued)**

### PAST MEDICAL/SURGICAL HISTORY:

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

### FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

### SOCIAL HISTORY:

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

### ALLERGIES:

No Known Allergies



Liberty/Woolverton-Jones 0491

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM (continued)**

### CURRENT MEDICATIONS:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • [START ON 1/23/2017] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe | Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure | 10 Syringe | 1 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea | 60 tablet | 2 |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |
| • potassium chloride 20 mEq ER tablet | Take one tablet (20 mEq total) by mouth one (1) time a day | 30 tablet | 2 |

No current facility-administered medications for this visit.

### PHYSICAL EXAMINATION:

**Vital signs:**

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM (continued)**

**Filed Vitals:**

| | 11/30/16 1012 |
|---|---|
| BP: | 107/73 |
| Pulse: | 109 |
| Temp: | 98.7 °F (37.1 °C) |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 115 lb 6.4 oz (52.345 kg) |
| SpO2: | 100% |
| PainSc: | 9 |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 11/30/16 1028 |
|---|---|---|
| WBC | K/uL | 7.88 |
| HEMOGLOBIN | g/dL | 12.3 |



Liberty/Woolverton-Jones 0493

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM (continued)**

| | | |
|---|---|---|
| PLATELET | K/uL | 456* |

**Results from last 7 days**

| Lab | Units | 11/30/16 1028 |
|---|---|---|
| SODIUM | mEq/L | 139.0 |
| POTASSIUM | mEq/L | 2.9* |
| BUN | mg/dL | 3.0* |
| CREATININE | mg/dL | 0.8 |
| CALCIUM | mg/dL | 9.2 |
| TOTAL BILIRUBIN | mg/dL | 0.3 |
| GLUCOSE | mg/dL | 99.0 |

**Results from last 7 days**

| Lab | Units | 11/30/16 1026 |
|---|---|---|
| INR | | 1.8 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 11/30/2016**

| Component | Date | Value |
|---|---|---|
| • INR | 11/30/2016 | 1.8 |
| • WBC | 11/30/2016 | 7.88 |
| • RBC | 11/30/2016 | 4 |
| • Hemoglobin | 11/30/2016 | 12.3 |
| • Hematocrit | 11/30/2016 | 37.0 |
| • MCV | 11/30/2016 | 91.0 |
| • MCH | 11/30/2016 | 30.3 |
| • MCHC | 11/30/2016 | 33.3 |
| • RDW | 11/30/2016 | 17* |
| • Platelet | 11/30/2016 | 456* |
| • Neutrophils Segmented Pe* | 11/30/2016 | 52.1 |
| • Lymphocyte Percent | 11/30/2016 | 34.5 |
| • Monocyte Percent | 11/30/2016 | 7.8 |
| • Eosinophils Percent | 11/30/2016 | 5.0 |
| • Basophil Percent | 11/30/2016 | 0.5 |
| • Neutrophils Segmented Ab* | 11/30/2016 | 4.1 |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM (continued)**

| | | |
|---|---|---|
| • Lymphocytes Absolute, Au* | 11/30/2016 | 2.72 |
| • Monocytes Absolute, Auto* | 11/30/2016 | 0.62 |
| • Eosinophils Absolute | 11/30/2016 | 0.40 |
| • Basophils Absolute | 11/30/2016 | 0.04 |
| • Sodium | 11/30/2016 | 139.0 |
| • Chloride | 11/30/2016 | 99.0 |
| • CO2 | 11/30/2016 | 29 |
| • Glucose | 11/30/2016 | 99.0 |
| • Potassium | 11/30/2016 | 2.9* |
| • Calcium | 11/30/2016 | 9.2 |
| • BUN | 11/30/2016 | 3.0* |
| • Creatinine | 11/30/2016 | 0.8 |
| • Total Protein | 11/30/2016 | 7.0 |
| • ALP | 11/30/2016 | 108.0 |
| • ALT | 11/30/2016 | 23.0 |
| • AST | 11/30/2016 | 23.0 |
| • Anion Gap | 11/30/2016 | 11 |
| • BUN / Creatinine, Mass R* | 11/30/2016 | 4 |
| • Albumin | 11/30/2016 | 3.5 |
| • Globulin Total | 11/30/2016 | 4 |
| • Albumin / Globulin, Mass* | 11/30/2016 | 1 |
| • Total Bilirubin | 11/30/2016 | 0.3 |
| • GFR non-African American | 11/30/2016 | 89 |
| • GFR African American | 11/30/2016 | 103 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| **1.** | **Primary hypercoagulable state** | **D68.59** | **289.81** | **POC Prothrombin Time**<br>**CBC with Differential**<br>**Comprehensive Metabolic Panel** |
| 2. | Hypokalemia | E87.6 | 276.8 | potassium chloride 20 mEq ER tablet |
| 3. | Nausea alone | R11.0 | 787.02 | ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet |

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 11/30/2016 12:41 PM (continued)**

**PLAN:**

Today her INR is 1.8 and the results obtained on the machine she uses home was also 1.8. She is just her Coumadin dose yesterday such that she takes 5 mg every day and she will continue on that until she recheck her INR in 1 week. Her potassium today was found to be 2.9 and I placed her on potassium chloride 20 mEq daily. I have asked her to stay today for IV potassium replacement but she does not have the time stating that she has no other doctor's appointment this afternoon. I have asked her to have her potassium rechecked with her primary care provider's office in Dyersburgr in the 10-14 days. She will follow up here in 6 weeks. She will continue to monitor her INR weekly.

**DISPOSITION:**

Return in about 6 weeks (around 1/11/2017).

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
11/30/2016 12:44 PM

I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

Electronically signed by Kirby Lee Smith, MD at 11/30/2016 1:03 PM

**Patient Instructions**

No notes of this type exist for this encounter.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

11/30/2016 1157 - John H Powell, NP

| | |
|---|---|
| Disposition: | Return in about 6 weeks (around 1/11/2017). |

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 11/30/16 1012 | | | | |
|---|---|---|---|---|---|
| **Measurements** | | | | | |
| Weight | 115 lb 6.4 oz (52.3 kg) -AS | | | | |
| Height | 5' 1" (1.549 m) -AS | | | | |
| BSA (Calculated - sq m) | 1.5 sq meters -AS | | | | |
| BMI (Calculated) | 21.8 -AS | | | | |
| **Vitals** | | | | | |
| BP | 107/73 -AS | | | | |
| Pulse | 109 -AS | | | | |
| Resp | 18 -AS | | | | |
| Temp | 98.7 °F (37.1 °C) -AS | | | | |
| **Pulse Oximetry** | | | | | |
| SpO2 | 100 % -AS | | | | |
| **Pain 2** | | | | | |
| Pain Score | Nine -AS | | | | |
| Location 2 | hip;thigh;leg -AS | | | | |
| Pain Orientation 2 | Right -AS | | | | |

### Anthropometrics

| Row Name | 11/30/16 1012 | | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Weight Change | 0 -AS | | | | |

### Custom Formula Data

| Row Name | 11/30/16 1012 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Weight Gain Calculated in Pounds (lbs) | 115.4 -AS | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -AS | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -AS | | | | |
| Weight in (lb) to have BMI = 25 | 132 -AS | | | | |
| % Weight Change Since Birth | 0 -AS | | | | |
| **kcal/kg** | | | | | |



Liberty/Woolverton-Jones 0497

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 11/30/16 1012 | | | | |
|---|---|---|---|---|---|
| (Retired) 20 Kcal/Kg (kcal) | 1049.09 -AS | | | | |
| (Retired) 25 Kcal/Kg (kcal) | 1311.36 -AS | | | | |
| (Retired) 30 Kcal/Kg (kcal) | 1573.64 -AS | | | | |
| (Retired) 35 Kcal/Kg (kcal) | 1835.91 -AS | | | | |
| (Retired) 40 Kcal/Kg (kcal) | 2098.18 -AS | | | | |
| (Retired) 45 Kcal/Kg (kcal) | 2360.45 -AS | | | | |
| (Retired) 50 Kcal/Kg (kcal) | 2622.73 -AS | | | | |
| Protein (gm/kg) | | | | | |
| 0.6 Gm Protein (gm) | 31.47 -AS | | | | |
| 0.7 Gm Protein (gm) | 36.72 -AS | | | | |
| 0.8 Gm Protein (gm) | 41.96 -AS | | | | |
| 0.9 Gm Protein (gm) | 47.21 -AS | | | | |
| 1.0 Gm Protein (gm) | 52.45 -AS | | | | |
| 1.1 Gm Protein (gm) | 57.7 -AS | | | | |
| 1.2 Gm Protein (gm) | 62.95 -AS | | | | |
| 1.3 Gm Protein (gm) | 68.19 -AS | | | | |
| 1.4 Gm Protein (gm) | 73.44 -AS | | | | |
| 1.5 Gm Protein (gm) | 78.68 -AS | | | | |
| 1.6 Gm Protein (gm) | 83.93 -AS | | | | |
| 1.7 Gm Protein (gm) | 89.17 -AS | | | | |
| 1.8 Gm Protein (gm) | 94.42 -AS | | | | |
| 1.9 Gm Protein (gm) | 99.66 -AS | | | | |
| 2.0 Gm Protein (gm) | 104.91 -AS | | | | |
| 2.1 Gm Protein (gm) | 110.15 -AS | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 11/30/16 1012 |
|---|---|
| 2.2 Gm Protein (gm) | 115.4 -AS |
| 2.3 Gm Protein (gm) | 120.65 -AS |
| 2.4 Gm Protein (gm) | 125.89 -AS |
| 2.5 Gm Protein (gm) | 131.14 -AS |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -AS |
| Ideal Body Weight (IBW), Female | 48.55 -AS |
| (Retired) % Ideal Body Weight | 52.52 -AS |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 21.85 -AS |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 47.8 -AS |
| Low Range Vt 6mL/kg | 286.8 mL/kg -AS |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -AS |
| Adult High Range Vt 10mL/kg | 478 mL/kg -AS |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| AS | Antoinette Sumlar |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Default Flowsheet Data (all recorded)

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 12/14/2016

Date Reviewed: **10/11/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |
| **Hypokalemia** | ICD-10-CM: E87.6<br>ICD-9-CM: 276.8 | | | 11/30/2016 - Present |
| RESOLVED: Nausea alone | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | | | 11/30/2016 - 12/1/2016 |

### Allergies as of 12/14/2016

**Reviewed** On: **11/30/2016** By: **Ashley Sykes, MA**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 12/14/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 12/14/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 12/14/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 12/14/2016 (continued)**

**Family Status as of 12/14/2016**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 12/14/2016**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 12/14/2016**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 12/14/2016**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 12/14/2016**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 12/14/2016**

**None**

**Occupational as of 12/14/2016**

**None**

**Socioeconomic as of 12/14/2016**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

### Socioeconomic as of 12/14/2016 (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

### Anticoagulation Summary

As of 12/14/2016

| | |
|---|---|
| INR goal: | 2.0-3.0 |
| TTR: | — |
| Today's INR: | **1.40! (11/29/2016)** |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Mon, Wed, Fri; 25 mg (5 mg x 5) all other days |
| Weekly warfarin total: | 115 mg |
| No change documented: | Cynthia Dixon, RN |
| Plan last modified: | Cynthia Dixon, RN (11/16/2016) |
| Next INR check: | 12/21/2016 |
| Target end date: | |

Indications
Primary hypercoagulable state [D68.59]

### Anticoagulation Episode Summary

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

### Anticoagulation Care Providers

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 45 tablet | 5 | 8/26/2015 | |
| Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | | | | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet** | | | | 7/5/2018 |
| Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | 60 capsule | 0 | 1/23/2017 | 3/7/2017 |
| Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | | | | |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |
| Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | | | | |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch** | | | | 7/5/2018 |
| Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal | | | | |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet** | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |
| Sig - Route: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral | | | | |
| **potassium chloride 20 mEq ER tablet** | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |
| Sig - Route: Take one tablet (20 mEq total) by mouth one (1) time a day - Oral | | | | |
| **sodium oxybate (XYREM) 500 mg/mL oral solution** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| Sig: 3 grams twice at night<br>Class: Print | | | | |
| **VITAMIN D2 50,000 unit capsule** | | | 5/28/2016 | 7/31/2017 |
| Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |
| Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | | | | |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 12/21/16 0808** Status: **Completed**
Ordering user: Cynthia Dixon, RN 12/21/16 0808 Authorized by: Historical Provider, MD
Frequency: 12/21/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [135244415] (Abnormal) Resulted: 12/14/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 5.50 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 12/21/16 0809** Status: **Completed**
Ordering user: Cynthia Dixon, RN 12/21/16 0809 Authorized by: Historical Provider, MD
Frequency: 12/21/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [135244416] (Abnormal) Resulted: 12/06/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.40 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 12/21/16 0809** Status: **Completed**
Ordering user: Cynthia Dixon, RN 12/21/16 0809 Authorized by: Historical Provider, MD
Frequency: 12/21/16 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [135244417] Resulted: 11/29/16 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.40 | 1.4 | — | — |

## All Lab and Imaging Orders and Results (continued)

### Protime-INR (continued)

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |
| **Osteoporosis** | |

### Problem List as of 1/23/2017

Date Reviewed: **1/23/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |
| **Hypokalemia** | ICD-10-CM: E87.6<br>ICD-9-CM: 276.8 | | | 11/30/2016 - Present |
| RESOLVED: Nausea alone | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | | | 11/30/2016 - 12/1/2016 |

**Reviewed** On: **1/23/2017** By: **Kirby Lee Smith, MD**

### Allergies as of 1/23/2017

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

## Visit Summary (continued)

### Vitals (continued)

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 110/77 | **(!) 123** | 98.4 °F (36.9 °C) (Oral) | 5' 1" (1.549 m) | 119 lb 9.6 oz (54.3 kg) |

| SpO2 | BMI |
|---|---|
| 98% | 22.60 kg/m² |



Liberty/Woolverton-Jones 0510

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 1/23/2017

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 1/23/2017

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 1/23/2017

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 1/23/2017 (continued)**

**Family Status as of 1/23/2017**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 1/23/2017**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 1/23/2017**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 1/23/2017**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 1/23/2017**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 1/23/2017**

**None**

**Occupational as of 1/23/2017**

**None**

**Socioeconomic as of 1/23/2017**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 1/23/2017 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 1/23/2017

| | |
|---|---|
| INR goal: | 2.0-3.0 |
| TTR: | — |
| Today's INR: | **1.4!** |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Mon, Wed, Fri; 25 mg (5 mg x 5) all other days |
| Weekly warfarin total: | 115 mg |
| Plan last modified: | Cynthia Dixon, RN (11/16/2016) |
| Next INR check: | |
| Target end date: | |

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking/Expired)** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| Sig: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking.<br>Route: Oral | | | | |
| **warfarin (COUMADIN) 5 MG tablet (Taking)** | 45 tablet | 5 | 8/26/2015 | |
| Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed<br>Class: No Print<br>Route: Oral | | | | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet (Taking/Discontinued)** | | | | 7/5/2018 |
| Sig: Take 1 tablet by mouth one (1) time a day<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)** | 60 capsule | 0 | 1/23/2017 | 3/7/2017 |
| Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day<br>Class: Print | | | | |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)**<br>Sig: Place 1 patch onto the skin 2 (two) times a week<br>Class: Historical Med<br>Route: Transdermal<br>Reason for Discontinue: **Therapy completed** | | | | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |
| **PARoxetine (PAXIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (10 mg total) by mouth every morning<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 1/21/2017 9:29 AM | 30 tablet | 1 | 1/20/2017 | 3/8/2017 |
| **potassium chloride 20 mEq ER tablet (Taking/Discontinued)**<br>Sig: Take one tablet (20 mEq total) by mouth one (1) time a day<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night<br>Class: Print<br>Reason for Discontinue: **Cost of medication** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking)**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking)**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 1/23/2017 | 3/7/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)**<br>Sig - Route: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |
| **PARoxetine (PAXIL) 10 MG tablet (Taking)**<br>Sig - Route: Take one tablet (10 mg total) by mouth every morning - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 1/21/2017 9:29 AM | 30 tablet | 1 | 1/20/2017 | 3/8/2017 |
| **potassium chloride 20 mEq ER tablet (Taking)**<br>Sig - Route: Take one tablet (20 mEq total) by mouth one (1) time a day - Oral | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe**<br>Sig - Route: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous | 10 Syringe | 1 | 8/24/2016 | 1/23/2017 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** | Patient Discharge |

### Medication Orders

No Medication Orders found

## Medications (continued)

## Orders

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Taneshia Lawrence on 01/23/17 1500** Status: **Completed**
Ordering user: Taneshia Lawrence 01/23/17 1500 Authorized by: Kirby Lee Smith, MD
Frequency: 01/23/17 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.
Additional Resulting Lab Information
Pt is taking 2.5 mg Tuesday and Friday, 5 mg Monday Wednesday Thursday Saturday and Sunday

POC Prothrombin Time [143167484] Resulted: 01/23/17 1459, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 01/23/17 1459 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.4 | — | — | — |

## Result Summary

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/23/16 0933** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/23/16 0933 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Cosigning events
Electronically cosigned by Kirby Lee Smith, MD 11/27/16 1358 for Ordering
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 01/23/17 1505, Result status: Final result
CBC with Differential [143167482] (Abnormal)
Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84291559 | Blood | — | 01/23/17 1452 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 13.23 | 3.5 - 11.5 K/uL | **H** | BOC AMB AEL |
| RBC | 4 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 12.9 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 39.9 | 37.0 - 45.0 % | — | BOC AMB AEL |
| MCV | 94.4 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 30.6 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 32.4 | 33.0 - 36.0 g/dL | **L** | BOC AMB AEL |
| RDW | 17 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 415 | 150 - 400 K/uL | **H** | BOC AMB AEL |
| Neutrophils segmented percent | 69.0 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 22.0 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 5.6 | 5.0 - 10.0 % | — | BOC AMB AEL |
| Eosinophils Percent | 3.0 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.5 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 9.1 | 1.90 - 8.00 K/uL | **H** | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 2.91 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.74 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.40 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.06 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/23/16 0933** Status: **Completed**

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Ordering user: Cynthia Dixon, RN 11/23/16 0933 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Cosigning events
Electronically cosigned by Kirby Lee Smith, MD 11/27/16 1358 for Ordering
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 01/23/17 1625, Result status: Final result

Comprehensive Metabolic Panel [143167483] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84291559 | Blood | — | 01/23/17 1452 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 100.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 29 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 132.0 | 74 - 106 mg/dL | **H** | BOC AMB AEL |
| Potassium | 4.1 | 3.5 - 5.1 mEq/L | — | BOC AMB AEL |
| Calcium | 9.2 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 12.0 | 7 - 18 mg/dL | — | BOC AMB AEL |
| Creatinine | 1.0 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 7.6 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 96.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 55.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 44.0 | 13 - 35 U/L | **H** | BOC AMB AEL |
| Anion gap | 11 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 12 | % | — | BOC AMB AEL |
| Albumin | 4.0 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.2 | 0.2 - 1.0 mg/dL | — | BOC AMB AEL |
| eGFR non-African American | 68 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 79 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

70+ 75 ml/min/1.73 m2

---

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove<br>Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

### Progress Notes by Kirby Lee Smith, MD at 1/23/2017 3:24 PM

Author: Kirby Lee Smith, MD
Service: (none)
Author Type: Physician
Encounter Date: 1/23/2017
Creation Time: 1/23/2017 3:24 PM
Filed: 1/31/2017 11:20 AM
Status: Signed
Editor: Kirby Lee Smith, MD (Physician)

**HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE**

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name:** Sherry Woolverton-Jones
**Age:** 45 y.o.
**Sex:** Female
**MRN:** 10321720
**DOB:**
**CSN:** 120053389210
**Race:** White or Caucasian [1]
**Date of Examination:** 1/23/2017

**CHIEF COMPLAINT:**

Follow up for anticoagulation and pain

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 1/23/2017 3:24 PM (continued)**

She returns in follow-up for a hypercoagulable state and for anticoagulation to be regulated. She has had numerous problems. She developed numbness on the in entire right side of her body and went to the Methodist Hospital Emergency Room on 12/29/2016 the diagnosis of TIA was entertained and a CT scan of the brain was performed and demonstrated no acute abnormalities she also had an MRI of the brain at that time which also confirmed no acute intracranial findings. There was small areas of chronic microvascular ischemic change in the posterior left parietal region. She continues Coumadin and has a home device to help in monitoring her INR 3 weeks ago she had an episode of nausea with vomiting on several occasions that has improved her appetite is quite poor and the thought of food is re-pulse of to her she continues to have multiple areas of pain including the right lateral chest wall particularly with sitting but also pain in the right hip the right shoulder and right neck which may be slightly worse. She continues care with Lee Stein for Norco left CE. She deals with chronic constipation.
No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**

Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

**PATIENT DISTRESS ASSESSMENT:**

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Positive for chest pain.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, arthralgias **(Right shoulder and hip.)** and gait problem **(Intermittent)**.
**Right chest wall pain persists after nerve block.**

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 1/23/2017 3:24 PM (continued)**

Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Positive for numbness.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)** and dysphoric mood.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 1/23/2017 3:24 PM (continued)**

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**

No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea | 60 tablet | 2 |
| • PARoxetine (PAXIL) 10 MG tablet | Take one tablet (10 mg total) by mouth every morning | 30 tablet | 1 |
| • potassium chloride 20 mEq ER tablet | Take one tablet (20 mEq total) by mouth one (1) time a day | 30 tablet | 2 |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 1/23/2017 3:24 PM (continued)**

| | | | |
|---|---|---|---|
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 01/23/17 1452 |
|---|---|
| BP: | 110/77 |
| Pulse: | 123 |
| Temp: | 98.4 °F (36.9 °C) |
| TempSrc: | Oral |
| Height: | 5' 1" (1.549 m) |
| Weight: | 119 lb 9.6 oz (54.25 kg) |
| SpO2: | 98% |
| PainSc: | 0-No pain |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance and acutely uncomfortable looking.**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 1/23/2017 3:24 PM (continued)**

normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 01/23/17 1452 |
|---|---|---|
| WBC | K/uL | 13.23* |
| HEMOGLOBIN | g/dL | 12.9 |
| PLATELET | K/uL | 415* |

**Results from last 7 days**

| Lab | Units | 01/23/17 1459 |
|---|---|---|
| INR | | 1.4 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 01/23/2017**

| Component | Date | Value |
|---|---|---|
| • WBC | 01/23/2017 | 13.23* |
| • RBC | 01/23/2017 | 4 |
| • Hemoglobin | 01/23/2017 | 12.9 |
| • Hematocrit | 01/23/2017 | 39.9 |
| • MCV | 01/23/2017 | 94.4 |
| • MCH | 01/23/2017 | 30.6 |
| • MCHC | 01/23/2017 | 32.4* |
| • RDW | 01/23/2017 | 17* |
| • Platelet | 01/23/2017 | 415* |
| • Neutrophils Segmented Pe* | 01/23/2017 | 69.0 |
| • Lymphocyte Percent | 01/23/2017 | 22.0 |
| • Monocyte Percent | 01/23/2017 | 5.6 |
| • Eosinophils Percent | 01/23/2017 | 3.0 |
| • Basophil Percent | 01/23/2017 | 0.5 |
| • Neutrophils Segmented Ab* | 01/23/2017 | 9.1* |
| • Lymphocytes Absolute, Au* | 01/23/2017 | 2.91 |

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 1/23/2017 3:24 PM (continued)**

| | | |
|---|---|---|
| • Monocytes Absolute, Auto* | 01/23/2017 | 0.74 |
| • Eosinophils Absolute | 01/23/2017 | 0.40 |
| • Basophils Absolute | 01/23/2017 | 0.06 |
| • INR | 01/23/2017 | 1.4 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| **1.** | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time** |

**PLAN:**

Her INR today is 1.4. She states that she has not missed any doses of Coumadin nor has she had of vitamin K rich foods included in her diet recently. We are changing her Coumadin dose to 5 mg daily and she will monitor her INR at home on a weekly basis. She continues Fosamax weekly and is also on calcium supplements once daily and vitamin-D 5000 units daily. Her potassium level was low during her recent emergency room visit so we are monitoring that today and will notify her if additional supplements are not indicated. She is currently on KCl 20 mEq daily.

**DISPOSITION:**

See in 1 month

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
1/23/2017 3:24 PM

Electronically signed by Kirby Lee Smith, MD at 1/31/2017 11:20 AM

**Patient Instructions**

No notes of this type exist for this encounter.

**Patient Instructions (continued)**

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

01/24/2017 0740 - Kirby Lee Smith, MD

| | |
|---|---|
| Disposition: | Return in about 1 month (around 2/23/2017) for cbc cmp. |

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 01/23/17 1452 |
|---|---|
| **Measurements** | |
| Weight | 119 lb 9.6 oz (54.3 kg) -TL |
| Height | 5' 1" (1.549 m) -TL |
| BSA (Calculated - sq m) | 1.53 sq meters -TL |
| BMI (Calculated) | 22.6 -TL |
| **Vitals** | |
| BP | 110/77 -TL |
| BP Location | Right arm -TL |
| Patient Position | Sitting -TL |
| Pulse | **(!) 123** -TL |
| Temp | 98.4 °F (36.9 °C) -TL |
| Temp src | Oral -TL |
| **Pulse Oximetry** | |
| SpO2 | 98 % -TL |
| **Pain 2** | |
| Pain Score | Zero -TL |

### Anthropometrics

| Row Name | 01/23/17 1452 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 -TL |

### Custom Formula Data

| Row Name | 01/23/17 1452 |
|---|---|
| **OTHER** | |
| Weight Gain Calculated in Pounds (lbs) | 119.6 -TL |
| IBW/kg (Calculated) Male | 52.3 kg -TL |
| IBW/kg (Calculated) FEMALE | 47.8 kg -TL |
| Weight in (lb) to have BMI = 25 | 132 -TL |
| % Weight Change Since Birth | 0 -TL |
| **kcal/kg** | |
| (Retired) 20 | 1087.27 -TL |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 01/23/17 1452 | | | | |
|---|---|---|---|---|---|
| Kcal/Kg (kcal) | | | | | |
| (Retired) 25 Kcal/Kg (kcal) | 1359.09 -TL | | | | |
| (Retired) 30 Kcal/Kg (kcal) | 1630.91 -TL | | | | |
| (Retired) 35 Kcal/Kg (kcal) | 1902.73 -TL | | | | |
| (Retired) 40 Kcal/Kg (kcal) | 2174.55 -TL | | | | |
| (Retired) 45 Kcal/Kg (kcal) | 2446.36 -TL | | | | |
| (Retired) 50 Kcal/Kg (kcal) | 2718.18 -TL | | | | |
| **Protein (gm/kg)** | | | | | |
| 0.6 Gm Protein (gm) | 32.62 -TL | | | | |
| 0.7 Gm Protein (gm) | 38.05 -TL | | | | |
| 0.8 Gm Protein (gm) | 43.49 -TL | | | | |
| 0.9 Gm Protein (gm) | 48.93 -TL | | | | |
| 1.0 Gm Protein (gm) | 54.36 -TL | | | | |
| 1.1 Gm Protein (gm) | 59.8 -TL | | | | |
| 1.2 Gm Protein (gm) | 65.24 -TL | | | | |
| 1.3 Gm Protein (gm) | 70.67 -TL | | | | |
| 1.4 Gm Protein (gm) | 76.11 -TL | | | | |
| 1.5 Gm Protein (gm) | 81.55 -TL | | | | |
| 1.6 Gm Protein (gm) | 86.98 -TL | | | | |
| 1.7 Gm Protein (gm) | 92.42 -TL | | | | |
| 1.8 Gm Protein (gm) | 97.85 -TL | | | | |
| 1.9 Gm Protein (gm) | 103.29 -TL | | | | |
| 2.0 Gm Protein (gm) | 108.73 -TL | | | | |
| 2.1 Gm Protein (gm) | 114.16 -TL | | | | |
| 2.2 Gm Protein | 119.6 -TL | | | | |



Liberty/Woolverton-Jones 0529

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 01/23/17 1452 | | | | |
|---|---|---|---|---|---|
| (gm) | | | | | |
| 2.3 Gm Protein (gm) | 125.04 -TL | | | | |
| 2.4 Gm Protein (gm) | 130.47 -TL | | | | |
| 2.5 Gm Protein (gm) | 135.91 -TL | | | | |
| **(Retired) Ideal Body Weight (IBW)** | | | | | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -TL | | | | |
| Ideal Body Weight (IBW), Female | 48.55 -TL | | | | |
| (Retired) % Ideal Body Weight | 54.43 -TL | | | | |
| **(Retired) Measurements (Adult/Pediatric)** | | | | | |
| (Retired) BMI (kg/m2) | 22.65 -TL | | | | |
| **Relevant Labs and Vitals** | | | | | |
| Temp (in Celsius) | 36.9 -TL | | | | |
| **Adult IBW/VT Calculations** | | | | | |
| IBW/kg (Calculated) | 47.8 -TL | | | | |
| Low Range Vt 6mL/kg | 286.8 mL/kg -TL | | | | |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -TL | | | | |
| Adult High Range Vt 10mL/kg | 478 mL/kg -TL | | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| TL | Taneshia Lawrence |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Default Flowsheet Data (all recorded)



Liberty/Woolverton-Jones 0530

**Default Flowsheet Data (all recorded) (continued)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Reason for Visit

**Anticoagulation**

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |
| **Depression with anxiety** | |
| **Elevated INR** | |
| **History of iron deficiency** | |
| **Narcolepsy with cataplexy** | |

**Problem List** as of 3/8/2017 Date Reviewed: **1/23/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |
| **Hypokalemia** | ICD-10-CM: E87.6<br>ICD-9-CM: 276.8 | | | 11/30/2016 - Present |
| RESOLVED: Nausea alone | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | | | 11/30/2016 - 12/1/2016 |
| **Elevated INR** | ICD-10-CM: R79.1<br>ICD-9-CM: 790.92 | | | 3/8/2017 - Present |
| **History of iron deficiency** | ICD-10-CM: Z86.39 | | | 3/8/2017 - |

## Visit Summary (continued)

**Problem List (continued)** as of 3/8/2017 Date Reviewed: **1/23/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: V12.3 | | | Present |

**Allergies as of 3/8/2017** **Reviewed** On: **3/8/2017** By: **Alaric Jones**

No Known Allergies

**Immunizations** WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 134/84 | 108 | 98.6 °F (37 °C) (Oral) | 18 | 5' 1" (1.549 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 112 lb 11.2 oz (51.1 kg) | 97% | 21.29 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 3/8/2017

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 3/8/2017

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 3/8/2017

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 3/8/2017 (continued)**

**Family Status as of 3/8/2017**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 3/8/2017**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 3/8/2017**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 3/8/2017**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 3/8/2017**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 3/8/2017**

**None**

**Occupational as of 3/8/2017**

**None**

**Socioeconomic as of 3/8/2017**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |

**Socioeconomic as of 3/8/2017 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 3/8/2017

| | |
|---|---|
| INR goal: | 2.0-3.0 |
| TTR: | — |
| Today's INR: | **6.0!** |
| Warfarin maintenance plan: | 5 mg (5 mg x 1) on Mon, Wed, Fri; 25 mg (5 mg x 5) all other days |
| Weekly warfarin total: | 115 mg |
| Plan last modified: | Cynthia Dixon, RN (11/16/2016) |
| Next INR check: | |
| Target end date: | |

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

| | |
|---|---|
| INR check location: | Home Draw |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking/Expired)** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |

Sig: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking.
Route: Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)** | 45 tablet | 5 | 8/26/2015 | |

Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed
Class: No Print
Route: Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet (Taking/Discontinued)** | | | | 7/5/2018 |

Sig: Take 1 tablet by mouth one (1) time a day
Class: Historical Med
Route: Oral
Reason for Discontinue: **Therapy completed**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyanocobalamin (VITAMIN B-12) 1000 MCG tablet (Taking/Discontinued)** | | | | 7/5/2018 |

Sig: Take 1,000 mcg by mouth one (1) time a day
Class: Historical Med
Route: Oral

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Therapy completed** | | | | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)**<br>Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 capsule | 0 | 5/7/2017 | 7/3/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)**<br>Sig: Place 1 patch onto the skin 2 (two) times a week<br>Class: Historical Med<br>Route: Transdermal<br>Reason for Discontinue: **Therapy completed** | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule by mouth 3 (three) times a day<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | | | 2/10/2017 | 7/5/2018 |
| **meloxicam (MOBIC) 7.5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth one (1) time a day<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | | | 2/14/2017 | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |
| **PARoxetine (PAXIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (10 mg total) by mouth every morning<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 1/21/2017 9:29 AM | 30 tablet | 1 | 1/20/2017 | 3/8/2017 |
| **PARoxetine (PAXIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take two tablets (20 mg total) by mouth every morning<br>Route: Oral<br>Reason for Discontinue: **Alternate therapy** | 30 tablet | 5 | 3/8/2017 | 7/31/2017 |
| **potassium chloride 20 mEq ER tablet (Taking/Discontinued)**<br>Sig: Take one tablet (20 mEq total) by mouth one (1) time a day<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night<br>Class: Print<br>Reason for Discontinue: **Cost of medication** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking)**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 5/7/2017 | 7/3/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)**<br>Sig - Route: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |
| **PARoxetine (PAXIL) 10 MG tablet (Taking)**<br>Sig - Route: Take one tablet (10 mg total) by mouth every morning - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 1/21/2017 9:29 AM | 30 tablet | 1 | 1/20/2017 | 3/8/2017 |
| **potassium chloride 20 mEq ER tablet (Taking)**<br>Sig - Route: Take one tablet (20 mEq total) by mouth one (1) time a day - Oral | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking)**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **PARoxetine (PAXIL) 10 MG tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **PARoxetine (PAXIL) 10 MG tablet (Discontinued)**<br>Sig - Route: Take two tablets (20 mg total) by mouth every morning - Oral<br>Reason for Discontinue: **Alternate therapy** | 30 tablet | 5 | 3/8/2017 | 7/31/2017 |
| **enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe (Discontinued)**<br>Sig - Route: Inject 0.8 mL (80 mg total) under the skin one (1) time a day - Subcutaneous<br>Reason for Discontinue: **Therapy completed** | 20 Syringe | 1 | 3/8/2017 | 7/31/2017 |

## Medications - Medication Orders

### enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe [149943209]

Electronically signed by: **John H Powell, NP on 03/08/17 1045** Status: **Discontinued**
Ordering user: John H Powell, NP 03/08/17 1045
Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: Daily 03/08/17 - 07/31/17
Discontinued by: Robert W Schriner, MD 07/31/17 1227 [Therapy completed]

Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Medication Route: Subcutaneous
Medication Dose: 80 mg
Medication Directions: Inject 0.8 mL (80 mg total) under the skin one (1) time a day
Priority: Routine
End Date/Time: 7/31/2017
Start Date/Time: 03/08/17 0000

### PARoxetine (PAXIL) 10 MG tablet [149943208]

Electronically signed by: **John H Powell, NP on 03/08/17 1031** Status: **Discontinued**
Ordering user: John H Powell, NP 03/08/17 1031
Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: QAM 03/08/17 - 365 Days
Discontinued by: Robert W Schriner, MD 07/31/17 1226 [Alternate therapy]

Diagnoses

## Medications - Medication Orders (continued)

**PARoxetine (PAXIL) 10 MG tablet [149943208] (continued)**

Depression with anxiety [F41.8]
Medication Route: Oral
Medication Dose: 20 mg
Medication Directions: Take two tablets (20 mg total) by mouth every morning
Priority: Routine
End Date/Time: 7/31/2017
Start Date/Time: 03/08/17 0000

**cyanocobalamin (VITAMIN B-12) 1000 MCG tablet [149943207]**

Electronically signed by: **Alaric Jones on 03/08/17 1010**
Status: **Discontinued**
Ordering user: Alaric Jones 03/08/17 1010
Authorized by: Historical Provider, MD
Frequency: Daily - 07/05/18
Discontinued by: Rachel Fesmire 07/05/18 1405 [Therapy completed]
Medication Route: Oral
Medication Dose: 1,000 mcg
Medication Directions: Take 1,000 mcg by mouth one (1) time a day
Priority: Routine
End Date/Time: 7/5/2018

**gabapentin (NEURONTIN) 300 MG capsule [149943205]**

Electronically signed by: **Alaric Jones on 03/08/17 1006**
Status: **Discontinued**
Ordering user: Alaric Jones 03/08/17 1006
Authorized by: Historical Provider, MD
Frequency: TID 02/10/17 - 07/05/18
Discontinued by: Rachel Fesmire 07/05/18 1405 [Therapy completed]
Medication Route: Oral
Medication Dose: 1 capsule
Medication Directions: Take 1 capsule by mouth 3 (three) times a day
Priority: Routine
End Date/Time: 7/5/2018
Start Date/Time: 02/10/17 0000

**meloxicam (MOBIC) 7.5 MG tablet [149943206]**

Electronically signed by: **Alaric Jones on 03/08/17 1006**
Status: **Discontinued**
Ordering user: Alaric Jones 03/08/17 1006
Authorized by: Historical Provider, MD
Frequency: Daily 02/14/17 - 07/05/18
Discontinued by: Rachel Fesmire 07/05/18 1405 [Therapy completed]
Medication Route: Oral
Medication Dose: 1 tablet
Medication Directions: Take 1 tablet by mouth one (1) time a day
Priority: Routine
End Date/Time: 7/5/2018
Start Date/Time: 02/14/17 0000

## Orders

## All Orders and Results Except Lab and Imaging

### POC Prothrombin Time

Electronically signed by: **Ranesha Worles, MA on 03/08/17 1004** Status: **Completed**
Ordering user: Ranesha Worles, MA 03/08/17 1004 Authorized by: Kirby Lee Smith, MD
Frequency: 03/08/17 -
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]
Order comments: This order was created through the anticoagulation tracking navigator section.
Additional Resulting Lab Information
Pt stated she takes 2.5 mg of coumadin on Sun and Wed and ROD 5 mg.

Resulted: 03/08/17 1002, Result status: Final result

POC Prothrombin Time [149943204]

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 03/08/17 1002 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 6.0 | — | — | — |

## Result Summary



Liberty/Woolverton-Jones 0542

## All Lab and Imaging Orders and Results

### CBC with Differential

Electronically signed by: **Cynthia Dixon, RN on 11/23/16 0933** Status: **Completed**
Ordering user: Cynthia Dixon, RN 11/23/16 0933 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Cosigning events
Electronically cosigned by Kirby Lee Smith, MD 11/27/16 1358 for Ordering
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 03/08/17 1009, Result status: Final result

CBC with Differential [143167490] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84489384 | Blood | Arm, Left | 03/08/17 1000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.39 | 3.5 - 11.5 K/uL | — | BOC AMB AEL |
| RBC | 5 | 3.59 - 5.10 M/uL | — | BOC AMB AEL |
| Hemoglobin | 14.6 | 12.0 - 16.0 g/dL | — | BOC AMB AEL |
| Hematocrit | 45.2 | 37.0 - 45.0 % | **H** | BOC AMB AEL |
| MCV | 91.7 | 80 - 100 fl | — | BOC AMB AEL |
| MCH | 29.7 | 27.0 - 31.0 pg | — | BOC AMB AEL |
| MCHC | 32.4 | 33.0 - 36.0 g/dL | **L** | BOC AMB AEL |
| RDW | 17 | 11.5 - 14.5 % | **H** | BOC AMB AEL |
| Platelet | 525 | 150 - 400 K/uL | **H** | BOC AMB AEL |
| Neutrophils segmented percent | 63.1 | 40.0 - 74.0 % | — | BOC AMB AEL |
| Lymphocyte Percent | 29.7 | 20.0 - 40.0 % | — | BOC AMB AEL |
| Monocyte Percent | 4.6 | 5.0 - 10.0 % | **L** | BOC AMB AEL |
| Eosinophils Percent | 2.2 | 0 - 6 % | — | BOC AMB AEL |
| Basophil Percent | 0.4 | 0 - 2 % | — | BOC AMB AEL |
| Neutrophil absolute segmented | 5.9 | 1.90 - 8.00 K/uL | — | BOC AMB AEL |
| Lymphocytes Absolute, Automated | 2.78 | 1.00 - 4.80 K/uL | — | BOC AMB AEL |
| Monocytes Absolute, Automated | 0.43 | 0.16 - 1.00 K/uL | — | BOC AMB AEL |
| Eosinophils Absolute | 0.21 | 0.00 - 0.80 K/uL | — | BOC AMB AEL |
| Basophils Absolute | 0.04 | 0.00 - 0.20 K/uL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Comprehensive Metabolic Panel

Electronically signed by: **Cynthia Dixon, RN on 11/23/16 0933** Status: **Completed**

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

Ordering user: Cynthia Dixon, RN 11/23/16 0933 Ordering provider: Kirby Lee Smith, MD
Authorized by: Kirby Lee Smith, MD
Cosigning events
Electronically cosigned by Kirby Lee Smith, MD 11/27/16 1358 for Ordering
Diagnoses
Primary hypercoagulable state (HCC) [D68.59]

Resulted: 03/08/17 1043, Result status: Final result

Comprehensive Metabolic Panel [143167491] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84489384 | Blood | Arm, Left | 03/08/17 1000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137.0 | 136 - 145 mEq/L | — | BOC AMB AEL |
| Chloride | 98.0 | 98 - 107 mEq/L | — | BOC AMB AEL |
| CO2 | 27 | 21 - 32 mEq/L | — | BOC AMB AEL |
| Glucose | 98.0 | 74 - 106 mg/dL | — | BOC AMB AEL |
| Potassium | 3.0 | 3.5 - 5.1 mEq/L | **L** | BOC AMB AEL |
| Calcium | 8.9 | 8.5 - 10.1 mg/dL | — | BOC AMB AEL |
| BUN | 6.0 | 7 - 18 mg/dL | **L** | BOC AMB AEL |
| Creatinine | 0.9 | 0.6 - 1.0 mg/dL | — | BOC AMB AEL |
| Protein total | 8.0 | 6.4 - 8.2 g/dL | — | BOC AMB AEL |
| ALP | 96.0 | 46 - 116 U/L | — | BOC AMB AEL |
| ALT | 54.0 | 12 - 78 U/L | — | BOC AMB AEL |
| AST | 18.0 | 13 - 35 U/L | — | BOC AMB AEL |
| Anion gap | 12 | — | — | BOC AMB AEL |
| BUN/Creatinine Ratio | 7 | % | — | BOC AMB AEL |
| Albumin | 4.2 | 3.4 - 5.0 g/dL | — | BOC AMB AEL |
| Globulin Total | 4 | — | — | BOC AMB AEL |
| A/G Ratio | 1 | % | — | BOC AMB AEL |
| Bilirubin total | 0.2 | 0.2 - 1.0 mg/dL | — | BOC AMB AEL |
| eGFR non-African American | 77 | mL/min/1.73m'2 | — | BOC AMB AEL |
| eGFR African American | 89 | mL/min/1.73m'2 | — | BOC AMB AEL |

Comment:

Reference Table from Population
Mean GRs from NHANES III4

| Age (years) | Average GFR |
|---|---|
| 20-29 | 116 ml/min/1.73 m2 |
| 30-39 | 107 ml/min/1.73 m2 |
| 40-49 | 99 ml/min/1.73 m2 |
| 50-59 | 93 ml/min/1.73 m2 |
| 60-69 | 85 ml/min/1.73 m2 |

## All Lab and Imaging Orders and Results (continued)

### Comprehensive Metabolic Panel (continued)

70+ 75 ml/min/1.73 m2

______________________________

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Ferritin

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: 03/08/17 -
Diagnoses
History of iron deficiency [Z86.39]

Ferritin

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP

Resulted: 03/08/17 2109, Result status: Final result

Ferritin [149943214]

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84489615 | Blood | — | 03/08/17 1059 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin | 18 | 13 - 200 ng/mL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Iron and TIBC

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP

## All Lab and Imaging Orders and Results (continued)

### Iron and TIBC (continued)

Frequency: 03/08/17 -
Diagnoses
History of iron deficiency [Z86.39]

Iron and TIBC

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP

Resulted: 03/08/17 2122, Result status: Final result

Iron and TIBC [149955647] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84489615 | Blood | — | 03/08/17 1059 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 76 | 37 - 145 ug/dL | — | BOC AMB AEL |
| TIBC | 447 | 112 - 347 ug/dL | **H** | BOC AMB AEL |
| Iron Saturation | 17 | 20 - 50 % | **L** | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Vitamin B12

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: 03/08/17 -
Diagnoses
History of iron deficiency [Z86.39]
Narcolepsy with cataplexy [G47.411]

Vitamin B12

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP

Resulted: 03/08/17 2109, Result status: Final result

Vitamin B12 [149955648]

Resulting lab: AEL-AMB

Specimen Collection

## All Lab and Imaging Orders and Results (continued)

### Vitamin B12 (continued)

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84489615 | Blood | — | 03/08/17 1059 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B-12 | 358 | 200 - 950 pg/mL | — | BOC AMB AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Folate

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
Frequency: 03/08/17 -
Diagnoses
History of iron deficiency [Z86.39]
Narcolepsy with cataplexy [G47.411]

Folate

Electronically signed by: **John H Powell, NP on 03/08/17 1058** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1058 Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP

Resulted: 03/08/17 2109, Result status: Final result

Folate [149955649] (Abnormal)

Resulting lab: AEL-AMB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 84489615 | Blood | — | 03/08/17 1059 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Folate | 5.4 | >5.9 ug/L | **L** | BOC AMB AEL |

Comment:

INTERPRETIVE RANGES

----------------------------------------

DEFICIENCY <4.0 ug/L
POSSIBLE DEFICIENCY 4.0-5.9 ug/L
SUFFICIENT >5.9 ug/L

## All Lab and Imaging Orders and Results (continued)

### Folate (continued)

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - BOC AMB AEL** | AEL-AMB | Dr. Michael Bugg | 1701 Century Center Cove<br>Memphis TN 38134 | 08/10/15 1923 - Present |

## Progress Notes

### Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM

Author: Kirby Lee Smith, MD    Service: (none)    Author Type: Physician
Encounter Date: 3/8/2017    Creation Time: 3/8/2017 10:59 AM    Filed: 3/8/2017 2:35 PM
Status: Signed    Editor: Kirby Lee Smith, MD (Physician)

**HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE**

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones**    **Age: 45 y.o.**    **Sex: Female**
**MRN: 10321720**    **DOB:**
**CSN:** 120056242171    **Race:** White or Caucasian [1]
**Date of Examination: 3/8/2017**

**CHIEF COMPLAINT:**

Follow up for anticoagulation and pain

**HISTORY OF PRESENT ILLNESS:**

She is in today to have her INR checked. She is currently taking Coumadin 2.5mg 2 days/week and 5mg all other days. No bleeding or bruising. Her anxiety is no better on Paxil 10mg daily. She has a cardiac evaluation Monday of next week for her palpitations. She has a left breast biopsy scheduled next week with Dr. Hugh Francis. She's been diagnosed with a bulging cervical disc and is undergoing a series of injections for that.

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM (continued)**

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**

Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Positive for palpitations. Negative for chest pain.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, arthralgias **(Right shoulder and hip.)**, gait problem **(Intermittent)** and neck pain.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
**Left breast tenderness and nipple discharge**
Allergic/Immunologic: Negative.
Neurological: Positive for numbness.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)** and dysphoric mood.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM (continued)**

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

## FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

## SOCIAL HISTORY:

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

## ALLERGIES:

No Known Allergies

## CURRENT MEDICATIONS:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • cyanocobalamin (VITAMIN B-12) 1000 MCG tablet | Take 1,000 mcg by mouth one (1) time a day | | |
| • [START ON 5/7/2017] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 | Take one capsule (30 mg total) by mouth 2 (two) times | 60 capsule | 0 |

## Progress Notes (continued)

### Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM (continued)

| | | | |
|---|---|---|---|
| hr capsule | a day | | |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule by mouth 3 (three) times a day | | |
| • meloxicam (MOBIC) 7.5 MG tablet | Take 1 tablet by mouth one (1) time a day | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea | 60 tablet | 2 |
| • PARoxetine (PAXIL) 10 MG tablet | Take two tablets (20 mg total) by mouth every morning | 30 tablet | 5 |
| • potassium chloride 20 mEq ER tablet | Take one tablet (20 mEq total) by mouth one (1) time a day | 30 tablet | 2 |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |
| • enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe | Inject 0.8 mL (80 mg total) under the skin one (1) time a day | 20 Syringe | 1 |

**No current facility-administered medications for this visit.**

**Facility-Administered Medications Ordered in Other Visits**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • phytonadione-vitamin K (AQUA-MEPHYTON) injection 5 mg | 5 mg | Subcutaneous | Once | John H Powell, NP | | |

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM (continued)**

**Filed Vitals:**

| | 03/08/17 0951 |
|---|---|
| BP: | 134/84 |
| Pulse: | 108 |
| Temp: | 98.6 °F (37 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 112 lb 11.2 oz (51.12 kg) |
| SpO2: | 97% |
| PainSc: | 9 |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 03/08/17 1000 |
|---|---|---|
| WBC | K/uL | 9.39 |



Liberty/Woolverton-Jones 0552

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM (continued)**

| | | |
|---|---|---|
| HEMOGLOBIN | g/dL | 14.6 |
| PLATELET | K/uL | 525* |

**Results from last 7 days**

| Lab | Units | 03/08/17 1000 |
|---|---|---|
| SODIUM | mEq/L | 137.0 |
| POTASSIUM | mEq/L | 3.0* |
| BUN | mg/dL | 6.0* |
| CREATININE | mg/dL | 0.9 |
| CALCIUM | mg/dL | 8.9 |
| TOTAL BILIRUBIN | mg/dL | 0.2 |
| GLUCOSE | mg/dL | 98.0 |

**Results from last 7 days**

| Lab | Units | 03/08/17 1002 |
|---|---|---|
| INR | | 6.0 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 03/08/2017**

| Component | Date | Value |
|---|---|---|
| • WBC | 03/08/2017 | 9.39 |
| • RBC | 03/08/2017 | 5 |
| • Hemoglobin | 03/08/2017 | 14.6 |
| • Hematocrit | 03/08/2017 | 45.2* |
| • MCV | 03/08/2017 | 91.7 |
| • MCH | 03/08/2017 | 29.7 |
| • MCHC | 03/08/2017 | 32.4* |
| • RDW | 03/08/2017 | 17* |
| • Platelet | 03/08/2017 | 525* |
| • Neutrophils Segmented Pe* | 03/08/2017 | 63.1 |
| • Lymphocyte Percent | 03/08/2017 | 29.7 |
| • Monocyte Percent | 03/08/2017 | 4.6* |
| • Eosinophils Percent | 03/08/2017 | 2.2 |
| • Basophil Percent | 03/08/2017 | 0.4 |
| • Neutrophils Segmented Ab* | 03/08/2017 | 5.9 |

## Progress Notes (continued)

**Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM (continued)**

| | | |
|---|---|---|
| • Lymphocytes Absolute, Au* | 03/08/2017 | 2.78 |
| • Monocytes Absolute, Auto* | 03/08/2017 | 0.43 |
| • Eosinophils Absolute | 03/08/2017 | 0.21 |
| • Basophils Absolute | 03/08/2017 | 0.04 |
| • Sodium | 03/08/2017 | 137.0 |
| • Chloride | 03/08/2017 | 98.0 |
| • CO2 | 03/08/2017 | 27 |
| • Glucose | 03/08/2017 | 98.0 |
| • Potassium | 03/08/2017 | 3.0* |
| • Calcium | 03/08/2017 | 8.9 |
| • BUN | 03/08/2017 | 6.0* |
| • Creatinine | 03/08/2017 | 0.9 |
| • Total Protein | 03/08/2017 | 8.0 |
| • ALP | 03/08/2017 | 96.0 |
| • ALT | 03/08/2017 | 54.0 |
| • AST | 03/08/2017 | 18.0 |
| • Anion Gap | 03/08/2017 | 12 |
| • BUN / Creatinine, Mass R* | 03/08/2017 | 7 |
| • Albumin | 03/08/2017 | 4.2 |
| • Globulin Total | 03/08/2017 | 4 |
| • Albumin / Globulin, Mass* | 03/08/2017 | 1 |
| • Total Bilirubin | 03/08/2017 | 0.2 |
| • eGFR non-African American | 03/08/2017 | 77 |
| • eGFR African American | 03/08/2017 | 89 |
| • INR | 03/08/2017 | 6.0 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| **1.** | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time**<br>**enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe** |
| 2. | Depression with anxiety | F41.8 | 300.4 | PARoxetine (PAXIL) 10 MG tablet |
| 3. | Elevated INR | R79.1 | 790.92 | |

**Progress Notes (continued)**

**Progress Notes by Kirby Lee Smith, MD at 3/8/2017 10:59 AM (continued)**

| | | | | |
|---|---|---|---|---|
| 4. | History of iron deficiency | Z86.39 | V12.3 | Ferritin<br>Iron and TIBC<br>Vitamin B12<br>Folate<br>Ferritin<br>Iron and TIBC<br>Vitamin B12<br>Folate |
| 5. | Narcolepsy with cataplexy | G47.411 | 347.01 | Vitamin B12<br>Folate<br>Vitamin B12<br>Folate |

**PLAN:**

She will hold Coumadin today and tomorrow and will give her vitamin K 5 mg subcu today. I will increase her Paxil to 20 mg daily. She will begin bridging with Lovenox on Friday 3/10 in preparation for her breast biopsy. She will resume Coumadin 2.5 mg daily along with Lovenox following her biopsy. Will recheck an INR on March 20th. She has a home monitor and will call us with those results. She has a history of iron deficiency and an elevated platelet count. I will check iron studies today. I will check B12 and folate levels given her level of fatigue and will see her back in about 4 weeks when hopefully will have the results of her breast biopsy. We will be able to evaluate her response to her increased dose of Paxil at that time as well.

**DISPOSITION:**

See in 1 month

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
3/8/2017 11:10 AM

Electronically signed by Kirby Lee Smith, MD at 3/8/2017 2:35 PM

**Patient Instructions**

No notes of this type exist for this encounter.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

03/08/2017 1056 - John H Powell, NP

Disposition: Return in about 4 weeks (around 4/5/2017).

**Follow-up and Disposition History (continued)**

## Flowsheets (all recorded)

### Amb Complex Vitals Nav

| Row Name | 03/08/17 0951 | | | | |
|---|---|---|---|---|---|
| **Measurements** | | | | | |
| Weight | 112 lb 11.2 oz (51.1 kg) -RW | | | | |
| Height | 5' 1" (1.549 m) -RW | | | | |
| BSA (Calculated - sq m) | 1.48 sq meters -RW | | | | |
| BMI (Calculated) | 21.3 -RW | | | | |
| **Vitals** | | | | | |
| BP | 134/84 -RW | | | | |
| BP Location | Left arm -RW | | | | |
| Patient Position | Sitting -RW | | | | |
| Pulse | 108 -RW | | | | |
| Resp | 18 -RW | | | | |
| Temp | 98.6 °F (37 °C) -RW | | | | |
| Temp src | Oral -RW | | | | |
| **Pulse Oximetry** | | | | | |
| SpO2 | 97 % -RW | | | | |
| **Pain 2** | | | | | |
| Pain Score | Nine -RW | | | | |

### Anthropometrics

| Row Name | 03/08/17 0951 | | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Weight Change | 0 -RW | | | | |

### Custom Formula Data

| Row Name | 03/08/17 0951 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Weight Gain Calculated in Pounds (lbs) | 112.7 -RW | | | | |
| IBW/kg (Calculated) Male | 52.3 kg -RW | | | | |
| IBW/kg (Calculated) FEMALE | 47.8 kg -RW | | | | |
| Weight in (lb) to have BMI = 25 | 132 -RW | | | | |
| % Weight Change Since Birth | 0 -RW | | | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 03/08/17 0951 |
|---|---|
| **kcal/kg** | |
| (Retired) 20 Kcal/Kg (kcal) | 1024.55 -RW |
| (Retired) 25 Kcal/Kg (kcal) | 1280.68 -RW |
| (Retired) 30 Kcal/Kg (kcal) | 1536.82 -RW |
| (Retired) 35 Kcal/Kg (kcal) | 1792.95 -RW |
| (Retired) 40 Kcal/Kg (kcal) | 2049.09 -RW |
| (Retired) 45 Kcal/Kg (kcal) | 2305.23 -RW |
| (Retired) 50 Kcal/Kg (kcal) | 2561.36 -RW |
| **Protein (gm/kg)** | |
| 0.6 Gm Protein (gm) | 30.74 -RW |
| 0.7 Gm Protein (gm) | 35.86 -RW |
| 0.8 Gm Protein (gm) | 40.98 -RW |
| 0.9 Gm Protein (gm) | 46.1 -RW |
| 1.0 Gm Protein (gm) | 51.23 -RW |
| 1.1 Gm Protein (gm) | 56.35 -RW |
| 1.2 Gm Protein (gm) | 61.47 -RW |
| 1.3 Gm Protein (gm) | 66.6 -RW |
| 1.4 Gm Protein (gm) | 71.72 -RW |
| 1.5 Gm Protein (gm) | 76.84 -RW |
| 1.6 Gm Protein (gm) | 81.96 -RW |
| 1.7 Gm Protein (gm) | 87.09 -RW |
| 1.8 Gm Protein (gm) | 92.21 -RW |
| 1.9 Gm Protein (gm) | 97.33 -RW |
| 2.0 Gm Protein (gm) | 102.45 -RW |
| 2.1 Gm Protein | 107.58 -RW |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 03/08/17 0951 |
|---|---|
| (gm) | |
| 2.2 Gm Protein (gm) | 112.7 -RW |
| 2.3 Gm Protein (gm) | 117.82 -RW |
| 2.4 Gm Protein (gm) | 122.95 -RW |
| 2.5 Gm Protein (gm) | 128.07 -RW |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -RW |
| Ideal Body Weight (IBW), Female | 48.55 -RW |
| (Retired) % Ideal Body Weight | 51.29 -RW |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 21.34 -RW |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 37 -RW |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 47.8 -RW |
| Low Range Vt 6mL/kg | 286.8 mL/kg -RW |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -RW |
| Adult High Range Vt 10mL/kg | 478 mL/kg -RW |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| RW | Ranesha Worles, MA |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.



Liberty/Woolverton-Jones 0559

**Order-Level Documents: (continued)**

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

**Reason for Visit**

**Injections**

**Diagnoses**

| | Comments |
|---|---|
| **Elevated INR** | |
| **Senile osteoporosis** | |

**Problem List** as of 3/8/2017 Date Reviewed: **1/23/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |
| **Hypokalemia** | ICD-10-CM: E87.6<br>ICD-9-CM: 276.8 | | | 11/30/2016 - Present |
| RESOLVED: Nausea alone | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | | | 11/30/2016 - 12/1/2016 |
| **Elevated INR** | ICD-10-CM: R79.1<br>ICD-9-CM: 790.92 | | | 3/8/2017 - Present |
| **History of iron deficiency** | ICD-10-CM: Z86.39<br>ICD-9-CM: V12.3 | | | 3/8/2017 - Present |

**Allergies as of 3/8/2017** **Reviewed** On: **3/8/2017** By: **Alaric Jones**

No Known Allergies

**Immunizations** WOOLVERTON-JONES,SHERRY



Liberty/Woolverton-Jones 0561

## Visit Summary (continued)

**Immunizations (continued)** WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 3/8/2017

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 3/8/2017

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 3/8/2017

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

### Family Status as of 3/8/2017

**Family Status as of 3/8/2017 (continued)**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 3/8/2017**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 3/8/2017**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 3/8/2017**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 3/8/2017**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 3/8/2017**

**None**

**Occupational as of 3/8/2017**

**None**

**Socioeconomic as of 3/8/2017**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

## Medications

**Medications at Start of Encounter**

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet**<br>Sig - Route: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **cyanocobalamin (VITAMIN B-12) 1000 MCG tablet**<br>Sig - Route: Take 1,000 mcg by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 5/7/2017 | 7/3/2017 |
| **enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe**<br>Sig - Route: Inject 0.8 mL (80 mg total) under the skin one (1) time a day - Subcutaneous | 20 Syringe | 1 | 3/8/2017 | 7/31/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 300 MG capsule**<br>Sig - Route: Take 1 capsule by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/10/2017 | 7/5/2018 |
| **meloxicam (MOBIC) 7.5 MG tablet**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | 2/14/2017 | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral | 60 tablet | 2 | 11/30/2016 | 6/30/2017 |
| **PARoxetine (PAXIL) 10 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (10 mg total) by mouth every morning - Oral<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 1/21/2017 9:29 AM | 30 tablet | 1 | 1/20/2017 | 3/8/2017 |
| **PARoxetine (PAXIL) 10 MG tablet**<br>Sig - Route: Take two tablets (20 mg total) by mouth every morning - Oral | 30 tablet | 5 | 3/8/2017 | 7/31/2017 |
| **potassium chloride 20 mEq ER tablet**<br>Sig - Route: Take one tablet (20 mEq total) by mouth one (1) time a day - Oral | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet** | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral
Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **phytonadione-vitamin K (AQUA-MEPHYTON) injection 5 mg** | 5 mg | Once | 3/8/2017 | 3/8/2017 |

Sig - Route: Inject 2.5 mL (5 mg total) under the skin once - Subcutaneous

## Medications - Medication Orders

### phytonadione-vitamin K (AQUA-MEPHYTON) injection 5 mg [149955650]

Electronically signed by: **John H Powell, NP on 03/08/17 1051** Status: **Completed**
Ordering user: John H Powell, NP 03/08/17 1051
Ordering provider: John H Powell, NP
Authorized by: John H Powell, NP
From therapy plan: DENOSUMAB ( PROLIA )
Frequency: Once 03/08/17 1115 - 1 Occurrences
Diagnoses
Elevated INR [R79.1]
Senile osteoporosis [M81.0]
Medication Route: Subcutaneous
Medication Dose: 5 mg
Date First Scheduled: 03/08/17 1115
Last Administration: 03/08/17 1111
End Date/Time: 03/08/17 11:11 AM
Start Date/Time: 03/08/17 1115



Liberty/Woolverton-Jones 0566

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Notes

### Progress Notes

No notes of this type exist for this encounter.

## Patient Instructions

### Patient Instructions by Reid Gardner, RN at 3/8/2017 11:16 AM

Author: Reid Gardner, RN Service: (none) Author Type: Registered Nurse
Filed: 3/8/2017 11:17 AM Encounter Date: 3/8/2017 Status: Signed
Editor: Reid Gardner, RN (Registered Nurse)

**Recent Results (from the past 36 hour(s))**

**CBC with Differential**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 9.39 | 3.5 - 11.5 K/uL |
| RBC | 5 | 3.59 - 5.10 M/uL |
| Hemoglobin | 14.6 | 12.0 - 16.0 g/dL |
| Hematocrit | 45.2 (H) | 37.0 - 45.0 % |
| MCV | 91.7 | 80 - 100 fl |
| MCH | 29.7 | 27.0 - 31.0 pg |
| MCHC | 32.4 (L) | 33.0 - 36.0 g/dL |
| RDW | 17 (H) | 11.5 - 14.5 % |
| Platelet | 525 (H) | 150 - 400 K/uL |
| Neutrophils Segmented Percent | 63.1 | 40.0 - 74.0 % |
| Lymphocyte Percent | 29.7 | 20.0 - 40.0 % |
| Monocyte Percent | 4.6 (L) | 5.0 - 10.0 % |
| Eosinophils Percent | 2.2 | 0 - 6 % |
| Basophil Percent | 0.4 | 0 - 2 % |
| Neutrophils Segmented Absolute | 5.9 | 1.90 - 8.00 K/uL |
| Lymphocytes Absolute, Automated | 2.78 | 1.00 - 4.80 K/uL |
| Monocytes Absolute, Automated | 0.43 | 0.16 - 1.00 K/uL |
| Eosinophils Absolute | 0.21 | 0.00 - 0.80 K/uL |
| Basophils Absolute | 0.04 | 0.00 - 0.20 K/uL |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 137.0 | 136 - 145 mEq/L |
| Chloride | 98.0 | 98 - 107 mEq/L |
| CO2 | 27 | 21 - 32 mEq/L |
| Glucose | 98.0 | 74 - 106 mg/dL |

## Patient Instructions (continued)

### Patient Instructions by Reid Gardner, RN at 3/8/2017 11:16 AM (continued)

| | | |
|---|---|---|
| Potassium | 3.0 (L) | 3.5 - 5.1 mEq/L |
| Calcium | 8.9 | 8.5 - 10.1 mg/dL |
| BUN | 6.0 (L) | 7 - 18 mg/dL |
| Creatinine | 0.9 | 0.6 - 1.0 mg/dL |
| Total Protein | 8.0 | 6.4 - 8.2 g/dL |
| ALP | 96.0 | 46 - 116 U/L |
| ALT | 54.0 | 12 - 78 U/L |
| AST | 18.0 | 13 - 35 U/L |
| Anion Gap | 12 | |
| BUN / Creatinine, Mass Ratio | 7 | % |
| Albumin | 4.2 | 3.4 - 5.0 g/dL |
| Globulin Total | 4 | |
| Albumin / Globulin, Mass Ratio | 1 | % |
| Total Bilirubin | 0.2 | 0.2 - 1.0 mg/dL |
| eGFR non-African American | 77 | mL/min/1.73m'2 |
| eGFR African American | 89 | mL/min/1.73m'2 |

**POC Prothrombin Time**

| Result | Value | Ref Range |
|---|---|---|
| INR | 6.0 | |

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

## Flowsheets (all recorded)

### Fall Risk Questions

| Row Name | 03/08/17 1104 | | | | |
|---|---|---|---|---|---|
| Fall Risk Questions-Place falls risk armband on patient and enter falls precautions FYI flag if "YES" is marked on any question below. Assist patient as appropriate. | | | | | |
| Do you have any difficulty walking? (i.e., weakness, unsteady gait, require assistance/supervision, use of assisted device, cane, walker, wheelchair) | No -JT | | | | |
| Have you fallen in the last 3 months? | No -JT | | | | |
| Are you experiencing any dizzines or vertigo? | No -JT | | | | |
| Do you have any problems seeing that is not corrected by glasses or contacts or hearing problems that affect your mobility? | No -JT | | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| JT | Jessica Tatum |

### Encounter-Level Documents - 03/08/2017:

Authorizations and Consents - Scan on 3/8/2017 11:05 AM by Jessica Sumlin (below)

## Encounter-Level Documents - 03/08/2017: (continued)

BAPTIST.
BMG | BOSTON BASKIN CANCER FOUNDATION

Date: 3/8/2017

Patient Name: Sherry Jo Woolverton-Jones
First Middle Last

**Patient Rights**

(Initial Here) ____ I received a copy of my rights and responsibilities as a patient at this clinic.

**Acknowledgement of Notice of Privacy Practices:**

(Initial Here) ____ I received a copy of the Notice of Privacy Practices.

**General Consent to Treatment and Test:**

(Initial Here) ____ I am voluntarily seeking medical treatment. I consent to examination by the physician, nurse practitioner, nurse, and other health care professionals at this clinic. I also consent to any medical procedures, x-ray, laboratory tests, or other health care services ordered by my health care team. I understand that I may refuse specific treatments or procedures by informing my health care team.

**Release of Information:**
I authorize Baptist and the Boston Baskin Cancer Foundation to release any medical information necessary to process my claim.

**Assignment of Insurance Benefits and Acceptance of Financial Responsibility:**
I authorized payment directly to Baptist and the Boston Baskin Cancer Foundation. I understand and agree that if any part of my account is not paid by insurance I am financially responsible. I also understand that I may qualify for financial assistance programs for the testing provided by Baptist and that I may request an application to apply for financial assistance. I further understand that the determination is dependent upon my timely submittal of appropriate financial documentation and my failure to provide any such documentation could affect my ability to qualify for financial assistance.

Signature of Patient or person authorized to sign for patient ____ Date 3/8/2017

Witness ____ Date 3-8-17

ADMGC

Woolverton-Jones, Sherry
MR: 1C10321720
CSN: 120056851494

## Order-Level Documents:

There are no order-level documents.

## Default Flowsheet Data (all recorded)

**No Flowsheet Template found**

## Encounter-Level Documents - 03/08/2017:

Authorizations and Consents - Scan on 3/8/2017 11:05 AM by Jessica Sumlin (below)

BAPTIST.
BMG | BOSTON BASKIN CANCER FOUNDATION

Date: 3/8/2017

Patient Name: Sherry Jo Woolverton-Jones
First Middle Last

**Patient Rights**

(Initial Here) ____ I received a copy of my rights and responsibilities as a patient at this clinic.

**Acknowledgement of Notice of Privacy Practices:**

(Initial Here) ____ I received a copy of the Notice of Privacy Practices.

**General Consent to Treatment and Test:**

(Initial Here) ____ I am voluntarily seeking medical treatment. I consent to examination by the physician, nurse practitioner, nurse, and other health care professionals at this clinic. I also consent to any medical procedures, x-ray, laboratory tests, or other health care services ordered by my health care team. I understand that I may refuse specific treatments or procedures by informing my health care team.

**Release of Information:**

I authorize Baptist and the Boston Baskin Cancer Foundation to release any medical information necessary to process my claim.

**Assignment of Insurance Benefits and Acceptance of Financial Responsibility:**

I authorized payment directly to Baptist and the Boston Baskin Cancer Foundation. I understand and agree that if any part of my account is not paid by insurance I am financially responsible. I also understand that I may qualify for financial assistance programs for the testing provided by Baptist and that I may request an application to apply for financial assistance. I further understand that the determination is dependent upon my timely submittal of appropriate financial documentation and my failure to provide any such documentation could affect my ability to qualify for financial assistance.

Signature of Patient or person authorized to sign for patient — Date 3/8/2017

Witness Jessica Sumlin — Date 3-8-17

ADMGC

Woolverton-Jones, Sherry
MR: 1C10321720
CSN: 120056851494



Liberty/Woolverton-Jones 0571

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Primary hypercoagulable state (HCC)** - Primary | |

### Problem List as of 7/24/2017

Date Reviewed: **1/23/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |
| **Hypokalemia** | ICD-10-CM: E87.6<br>ICD-9-CM: 276.8 | | | 11/30/2016 - Present |
| RESOLVED: Nausea alone | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | | | 11/30/2016 - 12/1/2016 |
| **Elevated INR** | ICD-10-CM: R79.1<br>ICD-9-CM: 790.92 | | | 3/8/2017 - Present |
| **History of iron deficiency** | ICD-10-CM: Z86.39<br>ICD-9-CM: V12.3 | | | 3/8/2017 - Present |

### Allergies as of 7/24/2017

**Reviewed** On: **3/8/2017** By: **Alaric Jones**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

**Visit Summary (continued)**

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 7/24/2017

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 7/24/2017

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 7/24/2017

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family as of 7/24/2017 (continued)**

**Family Status as of 7/24/2017**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 7/24/2017**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 7/24/2017**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 7/24/2017**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 7/24/2017**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 7/24/2017**

**None**

**Occupational as of 7/24/2017**

**None**

**Socioeconomic as of 7/24/2017**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or | White or | Provide |



Liberty/Woolverton-Jones 0576

**Socioeconomic as of 7/24/2017 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| | | | | | Latino | Caucasian | r |

**Anticoagulation Summary** As of 7/24/2017

INR goal: 2.0-3.0
TTR: 48.0 % (1.7 y)
Today's INR: 2.70 (6/30/2017)
Warfarin maintenance plan: 5 mg (5 mg x 1) on Mon, Wed, Fri; 25 mg (5 mg x 5) all other days
Weekly warfarin total: 115 mg
No change documented: Cynthia Dixon, RN
Plan last modified: Cynthia Dixon, RN (11/16/2016)
Next INR check: 7/28/2017
Target end date:

Indications
Primary hypercoagulable state [D68.59]

**Anticoagulation Episode Summary**

INR check location: Home Draw
Preferred lab:
Send INR reminders to:
Comments:

**Anticoagulation Care Providers**

| Provider | Role | Specialty | Phone number |
|---|---|---|---|
| Kirby Lee Smith, MD | Responsible | Hematology and Oncology | 901-752-6131 |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class: No Print | 45 tablet | 5 | 8/26/2015 | |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 7/5/2017 7:17 AM | 36 tablet | 11 | 6/30/2017 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **cyanocobalamin (VITAMIN B-12) 1000 MCG tablet**<br>Sig - Route: Take 1,000 mcg by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 9/3/2017 | 7/31/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe**<br>Sig - Route: Inject 0.8 mL (80 mg total) under the skin one (1) time a day - Subcutaneous | 20 Syringe | 1 | 3/8/2017 | 7/31/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 300 MG capsule**<br>Sig - Route: Take 1 capsule by mouth 3 (three) times a day - Oral<br>Class: Historical Med | | | 2/10/2017 | 7/5/2018 |
| **meloxicam (MOBIC) 7.5 MG tablet**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | 2/14/2017 | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral<br>Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 7/5/2017 7:17 AM | 60 tablet | 2 | 6/30/2017 | 7/31/2017 |
| **PARoxetine (PAXIL) 10 MG tablet**<br>Sig - Route: Take two tablets (20 mg total) by mouth every morning - Oral | 30 tablet | 5 | 3/8/2017 | 7/31/2017 |
| **potassium chloride 20 mEq ER tablet**<br>Sig - Route: Take one tablet (20 mEq total) by mouth one (1) time a day - Oral | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig: 3 grams twice at night<br>Class: Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig: 5,800 capsules one (1) time a day<br>Class: Historical Med | | | 5/28/2016 | 7/31/2017 |

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 07/24/17 1027** Status: **Completed**
Ordering user: Cynthia Dixon, RN 07/24/17 1027 Authorized by: Historical Provider, MD
Frequency: 07/24/17 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 07/21/17 0000, Result status: Final result

Protime-INR [149955656] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 07/21/17 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.80 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 07/24/17 1027** Status: **Completed**
Ordering user: Cynthia Dixon, RN 07/24/17 1027 Authorized by: Historical Provider, MD
Frequency: 07/24/17 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 07/13/16 0000, Result status: Final result

Protime-INR [149955657] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 07/13/16 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.80 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 07/24/17 1027** Status: **Completed**
Ordering user: Cynthia Dixon, RN 07/24/17 1027 Authorized by: Historical Provider, MD
Frequency: 07/24/17 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Resulted: 07/07/17 0000, Result status: Final result

Protime-INR [168966891] (Abnormal)

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 07/07/17 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 4.40 | 1.4 | **A** | — |



Liberty/Woolverton-Jones 0579

## All Lab and Imaging Orders and Results (continued)

### Protime-INR (continued)

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 07/24/17 1028** Status: **Completed**
Ordering user: Cynthia Dixon, RN 07/24/17 1028 Authorized by: Historical Provider, MD
Frequency: 07/24/17 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [168966892] (Abnormal) Resulted: 07/13/17 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 07/13/17 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.80 | 1.4 | **A** | — |

### Protime-INR

Electronically signed by: **Cynthia Dixon, RN on 07/24/17 1029** Status: **Completed**
Ordering user: Cynthia Dixon, RN 07/24/17 1029 Authorized by: Historical Provider, MD
Frequency: 07/24/17 -
Order comments: This order was created through the anticoagulation tracking navigator section.

Protime-INR [168966893] (Abnormal) Resulted: 06/30/17 0000, Result status: Final result

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 06/30/17 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 2.70 | 1.4 | **A** | — |

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

**Notes (continued)**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Default Flowsheet Data (all recorded)**

**No Flowsheet Template found**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

**END OF REPORT**



Liberty/Woolverton-Jones 0582

# Exhibit A

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

April 2, 2018

Ms. Sherry J. Woolverton-Jones

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760

Dear Ms. Sherry Woolverton-Jones:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We have completed a review of your claim and have determined that benefits are not payable. The Wal-Mart Stores, Inc. LTD Policy requires that to receive benefits you must provide proof of disability.

Specific reason for the denial of LTD benefits under the Policy:

Based on the information received, you do not meet the definition of disability as defined below.

Reference to specific Policy provision upon which the denial is based.

***Proof*" *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*

*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*

*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***"Disability" or "Disabled" means:***

*1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc.*

On February 13, 2018, February 22, 2018, February 28, 2018, and March 15, 2018, we requested medical information from Dr. Smith.

Your file contains the following information:

- Medical Records from Dr. Smith dated April 29, 2016 - March 8, 2017.

Additionally we wrote to you and your attorney on February 13, 2018, March 12, 2018, and March 23, 2018 advising that all medical information to support disability was due by no later than March 29, 2018.

We referred your claim for clinical review and assessment by a Physician Board Certified in Internal Medicine. Based on the medical information received, the review concluded the following:

"Medical records indicate in April 2016, the claimant complained of right lower thoracic back pain and was found to have 2 non-displaced rib fractures of T-11 and T-12 on right side without history of trauma. Although pain continues to be reported, this would not necessarily cause impairment for her occupation as Optician. Her bone density test showed borderline criteria for osteoporosis in hip area only and not in spine readings. The available medical records do not support impairment as of October 25, 2016."

Since we did not receive sufficient medical information to support your disability, your claim has been denied.

This claim determination reflects an evaluation of the claim facts and the Policy provisions only and did not rely on any internal rules, guidelines, protocols, standards or other similar criteria in rendering this determination. We reserve the right to make a determination on any additional information that may be submitted.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below:

Group Benefits Claims Appeal Unit
Liberty Life Assurance Company of Boston
Group – Charlotte WM
P.O. Box 7216
London, KY 40742-7216
ATTN: Appeal Review Unit

Contents of appeal. The written request for review must be sent within 180 days from the receipt of this letter and state the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

hospital records, diagnostic testing, procedure reports, office notes, treatment plan, restrictions, prescription histories, therapy notes, abnormal exam findings, and any other clinical documentaton from Dr. Smith and any other treating providers as well as any additional comments, documents, records, or other information, including any Social Security decision you may have received that you feel will support your claim as of October 25, 2016.

Right to request documents. You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

# Exhibit B

Job Description

# Licensed Optician

Walmart

*This position is responsible for assisting in the operation of a Department. An individual in this position will be expected to perform additional job related responsibilities and duties throughout the Facility as assigned and/or as necessary.*

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Provides Customer service by acknowledging the Customer, identifying Customer needs, assisting with purchasing decisions, locating merchandise, resolving Customer issues and concerns, and promoting products and services, while maintaining a safe shopping environment.

Maintains merchandise presentation in the Optical area by stocking and rotating merchandise, removing damaged or out-of-date goods, setting up, cleaning, and organizing product displays, signing and pricing merchandise appropriately, and securing fragile and high-shrink merchandise.

Maintains the Optical area in accordance with Company policies and procedures by properly handling claims and returns, zoning the area, arranging and organizing merchandise/supplies, identifying shrink and damages, and ensuring a safe work environment.

Receives and stocks merchandise/supplies from distribution centers and suppliers and organizes and maintains the Optical Area by following Company procedures, utilizing equipment appropriately, merchandising, and completing and retaining required paperwork, logs, and other documentation.

Operates equipment, such as cash registers and related tools, to process Customer purchases using appropriate procedures for different payment types and items sold.

Sells Optical products and services by assisting Customers with purchasing decisions, measuring, adjusting, and repairing frames and lenses, completing eyewear/contact lens orders, identifying and verifying prescription information, completing and maintaining paperwork, forms, and other required documentation, collecting payments for doctor services, and performing and recording results of optometric pre-tests.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Inventory — Handles, moves, and displays goods in safe and correct ways. Tracks goods, maintains in-stock levels, and controls shrinkage in a timely manner. Reports poor inventory practices and low in-stock levels in assigned area. Uses inventory tools and equipment in safe and correct ways.

Point-of-Sale — Follows proper procedures to prevent shrink and follows applicable laws and regulations when selling items to Customers. Assists Customers with payment methods, return policies, and location of items when asked. Uses the cash register and completes Customer sales in a timely manner. Reports complaints, shrink issues, and problems with products, services, and work areas.

Provide Best Patient Experience — Maintains the cleanliness and visual appeal of the Vision Center (for example, follows Division-approved dress code, upholds a professional atmosphere). Determines Patient needs and uses this information to make product and style recommendations. Ensures the right fit, form, and function of Optical products (for example, proper fitting heights, pantoscopic tilt, product care) throughout the Patient experience. Keeps Optical products (for example, contact lenses, frames, sunglasses, accessories, promotional items) neat, clean, and organized. Follows through on commitments to address Patient concerns and requests (for example, due dates, insurance information verification) in a timely manner. Places follow-up calls to Patients to ensure satisfaction. Cleans, calibrates, stores, and maintains equipment and tools in accordance with Vision Center policies and procedures (for example, cleans pupilometer before each use).

Grow the Business Through Trusted Eye Care — Educates others on and creates awareness of the importance of Eye Health Care (for example, Patient intercepts and conversions, conducts health fairs). Stays current on products and their features, advantages, and benefits, and promotes best value and best technology. Follows safety requirements and related laws and regulations (for example, HIPAA, OSHA) when assisting with or providing Optical products and services. Explains insurance options to Patients (for example, available plans, how they work, appropriate processing). Looks for and recommends ways to improve the Vision Center (for example, Patient experience, awareness of competitor pricing and services).

Judgment: Make Effective Choices - Uses policies, procedures, and/or guides to make good choices. Uses data and facts in order to make day-to-day decisions and involves others as needed. Recognizes what might be a problem and informs those who can correct it.

Customer Centered: Serve the Customer - Shows care and concern when serving our Associates and Customers. Asks questions in order to understand and meet Associate and Customer needs Uses policies and information in order to exceed Associate and Customer expectations. Finds and uses the right resources (people, products, tools) at the right time in order to resolve Associate and Customer requests.

Execution and Results: Get Results - Ensures work is done correctly. Works on top priorities first. Makes a consistent effort to get results. Meets deadlines. Takes action in order to solve problems so work can be completed in a timely manner.

Planning and Improvement: Plan for and Improve Work - Accepts responsibility and meets expectations for own work. Identifies steps needed in order to carry out work as required.

Influence and Communicate: Share Information - Listens to others and asks questions to learn about what is needed. Communicates the right information to Associates and leaders when they need it. Communicates in a respectful and professional manner.

Ethics and Compliance: Perform to Ethical Standards - Follows Company policies and procedures. Shows integrity and ethical behavior in all work situations. Reports ethical and compliance issues promptly.

Adaptability: Adapt - Adapts to changing work demands. Stays focused on own work when faced with change or difficulties. Stays open to and learns from assignments and feedback.

# Licensed Optician



## Physical Activities

*The following physical activities are necessary to perform one or more essential function of this position.*

Visually verifies information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Reads information, often in small print.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

Presents information to small or large groups and individuals.

Observes Associate and Member behavior.

Moves, lifts, carries, and places merchandise and supplies weighing less than 10 pounds without assistance.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Enters and locates information on computer.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Communicates effectively in person or by using telecommunications equipment.

## Entry Requirements

### *Eligibility Requirements (Internal applicants only)*

Meet applicable eligibility requirements (see PD-05).

## Signature

I have read and understand the essential function for this position and certify that:

_______ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_______ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |
|---|---|---|
| | | |

# Exhibit C

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/8/2016 4:58 PM | Robert W Schriner, MD | Mlc Pulmonary | MLC |

## Call Documentation

**Robert W Schriner, MD at 6/8/2016 5:00 PM**

Status: Signed

Adderall-XR 30 mg BID X 3 months.

Electronically signed by Robert W Schriner, MD on 6/8/2016 5:01 PM

## Care Advice Given

No Care Advice given for this encounter.

## Approved

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 6/8/2016 | 6/8/2016 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class Print<br>DAW No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 7/8/2016 | 6/8/2016 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |

## Patient Care Timeline

No data selected in time range

## Patient Care Timeline

No data selected in time range

## Visit Summary

### Reason for Visit

**Narcolepsy with Cataplexy** needs refills

### Diagnoses

| | Comments |
|---|---|
| **Narcolepsy with cataplexy** - Primary | |
| **Daytime hypersomnolence** | |

### Problem List as of 8/8/2016

Date Reviewed: **8/8/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |

### Allergies as of 8/8/2016

**Reviewed On 8/8/2016 By Camilla Griffin, RT**

No Known Allergies

### Immunizations

WOOLVERTON-JONES,SHERRY

Immunizations: (Not on File)

### Vitals

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 110/62 | 107 | 98.4 °F (36.9 °C) | 12 | 5' 1" (1.549 m) |

| Wt | BMI |
|---|---|
| 122 lb (55.3 kg) | 23.05 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 8/8/2016

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 8/8/2016

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 8/8/2016

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

## Family Status as of 8/8/2016

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | — | — | — | Provider |
| Paternal Grandmother | — | Alive | — | — | — | — | Provider |
| Paternal Grandfather | — | Alive | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |
| Father | — | Alive | — | — | — | — | Provider |

## Tobacco Use as of 8/8/2016

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

## Alcohol Use as of 8/8/2016

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

## Drug Use as of 8/8/2016

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

## Sexual Activity as of 8/8/2016

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

## Activities of Daily Living as of 8/8/2016

**None**

## Occupational as of 8/8/2016

**None**

## Socioeconomic as of 8/8/2016

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

## Medications

## Medications (continued)

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking/Expired)** | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |

Sig: Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking.
Route. Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)** | 45 tablet | 5 | 8/26/2015 | |

Sig: Take one tablet (5 mg total) by mouth daily after dinner As directed
Class No Print
Route: Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)** | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |

Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day
Class. Print
Route: Oral
Reason for Discontinue. **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)** | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |

Sig. Take one capsule (30 mg total) by mouth 2 (two) times a day
Class Print
Route: Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)** | 60 capsule | 0 | 9/8/2016 | 8/8/2016 |

Sig: Take one capsule (30 mg total) by mouth 2 (two) times a day
Class Print
Route: Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking/Discontinued)** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |

Sig. Take one capsule (30 mg total) by mouth 2 (two) times a day
Class. Print
Route. Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Taking/Discontinued)** | 14 Syringe | 0 | 8/5/2016 | 8/18/2016 |

Sig: Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure
Route: Subcutaneous
Reason for Discontinue: **Reorder**
Cosign for Ordering: Accepted by Kirby Lee Smith, MD on 8/5/2016 1:52 PM

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking/Discontinued)** | | | | 7/5/2018 |

Sig Place 1 patch onto the skin 2 (two) times a week
Class Historical Med
Route. Transdermal
Reason for Discontinue: **Therapy completed**

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **lidocaine (LIDODERM) 5 % patch (Taking/Discontinued)**<br>Class Historical Med<br>Reason for Discontinue. **Discontinued by another clinician** | | | 7/2/2016 | 8/24/2016 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking/Discontinued)**<br>Sig Take 8 mg by mouth every 8 (eight) hours as needed for nausea<br>Class Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 11/30/2016 |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking/Discontinued)**<br>Sig: 3 grams twice at night<br>Class Print<br>Reason for Discontinue: **Cost of medication** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule (Taking/Discontinued)**<br>Sig 5,800 capsules one (1) time a day<br>Class Historical Med<br>Reason for Discontinue: **Cost of medication** | | | 5/28/2016 | 7/31/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking/Discontinued)**<br>Sig. Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route Oral<br>Reason for Discontinue. **Reorder**<br>Cosign for Ordering Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 35 MG tablet (Taking)**<br>Sig - Route Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. - Oral | 4 tablet | 11 | 7/18/2016 | 7/18/2017 |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class No Print | 45 tablet | 5 | 8/26/2015 | |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Taking)**<br>Sig - Route Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class Print | 60 capsule | 0 | 8/8/2016 | 8/8/2016 |
| **enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe (Taking)**<br>Sig - Route Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure - Subcutaneous<br>Cosign for Ordering Accepted by Kirby Lee Smith, MD on 8/5/2016 1:52 PM | 14 Syringe | 0 | 8/5/2016 | 8/18/2016 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch (Taking)**<br>Sig - Route. Place 1 patch onto the skin 2 (two) times a week - Transdermal | | | | 7/5/2018 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class Historical Med | | | | |
| **lidocaine (LIDODERM) 5 % patch (Taking)** | | | 7/2/2016 | 8/24/2016 |
| Class Historical Med | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet (Taking)** | | | | 11/30/2016 |
| Sig - Route. Take 8 mg by mouth every 8 (eight) hours as needed for nausea - Oral | | | | |
| Class Historical Med | | | | |
| **sodium oxybate (XYREM) 500 mg/mL oral solution (Taking)** | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| Sig 3 grams twice at night | | | | |
| Class Print | | | | |
| **VITAMIN D2 50,000 unit capsule (Taking)** | | | 5/28/2016 | 7/31/2017 |
| Sig 5,800 capsules one (1) time a day | | | | |
| Class Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet (Taking)** | 36 tablet | 11 | 5/3/2016 | 6/30/2017 |
| Sig - Route. Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral | | | | |
| Cosign for Ordering Accepted by Kirby Lee Smith, MD on 5/4/2016 3:45 PM | | | | |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule (Discontinued)** | 60 capsule | 0 | 10/8/2016 | 11/23/2016 |
| Sig - Route Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral | | | | |
| Class Print | | | | |
| Reason for Discontinue. **Reorder** | | | | |

## Medications - Medication Orders

### dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule [118767513]

Electronically signed by **Robert W Schriner, MD on 08/08/16 1359** Status: **Discontinued**
Ordering user. Robert W Schriner, MD 08/08/16 1359
Ordering provider. Robert W Schriner, MD
Authorized by Robert W Schriner, MD
Frequency. BID 10/08/16 - 11/23/16
Discontinued by: Robert W Schriner, MD 11/23/16 1521 [Reorder]

Diagnoses
Narcolepsy with cataplexy [G47.411]
Medication Route: Oral
Medication Dose 30 mg
Medication Directions Take one capsule (30 mg total) by mouth 2 (two) times a day
Priority: Routine
End Date/Time. 11/23/2016
Start Date/Time: 10/08/16 0000

### dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule [118767512]

Electronically signed by: **Robert W Schriner, MD on 08/08/16 1358** Status: **Discontinued**
Ordering user. Robert W Schriner, MD 08/08/16 1358
Ordering provider. Robert W Schriner, MD

## Medications - Medication Orders (continued)

**dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule [118767512] (continued)**

Authorized by Robert W Schriner, MD
Frequency: BID 09/08/16 - 08/08/16
Discontinued by: Robert W Schriner, MD 08/08/16 1359 [Reorder]

Diagnoses
Narcolepsy with cataplexy [G47.411]
Medication Route: Oral
Medication Dose 30 mg
Medication Directions Take one capsule (30 mg total) by mouth 2 (two) times a day
Priority: Routine
End Date/Time. 8/8/2016
Start Date/Time: 09/08/16 0000

**dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule [118767511]**

Electronically signed by: **Robert W Schriner, MD on 08/08/16 1358**
Status: **Discontinued**
Ordering user: Robert W Schriner, MD 08/08/16 1358
Ordering provider: Robert W Schriner, MD
Authorized by: Robert W Schriner, MD
Frequency BID 08/08/16 - 08/08/16
Discontinued by: Robert W Schriner, MD 08/08/16 1358 [Reorder]

Diagnoses
Narcolepsy with cataplexy [G47 411]
Medication Route: Oral
Medication Dose 30 mg
Medication Directions Take one capsule (30 mg total) by mouth 2 (two) times a day
Priority: Routine
End Date/Time. 8/8/2016
Start Date/Time: 08/08/16 0000

## Orders

**All Orders and Results Except Lab and Imaging**

No orders and results found

## Result Summary

**All Lab and Imaging Orders and Results**

No orders and results found

## Progress Notes

**Progress Notes by Robert W Schriner, MD at 8/8/2016 1:49 PM**

| | | |
|---|---|---|
| Author: Robert W Schriner, MD | Service: (none) | Author Type: Physician |
| Encounter Date: 8/8/2016 | Creation Time: 8/8/2016 1:49 PM | Filed: 8/8/2016 2:04 PM |
| Status: Signed | Editor: Robert W Schriner, MD (Physician) | |

**Memphis Lung Physicians Foundation - Collierville**
Robert W Schriner, MD

MEMPHIS LUNG PHYSICIANS FOUNDATION
A MEMBER OF BAPTIST MEMORIAL MEDICAL GROUP

**Date of Service:** 8/8/2016
**Patient Name:** Sherry Woolverton-Jones **Gender:** Female
**Age:** 44 y.o. **Date of Birth:**
**MRN:** 10321720

---

**ASSESSMENT:**
Diagnosis of narcolepsy with cataplexy, clinically doing adequately with current treatment.

---

**PLAN:**
1. Renewal for Xyrem 6.0 g total at night, 1 month, with 5 refills will be sent to the Centralized Pharmacy.
2. Adverse side effects of long-term Xyrem therapy have been reviewed with the patient including (but not limited to) potential for falls and fractures, parasomnia activity including sleep walking / bed wetting, possibility of respiratory depression and sleep-disordered breathing (particularly in the setting of alcohol, benzodiazepines, and pain medication usage), depression / suicidal ideation, nighttime confusion, increased salt content, and limited possibility for tolerance / dependency. The patient has decided that the benefits of ongoing therapy outweigh the risks and are reasonable / warranted to continue.
3. Continue with Adderall-XR 30 mg BID (1 month with 2 post-dated refills).
4. Follow-up in clinic in 6 months.

---

**HISTORY OF PRESENT PROBLEM:**
The patient is seen for follow-up of narcolepsy with cataplexy. She has been on Adderall XR for long-term therapy. It takes the patient approximately usually only a few minutes to fall asleep at night. The patient

**Progress Notes (continued)**

**Progress Notes by Robert W Schriner, MD at 8/8/2016 1:49 PM (continued)**

reports that she goes to bed about 9 pm and gets up about 7:30-8:30 am. She may have brief awakenings during the night occuring spontaneously. She feels like she is not having any difficulties with increased snoring and apnea and not experiencing increased leg movements. She probably obtains 9+ hours of sleep time at night. Mild daytime sleepiness is noted. She feels fatigued but does not take any scheduled naps. She is working as an Optician at a Sam's Club (but presently on disability leave for treatment of back / rib issues - scheduled to have a nerve block later this week).

No ongoing issues with double vision, vertigo, and weakness (but principally in the RLE). These were felt to be subtle signs of cataplexy intermittently.

**MEDICAL HISTORY:**

Past Medical History

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

**SURGICAL HISTORY:**

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**MEDICATIONS HISTORY:**

Outpatient Encounter Prescriptions as of 8/8/2016

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • enoxaparin (LOVENOX) 60 mg/0.6 mL SC | Inject 0.6 mL (60 mg total) | 14 Syringe | 0 |

**Progress Notes (continued)**

**Progress Notes by Robert W Schriner, MD at 8/8/2016 1:49 PM (continued)**

| | | | |
|---|---|---|---|
| syringe | under the skin 2 (two) times a day As directed prior to procedure | | |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • lidocaine (LIDODERM) 5 % patch | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No facility-administered encounter medications on file as of 8/8/2016.

**ALLERGY HISTORY:**
No Known Allergies

**FAMILY HISTORY:**

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**
The patient is working full-time.
She is single.
She drinks a reduced amount of caffeine during the daytime now.

Social History

| Substance Use Topics | |
|---|---|
| • Smoking status: | Current Every Day Smoker -- 0.30 packs/day for 19 years |

**Progress Notes (continued)**

Progress Notes by Robert W Schriner, MD at 8/8/2016 1:49 PM (continued)

| | |
|---|---|
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
| *Comment: on and off due to scared she would fall asleep* | |
| • Alcohol Use: | No |

She is working on smoking cessation (e-cigs).

**REVIEW OF SYSTEMS:**
Twelve-point review of systems is as above: the rest unremarkable.

---

**PHYSICAL EXAMINATION:**

***Vitals:***
Height: 5' 1" (154.9 cm) Weight: 122 lb (55.339 kg) BMI (Calculated): 23.1 BP: 110/62 mmHg Neck Circumference: 12.5 inches Pulse: 107

***Psych:***
The patient is not sleepy. Appropriate affect.

***HEENT:***
PERRL, EOMI.
Nasal mucosa is clear.
Nasal septum is not deviated.
The hard palate is normal.
Tongue is normal.
Oropharynx is clear with a Mallampati I-II airway.
Uvula is not hypertrophied.
Dentition is fair.
No retrognathia.

***Neck:***
Neck is supple and no JVD, edema, or mass present.

***Cardiac:***
Regular rate and rhythm (borderline tachycardia).
No murmurs, rubs or gallops.

***Respirations:***
Clear to auscultation bilaterally.

***Extremities/Musculoskeletal:***
No clubbing or cyanosis is noted.
No significant edema noted.

***Neurological:***
No gross focal neurological deficits.

---

## Progress Notes (continued)

Progress Notes by Robert W Schriner, MD at 8/8/2016 1:49 PM (continued)

**On the Epworth Sleepiness Scale, the patient scored 11 (normal <10).**

---

**Electronically authored and signed by:**
**Robert W Schriner, MD on 8/8/2016 at 1:49 PM.**

Cc: David P Guthrie, MD

Electronically signed by Robert W Schriner, MD at 8/8/2016 2:04 PM

## Patient Instructions

No notes of this type exist for this encounter.

## History & Physical

No notes of this type exist for this encounter.

## Other Notes

No notes of this type exist for this encounter.

## Follow-up and Disposition History

08/08/2016 1404 - Robert W Schriner, MD

| | |
|---|---|
| Disposition | Return in about 6 months (around 2/8/2017) for Recheck. |

## Flowsheets (all recorded)

### Anthropometrics

| Row Name | 08/08/16 1300 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 -CG |

### Custom Formula Data

| Row Name | 08/08/16 1300 |
|---|---|
| **OTHER** | |
| Weight Gain Calculated in Pounds (lbs) | 122 -CG |
| BSA (Calculated - sq m) | 1.54 sq meters -CG |
| IBW/kg (Calculated) Male | 52.3 kg -CG |
| IBW/kg (Calculated) FEMALE | 47.8 kg -CG |
| % Weight Change Since Birth | 0 -CG |
| **kcal/kg** | |
| (Retired) 20 Kcal/Kg (kcal) | 1109.09 -CG |
| (Retired) 25 Kcal/Kg (kcal) | 1386.36 -CG |
| (Retired) 30 Kcal/Kg (kcal) | 1663.64 -CG |
| (Retired) 35 Kcal/Kg (kcal) | 1940.91 -CG |
| (Retired) 40 Kcal/Kg (kcal) | 2218.18 -CG |
| (Retired) 45 Kcal/Kg (kcal) | 2495.45 -CG |
| (Retired) 50 Kcal/Kg (kcal) | 2772.73 -CG |
| **Protein (gm/kg)** | |
| 0.6 Gm Protein (gm) | 33.27 -CG |
| 0 7 Gm Protein (gm) | 38.82 -CG |
| 0.8 Gm Protein (gm) | 44.36 -CG |
| 0 9 Gm Protein (gm) | 49.91 -CG |
| 1.0 Gm Protein (gm) | 55.45 -CG |
| 1.1 Gm Protein (gm) | 61 -CG |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 08/08/16 1300 |
|---|---|
| 1.2 Gm Protein (gm) | 66.55 -CG |
| 1.3 Gm Protein (gm) | 72.09 -CG |
| 1.4 Gm Protein (gm) | 77.64 -CG |
| 1.5 Gm Protein (gm) | 83.18 -CG |
| 1.6 Gm Protein (gm) | 88.73 -CG |
| 1.7 Gm Protein (gm) | 94.27 -CG |
| 1.8 Gm Protein (gm) | 99.82 -CG |
| 1.9 Gm Protein (gm) | 105.36 -CG |
| 2.0 Gm Protein (gm) | 110.91 -CG |
| 2.1 Gm Protein (gm) | 116.45 -CG |
| 2.2 Gm Protein (gm) | 122 -CG |
| 2.3 Gm Protein (gm) | 127.55 -CG |
| 2.4 Gm Protein (gm) | 133.09 -CG |
| 2.5 Gm Protein (gm) | 138.64 -CG |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -CG |
| Ideal Body Weight (IBW), Female | 48.55 -CG |
| (Retired) % Ideal Body Weight | 55.52 -CG |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 23.1 -CG |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 47.8 -CG |
| Low Range Vt 6mL/kg | 286.8 mL/kg -CG |
| Adult Moderate Range Vt | 382.4 mL/kg -CG |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 08/08/16 1300 |
|---|---|
| 8mL/kg | |
| Adult High Range Vt 10mL/kg | 478 mL/kg -CG |

### Pulmonary Vitals Documentation

| Row Name | 08/08/16 1300 |
|---|---|
| **Vitals** | |
| BP | 110/62 -CG |
| Pulse | 107 -CG |
| Resp | 12 -CG |
| Temp | 98.4 °F (36.9 °C) -CG |
| Weight | 122 lb (55.3 kg) -CG |
| Height | 5' 1" (1.549 m) -CG |
| BMI (Calculated) | 23.1 -CG |
| Weight in (lb) to have BMI = 25 | 132 -CG |
| Neck Circumference | 12.5 inches -CG |
| **Spo2 Room Air** | |
| SPO2 at rest | 98 % -CG |
| SPO2 with exercise | 98 % -CG |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| CG | Camilla Griffin, RT |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

## Default Flowsheet Data (all recorded)

### Pulmonary Vitals Documentation

| Row Name | 08/08/16 1300 |
|---|---|
| **Vitals** | |
| BP | 110/62 |
| Pulse | 107 |
| Resp | 12 |
| Temp | 98.4 °F (36.9 °C) |
| Weight | 122 lb (55.3 kg) |

## Default Flowsheet Data (all recorded) (continued)

### Pulmonary Vitals Documentation (continued)

| Row Name | 08/08/16 1300 |
|---|---|
| Height | 5' 1" (1.549 m) |
| BMI (Calculated) | 23.1 |
| Weight in (lb) to have BMI = 25 | 132 |
| Neck Circumference | 12.5 inches |
| **Spo2 Room Air** | |
| SPO2 at rest: | 98 % |
| SPO2 with exercise: | 98 % |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient Care Timeline

No data selected in time range

### Patient Care Timeline

No data selected in time range

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/23/2016 3:20 PM | Robert W Schriner, MD | Mlc Pulmonary | MLC |

## Call Documentation

**Robert W Schriner, MD at 11/23/2016 3:21 PM**

Status: Signed

Adderall-XR 30 mg BID X 3 months.

Electronically signed by Robert W Schriner, MD on 11/23/2016 3:22 PM

**Care Advice Given**

No Care Advice given for this encounter.

**Approved**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class Print<br>DAW No<br>Authorizing Provider Robert W Schriner, MD | 60 capsule | 0 | 11/23/2016 | 11/23/2016 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class Print<br>DAW. No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 12/23/2016 | 11/23/2016 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route. Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class Print<br>DAW No<br>Authorizing Provider Robert W Schriner, MD | 60 capsule | 0 | 1/23/2017 | 3/7/2017 |

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 3/7/2017 4:08 PM | Robert W Schriner, MD | Mlc Pulmonary | MLC |

## Call Documentation

**Robert W Schriner, MD at 3/7/2017 4:09 PM**

Status: Signed

Adderall-XR 30 mg BID X 3 months.

Electronically signed by Robert W Schriner, MD on 3/7/2017 4:13 PM

## Care Advice Given

No Care Advice given for this encounter.

## Approved

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW: No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 3/7/2017 | 3/7/2017 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW: No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 3/7/2017 | 3/7/2017 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW: No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 4/7/2017 | 3/7/2017 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW: No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 5/7/2017 | 7/3/2017 |

## Patient Care Timeline

No data selected in time range

## Patient Care Timeline

No data selected in time range

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/3/2017 9:33 AM | Robert W Schriner, MD | Mlc Pulmonary | MLC |

## Call Documentation

**Robert W Schriner, MD at 7/3/2017 9:35 AM**

Status: Signed

Adderall-XR 30 mg BID X 3 months.

Electronically signed by Robert W Schriner, MD on 7/3/2017 9:36 AM

## Care Advice Given

No Care Advice given for this encounter.

## Approved

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW: No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 7/3/2017 | 7/3/2017 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW: No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 8/3/2017 | 7/3/2017 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route: Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print<br>DAW: No<br>Authorizing Provider: Robert W Schriner, MD | 60 capsule | 0 | 9/3/2017 | 7/31/2017 |

## Patient Care Timeline

No data selected in time range

## Patient Care Timeline

No data selected in time range

## Visit Summary

### Reason for Visit

**Medication Problem** — has been off xyrem for one week, and adderall two weeks due to insurance and off work right now

### Diagnoses

| | Comments |
|---|---|
| **Narcolepsy with cataplexy** - Primary | |

### Problem List as of 7/31/2017

Date Reviewed: **7/31/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine without aura** | ICD-10-CM: G43.009<br>ICD-9-CM: 346.10 | | | 7/23/2012 - Present |
| RESOLVED: Malaise and fatigue | ICD-10-CM: R53.81, R53.83<br>ICD-9-CM: 780.79 | | | 7/25/2012 - 2/23/2016 |
| **Primary hypercoagulable state (HCC)** | ICD-10-CM: D68.59<br>ICD-9-CM: 289.81 | | | 6/17/2013 - Present |
| **Other specified transient cerebral ischemias** | ICD-10-CM: G45.8<br>ICD-9-CM: 435.8 | | | 8/6/2012 - Present |
| **Daytime hypersomnolence** | ICD-10-CM: G47.19<br>ICD-9-CM: 780.54 | | | 12/18/2014 - Present |
| RESOLVED: URI (upper respiratory infection) | ICD-10-CM: J06.9<br>ICD-9-CM: 465.9 | | | 2/2/2015 - 2/23/2016 |
| **Narcolepsy with cataplexy** | ICD-10-CM: G47.411<br>ICD-9-CM: 347.01 | | | 5/4/2015 - Present |
| RESOLVED: Nausea and vomiting in adult patient | ICD-10-CM: R11.2<br>ICD-9-CM: 787.01 | | | 10/12/2015 - 2/23/2016 |
| **Neck pain** | ICD-10-CM: M54.2<br>ICD-9-CM: 723.1 | | | 3/23/2016 - Present |
| **Fracture of rib of right side with delayed healing** | ICD-10-CM: S22.31XG<br>ICD-9-CM: V54.19 | | | 6/6/2016 - Present |
| **Senile osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.01 | | | 7/13/2016 - Present |
| **Nipple discharge in female** | ICD-10-CM: N64.52<br>ICD-9-CM: 611.79 | | | 7/13/2016 - Present |
| **Osteoporosis** | ICD-10-CM: M81.0<br>ICD-9-CM: 733.00 | | | 9/26/2016 - Present |
| RESOLVED: Hypokalemia | ICD-10-CM: E87.6<br>ICD-9-CM: 276.8 | | | 11/30/2016 - 7/31/2017 |
| RESOLVED: Nausea alone | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | | | 11/30/2016 - 12/1/2016 |
| RESOLVED: Elevated INR | ICD-10-CM: R79.1<br>ICD-9-CM: 790.92 | | | 3/8/2017 - 7/31/2017 |
| **History of iron deficiency** | ICD-10-CM: Z86.39<br>ICD-9-CM: V12.3 | | | 3/8/2017 - Present |

**Reviewed** On: **7/31/2017** By: **Sherry Stanfill, RT**

### Allergies as of 7/31/2017

No Known Allergies

## Visit Summary (continued)

### Immunizations



Immunizations: (Not on File)

### Vitals

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 118/68 (BP Site: right upper arm, BP Position: Sitting, BP Cuff Size: medium) | 103 | 98.2 °F (36.8 °C) (Oral) | 12 | 5' 1" (1.549 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 118 lb (53.5 kg) | 98% | 22.30 kg/m² |

## Treatment Vitals (all recorded)

### Treatment Vitals

No documentation.

## Patient History

### Medical as of 7/31/2017

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Clotting disorder (HCC) [D68.9] | — | — | Provider |
| CMV (cytomegalovirus infection) (HCC) [B25.9] | — | — | Provider |
| Enlargement of lymph nodes [R59.9] | — | — | Provider |
| Fungal sinusitis [B49, J32.9] | — | — | Provider |
| Hypoglycemia [E16.2] | — | — | Provider |
| Loss of weight [R63.4] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Narcolepsy [G47.419] | — | — | Provider |
| Seizure disorder (HCC) [G40.909] | — | — | Provider |
| Stroke (HCC) [I63.9] | — | — | Provider |

### Surgical as of 7/31/2017

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CHOLECYSTECTOMY [SHX55] | — | — | — | Provider |
| COLON RESECTION [SUR1411] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| APPENDECTOMY [SHX54] | — | — | — | Provider |
| SINUS SURGERY [SHX187] | — | — | — | Provider |
| TONSILLECTOMY [SUR1361] | — | — | — | Provider |
| OVARIAN CYST DRAINAGE [SHX325] | — | — | — | Provider |

### Family as of 7/31/2017

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cancer | Maternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandmother | — | — | — | Provider |
| Clotting disorder | Paternal Grandmother | — | — | — | Provider |
| Cancer | Paternal Grandfather | — | — | — | Provider |
| Diabetes | Mother | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 7/31/2017**

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Maternal Grandmother | — | Deceased | — | F | — | — | Provider |
| Paternal Grandmother | — | Alive | — | M | — | — | Provider |
| Paternal Grandfather | — | Alive | — | M | — | — | Provider |
| Mother | — | Alive | — | F | — | Patient's maternal grandmother | Provider |
| Father | — | Alive | — | M | — | — | Provider |

**Tobacco Use as of 7/31/2017**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 0.30 | 19.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | on and off due to scared she would fall asleep | Never Used | — | Provider |

**Alcohol Use as of 7/31/2017**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | 0 Standard drinks or equivalent | 0.0 oz | — | Provider |

**Drug Use as of 7/31/2017**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 7/31/2017**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 7/31/2017**

**None**

**Occupational as of 7/31/2017**

**None**

**Socioeconomic as of 7/31/2017**

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Single | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig Take one tablet (5 mg total) by mouth daily after dinner As directed<br>Class. No Print<br>Route. Oral | 45 tablet | 5 | 8/26/2015 | |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days<br>Route. Oral<br>Cosign for Ordering Accepted by Kirby Lee Smith, MD on 7/5/2017 7:17 AM | 36 tablet | 11 | 6/30/2017 | |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth daily after dinner As directed - Oral<br>Class No Print | 45 tablet | 5 | 8/26/2015 | |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route. Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days - Oral<br>Cosign for Ordering Accepted by Kirby Lee Smith, MD on 7/5/2017 7:17 AM | 36 tablet | 11 | 6/30/2017 | |
| **calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet**<br>Sig - Route Take 1 tablet by mouth one (1) time a day - Oral<br>Class: Historical Med | | | | 7/5/2018 |
| **cyanocobalamin (VITAMIN B-12) 1000 MCG tablet**<br>Sig - Route. Take 1,000 mcg by mouth one (1) time a day - Oral<br>Class Historical Med | | | | 7/5/2018 |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**<br>Sig - Route. Take one capsule (30 mg total) by mouth 2 (two) times a day - Oral<br>Class: Print | 60 capsule | 0 | 9/3/2017 | 7/31/2017 |
| **enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe**<br>Sig - Route: Inject 0.8 mL (80 mg total) under the skin one (1) time a day - Subcutaneous | 20 Syringe | 1 | 3/8/2017 | 7/31/2017 |
| **estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**<br>Sig - Route: Place 1 patch onto the skin 2 (two) times a week - Transdermal<br>Class: Historical Med | | | | 7/5/2018 |
| **gabapentin (NEURONTIN) 300 MG capsule**<br>Sig - Route. Take 1 capsule by mouth 3 (three) times a day - Oral<br>Class Historical Med | | | 2/10/2017 | 7/5/2018 |
| **meloxicam (MOBIC) 7.5 MG tablet**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day - Oral<br>Class Historical Med | | | 2/14/2017 | 7/5/2018 |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**<br>Sig - Route: Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral<br>Cosign for Ordering Accepted by Kirby Lee Smith, MD on 7/5/2017 7:17 AM | 60 tablet | 2 | 6/30/2017 | 7/31/2017 |
| **PARoxetine (PAXIL) 10 MG tablet**<br>Sig - Route: Take two tablets (20 mg total) by mouth every morning - Oral | 30 tablet | 5 | 3/8/2017 | 7/31/2017 |
| **potassium chloride 20 mEq ER tablet** | 30 tablet | 2 | 11/30/2016 | 7/31/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take one tablet (20 mEq total) by mouth one (1) time a day - Oral | | | | |
| **sodium oxybate (XYREM) 500 mg/mL oral solution**<br>Sig 3 grams twice at night<br>Class Print | 360 mL | 5 | 2/23/2016 | 7/31/2017 |
| **VITAMIN D2 50,000 unit capsule**<br>Sig 5,800 capsules one (1) time a day<br>Class Historical Med | | | 5/28/2016 | 7/31/2017 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **PARoxetine (PAXIL) 10 MG tablet** | Alternate therapy |
| **sodium oxybate (XYREM) 500 mg/mL oral solution** | Cost of medication |
| **potassium chloride 20 mEq ER tablet** | Therapy completed |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet** | Therapy completed |
| **enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe** | Therapy completed |
| **dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule** | Alternate therapy |
| **VITAMIN D2 50,000 unit capsule** | Cost of medication |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **dextroamphetamine-amphetamine (ADDERALL) 20 mg tablet (Discontinued)**<br>Sig - Route: Take 20 mg by mouth 2 (two) times a day as needed (sleepiness) - Oral<br>Class Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/31/2017 | 7/5/2018 |
| **venlafaxine (EFFEXOR) 25 MG tablet**<br>Sig - Route: Take one tablet (25 mg total) by mouth 2 (two) times a day - Oral<br>Class Print | 60 tablet | 2 | 7/31/2017 | 10/29/2017 |

## Medications - Medication Orders

### venlafaxine (EFFEXOR) 25 MG tablet [168966895]

Electronically signed by **Robert W Schriner, MD on 07/31/17 1232** Status **Expired**

Ordering user: Robert W Schriner, MD 07/31/17 1232
Ordering provider. Robert W Schriner, MD
Authorized by Robert W Schriner, MD
Frequency BID 07/31/17 - 90 Days
Medication Route: Oral
Medication Dose 25 mg
Medication Directions. Take one tablet (25 mg total) by mouth 2 (two) times a day
Priority Routine
End Date/Time: 10/29/17 11:59 PM
Start Date/Time: 07/31/17 0000

### dextroamphetamine-amphetamine (ADDERALL) 20 mg tablet [168966894]

Electronically signed by. **Robert W Schriner, MD on 07/31/17 1231** Status: **Discontinued**

Ordering user: Robert W Schriner, MD 07/31/17 1231
Ordering provider: Robert W Schriner, MD
Authorized by Robert W Schriner, MD

## Medications - Medication Orders (continued)

**dextroamphetamine-amphetamine (ADDERALL) 20 mg tablet [168966894] (continued)**

PRN Comment. sleepiness
Frequency: BID PRN 07/31/17 - 365 Days
Medication Route. Oral
Medication Directions Take 20 mg by mouth 2 (two) times a day as needed (sleepiness)
End Date/Time 7/5/2018

Discontinued by: Robert W Schriner, MD 07/05/18 1447 [Reorder]
Medication Dose 20 mg
Priority: Routine
Start Date/Time: 07/31/17 0000

## Orders

**All Orders and Results Except Lab and Imaging**

No orders and results found

## Result Summary

**All Lab and Imaging Orders and Results**

No orders and results found

## Progress Notes

**Progress Notes by Robert W Schriner, MD at 7/31/2017 11:30 AM**

Author: Robert W Schriner, MD | Service: (none) | Author Type: Physician
Encounter Date: 7/31/2017 | Creation Time: 7/31/2017 12:17 PM | Filed: 7/31/2017 12:48 PM
Status: Addendum | Editor: Robert W Schriner, MD (Physician)
Related Notes: Original Note by Robert W Schriner, MD (Physician) filed at 7/31/2017 12:46 PM

**Memphis Lung Physicians Foundation - Collierville**
Robert W Schriner, MD

MEMPHIS LUNG PHYSICIANS FOUNDATION
A MEMBER OF BAPTIST MEMORIAL MEDICAL GROUP

**Date of Service:** 7/31/2017
**Patient Name:** Sherry Woolverton-Jones **Gender:** Female
**Age:** 45 y.o. **Date of Birth:**
**MRN:** 10321720

---

**ASSESSMENT:**
Diagnosis of narcolepsy with cataplexy, clinically doing marginally off therapy (on disability at this time). I will attempt to adjust her medication regimen so that patient may be able to afford.

---

**PLAN:**
1. Effexor 25 mg PO q AM to BID (see if it helps with mild cataplexy), # 60 with 2 RF.
2. Adderall 20 mg BID PRN sleepiness # 30 with 0 RF.
3. The patient has been counseled to use judicious napping to help with daytime sleepiness and be extremely careful with driving or operation of machinery.
4. Call back in 2 weeks. Follow-up in clinic in 6 months.

---

**HISTORY OF PRESENT PROBLEM:**
The patient (who remains on disability related to back issues / osteoporosis) is seen for follow-up of narcolepsy with cataplexy. She has been on Xyrem and Adderall XR for long-term therapy previously. It takes the patient approximately usually only a few minutes to fall asleep at night. The patient reports that she goes to bed about 9 pm and gets up about 7:30-8:30 am. She may have brief awakenings during the night occuring

## Progress Notes (continued)

**Progress Notes by Robert W Schriner, MD at 7/31/2017 11:30 AM (continued)**

spontaneously. She feels like she is not having any difficulties with increased snoring and apnea and not experiencing increased leg movements. She probably obtains 9+ hours of sleep time at night. Moderate daytime sleepiness is noted (off medication related to expense).

Some mild issues with double vision and weakness (but principally in the LLE). These were felt to be subtle signs of cataplexy previously.

### MEDICAL HISTORY:

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • CMV (cytomegalovirus infection) | |
| • Enlargement of lymph nodes | |
| • Fungal sinusitis | |
| • Hypoglycemia | |
| • Loss of weight | |
| • Migraine | |
| • Narcolepsy | |
| • Seizure disorder | |
| • Stroke | |

### SURGICAL HISTORY:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • APPENDECTOMY | | |
| • CHOLECYSTECTOMY | | |
| • COLON RESECTION | | |
| • HYSTERECTOMY | | |
| • OVARIAN CYST DRAINAGE | | |
| • SINUS SURGERY | | |
| • TONSILLECTOMY | | |

### MEDICATIONS HISTORY:

Outpatient Encounter Prescriptions as of 7/31/2017

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

**Progress Notes (continued)**

**Progress Notes by Robert W Schriner, MD at 7/31/2017 11:30 AM (continued)**

| | | | |
|---|---|---|---|
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • cyanocobalamin (VITAMIN B-12) 1000 MCG tablet | Take 1,000 mcg by mouth one (1) time a day | | |
| • [START ON 9/3/2017] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe | Inject 0.8 mL (80 mg total) under the skin one (1) time a day | 20 Syringe | 1 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule by mouth 3 (three) times a day | | |
| • meloxicam (MOBIC) 7.5 MG tablet | Take 1 tablet by mouth one (1) time a day | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea | 60 tablet | 2 |
| • PARoxetine (PAXIL) 10 MG tablet | Take two tablets (20 mg total) by mouth every morning | 30 tablet | 5 |
| • potassium chloride 20 mEq ER tablet | Take one tablet (20 mEq total) by mouth one (1) time a day | 30 tablet | 2 |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |

No facility-administered encounter medications on file as of 7/31/2017.

**ALLERGY HISTORY:**
No Known Allergies

**FAMILY HISTORY:**
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**
The patient is on disability.

**Progress Notes (continued)**

**Progress Notes by Robert W Schriner, MD at 7/31/2017 11:30 AM (continued)**

She is single.
She drinks varying amounts of caffeine during the daytime.

Social History

Substance Use Topics

- Smoking status: Current Every Day Smoker
  - Packs/day: 0.30
  - Years: 19.00
  - Types: Cigarettes
- Smokeless tobacco: Never Used
  - *Comment: on and off due to scared she would fall asleep*
- Alcohol use No

She is working on smoking cessation (e-cigs).

**REVIEW OF SYSTEMS:**
Twelve-point review of systems is as above: the rest unremarkable.

---

**PHYSICAL EXAMINATION:**

***Vitals:***
Height: 5' 1" (154.9 cm) Weight: 118 lb (53.5 kg) BMI (Calculated): 22.3 BP: 118/68 SpO2: 98 % Neck Circumference: 12 inches Pulse: 103

***Psych:***
The patient is not overtly sleepy. Flat affect.

***HEENT:***
PERRL, EOMI.
Nasal mucosa is clear.
Nasal septum is not deviated.
The hard palate is normal.
Tongue is normal.
Oropharynx is clear with a Mallampati I-II airway.
Uvula is not hypertrophied.
Dentition is fair.
No retrognathia.

***Neck:***
Neck is supple and no JVD, edema, or mass present.

***Cardiac:***
Regular rate and rhythm (borderline tachycardia).
No murmurs, rubs or gallops.

***Respirations:***
Clear to auscultation bilaterally.

***Extremities/Musculoskeletal:***
No clubbing or cyanosis is noted.

## Progress Notes (continued)

Progress Notes by Robert W Schriner, MD at 7/31/2017 11:30 AM (continued)

No significant edema noted.

***Neurological:***
No gross focal neurological deficits.

---

**On the Epworth Sleepiness Scale, the patient scored 16 (normal <10) - but now off medication.**

---

**Electronically authored and signed by:**
**Robert W Schriner, MD on 7/31/2017 at 12:18 PM.**

Cc: David P Guthrie, MD

Electronically signed by Robert W Schriner, MD at 7/31/2017 12:46 PM
Electronically signed by Robert W Schriner, MD at 7/31/2017 12.48 PM

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

07/31/2017 1246 - Robert W Schriner, MD

Disposition. Return in about 6 months (around 1/31/2018) for Recheck.

## Flowsheets (all recorded)

### Anthropometrics

| Row Name | 07/31/17 1208 | 07/31/17 1203 |
|---|---|---|
| **Anthropometrics** | | |
| Weight Change | 0 -SS | 0 -SS |

### Custom Formula Data

| Row Name | 07/31/17 1208 | 07/31/17 1203 |
|---|---|---|
| **Vitals** | | |
| Pct Wt Change | 0 % -SS | 0 % -SS |
| **OTHER** | | |
| Weight Gain Calculated in Pounds (lbs) | 0 -SS | 118 -SS |
| Weight Change (grams) | 0 g -SS | 2404 g -SS |
| BSA (Calculated - sq m) | 1.52 sq meters -SS | 1.52 sq meters -SS |
| BMI (Calculated) | — | 22.3 -SS |
| IBW/kg (Calculated) Male | 52.3 kg -SS | 52.3 kg -SS |
| IBW/kg (Calculated) FEMALE | 47.8 kg -SS | 47.8 kg -SS |
| Weight in (lb) to have BMI = 25 | 132 -SS | 132 -SS |
| % Weight Change Since Birth | 0 -SS | 0 -SS |
| Weight Gain Percentage | 0 -SS | — |
| **kcal/kg** | | |
| (Retired) 20 Kcal/Kg (kcal) | 1072.73 -SS | 1072.73 -SS |
| (Retired) 25 Kcal/Kg (kcal) | 1340 91 -SS | 1340.91 -SS |
| (Retired) 30 Kcal/Kg (kcal) | 1609.09 -SS | 1609.09 -SS |
| (Retired) 35 Kcal/Kg (kcal) | 1877.27 -SS | 1877.27 -SS |
| (Retired) 40 Kcal/Kg (kcal) | 2145 45 -SS | 2145.45 -SS |
| (Retired) 45 Kcal/Kg (kcal) | 2413.64 -SS | 2413.64 -SS |
| (Retired) 50 Kcal/Kg (kcal) | 2681.82 -SS | 2681.82 -SS |
| **Protein (gm/kg)** | | |
| 0.6 Gm Protein (gm) | 32.18 -SS | 32.18 -SS |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/31/17 1208 | 07/31/17 1203 |
|---|---|---|
| 0.7 Gm Protein (gm) | 37.55 -SS | 37.55 -SS |
| 0.8 Gm Protein (gm) | 42.91 -SS | 42.91 -SS |
| 0.9 Gm Protein (gm) | 48.27 -SS | 48.27 -SS |
| 1 0 Gm Protein (gm) | 53.64 -SS | 53.64 -SS |
| 1 1 Gm Protein (gm) | 59 -SS | 59 -SS |
| 1.2 Gm Protein (gm) | 64.36 -SS | 64.36 -SS |
| 1.3 Gm Protein (gm) | 69.73 -SS | 69.73 -SS |
| 1.4 Gm Protein (gm) | 75.09 -SS | 75.09 -SS |
| 1.5 Gm Protein (gm) | 80.45 -SS | 80.45 -SS |
| 1.6 Gm Protein (gm) | 85.82 -SS | 85.82 -SS |
| 1.7 Gm Protein (gm) | 91.18 -SS | 91.18 -SS |
| 1.8 Gm Protein (gm) | 96.55 -SS | 96.55 -SS |
| 1.9 Gm Protein (gm) | 101.91 -SS | 101.91 -SS |
| 2.0 Gm Protein (gm) | 107.27 -SS | 107.27 -SS |
| 2.1 Gm Protein (gm) | 112 64 -SS | 112.64 -SS |
| 2.2 Gm Protein (gm) | 118 -SS | 118 -SS |
| 2.3 Gm Protein (gm) | 123.36 -SS | 123.36 -SS |
| 2.4 Gm Protein (gm) | 128.73 -SS | 128.73 -SS |
| 2.5 Gm Protein (gm) | 134.09 -SS | 134.09 -SS |
| **(Retired) Ideal Body Weight (IBW)** | | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 51.33 -SS | 51.33 -SS |
| Ideal Body Weight (IBW), Female | 48.55 -SS | 48.55 -SS |
| (Retired) % Ideal Body Weight | 53.7 -SS | 53.7 -SS |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/31/17 1208 | 07/31/17 1203 |
|---|---|---|
| (Retired) Measurements (Adult/Pediatric) | | |
| (Retired) BMI (kg/m2) | 22.34 -SS | 22.34 -SS |
| IBW Adjustment, Para/Tetraplegia | | |
| 5% Adjustment, Para (IBW) | 45.74 -SS | 45.74 -SS |
| 10% Adjustment, Para (IBW) | 43.34 -SS | 43.34 -SS |
| 10% Adjustment, Tetra (IBW) | 43.34 -SS | 43.34 -SS |
| 15% Adjustment, Tetra (IBW) | 40.93 -SS | 40.93 -SS |
| RD Method Male (Adolescent) | | |
| RDA Male (11-14 years) (kcal) | 2943.82 -SS | 2943.82 -SS |
| RDA Male (15-18 years) (kcal) | 2408.58 -SS | 2408.58 -SS |
| KCAL/KG | | |
| 20 Kcal/Kg (kcal) | 1070.48 -SS | 1070.48 -SS |
| 25 Kcal/Kg (kcal) | 1338.1 -SS | 1338.1 -SS |
| 30 Kcal/Kg (kcal) | 1605.72 -SS | 1605.72 -SS |
| 35 Kcal/Kg (kcal) | 1873.34 -SS | 1873.34 -SS |
| 40 Kcal/Kg (kcal) | 2140.96 -SS | 2140.96 -SS |
| 45 Kcal/Kg (kcal) | 2408.58 -SS | 2408.58 -SS |
| 50 Kcal/Kg (kcal) | 2676.2 -SS | 2676.2 -SS |
| KCAL/KG | | |
| 20 Kcal/Kg (kcal) | 1070.48 -SS | 1070.48 -SS |
| 40 Kcal/Kg (kcal) | 2140.96 -SS | 2140.96 -SS |
| 60 Kcal/Kg (kcal) | 3211.44 -SS | 3211.44 -SS |
| 80 Kcal/Kg (kcal) | 4281.92 -SS | 4281.92 -SS |
| 100 Kcal/Kg (kcal) | 5352 4 -SS | 5352.4 -SS |
| 120 Kcal/Kg (kcal) | 6422.88 -SS | 6422.88 -SS |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/31/17 1208 | 07/31/17 1203 |
|---|---|---|
| 140 Kcal/Kg (kcal) | 7493.36 -SS | 7493.36 -SS |
| 160 Kcal/Kg (kcal) | 8563.84 -SS | 8563.84 -SS |
| 180 Kcal/Kg (kcal) | 9634 32 -SS | 9634.32 -SS |
| 200 Kcal/Kg (kcal) | 10704.8 -SS | 10704.8 -SS |
| **RDA Method** | | |
| RDA (> 1 year-3 years) (kcal) | 5459.45 -SS | 5459.45 -SS |
| RDA (4-6 years) (kcal) | 4817.16 -SS | 4817.16 -SS |
| RDA (7-10 years) (kcal) | 3746.68 -SS | 3746.68 -SS |
| **Schofield Female** | | |
| Schofield Female (0-3 years) (kcal) | 2041.73 -SS | 2041.73 -SS |
| Schofield Female (4-10 years) (kcal) | 1690.72 -SS | 1690.72 -SS |
| Schofield Female (11-18 years) (kcal) | 1368.2 -SS | 1368.2 -SS |
| **Schofield Male** | | |
| Schofield Male (0-3 years) (kcal) | 1742.4 -SS | 1742.4 -SS |
| Schofield Male (4-10 years) (kcal) | 1665 33 -SS | 1665.33 -SS |
| Schofield Male (11-18 years) (kcal) | 566.85 -SS | 566.85 -SS |
| **WHO Equation Female** | | |
| WHO Equation Female (0-3 years) (kcal) | 3213.96 -SS | 3213.96 -SS |
| WHO Equation Female (4-10 years) (kcal) | 1703.29 -SS | 1703.29 -SS |
| WHO Equation Female (11-18 years) (kcal) | 1398.99 -SS | 1398.99 -SS |
| **Ideal Body Weight (IBW)** | | |
| Ideal Body Weight (IBW) | 48.15 -SS | 48.15 -SS |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/31/17 1208 | 07/31/17 1203 |
| --- | --- | --- |
| (kg) | | |
| % Ideal Body Weight | 111 17 -SS | 111.17 -SS |
| **WHO Equation Male** | | |
| WHO Equation Male (0-3 years) (kcal) | 3205.61 -SS | 3205.61 -SS |
| WHO Equation Male (4-10 years) (kcal) | 1709.99 -SS | 1709.99 -SS |
| WHO Equation Male (11-18 years) (kcal) | 1587.67 -SS | 1587.67 -SS |
| **RDA Method (Infant)** | | |
| RDA (0-6 month old) (kcal) | 5780.59 -SS | 5780.59 -SS |
| RDA (> 6 months-1 year old) (kcal) | 5245.35 -SS | 5245.35 -SS |
| **RD Method Female (Adolescent)** | | |
| RDA Female (11-14 years) (kcal) | 2515.63 -SS | 2515.63 -SS |
| RDA Female (15-18 years) (kcal) | 2140 96 -SS | 2140.96 -SS |
| **Mifflin-St Jeor Equation** | | |
| RMR (Mifflin-St. Jeor Equation) | 1117.62 -SS | 1117.62 -SS |
| **Fluid Requirements** | | |
| Holliday-Segar Method (<= 10 kg) (mL) | 5352.4 -SS | 5352.4 -SS |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 3676 2 -SS | 3676.2 -SS |
| Holliday-Segar Method (> 20 kg) (mL) | 4176.2 -SS | 4176 2 -SS |
| **Anthropometrics** | | |
| Height Standing (in) | 61 -SS | 61 -SS |
| **Fluid Requirements** | | |
| Holliday-Segar Method (over 20 kg) | 2570.48 -SS | 2570.48 -SS |
| **Measurements (Adult/Pediatric)** | | |

## Flowsheets (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 07/31/17 1208 | 07/31/17 1203 |
|---|---|---|
| BMI (kg/m2) | 22.34 -SS | 22.34 -SS |
| **Relevant Labs and Vitals** | | |
| Temp (in Celsius) | — | 36.8 -SS |
| **Adult IBW/VT Calculations** | | |
| IBW/kg (Calculated) | 47.8 -SS | 47.8 -SS |
| Low Range Vt 6mL/kg | 286.8 mL/kg -SS | 286.8 mL/kg -SS |
| Adult Moderate Range Vt 8mL/kg | 382.4 mL/kg -SS | 382.4 mL/kg -SS |
| Adult High Range Vt 10mL/kg | 478 mL/kg -SS | 478 mL/kg -SS |

### Encounter Vitals

| Row Name | 07/31/17 1203 |
|---|---|
| **Enc Vitals** | |
| BP | 118/68 -SS |
| Pulse | 103 -SS |
| Resp | 12 -SS |
| Temp | 98.2 °F (36.8 °C) -SS |
| Temp src | Oral -SS |
| SpO2 | 98 % -SS |
| Weight | 118 lb (53.5 kg) -SS |
| Height | 5' 1" (1.549 m) -SS |
| **OTHER** | |
| BP Site | right upper arm -SS |
| BP Cuff Size | medium -SS |
| BP Position | Sitting -SS |

## Flowsheets (all recorded)

### Epworth Sleepiness Scale

| Row Name | 07/31/17 1209 |
|---|---|
| **Epworth Sleepiness Scale** | |
| Sitting and reading | 3 -SS |
| Watching TV | 2 -SS |
| Sitting, inactive in a public place (e.g a theatre or a meeting) | 3 -SS |
| As a passenger in a car for an hour without a break | 2 -SS |
| Lying down to rest in the afternoon when circumstances permit | 3 -SS |
| Sitting and talking to someone | 1 -SS |
| Sitting quietly after a lunch without alcohol | 2 -SS |
| In a car, while stopped for a few minutes in traffic | 0 -SS |
| total epworth sleepiness scale score | 16 -SS |

### O2 SAT Documentation

| Row Name | 07/31/17 1207 |
|---|---|
| **Spo2 Room Air** | |
| SPO2 at rest. | 98 % -SS |

### Sleep Evaluation

| Row Name | 07/31/17 1208 |
|---|---|
| **Stop Bang. If you answer yes to three or more of these items (BMI > 35,Age>50,Neck Circ > 15 7 " and Male Gender) you have a high risk of obstructive sleep apnea** | |
| Do you snore loudly (louder than talking or loud enough to be heard through closed doors)? | n -SS |
| Do you often feel tired, | y -SS |

## Flowsheets (all recorded) (continued)

### Sleep Evaluation (continued)

| Row Name | 07/31/17 1208 |
|---|---|
| fatigued or sleepy during the daytime? | |
| Has anyone observed you to stop breathing during your sleep? | n -SS |
| Do you have or are you being treated for high blood pressure? | n -SS |
| Height | 5' 1" (1.549 m) -SS |
| Weight | 118 lb (53.5 kg) -SS |
| BMI (Calculated) | 22.3 -SS |
| age: | 45 years -SS |
| Neck Circumference | 12 inches -SS |
| Gender | female -SS |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| SS | Sherry Stanfill, RT |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Default Flowsheet Data (all recorded)

**No Flowsheet Template found**

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient Care Timeline

No data selected in time range

### Patient Care Timeline

No data selected in time range

**END OF REPORT**

# Exhibit D

Cody Allison & Associates, PLLC
Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, Tennessee 37219
Phone (615) 234-6000, Fax: (615) 727-0175

## *GENERIC PHYSICAL RESIDUAL*
## ***FUNCTIONAL CAPACITY QUESTIONNAIRE***

To: Dr. Robert Schriner

Re: **(Name of Patient) Sherry Woolverton-Jones**

**(Social Security Number)**

**(Date of Birth)**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

Please answer the following questions concerning your patient's impairments.

1. Frequency and length of contact: INITIALLY 12/2014; SEEN 2 ANNUALLY

2. Diagnoses: NARCOLEPSY WITH CATAPLEXY

3. Prognosis: PROBABLY STABLE SYMPTOMS

4. List your patient's *symptoms*, including pain, dizziness, numbness, shortness of breath, fatigue, etc.

   DAYTIME SLEEPINESS AS WELL AS HX. CATAPLEXY (DOUBLE VISION, LOWER EXTREMITY WEAKNESS)

5. If your patient has pain, characterize the nature, location, frequency, precipitating factors, and severity of your patient's pain:

6. Identify the clinical finding, and objective testing signs:

   PSG/MSLT (SLEEP TESTING) BY DR. NEAL AGUILLARD IN 03/2014, (MID-SOUTH PULMONARY)

7. Describe the treatment and response including any side effects of medication that may have implications for working, e.g., drowsiness, dizziness, nausea, etc:

TREATMENT WITH WAKE-PROMOTING MEDICATIONS (NUVIGIL / ADDERALL) AS WELL AS ANTI-CATAPLEXY (XYREM). CATAPLEXY CONTROLLED BUT WITH RESIDUAL DAYTIME SLEEPINESS,

8. Have your patient's impairments lasted or can they be expected to last at least twelve months?

✓ Yes    __ No

9. Is your patient a malingerer?

__ Yes    ✓ No

10. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?

(MAY)    ✓ Yes    __ No

11. Identify any psychological conditions affecting your patient's physical condition:

__Depression
__Somatoform disorder
__Psychological factors affecting physical condition
✓ Anxiety / INCREASED STRESS
__Personality disorder

12. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?

✓ Yes    __ No

If no, please explain: ______________________________

______________________________

______________________________

______________________________

13. How often during a typical workday is your patient's experience of pain or other symptoms severe enough to interfere with **attention and concentration** needed to perform even simple work tasks?

__Never __Rarely __Occasionally ✓Frequently __Constantly

***For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.***

14. To what degree can your patient tolerate work stress?

- __ Incapable of even "low stress" jobs
- __ Moderate stress is okay
- ✓ Capable of low stress jobs
- __ Capable of high stress work

OTHER: ____________________

15. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation.*

N/A To [illegible] D/C

a. How many city blocks can your patient walk without rest or severe pain? ________

b. Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc.

**Sit**: 0 5 10 15 20 30 45 Minutes | 1 2 More than 2 Hours

c. Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc.

**Stand**: 0 5 10 15 20 30 45 Minutes | 1 2 More than 2 Hours

d. Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

| Sit | Stand/walk | |
|---|---|---|
| __ | __ | less than 2 hours |
| __ | __ | about 2 hours |
| __ | __ | about 4 hours |
| __ | __ | at least 6 hours |

e. Does your patient need to include periods of walking around during an 8-hour working day? __ Yes __ No

N/A

1) If yes, approximately how *often* must your patient walk?

1 5 10 15 20 30 45 60 90
Minutes

2) How *long* must your patient walk each time?

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15
Minutes

f. Does your patient need a job that permits shifting positions *at will* from sitting, standing or walking? __ Yes __ No

g. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day? __ Yes __ No

If yes, 1) how *often* do you think this will happen? ________
2) how *long* (on average) will your patient have to rest before returning to work? ________

h. With prolonged sitting, should your patient's leg(s) be elevated? __ Yes __ No

If yes, 1) how *high* should the leg(s) be elevated? ________
2) if your patient had a sedentary job, *what percentage of time* during an 8 hour working day should the leg(s) be elevated? ________

i. While engaging in occasional standing/walking, must your patient use a cane or other assistive device? __ Yes __ No

j. How many pounds can your patient lift and carry in a competitive work situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | | __ | __ | __ |
| 10 lbs. | __ | __ | __ | __ |
| 20 lbs. | __ | __ | __ | __ |
| 50 lbs. | __ | __ | __ | __ |

k. How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Look down (sustained flexion of neck) | __ | __ | __ | __ |
| Turn head right or left | __ | __ | __ | __ |
| Look up | __ | __ | __ | __ |
| Hold head in static position | __ | __ | __ | __ |

N/A

l. How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | __ | __ | __ | __ |
| Stoop (bend) | __ | __ | __ | __ |
| Crouch/ squat | __ | __ | __ | __ |
| Climb ladders | __ | __ | __ | __ |
| Climb stairs | __ | __ | __ | __ |

m. Does your patient have significant limitations with reaching, handling or fingering?

__ Yes __ No

If yes, please indicate the percentage of time during an 8-hour working day that your patient can use hands/fingers/arms for the following activities:

| | **HANDS: Grasp, Turn <u>Twist Objects</u>** | **FINGERS: Fine <u>Manipulations</u>** | **ARMS: Reaching <u>(incl. Overhead)</u>** |
|---|---|---|---|
| **Right:** | __% | __% | __ % |
| **Left:** | __% | __% | __ % |

n. Are your patient's impairments likely to produce "good days" and "bad days"? — SYMPTOMS GENERALLY CONSTANT

__Yes __No

If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

__ About three days or more per month
__ About four days or more per month
__ More than five days per month

16. Please describe any other limitations (such as psychological limitations, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis:

MAJOR LIMITATION FROM HIS SLEEP DISORDER IS PREDISPOSITION TO SLEEPINESS DESPITE MEDICATION THERAPY.

8/20/18
Date

[signature]
Signature

*Printed/Typed Name:* ROBERT W. SCHAUMEL, MD

*Address:* 1500 W. POPLAR
COLLIERVILLE, TN 38017

# Exhibit E

## Search

What are your Symptoms?

Select a symptom

What is your Condition?

Select a disease

## Our Doctors

Back to All Doctors

Dr. Robert Willaim Schriner, M.D. (F.C.C.P., F.A.A.S.M.)



LICENSURES & BOARD CERTIFICATION

- Tennessee, Mississippi
- Diplomate in Internal Medicine, Pulmonary Disease, and Sleep Disorders Medicine

EDUCATION

- University of Memphis, BSEE
- University of Tennessee Center for the Health Sciences, MD
- Mayo Graduate School of Medicine Rochester, Minnesota
  - Internal Medicine Residence
  - Thoracic Diseases Fellowship

SPECIALITIES

Medical Director of the Baptist Sleep Disorders Clinic, Collierville, TN

BIO

Dr Schriner was born and raised in the Mid-South area He went to college at the University of Memphis where he graduated from the electrical engineering program with a pre-medical option He received his doctorate of medicine at the University of Tennessee Center for the Health Sciences Internal medicine residency and fellowship in pulmonary / critical care was completed at the Mayo Clinic in Rochester, Minnesota During his fellowship at Mayo, Dr Schriner developed an interest in sleep with training under Dr Peter Haun and Dr John Sheperd

Upon return to the Memphis area in 1992, Dr Schriner joined the Memphis Lung Physician group He continued to work part-time as an assistant to Dr. Helio Lemmi in the Baptist Sleep Disorders Center During this time, Dr Schiner became a diplomate of the American Board of Sleep Medicine He also served on the clinical faculty of the University of Tennessee

Dr Schriner assumed the medical directorship of the Baptist Sleep Disorders Center in 1999 The main focus of the facility has been patient care with approximately 1,000 new patients per year. The laboratory has also been involved in clinical drug studies and a sponsor for local public forums and sleep-oriented groups.

### Three convenient offices to serve your needs

*Mon-Thurs 9 00am-5 00pm | Fri 9 00am-4 00pm*

MEMPHIS map
6025 Walnut Grove Rd #508
Memphis, TN 38120
901-767-5864

SOUTHAVEN map
401 Southcrest Cir, Ste 212
Southaven, MS 38671
662-349-0498

COLLIERVILLE map
1500 W Poplar Ste 309
Collierville, TN 38017
901-850-1170



Copyright © 2018 Memphis Lung Physicians Foundation. All Rights Reserved. | Notice of Privacy Practices

# Exhibit F

**Progress Notes**

**Patient:** WOOLVERTON JONES, SHERRY J
**Account Number:** 66525
**DOB:** **Age:** 44 Y **Sex:** Female
**Phone:**
**Address:**

**Provider:** Lee S. Stein, MD
**Date:** 08/08/2016

---

## Subjective:

**Chief Complaints:**

1. Follow up.

**HPI:**

:

Dr. Woolverton-Jones returns today in follow-up. Patient with history of sleep apnea, narcolepsy, cataplexy, paresthesias, B12 deficiency, right body pain, migraine. Migraines have responded well to Cambia in the past but apparently they refused PA during last time requested. B12 level was 284. Patient was placed on B12 supplement. B12 level was rechecked locally and was apparently normal resulting in discontinuation of B12 by the patient. She has had some various problems with right leg pain. Previous bone scan was performed in 2015 and is included in the chart. With her right hemiparesthesias, MRI of the brain was performed on 12/18/15 and showed no significant intracranial pathology.

**Medical History:** Migraines, Hypoglycemia.

**Surgical History:** ovarian cyst , Oral Surgery , Tonsillectomy , Sinus Surgery , Hysterectomy , Appendectomy , bladder repair , Lumpectomy , Gallbladder .

**Family History:** Father: aliveMother: aliveSiblings: alive, diagnosed with CONDITN INFLU HEALTH NECNon-Contributory
high blood pressure, heart disease, cancer, diabetes, strokes, and migraines.

**Social History:** Smoking status: current smoker. no Caffeine. no Alcohol.

**Medications:** Taking gabapentin 100 mg capsule cap(s) orally 1 cap bid x 5 days then 2 caps bid x 5 days then 3 caps bid thereafter, Taking Adderall XR 20 mg capsule, extended release 3 cap(s) orally qam, Taking Vivelle-Dot 0.1 mg/24 hours twice weekly film, extended release 1 PATCH applied topically 2 times a week, Taking warfarin 5 mg tablet 1 tab(s) orally once a day, Taking Xyrem 500 mg/mL liquid 5 mL orally 2 times a day, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Height 59 in, Wt 122 lbs, BP sitting 118/78, BMI 24.64, Pulse sitting 90.

**Examination:**

General:

On examination today, she does favor the right leg when ambulating. She does complain of pain in the right knee. Also describes rib fractures and recent history of vitamin D deficiency. Fosamax was added to her medication regimen locally.

## Assessment:

**Assessment:**

1. Vascular headache, not elsewhere classified - G44.1 (Primary)
2. Deficiency of other specified B group vitamins - E53.8
3. Pain in leg, unspecified - M79.606
4. Narcolepsy without cataplexy - G47.419

IMPRESSION: 1) Vascular headache syndrome. Patient now describing headaches as occurring as often as daily. I would like to add Pamelor to medication regimen, 25 mg, if cleared by pharmacist. If ineffective, could later increase dose. 2) B12 deficiency. I discussed with patient the importance of continuing to take B12 on a daily basis and re-check B12 level yearly. 3) Right knee and right lower extremity pain being followed by Dr. Martinez and Dr. Toy at Campbell's Clinic. 4) Narcolepsy/Cataplexy/Sleep apnea. Presently on Xyrem. We will see the patient back in routine follow up in 6 months.

## Plan:

**1. Others**
Start Cambia powder for reconstitution, potassium 50 mg, 50 mg, orally, Take one at onset of headache, may repeat in 2hrs if headache persists, no more than 12 in 24hrs, 30 day(s), 9, Refills 5 ; Start Pamelor capsule, 25 MG, cap(s), orally, 1 cap qhs x 1 week then 2 caps qhs thereafter, 30 day(s), 60, Refills 6 .

**Follow Up:** 6 Months

**Provider:** Lee S. Stein, MD
**Patient:** WOOLVERTON JONES, SHERRY J **DOB:** **Date:** 08/08/2016

**Electronically signed by LEE STEIN M.D., MD on 07/17/2018 at 03:16 PM CDT**
**Sign off status: Pending**

**Progress Notes**

**Patient:** WOOLVERTON JONES, SHERRY J
**Account Number:** 66525
**DOB:** **Age:** 45 Y **Sex:** Female
**Phone:**
**Address:**

**Provider:** Lee S. Stein, MD
**Date:** 02/09/2017

## Subjective:

**Chief Complaints:**

1. 6 MONTH FOLLOWUP.

**HPI:**

:

Dr. Woolverton Jones returns today in follow-up. Patient with history of sleep apnea, narcolepsy, cataplexy, right lower extremity paresthesias, right body pain, B12 deficiency, migraine, breast mass, hypercoagulable state. Patient related some paresthesias in the past 24 hours. She was placed on Pamelor which actually seemed to improve her headaches from daily to twice weekly. She stopped the medication of her own volition. Apparently, she did not recall how frequently she was experiencing these headaches in the past. She does describe weakness in the left leg after being seated for extended periods of time.

**Medical History:** Migraines, Hypoglycemia.

**Surgical History:** ovarian cyst , Oral Surgery , Tonsillectomy , Sinus Surgery , Hysterectomy , Appendectomy , bladder repair , Lumpectomy , Gallbladder .

**Family History:** Father: alive, diagnosed with CONDITN INFLU HEALTH NECMother: alive, diagnosed with CONDITN INFLU HEALTH NECSiblings: alive, diagnosed with CONDITN INFLU HEALTH NEC
high blood pressure, heart disease, cancer, diabetes, strokes, and migraines.

**Social History:** Smoking Are you a: current smoker. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. no Caffeine. no Alcohol.

**Medications:** Taking gabapentin 100 mg capsule 3 cap(s) orally bid, Taking Adderall XR 20 mg capsule, extended release 3 cap(s) orally qam, Taking Vivelle-Dot 0.1 mg/24 hours twice weekly film, extended release 1 PATCH applied topically 2 times a week, Taking warfarin 5 mg tablet 1 tab(s) orally once a day, Taking Xyrem 500 mg/mL liquid 5 mL orally 2 times a day, Taking Zofran ODT 8 mg tablet, disintegrating 1 tab(s) orally 3 times a day, Taking Fosamax 70 mg tablet 1 tab(s) orally once a week, Taking vitamin D as dir , Taking Vitamin C , Taking Paxil 10 mg tablet 1 tab(s) orally once a day, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Height 59 in, Wt 119 lbs, BP sitting 130/80, BMI 24.03, Pulse sitting 101.

**Examination:**

General:

On examination today, motor function is 4+/5 throughout. Gait was normal. Romberg was negative. Finger to nose with mild essential tremor. Neck was supple with limitation, however, there was some discomfort with range of motion of the neck. Click was palpated over the left temporal mandibular joint. Tongue in midline. Hearing was good. DTRs are 2 to 3+ in upper extremities, 1+ in the knees, trace to 1+ in the ankles.

## Assessment:

**Assessment:**

1. Vascular headache, not elsewhere classified - G44.1 (Primary)
2. Deficiency of other specified B group vitamins - E53.8
3. Narcolepsy without cataplexy - G47.419
4. Paresthesia of skin - R20.2

IMPRESSION: 1) Vascular headache syndrome. The patient is really not interested in Pamelor at the present time. She has been interested in Neurontin because of tremor and its effectiveness with reference to tremor. I will place her on Neurontin gradually increasing to 900 mg q day. 2) Vascular headache syndrome. I will observe response to Neurontin and may resume Pamelor at a later date. 3) B12 deficiency. She will send me

copies of recent B12 levels and vitamin D levels from Dr. Kirby Smith. 4) Narcolepsy, cataplexy, sleep apnea on Xyrem. 5) Right lower extremity paresthesias, subjective, questionable etiology, potentially associated with B12 deficiency. Return to clinic in 6 months.

## Plan:

**1. Others**

Start gabapentin capsule, 300 mg, 3 cap(s), orally, qday, 30 day(s), 90, Refills 11 .

**Preventive:**

Counseling: reviewed medication indications and side effects .

**Follow Up:** 6 Months

**Provider:** Lee S. Stein, MD
**Patient:** WOOLVERTON JONES, SHERRY J **DOB:** **Date:** 02/09/2017

**Electronically signed by LEE STEIN M.D., MD on 07/17/2018 at 03:16 PM CDT**
**Sign off status: Pending**

# Exhibit G

Cody Allison & Associates, PLLC
Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, Tennessee 37219
Phone (615) 234-6000, Fax: (615) 727-0175

**Baptist Office**
6029 Walnut Grove Rd Suite 404 Memphis, TN 38120
(901) 726-1056 Fax:

*July 18, 2018*
Page 1
Office Visit

**Sherry J Woolverton Jones**
Female DOB: 175239

Work: (731) 668-2011
Ins: Blue Cross of TN Grp: 129800

**03/06/2017 - Office Visit: Transcribed**
**Provider: Hugh Francis III**
**Location of Care: Baptist Office**

**Visit Type:** Initial Consult
**Referring Provider:** Dr Kirby Smith

**History of Present Illness:**
Ms. Woolverton-Jones is a lady whose maternal grandmother got breast cancer when she was 43 y/o.
She has had 2 previous left breast biopsies by Dr. Russell Patterson who has retired. She has a 9 month history of left nipple duct discharge which is greenish and yellow and dependable. It occurred this morning.

She had a mammogram and ultrasound done to evaluate the situation and cystic change was noted in both breasts. The left retroareolar region appeared negative for visualized abnormality to account for the patient's nipple discharge.

A galactogram was recommended, but she went to have that at West Clinic, she tells me, and the radiologist did not think that it would help. She is referred at this time for biopsy of the area.

At the time of today's exam there is no dominant breast mass bilaterally nor any skin change nor any axillary lymphadenopathy. There is a clear nipple duct discharge from the left breast.

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 45 Years Old Female |
| Height: | 59 inches |
| Weight: | 110 pounds |
| BMI: | 22.21 |
| BP sitting: | 120 / 80 (right arm) |

**Active Medications (reviewed today):**
VIVELLE-DOT 0.025 MG/24HR TRANS PTTW (ESTRADIOL)
XYREM SOLN (SODIUM OXYBATE SOLN)
ADDERALL 10 MG ORAL TABS (AMPHETAMINE-DEXTROAMPHETAMINE)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
VITAMIN D CAPS (CHOLECALCIFEROL CAPS)
CALCIUM 600 TABS (CALCIUM CARBONATE TABS)
ZOFRAN 8 MG ORAL TABS (ONDANSETRON HCL)
JANTOVEN 5 MG ORAL TABS (WARFARIN SODIUM)
PAXIL 10 MG ORAL TABS (PAROXETINE HCL)
FOSAMAX 70 MG ORAL TABS (ALENDRONATE SODIUM)

**Current Allergies (reviewed today):**
No known allergies

**Sherry J Woolverton Jones**
Female DOB: 175239

Work: (731) 668-2011
Ins: Blue Cross of TN Grp: 129800

## Risk Factors:

Smoked Tobacco Use: Current every day smoker
Cigarettes: Yes -- 1/2 pack day pack(s) per day, Year started: 1996
Smokeless Tobacco Use: Never
Counseled to quit/cut down: yes
Passive smoke exposure: yes
Drug use: no
Alcohol use: no

## Family History Summary:

Mother (biol.) - Has Family History of Thyroid Disorder - Entered On: 3/7/2017
PGF - Has Family History of Stroke/CVA - Entered On: 3/7/2017
Mother (biol.) - Has Family History of Other Medical Problems - Entered On: 3/7/2017
MGF - Has Family History of Other Medical Problems - Entered On: 3/7/2017
PGM - Has Family History of Other Cancer - Entered On: 3/7/2017
MGM - Has Family History of Other Cancer - Entered On: 3/7/2017
Father (biol.) - Has Family History of Hypertension - Entered On: 3/7/2017
Father (biol.) - Has Family History of Heart Disease - Entered On: 3/7/2017
MGF - Has Family History of Heart Disease - Entered On: 3/7/2017
PGF - Has Family History of Diabetes - Entered On: 3/7/2017
MGM - Has Family History of Breast Cancer - Entered On: 3/7/2017

## Assessment

**New Problems:**
Dx of Breast mass, left (ICD-611.72) Onset: 03/06/2017

## Plan

**Additional Plan Comments:** The patient is on Coumadin for hypercoagulable state, but believes that she can stop, but will check with Dr. Kirby Smith's nurse before stopping. She will stop today. She will get preop cardiac clearance from Dr. Weinstein. She wants to be added to our surgery schedule for Monday, March 13th.

We discussed surgical biopsies of nipple ducts using lacrimal duct probe and she understands the operation with its risks, expectations, alternatives, and possible complications including, but not limited to: bleeding, infection, recurrent or persistent nipple duct drainage, insensate portions of the nipple or loss of the nipple as well as recurrent problems like the one we are dealing with now. Despite all the risks, she wishes to proceed one week from today. F,III:mgc

**Sherry J Woolverton Jones**
Female DOB: 175239

Work: (731) 668-2011
Ins: Blue Cross of TN Grp: 129800

)

)

)

**Electronically signed by Hugh Francis III on 03/08/2017 at 4:47 PM**

---

# Exhibit H

**Cody Allison & Associates, PLLC**
**Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, Tennessee 37219**
**Phone (615) 234-6000, Fax: (615) 727-0175**

321Z27M_06YVNHWP800SP2C - 4

SPORTS ORTHOPEDICS & SPINE. World-class care, focused on you.

Phone: 731-427-7888 or 1-888-SPORT DR

Patient: Sherry Woolverton-Jones
Date of Birth:
Date: 02/13/2017 4:58 PM
Visit Type: Office Visit

This 45 year old female presents for cervical spine and right hip pain.

## History of Present Illness:

1. cervical spine
   Ms Woolverton-Jones is a 45 year old female who complains of cervical spine. She presents with pain. The symptoms occur constantly. The problem is worse. Currently the patient states that the symptoms are mild-moderate. The pain is described as aching. The symptoms occur with mild activity.
2. right hip pain
   Ms Woolverton-Jones is a 45 year old female who is here for a follow up of right hip pain. She presents with pain on the right side. The symptoms occur constantly. The problem is unchanged. Currently the patient states that the symptoms are moderate. The pain is described as diffuse. The symptoms occur with activity. In addition to right hip pain the patient is also experiencing tenderness and stiffness. She states that her right hip joint bothers her as well as everything on her right side. She states that she has been to multiple other doctors and they have not helped her.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Hip pain | 02/13/2017 | N | |
| Neck pain | 02/13/2017 | N | |

## Past Medical History (Detailed)

## Past Surgical History

| Management | Date | Comments |
|---|---|---|
| multiple ovarian cysts | | |
| Hysterectomy, total | | |
| Appendectomy | | |
| left lymphectomy | | |
| Cholecystectomy | | |

## Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Diabetes mellitus | | N |
| | | | | Family history of Cancer, ovarian | | N |
| | | | | Family history of Myocardial infarction | | N |
| | | | | Family history of Cancer, skin | | N |
| | | | | Family history of Cancer, bone | | N |
| | | | | Family history of Cancer, breast | | N |
| Father | | | | Diabetes mellitus | | N |
| Mother | | | | Rheumatoid arthritis | | N |
| Mother | | | | lung problems | | N |

## SOCIAL HISTORY (Detailed)

Tobacco use reviewed.
Preferred language is English.
Smoking status: Heavy tobacco smoker.

### SMOKING STATUS

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| yes | Cigarette | Heavy tobacco smoker | 0.5 Packs | 25.00 | 12.50 |

### REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, fever and night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and dyspnea. |
| Cardio | Negative | Chest pain, cyanosis and irregular heartbeat/palpitations. |
| GI | Negative | Constipation, diarrhea, nausea and vomiting. |

321Z27M_06YVNHWP800SP2C - 6

| | | |
|---|---|---|
| GU | Negative | Dysuria and hematuria. |
| Endocrine | Negative | Cold intolerance and heat intolerance. |
| Neuro | Negative | Difficulty walking, dizziness and headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Hip ROM L | * | Active ROM - Abduction: 45 degrees, Adduction: 30 degrees, Extension: 30 degrees, External rotation: 45 degrees, Flexion: 120 degrees, Internal rotation: 45 degrees. |
| Hip ROM R | * | Active ROM - Flexion: 120 degrees, Abduction: 45 degrees, Adduction: 30 degrees, Internal rotation: 45 degrees, External rotation: 45 degrees, Extension: 30 degrees. |
| Strength LE | Normal | Strength Description - Normal lower extremity: Bilateral. |
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Head/Face | Normal | Facial features - Normal. Eyebrows - Normal. |
| Eyes | Normal | General - Right: Normal, Left: Normal. Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. Iris - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Neck Exam | Normal | Inspection - Normal. |
| Skin | Normal | Inspection - Normal. Palpation/texture - Normal. Nails - Normal. Hair - Normal. |
| Lumbar | * | Gait: Limp. Muscle tone lower extremity: Lower extremity muscle tone is normal.. Muscle tone paraspinal: Paraspinous muscle tone is normal.. Spasm: Absent. Tenderness: Piriformis. Motion/stability: Motion is without pain, crepitus, or evident instability.. Buttock - Right: Painless. Left: Painless. Greater trochanter - Right: Painless. Left: Painless. Sacroiliac joint: Right: Painless. Left: Painless. Femoral stretch - Right: no back or leg pain. Left: no back or leg pain. Straight leg raise - Right: back pain only, Left: back pain only. |
| Lumbar | Normal | Skin/scars: Normal. Patrick's (Faber) - Right: Negative. Left: Negative. |
| Lumbar Spine ROM | * | Active ROM - Factors: none, Description: active painful ROM. Lateral flexion - Right: 35 degrees, Left: 35 degrees. ROM is Full. Pain: pain free. Extension: 35 degrees. Flexion: 80 degrees. Restriction: Flexion: no restriction, Extension: no restriction, Lateral Bending: no restriction.. |
| Neurovascular LE | Normal | Neurovascular examination including reflexes, sensation, and pulses is within normal limits. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Behavior is appropriate for age. |

## Diagnostics:

| Study | Result/Report |
|---|---|
| X-RAY EXAM HIP UNI 2-3 VIEWS RT | 2 views Rt hip are normal |
| CERVICAL AP/LAT | 3 views cervical spine show DDD with reversal of the normal lordosis C2-6 |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| X-RAY EXAM HIP UNI 2-3 VIEWS RT | | | RT | | 2 views Rt hip are normal | | |
| CERVICAL AP/LAT | | | | | 3 views cervical spine show DDD with reversal of the normal lordosis C2-6 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Cervicalgia (M54.2). |
| | Plan Orders | The patient had the following test(s) completed today CERVICAL AP/LAT. |
| 2. | Assessment | Pain in right hip (M25.551). |
| | Plan Orders | The patient had the following test(s) completed today X-RAY EXAM HIP UNI 2-3 VIEWS RT. |
| 3. | Assessment | Other cervical disc degeneration, mid-cervical region, unspecified level (M50.320). |
| | Plan Orders | Refer to Physical Therapist. |
| 4. | Assessment | Sciatica, right side (M54.31). |
| | Patient Plan | xray LS spine next visit. trial of mobic and PT<br>she noted she didnt go to PT due to osteoporosis this is not a contraindication |
| | Plan Orders | She is to schedule a follow-up visit 6 Weeks in 6 Weeks |

PHYSICAL THERAPY ORDERS:

| Reason | Description |
|---|---|
| Refer to Physical Therapist | Physician Goals include pain relief, increased function, activities of daily living., modalities and exercises as needed for cervical and LS spine Physical Therapist to evaluate and treat. Three times per week for a duration of 4 weeks. This referral is good for 12 visits. |

## Medications Ordered this Encounter:

| Brand | Dose | Sig Desc | PRN | PRN Reason |
|---|---|---|---|---|

| [illegible] | [illegible] | [illegible] | Status |
|---|---|---|---|
| MOBIC | 7.5 mg | take 1 tablet by oral route every day | N |

*Provider. Keith D. Nord MD 02/13/2017 05.49 PM*
*Document generated by:* Keith Nord 02/13/2017 05:49 PM

321Z27M_06YVNHWP800SP2C - 9

SPORTS ORTHOPEDICS & SPINE. World-class care, focused on you.

Phone: 731-427-7888 or 1-888-SPORT DR

| | |
|---|---|
| Patient: | Sherry Woolverton-Jones |
| Date of Birth: | |
| Date: | 03/01/2017 1:40 PM |
| Visit Type: | Office Visit |

This 45 year old female presents for cervical spine.

## History of Present Illness:

1. cervical spine
   Ms Woolverton-Jones is a 45 year old female who complains of cervical spine. She presents with pain. The symptoms occur constantly. The problem is unchanged. Currently the patient states that the symptoms are moderate. The pain is described as aching, shooting and sharp. The symptoms occur with mild activity. Here for f/u for cervical spine MRI results.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Hip pain | 02/13/2017 | N | |
| Neck pain | 02/13/2017 | N | |

**Past Medical History:**
Reviewed, no change. Last detailed document date:02/13/2017.

## Medication Reconciliation

**Medications reconciled today.**

## Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Family History:

Reviewed, no changes. Last detailed document: 02/13/2017.

## Social History:

Reviewed, no changes. Last detailed document date: 02/13/2017.

REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, fever and night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and dyspnea. |
| Cardio | Negative | Chest pain, cyanosis and irregular heartbeat/palpitations. |
| GI | Negative | Constipation, diarrhea, nausea and vomiting. |
| GU | Negative | Dysuria and hematuria. |
| Endocrine | Negative | Cold intolerance and heat intolerance. |
| Neuro | Negative | Difficulty walking, dizziness and headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Head/Face | Normal | Facial features - Normal. Eyebrows - Normal. |
| Eyes | Normal | General - Right: Normal, Left: Normal. Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. Iris - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Neck Exam | Normal | Inspection - Normal. |
| Skin | Normal | Inspection - Normal. Palpation/texture - Normal. Nails - Normal. Hair - Normal. |
| Cervical Spine ROM | * | Active ROM - Lateral flexion right: 40 degrees, Lateral flexion left: 40 degrees, Extension: 55 degrees, Flexion: 45 degrees, Rotation left: 70 degrees, Rotation right: 70 degrees. Restriction: Flexion: no restriction, Extension: no restriction, Lateral bending: no restriction, Lateral rotation: no restriction. |
| Cervical | * | Inspection - Gait: Gait is non-antalgic nor broad-based and the patient is able to heel-and-toe-walk normally. Apprehension: negative. Ecchymosis: Maximum tenderness: No spinous, paraspinous, trapezial, or peri-scapular tenderness. Posture: Symmetrical. negative. |
| Cervical | Normal | Inspection - Atrophy: Absent. Crepitus: Absent. Deformities: Absent. Sensation - Deltoid patch - Right: Normal. Left: Normal. First web space - Right: Normal. Left: Normal. Lateral forearm - Right: Normal. Left: Normal. Medial arm - Right: Normal. Left: Normal. Medial forearm - Right: Normal. Left: Normal. Middle finger - Right: Normal. Left: Normal. Thumb/index - Right: Normal. Left: Normal. Ulnar hand - Right: Normal. Left: Normal. Motor and Other Tests - Axial compression: Negative. Distraction test: Negative. Quadrant position: Negative. |
| Shoulder ROM L | * | Active ROM - Ext Rot 0 Abd: 45 degrees. |
| Shoulder ROM R | * | Active ROM - Ext Rot 0 Abd: 45 degrees. |

321Z27M_06YVNHWP800SP2C - 11

| | | |
|---|---|---|
| Neurovascular UE | Normal | Description - Normal. |
| Strength UE | Normal | Strength Description - Upper extremity strength is normal: Bilateral. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Behavior is appropriate for age. |

Procedures:

**Joint Injection/Aspiration**

**Injection/Aspiration:**

Trigger point (1 or 2 muscles)

Site was prepped using alcohol. Betamethasone acet&sod phosp 24 mg (4 mL) was injected. A sterile adhesive dressing was applied.

Indication for Procedure: Other cerv disc degeneration, mid-cervical rgn, unsp level

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Other cerv disc degeneration, mid-cervical rgn, unsp level (M50.320). |
| 2. | Assessment | Cervicalgia (M54.2). |
| 3. | Assessment | Other cervical disc displacement at C6-C7 level (M50.223). |
| | Plan Orders | She is to schedule a follow-up visit 2 Months in 2 Months |

*Provider:* *Keith D. Nord MD 03/07/2017 02:47 PM*

*Document generated by:* Keith Nord 03/07/2017 02:47 PM

SPORTS ORTHOPEDICS & SPINE
World-class care, focused on you.

Phone: 731-427-7888 or 1-888-SPORT DR

| | |
|---|---|
| Patient: | Sherry Woolverton-Jones |
| Date of Birth: | |
| Date: | 04/05/2017 2:05 PM |
| Visit Type: | Office Visit |

This 45 year old female presents for cervical spine.

## History of Present Illness:

1. cervical spine
   Ms Woolverton-Jones is a 45 year old female who is here for a follow up of cervical spine. She presents with pain. She states that the symptoms have been chronic non-traumatic. The symptoms occur constantly. The problem is unchanged. Currently the patient states that the symptoms are moderate-severe. The pain is described as aching, sharp and shooting. She states that the injection nor the Mobic has helped her pain.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Hip pain | 02/13/2017 | N | |
| Neck pain | 02/13/2017 | N | |

**Past Medical History:**
Reviewed, no change. Last detailed document date:02/13/2017.

## Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Family History:
Reviewed, no changes. Last detailed document: 02/13/2017.

## Social History:
Reviewed, no changes. Last detailed document date: 02/13/2017.

REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, fever and night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and dyspnea. |
| Cardio | Negative | Chest pain, cyanosis and irregular heartbeat/palpitations. |
| GI | Negative | Constipation, diarrhea, nausea and vomiting. |
| GU | Negative | Dysuria and hematuria. |
| Endocrine | Negative | Cold intolerance and heat intolerance. |
| Neuro | Negative | Difficulty walking, dizziness and headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Head/Face | Normal | Facial features - Normal. Eyebrows - Normal. |
| Eyes | Normal | General - Right: Normal, Left: Normal. Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. Iris - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Neck Exam | Normal | Inspection - Normal. |
| Skin | Normal | Inspection - Normal. Palpation/texture - Normal. Nails - Normal. Hair - Normal. |
| Cervical Spine ROM | * | Active ROM - Lateral flexion right: 40 degrees, Lateral flexion left: 40 degrees, Extension: 55 degrees, Flexion: 45 degrees, Rotation left: 70 degrees, Rotation right: 70 degrees. Restriction: Flexion: no restriction, Extension: no restriction, Lateral bending: no restriction, Lateral rotation: no restriction. |
| Cervical | * | Inspection - Gait: Gait is non-antalgic nor broad-based and the patient is able to heel-and-toe-walk normally. Apprehension: negative. Ecchymosis: Maximum tenderness: No spinous, paraspinous, trapezial, or peri-scapular tenderness. Posture: Symmetrical. negative. |
| Cervical | Normal | Inspection - Atrophy: Absent. Crepitus: Absent. Deformities: Absent. Sensation - Deltoid patch - Right: Normal. Left: Normal. First web space - Right: Normal. Left: Normal. Lateral forearm - Right: Normal. Left: Normal. Medial arm - Right: Normal. Left: Normal. Medial forearm - Right: Normal. Left: Normal. Middle finger - Right: Normal. Left: Normal. Thumb/index - Right: Normal. Left: Normal. Ulnar hand - Right: Normal. Left: Normal. Motor and Other Tests - Axial compression: Negative. Distraction test: Negative. Quadrant position: Negative. |
| Shoulder ROM L | * | Active ROM - Ext Rot 0 Abd: 45 degrees. |
| Shoulder ROM R | * | Active ROM - Ext Rot 0 Abd: 45 degrees. |
| Neurovascular UE | Normal | Description - Normal. |

| | | |
|---|---|---|
| Strength UE | Normal | Strength Description - Upper extremity strength is normal: Bilateral. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Behavior is appropriate for age. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Other cervical disc displacement at C6-C7 level (M50.223). |
| 2. | Assessment | Other cerv disc degeneration, mid-cervical rgn, unsp level (M50.320). |
| 3. | Assessment | Cervicalgia (M54.2). |

*Provider* *Keith D Nord MD 04/05/2017 03:11 PM*
*Document generated by:* Keith Nord 04/05/2017 03:11 PM

321Z27M_06YVNHWP800SP2C - 15

# MRI Screen Sheet

SPORTS ORTHOPEDICS & SPINE

***Please remove all metals, hair pins, jewelry, and electrical devices ***

Name: Sherry Jo Woolverton-Jones Date: 03/01/17

Sex: F Weight: 110 Age: 45 Date of Birth:

Ordering Physician: Keith Nord, MD Date of Follow-up Appointment Today

Date of Injury ? Allergies: NKDA

Prior Surgeries: See attached!

**Please check each item or condition below as they apply to you.**

**Do you have:**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | **Aneurysm clips** | | ✓ | **Claustrophobia** |
| | ✓ | **Ear Surgery/ Implants** | | ✓ | **Vascular Surgery** |
| | ✓ | **Cardiac Pacemaker** | | ✓ | **Neck Surgery** |
| | ✓ | **Cardiac Valve Replacement** | | ✓ | **Brain Surgery** |
| | ✓ | **Neurostimulator** | | ✓ | **Metal in face or eyes** |
| | ✓ | **Hearing Aids** | | ✓ | **History of Cancer** |
| | ✓ | **Artificial Limbs** | | ✓ | **Reaction to Contrast** |
| | ✓ | **Joint Replacement** | | ✓ | **Diabetes** |
| | ✓ | **Metal/Bullets** | | ✓ | **Kidney/Renal Disease** |
| ✓ | | **Tattoos** | | ✓ | **High Blood Pressure** |

**Female Patients Only:** Pregnant or breast feeding Yes (No — circled)
Possibly Pregnant Yes (No — circled)

Patient Signature [signature] Imaging Witness [signature]

Relative or Legal Guardian ______ Relationship Self

****************************************** **Technologist use only** ******************************************

**Contrast** ______ **Amount** **Site** ______ **Tech** ______

**Labs if Required** ______

SOS-MRI04

Kyrus Print Solutions • Jackson, TN

321Z27M_06YVNHWP800SP2C - 16

SPORTS ORTHOPEDICS SPINE.
World-Class care, focused on you

569 Skyline Drive
Suite 100
Jackson, TN 38301

Phone (731) 427-7888 · Fax: (731) 421-6597

**PATIENT ID:** 000000054994
**PATIENT:** SHERRY WOOLVERTON-JONES
**DATE OF BIRTH:**

**EXAM DATE:** 03/01/2017
**ACCESSION #:** 83B1
**REFERRED BY:** KEITH NORD

**MRI CERVICAL SPINE**

**HISTORY**
Neck pain. Possible herniated disc.

**COMPARISON STUDIES**
Cervical spine radiographs 02/13/2017.

**TECHNIQUE**
Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

**FINDINGS**

*GENERAL.* The cervical vertebral bodies demonstrate normal alignment. No evidence for fracture or significant osseous abnormality.

*C1-2 AND CRANIOCERVICAL JUNCTION:* Unremarkable.

*C2-3:* No disc herniation, central stenosis, or foraminal stenosis.

*C3-4:* No disc herniation, central stenosis, or foraminal stenosis.

*C4-5:* No disc herniation, central stenosis, or foraminal stenosis.

*C5-6:* Minimal disc bulge. Central canal and neural foramina are widely patent.

*C6-7:* Tiny central protrusion. Central canal and neural foramina are widely patent.

*C7-T1:* No disc herniation, central stenosis, or foraminal stenosis.

*CORD AND INTRASPINAL:* No cervical cord or intraspinal lesions.

**IMPRESSION**

1. Tiny C6-7 central protrusion. No neural compression.

Electronically signed by Gary A. Howell, MD (March 1, 2017 1:30:02 PM)

SUBSPECIALTY INTERPRETATION PROVIDED BY

RADSOURCE

THANK YOU FOR ENTRUSTING YOUR PATIENT'S CARE TO US.

of Tennessee

Date: 2/17/2017

**CONFIDENTIAL**

DR. KEITH NORD
1855 HYY 51 BYP
DYERSBURG, TN 38024

Member: SHERRY WOOLVERTON-JONES
Member ID: 906366226
Date of Birth:
Reference ID: A087755482
Date of Service: 2/17/2017 - 4/18/2017
Provider: KEITH NORD
MEDREC: 0633

Dear Health Care Practitioner:

On behalf of BlueCross BlueShield of Tennessee, an independent company called eviCore healthcare (eviCore) reviews requests for certain radiology services such as MRIs, CT scans, PET scans, and nuclear imaging. eviCore reviewed a request for prior authorization for the date(s) of service shown above.

They determined the outpatient procedure the member is scheduled to have on the above date is medically necessary and was **approved** based on the available clinical information at the time of the review.

Approved Services:

| Procedure | Description | Units Requested | Units Approved | Modifier |
|---|---|---|---|---|
| 72141 | MRI CERVICAL SPINE W/O CONTRAS | 1 | 1 | NA |

This authorization is based on verification of all medical information and valid only if it is accurate and complete. This approval does not confirm coverage or benefits. Payment of benefits is still based on all health benefit plan terms, limits, conditions, exclusions, and the member's eligibility at the time services are provided. This service may not be covered if the member's illness is pre-existing and he or she has a plan (e.g., short-term plan) that does not cover pre-existing conditions.

If the member receives services out of network, his or her benefits may be reduced and could pay for all or a larger share of the charges. If this authorization was issued for a newborn who is not added to the policy, benefits will not be available.

We appreciate your assistance and cooperation. If you have any questions, please call BlueCross' Utilization Management Department at 1-800-924-7141.

Sincerely,

Utilization Management Department
Total Health Management
BlueCross BlueShield of Tennessee

# Exhibit I

# Clinical Documents

Recording Date: **3/30/2017 1:50:28 PM**
Patient name: **WOOLVERTON, SHERRY**
Date of Birth: **(45 Y)**
Patient #: **17525**
Physician: **Joseph Seth Weinstein, M.D.,F.A.C.C.**
Technician: **Keith Joel Karabell,B.S.,CNMT**

**Cardiovascular Physicians of Memphis**
**4901 Raliegh Commons Dr Memphis TN 38128**
Phone: **901.371.9040** Fax:

| Stage | Time in Stage | Time in Exercise | HR (bpm) | BP (mmHg) | HRxBP /100 | ST (V6) (mm) | PVC | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Resting | 0:00 | 0:00 | 88 | | | 0.0 | | | |
| | 0:37 | 0:00 | 95 | 121/86 | 115 | -0.2 | | | |
| Stage 1 | 0:00 | 0:00 | 96 | | | -0.2 | | | |
| | 0:48 | 0:48 | 120 | 105/84 | 126 | -0.2 | | | |
| | 0:50 | 0:50 | 120 | | | -0.2 | | | |
| Recovery | 0:00 | 1:00 | 116 | | | -0.1 | | | |
| | 0:43 | 1:00 | 118 | 118/82 | 139 | 0.0 | | | |
| | 0:50 | 1:00 | 120 | | | 0.0 | | | |
| | 1:12 | 1:00 | 117 | | | -0.2 | | | Worst Case |
| | 1:41 | 1:00 | 117 | 119/78 | 139 | -0.2 | | | |
| | 1:50 | 1:00 | 117 | | | -0.2 | | | |

**Summary**

**Protocol:** LEXISCAN
**Exercise time:** 1:00
**Recovery time:** 2:00

**Max. HR:** 120bpm in Exercise 0:40 (Stage 1) -> 81% of 149bpm
**Training Heart Rate:** 107bpm (at 60% HR reserve)
**Max. BP:** 121/86mmHg in Resting 0:37
**Max. HRxBP/100:** 146 in Exercise 0:43 (Stage 1)

**Worst Case:** V6 in Recovery 1:12
**ST level:** -0.2mm (J + 60ms)
**ST slope:** 4mm/s (J + 60ms)

**PVC Count:** Rest: 0 / Exercise: 0 / Recovery: 0

**RRmin: N-N:** 482ms in Exercise 0:50 (Stage 1)

| | | |
|---|---|---|
| Recording Date: | 3/30/2017 1:50:28 PM | **Cardiovascular Physicians of Memphis** |
| Patient name: | WOOLVERTON, SHERRY | **4901 Raliegh Commons Dr Memphis TN 38128** |
| Date of Birth: | (45 Y) | Phone: 901.371.9040 Fax: |
| Patient #: | 17525 | |
| Physician | Joseph Seth Weinstein, M.D.,F.A.C.C. | |
| Technician: | Keith Joel Karabell,B.S.,CNMT | |




Printed on 3/30/2017 1:54:22 PM by keith.karabel Averaged Beats 12 lead (12) - for Ref. and end of exercise, portrait CareCenter MD V. 1.20 (Burdick-HES V. 16. 1-18C)

| | |
|---|---|
| Recording Date: | 3/30/2017 1:50:28 PM |
| Patient name | WOOLVERTON, SHERRY |
| Date of Birth: | (45 Y) |
| Patient #: | 17525 |
| Physician: | Joseph Seth Weinstein, M.D.,F.A.C.C. |
| Technician: | Keith Joel Karabell,B.S.,CNMT |

**Cardiovascular Physicians of Memphis**
**4901 Raliegh Commons Dr Memphis TN 38128**
Phone: 901.371.9040 Fax:

**LEXISCAN Stage 1** Time in Stage: **0:50** Time in Exercise: **0:50** HR: **120bpm** BP: **105/84mmHg**




Printed on 3/30/2017 1:54:22 PM by keith.karabell 12 lead (3x4) sequential - 1 page, landscape CareCenter MD V. 1.20 (Burdick-HES V 16 1-18C) Page 3


Recording Date: 3/30/2017 1:50:28 PM
Patient name: WOOLVERTON, SHERRY
Date of Birth: (45 Y)
Patient #: 17525
Physician: Joseph Seth Weinstein, M.D.,F.A.C.C.
Technician: Keith Joel Karabell,B.S.,CNMT
Cardiovascular Physicians of Memphis
4901 Raliegh Commons Dr Memphis TN 38128
Phone: 901.371.9040 Fax:
LEXISCAN Recovery Time in Stage: 0:50 Time in Exercise: 1:00 HR: 120bpm BP: 118/82mmHg
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
V5
Filters: EMB
25mm/s
12 lead (3x4) sequential - 1 page, landscape
Page 4

Recording Date: 3/30/2017 1:50:28 PM
Patient name: WOOLVERTON, SHERRY
Date of Birth: (45 Y)
Patient #: 17525
Physician: Joseph Seth Weinstein, M.D.,F.A.C.C.
Technician: Keith Joel Karabell,B.S.,CNMT

Cardiovascular Physicians of Memphis
4901 Raliegh Commons Dr Memphis TN 38128
Phone: 901.371.9040 Fax:

LEXISCAN Recovery Time in Stage: 1:12 Time in Exercise: 1:00 HR: 117bpm BP: 118/82mmHg Worst Case




Recording Date: 3/30/2017 1:50:28 PM
Patient name: WOOLVERTON, SHERRY
Date of Birth: (45 Y)
Patient #: 17525
Physician: Joseph Seth Weinstein, M.D.,F.A.C.C.
Technician: Keith Joel Karabell,B.S.,CNMT
Cardiovascular Physicians of Memphis
4901 Raleigh Commons Dr Memphis TN 38128
Phone: 901.371.9040 Fax:
LEXISCAN Recovery Time in Stage: 1:50 Time in Exercise: 1:00 HR: 117bpm BP: 119/78mmHg
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
V5
Filters: EMB
25mm/s
Page 6

ID: #STAT#170313160316 Woolverton, Sherry 03/13/2017 16:03:14

D.O.B.:
Meds:
Class:
Dr:
Tech:

| | |
|---|---|
| Vent. Rate: | 91 bpm |
| RR Interval: | 658 ms |
| PR Interval: | 148 ms |
| QRS Duration: | 84 ms |
| QT Interval: | 330 ms |
| QTc Interval: | 384 ms |
| QT Dispersion: | 94 ms |
| P-R-T AXIS: | 78° 93° 77° |

160/80

Sinus rhythm.
Possible right atrial abnormality
Rightward axis

Borderline ECG

* Unconfirmed Analysis *



Cardiovascular Physicians of Memphis
International Cardiology and Arrhythmia Management

Joseph S. Weinstein, M.D., F.A.C.C.
Raj C. Davé, M.D., F.C.C.P., F.A.C.C.
Peoney L. Williams, FNP-BC

HISTORY & PHYSICAL
March 13, 2017

Sherry Woolverton Jones 45 year old F (

Account #: 17525

Chief Complaint: Freeform HPI, Palpitations, Dizziness

This 45 year old female presents for Freeform HPI, Palpitations, Dizziness and Edema.

**History of Present Illness**

1. Freeform HPI
new patient referred by Dr. Kirby Smith for cardiac evaluation
Pt has had a stress test in the past. 15 years ago per pt.
2. Palpitations
The patient complains of palpitations. The patient describes the palpitations as a rapid heart beat. There are no significant aggravating factors. Nothing seems to make the palpitations better. The symptoms occur randomly began years ago, can last all day, relieves on its own, last occurred a few days ago.
3. Dizziness
4. Edema

**Cardiovascular Procedures**

**Medication Reconciliation**

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| Adderall XR 30 mg capsule,extended release | 03/12/2017 | | take 1 capsule by oral route 2 times every day in the morning upon awakening | taking as directed |
| Coumadin 5 mg tablet | 03/12/2017 | | take 1 tablet by oral route every day | taking as directed |
| Fosamax 70 mg tablet | 03/12/2017 | | take 1 tablet by oral route every week | taking as directed |
| Neurontin 300 mg capsule | 03/12/2017 | | take 1 capsule by oral route 3 times every day | taking as directed |
| Paxil 20 mg tablet | 03/12/2017 | | take 1 tablet by oral route every day | taking as directed |
| Vivelle-Dot 0.1 mg/24 hr transdermal patch | 03/12/2017 | | apply 1 patch by transdermal route 2 times every week | taking as directed |

| | | |
|---|---|---|
| Xyrem 500 mg/mL oral solution 03/12/2017 | take 4.5 milliliter by oral route 2 times every day diluted in 2 ounces of water in dosing cups provided at bedtime and 2.5-4 hours later while sitting in bed | taking as directed |

## Allergies /Tolerances

No Known Allergies.

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Appendectomy | | |
| | | breast biopsy | | |
| | | Cholecystectomy | | |
| | | colectomy | | |
| | | hypercoag syndrome | | |
| | | Hysterectomy | | |
| | | L lumpectomy | | |
| | | L lymphectomy | | |
| | | nerve block | | |
| | | oopherectomy | | |
| | | sinus surgery | | |
| | | surgery for ovarian cysts and endometreosis | | |
| | | Tonsillectomy | | |
| | | wisdom teeth removed | | |
| Headache, migraine | | | | |
| Methicillin-resistant Staphylococcus aureus (MRSA) infection of postoperative wound | | | | |
| Osteoporosis | | | | |
| TIA | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Migraines | | N |
| | | | | Family history of Anemia | | N |
| | | | | Family history of Arthritis | | N |
| | | | | Family history of Thyroid disorder | | N |
| | | | | Family history of Hypertension | | N |
| | | | | Family history of Coronary artery disease | | N |

| | |
|---|---|
| Family history of Cancer, breast | N |
| Family history of Gout | N |
| Family history of Diabetes mellitus | N |

## Social History (Detailed)

Tobacco use reviewed.
The person's ethnicity is: Not Hispanic or Latino
Preferred language is English.
Smoking status: Heavy tobacco smoker.

Smoking Status

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| yes | Cigarette | Heavy tobacco smoker | 10 Cigarettes | 20.00 | 10.00 |

ALCOHOL
The patient denies alcohol use.
CAFFEINE
The patient uses caffeine: soda.

## Review of Symptoms

| SystemReviewed | ReviewResult | ReviewFindings |
|---|---|---|
| Vasc | Pos | Edema |
| Eyes | Pos | Visual Changes |
| GI | Pos | Nausea |
| Neuro | Pos | Dizziness, Memory Loss |
| M/S | Pos | Joint Pain, Myalgia |
| Card | Pos | Palpitation |

| SystemReviewed | ReviewResult | ReviewFindings |
|---|---|---|
| Vasc | Neg | Claudication |
| Const | Neg | Weight Gain, Fever |
| ENT | Neg | Hearing Loss |
| GI | Neg | Reflux |
| GU | Neg | Hematuria |
| Neuro | Neg | Seizures |
| Psych | Neg | Depression |
| Hemat | Neg | Acute Anemia |
| Endo | Neg | Tremors |
| Derm | Neg | Rash, Skin Sores |
| Resp | Neg | Hemoptysis, Syncope |
| Card | Neg | Diaphoresis, Orthopnea, PND |

## Physical Exam

BP/Temp/Pulse/Respirations/Ox

| BP (mm/Hg) | Temp F | Temp C | Pulse/min | Resp/min | Pulse Ox Rest | Side | Site |
|---|---|---|---|---|---|---|---|
| 160/80 | 98.9 | 37.17 | 95 | | | left | arm |

Height/Weight/BMI

| Height Ft | In | cm | Weight lb | oz | kg | BMI (kg/m2) |
|---|---|---|---|---|---|---|

4.0 11.00 149.86 114.50 51.936 23.13
3

| SystemExamed | ExamResult | ExamFindings |
|---|---|---|
| Abd | Neg | Tenderness - None. Palpation - Soft, No Guarding, No Rigidity, No Rebound. |
| Chest | Neg | Pectus Excavatum - Absent. Pectus Carinatum - Absent. |
| Head/Face | Neg | Facial Features - Normal. |
| Eyes | Neg | General - Bilateral Normal. |
| Psych | Neg | Orientation - Oriented to Time, Person, Place. Mood - Appropriate. |
| Const | Neg | Level of Distress - Awake / Alert. Nourishment - Well Nourished. Appearance Well Developed. |
| Cardiac | Neg | Heart Sounds - S1 Normal, S2 Normal. Extra Sounds - None. Murmurs - None. |
| Ears | Neg | External Ear Inspection - Bilateral Normal. |
| Neck | Neg | Inspection - Normal. Palpation - Normal. Thyroid - No Masses. Neck ROM - Normal. JVP - Less Than 8. |
| EXT | Neg | Lower Extremity Edema - Absent. |
| NMT | Neg | External Nose - Normal. |
| Resp | Neg | Breath Sounds - Clear Throughout. Rales - Absent. Wheezes - Absent. Rhonchi - Absent. |
| Neuro | Neg | Level of Consciousness - Alert. Hemiparesis - Absent. Aphasia - Absent. |

## Assessment and Plan

01. Routine medical exam: - Z00.00
02. Palpitations: - R00.2
03. Primary narcolepsy with cataplexy: - G47.411
04. Abnormal EKG: - R94.31

Worsening palpitations and probable right atrial abnormality in patient with narcolepsy. Will evaluate noninvasively with exercise nuclear test, echocardiogram, and holter monitor. Follow up after testing.

EKG interp: SR with NS changes and probable right atrial abnormality

## Orders

| # | Order | Location |
|---|---|---|
| 1 | 12 Lead ECG for today. | |
| 2 | regadenoson inj, 0. 1 mg | |
| 3 | Technetium tc-99m tetrofosmin, diag per study dose | |
| 4 | CARDIOVASCULAR STRESS TEST W/ SUPERVISION I&R | |
| 5 | MYOCARDIAL SPECT MULTIPLE STUDIES | |
| 6 | 2-D w/ CFD Echocardiogram at the first available time. | |
| 7 | 24 hr Holter at the first available time. | |
| 8 | Return office visit with Joseph Seth Weinstein MD in 6 Weeks. | |

## Final Medication List

| Medication | Sig Description |
|---|---|
| Adderall XR 30 mg capsule,extended release | take 1 capsule by oral route 2 times every day in the morning upon awakening |
| Coumadin 5 mg tablet | take 1 tablet by oral route every day |
| Fosamax 70 mg tablet | take 1 tablet by oral route every week |
| Neurontin 300 mg capsule | take 1 capsule by oral route 3 times every day |
| Paxil 20 mg tablet | take 1 tablet by oral route every day |
| Vivelle-Dot 0.1 mg/24 hr transdermal patch | apply 1 patch by transdermal route 2 times every week |

| | |
|---|---|
| Xyrem 500 mg/mL oral solution | take 4.5 milliliter by oral route 2 times every day diluted in 2 ounces of water in dosing cups provided at bedtime and 2.5-4 hours later while sitting in bed |

**Provider:** Joseph Seth Weinstein MD 03/13/2017 @ 5:21 PM

D: T:3/13/2017 5:21 PM EST

Electronically signed by Joseph S. Weinstein MD on 03/13/2017 05:21 PM

PATIENT: Sherry Woolverton Jones
DATE OF BIRTH:
DATE: 03/13/2017 03:00 PM
VISIT TYPE: New Patient

**Room Waiting**

**Room**

INSURANCE

CHIEF COMPLAINT: Freeform HPI, Palpitations, Dizziness, Edema
IDENTIFYING DATA: Sherry Woolverton Jones is a 45 year old female.

## History of Present Illness

1. Freeform HPI
new patient referred by Dr. Kirby Smith for cardiac evaluation.
2. Palpitations
The patient complains of palpitations The patient describes the palpitations as a rapid heart beat. There are no significant aggravating factors. Nothing seems to make the palpitations better. The symptoms occur randomly. began years ago, can last all day, relieves on its own, last occurred a few days ago.
3. Dizziness
4. Edema

## VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 4:46 PM | 4.0 | 11.00 | 149.86 | 03/13/2017 | Standing | |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 4:46 PM | 114.50 | | 51.9363 | dressed with shoes | | 23.13 | |

BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 4:46 PM | 160/80 | sitting | left | arm | manual | adult |

TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 4:46 PM | 98.9 | 37.17 | temporal | 91 | regular | |

MEASURED BY

| Time | Measured by |
|---|---|
| 4:46 PM | Kathryn Brown |

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| Adderall XR 30 mg capsule,extended release | 03/12/2017 | | take 1 capsule by oral route 2 times every day in the morning upon awakening | taking as directed |
| Coumadin 5 mg tablet | 03/12/2017 | | take 1 tablet by oral route every day | taking as directed |

| | | | |
|---|---|---|---|
| Fosamax 70 mg tablet | 03/12/2017 | take 1 tablet by oral route every week | taking as directed |
| Neurontin 300 mg capsule | 03/12/2017 | take 1 capsule by oral route 3 times every day | taking as directed |
| Paxil 20 mg tablet | 03/12/2017 | take 1 tablet by oral route every day | taking as directed |
| Vivelle-Dot 0.1 mg/24 hr transdermal patch | 03/12/2017 | apply 1 patch by transdermal route 2 times every week | taking as directed |
| Xyrem 500 mg/mL oral solution | 03/12/2017 | take 4.5 milliliter by oral route 2 times every day diluted in 2 ounces of water in dosing cups provided at bedtime and 2.5-4 hours later while sitting in bed | taking as directed |

ALLERGIES/INTOLERANCES:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Appendectomy | | |
| | | breast biopsy | | |
| | | Cholecystectomy | | |
| | | colectomy | | |
| | | hypercoag syndrome | | |
| | | Hysterectomy | | |
| | | L lumpectomy | | |
| | | L lymphectomy | | |
| | | nerve block | | |
| | | oopherectomy | | |
| | | sinus surgery | | |
| | | surgery for ovarian cysts and endometreosis | | |
| | | Tonsillectomy | | |
| | | wisdom teeth removed | | |
| Headache, migraine | | | | |
| Methicillin-resistant Staphylococcus aureus (MRSA) infection of postoperative wound | | | | |
| Osteoporosis | | | | |
| TIA | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | Family history of Migraines | N |
| | Family history of Anemia | N |
| | Family history of Arthritis | N |
| | Family history of Thyroid disorder | N |
| | Family history of Hypertension | N |
| | Family history of Coronary artery disease | N |
| | Family history of Cancer, breast | N |
| | Family history of Gout | N |
| | Family history of Diabetes mellitus | N |

**Social History** (Detailed)
Tobacco use reviewed.
The person's ethnicity is: Not Hispanic or Latino
Preferred language is English.
Smoking status: Heavy tobacco smoker.

Smoking Status

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| yes | Cigarette | Heavy tobacco smoker | 10 Cigarettes | 20.00 | 10.00 |

ALCOHOL
The patient denies alcohol use.
CAFFEINE
The patient uses caffeine soda.

**Social History** (Detailed)
Tobacco use reviewed.
The person's ethnicity is: Not Hispanic or Latino
Preferred language is English.
Smoking status: Heavy tobacco smoker.

Smoking Status

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| yes | Cigarette | Heavy tobacco smoker | 10 Cigarettes | 20.00 | 10.00 |

ALCOHOL
The patient denies alcohol use.
CAFFEINE
The patient uses caffeine soda.

REVIEW OF SYMPTOMS:
CONST - Negative for weight gain, fever EYES - Positive for visual changes. ENT - Negative for hearing loss. RESP - Negative for hemoptysis, syncope. CARD - Negative for diaphoresis, orthopnea, PND. Positive for palpitation. VASC - Negative for claudication. Positive for edema. GI - Negative for reflux. Positive for nausea. GU - Negative for hematuria. ENDO - Negative for tremors. NEURO - Negative for seizures. Positive for dizziness, memory loss. PSYCH - Negative for depression. DERM - Negative for rash, skin sores. M/S - Positive for joint pain, myalgia. HEMAT - Negative for acute anemia.

Provider: Joseph S. Weinstein MD 03/13/2017 04:48 PM
Document generated by: Kathryn Brown 03/13/2017 04:48 PM

(901) 271-0040 • Fax (901) 371-0258
Suite 100 • 4601 Raleigh Common Drive • Memphis, Tennessee 38128

## Medication List

None recorded.

## Vaccination History

None recorded.

# Exhibit J

Exhibit J consists of a CD of Dr. Smith's/Baptist Medical Group records (338 pages)

Two questionnaires which are not on the CD

1. Form: Part A Medical Facts: Dated 6/6/2016 (2-pages)

2. Attending Physician's Statement: Dated: 8/4/2016 (2-pages)

PART A: MEDICAL FACTS

1. Approximate date condition commenced: 4/18/16

Probable duration of condition: 6 wks.

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

✓ No ___Yes If so, dates of admission: Date admitted:_____________ Date Released:_____________

Date(s) you treated the patient for condition (including scheduled follow up appointments or procedures):

6/6/16

Will the patient need to have treatment visits at least twice per year due to the condition? ✓ No ___ Yes

Was medication, other than over-the-counter medication, prescribed? ___No ✓ Yes

Was the patient referred to any other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ____No ✓ Yes
If so, state the nature of such treatments and expected duration of treatment:

Referred to orthopedist for eval & treatment

2. Is the medical condition pregnancy? ✓ No ___Yes If so, expected delivery date: _____________

3. For the following question, use the job information provided by the employer. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: _____ No ✓ Yes
If so, identify the job functions the employee is unable to perform:

Cannot sit, stand, or walk.

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

**NOTE: In California, Connecticut, and Wisconsin, do not disclose the underlying diagnosis unless you have received consent from the patient.**

Bone Scan shows fracture of Right 11th Rib

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be required to be away from work for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ✓ Yes

If so, provide an estimate of the continuous dates the employee will be away from work: Start date: 4/26/16 End date: 9/30/16



Alternate Fax: (859) 280-3270
Email: walmartforms@sedgwicksir.com

*T1518993 1-848-2048*

5/16/2016 B605160204800583TC 562016051622707

6. Will the employee need to attend follow-up treatment appointments because of the employee's medical condition? ___No ✓Yes

If so, are the treatments medically necessary? ___No ✓___Yes

Estimate the treatment schedule, if any. Include the dates of any scheduled appointments and the time required for each appointment, including any travel time and any recovery period. **Please provide a numerical response** – For example: 1 appointment every 3 months, and requires 1 day of recovery per appointment:

Frequency: 2 appointment(s) every 4 week(s) *or* _____ month(s)

Duration: 4 hours *or* ___ day(s) per appointment

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ✓___No ____Yes

Is it medically necessary for the employee to be absent from work during the flare-ups? ____No ____ Yes N/A
If so, explain:

- Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of time the patient may need to be away over the next 6 months. **Please provide a numerical response** – For example: 1 episode every 3 months lasting 1-2 days: N/A

Frequency: _____ times per _____ week(s) *or* _____ month(s)

Duration: _____ hours *or* ___ day(s) per episode

8. Will the employee need to work part-time or on a reduced schedule because of the employee's medical condition? ___No ✓___Yes

If so, is the reduced number of hours of work medically necessary? ___No ✓___Yes

Estimate the part-time or reduced work schedule the employee needs, if any:

0 hour(s) per day; _________ days per week from 4/10/16 through 7/30/16

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER:

[signature] FNP — 6/6/16

Signature of Health Care Provider — Date



Alternate Fax: (859) 280-3270
Email: walmartforms@sedgwicksir.com

*T1/518993 1-848-2048*

5/16/2016 B605160204800583TC 562016051622707

**Associate Name:** SHERRY J. WOOLVERTON-JONES
**Claim Number:** 30166209152-0001
**Medical Due Date:** 08/10/2016

## ATTENDING PHYSICIAN STATEMENT

To Be Completed by Physician (Please Type or Print)
Walmart Disability and Leave Service Center at Sedgwick, P.O. Box 14028, Lexington, KY 40512
Telephone: (800) 492-5678 Email: [illegible] Facsimile: 859-264-4372

1. Patient's Name: SHERRY J. WOOLVERTON-JONES ______________ Date of Birth: ______________
2. Objective findings: HT: 4'11" WT: 123 BP: 127/80 TEMP: 98.7 PULSE: 118 RESP: 18
3. Patient's Complaints: Right shoulder, side and hip pain; Nipple discharge
4. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   Primary: ICD10 Code: S22.31XG Description: Fracture Right side of rib with delayed healing
   Secondary: ICD10 Code: D68.59 Description: Primary Hyper coagalable State
   ICD10 Code: N64.52 Description: Nipple discharge in female
5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visits. Pain to palpation to Lower thoracic Spine + Lower right posterior rib; Discharge from left Breast Nipple
6. When was patient first diagnosed with this condition? 5/16/2016 - Bone Scan showed Right Rib Fractures at 11th + 12th ribs
   List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| Coumadin | 7.5mg / 5.0mg | Mon, Tue, Thur, Fri + Sat / Sun + Wed | | Yes ☐ No ☒ | Yes ☒ No ☐ | 7/24/2016 |
| Adderall XR | 60mg | Daily | | Yes ☐ No ☒ | Yes ☐ No ☒ | __/__/__ |
| Xyrem | 6g | Daily | | Yes ☐ No ☒ | Yes ☐ No ☒ | __/__/__ |
| Fosamax | 70mg | Once a week | | Yes ☒ No ☐ | Yes ☐ No ☒ | __/__/__ |

7. Is this condition the result of an injury? Yes ☐ No ☒ Is this condition work related? Yes ☐ No ☒ If yes, provide date and description of event: ______________

List all co-morbid conditions: ______________

8. If patient is pregnant, indicated estimated date of delivery __/__/__
9. Is a C-Section planned? Yes ☐ No ☐ If so what is the date of the planned C-Section? __/__/__

Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: ______________

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary):
    1) Nerve Block - scheduled 8/10/2016 - Dr. Santos Martinez
    2) Breast Surgeon - consultation visit 8/8/2016 with Dr. Roy Oswaks

MED 1

**Associate Name:** SHERRY J. WOOLVERTON-JONES
**Claim Number:** 30166209152-0001

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period? Yes ☐ No ☐
    If Yes: ☒ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission
    Name and address of hospital or facility Vanderbilt Medical Center, 1313 21st Ave S, Nashville, Tn 37232
    Germantown Methodist Hospital, 7961 Poplar Ave, Germantown, Tn 38138 - Dates: 4/24, 4/29, 5/1 + 5/8/2016
    Date of admission: 4 / 24 / 2016 Date of discharge: 4 / 25 / 2016
    Indicate treatment provided: Pain Management, CT Scans, + X-rays
12. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☒ No ☐
    List the name of the procedure: Nerve Block
    CPT code: 64462
    Date of procedure: 8 / 10 / 2016
13. Has patient been referred to other physician(s)/specialist? Yes ☒ No ☐ If yes, provide physician name, specialty, and telephone number. Dr Santos Martinez, Orthopedics + Pain Medicine, (901) 759-3100; Dr Roy Osuaks, Breast Surgeon, (901) 692-9600
14. List specific functional limitations of Activities of Daily Living (ADL's): Sitting, standing, + walking difficult due to pain in Right shoulder, side, + hip
15. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒
    If yes please describe: ______
16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and prevented from working? From 4 / 20 / 2016 to and including 2 / 1 / 2017
    **Restrictions:** * Return to work program has been implemented to help associates return to work.
17. Has the patient recovered sufficiently to return to work with restrictions? Yes ☐ No ☒
    If "Yes", indicate date restrictions begin: ___/___/___ Date end: ___/___/___
    Restriction (s) or required: ______
18. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒
    If "Yes", give the date the patient was able to return to work ___/___/___
    If "No", in your opinion, give an estimate when may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months, the total duration of disability. 2 / 1 / 2017

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 901-752-6131 Physician Printed Name: Kirby Smith, MD
Fax Number: 901-752-6167 Physician Specialty: Hematology / Oncology
Date Completed: 8-4-2016 Physician Signature: Kirby Smith MD

Telephone: (800) 492-5678 Facsimile: 859-264-4372 Email: Walmartforms@sedgwicksir.com

*T164921O2-848-2048*

# Exhibit K

MARGARET
**WEST**
COMPREHENSIVE BREAST CENTER

*Methodist Healthcare Family*

## Sonographic Evaluation

**NAME: SHERRY J. WOOLVERTON-JONES** **DOB:**
**CHART #: 250681**
**PROVIDER: Roy Oswaks, MD**
**LOCATION:** MWCBC Physician Department
**DATE OF SERVICE: 2/8/2017**

**Equipment :** GE logiq P5 L11 transducer

**Clinical indication:** Follow-up left breast nipple discharge and multiple cysts.

**Mammographic Evaluation: West Clinic Comprehensive Breast Center**

**Procedure:** Left breast ultrasound

**Sonographic Evaluation: Left breast [02/08/2017] at the West Clinic Breast Center – BIRADS III**
**Left Breast:**

- In the 2 o'clock position, 5 cm from the nipple and 1.0 cm in depth, is a 1.1> x 0.5 x 1.1> cm multiple cysts.
- In the 2 o'clock position, 6 cm from the nipple and 1.0 cm in depth, is a 0.8 x 0.4 x 0.7 cm an anechoic, well circumscribed lesion with no posterior enhancement.

**Left Axilla:**

- Normal appearing lymph nodes.

**Impression:**
Bi-Rads Category: 3 - Probably Benign Finding - Initial Short Interval Follow-Up Suggested

**Plan:**
Follow up in 07/2017.
I recommend annual mammogram and monthly self-breast exams.

Roy Oswaks, M.D.
RMO: jps

This document has been electronically signed by: Roy M. Oswaks

CC: Smith, Kirby M.D.

MARGARET
WEST
COMPREHENSIVE BREAST CENTER

*Methodist Healthcare Family*

**PROGRESS NOTE**

**NAME: SHERRY J. WOOLVERTON-JONES** **DOB:**
**CHART #: 250681**
**PROVIDER: ROY OSWAKS, M.D.**
**LOCATION:** MWCBC Physician Department
**DATE OF SERVICE: 02/08/2017**

**SUMMARY:**
Ms. WOOLVERTON-JONES is here for a follow-up. On [08/08/2016] she presented to our clinic with a complaint of left breast nipple discharge that was spontaneous. Upon physical evaluation this was not expressed and on ultrasound this correlated with normal appearing ducts seen in the left subareolar. Additionally, normal appearing lymph nodes were seen in the left axilla. Also, in the 2 o'clock, position, 6cm from the nipple and 1.0cm in depth a cluster of cysts was seen on ultrasound measuring 0.9 x 0.5 x 0.9cm. She also states that she has a history of other breast biopsies that have come back with benign results. She relates no other breast complaints such as other lumps, nipple discharge, dimpling, thickening or redness of the skin, swelling, tenderness or lumps in the axilla or supraclavicular region.

**Sonographic Evaluation: Left breast [08/08/2016] at the West Clinic Breast Center – BIRADS III**
**Left Breast:**

- In the 2 o'clock position, 6 cm from the nipple and 1.0 cm in depth, is a 0.9 x 0.5 x 0.9 cm multiple cysts.

**Left Subareolar:**

- Normal appearing ducts.

**Left Axilla:**

- Normal appearing lymph nodes.

**PAST SURGICAL HISTORY:**
Left Lumpectomy 2005/2007 , Left Lymphectomy 2005; Total Hysterectomy ,Apendectomy , with Bladder Lift 12/2003; Multiple Ovarian Cyst Surgeries 1987-2003 , TIA 2012; Bil Maxillary ,Ethmoid , Sphenoid,& Frontal Sinus Sx x 7

**PAST MEDICAL HISTORY:**
Clotting Disorder; Seizures

**REVIEW OF SYSTEMS:**
Constitutional: She does not complain of severe weight gain/loss.
Eyes: She does not complain of double vision.
Ears, Nose, Mouth, Throat: She does not complain of frequent nose bleeds, significant hearing loss, or difficulty swallowing.
Cardiovascular: She does not complain of chest pain or shortness of breath.

Gastrointestinal: She does not complain of blood in rectum or severe reflux.
Genitourinary: She does not complain of blood in urine.
Musculoskeletal: She does not complain of muscle weakness.; 2
Skin: She does not complain of skin rash.
Neurological: She does not complain of paralysis.
Psychiatric: She does not complain of severe depression or severe memory loss.
Hematologic/Lymphatic: She does not complain of easy bleeding.
OTHER:

**CURRENT MEDICATIONS:**
Coumadin [warfarin] Oral
Vivelle-Dot [estradiol] Transdermal
Adderall XR [amphetamine-dextroamphetamine] Oral
Xyrem [SODIUM OXYBATE] Oral
Fosamax [alendronate] Oral

**ALLERGIES:**
No Known Drug Allergies

**FAMILY HISTORY:**
Maternal Grandmother Breast and Bone Carcinoma detected 43/deceased 57
Paternal Grandmother Ovarian Cancer

**SOCIAL HISTORY:**
She does smoke. She has a history of smoking 1/2 pack per day 24 years
She does not drink alcohol, but has a history of drinking

**PHYSICAL EXAM:**
General: Well appearing, in no distress
Skin: good turgor, no rash or prominent lesions.
Head: Normocephalic
Eyes: Vision intact, conjunctiva clear, sclera non-iceteric, EOM intact.
Ears: No discharge and hearing intact.
Nose: No bleeding or discharge
Mouth: Mucous membranes moist, tongue is central and mobile.
Teeth/Gums: No obvious caries or periodontal disease.
Neck: Supple, non-tender, with no cervical or supraclavicular adenopathy.
Heart: Regular rate and rhythm, no murmur or gallop.
Lungs: Clear to auscultation bilaterally.
Abdomen: Soft, no tenderness, organomegaly or masses.
Extremities: No amputations with good range of motion, no cyanosis or edema.
Musculoskeletal: No tenderness or masses.
Neurologic: Sensation of pain, touch, and proprioception normal.
Psychiatric: Oriented x3, intact recent and remote memory, judgement and insight, normal mood and affect.

**Breast Evaluation:**
**Right Breast:** No palpable masses, thickening or dimpling of the skin, no nipple discharge or retraction, no edema or induration in this breast. She also has no evidence of axillary or supraclavicular adenopathy.
**Left Breast**: No palpable masses, thickening or dimpling of the skin, no nipple discharge or retraction, no edema or induration in this breast. She also has no evidence of axillary or supraclavicular adenopathy.

- No nipple discharge expressed.

**Mammographic Evaluation: Bilateral [07/27/2016] at the MWCBC - BIRADS II**
**Right Breast:** Negative mammographic evaluation. She is due for her next mammogram in 1 year.
**Left Breast:** Negative mammographic evaluation. She is due for her next mammogram in 1 year.

**Sonographic Evaluation: Left breast [02/08/2017] at the West Clinic Breast Center – BIRADS III**
**Left Breast:**

- In the 2 o'clock position, 5 cm from the nipple and 1.0 cm in depth, is a 1.1> x 0.5 x 1.1> cm area of multiple cysts.
- In the 2 o'clock position, 6 cm from the nipple and 1.0 cm in depth, is a 0.8 x 0.4 x 0.7 cm anechoic, well circumscribed lesion with no posterior enhancement.

**Left Axilla**:

- Normal appearing lymph nodes.

**ASSESSMENT:**

1. Follow-up left breast 2 o'clock position, 5 cm from the nipple and 1.0 cm in depth, is a 1.1> x 0.5 x 1.1> cm area of multiple cysts; this area has remained the same and was seen on ultrasound today.
2. Additionally, in the 2 o'clock position, 6 cm from the nipple and 1.0 cm in depth, is a 0.8 x 0.4 x 0.7 cm anechoic, well circumscribed lesion with no posterior enhancement; this was also seen on ultrasound today.
3. Patient stated that she has had more spontaneous nipple discharge that is greenish and even showed us a minute amount on a tissue she brought in with her. Upon physical evaluation, NO nipple discharge was expressed. She stated that she sees Dr. Kirby Smith and that he suggested for her to have surgery. I stressed that I do not see a reason for her to undergo surgery but did state that she is more then welcome to consult with another surgeon.
4. She also stated that she has been feeling a lot of pain in her left axilla, on ultrasound this correlates with normal appearing lymph node with no abnormality seen.

**PLAN:**

1. Return to the clinic in July 2017 for bilateral diagnostic mammograms.
2. She leaves in stable condition and in agreement with the above plan.
3. Patient was advised to call immediately if she felt anything new.

______________________________

Roy Oswaks, M.D.
RMO:jps

This document has been electronically signed by: Roy M. Oswaks

CC: Smith, Kirby M.D.

MARGARET
# WEST
COMPREHENSIVE BREAST CENTER

*Methodist Healthcare Family*

## Sonographic Evaluation

**NAME: SHERRY J. WOOLVERTON-JONES** **DOB:**
**CHART #: 250681**
**PROVIDER: Roy Oswaks, MD**
**LOCATION:** MWCBC Physician Department
**DATE OF SERVICE: 8/8/2016**

**Equipment :** GE logiq P5 L11 transducer

**Clinical indication:** She is here today with a complaint of left breast nipple discharge. She states that it started 3 weeks ago and that is spontaneous. She also states that she has a history of other breast biopsies that have come back with benign results.

**Mammographic Evaluation: West Clinic Comprehensive Breast Center**

**Procedure:** Left breast ultrasound

**Sonographic Evaluation: Left breast [08/08/2016] at the West Clinic Breast Center – BIRADS III**
**Left Breast:**
- In the 2 o'clock position, 6 cm from the nipple and 1.0 cm in depth, is a 0.9 x 0.5 x 0.9 cm multiple cysts.

**Left Subareolar:**
- Normal appearing ducts.

**Left Axilla:**
- Normal appearing lymph nodes.

**Impression:**
Bi-Rads Category: 3 - Probably Benign Finding - Initial Short Interval Follow-Up Suggested

**Plan:**
Follow up in 5 months
I recommend annual mammogram and monthly self-breast exams.

Roy Oswaks, M.D.
RMO: jps

This document has been electronically signed by: Roy M. Oswaks

CC: Smith, Kirby MD

MARGARET

# WEST

COMPREHENSIVE BREAST CENTER

*Methodist Healthcare Family*

## NEW PATIENT CONSULTATION

**NAME: SHERRY J. WOOLVERTON-JONES** **DOB:**
**CHART #: 250681**
**PROVIDER: ROY OSWAKS, M.D.**
**LOCATION:** MWCBC Physician Department
**DATE OF SERVICE: 8/8/2016**

**REASON FOR CONSULTATION: NP - LB NIPPLE D/C - PRS 7/27/16 MWCBC - ##**

**History of Present Illness:**
Ms. WOOLVERTON-JONES is a 44 year old Caucasian female. She is here today with a complaint of left breast nipple discharge. She states that it started 3 weeks ago and that is spontaneous. She also states that she has a history of other breast biopsies that have come back with benign results. This was initially found by her physician. Since this was discovered things have not changed, and has been referred to me for my evaluation. She relates no other breast complaints such as other lumps, nipple discharge, dimpling, thickening or redness of the skin, swelling, tenderness or lumps in the axilla or supraclavicular region.

**BREAST HISTORY:**
Most recent breast imaging was a diagnostic mammogram and breast sono performed on; 07/27/2016; West Clinic Comprehensive Breast Center
She does not have breast implants.; She does do monthly self breast examinations.
She has no previous history of breast carcinoma.
She has had a previous breast biopsy.
She has not received previous breast or chest irradiation.

**GYNECOLOGIC HISTORY:**
She initiated menses at age 12 , G 1 , P 1 , and gave birth to her first living child at age 27 .
She is post menopausal, having gone through menopause at age; 30
She has had a hysterectomy; She has had a oophorectomy.; She has had a hysterectomy and oophorectomy.
She has taken birth control pills for; 17; is not currently taking them
She has taken hormone replacement therapy for a; 14; is currently taking them.

**PAST SURGICAL HISTORY:**
Left Lumpectomy 2005/2007 , Left Lymphectomy 2005; Total Hysterectomy ,Apendectomy , with Bladder Lift 12/2003; Multiple Ovarian Cyst Surgeries 1987-2003 , TIA 2012; Bil Maxillary ,Ethmoid , Sphenoid,& Frontal Sinus Sx x 7

**PAST MEDICAL HISTORY:**
Clotting Disorder; Seizures

**REVIEW OF SYSTEMS:**

Constitutional: She does not complain of severe weight gain/loss.
Eyes: She does not complain of double vision.
Ears, Nose, Mouth, Throat: She does not complain of frequent nose bleeds, significant hearing loss, or difficulty swallowing.
Cardiovascular: She does not complain of chest pain or shortness of breath.
Gastrointestinal: She does not complain of blood in rectum or severe reflux.
Genitourinary: She does not complain of blood in urine.
Musculoskeletal: She does not complain of muscle weakness.; 2
Skin: She does not complain of skin rash.
Neurological: She does not complain of paralysis.
Psychiatric: She does not complain of severe depression or severe memory loss.
Hematologic/Lymphatic: She does not complain of easy bleeding.
OTHER:

**CURRENT MEDICATIONS:**
Coumadin Oral
Vivelle-Dot Transdermal
Adderall XR Oral
Xyrem Oral
Fosamax Oral

**ALLERGIES:**
No Known Drug Allergies

**FAMILY HISTORY:**
Maternal Grandmother Breast and Bone Carcinoma dectected 43/deceased 57
Patemal Grandmother Ovarian Cancer

**SOCIAL HISTORY:**
She does smoke. She has a history of smoking 1/2 pack per day 24 years
She does not drink alcohol, but has a history of drinking

**GAIL MODEL RISK ASSESSMENT EVALUATION:**
Shows that she has a 2.4% 5 year and 17.8% lifetime risk of developing invasive breast carcinoma.

**PHYSICAL EXAM:**
General: Well appearing, in no distress
Skin: good turgor, no rash or prominent lesions.
Head: Normocephalic
Eyes: Vision intact, conjunctiva clear, sclera non-iceteric, EOM intact.
Ears: No discharge and hearing intact.
Nose: No bleeding or discharge
Mouth: Mucous membranes moist, tongue is central and mobile.
Teeth/Gums: No obvious caries or periodontal disease.
Neck: Supple, non-tender, with no cervical or supraclavicular adenopathy.
Heart: Regular rate and rhythm, no murmur or gallop.

Lungs: Clear to auscultation bilaterally.
Abdomen: Soft, no tenderness, organomegaly or masses.
Extremities: No amputations with good range of motion, no cyanosis or edema.
Musculoskeletal: No tenderness or masses.
Neurologic: Sensation of pain, touch, and proprioception normal.
Psychiatric: Oriented x3, intact recent and remote memory, judgement and insight, normal mood and affect.

**Breast Evaluation:**
**Right Breast:** No palpable masses, thickening or dimpling of the skin, no nipple discharge or retraction, no edema or induration in this breast. She also has no evidence of axillary or supraclavicular adenopathy.

**Left Breast:** No palpable masses, thickening or dimpling of the skin, no nipple discharge or retraction, no edema or induration in this breast. She also has no evidence of axillary or supraclavicular adenopathy.

- 6 o'clock duct there was some non-spontaneous clear yellowish nipple discharge expressed.

**Mammographic Evaluation: Bilateral [07/27/2016] at the MWCBC - BIRADS II**
**Right Breast:** Negative mammographic evaluation. She is due for her next mammogram in 1 year.
**Left Breast:** Negative mammographic evaluation. She is due for her next mammogram in 1 year.

**Sonographic Evaluation: Left breast [08/08/2016] at the West Clinic Breast Center – BIRADS III**
**Left Breast:**

- In the 2 o'clock position, 6 cm from the nipple and 1.0 cm in depth, is a 0.9 x 0.5 x 0.9 cm multiple cysts.

**Left Subareolar:**

- Normal appearing ducts.

**Left Axilla:**

- Normal appearing lymph nodes.

**ASSESSMENT:**

1. She is here today with a complaint of left breast nipple discharge; she states that it started 3 weeks ago and that is spontaneous; on physical exam she had some clear yellowish expressed today and was non-spontaneous.
2. She also states that she has a history of other breast biopsies that have come back with benign results.
3. In the left breast 2 o'clock position, 6 cm from the nipple and 1.0 cm in depth, is a 0.9 x 0.5 x 0.9 cm multiple cysts.
4. Additionally, in the left Subareolar there were normal appearing ducts seen on ultrasound.
5. Also, in the left axilla were normal appearing lymph nodes seen.

**PLAN:**

1. Return to the clinic in 01/2016 for a left breast ultrasound.

2. I have recommended annual mammography, annual clinical breast exam and monthly self-exam.
3. She leaves in stable condition and in agreement with the above plan.
4. Patient was advised to call immediately if she felt anything new.

________________________

Roy Oswaks, M.D.
RMO:jps

This document has been electronically signed by: Roy M. Oswaks

CC: Smith, Kirby MD

Patient: WOOLVERTON-JONES, SHERRY J MRN#: 250681 DOB: Age: 46
Course: No Courses Care Plan: Stage:
Diagnosis: Nipple discharge [N64.52] MD:
Histology:

| Date | | 7/29/2016 | 8/08/2016 | 2/08/2017 | 10/02/2017 | 3/19/2018 | 7/17/2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Notes | | | | | | | | | | |
| **Vital Signs, Weight and PS** | | | | | | | | | | |
| T | F | | 98.4 | 97.5 | | | | | | |
| P | | | 113 | 128H | | | | | | |
| R | | | 20 | 20 | | | | | | |
| B/P | | | 116/77 | 129/87 | | | | | | |
| Height (in) | inch | | 59 | 59 | | | | | | |
| Weight | lb | | 120 | 110 | | | | | | |
| Percent Weight Change | | | | -8 | | | | | | |
| Adjusted or IBW(lb) | | | | | | | | | | |
| BSA(D) | m^2 | | 1.48 | 1.43 | | | | | | |
| BSA Adjusted Weight | m^2 | | | | | | | | | |
| **Endo Values** | | | | | | | | | | |
| Endo Height (in) | | | | | | | | | | |
| Endo Height Metric (cm) | | | | | | | | | | |
| Endo Weight (lb) | lb | | | | | | | | | |
| **CBC** | | | | | | | | | | |
| WBC | K/uL | | | | | | | | | |
| ANC | | | | | | | | | | |
| ANC prior to 7/20/06 | | | | | | | | | | |
| Hgb | g/dl | | | | | | | | | |
| Hct | % | | | | | | | | | |
| Plts | K/uL | | | | | | | | | |
| Plt | K/uL | | | | | | | | | |
| **Chemotherapy Regimen** | | | | | | | | | | |
| **Additional Chemotherapy** | | | | | | | | | | |
| **Additional Medications** | | | | | | | | | | |
| Documents | | Report | D(10) | D(4) | A/LEGAL | BC HIPAA | A/LEGAL | | | |
| **Performance Status** | | | | | | | | | | |
| Performance Status | | | | | | | | | | |



Liberty/Woolverton-Jones 0700

Patient: WOOLVERTON-JONES, SHERRY J | MRN#: 250681 | DOB: | Age: 46
Course: No Courses | Care Plan: | Stage:
Diagnosis: Nipple discharge [N64.52] | MD:
Histology:

| Date | | 7/29/2016 | 8/08/2016 | 2/08/2017 | 10/02/2017 | 3/19/2018 | 7/17/2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fatigue | | | | | | | | | | |
| **Chemistry** | | | | | | | | | | |
| BUN | mg/dL | | | | | | | | | |
| Creat | mg/dL | | | | | | | | | |
| CrCl (J) | ml/min | | | | | | | | | |
| Magnesium {in-house} | meq/L | | | | | | | | | |
| Calcium | mg/dL | | | | | | | | | |
| Uric Acid | mg/dL | | | | | | | | | |
| LDH | U/L | | | | | | | | | |
| TBili | mg/dL | | | | | | | | | |
| DBilixxx | mg/dL | | | | | | | | | |
| AST | U/L | | | | | | | | | |
| ALT | U/L | | | | | | | | | |
| ALPx | U/L | | | | | | | | | |
| Nausea - NCI | | | | | | | | | | |
| **Symptoms** | | | | | | | | | | |
| Vomiting - NCI | | | | | | | | | | |
| Diarrhea | | | | | | | | | | |
| Constipation NCI | | | | | | | | | | |
| Mucositis - Current | | | | | | | | | | |
| Pain Intensity-Current | | | 4 | 0 | | | | | | |
| Pain Intensity-Worst in 24 hrs | | | | | | | | | | |
| Oxygen Saturation | % | | | | | | | | | |
| HER2/nu Protein Overexpression | | | | | | | | | | |
| **Observation Orders** | | | | | | | | | | |
| CrCl (C&G) | ml/min | | | | | | | | | |
| CrCl (C&G) SI | mL/sec | | | | | | | | | |
| CrCl (J) SI | mL/sec | | | | | | | | | |



Liberty/Woolverton-Jones 0701

# Exhibit L

## Encounters and Procedures

Clinical Encounter Summaries

Sherry Woolverton
1858 Wheeler Street
Dyersburg, TN 38024
MR#67781
Date of Service: 11/30/2016

Center for Adult Healthcare

Date: 11/30/2016

**Encounter Reason:**
review / discuss labs, 2 month follow-up

chol 230

she has lost 10lbs since appt in August - she checks INR at home - will hava lumpectomy left breast and nerve block for back soon

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| **Age:** | 45 11/30/2016 05:06 pm | **T:** | 98.6 F° ear 11/30/2016 05:38 pm | **BP:** | 112/71 sitting L arm 11/30/2016 05:06 pm |
| **Pulse:** | 90 bpm regular 11/30/2016 05:38 pm | **RR:** | 16 11/30/2016 05:06 pm | **Ht:** | 4 ft 11 in 11/30/2016 05:06 pm |
| **Wt:** | 114 lbs 11/30/2016 05:06 pm | **BMI:** | 23 11/30/2016 05:06 pm | **O2Sat:** | 99% Room Air at Rest 11/30/2016 05:06 pm |

**HPI:**
recent low potassium--will repeat soon--has thick blood on coumadin--has narcolepsy .lost 10 lbs since was seen

**Back Pain**
Reported by patient.

Location: **pain radiating to the buttocks; pain radiating to the legs**
Associated Symptoms: no fever

**Fatigue**
Reported by patient.

Severity/Progression: normal sleep patterns; normal exercise habits
Modifying factors: no new stressors in life
Associated Symptoms: no drug/alcohol withdrawal

**Past Medical History:**
Reviewed Past Medical History
Abnormal Mammogram: Y
Osteoporosis: Y
Sleep Disorders: Y - narcolepsy
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

WOOLVERTON, SHERRY JONES (id #67781, dob:

Reviewed Allergies
**MINOCIN**: - keep her awake
**ZITHROMAX Z-PAK**: - abdominal pain

**Surgical History:**
Reviewed Surgical History
Appendectomy - 2004
Hysterectomy - 2004
Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**
Reviewed Medications

| | | |
|---|---|---|
| **Adderall XR 30 mg capsule,extended release**<br>Take 2 capsule(s) every day by oral route.<br>**Note:** per Dr. Shriner | 11/30/16 | entered |
| **Fosamax 70 mg tablet**<br>Take 1 tablet(s) every week by oral route. | 07/22/16 | prescribed |
| **Klor-Con**<br>per Dr. Smith - oncologist | 11/30/16 | entered |
| **Vitamin D** | 08/31/16 | entered |
| **Vivelle-Dot 0.1 mg/24 hr transdermal patch**<br>**Internal Note:** every 3 1/2 days | 11/17/10 | entered |
| **warfarin 5 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/10/14 | entered |
| **Xyrem**<br>3g evet night 2-4 1/2 hrs apart<br>**Internal Note:** Per Dr. Schriner | 07/11/16 | entered |
| **Zofran 8 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed.<br>**Internal Note:** Per Oncologist | 07/11/16 | entered |

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**
Reviewed Problems
- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History
**General IM**
Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N
Live alone or with others?: alone
Able to Care for Self: Y
Are you a veteran?: N

**Family History:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity<br>- Hypertensive disorder<br>  - previously recorded as Hypertension<br>- Hypercholesterolemia<br>  - previously recorded as High Cholesterol |
| Maternal Grandmother | - Malignant neoplastic disease<br>  - previously recorded as Cancer<br>- Neoplasm of endocrine system<br>  - previously recorded as Gland Tumors |
| Maternal Grandfather | - Cerebrovascular accident<br>  - previously recorded as Stroke<br>- Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity<br>- Arteriosclerotic vascular disease<br>  - previously recorded as Hardening of the Arteries<br>- Hypertensive disorder<br>  - previously recorded as Hypertension<br>- Myocardial infarction<br>  - previously recorded as Heart Attack |
| Mother | - Disorder of thyroid gland<br>  - previously recorded as Thyroid Problems<br>- Neoplasm of endocrine system<br>  - previously recorded as Gland Tumors<br>- Obese<br>  - previously recorded as Obesity |
| Brother | - Hypercholesterolemia<br>  - htn (previously recorded as High Cholesterol) |

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

**ROS as noted in the HPI**

**Physical Exam:**

CAH CENTER FOR ADULT HEALTHCARE • 1629 WOODLAWN AVENUE, DYERSBURG TN 38024-2025

WOOLVERTON, SHERRY JONES (id #67781, dob: )

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Head:** Head: normocephalic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear. Lips, Teeth, and Gums: no mouth or lip ulcers. Oropharynx: moist mucous membranes.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD.

**Lungs:** Respiratory effort: no dyspnea.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no cyanosis or varicosities. Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact.

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

**Document Review:**
N/A

**Results/Interpretations:**
None recorded

**Assessment/Plan:**

1. **Lump in left breast**
   N63: Unspecified lump in breast
2. **Narcolepsy**
   G47.419: Narcolepsy without cataplexy
3. **Hypercoagulability state**
   D68.59: Other primary thrombophilia
4. **Unexplained weight loss**
   R63.4: Abnormal weight loss

## Discussion

**Discussion Notes**
do bmp in 2 weeks --refill meds --ov 3 months

**Procedure Documentation:**
None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD

WOOLVERTON, SHERRY JONES (id #67781, dob: )

DAVID P GUTHRIE, MD

Sherry Woolverton
1858 Wheeler Street
Dyersburg, TN 38024
MR#67781
Date of Service: 08/31/2016

# Center for Adult Healthcare

Date: 08/31/2016

**Encounter Reason:**

6 week follow-up

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| **Age:** | 44 08/31/2016 07:46 am | **T:** | 98.6 F° ear 08/31/2016 08:26 am | **BP:** | 108/62 sitting L arm 08/31/2016 07:55 am |
| **Pulse:** | 96 bpm regular 08/31/2016 08:26 am | **RR:** | 15 08/31/2016 07:46 am | **Ht:** | 4 ft 11 in 08/31/2016 07:46 am |
| **Wt:** | 124 lbs 08/31/2016 07:55 am | **BMI:** | 25 08/31/2016 07:55 am | **O2Sat:** | 96% Room Air at Rest 08/31/2016 07:55 am |

**HPI:**

she has osteoporosis and narcolepsy--fosamax recently started

**Back Pain**

Reported by patient.

Location: pain radiating to the buttocks
Severity: same
Associated Symptoms: no fever

**anxiety/depression**

Reported by patient.

Severity: denies suicidal ideations; able to maintain relationships
Associated Symptoms: denies homicidal ideations
Notes: low vit d --it was added recently

**headache**

Reported by patient.

Location: bilateral
Associated Symptoms: nausea

**WOOLVERTON, SHERRY JONES (id #67781, dob:**

**Past Medical History:**
Reviewed Past Medical History
Osteoporosis: Y
Sleep Disorders: Y - **narcolepsy**
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

Reviewed Allergies
**MINOCIN:** - keep her awake
**ZITHROMAX Z-PAK:** - abdominal pain

**Surgical History:**

Reviewed Surgical History
- Appendectomy - 2004
- Hysterectomy - 2004
- Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**

Reviewed Medications

| | | |
|---|---|---|
| **Adderall XR 20 mg capsule,extended release**<br>Take 3 capsule(s) every day by oral route. | 06/10/14 | entered |
| **Fosamax 70 mg tablet**<br>Take 1 tablet(s) every week by oral route. | 07/22/16 | prescribed |
| **lidocaine**<br>5% patch 1x daily for 12 hors | 07/11/16 | entered |
| **Lovenox 60 mg/0.6 mL subcutaneous syringe**<br>Inject by subcutaneous route. | 08/31/16 | entered |
| **nortriptyline 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 08/31/16 | entered |
| **Vitamin D** | 08/31/16 | entered |
| **Vitamin D2 50,000 unit capsule**<br>Take 1 capsule(s) every week by oral route. | 07/11/16 | entered |
| **Vivelle-Dot 0.1 mg/24 hr transdermal patch**<br>**Internal Note:** every 3 1/2 days | 11/17/10 | entered |
| **warfarin 5 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/10/14 | entered |
| **Xyrem**<br>3g evet night 2-4 1/2 hrs apart<br>**Internal Note:** Per Dr. Schriner | 07/11/16 | entered |
| **Zofran 8 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed.<br>**Internal Note:** Per Oncologist | 07/11/16 | entered |

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**

Problems not reviewed (last reviewed 11/30/2016)

WOOLVERTON, SHERRY JONES (id #67781, dob:

- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History

**General IM**

Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N

**Family History:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity<br>- Hypertensive disorder<br>  - previously recorded as Hypertension<br>- Hypercholesterolemia<br>  - previously recorded as High Cholesterol |
| Maternal Grandmother | - Malignant neoplastic disease<br>  - previously recorded as Cancer<br><br>- Neoplasm of endocrine system<br>  - previously recorded as Gland Tumors |
| Maternal Grandfather | - Cerebrovascular accident<br>  - previously recorded as Stroke<br>- Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity<br>- Arteriosclerotic vascular disease<br>  - previously recorded as Hardening of the Arteries<br>- Hypertensive disorder<br>  - previously recorded as Hypertension<br>- Myocardial Infarction<br>  - previously recorded as Heart Attack |
| Mother | - Disorder of thyroid gland<br>  - previously recorded as Thyroid Problems<br>- Neoplasm of endocrine system<br>  - previously recorded as Gland Tumors<br>- Obese<br>  - previously recorded as Obesity |
| Brother | - Hypercholesterolemia<br>  - htn (previously recorded as High Cholesterol) |

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

Patient reports **arthralgias/joint pain.** She reports **fatigue.** She reports no fever and no night sweats. She reports no dry eyes. She reports no difficulty hearing. She reports no chest pain.
**ROS as noted in the HPI**

**Physical Exam:**

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD.

**Lungs:** Respiratory effort: no dyspnea.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal.

**Musculoskeletal:**: Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: **tenderness and limited ROM.** Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact.

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

on leave from Sam's optical bc it hurts to sit for long periods

**Document Review:**

N/A

**Results/Interpretations:**

None recorded

**Assessment/Plan:**

1. **Low back pain**
   M54.5: Low back pain
   - BACK CARE AND PREVENTING INJURIES: CARE INSTRUCTIONS
   - GETTING BACK TO NORMAL AFTER LOW BACK PAIN: CARE INSTRUCTIONS
   - LEARNING ABOUT RELIEF FOR BACK PAIN

2. **Primary osteoporosis**
   M81.0: Age-related osteoporosis without current pathological fracture

3. **Vitamin D deficiency**
   E55.9: Vitamin D deficiency, unspecified

4. **Narcolepsy**
   G47.419: Narcolepsy without cataplexy

WOOLVERTON, SHERRY JONES (id #67781, dob: )

## Discussion

**Discussion Notes**

vit d level cmp cbc vit b 12 level one week prior to ov fu in nov 2016

**Procedure Documentation:**

None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD



DAVID P GUTHRIE, MD

Sherry Woolverton

MR#67781
Date of Service: 07/22/2016

Center for Adult Healthcare

Date: 07/22/2016

**Encounter Reason:**

10 day follow up

review labs-vit d low--add 2000 iu qd vit d

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| **Age:** | 44 07/22/2016 03:10 pm | **T:** | 98.6 F° ear 07/22/2016 04:03 pm | **BP:** | 111/66 sitting L arm 07/22/2016 03:28 pm |
| **Pulse:** | 87 bpm regular 07/22/2016 04.03 pm | **RR:** | 18 07/22/2016 03:28 pm | **Ht:** | 4 ft 11 in 07/22/2016 03:28 pm |
| **Wt:** | 123.4 lbs 07/22/2016 03:28 pm | **BMI:** | 24.9 07/22/2016 03:28 pm | **O2Sat:** | 97% Room Air at Rest 07/22/2016 03:28 pm |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

HPI:

several meds --dr smith does her inr --she does them at home --the inr --she has hypercoag

**Fatigue**

Reported by patient.

Severity/Progression: normal sleep patterns
Modifying factors: no new stressors in life
Associated Symptoms: no drug/alcohol withdrawal

**Insomnia**

Reported by patient.

Associated Symptoms: anxiety

**anxiety/depression**

Reported by patient.

Severity: denies suicidal ideations; able to maintain relationships
Context: no major life stressors
Associated Symptoms: denies homicidal ideations

**Past Medical History:**

Reviewed Past Medical History
Osteoporosis: Y
Sleep Disorders: Y - **narcolepsy**
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

Reviewed Allergies
**MINOCIN:** - keep her awake
**ZITHROMAX Z-PAK:** - abdominal pain

**Surgical History:**

Reviewed Surgical History
- Appendectomy - 2004
- Hysterectomy - 2004
- Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**

Reviewed Medications

| | | |
|---|---|---|
| **Adderall XR 20 mg capsule,extended release**<br>Take 3 capsule(s) every day by oral route. | 06/10/14 | entered |
| **Fosamax 70 mg tablet**<br>Take 1 tablet(s) every week by oral route. | 07/22/16 | prescribed |
| **lidocaine**<br>5% patch 1x daily for 12 hors | 07/11/16 | entered |
| **Vitamin D2 50,000 unit capsule**<br>Take 1 capsule(s) every week by oral route. | 07/11/16 | entered |
| **Vivelle-Dot 0.1 mg/24 hr transdermal patch**<br>**Internal Note:** every 3 1/2 days | 11/17/10 | entered |
| **warfarin 5 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/10/14 | entered |

**Xyrem** 07/11/16 entered
3g evet night 2-4 1/2 hrs apart
**Internal Note:** Per Dr. Schriner

**Zofran 8 mg tablet** 07/11/16 entered
Take 1 tablet(s) every 8 hours by oral route as needed.
**Internal Note:** Per Oncologist

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**

Problems not reviewed (last reviewed 11/30/2016)

- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History
**General IM**
Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N

**Family History:**

Reviewed Family History

Father
- Diabetes mellitus
  - previously recorded as Diabetes
- Obese
  - previously recorded as Obesity
- Hypertensive disorder
  - previously recorded as Hypertension
- Hypercholesterolemia
  - previously recorded as High Cholesterol

Maternal Grandmother
- Malignant neoplastic disease
  - previously recorded as Cancer
- Neoplasm of endocrine system
  - previously recorded as Gland Tumors

Maternal Grandfather
- Cerebrovascular accident
  - previously recorded as Stroke
- Diabetes mellitus
  - previously recorded as Diabetes
- Obese
  - previously recorded as Obesity
- Arteriosclerotic vascular disease

| | |
|---|---|
| | - previously recorded as Hardening of the Arteries |
| | - Hypertensive disorder<br>- previously recorded as Hypertension |
| | - Myocardial infarction<br>- previously recorded as Heart Attack |
| Mother | - Disorder of thyroid gland<br>- previously recorded as Thyroid Problems |
| | - Neoplasm of endocrine system<br>- previously recorded as Gland Tumors |
| | - Obese<br>- previously recorded as Obesity |
| Brother | - Hypercholesterolemia<br>- htn (previously recorded as High Cholesterol) |

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

**ROS** as noted in the HPI

**Physical Exam:**

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear. Lips, Teeth, and Gums: no mouth or lip ulcers. Oropharynx: moist mucous membranes.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD.

**Lungs:** Respiratory effort: no dyspnea.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: **limited ROM; she sees dr martinez --vit d given --**. Extremities: no cyanosis or varicosities. Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: **abnormal**.

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

**Document Review:**

N/A

**Results/Interpretations:**

None recorded

**Assessment/Plan:**

1. **Primary osteoporosis**
   M81.0: Age-related osteoporosis without current pathological fracture
   - Fosamax 70 mg tablet -

**WOOLVERTON, SHERRY JONES (id #67781, dob: )**

Take 1 tablet(s) every week by oral route. Qty: 4 tablet(s) Refills: 12 Pharmacy: C & C PHARMACY LLC

**2. Fatigue**
R53.83: Other fatigue

**3. Anxiety**
F41.9: Anxiety disorder, unspecified

## Discussion

**Discussion Notes**
add fosamax 70 mg once a week--discussed risks--no gerd

**Procedure Documentation:**
None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD

DAVID P GUTHRIE, MD

Sherry Woolverton

MR#67781
Date of Service: 07/11/2016

Center for Adult Healthcare

Date: 07/11/2016

**Encounter Reason:**
Follow Up

Pt here for f/u. Pt states she has been diagnosed with Osteoporosis and wants to discuss treatment options. Pt states she has also been having clear and sometimes yellow discharged from left breast. Pt c/o headache x 1 week

**Vital Signs:**

| | | | | | |
|---|---|---|---|---|---|
| Age: | 44 07/11/2016 04:01 pm | T: | 98.6 F° ear 07/11/2016 04:32 pm | BP: | 116/76 sitting 07/11/2016 04:01 pm |
| Pulse: | 85 bpm regular 07/11/2016 04:32 pm | RR: | 14 07/11/2016 04:32 pm | Ht: | 4 ft 11 in 07/11/2016 04:01 pm |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

Wt: 125 lbs 07/11/2016 04:01 pm
BMI: 25.2 07/11/2016 04:01 pm
O2Sat: 97% Room Air at Rest 07/11/2016 04:01 pm

**HPI:**

osteoporosis--dexa and breast discharge left breast --dr kirby smith sees her for coumadin --thick blood --factor -five leiden abnl?--one of two genes ?--inrgoal --2-3--she checks her own inr at home --she has narcolepsy--has rib fx ? cause?

**Back Pain**

Reported by patient.

Location: pain radiating to the buttocks; pain radiating to the legs
Aggravating factors: movement/positioning

**Fatigue**

Reported by patient.

Severity/Progression: normal sleep patterns
Modifying factors: new stressors in life
Associated Symptoms: no drug/alcohol withdrawal

**anxiety/depression**

Reported by patient.

Severity: denies suicidal ideations; able to maintain relationships
Associated Symptoms: denies homicidal ideations

**Past Medical History:**

Reviewed Past Medical History
Notes: Narcolepsy, Osteoporosis 06/2016

**Allergies:**

Reviewed Allergies
**MINOCIN:** - keep her awake
**ZITHROMAX Z-PAK:** - abdominal pain

**Surgical History:**

Reviewed Surgical History
- Appendectomy - 2004
- Hysterectomy - 2004
- Tonsillectomy - 1991

Large Intestines removed except for 6 inches in 2005 / Lumpectomy 2005 & 2007 of left breast / Lymphectomy from neck 2005 / Bladder lift 2004 / Sinus surgery 95,97,99,01,03 / Oral surgery 1988

**Medications:**

Reviewed Medications

| | | |
|---|---|---|
| **Adderall XR 20 mg capsule,extended release**<br>Take 3 capsule(s) every day by oral route. | 06/10/14 | entered |
| **lidocaine**<br>5% patch 1x daily for 12 hors | 07/11/16 | entered |
| **Vitamin D2 50,000 unit capsule**<br>Take 1 capsule(s) every week by oral route. | 07/11/16 | entered |
| **Vivelle-Dot 0.1 mg/24 hr transdermal patch**<br>**Internal Note:** every 3 1/2 days | 11/17/10 | entered |
| **warfarin 5 mg tablet** | 06/10/14 | entered |

Take 1 tablet(s) every day by oral route.

**Xyrem** 07/11/16 entered
3g evet night 2-4 1/2 hrs apart
**Internal Note:** Per Dr. Schriner

**Zofran 8 mg tablet** 07/11/16 entered
Take 1 tablet(s) every 8 hours by oral route as needed.
**Internal Note:** Per Oncologist

c-ampho b nasal spry for fungus in nasal passage.

**Problem List:**

Problems not reviewed (last reviewed 11/30/2016)

- Vitamin D deficiency
- Blood coagulation disorder
- Hypercoagulability state
- Anxiety
- Narcolepsy
- Acute sinusitis
- Low back pain
- Osteoporosis
- Primary osteoporosis
- Malaise and fatigue
- Fatigue
- Unexplained weight loss
- Headache
- Nausea
- Fracture of rib
- Lump in left breast

**Social History:**

Reviewed Social History
**General IM**
Occupation: Lic Optician / MGr
Marital status: Single
Smoking Status: Current every day smoker
Smoker (1/2 PPD)
Has smoked since age: 25
Alcohol intake: None
Illicit drugs: no
Education: 4 Year College
Exercise level: None
Diet: Regular
General stress level: Medium
Advance directive: N

**Family History:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity<br>- Hypertensive disorder<br>  - previously recorded as Hypertension<br>- Hypercholesterolemia<br>  - previously recorded as High Cholesterol |
| Maternal Grandmother | - Malignant neoplastic disease<br>  - previously recorded as Cancer<br>- Neoplasm of endocrine system<br>  - previously recorded as Gland Tumors |
| Maternal Grandfather | - Cerebrovascular accident<br>  - previously recorded as Stroke<br>- Diabetes mellitus<br>  - previously recorded as Diabetes<br>- Obese<br>  - previously recorded as Obesity |

- Arteriosclerotic vascular disease
    - previously recorded as Hardening of the Arteries
- Hypertensive disorder
    - previously recorded as Hypertension
- Myocardial infarction
    - previously recorded as Heart Attack

Mother
- Disorder of thyroid gland
    - previously recorded as Thyroid Problems
- Neoplasm of endocrine system
    - previously recorded as Gland Tumors
- Obese
    - previously recorded as Obesity

Brother
- Hypercholesterolemia
    - htn (previously recorded as High Cholesterol)

**GYN History:**

GYN History not reviewed (last reviewed 08/13/2012)
Menses Monthly: N (Notes: hysterectomy).
Age at Menarche: 12.

**Review of Systems:**

Patient reports arthralgias/joint pain. She reports fatigue. She reports no fever and no night sweats. She reports no chest pain. She reports no swollen glands. She reports no runny nose.

**Physical Exam:**

Patient is a 47-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-developed. Level of Distress: NAD.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and normal affect. Orientation: to time and person. Memory: recent memory normal.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear. Lips, Teeth, and Gums: no mouth or lip ulcers. Oropharynx: moist mucous membranes.

**Neck:** Neck: supple and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD.

**Lungs:** Respiratory effort: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: breath sounds normal.

**Chest:** Palpation: no pain.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft. Liver: non-tender.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Gait and Station: normal gait.

**Neurologic:** Cranial Nerves: grossly intact.

**Skin:** Inspection and palpation: no rash.

**Back:** Thoracolumbar Appearance: normal curvature.

had bone scan and dexa scan

**Document Review:**

N/A

**Results/Interpretations:**

None recorded

**Assessment/Plan:**

**1. Osteoporosis**

WOOLVERTON, SHERRY JONES (id #67781, dob: )

M81.8: Other osteoporosis without current pathological fracture
- VITAMIN D,25-OH,TOTAL,IA
- CBC (INCLUDES DIFF/PLT)
- COMPREHENSIVE METABOLIC PANEL

**2. Fracture of rib**

S22.31XD: Fracture of one rib, right side, subsequent encounter for fracture with routine healing

**3. Low back pain**

M54.5: Low back pain
- BACK CARE AND PREVENTING INJURIES: CARE INSTRUCTIONS
- GETTING BACK TO NORMAL AFTER LOW BACK PAIN: CARE INSTRUCTIONS
- LEARNING ABOUT RELIEF FOR BACK PAIN
- SED RATE BY MODIFIED WESTERGREN

**4. Narcolepsy**

G47.419: Narcolepsy without cataplexy

**5. Malaise and fatigue**

R53.81: Other malaise
- TSH

## Discussion

**Discussion Notes**

she is on vit d 50000 iu once a week --do cbc cmp esr tsh vit d today --consider fosamax --ov 10 days--told to get mammo

**Procedure Documentation:**

None recorded

Sincerely,

Electronically Signed by: DAVID P GUTHRIE, MD



DAVID P GUTHRIE, MD

## Lab Results

WOOLVERTON, SHERRY JONES (id #67781, dob: )

# BASIC METABOLIC PANEL 12/17/2016 (#7560921, Final, 12/16/2016 8:49am)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br>Account ID: 7402887 |
| Specimen/Accession ID | AL745593A | Specimen Source | |
| Specimen Coll. Date | 12/16/2016 08:49 | Result Status | Final |
| Specimen Rec. Date | 12/16/2016 09:49 | Report Status | |
| Specimen Reported Date | 12/17/2016 04:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 84 | 65-99 | mg/dL | Normal | Final | AT |
| | Fasting reference interval | | | | | |
| UREA NITROGEN (BUN) | 22 | 7-25 | mg/dL | Normal | Final | AT |
| CREATININE | 1.05 | 0.50-1.10 | mg/dL | Normal | Final | AT |
| EGFR NON-AFR. AMERICAN | 64 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| EGFR AFRICAN AMERICAN | 74 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 | (calc) | | Final | AT |
| SODIUM | 139 | 135-146 | mmol/L | Normal | Final | AT |
| POTASSIUM | 4.1 | 3.5-5.3 | mmol/L | Normal | Final | AT |
| CHLORIDE | 107 | 98-110 | mmol/L | Normal | Final | AT |
| CARBON DIOXIDE | 25 | 20-31 | mmol/L | Normal | Final | AT |
| CALCIUM | 9.2 | 8.6-10.2 | mg/dL | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

## VITAMIN D,25-OH,TOTAL,IA 11/25/2016 (#7486061, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 45 | 30-100 | ng/mL | Normal | Final | AT |

```
Vitamin D Status         25-OH Vitamin D:

Deficiency:                    <20 ng/mL
Insufficiency:              20 - 29 ng/mL
Optimal:                  > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:YES |

## VITAMIN B12 11/25/2016 (#7486060, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN B12 | 390 | 200-1100 | pg/mL | Normal | Final | AT |

```
Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:YES |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

# CBC (INCLUDES DIFF/PLT) 11/25/2016 (#7486059, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 7.5 | 3.8-10.8 | Thousand/uL | Normal | Final | AT |
| RED BLOOD CELL COUNT | 4.39 | 3.80-5.10 | Million/uL | Normal | Final | AT |
| HEMOGLOBIN | 12.8 | 11.7-15.5 | g/dL | Normal | Final | AT |
| HEMATOCRIT | 38.9 | 35.0-45.0 | % | Normal | Final | AT |
| MCV | 88.6 | 80.0-100.0 | fL | Normal | Final | AT |
| MCH | 29.2 | 27.0-33.0 | pg | Normal | Final | AT |
| MCHC | 33.0 | 32.0-36.0 | g/dL | Normal | Final | AT |
| RDW | 17.3 | 11.0-15.0 | % | High | Final | AT |
| PLATELET COUNT | 370 | 140-400 | Thousand/uL | Normal | Final | AT |
| MPV | 9.2 | 7.5-11.5 | fL | Normal | Final | AT |
| ABSOLUTE NEUTROPHILS | 4665 | 1500-7800 | cells/uL | Normal | Final | AT |
| ABSOLUTE LYMPHOCYTES | 2085 | 850-3900 | cells/uL | Normal | Final | AT |
| ABSOLUTE MONOCYTES | 503 | 200-950 | cells/uL | Normal | Final | AT |
| ABSOLUTE EOSINOPHILS | 218 | 15-500 | cells/uL | Normal | Final | AT |
| ABSOLUTE BASOPHILS | 30 | 0-200 | cells/uL | Normal | Final | AT |
| NEUTROPHILS | 62.2 | | % | Normal | Final | AT |
| LYMPHOCYTES | 27.8 | | % | Normal | Final | AT |
| MONOCYTES | 6.7 | | % | Normal | Final | AT |
| EOSINOPHILS | 2.9 | | % | Normal | Final | AT |
| BASOPHILS | 0.4 | | % | Normal | Final | AT |
| NOTE FROM LAB | FASTING:YES | | | | | |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

# COMPREHENSIVE METABOLIC PANEL 11/25/2016 (#7486058, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 87 | 65-99 | mg/dL | Normal | Final | AT |
| | Fasting reference interval | | | | | |
| UREA NITROGEN (BUN) | 9 | 7-25 | mg/dL | Normal | Final | AT |
| CREATININE | 0.86 | 0.50-1.10 | mg/dL | Normal | Final | AT |
| EGFR NON-AFR. AMERICAN | 82 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| EGFR AFRICAN AMERICAN | 95 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 | (calc) | | Final | AT |
| SODIUM | 143 | 135-146 | mmol/L | Normal | Final | AT |
| POTASSIUM | 3.9 | 3.5-5.3 | mmol/L | Normal | Final | AT |
| CHLORIDE | 106 | 98-110 | mmol/L | Normal | Final | AT |
| CARBON DIOXIDE | 27 | 20-31 | mmol/L | Normal | Final | AT |
| CALCIUM | 9.5 | 8.6-10.2 | mg/dL | Normal | Final | AT |
| PROTEIN, TOTAL | 6.3 | 6.1-8.1 | g/dL | Normal | Final | AT |
| ALBUMIN | 3.8 | 3.6-5.1 | g/dL | Normal | Final | AT |
| GLOBULIN | 2.5 | 1.9-3.7 | g/dL (calc) | Normal | Final | AT |
| ALBUMIN/GLOBULIN RATIO | 1.5 | 1.0-2.5 | (calc) | Normal | Final | AT |
| BILIRUBIN, TOTAL | 0.2 | 0.2-1.2 | mg/dL | Normal | Final | AT |
| ALKALINE PHOSPHATASE | 102 | 33-115 | U/L | Normal | Final | AT |
| AST | 12 | 10-35 | U/L | Normal | Final | AT |
| ALT | 13 | 6-29 | U/L | Normal | Final | AT |
| NOTE FROM LAB | FASTING:YES | | | | | |

CAH_CENTER FOR ADULT HEALTHCARE • 1629 [illegible] AVENUE, [illegible] TN [illegible]

WOOLVERTON, SHERRY JONES (id #67781, dob: )

## LIPID PANEL, STANDARD 11/25/2016 (#7486057, Final, 11/23/2016 12:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL114105A | Specimen Source | |
| Specimen Coll. Date | 11/23/2016 12:54 | Result Status | Final |
| Specimen Rec. Date | 11/23/2016 13:55 | Report Status | |
| Specimen Reported Date | 11/25/2016 15:01 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 230 | 125-200 | mg/dL | High | Final | AT |
| HDL CHOLESTEROL | 46 | > OR = 46 | mg/dL | Normal | Final | AT |
| TRIGLYCERIDES | 262 | <150 | mg/dL | High | Final | AT |
| LDL-CHOLESTEROL | 132 | <130 | mg/dL (calc) | High | Final | AT |
| | Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease. | | | | | |
| CHOL/HDLC RATIO | 5.0 | < OR = 5.0 | (calc) | Normal | Final | AT |
| NON HDL CHOLESTEROL | 184 | | mg/dL (calc) | High | Final | AT |
| | Target for non-HDL cholesterol is 30 mg/dL higher than LDL cholesterol target. | | | | | |
| NOTE FROM LAB | FASTING:YES | | | | | |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

## VITAMIN D,25-OH,TOTAL,IA 07/12/2016 (#7026280, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 27 | 30-100 | ng/mL | Low | Final | AT |

```
Vitamin D Status         25-OH Vitamin D:

Deficiency:                     <20 ng/mL
Insufficiency:              20 - 29 ng/mL
Optimal:                  > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:NO |

## TSH 07/12/2016 (#7026279, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 1.58 | | mIU/L | Normal | Final | AT |

```
Reference Range

> or = 20 Years  0.40-4.50

     Pregnancy Ranges
First trimester    0.26-2.66
Second trimester   0.55-2.73
Third trimester    0.43-2.91
```

| | |
|---|---|
| NOTE FROM LAB | FASTING:NO |

WOOLVERTON, SHERRY JONES (id #67781, dob:

## CBC (INCLUDES DIFF/PLT) 07/12/2016 (#7026278, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 8.4 | 3.8-10.8 | Thousand/uL | Normal | Final | AT |
| RED BLOOD CELL COUNT | 4.47 | 3.80-5.10 | Million/uL | Normal | Final | AT |
| HEMOGLOBIN | 12.7 | 11.7-15.5 | g/dL | Normal | Final | AT |
| HEMATOCRIT | 38.8 | 35.0-45.0 | % | Normal | Final | AT |
| MCV | 86.7 | 80.0-100.0 | fL | Normal | Final | AT |
| MCH | 28.4 | 27.0-33.0 | pg | Normal | Final | AT |
| MCHC | 32.7 | 32.0-36.0 | g/dL | Normal | Final | AT |
| RDW | 17.6 | 11.0-15.0 | % | High | Final | AT |
| PLATELET COUNT | 313 | 140-400 | Thousand/uL | Normal | Final | AT |
| MPV | 9.0 | 7.5-11.5 | fL | Normal | Final | AT |
| ABSOLUTE NEUTROPHILS | 4964 | 1500-7800 | cells/uL | Normal | Final | AT |
| ABSOLUTE LYMPHOCYTES | 1999 | 850-3900 | cells/uL | Normal | Final | AT |
| ABSOLUTE MONOCYTES | 974 | 200-950 | cells/uL | High | Final | AT |
| ABSOLUTE EOSINOPHILS | 403 | 15-500 | cells/uL | Normal | Final | AT |
| ABSOLUTE BASOPHILS | 59 | 0-200 | cells/uL | Normal | Final | AT |
| NEUTROPHILS | 59.1 | | % | Normal | Final | AT |
| LYMPHOCYTES | 23.8 | | % | Normal | Final | AT |
| MONOCYTES | 11.6 | | % | Normal | Final | AT |
| EOSINOPHILS | 4.8 | | % | Normal | Final | AT |
| BASOPHILS | 0.7 | | % | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

# SED RATE BY MODIFIED WESTERGREN 07/12/2016 (#7026277, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 6 | < OR = 20 | mm/h | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

# COMPREHENSIVE METABOLIC PANEL 07/12/2016 (#7026276, Final, 07/11/2016 4:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | DAVID P GUTHRIE, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>William Miller<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 7402887 |
| Specimen/Accession ID | AL159787V | Specimen Source | |
| Specimen Coll. Date | 07/11/2016 16:46 | Result Status | Final |
| Specimen Rec. Date | 07/11/2016 17:47 | Report Status | |
| Specimen Reported Date | 07/12/2016 12:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 94 | 65-99 | mg/dL | Normal | Final | AT |
| | Fasting reference interval | | | | | |
| UREA NITROGEN (BUN) | 13 | 7-25 | mg/dL | Normal | Final | AT |
| CREATININE | 0.86 | 0.50-1.10 | mg/dL | Normal | Final | AT |
| EGFR NON-AFR. AMERICAN | 82 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| EGFR AFRICAN AMERICAN | 95 | > OR = 60 | mL/min/1.73m2 | Normal | Final | AT |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 | (calc) | | Final | AT |
| SODIUM | 141 | 135-146 | mmol/L | Normal | Final | AT |
| POTASSIUM | 4.5 | 3.5-5.3 | mmol/L | Normal | Final | AT |
| CHLORIDE | 105 | 98-110 | mmol/L | Normal | Final | AT |
| CARBON DIOXIDE | 27 | 19-30 | mmol/L | Normal | Final | AT |
| CALCIUM | 9.4 | 8.6-10.2 | mg/dL | Normal | Final | AT |
| PROTEIN, TOTAL | 6.9 | 6.1-8.1 | g/dL | Normal | Final | AT |
| ALBUMIN | 4.2 | 3.6-5.1 | g/dL | Normal | Final | AT |
| GLOBULIN | 2.7 | 1.9-3.7 | g/dL (calc) | Normal | Final | AT |
| ALBUMIN/GLOBULIN RATIO | 1.6 | 1.0-2.5 | (calc) | Normal | Final | AT |
| BILIRUBIN, TOTAL | 0.2 | 0.2-1.2 | mg/dL | Normal | Final | AT |
| ALKALINE PHOSPHATASE | 82 | 33-115 | U/L | Normal | Final | AT |
| AST | 16 | 10-30 | U/L | Normal | Final | AT |
| ALT | 13 | 6-29 | U/L | Normal | Final | AT |
| NOTE FROM LAB | FASTING:NO | | | | | |

WOOLVERTON, SHERRY JONES (id #67781, dob: )

VITAMIN D, 25-HYDROXY, TOTAL, SERUM 07/12/2016 (#7024706, 05/12/2016)



AMERICAN ESOTERIC LABORATORIES
OF MEMPHIS
1701 Century Center Cove
Memphis, TN 38134

901-405-8200

Patient: WOOLVERTON-JONES, SHERRY    CCGT    *03245595*

THE CAMPBELL CLINIC - GERMAN
ATTN: TRUDY FISHER

Doctor : MARTINEZ,SANTOS    1400 S. GERMANTOWN RD.    REQ CAMP2343
Rm# CCGT    GERMANTOWN,TN 38138    REC 05/12/2016 21:02
DOB/Sex /F Chart# 1703550004    REP 05/13/2016 05:07
Spec. Type: SST 1    901-759-3100    ROUTE I
Coll. Date: 05/12/2016 Time : 11:47

Test Requested: VD

| test | | result | reference range | site |
|---|---|---|---|---|
| 25 OH VITAMIN D | | | | (1) |
| RESULT: | (Low) | 14 ng/mL | SEE BELOW | |

**INTERPRETIVE RANGES**

| | |
|---|---|
| PEDIATRIC(<17 YEARS) | 20-100 ng/mL |
| ADULT: | |
| INSUFFICIENT | <20 ng/mL |
| SUBOPTIMAL | 20-29 ng/mL |
| OPTIMAL | 30-100 ng/mL |

Test(s) performed at:
(1) AEL-MEMPHIS
MICHAEL F BUGG, M.D. Medical Director
1701 CENTURY CENTER COVE
MEMPHIS,TN 38134
CLIA #44D0889744

(reprint) 29-JUN-16 11:43 AM

WOOLVERTON #67781 VITAM
3946355x1524 Single Page LabResult

06/29/16 11:43 [illegible] 1/1

# Exhibit M

Cody Allison & Associates, PLLC
Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, Tennessee 37219
Phone: (615) 234-6000, Fax: (615) 727-0175

# MEDICATIONS TAKEN BEFORE INSURANCE TERMED

| Medication, Dosage, and Frequency | Condition | Physician |
|---|---|---|
| Xyrem 3.0 g Every pm 2 times 2 1/2 to 4 hrs apart | Narcolepsy w/ Cataplexy | Dr. Robert Schriner |
| Adderall XR 30 mg Twice Daily | Narcolepsy w/ Cataplexy | Dr. Robert Schriner |
| | | |
| Fosamax 70 mg Once a Week | Osteoporosis | Dr. Kirby Smith |
| Calcium 600 mg Once Daily | Osteoporosis | Dr. Kirby Smith |
| Vitamin D 5800 iu Once Daily | Osteoporosis | Dr. Kirby Smith |
| Paxil 20 mg Every am | Depression | Dr. Kirby Smith |
| Zofran ODT 8 mg PRN | Nausea | Dr. Kirby Smith |
| | | |
| Neurotin 300 mg 3 times Daily | Tremors and Migraines | Dr. Lee Stein |
| | | |
| Mobic 7.5 mg Every pm | Pain | Dr. Keith Nord |
| | | |
| Vivelle Dot 0.1 mg Every 3 1/2 Days | Hormone Replacement | Dr. Dan Martin |

# Exhibit N

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. #1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

**AUTHORIZATION**

I, **Sherry Woolverton Jones**, hereby authorize **Liberty Mutual Insurance Company** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **Sherry Woolverton Jones** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **Sherry Woolverton Jones**. I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, Tennessee 37219

3/5/2018
**Date**

Sherry Jo Woolverton-Jones
**Sherry Woolverton Jones**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

K. CODY ALLISON
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE TN 37219

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 559-1974

October 4, 2018

K. Cody Allison
Cody Allison & Associates, Pllc
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE, TN 37219

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 7901760
Claimant: Sherry Woolverton-Jones

Dear K. Cody Allison:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to Sherry Woolverton-Jones's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Sherry Woolverton-Jones's Long Term Disability (LTD) claim.

Ms. Woolverton-Jones's file is being forwarded to Liberty's Appeal Review Unit for an independent review of her claim eligibility. Her claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Genna Marchese
Appeals Associate
Phone No.: (888) 437-7611 Ext. 16228
Secure Fax No.: (603) 559-1974

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **WALMART**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 88D | Manager: | BOEHM, MELANIE | Case Mgr: | IVEY, TIFFANY |

| | | | |
|---|---|---|---|
| Claimant Name: | SHERRY J WOOLVERTON-JONE | Claim #: | 7901760 |
| Occupation (Job Title): | OPTICIAN | Date Sent: | 10/2/2018 |
| Diagnosis: | 000 UNKNOWN CONDITION OR PROCEDURE, | | |
| Date of Disability: | 4/19/2016 | Date Benefits Began: | 10/25/2016 |
| Maximum Duration: | 9/19/2038 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 4/3/2018 | Date Appeal Received: | 10/1/2018 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | WALMART, INC. | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Walmart

ER Contact Addresses (including email address):

Phone No. 4792734000 FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Paperless Claim

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

September 28, 2018

**CERTIFIED MAIL # 7018 0360 0000 5370 2828**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: # (603) 334-8380**

Group Benefits Claims Appeal Unit
Liberty Life Assurance Co. of Boston
Group – Charlotte WM
PO Box 7216
London, KY 40742–7216

Attn: Appeal Review Unit

| | | |
|---|---|---|
| **Re:** | **My Client:** | **Sherry Woolverton-Jones** |
| | **LTD Claim No.:** | **7901760** |
| | **Policyholder/Plan Sponsor/Employer:** | **Wal-Mart Stores, Inc.** |
| | **Underwriting Co.:** | **Liberty Life Assurance Co. of Boston** |
| | **Policy No.:** | **GD/GF3-850-290765-01** |
| | **DOB:** | |

This law firm represents Sherry Woolverton-Jones regarding her long-term disability ["LTD"] benefits under the Plan/Policy as referenced above. Throughout this letter, Liberty Life Assurance Co. of Boston ["**Liberty**"] and Wal-Mart may be collectively referred to as the "Company."

This letter, with enclosures, is intended to serve as an official request for review/appeal in this matter, pursuant to the terms of the insurance contract; governing federal ERISA law/regulations, including without limitation 29 U.S.C. § 1133; as well as the language of Liberty's April 2, 2018 denial letter. A copy of that letter is attached as **Exhibit A**.

To be clear, my letter today represents a continuing effort on behalf of Ms. Woolverton-Jones to exhaust completely all administrative remedies. If, at any time, the Company needs Ms. Woolverton-Jones to do anything else (reasonable) to exhaust her remedies or perfect her claim, please let us know. This includes completing any additional needed forms, questionnaires or the like for the Company.

Also, with respect to potential Social Security disability benefits (SSDI), we understand that our client has made application, but has yet to receive any award; she is waiting on a hearing date. If updated information or supporting documentation in this regard becomes available, then undersigned counsel may elect to supplement this letter (*and that may occur even after the administrative record here has "closed," since that claim is already under way). At the same time, to the extent that medical records or information generated in the course of the SSD proceeding are properly considered in the context of this LTD claim, we are assuming that the Company already has, or has access to, those records.[1]

**INTRODUCTION:**

To address the background for this claim, we point out the following: Ms. Woolverton-Jones is now 47 years old, and her date of birth is in September, 1971. She was employed by Wal-Mart (at a Sam's Club store) for over four years; she was employed as a Licensed (Dispensing) Optician until her last day worked, which was on or about April 18, 2016. Available information indicates that her wage rate was $27.85 per hour.

Further, information on her job (job description) is attached as **Exhibit B**. In this regard, it should be noted that the Essential Functions listed on that document include precise tasks that would naturally require steady attention and focus. For example, her job functions included **"measuring, adjusting, and repairing frames and lenses[;] completing eyewear/contact lens orders[;] identifying and verifying prescription information[;] completing and maintaining paperwork, forms, and other required documentation...[;] and performing and recording results of optometric pre-tests."** Also, listed under Physical Activities is the requirement of **"fine motor skills and hand-eye coordination."**

However, as mentioned, Ms. Woolverton-Jones was forced to stop working in April 2016, this due to multifactorial physical problems; those problems include, without limitation, narcolepsy and cataplexy[2]; cardiac arrhythmia (irregular heartbeat); hypercoagulable syndrome (blood clotting disorder); osteoporosis; carpal tunnel syndrome; neuropathy; chronic migraines; tremors; and right shoulder, hip, and neck pain.

**LTD PLAN'S DEFINITION OF "DISABILITY":**

According to the Company's April 2, 2018 letter, the analysis -- for the first 24 months that LTD benefits are paid -- turns on whether our client has an injury or sickness that renders her **"unable to perform the Material and Substantial Duties of ... [her] Own Occupation."**

[1] As far as we are aware, the Company has a signed medical release/authorization from Ms. Woolverton-Jones that would permit it to request any SSD records that are deemed needed. If this is not correct, please let this office know.

[2] **Narcolepsy** is a condition characterized by the extreme tendency to fall asleep whenever in a relaxing surrounding. In turn, **cataplexy** is a medical condition in which strong emotion or laughter causes one to suffer a sudden physical collapse, although remaining conscious. Stated otherwise, cataplexy is a sudden and uncontrollable muscle weakness or paralysis that comes on during the day; it is often triggered by strong emotions such as excitement or laughter.

The key term "**Own Occupation**" is itself defined as the "**occupation that [the Covered Person] ... was performing when ... Disability ... began.**" Further, and importantly, "**[f]or the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart....**"

Also, the definition of "**Sickness**" is "illness, disease, pregnancy or complications of pregnancy."

**REASON FOR DENIAL OF BENEFITS:**

The gist of the April 2, 2018 Company denial/termination letter is as follows:

"We have completed a review of your [LTD] claim and have determined that benefits are not payable....Based on the information received, you do not meet the definition of disability as defined below.... [After reviewing medical records from Dr. Smith from April, 2016–March, 2017,] we referred your claim for clinical review and assessment by a Physician Board Certified in Internal Medicine. Based on the medical information received, the review concluded the following: 'Medical records indicate in April 2016, the claimant complained of right lower thoracic back pain and was found to have two non-displaced rib fractures of T-11 and T–12 on right side without history of trauma. Although pain continues to be reported, this would not necessarily cause impairment for her occupation as Optician. Her bone density test showed borderline criteria for osteoporosis in hip area only and not in spine readings. The available medical records do not support impairment as of October 25, 2016." Since we did not receive sufficient medical information to support your disability, your claim has been denied."

**MEDICAL EVIDENCE THAT MS. WOOLVERTON-JONES CANNOT WORK:**

In addition to all the medical information/records already contained in the claims file, we now attach the following:[3]

**Exhibit C: Memphis Lung Physicians Foundation**[4]
1500 W. Poplar Ave. Ste. 312
Collierville, TN 38017

**Robert Schriner, MD**
Board Certified in Internal Medicine, Pulmonary Disease, Sleep Medicine

**Duration of Treatment:** since 2014
**Dates of Treatment include:** 6.8.2016; 8.8.2016; 11.23.2016; 3.7.2017; 7.3.2017; 7.31.2017

---

[3] For the sake of completeness, we also note that there was a prior short-term disability (STD claim) that was handled and resolved via Sedgwick. We imagine that Liberty already has a copy of that file, as well; its contents, with all medical proof, are hereby adopted and incorporated by reference. However, if you need a copy of the Sedgwick/STD claim file(s), please advise immediately, and we will provide same.

[4] Please understand that all medical records and related documents tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

**Chief Diagnosis/Diagnoses:**

- Narcolepsy with Cataplexy
- Daytime Hypersomnolence

**Again, for context, cataplexy is a sudden and uncontrollable muscle weakness or paralysis that comes on during the day; it is often triggered by a strong emotion, such as excitement or laughter. Without much warning, a person will lose muscle tone and can have slack jaw, broken speech, buckled knees, or total weakness in the face, arms, legs, and trunk. A person experiencing total cataplexy stays awake and is aware of what is happening, *but cannot move*. These episodes may last up to several minutes, and some persons with this condition may fall asleep after. The frequency of cataplexy episodes varies widely among persons with narcolepsy. Some individuals attempt to avoid emotions that may bring on cataplexy.

The loss of muscle tone in cataplexy patients occurs due to the inability to regulate sleep and awake states – thus, elements of each can overlap. During normal rapid-eye movement (REM) sleep, there is a natural loss of muscle tone. In the case of cataplexy patients, this characteristic of REM sleep occurs suddenly *during the day*, causing weakness or full paralysis, even though the person remains awake during each episode.

---

Ms. Woolverton-Jones returned to see Dr. Robert Schriner at Memphis Lung Physicians Foundation on August 8, 2016 to follow up on her Narcolepsy with Cataplexy. She is taking Adderall XR 30mg for long-term therapy. She stated that she usually goes to sleep at about 9pm and wakes up between 7:30-8:30am. It only takes her a few minutes to fall asleep and she may occasionally wake briefly during the night spontaneously. She is not experiencing any difficulties with snoring or apnea. She does experience some fatigue throughout the day, but does not take scheduled naps. Dr. Schriner's plan is to renew her prescription for Xyrem, continue her on the Adderall 30mg and for her to follow up in 6 months.

On July 31, 2017, Ms. Woolverton-Jones returned to see Dr. Schriner to follow up on her Narcolepsy with Cataplexy. She still reports that she is getting about 9 hours of sleep a night, occasionally waking up briefly. She is experiencing moderate daytime sleepiness and some mild issues with double vision and weakness. She noted that she is off her medication due to the cost. Dr. Schriner prescribed her Effexor 25mg to help with the Cataplexy. He lowered the Adderall to 20mg and recommended she take naps during the day with emphasis on being careful when driving or operating machinery. She is to follow up in 6 months.

**Exhibit D: General Physical Residual Functional Capacity Questionnaire ("FCQ"); Dr. Robert Schriner (8/20/2018)**

On August 20, 2018, Dr. Schriner completed a General Physical Residual Functional Capacity Questionnaire ["FCQ"] on behalf of Ms. Woolverton-Jones. Key excerpts are as follows:

- Dr. Shriner diagnosed and treats Ms. Woolverton-Jones with/for narcolepsy *with* cataplexy; the diagnoses are supported by *objective evidence* as described in response to Question #6

- Patient's symptoms started in December, 2014; those symptoms persist and are generally constant (though seemingly stable)

- **Specific symptoms include daytime sleepiness and cataplexy; the latter manifesting itself in double vision and lower-extremity weakness**

- Patient is being treated for the narcolepsy with Nuvigil and Adderall; Xyrem for the cataplexy

- Her symptoms are expected to last for 12 months or longer

- Due to her diagnoses, she is also experiencing anxiety and increased stress

- Dr. Schriner believes the listed impairments are reasonably consistent with the symptoms and functional limitations as described.

- Patient is not a malingerer

- **The severity of her symptoms will *frequently* interfere with the attention and concentration needed to perform even simple work tasks**

- Patient can handle some degree of work stress, but only *low* stress jobs

- **FCQ concludes with statement by Doctor: "Major limitation from her ... disorder is predisposition to sleepiness despite medication therapy."**

**Exhibit E: Background/Credentials on Dr. Schriner**

As one can see, Dr. Schriner is a highly-trained and accomplished specialist in both pulmonary matters and sleep disorders. He served a residence, then fellowship, at the prestigious Mayo Graduate School of Medicine in Minnesota. He has been Medical Director at the Baptist Sleep Disorders Center since 1999.

**Exhibit F: Neurology Clinic**
8000 Centerview Pkwy, Ste. 300
Cordova, TN 38018

**Dr. Lee Stein, MD**
Neurologist

**Duration of Treatment:** since 2010
**Dates of Treatment include:** 8.8.2016; 2.9.2017

**Chief Diagnosis/Diagnoses:**
- Migraines
- Hypoglycemia
- Sleep Apnea
- Narcolepsy
- Cataplexy
- Right Lower Extremity Paresthesias
- Right Body Pain
- B12 Deficiency
- Breast Mass

On August 8, 2016, Ms. Woolverton-Jones returned to see Dr. Lee Stein for a follow up appointment. Dr. Stein notes that her migraines have improved with the use of Cambia. She stated that she had pain in the right knee. Dr. Stein prescribed her Fosamax to help. He also prescribed Pamelor to help with her headaches, as she was complaining of them happening daily. Dr. Stein told her to continue taking the B12 vitamin and to have it checked yearly; follow up appointment in 6 months.

Ms. Woolverton-Jones returned on February 9, 2017 for her follow up appointment. She stated that she had been experiencing some paresthesias in the last 24 hours and that she has weakness in her left leg after sitting for long periods of time. She was taking Pamelor, which she stated improved her headaches from daily to two times a week. She voluntarily stopped taking the medication. Dr. Stein noted that she has vascular headaches and prescribed her Neurontin to help with both the headaches and tremors. He thinks the right lower extremity paresthesias may be related to the B12 deficiency. He prescribed her Gabapentin 300mg and told her to follow up in 6 months.

**Exhibit G: Memphis Surgery Associates**
6029 Walnut Grove Rd. Ste. 404
Memphis, TN 38120

**Dr. Hugh Francis, III**
Vascular Surgery

**Duration of Treatment:** since 2017
**Dates of Treatment include:** 3.6.2017

**Chief Diagnosis/Diagnoses:**
- Left Breast Mass
- Nipple Discharge

Ms. Woolverton-Jones followed up with Dr. Kirby Smith at the Baptist East Medical Plaza on March 6, 2017 for a pre-surgery consultation. Dr. Smith noted she has been experiencing the discharge for 9 months. She had a mammogram that showed cystic changes in both breasts. She planned on scheduling the surgery for a biopsy of the nipple ducts for the following Monday, March 13, 2017 [*surgery since postponed or cancelled].

**Exhibit H: Sports Orthopedics & Spine**
569 Skyline Dr. Ste. 100
Jackson, TN 38301

**Dr. Keith Nord**
Orthopedic Surgery

**Duration of Treatment:** since 2017
**Dates of Treatment include:** 2.13.2017; 3.1.2017; 4.5.2017

On February 13, 2017, Ms. Woolverton-Jones visited Dr. Keith Nord at Sports Orthopedic & Spine. She complained of cervical spine and right hip pain. She stated the pain is constant and described it as aching. She informed Dr. Nord that the pain radiates down her whole left side and she has been to other doctors, but they have not helped. Dr. Nord's assessment included cervicalgia [neck pain that occurs toward the rear side of the cervical (upper) spinal vertebrae], cervical disc degeneration, and right-sided sciatica. His goals for Ms. Woolverton-Jones were pain relief and to be able to increase her function and activities of daily living. He recommended that she go to physical therapy 3 times a week for 4 weeks and to follow up with him in 6 weeks.

Ms. Woolverton-Jones returned on March 1, 2017 to follow up with Dr. Nord about the cervical spine MRI. She stated that her pain is still constant and described it as aching, shooting, and sharp. The MRI showed a tiny C6-7 protrusion. Dr. Nord gave her a Betamethasone injection to help with the pain and scheduled her for a follow up visit in 2 months.

On April 5, 2017, Ms. Woolverton-Jones returned for her follow up visit with Dr. Nord. She stated that her pain has not changed describing it as sharp and constant. She also stated the injection and the Mobic [pain medicine] have not helped. Dr. Nord's assessment notes that she has cervical disc displacement at C6-C7 level and Cervicalgia.

**Exhibit I: St. Francis Medical Partners (*a/k/a* Cardiovascular Physicians of Memphis)**
4901 Raleigh Common Dr., Ste. 100
Memphis, TN 38128

**Dr. Joseph Weinstein**
Board Certified in Cardiovascular Disease, Internal Medicine, Interventional Cardiology

**Dates of Treatment include:** 3.13.2017

Ms. Woolverton- Jones saw Dr. Joseph Weinstein on March 13, 2017, with complaints of heart palpitations, dizziness, and edema. She stated that the palpitations have been happening for years. There is no significant aggravating factor and nothing seems to make them better. Dr. Weinstein's plan for Ms. Woolverton-Jones was to perform an exercise nuclear test, an echocardiogram, and have her wear a halter monitor and follow up in 6 weeks.

**Exhibit J: Baptist Medical Group**
80 Humphreys Center Dr. Ste. 330
Memphis, TN 38120

**Dr. Kirby Smith**
Hematology, Oncology

**Duration of Treatment:** Since 2012
**Dates of Treatment Include:** 4.22.2016; 4.27.2016; 5.13.2016; 5.18.2016; 5.25.2016; 6.6.2016; 6.28.2016; 7.13.2016; 7.27.2016; 8.10.2016; 8.24.2016; 8.30.2016; 9.26.2016; 9.28.2016; 10.13.2016; 10.17.2016; 11.16.2016; 11.23.2016; 11.30.2016; 12.14.2016; 1.23.2017; 3.8.2017; 7.24.2017

**Chief Diagnosis/Diagnoses:**
- Migraines
- Hypercoagulable State
- Transient Cerebral Ischemias
- Daytime Hyper-somnolence
- Narcolepsy with Cataplexy
- Neck Pain
- Fracture of Rib – right side, delayed healing
- Senile Osteoporosis
- Nipple Discharge
- Osteoporosis
- Hypokalemia
- Elevated INR
- Iron Deficiency

On April 22, 2016, Ms. Woolverton-Jones sent her blood-work to Dr. Smith for an INR [*International Normalized Ratio, *i.e.*, laboratory measurement of how long it takes blood to clot; used to determine effects of oral anticoagulants on the clotting system; patient checks INR at home, then sends results to doctor's office]. Ms. Woolverton-Jones' level was 3.5, with Dr. Smith's goal to have it eventually between 2.0-3.0. She is to continue taking Warfarin 5mg daily and check her INR in a week. Per the lab results on April 27, 2016, Ms. Woolverton-Jones' INR level was at a 3.2. Dr. Smith continued to prescribe Warfarin 5mg daily and asked her to check the level again in a week.

On May 13, 2016, she had lab work done again to check her INR level. Dr. Smith's goal of 2.0-3.0 has stayed the same. Ms. Woolverton-Jones' level is at a 1.90. He continued to prescribe Warfarin 5mg.

On May 18 and May 25, 2016, she checked her levels for more lab work to be done. Her INR level was at a 2.60. Dr. Smith continued to Warfarin 5mg and asked her to follow up in a week.

Ms. Woolverton-Jones returned to the see Dr. Smith on June 6, 2016 to follow up on deep vein thrombosis and INR. Dr. Smith notes that her INR is at a level 3.1, he will keep her on the Warfarin 5mg as she is not experiencing any side effects from it. He stated that she began experiencing pain on her right side as she was getting out of bed. The pain was so severe that she has been unable to work since April 18. After a bone scan, it was discovered that she has fractures in the 11th and 12th ribs on her right side. She was referred for a bone density test. She states that she is uncomfortable and unable to work. Dr. Smith notes that he will try to get her in for a bone density evaluation at an earlier date and asks that she return in 3 months.

On June 28, 2016, Ms. Woolverton-Jones sent in more lab work to check her INR level. Her results show her INR at a level of 2.0. Dr. Smith is keeping her on the Warfarin 5mg and told her to follow up in a week.

On July 13, 2016, she sent in the lab work. Her INR is at a level 1.8. Dr. Smith is continuing to keep her on the Warfarin.

Ms. Woolverton-Jones returned to the office on July 27, 2016 to follow up on her anticoagulation and the nipple discharge. She stated that the nipple discharge is still occurring. She is scheduled for a mammogram that afternoon. She is also scheduled to have a nerve block in August. Dr. Smith notes that her INR is only a 1.3, so he increased her Warfarin to 7.5mg every day but Wednesday and Sunday when she will take 5mg.

On August 10, 2016, she had her INR checked again which was 2.5. She is to continue with the Warfarin 5mg on Sunday and Wednesday, 7.5mg every other day.

Ms. Woolverton-Jones returned on August 24, 2016 to follow up on her hypercoagulable syndrome, the fractured ribs, and the nipple discharge. She is still taking to Coumadin (Warfarin) for the hypercoagulable syndrome, Dr. Smith has her taking 7.5mg three days a week and 5mg the other 4 days of the week. She had a nerve block procedure done to help with the pain she's

experiencing due to the fractured ribs. She stated that it helped for about 10 days, but she is still experiencing it. She has had no relief from shoulder and hip pain on her right side. She is still experiencing the nipple discharge from her left breast. Dr. Roy Oswaks reviewed the mammograms she had done and stated the drainage was likely from a cyst(s). He stated they would follow up again in February unless the discharge becomes bloody or she develops new symptoms. She has not returned to work due to the pain she is experiencing. Dr. Smith's plan for Ms. Woolverton-Jones is to adjust the Coumadin to 7.5mg for 4 days a week and 5mg for the remaining 3 days. She is to check her INR the following Tuesday and send the results to his office. He also stated that he will schedule a galactogram [a medical diagnostic procedure for viewing the milk ducts; includes radiography of the ducts after injection of a radiopaque substance into the duct system] and asked her to follow up in one month.

On August 30, 2016, her INR was 2.8. Dr. Smith stated she was to take Warfarin 5mg on Sunday and Wednesday, 7.5mg the other 5 days.

On September 26, 2016, Ms. Woolverton-Jones returned to follow up on several health issues. She stated that she has low energy and isn't sleeping well. The first nerve block she has only helped her for about 10 days, and then the pain came back. She is scheduled for a second one in October. She is still experiencing pain in her right hip and shoulder, as well as the drainage in her left nipple is still occurring. The galactogram is scheduled for 2 days out. Her INR was 3, so Dr. Smith continued her on the same schedule for the Warfarin. Her recent Ferritin [a protein that contains iron and is the primary form of iron stored inside the cells] level was low, so Dr. Smith prescribed ferrous sulfate 325mg; he also prescribed vitamin D 4000 units daily since her bone density scan in June showed osteoporosis. She is to follow up in a month.

INR was 3.0 on 9.28.2016; it was at 2.3 on October 13, 2016.

On October 17, 2016, Ms. Woolverton-Jones returned to follow up with Dr. Smith. He stated that her INR has been fluctuating and they needed to adjust her Coumadin doses. Since her INR was 5.1 this visit Dr. Smith decided that she should not take the Coumadin that day or the next, and then start back up again at 5mg daily. The galactogram was postponed, but she did have another mammogram. She noted that in spite of her appetite being good, she has lost 10 pounds. She has been experiencing episodes of nausea, but no vomiting, and frequent loose stools. She continues to experience pain in different areas; she is seeing Dr. Martinez at the Campbell Clinic to pain management. She is to continue to monitor her INR from home and follow up in 6 weeks.

Her INR was 6.5 on November 16, 2016. Dr. Smith has her taking Warfarin 5mg on Monday, Wednesday, and Friday; 25mg on the remaining days throughout the week.

On November 23, 2016, her INR was 2.5. He kept her on the Warfarin 5mg on Monday, Wednesday, and Friday; 25mg the remaining 4 days of the week.

She returned to the office on November 30, 2016 to have her INR checked again. She is still complaining of right chest wall pain, lower back pain, and right sided neck pain. She would like another nerve block to help with the pain, but Dr. Smith notes that with her anticoagulation he is hesitant to do that. Her INR is 1.8; he adjusted the Coumadin dosage to 5mg daily and asked her

to recheck in 1 week. Her potassium level was low so Dr. Smith prescribed her potassium chloride 20mEq daily and asked her to have the level rechecked at her PCP in 10-14 days. She is to follow up with Dr. Smith in 6 weeks.

On December 14, 2016, her INR was 1.40. Dr. Smith prescribed Warfarin 5mg on Monday, Wednesday, and Friday; 25mg on the remaining days of the week.

On January 23, 2017, Ms. Woolverton-Jones returned to Dr. Smith's office to follow up on regulating the hypercoagulable state and the anticoagulation. She has been experiencing numbness on the entire right side of her body. She visited the Methodist Hospital ER on 12.29.2016, they performed a CT scan and an MRI of the brain, thinking it could be TIA [Transient Ischemic Attack]. Neither the CT scan nor the MRI showed any acute abnormalities; there were small areas of chronic microvascular ischemic change in the posterior left parietal regional. Ms. Woolverton-Jones stated that she had several episodes of nausea with vomiting about 3 weeks prior, but that has improved. She also stated that her appetite is poor and food seems repulsive. She is still experiencing pain on her right side and has been dealing with chronic constipation. Her INR at this visit was 1.4; Dr. Smith changed her dosage of Coumadin to 5mg daily and told her to monitor the level at home weekly. They are also monitoring her potassium level since it has been low in the past. He told her to follow up in one month.

Ms. Woolverton- Jones returned on March 8, 2017 to follow up on her anticoagulation and pain. She stated that the Paxil 10mg was not helping her anxiety. She has a cardiac evaluation the following week for the palpitations she's been having, as well as a left breast biopsy. She has been diagnosed with a bulging cervical disc and is receiving injections. Dr. Smith increased her Paxil prescription to 20mg daily and advised her to continue checking her INR weekly and report to them with the results. Follow up in 1 month.

On July 24, 2017, her INR was 2.70. Dr. Smith continued her on the Warfarin 5mg on Monday, Wednesday, and Friday; 25mg on the remaining 4 days of the week.

*Also included in **Exhibit J** are two medical forms that Dr. Smith completed for Ms. Woolverton-Jones. They may be summarized as follows:

- On June 16, 2016, Dr. Smith completed a leave (FMLA) form, stating that her condition began in April, 2016. **Due to her condition, she is unable to perform the essential functions of her daily job as she has trouble sitting, standing and/or walking.** He further stated that due to her condition, she would need to have follow-up treatments twice a month every month that would last up to 4 hours per appointment.
- Later, on August 4, 2016, Dr. Smith completed an Attending Physician Statement ["APS"] for Ms. Woolverton-Jones. He stated that her main complaints were right shoulder, side, and hip pain, as well as nipple discharge. She had a nerve block scheduled for that month to help with the pain. **Dr. Smith stated that she is still having trouble sitting, standing, and walking for long periods of time. He also noted that she has**

**not been able to return to work due to the pain and he estimated that would not happen until sometime in the next year.**

**Exhibit K: Margaret West Comprehensive Breast Center**
7945 Wolf River Blvd
Germantown, TN 38138

**Dr. Roy M. Oswaks, MD**
Breast Surgeon

**Duration of Treatment:** since August 2016
**Dates of Treatment include:** 8.8.2016; 2.8.2017

**Chief Diagnosis/Diagnoses:**
- Multiple Cysts

Ms. Woolverton-Jones first visited Dr. Oswaks at the Margaret West Comprehensive Breast Center on August 8, 2016. She stated that she has been experiencing left breast nipple discharge, yellowish in color, for the last 3 weeks. Dr. Oswaks performed a Sonographic Evaluation which revealed she had multiple cysts in the left breast. He recommended that she go for yearly mammograms, breast exams, and perform monthly self-exams. She is to follow up in 6 months.

She returned to see Dr. Oswaks on February 8, 2017. She is still experiencing some left nipple discharge. Dr. Oswaks performed another Sonographic Evaluation and noted that he still sees multiple cysts, and now is seeing an anechoic, well circumscribed lesion with no posterior enhancement. Ms. Woolverton-Jones noted that the she has been experiencing the discharge more often and that it is greenish in color. She asked about surgery, but Dr. Oswaks did not see surgery as indicated at that time. He recommended that she continue the monthly self-exams and the annual mammogram; he asked her to follow up in July, as well as to contact the office if there are any new symptoms.

**Exhibit L: Center for Adult Healthcare**
1629 Woodlawn Avenue
Dyersburg, TN 38024

**David P. Guthrie, MD**
Internal Medicine

**Duration of Treatment:** since 2016
**Dates of Treatment include:** 7.11.2016; 7.22.2016; 8.31.2016; 11.30.2016

**Chief Diagnosis/Diagnoses:**
- Osteoporosis
- Narcolepsy

Ms. Woolverton-Jones saw Dr. Guthrie on July 11, 2016 for a follow up. She reports that she has been diagnosed with osteoporosis and wants to discuss treatment options. She has also been having clear and sometimes yellow discharge from her left breast. She complains of having headaches at least once a week. She has a history of fatigue and back pain that radiates down to her buttocks and legs. She was put on vitamin D 50000 IU with instructions to take once a week. Dr. Guthrie suggested prescribing her Fosamax and advised her to get a mammogram.

She followed up with Dr. Guthrie on July 22, 2016. Her lab results were reviewed and it was determined that her vitamin D intake was low. Dr. Guthrie added 2000 IU qd to her vitamin D intake. He discussed the risks and prescribed her Fosamax 70mg to take once a week.

She reported back for her 6 week follow up on August 31, 2016. She still reports symptoms of back pain which radiates down to her buttocks and legs along with arthralgia/joint pain. Dr. Guthrie checked her vitamin D levels and conducted a comprehensive metabolic panel and complete blood count.

On November 30, 2016, she returned to Dr. Guthrie for her 2 month follow up. She had lost 10 lbs. since her last appointment in August. She reports that she is having a lumpectomy for her left breast and a nerve block for her back soon. The Dr. refilled her medications and was to conduct a basic metabolic panel in 2 weeks.

**SUMMARY OF LATEST MEDICAL EVIDENCE:**

Looking at the Company's April 2, 2018 letter, it should not go without saying that, among other things, the August, 2018 FCQ from Dr. Schriner came *after* the denial here. Thus, by definition, the claims-review process to date, and the decision to terminate benefits, cannot not have incorporated this key evidence. Any decision at this juncture to deny benefits without considering these materials would be arbitrary and capricious.

In sum, considering all the medical evidence now in the record – as to Ms. Woolverton-Jones' diagnosed, objective, multifactorial physical issues — plus side effects of pain medicine and other medications -- it is clear that her claim is fully supported by her medical providers, who are attempting to help with her unfortunate and multifactorial medical problems. And, so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755 (11th Cir. 1996).

In *Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*See also, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind ... that a participant and her ERISA plan administrator are not *adversaries*. ... A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S. Ct. at 2347. *This means that the plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case* .... As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

**MEDICATIONS:**

Specific information on Ms. Woolverton-Jones' medications is listed on the attached **Exhibit M**.[5] Yet, from what appears, the Company has failed to take into proper consideration side effects of our client's medications, the medical impact on her functioning, alertness and concentration levels, and the resulting overall combination of physical impairments. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Unum Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W. D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1547 (M.D. Fla. 1996) (plan administrator abused his discretion by "discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to ... work").

Further, the fact that Ms. Woolverton-Jones' treating medical professional(s) have prescribed pain medication (Mobic) is itself objective, verifiable evidence of pain and other impairment, and thus evidence of disability. *Flanigan v. Liberty Life Assurance Company of Boston*, 277 F. Supp. 2d 840, 844 (S.D. Ohio 2003).

**CONCLUSION:**

Under any legal standard of review that may apply here,[6] the Company erroneously concluded that Ms. Woolverton-Jones does not suffer from significant medical issues that

---

[5] If/when additional/updated information on medications and specific side effects is available for our client, we will supplement this appeal letter.

[6] In *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the Supreme Court held that ERISA does not create standards by which courts review an administrator's decision to deny benefits. The Court established two standards: (1) where administrator acts without discretion to determine eligibility or construe terms of an ERISA Plan, court reviews the decision *de novo*. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does have discretion, court instead reviews decision under a deferential, *i.e.*, arbitrary and capricious, standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. Here, since the Liberty LTD Policy specifies Arkansas as the Governing Jurisdiction, the second option (arbitrary and capricious) is foreclosed, and a *de novo* standard will apply. *See*, Arkansas (Insurance) Rule 054-00-101 (2013) (*banning discretionary clauses).

reasonably prevent her from returning to gainful employment. LTD benefits should be granted and paid going forward. As reflected by the treatment and opinions of Dr. Schriner and her other treating providers, Ms. Woolverton-Jones is in no position to return to any sort of full-time employment at this time; as to her prior job as an optician, this is particularly true given what was noted above from her official job description – her job requires constant attention to detail and fine motor skills/hand-eye coordination.

In fact, Dr. Schriner and our client's other medical providers are the *only* professionals who have seen and treated Ms. Woolverton-Jones consistently over the course of time, and with the ameliorative goal of helping her get better (even if unsuccessful). Further, although the 4/2/2018 denial letter seeks "cover" behind a records review by an unidentified Physician Board Certified in Internal Medicine, such opinions are generally of dubious value. **Specifically, the opinions of this unidentified physician are suspect because (for whatever reason) they focus heavily on just one issue – thoracic back pain – that, all things considered, is a lesser of our client's worries at this stage.**

*See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (failure to conduct a physical examination may raise questions about the thoroughness and accuracy of the benefits determination.....Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate; [experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements...).

*See also, Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, reliance on a non-examining physician's opinion premised on a records review alone is suspect and *suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro, Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014) ("[The] reliance on a non-examining physician's opinion premised on a records review alone is suspect and *suggests that the insurer is looking for a reason to deny benefits*" [citations omitted]) (emphasis supplied).

*And see, Granville, supra,* 2015 U.S. Dist. LEXIS 167631, in which the District Court stated:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's

---

decision-making process," and (2) "structural concerns regarding how the particular ... plan was funded." *Miller v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]the procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Unum Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).

Examples of procedural anomalies that suggest arbitrariness include: (1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures. *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.*, 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

Liberty's decision here – based on mere review of medical records – comes notwithstanding the fact that the Policy at issue permitted the Company to insist on an actual examination, *i.e.*, a true IME.[7] The fact that the Company instead made a decision based only on a review of records does not fit with reasonable Policy expectations of Ms. Woolverton-Jones in considering how her claim would be handled in the event that she suffered a disability. In this light, the decision is nothing if it is not arbitrary and capricious.

*See, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that **Liberty's** denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ruling in *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here -- including the opinions of Dr. Schriner. Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, may

[7] Note: the provision regarding examinations appears on the bottom of the first page of Section 7 ("General Provisions") in the combined STD/LTD policy: "Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required."

not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians." *Id.* at 834.

Finally, on a broad level, one should consider carefully the Supreme Court's admonition in the *Black & Decker Disability Plan* opinion cited directly above (538 U.S. 822). The highest Court in the land instructed all stakeholders that "ERISA was enacted to protect the interest of employees and beneficiaries in ... employee benefit plan[s] and to protect contractually defined benefits." *Id.*, 538 U.S. at 830. Based on the information already in Liberty's claims file, the information submitted with this appeal letter -- plus the file(s) on the companion STD claim with Sedgwick -- it should be clear that Ms. Woolverton-Jones does, in fact, meet the requisite definition of Disability/Disabled under the Plan/Policy.

Before concluding, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Ms. Woolverton-Jones' claim, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter. This includes additional records from Dr. Schriner; it also includes without limitation records from Dr. Santos Martinez (pain management doctor) and Dr. Lawrence Wruble (gastroenterology).

Second, as provided on the page 3 of the April 2, 2018 termination letter, Ms. Woolverton-Jones should receive, free of charge, copies of all documents, records and other information relevant to her claim for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

*This specifically includes the Policy plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determination to date. Our request for copies also includes all reports generated by medical or vocational personnel employed by, or contracted with, Liberty. This specifically includes the report by the Physician Board Certified in Internal Medicine cited on the bottom of page 2 of the April 2, 2018 denial letter.[8]

In conclusion, I would ask that you award and bring Ms. Woolverton-Jones current in a lump–sum payment for all past–due LTD benefits -- plus interest[9] -- then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Ms. Woolverton-Jones all LTD benefits to which she was entitled and

---

[8] On this note, our review of the claims file provided to-date does not contain any report or the like from the cited Physician.

[9] *See, Curtis v. Unum Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest specifically applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

still is owed; as well as those benefits to which she still is entitled, now or in the future; plus acknowledge and preserve her right (if needed) to make application in the future for LTD benefits that have not yet come due.[10] *This includes benefits if/when the pertinent definition of disability shifts to the "Any Occupation" definition.*

With this in mind, please note that – to the extent that Liberty may reinstate or issue any benefits going forward -- any checks, remittances or other (electronic) fund transfers should be directed to my law office, not directly to Ms. Woolverton-Jones; this in accordance with the attached authorization that Ms. Woolverton-Jones has executed. *See*, **Exhibit N.**

This letter is sent without waiver of, or prejudice to, Ms. Woolverton-Jones' rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if the Company needs Ms. Woolverton-Jones to do anything else (reasonable) to exhaust her remedies or perfect her claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Liberty.

I look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison

/s/ K. Cody Allison
By: K. Cody Allison

KCA/sdp
Enclosures (Exhibits # A-N)

cc: Sherry Woolverton-Jones (w/o encl.)

[10] Please note that all amounts claimed above should also necessarily include any applicable or accrued cost–of-living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

9J276180001

Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Parkway
Suite # 1623
Nashville, TN 37219

7018 0360 0000 5370 2828

CPU

U.S. POSTAGE
$8.04
FCMF 0000
Orig: 37064
Dest: 40742 2S
09/29/18
11082110 06
R2305P151138

Group Benefits Claims Appeal Unit
Liberty Life Assurance Co. of Boston
Group – Charlotte WM – Appeal Review
PO Box 7216
London, KY 40742-7216

# Fax Transmission

| | | | |
|---|---|---|---|
| **To:** | Group Benefits Claims Appeal Unit -- Liberty Life | **From:** | Samuel D. Payne, Esq. |
| **Fax:** | 16033348380 | **Date:** | 9/28/2018 4:18:56 PM PDT |
| **RE:** | LTD Claim 7901760 -- Appeal Letter | **Pages:** | 19 |

---

**Comments:**

In re:

| | |
|---|---|
| My Client: | Sherry Woolverton-Jones |
| LTD Claim No.: | 7901760 |
| Policyholder/Plan Sponsor/Employer: | Wal-Mart Stores, Inc. |
| Underwriting Co.: | Liberty Life Assurance Co. of Boston |
| Policy No.: | GD/GF3-850-290765-01 |
| DOB: | |

** NOTE -- EXHIBITS TO APPEAL LETTER WILL COME WITH U.S. MAIL COPY **

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

September 28, 2018

**CERTIFIED MAIL # 7018 0360 0000 5370 2828**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: # (603) 334-8380**

Group Benefits Claims Appeal Unit
Liberty Life Assurance Co. of Boston
Group – Charlotte WM
PO Box 7216
London, KY 40742–7216

Attn: Appeal Review Unit

| | | |
|---|---|---|
| **Re:** | **My Client:** | **Sherry Woolverton-Jones** |
| | **LTD Claim No.:** | **7901760** |
| | **Policyholder/Plan Sponsor/Employer:** | **Wal-Mart Stores, Inc.** |
| | **Underwriting Co.:** | **Liberty Life Assurance Co. of Boston** |
| | **Policy No.:** | **GD/GF3-850-290765-01** |
| | **DOB:** | |

This law firm represents Sherry Woolverton-Jones regarding her long-term disability ["LTD"] benefits under the Plan/Policy as referenced above. Throughout this letter, Liberty Life Assurance Co. of Boston ["**Liberty**"] and Wal-Mart may be collectively referred to as the "Company."

This letter, with enclosures, is intended to serve as an official request for review/appeal in this matter, pursuant to the terms of the insurance contract; governing federal ERISA law/regulations, including without limitation 29 U.S.C. § 1133; as well as the language of Liberty's April 2, 2018 denial letter. A copy of that letter is attached as **Exhibit A**.

To be clear, my letter today represents a continuing effort on behalf of Ms. Woolverton-Jones to exhaust completely all administrative remedies. If, at any time, the Company needs Ms. Woolverton-Jones to do anything else (reasonable) to exhaust her remedies or perfect her claim, please let us know. This includes completing any additional needed forms, questionnaires or the like for the Company.

Also, with respect to potential Social Security disability benefits (SSDI), we understand that our client has made application, but has yet to receive any award; she is waiting on a hearing date. If updated information or supporting documentation in this regard becomes available, then undersigned counsel may elect to supplement this letter (*and that may occur even after the administrative record here has "closed," since that claim is already under way). At the same time, to the extent that medical records or information generated in the course of the SSD proceeding are properly considered in the context of this LTD claim, we are assuming that the Company already has, or has access to, those records.[1]

## INTRODUCTION:

To address the background for this claim, we point out the following: Ms. Woolverton-Jones is now 47 years old, and her date of birth is in September, 1971. She was employed by Wal-Mart (at a Sam's Club store) for over four years; she was employed as a Licensed (Dispensing) Optician until her last day worked, which was on or about April 18, 2016. Available information indicates that her wage rate was $27.85 per hour.

Further, information on her job (job description) is attached as **Exhibit B**. In this regard, it should be noted that the Essential Functions listed on that document include precise tasks that would naturally require steady attention and focus. For example, her job functions included **"measuring, adjusting, and repairing frames and lenses[;] completing eyewear/contact lens orders[;] identifying and verifying prescription information[;] completing and maintaining paperwork, forms, and other required documentation…[;] and performing and recording results of optometric pre-tests."** Also, listed under Physical Activities is the requirement of **"fine motor skills and hand-eye coordination."**

However, as mentioned, Ms. Woolverton-Jones was forced to stop working in April 2016, this due to multifactorial physical problems; those problems include, without limitation, narcolepsy and cataplexy[2]; cardiac arrhythmia (irregular heartbeat); hypercoagulable syndrome (blood clotting disorder); osteoporosis; carpal tunnel syndrome; neuropathy; chronic migraines; tremors; and right shoulder, hip, and neck pain.

## LTD PLAN'S DEFINITION OF "DISABILITY":

According to the Company's April 2, 2018 letter, the analysis -- for the first 24 months that LTD benefits are paid -- turns on whether our client has an injury or sickness that renders her **"unable to perform the Material and Substantial Duties of … [her] Own Occupation."**

---

1 As far as we are aware, the Company has a signed medical release/authorization from Ms. Woolverton-Jones that would permit it to request any SSD records that are deemed needed. If this is not correct, please let this office know.

2 **Narcolepsy** is a condition characterized by the extreme tendency to fall asleep whenever in a relaxing surrounding. In turn, **cataplexy** is a medical condition in which strong emotion or laughter causes one to suffer a sudden physical collapse, although remaining conscious. Stated otherwise, cataplexy is a sudden and uncontrollable muscle weakness or paralysis that comes on during the day; it is often triggered by strong emotions such as excitement or laughter.

The key term "**Own Occupation**" is itself defined as the "**occupation that [the Covered Person] … was performing when … Disability … began**." Further, and importantly, **"[f]or the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart…."**

Also, the definition of "**Sickness**" is "illness, disease, pregnancy or complications of pregnancy."

**REASON FOR DENIAL OF BENEFITS:**

The gist of the April 2, 2018 Company denial/termination letter is as follows:

> "We have completed a review of your [LTD] claim and have determined that benefits are not payable….Based on the information received, you do not meet the definition of disability as defined below…. [After reviewing medical records from Dr. Smith from April, 2016–March, 2017,] we referred your claim for clinical review and assessment by a Physician Board Certified in Internal Medicine. Based on the medical information received, the review concluded the following: 'Medical records indicate in April 2016, the claimant complained of right lower thoracic back pain and was found to have two non-displaced rib fractures of T-11 and T–12 on right side without history of trauma. Although pain continues to be reported, this would not necessarily cause impairment for her occupation as Optician. Her bone density test showed borderline criteria for osteoporosis in hip area only and not in spine readings. The available medical records do not support impairment as of October 25, 2016." Since we did not receive sufficient medical information to support your disability, your claim has been denied."

**MEDICAL EVIDENCE THAT MS. WOOLVERTON-JONES CANNOT WORK:**

In addition to all the medical information/records already contained in the claims file, we now attach the following:[3]

**Exhibit C: Memphis Lung Physicians Foundation[4]**
1500 W. Poplar Ave. Ste. 312
Collierville, TN 38017

**Robert Schriner, MD**
Board Certified in Internal Medicine, Pulmonary Disease, Sleep Medicine

**Duration of Treatment:** since 2014
**Dates of Treatment include:** 6.8.2016; 8.8.2016; 11.23.2016; 3.7.2017; 7.3.2017; 7.31.2017

3 For the sake of completeness, we also note that there was a prior short-term disability (STD claim) that was handled and resolved via Sedgwick. We imagine that Liberty already has a copy of that file, as well; its contents, with all medical proof, are hereby adopted and incorporated by reference. However, if you need a copy of the Sedgwick/STD claim file(s), please advise immediately, and we will provide same.

4 Please understand that all medical records and related documents tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

**Chief Diagnosis/Diagnoses:**

- Narcolepsy with Cataplexy
- Daytime Hypersomnolence

**Again, for context, cataplexy is a sudden and uncontrollable muscle weakness or paralysis that comes on during the day; it is often triggered by a strong emotion, such as excitement or laughter. Without much warning, a person will lose muscle tone and can have slack jaw, broken speech, buckled knees, or total weakness in the face, arms, legs, and trunk. A person experiencing total cataplexy stays awake and is aware of what is happening, *but cannot move*. These episodes may last up to several minutes, and some persons with this condition may fall asleep after. The frequency of cataplexy episodes varies widely among persons with narcolepsy. Some individuals attempt to avoid emotions that may bring on cataplexy.

The loss of muscle tone in cataplexy patients occurs due to the inability to regulate sleep and awake states -- thus, elements of each can overlap. During normal rapid-eye movement (REM) sleep, there is a natural loss of muscle tone. In the case of cataplexy patients, this characteristic of REM sleep occurs suddenly *during the day*, causing weakness or full paralysis, even though the person remains awake during each episode.

==============

Ms. Woolverton-Jones returned to see Dr. Robert Schriner at Memphis Lung Physicians Foundation on August 8, 2016 to follow up on her Narcolepsy with Cataplexy. She is taking Adderall XR 30mg for long-term therapy. She stated that she usually goes to sleep at about 9pm and wakes up between 7:30-8:30am. It only takes her a few minutes to fall asleep and she may occasionally wake briefly during the night spontaneously. She is not experiencing any difficulties with snoring or apnea. She does experience some fatigue throughout the day, but does not take scheduled naps. Dr. Schriner's plan is to renew her prescription for Xyrem, continue her on the Adderall 30mg and for her to follow up in 6 months.

On July 31, 2017, Ms. Woolverton-Jones returned to see Dr. Schriner to follow up on her Narcolepsy with Cataplexy. She still reports that she is getting about 9 hours of sleep a night, occasionally waking up briefly. She is experiencing moderate daytime sleepiness and some mild issues with double vision and weakness. She noted that she is off her medication due to the cost. Dr. Schriner prescribed her Effexor 25mg to help with the Cataplexy. He lowered the Adderall to 20mg and recommended she take naps during the day with emphasis on being careful when driving or operating machinery. She is to follow up in 6 months.

**Exhibit D: General Physical Residual Functional Capacity Questionnaire ("FCQ"); Dr. Robert Schriner (8/20/2018)**

On August 20, 2018, Dr. Schriner completed a General Physical Residual Functional Capacity Questionnaire ["FCQ"] on behalf of Ms. Woolverton-Jones. Key excerpts are as follows:

- Dr. Shriner diagnosed and treats Ms. Woolverton-Jones with/for narcolepsy *with* cataplexy; the diagnoses are supported by *objective evidence* as described in response to Question #6

- Patient's symptoms started in December, 2014; those symptoms persist and are generally constant (though seemingly stable)

- **Specific symptoms include daytime sleepiness and cataplexy; the latter manifesting itself in double vision and lower-extremity weakness**

- Patient is being treated for the narcolepsy with Nuvigil and Adderall; Xyrem for the cataplexy

- Her symptoms are expected to last for 12 months or longer

- Due to her diagnoses, she is also experiencing anxiety and increased stress

- Dr. Schriner believes the listed impairments are reasonably consistent with the symptoms and functional limitations as described.

- Patient is not a malingerer

- **The severity of her symptoms will *frequently* interfere with the attention and concentration needed to perform even simple work tasks**

- Patient can handle some degree of work stress, but only *low* stress jobs

- **FCQ concludes with statement by Doctor: "Major limitation from her … disorder is predisposition to sleepiness despite medication therapy."**

**<u>Exhibit E: Background/Credentials on Dr. Schriner</u>**

As one can see, Dr. Schriner is a highly-trained and accomplished specialist in both pulmonary matters and sleep disorders. He served a residence, then fellowship, at the prestigious Mayo Graduate School of Medicine in Minnesota. He has been Medical Director at the Baptist Sleep Disorders Center since 1999.

**<u>Exhibit F: Neurology Clinic</u>**
8000 Centerview Pkwy, Ste. 300
Cordova, TN 38018

**Dr. Lee Stein, MD**
Neurologist

**Duration of Treatment:** since 2010
**Dates of Treatment include:** 8.8.2016; 2.9.2017

**Chief Diagnosis/Diagnoses:**

- Migraines
- Hypoglycemia
- Sleep Apnea
- Narcolepsy
- Cataplexy
- Right Lower Extremity Paresthesias
- Right Body Pain
- B12 Deficiency
- Breast Mass

On August 8, 2016, Ms. Woolverton-Jones returned to see Dr. Lee Stein for a follow up appointment. Dr. Stein notes that her migraines have improved with the use of Cambia. She stated that she had pain in the right knee. Dr. Stein prescribed her Fosamax to help. He also prescribed Pamelor to help with her headaches, as she was complaining of them happening daily. Dr. Stein told her to continue taking the B12 vitamin and to have it checked yearly; follow up appointment in 6 months.

Ms. Woolverton-Jones returned on February 9, 2017 for her follow up appointment. She stated that she had been experiencing some paresthesias in the last 24 hours and that she has weakness in her left leg after sitting for long periods of time. She was taking Pamelor, which she stated improved her headaches from daily to two times a week. She voluntarily stopped taking the medication. Dr. Stein noted that she has vascular headaches and prescribed her Neurontin to help with both the headaches and tremors. He thinks the right lower extremity paresthesias may be related to the B12 deficiency. He prescribed her Gabapentin 300mg and told her to follow up in 6 months.

**<u>Exhibit G: Memphis Surgery Associates</u>**
6029 Walnut Grove Rd. Ste. 404
Memphis, TN 38120

**Dr. Hugh Francis, III**
Vascular Surgery

**Duration of Treatment:** since 2017
**Dates of Treatment include:** 3.6.2017

**Chief Diagnosis/Diagnoses:**

- Left Breast Mass
- Nipple Discharge

Ms. Woolverton-Jones followed up with Dr. Kirby Smith at the Baptist East Medical Plaza on March 6, 2017 for a pre-surgery consultation. Dr. Smith noted she has been experiencing the discharge for 9 months. She had a mammogram that showed cystic changes in both breasts. She planned on scheduling the surgery for a biopsy of the nipple ducts for the following Monday, March 13, 2017 [*surgery since postponed or cancelled].

**<u>Exhibit H: Sports Orthopedics & Spine</u>**
569 Skyline Dr. Ste. 100
Jackson, TN 38301

**Dr. Keith Nord**
Orthopedic Surgery

**Duration of Treatment:** since 2017
**Dates of Treatment include:** 2.13.2017; 3.1.2017; 4.5.2017

On February 13, 2017, Ms. Woolverton-Jones visited Dr. Keith Nord at Sports Orthopedic & Spine. She complained of cervical spine and right hip pain. She stated the pain is constant and described it as aching. She informed Dr. Nord that the pain radiates down her whole left side and she has been to other doctors, but they have not helped. Dr. Nord's assessment included cervicalgia [neck pain that occurs toward the rear side of the cervical (upper) spinal vertebrae], cervical disc degeneration, and right-sided sciatica. His goals for Ms. Woolverton-Jones were pain relief and to be able to increase her function and activities of daily living. He recommended that she go to physical therapy 3 times a week for 4 weeks and to follow up with him in 6 weeks.

Ms. Woolverton-Jones returned on March 1, 2017 to follow up with Dr. Nord about the cervical spine MRI. She stated that her pain is still constant and described it as aching, shooting, and sharp. The MRI showed a tiny C6-7 protrusion. Dr. Nord gave her a Betamethasone injection to help with the pain and scheduled her for a follow up visit in 2 months.

On April 5, 2017, Ms. Woolverton-Jones returned for her follow up visit with Dr. Nord. She stated that her pain has not changed describing it as sharp and constant. She also stated the injection and the Mobic [pain medicine] have not helped. Dr. Nord's assessment notes that she has cervical disc displacement at C6-C7 level and Cervicalgia.

**Exhibit I: St. Francis Medical Partners (*a/k/a* Cardiovascular Physicians of Memphis)**
4901 Raleigh Common Dr., Ste. 100
Memphis, TN 38128

**Dr. Joseph Weinstein**
Board Certified in Cardiovascular Disease, Internal Medicine, Interventional Cardiology

**Dates of Treatment include:** 3.13.2017

Ms. Woolverton- Jones saw Dr. Joseph Weinstein on March 13, 2017, with complaints of heart palpitations, dizziness, and edema. She stated that the palpitations have been happening for years. There is no significant aggravating factor and nothing seems to make them better. Dr. Weinstein's plan for Ms. Woolverton-Jones was to perform an exercise nuclear test, an echocardiogram, and have her wear a halter monitor and follow up in 6 weeks.

**Exhibit J: Baptist Medical Group**
80 Humphreys Center Dr. Ste. 330
Memphis, TN 38120

**Dr. Kirby Smith**
Hematology, Oncology

**Duration of Treatment:** Since 2012
**Dates of Treatment Include:** 4.22.2016; 4.27.2016; 5.13.2016; 5.18.2016; 5.25.2016; 6.6.2016; 6.28.2016; 7.13.2016; 7.27.2016; 8.10.2016; 8.24.2016; 8.30.2016; 9.26.2016; 9.28.2016; 10.13.2016; 10.17.2016; 11.16.2016; 11.23.2016; 11.30.2016; 12.14.2016; 1.23.2017; 3.8.2017; 7.24.2017

**Chief Diagnosis/Diagnoses:**

- Migraines
- Hypercoagulable State
- Transient Cerebral Ischemias
- Daytime Hyper-somnolence
- Narcolepsy with Cataplexy
- Neck Pain
- Fracture of Rib – right side, delayed healing
- Senile Osteoporosis
- Nipple Discharge
- Osteoporosis
- Hypokalemia
- Elevated INR
- Iron Deficiency

On April 22, 2016, Ms. Woolverton-Jones sent her blood-work to Dr. Smith for an INR [*International Normalized Ratio, *i.e.*, laboratory measurement of how long it takes blood to clot; used to determine effects of oral anticoagulants on the clotting system; patient checks INR at home, then sends results to doctor's office]. Ms. Woolverton-Jones' level was 3.5, with Dr. Smith's goal to have it eventually between 2.0-3.0. She is to continue taking Warfarin 5mg daily and check her INR in a week. Per the lab results on April 27, 2016, Ms. Woolverton-Jones' INR level was at a 3.2. Dr. Smith continued to prescribe Warfarin 5mg daily and asked her to check the level again in a week.

On May 13, 2016, she had lab work done again to check her INR level. Dr. Smith's goal of 2.0-3.0 has stayed the same. Ms. Woolverton-Jones' level is at a 1.90. He continued to prescribe Warfarin 5mg.

On May 18 and May 25, 2016, she checked her levels for more lab work to be done. Her INR level was at a 2.60. Dr. Smith continued to Warfarin 5mg and asked her to follow up in a week.

Ms. Woolverton-Jones returned to the see Dr. Smith on June 6, 2016 to follow up on deep vein thrombosis and INR. Dr. Smith notes that her INR is at a level 3.1, he will keep her on the Warfarin 5mg as she is not experiencing any side effects from it. He stated that she began experiencing pain on her right side as she was getting out of bed. The pain was so severe that she has been unable to work since April 18. After a bone scan, it was discovered that she has fractures in the 11th and 12th ribs on her right side. She was referred for a bone density test. She states that she is uncomfortable and unable to work. Dr. Smith notes that he will try to get her in for a bone density evaluation at an earlier date and asks that she return in 3 months.

On June 28, 2016, Ms. Woolverton-Jones sent in more lab work to check her INR level. Her results show her INR at a level of 2.0. Dr. Smith is keeping her on the Warfarin 5mg and told her to follow up in a week.

On July 13, 2016, she sent in the lab work. Her INR is at a level 1.8. Dr. Smith is continuing to keep her on the Warfarin.

Ms. Woolverton-Jones returned to the office on July 27, 2016 to follow up on her anticoagulation and the nipple discharge. She stated that the nipple discharge is still occurring. She is scheduled for a mammogram that afternoon. She is also scheduled to have a nerve block in August. Dr. Smith notes that her INR is only a 1.3, so he increased her Warfarin to 7.5mg every day but Wednesday and Sunday when she will take 5mg.

On August 10, 2016, she had her INR checked again which was 2.5. She is to continue with the Warfarin 5mg on Sunday and Wednesday, 7.5mg every other day.

Ms. Woolverton-Jones returned on August 24, 2016 to follow up on her hypercoagulable syndrome, the fractured ribs, and the nipple discharge. She is still taking to Coumadin (Warfarin) for the hypercoagulable syndrome, Dr. Smith has her taking 7.5mg three days a week and 5mg the other 4 days of the week. She had a nerve block procedure done to help with the pain she's

experiencing due to the fractured ribs. She stated that it helped for about 10 days, but she is still experiencing it. She has had no relief from shoulder and hip pain on her right side. She is still experiencing the nipple discharge from her left breast. Dr. Roy Oswaks reviewed the mammograms she had done and stated the drainage was likely from a cyst(s). He stated they would follow up again in February unless the discharge becomes bloody or she develops new symptoms. She has not returned to work due to the pain she is experiencing. Dr. Smith's plan for Ms. Woolverton-Jones is to adjust the Coumadin to 7.5mg for 4 days a week and 5mg for the remaining 3 days. She is to check her INR the following Tuesday and send the results to his office. He also stated that he will schedule a galactogram [a medical diagnostic procedure for viewing the milk ducts; includes radiography of the ducts after injection of a radiopaque substance into the duct system] and asked her to follow up in one month.

On August 30, 2016, her INR was 2.8. Dr. Smith stated she was to take Warfarin 5mg on Sunday and Wednesday, 7.5mg the other 5 days.

On September 26, 2016, Ms. Woolverton-Jones returned to follow up on several health issues. She stated that she has low energy and isn't sleeping well. The first nerve block she has only helped her for about 10 days, and then the pain came back. She is scheduled for a second one in October. She is still experiencing pain in her right hip and shoulder, as well as the drainage in her left nipple is still occurring. The galactogram is scheduled for 2 days out. Her INR was 3, so Dr. Smith continued her on the same schedule for the Warfarin. Her recent Ferritin [a protein that contains iron and is the primary form of iron stored inside the cells] level was low, so Dr. Smith prescribed ferrous sulfate 325mg; he also prescribed vitamin D 4000 units daily since her bone density scan in June showed osteoporosis. She is to follow up in a month.

INR was 3.0 on 9.28.2016; it was at 2.3 on October 13, 2016.

On October 17, 2016, Ms. Woolverton-Jones returned to follow up with Dr. Smith. He stated that her INR has been fluctuating and they needed to adjust her Coumadin doses. Since her INR was 5.1 this visit Dr. Smith decided that she should not take the Coumadin that day or the next, and then start back up again at 5mg daily. The galactogram was postponed, but she did have another mammogram. She noted that in spite of her appetite being good, she has lost 10 pounds. She has been experiencing episodes of nausea, but no vomiting, and frequent loose stools. She continues to experience pain in different areas; she is seeing Dr. Martinez at the Campbell Clinic to pain management. She is to continue to monitor her INR from home and follow up in 6 weeks.

Her INR was 6.5 on November 16, 2016. Dr. Smith has her taking Warfarin 5mg on Monday, Wednesday, and Friday; 25mg on the remaining days throughout the week.

On November 23, 2016, her INR was 2.5. He kept her on the Warfarin 5mg on Monday, Wednesday, and Friday; 25mg the remaining 4 days of the week.

She returned to the office on November 30, 2016 to have her INR checked again. She is still complaining of right chest wall pain, lower back pain, and right sided neck pain. She would like another nerve block to help with the pain, but Dr. Smith notes that with her anticoagulation he is hesitant to do that. Her INR is 1.8; he adjusted the Coumadin dosage to 5mg daily and asked her

to recheck in 1 week. Her potassium level was low so Dr. Smith prescribed her potassium chloride 20mEq daily and asked her to have the level rechecked at her PCP in 10-14 days. She is to follow up with Dr. Smith in 6 weeks.

On December 14, 2016, her INR was 1.40. Dr. Smith prescribed Warfarin 5mg on Monday, Wednesday, and Friday; 25mg on the remaining days of the week.

On January 23, 2017, Ms. Woolverton-Jones returned to Dr. Smith's office to follow up on regulating the hypercoagulable state and the anticoagulation. She has been experiencing numbness on the entire right side of her body. She visited the Methodist Hospital ER on 12.29.2016, they performed a CT scan and an MRI of the brain, thinking it could be TIA [Transient Ischemic Attack]. Neither the CT scan nor the MRI showed any acute abnormalities; there were small areas of chronic microvascular ischemic change in the posterior left parietal regional. Ms. Woolverton-Jones stated that she had several episodes of nausea with vomiting about 3 weeks prior, but that has improved. She also stated that her appetite is poor and food seems repulsive. She is still experiencing pain on her right side and has been dealing with chronic constipation. Her INR at this visit was 1.4; Dr. Smith changed her dosage of Coumadin to 5mg daily and told her to monitor the level at home weekly. They are also monitoring her potassium level since it has been low in the past. He told her to follow up in one month.

Ms. Woolverton- Jones returned on March 8, 2017 to follow up on her anticoagulation and pain. She stated that the Paxil 10mg was not helping her anxiety. She has a cardiac evaluation the following week for the palpitations she's been having, as well as a left breast biopsy. She has been diagnosed with a bulging cervical disc and is receiving injections. Dr. Smith increased her Paxil prescription to 20mg daily and advised her to continue checking her INR weekly and report to them with the results. Follow up in 1 month.

On July 24, 2017, her INR was 2.70. Dr. Smith continued her on the Warfarin 5mg on Monday, Wednesday, and Friday; 25mg on the remaining 4 days of the week.

*Also included in **Exhibit J** are two medical forms that Dr. Smith completed for Ms. Woolverton-Jones. They may be summarized as follows:

- On June 16, 2016, Dr. Smith completed a leave (FMLA) form, stating that her condition began in April, 2016**. Due to her condition, she is unable to perform the essential functions of her daily job as she has trouble sitting, standing and/or walking**. He further stated that due to her condition, she would need to have follow-up treatments twice a month every month that would last up to 4 hours per appointment.

- Later, on August 4, 2016, Dr. Smith completed an Attending Physician Statement ["APS"] for Ms. Woolverton-Jones. He stated that her main complaints were right shoulder, side, and hip pain, as well as nipple discharge. She had a nerve block scheduled for that month to help with the pain. **Dr. Smith stated that she is still having trouble sitting, standing, and walking for long periods of time. He also noted that she has**

**not been able to return to work due to the pain and he estimated that would not happen until sometime in the next year.**

**<u>Exhibit K: Margaret West Comprehensive Breast Center</u>**
7945 Wolf River Blvd
Germantown, TN 38138

**Dr. Roy M. Oswaks, MD**
Breast Surgeon

**Duration of Treatment:** since August 2016
**Dates of Treatment include:** 8.8.2016; 2.8.2017

**Chief Diagnosis/Diagnoses:**

- Multiple Cysts

Ms. Woolverton-Jones first visited Dr. Oswaks at the Margaret West Comprehensive Breast Center on August 8, 2016. She stated that she has been experiencing left breast nipple discharge, yellowish in color, for the last 3 weeks. Dr. Oswaks performed a Sonographic Evaluation which revealed she had multiple cysts in the left breast. He recommended that she go for yearly mammograms, breast exams, and perform monthly self-exams. She is to follow up in 6 months.

She returned to see Dr. Oswaks on February 8, 2017. She is still experiencing some left nipple discharge. Dr. Oswaks performed another Sonographic Evaluation and noted that he still sees multiple cysts, and now is seeing an anechoic, well circumscribed lesion with no posterior enhancement. Ms. Woolverton-Jones noted that the she has been experiencing the discharge more often and that it is greenish in color. She asked about surgery, but Dr. Oswaks did not see surgery as indicated at that time. He recommended that she continue the monthly self-exams and the annual mammogram; he asked her to follow up in July, as well as to contact the office if there are any new symptoms.

**<u>Exhibit L: Center for Adult Healthcare</u>**
1629 Woodlawn Avenue
Dyersburg, TN 38024

**David P. Guthrie, MD**
Internal Medicine

**Duration of Treatment:** since 2016
**Dates of Treatment include:** 7.11.2016; 7.22.2016; 8.31.2016; 11.30.2016

**Chief Diagnosis/Diagnoses:**

- Osteoporosis
- Narcolepsy

Ms. Woolverton-Jones saw Dr. Guthrie on July 11, 2016 for a follow up. She reports that she has been diagnosed with osteoporosis and wants to discuss treatment options. She has also been having clear and sometimes yellow discharge from her left breast. She complains of having headaches at least once a week. She has a history of fatigue and back pain that radiates down to her buttocks and legs. She was put on vitamin D 50000 IU with instructions to take once a week. Dr. Guthrie suggested prescribing her Fosamax and advised her to get a mammogram.

She followed up with Dr. Guthrie on July 22, 2016. Her lab results were reviewed and it was determined that her vitamin D intake was low. Dr. Guthrie added 2000 IU qd to her vitamin D intake. He discussed the risks and prescribed her Fosamax 70mg to take once a week.

She reported back for her 6 week follow up on August 31, 2016. She still reports symptoms of back pain which radiates down to her buttocks and legs along with arthralgia/joint pain. Dr. Guthrie checked her vitamin D levels and conducted a comprehensive metabolic panel and complete blood count.

On November 30, 2016, she returned to Dr. Guthrie for her 2 month follow up. She had lost 10 lbs. since her last appointment in August. She reports that she is having a lumpectomy for her left breast and a nerve block for her back soon. The Dr. refilled her medications and was to conduct a basic metabolic panel in 2 weeks.

## SUMMARY OF LATEST MEDICAL EVIDENCE:

Looking at the Company's April 2, 2018 letter, it should not go without saying that, among other things, the August, 2018 FCQ from Dr. Schriner came *after* the denial here. Thus, by definition, the claims-review process to date, and the decision to terminate benefits, cannot not have incorporated this key evidence. Any decision at this juncture to deny benefits without considering these materials would be arbitrary and capricious.

In sum, considering all the medical evidence now in the record – as to Ms. Woolverton-Jones' diagnosed, objective, multifactorial physical issues — plus side effects of pain medicine and other medications -- it is clear that her claim is fully supported by her medical providers, who are attempting to help with her unfortunate and multifactorial medical problems. And, so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755 (11th Cir. 1996).

In *Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*See also, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind … that a participant and her ERISA plan administrator are not *adversaries*. … A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S. Ct. at 2347. *This means that the plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case* …. As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## MEDICATIONS:

Specific information on Ms. Woolverton-Jones' medications is listed on the attached **Exhibit M**.[5] Yet, from what appears, the Company has failed to take into proper consideration side effects of our client's medications, the medical impact on her functioning, alertness and concentration levels, and the resulting overall combination of physical impairments. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Unum Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W. D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1547 (M.D. Fla. 1996) (plan administrator abused his discretion by "discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to … work").

Further, the fact that Ms. Woolverton-Jones' treating medical professional(s) have prescribed pain medication (**Mobic**) is itself objective, verifiable evidence of pain and other impairment, and thus evidence of disability. *Flanigan v. Liberty Life Assurance Company of Boston*, 277 F. Supp. 2d 840, 844 (S.D. Ohio 2003).

## CONCLUSION:

Under any legal standard of review that may apply here,[6] the Company erroneously concluded that Ms. Woolverton-Jones does not suffer from significant medical issues that

5 If/when additional/updated information on medications and specific side effects is available for our client, we will supplement this appeal letter.

6 In *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the Supreme Court held that ERISA does not create standards by which courts review an administrator's decision to deny benefits. The Court established two standards: (1) where administrator acts without discretion to determine eligibility or construe terms of an ERISA Plan, court reviews the decision *de novo*. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does have discretion, court instead reviews decision under a deferential, *i.e.*, arbitrary and capricious, standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. Here, since the Liberty LTD Policy specifies Arkansas as the Governing Jurisdiction, the second option (arbitrary and capricious) is foreclosed, and a *de novo* standard will apply. *See*, Arkansas (Insurance) Rule 054-00-101 (2013) (*banning discretionary clauses).

reasonably prevent her from returning to gainful employment. LTD benefits should be granted and paid going forward. As reflected by the treatment and opinions of Dr. Schriner and her other treating providers, Ms. Woolverton-Jones is in no position to return to any sort of full-time employment at this time; as to her prior job as an optician, this is particularly true given what was noted above from her official job description – her job requires constant attention to detail and fine motor skills/hand-eye coordination.

In fact, Dr. Schriner and our client's other medical providers are the *only* professionals who have seen and treated Ms. Woolverton-Jones consistently over the course of time, and with the ameliorative goal of helping her get better (even if unsuccessful). Further, although the 4/2/2018 denial letter seeks "cover" behind a records review by an unidentified Physician Board Certified in Internal Medicine, such opinions are generally of dubious value. **Specifically, the opinions of this unidentified physician are suspect because (for whatever reason) they focus heavily on just one issue – thoracic back pain – that, all things considered, is a lesser of our client's worries at this stage.**

*See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (failure to conduct a physical examination may raise questions about the thoroughness and accuracy of the benefits determination…..Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate; [experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements…).

*See also*, *Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, reliance on a non-examining physician's opinion premised on a records review alone is suspect and *suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro, Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014) ("[The] reliance on a non-examining physician's opinion premised on a records review alone is suspect and *suggests that the insurer is looking for a reason to deny benefits*" [citations omitted]) (emphasis supplied).

*And see, Granville, supra,* 2015 U.S. Dist. LEXIS 167631, in which the District Court stated:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's decision-making process," and (2) "structural concerns regarding how the particular …

> plan was funded." *Miller v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]the procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Unum Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: (1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures. *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).
>
> *Id.,* 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

Liberty's decision here – based on mere review of medical records – comes notwithstanding the fact that the Policy at issue permitted the Company to insist on an actual examination, *i.e.*, a true IME.[7] The fact that the Company instead made a decision based only on a review of records does not fit with reasonable Policy expectations of Ms. Woolverton-Jones in considering how her claim would be handled in the event that she suffered a disability. In this light, the decision is nothing if it is not arbitrary and capricious.

*See, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that **Liberty's** denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ruling in *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here -- including the opinions of Dr. Schriner. Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians." *Id.* at 834.

---

7 Note: the provision regarding examinations appears on the bottom of the first page of Section 7 ("General Provisions") in the combined STD/LTD policy: "Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required."

Finally, on a broad level, one should consider carefully the Supreme Court's admonition in the *Black & Decker Disability Plan* opinion cited directly above (538 U.S. 822). The highest Court in the land instructed all stakeholders that "ERISA was enacted to protect the interest of employees and beneficiaries in … employee benefit plan[s] and to protect contractually defined benefits." *Id.*, 538 U.S. at 830. Based on the information already in Liberty's claims file, the information submitted with this appeal letter -- plus the file(s) on the companion STD claim with Sedgwick -- it should be clear that Ms. Woolverton-Jones does, in fact, meet the requisite definition of Disability/Disabled under the Plan/Policy.

Before concluding, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Ms. Woolverton-Jones' claim, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter. This includes additional records from Dr. Schriner; it also includes without limitation records from Dr. Santos Martinez (pain management doctor) and Dr. Lawrence Wruble (gastroenterology).

Second, as provided on the page 3 of the April 2, 2018 termination letter, Ms. Woolverton-Jones should receive, free of charge, copies of all documents, records and other information relevant to her claim for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

*This specifically includes the Policy plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determination to date. Our request for copies also includes all reports generated by medical or vocational personnel employed by, or contracted with, Liberty. This specifically includes the report by the Physician Board Certified in Internal Medicine cited on the bottom of page 2 of the April 2, 2018 denial letter.[8]

In conclusion, I would ask that you award and bring Ms. Woolverton-Jones current in a lump–sum payment for all past–due LTD benefits -- plus interest[9] -- then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Ms. Woolverton-Jones all LTD benefits to which she was entitled and still is owed; as well as those benefits to which she still is entitled, now or in the future; plus acknowledge and preserve her right (if needed) to make application in the future for LTD

8 On this note, our review of the claims file provided to-date does not contain any report or the like from the cited Physician.

9 *See, Curtis v. Unum Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest specifically applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

benefits that have not yet come due.[10] *This includes benefits if/when the pertinent definition of disability shifts to the "Any Occupation" definition.*

With this in mind, please note that – to the extent that Liberty may reinstate or issue any benefits going forward -- any checks, remittances or other (electronic) fund transfers should be directed to my law office, not directly to Ms. Woolverton-Jones; this in accordance with the attached authorization that Ms. Woolverton-Jones has executed. *See*, **Exhibit N.**

This letter is sent without waiver of, or prejudice to, Ms. Woolverton-Jones' rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if the Company needs Ms. Woolverton-Jones to do anything else (reasonable) to exhaust her remedies or perfect her claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Liberty.

I look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

/s/ K. Cody Allison
By: K. Cody Allison

KCA/sdp
Enclosures (Exhibits # A-N)

cc: Sherry Woolverton-Jones (w/o encl.)

10 Please note that all amounts claimed above should also necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

MICHAEL ROSZELLE
877-353-6404
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE NC 28277

**1 LBS** **PAK** **1 OF 1**

**SHIP TO:**
ALLISON K. CODY
CODY ALLISON & ASSOCIATES, PLLC
PARKWAY TOWERS
STE # 1623
404 JAMES ROBERTSON PKWY
**NASHVILLE TN 37219-1504**

**TN 371 9-02**

**UPS 2ND DAY AIR** **2**
TRACKING #: 1Z 57R V43 02 9151 4706

BILLING: P/P

Office/Dept Number: 088D07532

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

June 26, 2018

**CERTIFIED MAIL # 7017 3040 0000 0539 8094**
**RETURN RECEIPT REQUESTED**

**VIA FACSIMILE: (603) 334-8380**
ATTN: Tiffany Ivey LTD Specialist II
Liberty Mutual Insurance
P.O. Box 7216
London, KY 40742-7216

| | | |
|---|---|---|
| **Re:** | **My Client:** | **Sherry Woolverton-Jones** |
| | **Claim #:** | **7901760** |
| | **Employer:** | **Wal-Mart Stores, Inc.** |

Dear Ms. Ivey,

This firm represents Ms. Sherry Woolverton-Jones regarding her denial of her long-term disability benefits through Liberty Mutual Insurance.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents regarding my client's physical and mental condition, including, but not limited to, all physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been, or will be reviewed by any medical professional at the carrier or

administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been, or will be reviewed by any vocational professional at the carrier or administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions please let me know.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison by P.B.

K. Cody Allison, Esq.

KCA/pb
Enclosure
cc: Ms. Sherry Woolverton-Jones

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. #1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

**AUTHORIZATION**

I, **Sherry Woolverton Jones**, hereby authorize **Liberty Mutual Insurance Company** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **Sherry Woolverton Jones** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **Sherry Woolverton Jones**. I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, Tennessee 37219

3/5/2018
**Date**

[signature]
**Sherry Woolverton Jones**

**AUTHORIZATION TO COMMUNICATE WITH**
**CODY ALLISON & ASSOCIATES, PLLC**

I, **SHERRY WOOLVERTON JONES**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

Sherry Jo Woolverton-Jones 3/5/2018
**SIGNATURE - SHERRY WOOLVERTON JONES** **DATE**

**SHERRY WOOLVERTON JONES**
**CLIENT'S PRINTED/TYPED NAME**

**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**
**SOCIAL SECURITY NUMBER**

**AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE**

**TO:** **Liberty Mutual**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, TN 37219, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 3/5/2018

Sherry J Woolverton-Jones

**CLIENT – Sherry Woolverton Jones**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

# Billing Statement:

ReleasePoint

**Invoice Date: 06/07/2018** **Invoice #: 708142**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between May 1 2018 and May 31 2018**

**LIBMT3** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 3880597<br>7901760 | WOOLVERTON-JONES, ...<br>BAPTIST EAST CLINIC | Canceled | 05/17/18<br>M Papp | 4.00 | 23.00 | 0.00 | 0.00<br>0 | **27.00** |

**ReleasePoint**

**Total Amount Due:** **27.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

K. CODY ALLISON
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE TN 37219

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

June 8, 2018

K. Cody Allison
Cody Allison & Associates, Pllc
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE, TN 37219

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 7901760
Claimant: Sherry Woolverton-Jones

Dear K. Cody Allison:

We received notification from your office that you never received Ms. Woolverton-Jones' denial letter. Please find enclosed a copy of this letter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Attachments: 7901760-DENY-FREEFORM-04.01.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SHERRY WOOLVERTON-JONES
]

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

April 2, 2018

Ms. Sherry J. Woolverton-Jones

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760

Dear Ms. Sherry Woolverton-Jones:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We have completed a review of your claim and have determined that benefits are not payable. The Wal-Mart Stores, Inc. LTD Policy requires that to receive benefits you must provide proof of disability.

Specific reason for the denial of LTD benefits under the Policy:

Based on the information received, you do not meet the definition of disability as defined below.

Reference to specific Policy provision upon which the denial is based.

***Proof*" *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*

*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*

*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***"Disability" or "Disabled"** means:*

*1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc.*

On February 13, 2018, February 22, 2018, February 28, 2018, and March 15, 2018, we requested medical information from Dr. Smith.

Your file contains the following information:

- Medical Records from Dr. Smith dated April 29, 2016 - March 8, 2017.

Additionally we wrote to you and your attorney on February 13, 2018, March 12, 2018, and March 23, 2018 advising that all medical information to support disability was due by no later than March 29, 2018.

We referred your claim for clinical review and assessment by a Physician Board Certified in Internal Medicine. Based on the medical information received, the review concluded the following:

"Medical records indicate in April 2016, the claimant complained of right lower thoracic back pain and was found to have 2 non-displaced rib fractures of T-11 and T-12 on right side without history of trauma. Although pain continues to be reported, this would not necessarily cause impairment for her occupation as Optician. Her bone density test showed borderline criteria for osteoporosis in hip area only and not in spine readings. The available medical records do not support impairment as of October 25, 2016."

Since we did not receive sufficient medical information to support your disability, your claim has been denied.

This claim determination reflects an evaluation of the claim facts and the Policy provisions only and did not rely on any internal rules, guidelines, protocols, standards or other similar criteria in rendering this determination. We reserve the right to make a determination on any additional information that may be submitted.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below:

Group Benefits Claims Appeal Unit
Liberty Life Assurance Company of Boston
Group – Charlotte WM
P.O. Box 7216
London, KY 40742-7216
ATTN: Appeal Review Unit

Contents of appeal. The written request for review must be sent within 180 days from the receipt of this letter and state the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

hospital records, diagnostic testing, procedure reports, office notes, treatment plan, restrictions, prescription histories, therapy notes, abnormal exam findings, and any other clinical documentaton from Dr. Smith and any other treating providers as well as any additional comments, documents, records, or other information, including any Social Security decision you may have received that you feel will support your claim as of October 25, 2016.

Right to request documents. You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

Return To: Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones
CLAIM NO: 7901760
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2016 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: See attached
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: N/A
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: C & C Pharmacy
Specialty:
Address: 2490 Parr Avenue #9
Dyersburg, TN 38024
Telephone No.: (731) 286-0844 Fax No.: ( )

Name: Kroger Pharmacy
Specialty:
Address: 2525 Nichols Avenue
Dyersburg, TN 38024
Telephone No.: (731) 285-6030 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Sherry J. Woolverton-Jones DATE: 4/26/2018

# Physicians and Medical Facilities

1. David Gutherie, MD
   Internal Medicine
   1629 Woodlawn Avenue
   Dyersburg, TN 38024
   (731) 288-7250
   (731) 288-3166

2. Kirby Smith, MD
   Hematology/Oncology
   80 Humphreys Center Drive, Ste 330
   Memphis, TN 38103
   (901) 752-6131
   (901) 752-6170

3. Joseph Weinstein, MD
   Cardiology
   4901 Raleigh Commons Drive, Ste 100
   Memphis, TN 38128
   (901) 371-9040
   (901) 257-0116

4. Lee Stein, MD
   Neurology
   8000 Centerview Parkway, Ste 300
   Cordova, TN 38018
   (901) 747-1111
   (901) 747-1137

5. Robert Schriner, MD
   Sleep Medicine/Pulmonary Disease
   1500 West Poplar Avenue, Ste 309
   Collierville, TN 38017
   (901) 850-1170
   (901) 850-1169

6. Hugh Francis III, MD
   General/Vascular Surgeon
   6005 Park Avenue, Ste 821 B
   Memphis, TN 38119
   (901) 726-1056
   (901) 729-3100

7. Santos Martinez, MD
   Orthopedics/Chronic Pain
   1400 South Germantown Road
   Germantown, TN 38138
   (901) 759-3100
   (901) 759-3193

8. Keith Nord, MD
   Sports Medicine/Orthopedic Surgeon
   569 Skyline Drive, Ste 100
   Jackson, TN 38301
   (731) 427-7888
   (731) 423-1827

9. Lawrence Wruble, MD
   Gastroenterology
   8000 Wolf River Boulevard
   Germantown, TN 38138
   (901) 747-3630
   (662) 349-6634

10. Baptist Memorial Hospital East
    Emergency Treatment and Services
    6019 Walnut Grove Road
    Memphis, TN 38120
    (901) 226-5000

# Physicians and Medical Facilities Cont.

11. Vanderbilt University Medical Center
    Emergency Treatment and Services
    1211 Medical Center Drive
    Nashville, TN 37232
    (615) 322-5000

12. Methodist LeBonheur Germantown Hosp
    Emergency Treatment and Services
    7691 Poplar Avenue
    Germantown, TN 38138
    (901) 516-6000

13. Jackson Madison County General Hosp
    Emergency Treatment and Services
    620 Skyline Drive
    Jackson, TN 38301
    (731) 425-5000

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

Liberty Mutual. INSURANCE

**Return to:** Tiffany Ivey

**EMPLOYEE/CLAIMANT NAME:** Sherry Woolverton-Jones **CLAIM #:** 7901760
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:** ______

| Full Name (Last, First, Middle Int.) | Social Security # | E |
|---|---|---|
| Woolverton-Jones, Sherry Jo | | |

| Telephone Number | Cell Phone Number | Marital Status |
|---|---|---|
| | | Single |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| N/A | N/A | N/A |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Pam Jones Relationship to you? Mother Tel #:

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No; Retired (Tennessee Licensed Optician #1150)

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. Yes: for benefits failed to be paid by STD & LTD. Atty: Cody Allison (615) 234-6000

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Sherry Jo Woolverton-Jones

**DATE:** 4/26/2018 **EMPLOYEE'S SIGNATURE:** Sherry J Woolverton-Jones

DP 409

CODY ALLISON &
ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. # 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

May 16, 2018

**CERTIFIED MAIL #7016 1970 0001 1572 7295**
**RETURN RECEIPT REQUESTED**
**and VIA FAX: (603) 334-8380**

Liberty Mutual
Attn: Tiffany Ivey
Group Benefits Disability Claims
PO Box 7216
London, KY 40742

| | | |
|---|---|---|
| **RE:** | **Our Client:** | **Sherry Woolverton Jones** |
| | **Claim #:** | **7901760** |
| | | **Wal-Mart Stores, Inc.** |

Dear Ms. Ivey:

As you are aware, this office represents Sherry Woolverton Jones regarding her long-term disability benefits through Liberty Mutual.

Enclosed you will find the following completed forms:

1. Activities Questionnaire – 3 pages;
2. Claimant Information Form;
3. Two pages of Physicians and Medical Facilities;
4. Claimant Supplementary Statement;
5. Signed Authorization to Obtain and Release Psychotherapy Notes; and
6. Signed Authorization to Obtain and Release Information (excluding psychotherapy notes).

I am also enclosing two authorizations from our office, signed by Ms. Woolverton Jones allowing my office to communicate and receive documents from Liberty Mutual and, if my client is approved for long-term disability benefits, an authorization instructing Liberty Mutual to send all disability checks to our office.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison/bk

By: K. Cody Allison

KCA/bk
Enclosures
cc: Ms. Sherry Woolverton Jones

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380



**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones
CLAIM NO: 7901760 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 1-2 hrs stand 1-2 hrs walk 1-2 hrs

How many hours a day do you:
sit 1 hr stand 1 hr walk 1 hr

Do you take a nap during the day?
Yes X No ______
If Yes, for how long? 3 hrs At what time of the day? mid day
How many hours a day do you spend in bed? 12+ hrs
Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______
How long are you able to sit in a car? 1-2 hrs
Do you hold a valid driver's license?
Yes X No ______
If No, please explain: ______
If Yes, how long are you able to drive a car? 1-2 hrs when necessary
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone, text, or email
Do you have children?
Yes ______ No X If Yes, what are their dates of birth ______
Do you need help caring for your children?
Yes ______ No X
Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______
How many times a day do you leave the house during the week? only when necessary
On the weekends? only when necessary
How often do you run errands? only when necessary
Please describe what errands you most commonly run: family and friends usually run errands.

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? only when necessary

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles ____ Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: making copies of paperwork

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | family and friends | |
| Carrying groceries into the house | family and friends | |
| Cooking meals | self and family | only use timed devices |
| Cleaning after meals | self and family | |
| Cleaning bathrooms | family and friends | |
| Vacuuming | family and friends | |
| Doing the laundry | family and friends | |
| Opening and responding to mail | self | |
| Managing your finances | self, family, and friends | |
| Balancing your checkbook | self | |
| Bathing yourself | self | |
| Styling your own hair | self | |
| Getting dressed | self | |
| Going up and down stairs | self | |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? N/A

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ______ No X

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No X

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No X

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No X

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Having Narcolepsy there are days in which I sleep 12 to 14 hours straight. There are also times when I completely blackout. My blackouts can last anywhere from 15 minutes to several hours. After such an episode, I have no recollection of having fallen asleep or of losing any time, that is until someone tells me, I see a clock, or I have to pick myself up off the floor.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I wake up, dress, eat, watch television or read. I take a nap. I eat, watch television, bathe, go back to sleep.

**Is there a daytime number where you can be reached in the event we have any questions regarding your responses?**

yes;

**In the event we cannot reach you, please provide an alternate contact's name and telephone number.**

Pam Jones;

****Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.**

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Sherry Jo Woolverton-Jones Date: 4/26/2018

Signature: [signature]

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. #1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

**AUTHORIZATION**

I, **Sherry Woolverton Jones**, hereby authorize **Liberty Mutual Insurance Company** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **Sherry Woolverton Jones** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **Sherry Woolverton Jones**. I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, Tennessee 37219

3/5/2018
Date

[signature]
Sherry Woolverton Jones

**AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO**
**ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE**

**TO:** **Liberty Mutual**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES,** as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES,** Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, TN 37219, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

Date: 3/5/2018

Sherry J Woolverton-Jones

CLIENT – Sherry Woolverton Jones

SOCIAL SECURITY NUMBER

DATE OF BIRTH

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

**AUTHORIZATION TO COMMUNICATE WITH**
**CODY ALLISON & ASSOCIATES, PLLC**

I, **SHERRY WOOLVERTON JONES**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

SIGNATURE - SHERRY WOOLVERTON JONES

3/5/2018
DATE

SHERRY WOOLVERTON JONES
CLIENT'S PRINTED/TYPED NAME

SOCIAL SECURITY NUMBER

9A142180003

Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Parkway
Suite # 1623
Nashville, TN 37219

7016 1970 0001 1572 7295

1000

40742

U.S. POSTAGE
PAID
NASHVILLE, TN
37219
MAY 17, 18
AMOUNT
$7.83
R2305M146289-20

Liberty Mutual
Attn: Tiffany Ivey
Group Benefits Disability Claims
PO Box 7216
London, KY 40742

9A142180002

Liberty Mutual.
INSURANCE

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE NAME Sherry Jo Woolverton - Jones CLAIM NO: 7901760
EMPLOYER/SPONSOR/CUSTOMER NAME Wal-Mart Stores, Inc.
Return to: ______________________

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility or, other health care providers to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Sherry Jo Woolverton - Jones
Claimant Name (Print)

Date of Birth / /

Sherry Jo Woolverton Jones
Claimant Signature

Date 4/26/2018

Claim Number: ______________________

Liberty Mutual.
INSURANCE

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

EMPLOYEE NAME Sherry Jo Woolverton-Jones CLAIM NO: 7901760
EMPLOYER/SPONSOR/CUSTOMER NAME Wal-Mart Stores, Inc.
Return to: ____

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed;

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, and entitlement dates.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Sherry Jo Woolverton-Jones
Claimant Name (Print)

Date of Birth / /

Sherry Jo Woolverton-Jones
Claimant Signature

4/26/2018
Date

Claim Number:
DP432 (rev 06/12)

9A142180002


Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Parkway
Suite # 1623
Nashville, TN 37219


7016 1970 0001 1572 7295

1000

40742

U.S. POSTAGE
PAID
NASHVILLE, TN
37219
MAY 17, 18
AMOUNT
$7.83
R2305M146269-20

Liberty Mutual
Attn: Tiffany Ivey
Group Benefits Disability Claims
PO Box 7216
London, KY 40742

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. # 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

May 16, 2018

**CERTIFIED MAIL #7016 1970 0001 1572 7295**
**RETURN RECEIPT REQUESTED**
**and VIA FAX: (603) 334-8380**

Liberty Mutual
Attn: Tiffany Ivey
Group Benefits Disability Claims
PO Box 7216
London, KY 40742

**RE: Our Client: Sherry Woolverton Jones**
**Claim #: 7901760**
**Wal-Mart Stores, Inc.**

Dear Ms. Ivey:

As you are aware, this office represents Sherry Woolverton Jones regarding her long-term disability benefits through Liberty Mutual.

Enclosed you will find the following completed forms:

1. Activities Questionnaire – 3 pages;
2. Claimant Information Form;
3. Two pages of Physicians and Medical Facilities;
4. Claimant Supplementary Statement;
5. Signed Authorization to Obtain and Release Psychotherapy Notes; and
6. Signed Authorization to Obtain and Release Information (excluding psychotherapy notes).

I am also enclosing two authorizations from our office, signed by Ms. Woolverton Jones allowing my office to communicate and receive documents from Liberty Mutual and, if my client is approved for long-term disability benefits, an authorization instructing Liberty Mutual to send all disability checks to our office.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison /bk

By: K. Cody Allison

KCA/bk
Enclosures
cc: Ms. Sherry Woolverton Jones

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380



**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones
CLAIM NO: 7901760 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 1-2 hrs stand 1-2 hrs walk 1-2 hrs

How many hours a day do you:
sit 1 hr stand 1 hr walk 1 hr

Do you take a nap during the day?
Yes X No ______
If Yes, for how long? 3 hrs At what time of the day? mid day

How many hours a day do you spend in bed? 12+ hrs

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 1-2 hrs

Do you hold a valid driver's license?
Yes X No ______
If No, please explain: ______
If Yes, how long are you able to drive a car? 1-2 hrs when necessary
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone, text, or email

Do you have children?
Yes ______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? only when necessary
On the weekends? Only when necessary
How often do you run errands? Only when necessary
Please describe what errands you most commonly run: family and friends usually run errands.

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? Only when necessary

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles ____ Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: making copies of paperwork

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | family and friends | |
| Carrying groceries into the house | family and friends | |
| Cooking meals | self and family | only use timed devices |
| Cleaning after meals | self and family | |
| Cleaning bathrooms | family and friends | |
| Vacuuming | family and friends | |
| Doing the laundry | family and friends | |
| Opening and responding to mail | self | |
| Managing your finances | self, family, and friends | |
| Balancing your checkbook | self | |
| Bathing yourself | self | |
| Styling your own hair | self | |
| Getting dressed | self | |
| Going up and down stairs | self | |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? N/A

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X

If Yes:

- how many hours per day? ____
- how many hours per week? ____
- for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Having Narcolepsy there are days in which I sleep 12 to 14 hours straight. There are also times when I completely blackout. My blackouts can last anywhere from 15 minutes to several hours. After such an episode, I have no recollection of having fallen asleep or of losing any time, that is until someone tells me, I see a clock, or I have to pick myself up off the floor.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I wake up, dress, eat, watch television or read. I take a nap. I eat, watch television, bathe, go back to sleep.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

yes;

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Pam Jones;

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Sherry Jo Woolverton-Jones Date: 4/26/2018

Signature:

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones
CLAIM NO: 7901760
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2016 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: See attached
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: N/A
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: C & C Pharmacy
Specialty:
Address: 2490 Parr Avenue #9
Dyersburg, TN 38024
Telephone No. :(731)286-0844 Fax No. :( )

Name: Kroger Pharmacy
Specialty:
Address: 2525 Nichols Avenue
Dyersburg, TN 38024
Telephone No. :(731)285-6030 Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Sherry J. Woolverton-Jones DATE: 4/26/2018

# Physicians and Medical Facilities

1. David Gutherie, MD
   Internal Medicine
   1629 Woodlawn Avenue
   Dyersburg, TN 38024
   (731) 288-7250
   (731) 288-3166

2. Kirby Smith, MD
   Hematology/Oncology
   80 Humphreys Center Drive, Ste 330
   Memphis, TN 38103
   (901) 752-6131
   (901) 752-6170

3. Joseph Weinstein, MD
   Cardiology
   4901 Raleigh Commons Drive, Ste 100
   Memphis, TN 38128
   (901) 371-9040
   (901) 257-0116

4. Lee Stein, MD
   Neurology
   8000 Centerview Parkway, Ste 300
   Cordova, TN 38018
   (901) 747-1111
   (901) 747-1137

5. Robert Schriner, MD
   Sleep Medicine/Pulmonary Disease
   1500 West Poplar Avenue, Ste 309
   Collierville, TN 38017
   (901) 850-1170
   (901) 850-1169

6. Hugh Francis III, MD
   General/Vascular Surgeon
   6005 Park Avenue, Ste 821 B
   Memphis, TN 38119
   (901) 726-1056
   (901) 729-3100

7. Santos Martinez, MD
   Orthopedics/Chronic Pain
   1400 South Germantown Road
   Germantown, TN 38138
   (901) 759-3100
   (901) 759-3193

8. Keith Nord, MD
   Sports Medicine/Orthopedic Surgeon
   569 Skyline Drive, Ste 100
   Jackson, TN 38301
   (731) 427-7888
   (731) 423-1827

9. Lawrence Wruble, MD
   Gastroenterology
   8000 Wolf River Boulevard
   Germantown, TN 38138
   (901) 747-3630
   (662) 349-6634

10. Baptist Memorial Hospital East
    Emergency Treatment and Services
    6019 Walnut Grove Road
    Memphis, TN 38120
    (901) 226-5000

# Physicians and Medical Facilities Cont.

11. Vanderbilt University Medical Center
    Emergency Treatment and Services
    1211 Medical Center Drive
    Nashville, TN 37232
    (615) 322-5000

12. Methodist LeBonheur Germantown Hosp
    Emergency Treatment and Services
    7691 Poplar Avenue
    Germantown, TN 38138
    (901) 516-6000

13. Jackson Madison County General Hosp
    Emergency Treatment and Services
    620 Skyline Drive
    Jackson, TN 38301
    (731) 425-5000

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return to:** Tiffany Ivey

**EMPLOYEE/CLAIMANT NAME:** Sherry Woolverton-Jones **CLAIM #:** 7901760
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Woolverton-Jones, Sherry Jo | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Single | |
| Spouse's Full Name and Date of Birth N/A | Number of Children N/A | Dates of Birth of Children N/A | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Pam Jones Relationship to you? Mother Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No ; Retired (Tennessee Licensed Optician #1150)

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. Yes: for benefits failed to be paid by STD & LTD. Atty: Cody Allison (615) 234-6000

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Sherry Jo Woolverton-Jones

**DATE:** 4/26/2018 **EMPLOYEE'S SIGNATURE:** Sherry J Woolverton-Jones

Liberty Mutual.
INSURANCE

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE NAME Sherry Jo Woolverton - Jones CLAIM NO: 7901760
EMPLOYER/SPONSOR/CUSTOMER NAME Wal-Mart Stores, Inc.
Return to: ______

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility or, other health care providers to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Sherry Jo Woolverton - Jones
Claimant Name (Print)

Date of Birth /

Sherry J Woolverton Jones
Claimant Signature

4/26/2018
Date

Claim Number: ______

Liberty Mutual INSURANCE

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

EMPLOYEE NAME Sherry Jo Woolverton-Jones CLAIM NO: 7901760
EMPLOYER/SPONSOR/CUSTOMER NAME Wal-Mart Stores, Inc.
Return to: ______

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed;

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, and entitlement dates.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Sherry Jo Woolverton-Jones
Claimant Name (Print)

Date of Birth / /

Sherry Jo Woolverton-Jones
Claimant Signature

4/26/2018
Date

______
Claim Number:
DP432 (rev 06/12)

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. #1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

**AUTHORIZATION**

I, **Sherry Woolverton Jones**, hereby authorize **Liberty Mutual Insurance Company** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **Sherry Woolverton Jones** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **Sherry Woolverton Jones**. I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, Tennessee 37219

3/5/2018
**Date**

Sherry Woolverton-Jones
**Sherry Woolverton Jones**

**AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE**

**TO:** **Liberty Mutual**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, TN 37219, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 3/5/2018

Sherry J Woolverton-Jones

**CLIENT – Sherry Woolverton Jones**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 1132I(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

**AUTHORIZATION TO COMMUNICATE WITH**
**CODY ALLISON & ASSOCIATES, PLLC**

I, **SHERRY WOOLVERTON JONES**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

Sherry J Woolverton-Jones 3/5/2018
**SIGNATURE - SHERRY WOOLVERTON JONES** **DATE**

**SHERRY WOOLVERTON JONES**
**CLIENT'S PRINTED/TYPED NAME**

**SOCIAL SECURITY NUMBER**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SHERRY WOOLVERTON-JONES

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

April 2, 2018

Ms. Sherry J. Woolverton-Jones

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760

Dear Ms. Sherry Woolverton-Jones:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We have completed a review of your claim and have determined that benefits are not payable. The Wal-Mart Stores, Inc. LTD Policy requires that to receive benefits you must provide proof of disability.

Specific reason for the denial of LTD benefits under the Policy:

Based on the information received, you do not meet the definition of disability as defined below.

Reference to specific Policy provision upon which the denial is based.

***Proof*" *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:***

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*

*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*

*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***"Disability"*** *or* ***"Disabled"*** *means:*

*1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc.*

On February 13, 2018, February 22, 2018, February 28, 2018, and March 15, 2018, we requested medical information from Dr. Smith.

Your file contains the following information:

- Medical Records from Dr. Smith dated April 29, 2016 - March 8, 2017.

Additionally we wrote to you and your attorney on February 13, 2018, March 12, 2018, and March 23, 2018 advising that all medical information to support disability was due by no later than March 29, 2018.

We referred your claim for clinical review and assessment by a Physician Board Certified in Internal Medicine. Based on the medical information received, the review concluded the following:

"Medical records indicate in April 2016, the claimant complained of right lower thoracic back pain and was found to have 2 non-displaced rib fractures of T-11 and T-12 on right side without history of trauma. Although pain continues to be reported, this would not necessarily cause impairment for her occupation as Optician. Her bone density test showed borderline criteria for osteoporosis in hip area only and not in spine readings. The available medical records do not support impairment as of October 25, 2016."

Since we did not receive sufficient medical information to support your disability, your claim has been denied.

This claim determination reflects an evaluation of the claim facts and the Policy provisions only and did not rely on any internal rules, guidelines, protocols, standards or other similar criteria in rendering this determination. We reserve the right to make a determination on any additional information that may be submitted.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below:

Group Benefits Claims Appeal Unit
Liberty Life Assurance Company of Boston
Group – Charlotte WM
P.O. Box 7216
London, KY 40742-7216
ATTN: Appeal Review Unit

Contents of appeal. The written request for review must be sent within 180 days from the receipt of this letter and state the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

hospital records, diagnostic testing, procedure reports, office notes, treatment plan, restrictions, prescription histories, therapy notes, abnormal exam findings, and any other clinical documentaton from Dr. Smith and any other treating providers as well as any additional comments, documents, records, or other information, including any Social Security decision you may have received that you feel will support your claim as of October 25, 2016.

Right to request documents. You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

| | |
|---|---|
| Date: | March 23, 2018 |
| To: | K. CODY ALLISON<br>PARKWAY TOWERS<br>404 JAMES ROBERTSON PKWY<br>STE # 1623<br>NASHVILLE TN 37219 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Tiffany Ivey<br>LTD Specialist II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 334-8380 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 7901760<br>Claimant: Sherry Woolverton-Jones<br><br>Wal-Mart Stores, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

March 23, 2018

K. Cody Allison
Cody Allison & Associates, Pllc
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE, TN 37219

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760
Claimant: Sherry Woolverton-Jones

Dear K. Cody Allison:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to Sherry Woolverton-Jones's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Woolverton-Jones's eligibility for disability benefits, and are in need of additional information.

On February 13, 2018, February 22, 2018, and March 15, 2018, we requested medical information from Dr. Smith . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of Ms. Woolverton-Jones's eligibility for benefits:

- ALL medical records dated April 1, 2016 - the present and an estimated return to work date

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Ms. Woolverton-Jones's disability within the timeframe stated above.

Wal-Mart Stores, Inc.'s LTD Policy requires that, in order to receive benefits, Ms. Woolverton-Jones provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, Ms. Woolverton-Jones's claim may be denied.

We ask that Ms. Woolverton-Jones provide us with this information no later than March 29, 2018 as required under the terms of the Policy.

If Ms. Woolverton-Jones has any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

| | |
|---|---|
| Date: | March 14, 2018 |
| To: | K. CODY ALLISON<br>PARKWAY TOWERS<br>404 JAMES ROBERTSON PKWY<br>STE # 1623<br>NASHVILLE TN 37219 |
| Attn: | Barb/Phyllis |
| Fax: | (615) 727-0175 |
| From: | Tiffany Ivey<br>LTD Specialist II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 334-8380 |
| Total Pages (Including Cover): | 16 |
| RE:<br><br>Claim #: 7901760<br>Claimant: Sherry Woolverton-Jones<br><br>Wal-Mart Stores, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

March 14, 2018

K. Cody Allison
Cody Allison & Associates, Pllc
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE, TN 37219

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760
Claimant: Sherry Woolverton-Jones

Dear K. Cody Allison:

Per your request, please find attached a copy of the letter that was mailed to your office.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Attachments: 7901760-ACKNOWLEDGE-FREEFORM-03.12.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

K. CODY ALLISON
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE TN 37219

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

March 12, 2018

K. Cody Allison
Cody Allison & Associates, Pllc
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE, TN 37219

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760
Claimant: Sherry Woolverton-Jones

Dear K. Cody Allison:

Please find enclosed the Long Term Disability Ackowledgement letter mailed to Ms. Woolverton-Jones to confirm we received her claim and that we have requested medical records for review and the 45 day deadline. We also attached forms for Ms. Woolverton-Jones to complete. To date we have not reveived those forms.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Attachments: 7901760-ACKNOWLEDGE-NEW CLAIM-02.13.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SHERRY WOOLVERTON-JONES

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

February 13, 2018

Ms. Sherry J. Woolverton-Jones

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760

Dear Ms. Sherry Woolverton-Jones:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about October 25, 2016, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond October 25, 2016, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before October 25, 2016, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603) 334-8380 or mail them in the enclosed envelope by March 29, 2018:

- X Activities Questionnaire Form
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Resources for Living
- X Authorization to Obtain and Release Psychotherapy
- X Authorization to Obtain and Release Information
- X Copy of Driver's License

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On February 13, 2018, we contacted your treating providers requesting the following information:

ALL Medical records dated April 1, 2016 - the present

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by March 29, 2018. Your cooperation in providing the requested information is essential to our claims review.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, March 29, 2018.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you will qualify for LTD benefits.

If you will be returning to work on or before October 25, 2016, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time.

Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement

Resources for Living
Authorization to Obtain and Release Psychotherapy
Authorization to Obtain and Release Information

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380



**Return To:** Tiffany Ivey ______

| |
|---|
| EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones ______ |
| CLAIM NO: 7901760 ______ DATE OF BIRTH: ______ |
| EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. ______ |

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual INSURANCE



How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual
INSURANCE



How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones
CLAIM NO: 7901760
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2016 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return to:** Tiffany Ivey

**EMPLOYEE/CLAIMANT NAME:** Sherry Woolverton-Jones **CLAIM #:** 7901760
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week at:

**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

Liberty Mutual INSURANCE

# Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE NAME ______________________ CLAIM NO: ______________
EMPLOYER/SPONSOR/CUSTOMER NAME ______________________________
Return to: ______________________

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility or, other health care providers to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

______________________ ______________________
Claimant Name ( Print) Date of Birth

______________________ ______________________
Claimant Signature Date

______________________
Claim Number:

Liberty Mutual
INSURANCE

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

EMPLOYEE NAME ______________________________________ CLAIM NO: ____________________
EMPLOYER/SPONSOR/CUSTOMER NAME _______________________________________________________
Return to: _______________________________________

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed;

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, and entitlement dates.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

________________________________________ ________________________________________
Claimant Name ( Print) Date of Birth

________________________________________ ________________________________________
Claimant Signature Date

________________________________________
Claim Number:

DP432 (rev 06/12)

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. # 1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

March 9, 2018

**VIA FAX: (603) 334-8380**

Liberty Mutual
Attn: Tiffany Ivey

| | | |
|---|---|---|
| **RE:** | **Our Client:** | **Sherry Woolverton Jones** |
| | **Claim #:** | **7901760** |

Dear Ms. Ivey:

This firm has been retained to represent Ms. Sherry Jones regarding her long-term disability claim through Liberty Mutual.

Upon receipt of this letter, please send my office a Long-Term Disability Application.

Of course, if you have any questions regarding this matter, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison /bk

By: K. Cody Allison

KCA/bk
Enclosures
cc: Ms. Sherry Woolverton Jones

**AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE**

**TO:** **Liberty Mutual**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, TN 37219, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 3/5/2018

Sherry Woolverton-Jones

**CLIENT – Sherry Woolverton Jones**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

**Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.**

CODY ALLISON & ASSOCIATES PLLC

K. Cody Allison, Esq.
Parkway Towers
404 James Robertson Parkway – Ste. #1623
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

**AUTHORIZATION**

I, **Sherry Woolverton Jones**, hereby authorize **Liberty Mutual Insurance Company** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **Sherry Woolverton Jones** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **Sherry Woolverton Jones**. I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, Tennessee 37219

3/5/2018
**Date**

Sherry Jo Woolverton-Jones
**Sherry Woolverton Jones**

**AUTHORIZATION TO COMMUNICATE WITH**
**CODY ALLISON & ASSOCIATES, PLLC**

I, **SHERRY WOOLVERTON JONES**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

Sherry J Woolverton-Jones 3/5/2018
**SIGNATURE - SHERRY WOOLVERTON JONES** **DATE**

**SHERRY WOOLVERTON JONES**
**CLIENT'S PRINTED/TYPED NAME**

**SOCIAL SECURITY NUMBER**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

K. CODY ALLISON
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE TN 37219

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

March 12, 2018

K. Cody Allison
Cody Allison & Associates, Pllc
PARKWAY TOWERS
404 JAMES ROBERTSON PKWY
STE # 1623
NASHVILLE, TN 37219

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760
Claimant: Sherry Woolverton-Jones

Dear K. Cody Allison:

Please find enclosed the Long Term Disability Ackowledgement letter mailed to Ms. Woolverton-Jones to confirm we received her claim and that we have requested medical records for review and the 45 day deadline. We also attached forms for Ms. Woolverton-Jones to complete. To date we have not reveived those forms.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Attachments: 7901760-ACKNOWLEDGE-NEW CLAIM-02.13.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SHERRY WOOLVERTON-JONES
]

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

February 13, 2018

Ms. Sherry J. Woolverton-Jones

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760

Dear Ms. Sherry Woolverton-Jones:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about October 25, 2016, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond October 25, 2016, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before October 25, 2016, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603) 334-8380 or mail them in the enclosed envelope by March 29, 2018:

X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Resources for Living
X Authorization to Obtain and Release Psychotherapy
X Authorization to Obtain and Release Information
X Copy of Driver's License

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On February 13, 2018, we contacted your treating providers requesting the following information:

ALL Medical records dated April 1, 2016 - the present

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by March 29, 2018. Your cooperation in providing the requested information is essential to our claims review.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, March 29, 2018.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you will qualify for LTD benefits.

If you will be returning to work on or before October 25, 2016, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time.

Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement

Resources for Living
Authorization to Obtain and Release Psychotherapy
Authorization to Obtain and Release Information

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380



**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones

CLAIM NO: 7901760 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________________________________

____________________________________________

How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: __________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: __________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual INSURANCE



How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

---

Name: ____________________ Date: ____________________

Signature: ____________________

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones
CLAIM NO: 7901760
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2016 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return to:** Tiffany Ivey

**EMPLOYEE/CLAIMANT NAME:** Sherry Woolverton-Jones **CLAIM #:** 7901760
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week
at:
**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

Liberty Mutual INSURANCE

# Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE NAME ______________________________ CLAIM NO: ______________________
EMPLOYER/SPONSOR/CUSTOMER NAME ______________________________________________
Return to: ______________________________

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility or, other health care providers to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

______________________________ ______________________________
Claimant Name ( Print) Date of Birth

______________________________ ______________________________
Claimant Signature Date

______________________________
Claim Number:

Liberty Mutual.
INSURANCE

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

EMPLOYEE NAME ______________________________ CLAIM NO: ________________
EMPLOYER/SPONSOR/CUSTOMER NAME ____________________________________________
Return to: ______________________________

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed;

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, and entitlement dates.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

______________________________ ______________________________
Claimant Name ( Print) Date of Birth

______________________________ ______________________________
Claimant Signature Date

______________________________
Claim Number:
DP432 (rev 06/12)

# Liberty Mutual Consulting Physician Referral
## Consults - Desk

**Physician Specialty: Internal Medicine/Family Practice**

Office: 088D

Claim #: 7901760

Claimant Name: SHERRY J WOOLVERTON-JONES

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Date of Birth:

Claim Status: PE

Date of Disability: 4/19/2016

Date Sent: 2/22/2018

Claimant SSN:

Date Benefits Began: 10/25/2016

Product Type: LTD

Paid Through: 1/1/1900

Disability Level: Own Occupation

Policyholder/Self-Insured Plan Holder: WAL-MART STORES, INC.

Referred By: PAPP, MARIA 88D 8*731-8258

Assigned Nurse Case Manager:

Diagnosis: 000 UNKNOWN CONDITION OR PROCEDURE,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Walmart CP IA : Please assign back to Dr. David Peterson for an addendum.

-Are the limitations and/or restrictions supported at the time of the LTD BBD of 10/25/2016?

# CP INITIAL ASSESSMENT (TRIAGE) – LTD PENDED CLAIM

**REFERRAL DATE:** 02/19/2018
**DCM NAME:** Tiffany Ivey
**SDN/TEL#:** 73218150
**EMAIL:** tiffany.ivey@libertymutual.com
**CLAIMANT:** Sherry Woolverton-Jones
**CLAIM#:** 7901760
**ELIMINATION PERIOD:** 182 Days

**DOB:**
**DOD:** 4/19/2016
**BBD:** 10/25/2016
**JOB TITLE:** OPTICIAN SINGLE LICENSE
**PHYSICAL DEMANDS:** Light
**No**

**IDENTIFIED EE/ER ISSUE?** No
**IF YES, DESCRIBE:**

**AVAILABLE MEDICAL RECORDS:**
**Treatment notes from Dr. Smith**

**ADDITIONAL COMMENTS:**

---

**CP REVIEWER:** Dr. David Peterson
**SPECIALTY: Internal Medicine**

**RECORDS REVIEWED: OV 6/06/16, 7/13/16, 7/27/16, 8/24/16, 11/30/16, 1/23/17, 3/08/17 K. Smith, MD; Bone scan 5/16/16; Claimant's LTWIMC 9/09/16 and 11/12/16; Ortho notes 5/12/16, 6/29/16 S. Martinez, MD**

**PRIMARY DIAGNOSIS / ICD10 Codes:**

| ICD 10 Diagnosis Name | ICD 10 Diagnosis Code |
|---|---|
| Multiple fractures of ribs, right side | S22.41 |
| Chronic pain syndrome | G89.4 |

**CO-MORBID CONDITIONS POTENTIALLY IMPACTING CAPACITY: Primary hypercoagulable state D68.59, Depression with anxiety F41.8**

**ARE LIMITATIONS AND/OR RESTRICTIONS SUPPORTED AT THE TIME OF THE LTD BBD 10/25/16?** ○ Yes ◉ No ○ Uncertain

**USUAL RECOVERY TIME FOR PRIMARY IMPAIRING CONDITION[S]: Unknown**

**CURRENT ESTIMATED WORK CAPACITY: Unknown since last med records are dated 3/08/17**

○ NONE ○ S ◉ L ○ M ○ H ○ VH ○ BEHAVIORAL LIMITATIONS

**POTENTIAL ACCOMMODATIONS THAT WOULD FACILITATE A RTW:**

○ NOW ○ FUTURE ◉ NOT ASSESSED

**CURRENT ESTIMATED R/Ls: Unknown since last med records are dated 3/08/17**

**ESTIMATED DURATION OF R/Ls: Unknown**

**ESTIMATED WORK CAPACITY AFTER RECOVERY:**

○ NONE ○ S ◉ L ○ M ○ H ○ VH ○ BEHAVIORAL LIMITATIONS

**SUGGESTED ACTION PLAN: Medical records indicate claimant left work in April 2016. She complained of right lower thoracic back pain and was found to have 2 non-displaced rib fxs of T-11 and T-12 on right side without history of trauma. These are short "floating ribs" that are not attached to rest of rib cage. Although pain is reported at BBD 10/25/16, this is questionable and would not necessarily cause impairment for her occupation as Optician. Her bone density test showed borderline criteria for osteoporosis in hip area only and not in spine readings. The available medical records do not support impairment at BBD 10/25/16. After this much time passing, telephone discussions with Dr. Kirby and/or Dr. Martinez not likely to yield any more information than what is in written records.**

☐**DCM to consider attempting to get consensus on the above R&L's to facilitate a RTW with accommodations**

☐**Refer to me for full file review**

- ☐**now**
- ☐**on the following date** ________________________________________
- ☐**when the following becomes available** _________________________
- ☐**comments** _____________________________________________________

☐**Refer to** __________________ **specialty for full file review**

- ☐**now**
- ☐**on the following date** ________________________________________
- ☐**when the following becomes available** _________________________
- ☐**comments** _____________________________________________________

☐**Refer for nurse case manager review:**

☐**now**
☐**on the following date** ________________________________________
☐**when the following becomes available** __________________________
☐**comments** ______________________________________________________

**CP ASSESSMENT DATE: February 22, 2018**

ELECTRONICALLY SIGNED

David M. Peterson, MD
Board Certified, Internal Medicine
Consulting Physician, Liberty Mutual

# CP INITIAL ASSESSMENT (TRIAGE) – LTD PENDED CLAIM

**REFERRAL DATE:** 2/19/2018
**DCM NAME:** Tiffany Ivey
**SDN/TEL#:** 7-831-8150
**EMAIL:**
TIFFANY.IVEY@LibertyMutual.com
**CLAIMANT:** Sherry Woolverton-Jones
**CLAIM#:** 7901760

**ELIMINATION PERIOD:** 182 Days
**DOB:**
**DOD:** 4/19/2016
**BBD:** 10/25/2016
**JOB TITLE:** Optician
**PHYSICAL DEMANDS:** Light
**No**

**IDENTIFIED EE/ER ISSUE?** No
**IF YES, DESCRIBE:**

**AVAILABLE MEDICAL RECORDS:**
Please review medical in Doc List
**ADDITIONAL COMMENTS:**

---

**CP REVIEWER:** Dr. David Peterson
**SPECIALTY: Internal Medicine**

**RECORDS REVIEWED: OV 6/06/16, 3/08/17 K. Smith, MD; Bone scan 5/16/16**

**PRIMARY DIAGNOSIS / ICD10 Codes:**

| ICD 10 Diagnosis Name | ICD 10 Diagnosis Code |
|---|---|
| Multiple fractures of ribs, right side | S22.41 |
| | |

**CO-MORBID CONDITIONS POTENTIALLY IMPACTING CAPACITY:**
**Hypercoagulable state on anticoagulation, ? history of narcolepsy**

**ARE LIMITATIONS AND/OR RESTRICTIONS SUPPORTED AT THE TIME OF THE LTD BBD 10/25/2016?** ○ Yes ○ No ◉ Uncertain

**SUGGESTED ACTION PLAN: Claimant left work April 2016 for right rib pain and evidence of fractures of right 11th and 12th ribs. There are no recent records documenting her current condition with last med record on 3/08/17. Is she being supported for no work ability by her physician? Need updated records from that physician and any other consultant physicians that are supporting her impairment. Then I suggest bringing this file**

**to Int Med CCS to sort out her diagnoses and determine if a FFR is needed and by what CP specialty.**

**☐DCM to consider attempting to get consensus on the above R&L's to facilitate a RTW with accommodations**
**☐Refer to me for full file review**
- **☐now**
- **☐on the following date ________________________________________**
- **☐when the following becomes available __________________________**
- **☐comments ______________________________________________________**

**☐Refer to __________________ specialty for full file review**
- **☐now**
- **☐on the following date ________________________________________**
- **☐when the following becomes available __________________________**
- **☐comments ______________________________________________________**

**☐Refer for nurse case manager review:**
- **☐now**
- **☐on the following date ________________________________________**
- **☐when the following becomes available __________________________**
- **☐comments ______________________________________________________**

**CP ASSESSMENT DATE: February 20, 2018**

ELECTRONICALLY SIGNED

David M. Peterson, MD
Board Certified, Internal Medicine
Consulting Physician, Liberty Mutual

# Liberty Mutual Consulting Physician Referral
## Consults - Desk

**Physician Specialty: Internal Medicine/Family Practice**

Office: 088D

Claim #: 7901760

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Claimant Name: SHERRY J WOOLVERTON-JONES

Date of Birth:

Claim Status: PE

Date of Disability: 4/19/2016

Date Sent: 2/19/2018

Claimant SSN:

Date Benefits Began: 10/25/2016

Product Type: LTD

Paid Through: 1/1/1900

Disability Level: Own Occupation

Policyholder/Self-Insured Plan Holder: WAL-MART STORES, INC.

Referred By: IVEY, TIFFANY 88D 7*321-8150

Assigned Nurse Case Manager:

Diagnosis: 000 UNKNOWN CONDITION OR PROCEDURE,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please refer to Dr. David Peterson

**Associate Name:** SHERRY J. WOOLVERTON-JONES
**Claim Number:** 30166209152-0001
**Medical Due Date:** 08/10/2016

## ATTENDING PHYSICIAN STATEMENT

To Be Completed by Physician (Please Type or Print)
Walmart Disability and Leave Service Center at Sedgwick, P.O. Box 14028, Lexington, KY 40512
Telephone: (800) 492-5678 Email: Walmartforms@sedgwicksir.com Facsimile: 859-264-4372

1. Patient's Name: SHERRY J. WOOLVERTON-JONES ________ Date of Birth: ________
2. Objective findings: HT: 4'11" WT: 123 BP: 127/80 TEMP: 98.7 PULSE: 118 RESP: 18
3. Patient's Complaints: Right shoulder, side and hip pain; Nipple discharge
4. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   Primary: ICD10 Code: S22.31XG Description: Fracture Right side of rib with delayed healing
   Secondary: ICD10 Code: D68.59 Description: Primary Hyper coagulable State
   ICD10 Code: N64.52 Description: Nipple discharge in female
5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visits. Pain to palpation to Lower thoracic spine + Lower right posterior rib; Discharge from Left Breast Nipple
6. When was patient first diagnosed with this condition? 5/16/2016 - Bone Scan showed Right Rib Fractures at 11th + 12th ribs
   List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| Coumadin | 7.5mg / 5.0mg | Mon, Tue, Thur, Fri + Sat / Sun + Wed | | Yes ☐ No ☒ | Yes ☒ No ☐ | 7/24/2016 |
| Adderall XR | 60mg | Daily | | Yes ☐ No ☒ | Yes ☐ No ☒ | / / |
| Xyrem | 6g | Daily | | Yes ☐ No ☒ | Yes ☐ No ☒ | / / |
| Fosamax | 70mg | Once a week | | Yes ☒ No ☐ | Yes ☐ No ☒ | / / |

7. Is this condition the result of an injury? Yes ☐ No ☒ Is this condition work related? Yes ☐ No ☒ If yes, provide date and description of event: ________

List all co-morbid conditions: ________

8. If patient is pregnant, indicated estimated date of delivery ___/___/___
9. Is a C-Section planned? Yes ☐ No ☐ If so what is the date of the planned C-Section? ___/___/___

Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: ________

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): 1) Nerve Block - scheduled 8/10/2016 - Dr. Santos Martinez
    2) Breast Surgeon - consultation visit 8/8/2016 with Dr. Roy Oswaks

MED 1

**Associate Name:** SHERRY J. WOOLVERTON-JONES
**Claim Number:** 30166209152-0001

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period? Yes ☐ No ☐

If Yes: ☒ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission

Name and address of hospital or facility Vanderbilt Medical Center, 1313 21st Ave S, Nashville, TN 37232 Germantown Methodist Hospital, 7961 Poplar Ave, Germantown, TN 38138 - Dates: 4/24, 4/29, 5/7 + 5/8/2016

Date of admission: 4 / 24 / 2016 Date of discharge: 4 / 25 / 2016

Indicate treatment provided: Pain Management, CT Scans, + X-rays

12. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☒ No ☐

List the name of the procedure: Nerve Block

CPT code: 64462

Date of procedure: 5 / 10 / 2016

13. Has patient been referred to other physician(s)/specialist? Yes ☒ No ☐ If yes, provide physician name, specialty, and telephone number. Dr Santos Martinez, Orthopedics + Pain Medicine, (901) 759-3100; Dr Roy Osuaks, Breast Surgeon, (901) 692-9600

14. List specific functional limitations of Activities of Daily Living (ADL's): Sitting, standing, + walking difficult due to pain in Right shoulder, side, + hip

15. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒

If yes please describe: ______

16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and prevented from working? From 4 / 20 / 2016 to and including 2 / 1 / 2017

**Restrictions:** * Return to work program has been implemented to help associates return to work.

17. Has the patient recovered sufficiently to return to work with restrictions? Yes ☐ No ☒

If "Yes", indicate date restrictions begin: ___/___/___ Date end: ___/___/___

Restriction (s) or required: ______

18. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒

If "Yes", give the date the patient was able to return to work ___/___/___

If "No", in your opinion, give an estimate when may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months, the total duration of disability. 2 / 1 / 2017

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 901-752-6131 Physician Printed Name: Kirby Smith, MD
Fax Number: 901-752-6167 Physician Specialty: Hematology / Oncology
Date Completed: 8-4-2016 Physician Signature: [signature]

Telephone: (800) 492-5678 Facsimile: 859-264-4372 Email: Walmartforms@sedgwicksir.com

*T16492102.848-2048*

**HIPAA: This Authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).**

**NOTE TO ALL HEALTH CARE PROVIDERS:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Instructions for completing the form:
1. Complete all applicable areas of the form.
2. If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's (Patient's) behalf.
3. Sign this form.
4. Fax or return this form as soon as possible to expedite processing of your claim - **retain original for your records.**

Walmart Disability and Leave Service Center at Sedgwick:

Facsimile: (859) 264-4372 Email: Walmartforms@sedgwicksir.com

Your refusal to complete and sign this form may affect your eligibility for benefits under your employer's disability plan.

**Employee Name:** Sherry Jo Woolverton-Jones **WIN** 101755123
**Claim #** 301662091520001

ROI 1

*T16492102.848-2048*

# Authorization for Use and Disclosure of Medical Information

I understand that Liberty Life Assurance Company of Boston ("Liberty Life") and Sedgwick work to coordinate claim services for Walmart's: 1) disability income benefit plan; 2) requests for leave under the Family and Medical Leave Act (FMLA), state leave laws, and /or my employer's leave of absence policy ("Leave Request"); and 3) my employer's Worker's Compensation program (collectively, "My Employer's Benefit Plans and Programs"). In order that Liberty Life and Sedgwick may obtain information necessary to determine my eligibility for disability income benefits and/or my Leave Request, I have read and signed the following authorization:

**FOR THE FOLLOWING PURPOSES OF DETERMINING MY ELIGIBILITY FOR:**

- Disability Income Benefits
- Leave under the Family and Medical Leave Act
- Leave under other state law
- Leave under my employer's disability leave of absence policy and/or my employer's Worker's Compensation program.

**I AUTHORIZE THE FOLLOWING PERSONS having any records or knowledge of me or my health:**

- Any physician, surgeon, dentist, pharmacy benefits manager or other medical service provider
- Any hospital, clinic, ambulance service or other medical or medical related facility
- Other insurance company
- Any employer, disability service administrator, group policyholders, contract holders, or benefit plan administrators,
- Any government agency
- Any educational, vocational or rehabilitation organization or program
- The authorized persons /entities include but are not limited to the following (list all providers you have treated with over the past five (5) years):

Lee Stein, MD; John Touliatos, MD; Dan Martin, MD; Patrick Toy, MD;
Robert Schriner, MD; David Gutherie, MD; Kirby Smith, MD

I permit Sedgwick to contact any health care provider who has submitted a medical certification to Sedgwick in connection with my Leave Request in order to authenticate, clarify, or obtain any information missing on the certification. I also permit Liberty Life or Sedgwick to contact any health care providers necessary to evaluate and determine my eligibility for disability income benefits.

ROI 2

*T16492102.848-2048*

**To Give The Following Information:**

• All medical and claim information about me, including medical history, diagnosis, prognosis and treatment of any physical or mental condition. This includes disclosure of my entire medical record, including but not limited to, disclosure of medical care or surgery, psychiatric or psychological care or examinations; but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. I understand that this authorization includes my consent to disclose medical information that relates to mental illness, **HIV, AIDS, HIV**-related illness and sexually transmitted diseases or other serious communicable diseases, but only in accordance with any law or regulation that applies to any such disclosure of this information about me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law, and may no longer be covered by those rules.

• Non-medical information requested about me, including my education, employment history, or eligibility for other benefits.

• Federal and/or state law specifically requires that any disclosure or re-disclosure of substance abuse, alcohol or drug, mental health or AIDS related information must be accompanied by the following written statement:

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2) and/or state law. The Federal rules and/or state law prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**TO LIBERTY LIFE AND SEDGWICK** in the format requested by them, including by telephone, fax or mail. I authorize Liberty Life and Sedgwick to release information about me 1) to each other, 2) to any person performing business or legal services on their behalf and persons or organizations performing claims management and claims advisory services or medical treatment or services in connection with my claims for disability income benefits, my Leave Request, and/or occupational injury benefits claim, 3) to my employer and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to extent permitted by state or federal law, 4) as required by law. I understand that Liberty Life and Sedgwick will only use or disclose the information to the extent necessary to administer My Employer's Benefit Plans or Programs. ROI 3

*T16492102.848-2048*

This information will not be released by Liberty Life and Sedgwick to parties that are not acting on behalf of Liberty Life, Sedgwick, and/or My Employer's Benefit Plans or Programs, unless required by law, or unless specifically requested to do so, in writing by me.

I understand that I may revoke this authorization at any time by writing to the address noted above. I further understand that, unless permitted by applicable law, I cannot revoke this authorization to the extent that Walmart, Liberty Life, and/or Sedgwick have taken action in reliance on it.

If I do not revoke this authorization, I understand that for purposes of disability benefits and/or my Leave or Accommodation Request it will be valid for **two years** from the date I sign this authorization or the duration of my claim for benefits and/or my Leave Request, whichever period is shorter.
I understand that for purposes of occupational injury benefits it will be valid for the duration of my claim for occupational injury benefits or for the period required by applicable state law, whichever period is shorter.

I also understand that the entity releasing the information pursuant to this authorization may not condition my treatment or payment of health benefits on my signing this authorization. **I understand that my refusal to sign this authorization may cause a delay or denial of payment of disability benefits and/or occupational injury benefits. I understand that my refusal to sign this authorization will not affect my eligibility for leave under the FMLA.**

I understand that a photocopy of this authorization is as valid as the original, **and that I may receive a copy of this authorization upon request.**

Sherry Jo Woolverton-Jones
Signature of Patient (Employee/Claimant) or Patient's Representative

30166209152-0001
Patient's (Employee/Claimant's) Address

Sherry Jo Woolverton-Jones
Printed Name of Patient (Employee/Claimant) or Patient's Representative

Patient's (Employee/Claimant's) *Last Four Digits* of Social Security Number

April 20th, 2016
First Day Absent

Representative's Relationship to Patient, only if applicable

August 3rd, 2016
Date Signed

September 20th, 1971
Date of Birth

**Short Term Disability Income Benefits and Leaves administered by Sedgwick.**
**Long Term Disability Income Benefits insured and administered by Liberty Life.**
**Liberty Life and Sedgwick are independent entities and are not affiliated with each other.**
Sedgwick 10/2014 ©Sedgwick Claims Management Services, Inc. ROI 4

*T16492102.848-2048*

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 9, 2016 8:49:35 AM EDT | | 756 | 33 | Received |



# Boston Baskin Cancer Foundation

Address: 80 Humphreys, Suite 330
City, State, and Zip Code: Memphis, TN 38120

## Facsimile Cover Sheet

| Date: | September 9, 2016 | # of pages including cover sheet: | |
|---|---|---|---|

To:
Susan Wipson

Phone:

Fax Phone #: 859-264-4372

Copy:

From:
Cindy Dixon, RN
Physician's Nurse for Dr. Kirby Smith

Phone: 901-752-6160

Fax Phone #: 901-752-6167

E-mail: cynthia.dixon@bmg.md

Remarks: [ ] Urgent [ ] For your review [ ] As requested [ ] Reply ASAP [ ] Please Comment

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. **If you have received this fax in error, please complete the below information and fax this form (along with your fax coversheet) to the Baptist Corporate Privacy and Security Officer at 901.227.6155. Thank you.**

**Please check the one box below that describes what you did with the document(s) you received.**

- □ The document(s) was shredded. No copies were made or kept.
- □ The document(s) was not shredded, but was destroyed so that it would be impossible for someone to piece the document back together. No copies were made or kept.
- □ The original document(s) was returned to Baptist at the above address. No copies were made or kept.

**Please write in how many pages of documents you unintentionally received from Baptist (count fax cover pages too). However, if you received some documents that were intended for you along with documents that were not intended for you, only count those pages which were not intended for you:**__________

**Please list the fax number on which the documents were received:**__________

**Name of person completing this information:**__________ **Date:**__________

Form 0100.22 09/13

sedgwick.

## Request for Clarification of Medical Information to support Disability from Clinical Specialist

Walmart Disability and Leave Service Center at Sedgwick
P.O. Box 14028, Lexington, KY 40512
Telephone: (800) 492-5678 facsimile: (859) 264-4372

| | | | |
|---|---|---|---|
| Today's Date: | 8/25/16 | Pages: | 2 Pages |
| To: | Dr. Kirby Smith | From: | Susan Wipson |
| Fax: | 901-752-6167 | Fax: | (859) 264-4372 |
| Patient: | WOOLVERTON-JONES, SHERRY J | Telephone: | (800) 492-5678 |
| Patient DOB: | | Claim Number: | 30166209152-0001 |

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

**To consider approving this claim, we need the following checked item(s) returned, ASAP:**

*Patient's disability claim is currently under nurse review. Please answer the following questions to support complete and total inability to work and return as soon as possible. Thanks.*

**Please fax all clinical information after each visit or patient contact to:**
**Fax (859) 264-4372.**

~~Any and all charges for copies of records are the responsibility of patient.~~

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

1. At the office visit on 04-27-16, what were the patient's subjective complaints?

N/A

a. What were the abnormal physical exam findings?

b. What were the changes to treatment plan?

2. At the office visit on 06-06-16, what were the patient's subjective complaints?

See Progress Note. Attached

a. What were the abnormal physical exam findings?

c. What were the changes to treatment plan?

3. At the office visit on 07-13-16, what were the patient's subjective complaints?

See Progress Note Attached

a. What were the abnormal physical exam findings?

b. What were the changes to treatment plan?

4. At the office visit on 07-27-16, what were the patient's subjective complaints?

See Progress Note - Attached

a. What were the abnormal physical exam findings?

b. What were the changes to treatment plan?

5. Does the patient report difficulty performing ADLs?

See Progress Note - Attached

6. For what reason was the patient seen in the ED on 04-24-16?

7. Is there any indication that the patient was disabled prior to certification date of 04-20-16, as her first date of absence was 04-19-16?

8. Are there any restrictions that would allow the patient to return to work?

Provider Name: ______________________

Provider Signature: ______________________ Date: __________

# Cerner Imaging Exam Report

Facility: Margaret West CBC - Methodist

Patient Name: WOOLVERTON-JONES, SHERRY J
MRN: 14015155
FIN: 46811853
Patient Type: Outpatient
Accession No: DX-16-0194947
Exam Date/Time: 6/27/2016 16:23
Ordering Physician: Martinez, Santos Fernando, MD
Resident:
Interpreting Physician: Blankinship Jr, Joseph P, MD
Reason for Exam: Other, Enter in Comments

DOB/Age/Sex: 44 Years Female
Location: 22RADBCG//
Exam: DXA Bone Density Study 1+Sites Axial
Exam Status: Completed
Transcriptionist:
Report Status: Final
Transcribed Date/Time:

## READ

CLINICAL INFORMATION: Vitamin D deficiency; whole body scan for bone density

EXAMINATION: DXA BONE DENSITY STUDY 1+SITES AXIAL

The patient's height is 60.0 inches. The patient weight is 120.0 pounds.

BODY MASS TOTALS:

BMC: 1516.46g

BMD: 0.949 g/cm2

Fat: 25407.7g

Lean body mass: 26775.7g

Lean plus BMC: 28292.1g

Total: 53699.8g

Percent fat: 47.3%

| Region | BMD g/cm sq | T-Score | Z-Score |
|---|---|---|---|
| Left Hip (Total) | 0.737 | -1.7 | -1.4 |
| Left Femoral Neck | 0.588 | -2.4 | -1.9 |
| Right Hip (Total) | 0.738 | -1.7 | -1.4 |
| Right Femoral Neck | 0.569 | -2.5 | -2.1 |

# Cerner Imaging Exam Report

Facility: Margaret West CBC - Methodist

Patient Name: WOOLVERTON-JONES, SHERRY J
MRN: 14015155
FIN: 46811853
Patient Type: Outpatient
Accession No: DX-16-0194947
Exam Date/Time: 6/27/2016 16:23
Ordering Physician: Martinez, Santos Fernando, MD
Resident:
Interpreting Physician: Blankinship Jr, Joseph P, MD
Reason for Exam: Other, Enter in Comments

DOB/Age/Sex: 44 Years Female
Location: 22RADBCG//
Exam: DXA Bone Density Study 1+Sites Axial
Exam Status: Completed
Transcriptionist:
Report Status: Final
Transcribed Date/Time:

| | | | |
|---|---|---|---|
| Whole Body | 0.949 | -2.0 | -1.9 |

IMPRESSION:
1. Whole body totals as detailed above.
2.. Osteoporosis based upon evaluation of the hips,

The examination was performed on a . If possible, for accurate comparison, future studies should be referred to the same unit and facility.

World Health Organization Guidelines For BMD Interpretation:
Normal (T-Score at or above -1.0)
Osteopenia (T-Score -1.1 to -2.4)
Osteoporosis (T-Score at or below -2.5)

This report was dictated at Workstation ID: PLA7128

Dictation Date/Time: 06/28/16 3:34 pm

Dictating Physician : Blankinship Jr, Joseph P, MD
Signing Physician : Blankinship Jr, Joseph P, MD
Final Signed Date/Time: 06/28/16 3:31 pm

****** Final Electronic Signature Line *******

*** END OF REPORT ***

NM Bone/Jt Imag Whole Body WOOLVERTON-JONES, SHERRY J - 14015155
* Final Report *

| | |
|---|---|
| Result Type: | NM Bone/Jt Imag Whole Body |
| Result Date: | May 16, 2016 2:16 PM |
| Result Status: | Auth (Verified) |
| Result Title: | NM Bone/Jt Imag Whole Body |
| Performed By: | Hausmann , James Stanford, MD on May 16, 2016 3:40 PM |
| Verified By: | Hausmann , James Stanford, MD on May 16, 2016 3:37 PM |
| Encounter info: | 46811742, GERMANTOWN, NUCMED, 5/16/2016 - 5/23/2016 |

## * Final Report *

**Reason For Exam**
Pain

**READ**
CLINICAL INFORMATION: PAIN. Rib pain.

EXAMINATION: NM BONE/JT IMAG WHOLE BODY 5/16/2016 11:15 AM, NM160007551

COMPARISON: Whole-body bone scan 9/17/2015 and CT thorax 5/8/2016 and CT abdomen and pelvis 4/29/2016

RADIOPHARMACEUTICAL: 29 mCi technetium 99m MDP IV.

FINDINGS: Delayed anterior and posterior whole body images are obtained as well as multiple spot views. There are small foci of activity involving posterior lateral right 11th and 12th ribs. These are most characteristic of rib fractures. Correlation with recent CT does demonstrate, in retrospect, a nondisplaced healing fracture involving the posterior lateral right 11th rib.

No other abnormal activity is seen. Kidneys and bladder are visualized.

IMPRESSION: Fractures posterior lateral right 11th and 12th ribs.

"This patient may be released based on the guidelines established in the state Division of Radiological Health regulations, Release of Patients Containing Radioactive Drugs or Implants."

NUCLEAR MEDICINE

This report was dictated at Workstation ID: PLA3135

**Signature Line**
Dictation Date/Time: 05/16/16 3:40 pm

MCKESSON
*Empowering Healthcare*

Patient Name: Woolverton-Jones, Sherry J
DOB:
ID: 14015155(CERNER)
Study Date: 16-May-2016 11:15

**Final Report**
***NM NM BONE/JT IMAG WHOLE BODY***

ORIGINAL REPORT: CLINICAL INFORMATION: PAIN, RIB PAIN.

EXAMINATION: NM BONE/JT IMAG WHOLE BODY, 5/16/2016 11:15 AM, NM160007551

COMPARISON: WHOLE-BODY BONE SCAN 9/17/2015 AND CT THORAX 5/8/2016 AND CT ABDOMEN AND PELVIS 4/29/2016

RADIOPHARMACEUTICAL: 29 MCI TECHNETIUM 99M MDP IV.

FINDINGS: DELAYED ANTERIOR AND POSTERIOR WHOLE BODY IMAGES ARE OBTAINED AS WELL AS MULTIPLE SPOT VIEWS. THERE ARE SMALL FOCI OF ACTIVITY INVOLVING POSTERIOR LATERAL RIGHT 11TH AND 12TH RIBS. THESE ARE MOST CHARACTERISTIC OF RIB FRACTURES. CORRELATION WITH RECENT CT DOES DEMONSTRATE, IN RETROSPECT, A NONDISPLACED HEALING FRACTURE INVOLVING THE POSTERIOR LATERAL RIGHT 11TH RIB.

NO OTHER ABNORMAL ACTIVITY IS SEEN. KIDNEYS AND BLADDER ARE VISUALIZED.

IMPRESSION: FRACTURES POSTERIOR LATERAL RIGHT 11TH AND 12TH RIBS.

"THIS PATIENT MAY BE RELEASED BASED ON THE GUIDELINES ESTABLISHED IN THE STATE DIVISION OF RADIOLOGICAL HEALTH REGULATIONS, RELEASE OF PATIENTS CONTAINING RADIOACTIVE DRUGS OR IMPLANTS."

NUCLEAR MEDICINE

THIS REPORT WAS DICTATED AT WORKSTATION ID: PLA3135

DICTATION DATE/TIME: 05/16/16 3:40 PM

DICTATING RADIOLOGIST : HAUSMANN , JAMES STANFORD, MD
SIGNING RADIOLOGIST : HAUSMANN , JAMES STANFORD, MD
FINAL SIGNED DATE/TIME: 05/16/16 3:37 PM

****** FINAL ELECTRONIC SIGNATURE LINE *******

Signed by: Hausmann, James Stanford Signed on: 16-May-2016 15:37

**Woolverton-Jones, Sherry [10321720]** DOB:
**Home:** Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
**Work:** Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| John H Powell, NP | Sign at close encounter | John H Powell, NP | 6/13/2016 8:39 AM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones** **Age: 44 y.o.** **Sex: Female**
**MRN: 10321720** **DOB:**
**CSN:** 120035507566 **Race:** White or Caucasian [1]
**Date of Examination:** 6/6/2016

**CHIEF COMPLAINT:**
**Chief Complaint**
Patient presents with
- Deep Vein Thrombosis

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**
Sherry is in today to have her INR checked. She has been taking Coumadin 7.5 mg Monday and Friday and 5 mg all other days of the week. She has not had any bruising or bleeding, particularly no nose bleeds, no bleeding gums, no hemoptysis, no blood in her urine or her stool. About 2 months ago she was getting out of bed when she noticed acute onset of right-sided flank pain. This was so severe that she has been unable to work since 4/18. She initially assumed that it was gastric in origin and she underwent GI evaluation with the CAT scans of the abdomen and pelvis that showed no abnormality. Because it seemed to be bony in origin she was referred to orthopedist, Dr. Martinez at Campbell Clinic and a bone scan was arranged, which showed fractures of the right 11th and 12th ribs. Because the fractures occurred during a low trauma incident, she has been referred for bone density testing, but this cannot be done until the end of June. She cannot take any pain medication because of interactions with Xyrem, which is the medication that she takes for narcolepsy. She has been acutely uncomfortable and unable to work since the recurrence of the fractures.

sr 1733116 DT: 06/07/2016 07:45
DD: 06/06/2016 16:16

No other symptoms are reported today.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

**PATIENT DISTRESS ASSESSMENT:**
Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Work/School |
| **Family Problems:** | None |
| **Emotional Problems:** | None |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

**REVIEW OF SYSTEMS:**
Review of Systems
Constitutional: Positive for activity change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain (RUQ).
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.

**PAST MEDICAL/SURGICAL HISTORY:**
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |

- Hysterectomy
- Appendectomy
- Sinus surgery
- Tonsillectomy
- Ovarian cyst drainage

## FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Cancer | Maternal Grandmother | |
| Cancer | Paternal Grandmother | |
| Clotting disorder | Paternal Grandmother | |
| Cancer | Paternal Grandfather | |
| Diabetes | Mother | |
| Diabetes | Father | |

## SOCIAL HISTORY:

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

## ALLERGIES:

No Known Allergies

## CURRENT MEDICATIONS:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| gabapentin (NEURONTIN) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day | | |
| ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| VITAMIN D2 50,000 unit capsule | | | |
| warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**
**Vital signs:**
**Filed Vitals:**

| | 06/06/16 1446 |
|---|---|
| BP: | 118/78 |
| Pulse: | 123 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Oral |
| Height: | 5' 1" (1.549 m) |
| Weight: | 120 lb 4.8 oz (54.568 kg) |
| SpO2: | 98% |
| PainSc: | 9 |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 06/06/16 1454 |
|---|---|---|
| WBC | K/uL | 7.89 |
| HEMOGLOBIN | g/dL | 12.9 |
| PLATELET | K/uL | 323 |

**Results from last 7 days**

| Lab | Units | 06/06/16 1454 |
|---|---|---|
| SODIUM | mEq/L | 140.0 |
| POTASSIUM | mEq/L | 3.5 |
| BUN | mg/dL | 13.0 |

| | | |
|---|---|---|
| CREATININE | mg/dL | 1.0 |
| CALCIUM | mg/dL | 9.0 |
| TOTAL BILIRUBIN | mg/dL | 0.1* |
| GLUCOSE | mg/dL | 98.0 |

**Results from last 7 days**

| Lab | Units | 06/06/16 1455 |
|---|---|---|
| INR | | 3.1 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 06/06/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 06/06/2016 | 7.89 |
| • RBC | 06/06/2016 | 5 |
| • Hemoglobin | 06/06/2016 | 12.9 |
| • Hematocrit | 06/06/2016 | 40.3 |
| • MCV | 06/06/2016 | 89.4 |
| • MCH | 06/06/2016 | 28.6 |
| • MCHC | 06/06/2016 | 32.0* |
| • RDW | 06/06/2016 | 16* |
| • Platelet | 06/06/2016 | 323 |
| • Neutrophils Segmented Pe* | 06/06/2016 | 55.5 |
| • Lymphocyte Percent | 06/06/2016 | 31.6 |
| • Monocyte Percent | 06/06/2016 | 7.4 |
| • Eosinophils Percent | 06/06/2016 | 4.5 |
| • Basophil Percent | 06/06/2016 | 0.9 |
| • Neutrophils Segmented Ab* | 06/06/2016 | 4.4 |
| • Lymphocytes Absolute, Au* | 06/06/2016 | 2.49 |
| • Monocytes Absolute, Auto* | 06/06/2016 | 0.58 |
| • Eosinophils Absolute | 06/06/2016 | 0.36 |
| • Basophils Absolute | 06/06/2016 | 0.07 |
| • Sodium | 06/06/2016 | 140.0 |
| • Chloride | 06/06/2016 | 102.0 |
| • CO2 | 06/06/2016 | 26 |
| • Glucose | 06/06/2016 | 98.0 |
| • Potassium | 06/06/2016 | 3.5 |
| • Calcium | 06/06/2016 | 9.0 |
| • BUN | 06/06/2016 | 13.0 |
| • Creatinine | 06/06/2016 | 1.0 |
| • Total Protein | 06/06/2016 | 7.8 |
| • ALP | 06/06/2016 | 103.0 |
| • ALT | 06/06/2016 | 31.0 |
| • AST | 06/06/2016 | 26.0 |
| • Anion Gap | 06/06/2016 | 12 |
| • BUN / Creatinine, Mass R* | 06/06/2016 | 13 |
| • Albumin | 06/06/2016 | 4.0 |
| • Globulin Total | 06/06/2016 | 4 |
| • Albumin / Globulin, Mass* | 06/06/2016 | 1 |
| • Total Bilirubin | 06/06/2016 | 0.1* |
| • GFR non-African American | 06/06/2016 | 68 |
| • GFR African American | 06/06/2016 | 79 |

- INR 06/06/2016 3.1

No results found for: IRON, TIBC, FERR

**RADIOLOGY:**

Bone scan dated 05/16/2016 and done at Methodist Germantown Hospital shows fractures of the posterior lateral right 11th and 12th ribs. CAT scans of the chest, abdomen and pelvis also done at Methodist show no abnormalities.

db 1733114 DT: 06/07/2016 07:38
DD: 06/06/2016 16:14

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time** |
| 2. | Closed fracture of one rib of right side with delayed healing, subsequent encounter | S22.31XG | V54.19 | DXA Bone Density Axial Hip Pelvis Spine |

**PLAN:**
I will try to arrange earlier bone density evaluation for Sherry back to Dr. Martinez with those results. In terms of her anticoagulation, it is adequate on her current dose of Coumadin and she will remain on 7.5 mg Monday and Friday and 5 mg all other days of the week. She will return here in 3 months for followup. She will continue to check her INR weekly at home and send those results to our office.

am 1733120 DT: 06/07/2016 07:38
DD: 06/06/2016 16:18

**DISPOSITION:**
Return in about 3 months (around 9/6/2016).

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
6/6/2016 4:14 PM
I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

**Links**

Previous Version

**Cosign Info** (Current Encounter)

** None **

**Chart Review Routing History**

No Routing History on File

**Woolverton-Jones, Sherry [10321720]**
**Home:**
**Work:**

DOB:
Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kirby Lee Smith, MD | Signed | Kirby Lee Smith, MD | 7/18/2016 3:54 PM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name:** Sherry Woolverton-Jones
**MRN:** 10321720
**CSN:** 120038543716
**Date of Examination:** 7/13/2016

**Age:** 44 y.o.

**Sex:** Female
**DOB:**
**Race:** White or Caucasian [1]

**CHIEF COMPLAINT:**
Nipple discharge

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**
Ms. Woolverton-Jones returns earlier than scheduled with new problems. In the last week she has had a discharge from the left nipple which she describes as clear or light yellow. There has been very minimal breast tenderness. There have been 2 previous biopsies and a cyst aspiration of the left breast in the past. In addition she has begun to have discomfort in the right groin where she has had lymphadenopathy in the past. She also has problems with pain which have involved the right hip and shoulder and the right lateral chest wall where studies recently have shown 2 old rib fractures. She has not had significant shortness of breath or cough. She states that her bowel movements have been dark for the last 3 weeks. She has had no urinary tract symptoms.

kc 1808414 DT: 07/14/2016 09:56
DD: 07/13/2016 15:46

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**PATIENT DISTRESS ASSESSMENT:**

**REVIEW OF SYSTEMS:**
Review of Systems

**PAST MEDICAL/SURGICAL HISTORY:**
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**
Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**
No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • [START ON 8/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • lidocaine (LIDODERM) 5 % patch | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**
**Vital signs:**
**Filed Vitals:**

| | 07/13/16 1404 |
|---|---|
| BP: | 126/83 |
| Pulse: | 128 |
| Temp: | 98.8 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 123 lb 6.4 oz (55.974 kg) |
| SpO2: | 99% |
| PainSc: | 9 |

Physical Exam

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 07/13/16 1412 |
|---|---|---|
| WBC | K/uL | 6.97 |
| HEMOGLOBIN | g/dL | 13.0 |
| PLATELET | K/uL | 342 |

**Results from last 7 days**

| Lab | Units | 07/13/16 1411 |
|---|---|---|
| INR | | 1.8 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 07/13/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 07/13/2016 | 6.97 |
| • RBC | 07/13/2016 | 4 |
| • Hemoglobin | 07/13/2016 | 13.0 |
| • Hematocrit | 07/13/2016 | 38.3 |
| • MCV | 07/13/2016 | 85.6 |
| • MCH | 07/13/2016 | 29.0 |
| • MCHC | 07/13/2016 | 33.9 |
| • RDW | 07/13/2016 | 16* |
| • Platelet | 07/13/2016 | 342 |
| • Neutrophils Segmented Pe* | 07/13/2016 | 56.8 |
| • Lymphocyte Percent | 07/13/2016 | 29.2 |
| • Monocyte Percent | 07/13/2016 | 9.0 |
| • Eosinophils Percent | 07/13/2016 | 4.0 |
| • Basophil Percent | 07/13/2016 | 1.0 |
| • Neutrophils Segmented Ab* | 07/13/2016 | 4.0 |
| • Lymphocytes Absolute, Au* | 07/13/2016 | 2.04 |
| • Monocytes Absolute, Auto* | 07/13/2016 | 0.63 |
| • Eosinophils Absolute | 07/13/2016 | 0.28 |
| • Basophils Absolute | 07/13/2016 | 0.07 |
| • INR | 07/13/2016 | 1.8 |

No results found for: IRON, TIBC, FERR

**RADIOLOGY:**

CT scan of the chest done at Methodist Germantown Hospital on 05/08/2016 showed no acute findings. A CT of the abdomen and pelvis done 04/29/2016 at Germantown Methodist Hospital demonstrated no acute findings. There was no evidence of lymphadenopathy. A bone scan done 05/16/2016 confirmed the presence of fractures of the lateral right 11th and 12th ribs.

A bone density study done 06/27/2016 confirmed the presence of osteoporosis with a T-score of the left femoral neck of -2.4 and a right femoral neck -2.5.

bp 1808427 DT: 07/14/2016 10:05
DD: 07/13/2016 15:50

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential<br>Comprehensive Metabolic Panel<br>POC Prothrombin Time |

**PLAN:**
We are going to schedule diagnostic mammograms of the breast at the Methodist Breast Center soon. In addition I begun the process of approval for Prolia. She had a hysterectomy with bilateral oophorectomy in 2003. She is currently on vitamin D 50,000 units weekly for 8 doses and will then begin a dose of 4000 international units daily. I have asked her to begin calcium with vitamin D b.i.d.

mb 1808430 DT: 07/14/2016 10:17
DD: 07/13/2016 15:51

**DISPOSITION:**
See in 2 weeks

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
7/13/2016 2:28 PM

Electronically signed by Kirby Lee Smith, MD at 7/13/2016 3:52 PM
Electronically signed by Kirby Lee Smith, MD at 7/18/2016 3:54 PM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 7/18/16 1554 | Progress Notes | Smith,Kirby Lee, MD | Physician | Signed | Cosign Not Required | | 278385501 |

**Chart Review Routing History**

No Routing History on File

**Woolverton-Jones, Sherry [10321720]**
**Home:**
**Work:**

DOB:
Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kirby Lee Smith, MD | Signed | Kirby Lee Smith, MD | 8/1/2016 8:57 AM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name:** Sherry Woolverton-Jones
**MRN:** 10321720
**CSN:** 120038764500
**Date of Examination:** 7/27/2016

**Age:** 44 y.o.

**Sex:** Female
**DOB:**
**Race:** White or Caucasian [1]

**CHIEF COMPLAINT:**
Nipple discharge

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**
Ms. Jones returns as we monitor her anticoagulation and for nipple discharge. She was scheduled for a diagnostic mammogram today at the Methodist Breast Center; however, on arrival, she was told they did not have an appointment for her. On further checking that actually do have an appointment and are seeing her immediately after this visit. The nipple discharge continues. She is now scheduled for a nerve block of her back on 08/10/2017, which will require bridging with Lovenox. She has had no new symptoms.

tz 1837040 DT: 07/28/2016 08:55
DD: 07/27/2016 14:38

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**PATIENT DISTRESS ASSESSMENT:**

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|

| | |
|---|---|
| • Cancer | Maternal Grandmother |
| • Cancer | Paternal Grandmother |
| • Clotting disorder | Paternal Grandmother |
| • Cancer | Paternal Grandfather |
| • Diabetes | Mother |
| • Diabetes | Father |

**SOCIAL HISTORY:**
Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**
No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • [START ON 8/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • lidocaine (LIDODERM) 5 % patch | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth | 36 tablet | 11 |

See Admin
Instructions Take 7.5
mg Monday & Friday,
5 mg remaining 5
days

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**
**Vital signs:**
**Filed Vitals:**

| | 07/27/16 1357 |
|---|---|
| BP: | 127/80 |
| Pulse: | 118 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 123 lb 11.2 oz (56.11 kg) |
| PainSc: | 9 |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
**No definite mass palpable in either breast.**
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 07/27/16 1413 |
|---|---|---|
| WBC | K/uL | 10.26 |
| HEMOGLOBIN | g/dL | 13.2 |
| PLATELET | K/uL | 361 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 07/27/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 07/27/2016 | 10.26 |
| • RBC | 07/27/2016 | 5 |
| • Hemoglobin | 07/27/2016 | 13.2 |
| • Hematocrit | 07/27/2016 | 40.3 |
| • MCV | 07/27/2016 | 88.0 |
| • MCH | 07/27/2016 | 28.9 |
| • MCHC | 07/27/2016 | 32.8* |
| • RDW | 07/27/2016 | 16* |
| • Platelet | 07/27/2016 | 361 |
| • Neutrophils Segmented Pe* | 07/27/2016 | 77.2* |
| • Lymphocyte Percent | 07/27/2016 | 16.6* |
| • Monocyte Percent | 07/27/2016 | 3.4* |
| • Eosinophils Percent | 07/27/2016 | 2.2 |
| • Basophil Percent | 07/27/2016 | 0.7 |
| • Neutrophils Segmented Ab* | 07/27/2016 | 7.9 |
| • Lymphocytes Absolute, Au* | 07/27/2016 | 1.70 |
| • Monocytes Absolute, Auto* | 07/27/2016 | 0.35 |
| • Eosinophils Absolute | 07/27/2016 | 0.22 |
| • Basophils Absolute | 07/27/2016 | 0.07 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**
Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential<br>Comprehensive Metabolic Panel<br>Ambulatory referral to General Surgery |

**PLAN:**
Sherry will have her diagnostic mammogram this afternoon. We have begun the process for a consultation with Dr. Michael Berry regarding the discharge from the left breast nipple. Her INR today is only 1.3 and she states that she has not missed any doses. She has been on a schedule of 7.5 mg Monday, Wednesday and Friday and 5 mg remaining 4 days, so we are changing that to 5 mg Wednesdays and Sundays and 7.5 remaining 5 days. Today only she will have a 7.5 mg dose.

lgs 1837072 DT: 07/28/2016 09:23
DD: 07/27/2016 14:44

**DISPOSITION:**
See in one month

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
7/27/2016 2:37 PM

Electronically signed by Kirby Lee Smith, MD at 7/27/2016 2:45 PM
Electronically signed by Kirby Lee Smith, MD at 8/1/2016 8:57 AM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 8/1/16 0857 | Progress Notes | Smith,Kirby Lee, MD | Physician | Signed | Cosign Not Required | | 283803610 |

**Chart Review Routing History**

No Routing History on File

**Woolverton-Jones, Sherry [10321720]**
**Home:**
**Work:**

DOB:
Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| John H Powell, NP | Signed | John H Powell, NP | 8/26/2016 9:37 AM |

**Progress Notes**

**HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE**

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones**
**MRN: 10321720**
**CSN:** 120040217234
**Date of Examination: 8/24/2016**

**Age: 44 y.o.**

**Sex: Female**
**DOB:**
**Race:** White or Caucasian [1]

**CHIEF COMPLAINT:**
Hypercoagulable syndrome and Coumadin management

**HISTORY OF PRESENT ILLNESS:**
Sherry is in today to follow up multiple issues including hypercoagulable syndrome currently on Coumadin 7.5 mg 3 days a week and 5 mg 4 days a week. She stopped taking Lovenox injections yesterday. She was bridged with Lovenox during an attempt at nerve block procedure to help with right chest wall pain associated with some fractured ribs. That did provide some pain relief for about 10 days but that has since recurred. She has had no relief from her right shoulder and right hip pain. She remains off work. She is not having any bleeding or bruising issues. She continues to have left nipple discharge with clear fluid. She has seen Dr. Roy Oswaks who reviewed her mammograms with her and felt that the drainage was from a cyst or several cysts and recommended followup in February of next year unless the drainage becomes bloody or she develops other symptoms. Of note she states that her mother has a history of a pituitary tumor.

lgs 1897106 DT: 08/25/2016 15:00
DD: 08/24/2016 15:32

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

**PATIENT DISTRESS ASSESSMENT:**
Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Insurance/Financial |
| **Family Problems:** | None |
| **Emotional Problems:** | Worry |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

**REVIEW OF SYSTEMS:**
Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ).**
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias **(Right shoulder and hip.).**
**Right chest wall pain persists after nerve block.**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy).**

**PAST MEDICAL/SURGICAL HISTORY:**
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |

- Ovarian cyst drainage

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**
Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**
No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg (1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • [START ON 10/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe | Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure | 10 Syringe | 1 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • nortriptyline (PAMELOR) 25 MG capsule | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg | 45 tablet | 5 |

| | | | |
|---|---|---|---|
| | by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 08/24/16 1441 |
|---|---|
| BP: | 113/79 |
| Pulse: | 121 |
| Temp: | 98.8 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 20 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 120 lb 1.6 oz (54.477 kg) |
| PainSc: | 9 |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance and acutely uncomfortable looking.**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

**No definite mass palpable in either breast.**

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 08/24/16 1501 |
|---|---|---|
| WBC | K/uL | 7.93 |
| HEMOGLOBIN | g/dL | 13.6 |
| PLATELET | K/uL | 314 |

**Results from last 7 days**

| Lab | Units | 08/24/16 1456 |
|---|---|---|
| INR | | 1.7 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 08/24/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 08/24/2016 | 7.93 |
| • RBC | 08/24/2016 | 5 |
| • Hemoglobin | 08/24/2016 | 13.6 |
| • Hematocrit | 08/24/2016 | 40.4 |
| • MCV | 08/24/2016 | 85.9 |
| • MCH | 08/24/2016 | 29.0 |
| • MCHC | 08/24/2016 | 33.8 |
| • RDW | 08/24/2016 | 16* |
| • Platelet | 08/24/2016 | 314 |
| • Neutrophils Segmented Pe* | 08/24/2016 | 64.2 |
| • Lymphocyte Percent | 08/24/2016 | 24.9 |
| • Monocyte Percent | 08/24/2016 | 6.3 |
| • Eosinophils Percent | 08/24/2016 | 4.1 |
| • Basophil Percent | 08/24/2016 | 0.6 |
| • Neutrophils Segmented Ab* | 08/24/2016 | 5.1 |
| • Lymphocytes Absolute, Au* | 08/24/2016 | 1.97 |
| • Monocytes Absolute, Auto* | 08/24/2016 | 0.50 |
| • Eosinophils Absolute | 08/24/2016 | 0.32 |
| • Basophils Absolute | 08/24/2016 | 0.05 |
| • INR | 08/24/2016 | 1.7 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Digital mammogram and ultrasound of the breasts bilaterally dated 07/27/2016 shows multiple cysts with no other significant abnormalities.

lgs 1897121 DT: 08/25/2016 15:01
DD: 08/24/2016 15:36

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time**<br>**enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** |
| 2. | Closed fracture of one rib of right side with delayed healing, subsequent encounter | S22.31XG | V54.19 | |
| 3. | Nipple discharge in female | N64.52 | 611.79 | Mammography Digital Ductogram Multiple Ducts Left<br>Prolactin<br>Prolactin |

**PLAN:**
She will adjust her dose of Coumadin such that she is taking 7.5 mg 4 days a week and 5 mg 3 days a week. She will take 10 mg today only. She will recheck her INR at home next Tuesday as she usually does and report those results to our office. I have refilled her Lovenox 60 mg subcutaneously twice daily. She will return here in 1 month for followup.

sr 1897125 DT: 08/25/2016 15:08
DD: 08/24/2016 15:36
I will schedule galactogram and check prolactin level for further evaluation of her left breast drainage.

sr 1897126 DT: 08/25/2016 15:01
DD: 08/24/2016 15:37

**DISPOSITION:**
Return in about 1 month (around 9/24/2016).

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
8/24/2016 3:31 PM
I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

Electronically signed by John H Powell, NP at 8/25/2016 7:46 AM
Electronically signed by John H Powell, NP at 8/26/2016 9:37 AM
Electronically signed by Kirby Lee Smith, MD at 9/1/2016 7:21 AM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 8/26/16 0937 | | | | Signed | Cosigned | | 294829979 |

| | | | |
|---|---|---|---|
| Progress Notes | Powell,John H, NP | Nurse Practitioner | Kirby Lee Smith, MD |

**Chart Review Routing History**

No Routing History on File

# Baptist Cancer Center

Address: 80 Humphreys, Suite 330
City, State, and Zip Code: Memphis, TN 38120

## Facsimile Cover Sheet

| Date: | January 31, 2017 | # of pages including cover sheet: | |
|---|---|---|---|

| To: | From: |
|---|---|
| Sedgewick | Cindy Dixon, RN |
| | Physician's Nurse for Dr. Kirby Smith |
| Phone: | Phone: 901-752-6160 |
| Fax Phone #: 859-264-4372 | Fax Phone #: 901-752-6167 |
| Copy: | E-mail: cynthia.dixon@bmg.md |

Remarks: [ ] Urgent [ ] For your review [ ] As requested [ ] Reply ASAP [ ] Please Comment

Re: Sherry Woolverton-Jones DOB
WalMart ID: 101755123
Claim # 3416620915200001
Submitted: 2 Most Recent Progress Notes
11/30/16 + 1/23/17
thank you!

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. **If you have received this fax in error, please complete the below information and fax this form (along with your fax coversheet) to the Baptist Corporate Privacy and Security Officer at 901.227.6155. Thank you.**

**Please check the one box below that describes what you did with the document(s) you received.**

- ☐ The document(s) was shredded. No copies were made or kept.
- ☐ The document(s) was not shredded, but was destroyed so that it would be impossible for someone to piece the document back together. No copies were made or kept.
- ☐ The original document(s) was returned to Baptist at the above address. No copies were made or kept.

**Please write in how many pages of documents you unintentionally received from Baptist (count fax cover pages too). However, if you received some documents that were intended for you along with documents that were not intended for you, only count those pages which were not intended for you:**__________

**Please list the fax number on which the documents were received:**__________

**Name of person completing this information:**__________ **Date:**__________

Form 0100.22 09/13

**Woolverton-Jones, Sherry [10321720]**
**Home:**
**Work:**

DOB:
Age/Sex: **45 years (as of encounter date 1/31/2017) Female**
Address: 

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kirby Lee Smith, MD | Signed | Kirby Lee Smith, MD | 1/31/2017 11:20 AM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

### PATIENT IDENTIFICATION:

**Name:** Sherry Woolverton-Jones
**MRN:** 10321720
**CSN:** 120053389210
**Date of Examination:** 1/23/2017

**Age:** 45 y.o.

**Sex:** Female
**DOB:**
**Race:** White or Caucasian [1]

### CHIEF COMPLAINT:

Follow up for anticoagulation and pain

### ONCOLOGY HISTORY:

*No history exists.*

### HISTORY OF PRESENT ILLNESS:

She returns in follow-up for a hypercoagulable state and for anticoagulation to be regulated. She has had numerous problems. She developed numbness on the in entire right side of her body and went to the Methodist Hospital Emergency Room on 12/29/2016 the diagnosis of TIA was entertained and a CT scan of the brain was performed and demonstrated no acute abnormalities she also had an MRI of the brain at that time which also confirmed no acute intracranial findings. There was small areas of chronic microvascular ischemic change in the posterior left parietal region. She continues Coumadin and has a home device to help in monitoring her INR 3 weeks ago she had an episode of nausea with vomiting on several occasions that has improved her appetite is quite poor and the thought of food is re-pulse of to her she continues to have multiple areas of pain including the right lateral chest wall particularly with sitting but also pain in the right hip the right shoulder and right neck which may be slightly worse. She continues care with Lee Stein for Norco left CE. She deals with chronic constipation.
No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

### PERFORMANCE STATUS:

Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

### PATIENT DISTRESS ASSESSMENT:

## REVIEW OF SYSTEMS:

Review of Systems

Constitutional: Positive for activity change, appetite change and fatigue. Negative for fever.

**Has had recent clear discharge from left nipple**

HENT: Negative.

Eyes: Negative.

Respiratory: Negative.

Cardiovascular: Positive for chest pain.

Gastrointestinal: Positive for abdominal pain **(RUQ).**

Endocrine: Negative.

**Ongoing nipple discharge**

Genitourinary: Negative.

Musculoskeletal: Positive for back pain, arthralgias **(Right shoulder and hip.)** and gait problem **(Intermittent).**

**Right chest wall pain persists after nerve block.**

Skin: Negative.

Allergic/Immunologic: Negative.

Neurological: Positive for numbness.

Hematological: Negative. Does not bruise/bleed easily.

Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)** and dysphoric mood.

## PAST MEDICAL/SURGICAL HISTORY:

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

## FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**

No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea | 60 tablet | 2 |
| • PARoxetine (PAXIL) 10 MG tablet | Take one tablet (10 mg total) by mouth every morning | 30 tablet | 1 |
| • potassium chloride 20 mEq ER tablet | Take one tablet (20 mEq total) by mouth one (1) time a day | 30 tablet | 2 |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: | 45 tablet | 5 |

| | | | |
|---|---|---|---|
| | Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

## PHYSICAL EXAMINATION:

**Vital signs:**

**Filed Vitals:**

| | 01/23/17 1452 |
|---|---|
| BP: | 110/77 |
| Pulse: | 123 |
| Temp: | 98.4 °F (36.9 °C) |
| TempSrc: | Oral |
| Height: | 5' 1" (1.549 m) |
| Weight: | 119 lb 9.6 oz (54.25 kg) |
| SpO2: | 98% |
| PainSc: | 0-No pain |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance and acutely uncomfortable looking.**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

## LAB REVIEW:

Woolverton-Jones, Sherry (MR # 10321720) Encounter Date: 01/23/2017

**Results from last 7 days**

| Lab | Units | 01/23/17 1452 |
|---|---|---|
| WBC | K/uL | 13.23* |
| HEMOGLOBIN | g/dL | 12.9 |
| PLATELET | K/uL | 415* |

**Results from last 7 days**

| Lab | Units | 01/23/17 1459 |
|---|---|---|
| INR | | 1.4 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 01/23/2017**

| Component | Date | Value |
|---|---|---|
| • WBC | 01/23/2017 | 13.23* |
| • RBC | 01/23/2017 | 4 |
| • Hemoglobin | 01/23/2017 | 12.9 |
| • Hematocrit | 01/23/2017 | 39.9 |
| • MCV | 01/23/2017 | 94.4 |
| • MCH | 01/23/2017 | 30.6 |
| • MCHC | 01/23/2017 | 32.4* |
| • RDW | 01/23/2017 | 17* |
| • Platelet | 01/23/2017 | 415* |
| • Neutrophils Segmented Pe* | 01/23/2017 | 69.0 |
| • Lymphocyte Percent | 01/23/2017 | 22.0 |
| • Monocyte Percent | 01/23/2017 | 5.6 |
| • Eosinophils Percent | 01/23/2017 | 3.0 |
| • Basophil Percent | 01/23/2017 | 0.5 |
| • Neutrophils Segmented Ab* | 01/23/2017 | 9.1* |
| • Lymphocytes Absolute, Au* | 01/23/2017 | 2.91 |
| • Monocytes Absolute, Auto* | 01/23/2017 | 0.74 |
| • Eosinophils Absolute | 01/23/2017 | 0.40 |
| • Basophils Absolute | 01/23/2017 | 0.06 |
| • INR | 01/23/2017 | 1.4 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| **1.** | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential** |

**Comprehensive Metabolic Panel**
**POC Prothrombin Time**

**PLAN:**
Her INR today is 1.4. She states that she has not missed any doses of Coumadin nor has she had of vitamin K rich foods included in her diet recently. We are changing her Coumadin dose to 5 mg daily and she will monitor her INR at home on a weekly basis. She continues Fosamax weekly and is also on calcium supplements once daily and vitamin-D 5000 units daily. Her potassium level was low during her recent emergency room visit so we are monitoring that today and will notify her if additional supplements are not indicated. She is currently on KCl 20 mEq daily.

**DISPOSITION:**
See in 1 month

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
1/23/2017 3:24 PM

Electronically signed by Kirby Lee Smith, MD at 1/31/2017 11:20 AM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 1/31/17 1120 | Progress Notes | Smith,Kirby Lee, MD | Physician | Signed | Cosign Not Required | | 354430126 |

**Chart Review Routing History**
No Routing History on File

**Woolverton-Jones, Sherry [10321720]**
**Home:**
**Work:**

DOB:
Age/Sex: **45 years (as of encounter date 1/23/2017) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kirby Lee Smith, MD | Signed | Kirby Lee Smith, MD | 11/30/2016 1:03 PM |

**Progress Notes**

**HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE**

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones** **Age: 45 y.o.** **Sex: Female**
**MRN: 10321720** **DOB:**
**CSN:** 120049888307 **Race:** White or Caucasian [1]
**Date of Examination: 11/30/2016**

**CHIEF COMPLAINT:**
Anticoagulation management, and chronic pain

**HISTORY OF PRESENT ILLNESS:**
Sherri is in today to have her INR checked. She is brought in her home monitoring machine to compare with the results that we get since she has had such widely varying INRs at home requiring frequent adjustments in her Coumadin dosing. She has had ongoing problems with right chest wall pain, low back pain, right-sided neck pain. She is interested in pursuing another nerve block by because she is anticoagulated there seems to be some hesitancy to do that. She still has nipple discharge and continues follow-up with Dr. Oswaks.

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
Sherry Woolverton-Jones current ecog performance status is 1 - Symptomatic; fully ambulatory.

**PATIENT DISTRESS ASSESSMENT:**
Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Insurance/Financial |
| **Family Problems:** | None |
| **Emotional Problems:** | Worry |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, arthralgias **(Right shoulder and hip.)** and gait problem **(Intermittent)**.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)** and dysphoric mood.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |

- Diabetes Father

**SOCIAL HISTORY:**
Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**
No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg (1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • [START ON 1/23/2017] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe | Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure | 10 Syringe | 1 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea | 60 tablet | 2 |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |
| • potassium chloride 20 mEq ER tablet | | 30 tablet | 2 |

Take one tablet (20 mEq total) by mouth one (1) time a day

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 11/30/16 1012 |
|---|---|
| BP: | 107/73 |
| Pulse: | 109 |
| Temp: | 98.7 °F (37.1 °C) |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 115 lb 6.4 oz (52.345 kg) |
| SpO2: | 100% |
| PainSc: | 9 |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance and acutely uncomfortable looking.**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 11/30/16 1028 |
|---|---|---|
| WBC | K/uL | 7.88 |
| HEMOGLOBIN | g/dL | 12.3 |
| PLATELET | K/uL | 456* |

**Results from last 7 days**

| Lab | Units | 11/30/16 1028 |
|---|---|---|

| | | |
|---|---|---|
| SODIUM | mEq/L | 139.0 |
| POTASSIUM | mEq/L | 2.9* |
| BUN | mg/dL | 3.0* |
| CREATININE | mg/dL | 0.8 |
| CALCIUM | mg/dL | 9.2 |
| TOTAL BILIRUBIN | mg/dL | 0.3 |
| GLUCOSE | mg/dL | 99.0 |

**Results from last 7 days**

| Lab | Units | 11/30/16 1026 |
|---|---|---|
| INR | | 1.8 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 11/30/2016**

| Component | Date | Value |
|---|---|---|
| • INR | 11/30/2016 | 1.8 |
| • WBC | 11/30/2016 | 7.88 |
| • RBC | 11/30/2016 | 4 |
| • Hemoglobin | 11/30/2016 | 12.3 |
| • Hematocrit | 11/30/2016 | 37.0 |
| • MCV | 11/30/2016 | 91.0 |
| • MCH | 11/30/2016 | 30.3 |
| • MCHC | 11/30/2016 | 33.3 |
| • RDW | 11/30/2016 | 17* |
| • Platelet | 11/30/2016 | 456* |
| • Neutrophils Segmented Pe* | 11/30/2016 | 52.1 |
| • Lymphocyte Percent | 11/30/2016 | 34.5 |
| • Monocyte Percent | 11/30/2016 | 7.8 |
| • Eosinophils Percent | 11/30/2016 | 5.0 |
| • Basophil Percent | 11/30/2016 | 0.5 |
| • Neutrophils Segmented Ab* | 11/30/2016 | 4.1 |
| • Lymphocytes Absolute, Au* | 11/30/2016 | 2.72 |
| • Monocytes Absolute, Auto* | 11/30/2016 | 0.62 |
| • Eosinophils Absolute | 11/30/2016 | 0.40 |
| • Basophils Absolute | 11/30/2016 | 0.04 |
| • Sodium | 11/30/2016 | 139.0 |
| • Chloride | 11/30/2016 | 99.0 |
| • CO2 | 11/30/2016 | 29 |
| • Glucose | 11/30/2016 | 99.0 |
| • Potassium | 11/30/2016 | 2.9* |
| • Calcium | 11/30/2016 | 9.2 |
| • BUN | 11/30/2016 | 3.0* |
| • Creatinine | 11/30/2016 | 0.8 |
| • Total Protein | 11/30/2016 | 7.0 |
| • ALP | 11/30/2016 | 108.0 |
| • ALT | 11/30/2016 | 23.0 |
| • AST | 11/30/2016 | 23.0 |
| • Anion Gap | 11/30/2016 | 11 |
| • BUN / Creatinine, Mass R* | 11/30/2016 | 4 |
| • Albumin | 11/30/2016 | 3.5 |
| • Globulin Total | 11/30/2016 | 4 |

- Albumin / Globulin, Mass* 11/30/2016 1
- Total Bilirubin 11/30/2016 0.3
- GFR non-African American 11/30/2016 89
- GFR African American 11/30/2016 103

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**
Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| **1.** | **Primary hypercoagulable state** | **D68.59** | **289.81** | **POC Prothrombin Time**<br>**CBC with Differential**<br>**Comprehensive Metabolic Panel** |
| 2. | Hypokalemia | E87.6 | 276.8 | potassium chloride 20 mEq ER tablet |
| 3. | Nausea alone | R11.0 | 787.02 | ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet |

**PLAN:**
Today her INR is 1.8 and the results obtained on the machine she uses home was also 1.8. She is just her Coumadin dose yesterday such that she takes 5 mg every day and she will continue on that until she recheck her INR in 1 week. Her potassium today was found to be 2.9 and I placed her on potassium chloride 20 mEq daily. I have asked her to stay today for IV potassium replacement but she does not have the time stating that she has no other doctor's appointment this afternoon. I have asked her to have her potassium rechecked with her primary care provider's office in Dyersburgr in the 10-14 days. She will follow up here in 6 weeks. She will continue to monitor her INR weekly.

**DISPOSITION:**
Return in about 6 weeks (around 1/11/2017).

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
11/30/2016 12:44 PM

I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

Electronically signed by Kirby Lee Smith, MD at 11/30/2016 1:03 PM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 11/30/16 1303 | Progress Notes | Smith,Kirby Lee, MD | Physician | Signed | Cosign Not Required | | 333617143 |

**Chart Review Routing History**

No Routing History on File

# Baptist Cancer Center

Address: 80 Humphreys, Suite 330
City, State, and Zip Code: Memphis, TN 38120

## Facsimile Cover Sheet

| Date: | March 10, 2017 | # of pages including cover sheet: | |
|---|---|---|---|

To:
Sedgwick

Phone:

Fax Phone #: 859-264-4372

Copy:

From:
Cindy Dixon, RN
Physician's Nurse for Dr. Kirby Smith

Phone: 901-752-6160

Fax Phone #: 901-752-6167

E-mail: cynthia.dixon@bmg.md

Remarks: [ ] Urgent [X] For your review [ ] As requested [ ] Reply ASAP [ ] Please Comment

Re: Sherry Woolverton-Jones
Claim # 341662091520001
WalMart ID: 101755123

Thank you!

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. **If you have received this fax in error, please complete the below information and fax this form (along with your fax covershect) to the Baptist Corporate Privacy and Security Officer at 901.227.6155. Thank you.**

**Please check the one box below that describes what you did with the document(s) you received.**
- ☐ The document(s) was shredded. No copies were made or kept.
- ☐ The document(s) was not shredded, but was destroyed so that it would be impossible for someone to piece the document back together. No copies were made or kept.
- ☐ The original document(s) was returned to Baptist at the above address. No copies were made or kept.

**Please write in how many pages of documents you unintentionally received from Baptist (count fax cover pages too). However, if you received some documents that were intended for you along with documents that were not intended for you, only count those pages which were not intended for you:**________

**Please list the fax number on which the documents were received:**________

**Name of person completing this information:**________ **Date:**________

Form 0100.22 09/13

ClAim # 341662091520001 WAlMArt ID: 101755123

**Woolverton-Jones, Sherry [10321720]**
**Home** ~~WAlMArt ID~~
**Work:**

DOB:
Age/Sex: **45 years (as of encounter date 3/8/2017) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kirby Lee Smith, MD | Signed | Kirby Lee Smith, MD | 3/8/2017 2:35 PM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

### PATIENT IDENTIFICATION:

**Name: Sherry Woolverton-Jones** **Age: 45 y.o.** **Sex: Female**
**MRN: 10321720**
**CSN:** 120056242171
**DOB:**
**Race:** White or Caucasian [1]
**Date of Examination: 3/8/2017**

### CHIEF COMPLAINT:

Follow up for anticoagulation and pain

### HISTORY OF PRESENT ILLNESS:

She is in today to have her INR checked. She is currently taking Coumadin 2.5mg 2 days/week and 5mg all other days. No bleeding or bruising. Her anxiety is no better on Paxil 10mg daily. She has a cardiac evaluation Monday of next week for her palpitations. She has a left breast biopsy scheduled next week with Dr. Hugh Francis. She's been diagnosed with a bulging cervical disc and is undergoing a series of injections for that.

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

### PERFORMANCE STATUS:

Sherry Woolverton-Jones current ecog performance status is 2 - Symptomatic; in bed less than 50% of the day.

### REVIEW OF SYSTEMS:

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Positive for palpitations. Negative for chest pain.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative.

**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, arthralgias **(Right shoulder and hip.)**, gait problem **(Intermittent)** and neck pain.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
**Left breast tenderness and nipple discharge**
Allergic/Immunologic: Negative.
Neurological: Positive for numbness.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)** and dysphoric mood.

## PAST MEDICAL/SURGICAL HISTORY:

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

## FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

## SOCIAL HISTORY:

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

## ALLERGIES:

No Known Allergies

## CURRENT MEDICATIONS:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • calcium carbonate-vitamin D 600 mg (1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| • cyanocobalamin (VITAMIN B-12) 1000 MCG tablet | Take 1,000 mcg by mouth one (1) time a day | | |
| • [START ON 5/7/2017] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule by mouth 3 (three) times a day | | |
| • meloxicam (MOBIC) 7.5 MG tablet | Take 1 tablet by mouth one (1) time a day | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take one tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea | 60 tablet | 2 |
| • PARoxetine (PAXIL) 10 MG tablet | Take two tablets (20 mg total) by mouth every morning | 30 tablet | 5 |
| • potassium chloride 20 mEq ER tablet | Take one tablet (20 mEq total) by mouth one (1) time a day | 30 tablet | 2 |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |
| • enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe | Inject 0.8 mL (80 mg total) under the skin one (1) time a day | 20 Syringe | 1 |

No current facility-administered medications for this visit.

**Facility-Administered Medications Ordered in Other Visits**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • phytonadione-vitamin K (AQUA-MEPHYTON) injection 5 mg | 5 mg | Subcutaneous | Once | John H Powell, NP | | |

## PHYSICAL EXAMINATION:

**Vital signs:**

**Filed Vitals:**

| | 03/08/17 0951 |
|---|---|
| BP: | 134/84 |
| Pulse: | 108 |
| Temp: | 98.6 °F (37 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 112 lb 11.2 oz (51.12 kg) |
| SpO2: | 97% |
| PainSc: | 9 |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

## LAB REVIEW:

**Results from last 7 days**

| Lab | Units | 03/08/17 1000 |
|---|---|---|
| WBC | K/uL | 9.39 |
| HEMOGLOBIN | g/dL | 14.6 |
| PLATELET | K/uL | 525* |

Woolverton-Jones, Sherry (MR # 10321720) Encounter Date: 03/08/2017

**Results from last 7 days**

| Lab | Units | 03/08/17 1000 |
|---|---|---|
| SODIUM | mEq/L | 137.0 |
| POTASSIUM | mEq/L | 3.0* |
| BUN | mg/dL | 6.0* |
| CREATININE | mg/dL | 0.9 |
| CALCIUM | mg/dL | 8.9 |
| TOTAL BILIRUBIN | mg/dL | 0.2 |
| GLUCOSE | mg/dL | 98.0 |

**Results from last 7 days**

| Lab | Units | 03/08/17 1002 |
|---|---|---|
| INR | | 6.0 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 03/08/2017**

| Component | Date | Value |
|---|---|---|
| • WBC | 03/08/2017 | 9.39 |
| • RBC | 03/08/2017 | 5 |
| • Hemoglobin | 03/08/2017 | 14.6 |
| • Hematocrit | 03/08/2017 | 45.2* |
| • MCV | 03/08/2017 | 91.7 |
| • MCH | 03/08/2017 | 29.7 |
| • MCHC | 03/08/2017 | 32.4* |
| • RDW | 03/08/2017 | 17* |
| • Platelet | 03/08/2017 | 525* |
| • Neutrophils Segmented Pe* | 03/08/2017 | 63.1 |
| • Lymphocyte Percent | 03/08/2017 | 29.7 |
| • Monocyte Percent | 03/08/2017 | 4.6* |
| • Eosinophils Percent | 03/08/2017 | 2.2 |
| • Basophil Percent | 03/08/2017 | 0.4 |
| • Neutrophils Segmented Ab* | 03/08/2017 | 5.9 |
| • Lymphocytes Absolute, Au* | 03/08/2017 | 2.78 |
| • Monocytes Absolute, Auto* | 03/08/2017 | 0.43 |
| • Eosinophils Absolute | 03/08/2017 | 0.21 |
| • Basophils Absolute | 03/08/2017 | 0.04 |
| • Sodium | 03/08/2017 | 137.0 |
| • Chloride | 03/08/2017 | 98.0 |
| • CO2 | 03/08/2017 | 27 |
| • Glucose | 03/08/2017 | 98.0 |
| • Potassium | 03/08/2017 | 3.0* |
| • Calcium | 03/08/2017 | 8.9 |
| • BUN | 03/08/2017 | 6.0* |
| • Creatinine | 03/08/2017 | 0.9 |
| • Total Protein | 03/08/2017 | 8.0 |
| • ALP | 03/08/2017 | 96.0 |
| • ALT | 03/08/2017 | 54.0 |
| • AST | 03/08/2017 | 18.0 |
| • Anion Gap | 03/08/2017 | 12 |

| | | |
|---|---|---|
| • BUN / Creatinine, Mass R* | 03/08/2017 | 7 |
| • Albumin | 03/08/2017 | 4.2 |
| • Globulin Total | 03/08/2017 | 4 |
| • Albumin / Globulin, Mass* | 03/08/2017 | 1 |
| • Total Bilirubin | 03/08/2017 | 0.2 |
| • eGFR non-African American | 03/08/2017 | 77 |
| • eGFR African American | 03/08/2017 | 89 |
| • INR | 03/08/2017 | 6.0 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time**<br>**enoxaparin (LOVENOX) 80 mg/0.8 mL SC syringe** |
| 2. | Depression with anxiety | F41.8 | 300.4 | PARoxetine (PAXIL) 10 MG tablet |
| 3. | Elevated INR | R79.1 | 790.92 | |
| 4. | History of iron deficiency | Z86.39 | V12.3 | Ferritin<br>Iron and TIBC<br>Vitamin B12<br>Folate<br>Ferritin<br>Iron and TIBC<br>Vitamin B12<br>Folate |
| 5. | Narcolepsy with cataplexy | G47.411 | 347.01 | Vitamin B12<br>Folate<br>Vitamin B12<br>Folate |

**PLAN:**

She will hold Coumadin today and tomorrow and will give her vitamin K 5 mg subcu today. I will increase her Paxil to 20 mg daily. She will begin bridging with Lovenox on Friday 3/10 in preparation for her breast biopsy. She will resume Coumadin 2.5 mg daily along with Lovenox following her biopsy. Will recheck an INR on March 20th. She has a home monitor and will call us with those results. She has a history of iron deficiency and an elevated platelet count. I will check iron studies today. I will check B12 and folate levels given her level of fatigue and will see her back in about 4 weeks when hopefully will have the results of her breast biopsy. We will be able to evaluate her response to her increased dose of Paxil at that time as well.

**DISPOSITION:**

See in 1 month

**ENCOUNTER PROVIDER:**

Kirby Lee Smith, MD
3/8/2017 11:10 AM

Electronically signed by Kirby Lee Smith, MD at 3/8/2017 2:35 PM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 3/8/17 1435 | Progress Notes | Smith,Kirby Lee, MD | Physician | Signed | Cosign Not Required | | 372794196 |

**Chart Review Routing History**

No Routing History on File

**Appeal Form**

To appeal the denial of your benefits, please complete this form and return it within 180 days from your receipt of your original denial letter. If your appeal is not received within 180 days from your receipt of the original denial letter the original denial will be upheld. **Please attach all pertinent medical information**

| | |
|---|---|
| Claim Number: 30166209152-0001 | Employee ID Number: 101755123 |
| Last Name: WOOLVERTON-JONES / First Name: SHERRY | Middle Initial: J |
| Street Address | |
| City: | State: |
| Home Phone: | Work Phone: |

Please provide name and phone number of treating physician(s)

| | |
|---|---|
| Provider Name: Kirby Smith, MD<br>Address: 80 Humphreys Blvd. Ste 330 Germantown, TN 38138 | Phone Number (901) 752-6131<br>Specialty: Oncology/Hematology |
| Provider Name: Santos Martinez, MD<br>Address: 1400 South Germantown Rd Germantown, TN 38138 | Phone Number: (901) ~~759~~-3100<br>Specialty: Orthopedics/Pain Medicine |
| Provider Name:<br>Address: | Phone Number:<br>Specialty: |

Please state specifically why you are requesting an appeal of your benefits. Attach a letter if additional space is needed.

See attached letter and medical records.

I have additional medical information to submit that is not attached to the form. Yes ☐ No ☒

If yes, please submit additional medical information as soon as reasonably possible.

Employee Certification:
I hereby certify that the information provided is complete and accurate to the best of my knowledge.

Employee Signature: Sherry J Woolverton-Jones Date: 9/9/2016

Please mail completed form to:

Walmart Disability and Leave Service Center at Sedgwick
Sedgwick Appeals Unit
P.O. Box 14028
Lexington, KY 40512

Telephone: (800) 492-5678
Fax: 859-264-4372
Email: walmartforms@sedgwicksir.com

September 9, 2016

To whom it may concern:

Recently, my claim for Short Term Disability Benefits (Claim #30166209152-0001)was denied for 'Medical did not support total disability'. The enclosed Medical Records were sent for your review, to clarify my disability and the severity of my condition.

According to the 2016 Associate Benefits Book, the definition of Total Disability is:

> *Under the short-term disability (STD) plan, "total disability" means that you are unable to perform the essential duties of your job for your normal work schedule, or a license required for your job duties has been suspended due to a mental or physical illness or injury, or pregnancy.*

On the two forms previously submitted to your office on the 7th of June and the 5th of August, my physician wrote that my Activities of Daily Living (ADL's) are limited and that I could not perform my job functions because of my inability to sit, stand, or walk. Furthermore, you will notice in my Medical Records, 50% of my day is spent confined to a bed.

There are several issues which severely complicate my condition. My broken 11th and 12th ribs are not healing due to Osteoporosis and a depleted amount of Vitamin D; thus causing me chronic pain. Unfortunately, due to the medication required to treat my Narcolepsy, I can not take any pain medication. My physicians are trying alternate ways to manage my pain; so, I can once again perform my ADL's and return to work.

The enclosed medical records provide evidence that I am unable to perform the essential duties of my job, as well as, the activities of daily living. Therefore, as defined above, my condition has rendered me totally disabled. After completing your review of the enclosed documentation, I pray, you will find my claim for STD should be approved.

Sincerely,

Sherry Jo Woolverton-Jones

Sherry Jo Woolverton-Jones

**Vanderbilt University Hospital**
**Emergency Department**
**1313 21st Ave South - 703 Oxford-House**
**Nashville, TN 37232-4700**
**615-322-0160**

**WOOLVERTON-JONES, SHERRY**
DOB:
MRN:022100796

# Discharge Instructions

5612016091...

**Abdominal Pain**

You have been diagnosed with abdominal (belly) pain but the cause of your pain has not been determined.

There are many causes of abdominal pain ranging from viral infections to spasms of the bowel (intestine).Often times, a repeat examination or more testing is required to figure out the cause of the pain.

At this time, your pain does not seem to be caused by anything dangerous that may need surgery or hospitalization.

Although it seems at this time that cause of your pain is not dangerous, sometimes more serious problems (appendicitis, abscesses, etc.) can start out mild but can become worse over time.This is why it is very important that you return here or go to the nearest Emergency Department to be reexamined unless you are absolutely 100% improved.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

- Increasing pain or pain that does not go away.
- Vomiting or not being able to keep any fluids down.Vomit that is dark green.
- Vomiting blood or blood in your stool.Blood can be bleft red, dark red, or black and tarry if it is digested.
- Fever or shaking chills.
- Yellowing of your skin or eyes, or dark, brown colored urine.
- Uncontrollable diarrhea.

# Cerner Imaging Exam Report

Facility: **GERMANTOWN**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46352833**
Patient Type: **Emergency**
Accession No: **DX-16-0132440**
Exam Date/Time: **4/29/2016 11:49**
Ordering Physician: **Collie , Enid M, APN FNP**
Resident:
Interpreting Physician: **Somogyi , Christopher Todd, MD**
Reason for Exam: **Pain**

DOB/Age/Sex: **44 Years Female**
Location: **4EDG/ /**
Exam: **Chest 2VW Frontal & Lat**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

**READ**

EXAMINATION: CHEST 2VW FRONTAL & LAT, 4/29/2016 11:34 AM, DX160132440

CLINICAL INFORMATION: Right-sided flank pain, fever

COMPARISON: None

FINDINGS: Frontal and lateral views of the chest were obtained. Heart and mediastinal contours are normal. Lungs are clear. There is no pleural effusion or pneumothorax. The bony thorax is unremarkable.

IMPRESSION:
No acute findings.

This report was dictated at Workstation ID: PLA3135

Dictation Date/Time: 04/29/16 11:57 am

Dictating Radiologist : Somogyi , Christopher Todd, MD
Signing Radiologist : Somogyi , Christopher Todd, MD
Final Signed Date/Time: 04/29/16 11:54 am

****** Final Electronic Signature Line *******

***** END OF REPORT *****

# Cerner Imaging Exam Report

Facility: **GERMANTOWN**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46352833**
Patient Type: **Emergency**
Accession No: **CT-16-0056988**
Exam Date/Time: **4/29/2016 14:02**
Ordering Physician: **Collie , Enid M, APN FNP**
Resident:
Interpreting Physician: **Donovan Jr, Francis Daniel, MD**
Reason for Exam: **Flank Pain**

DOB/Age/Sex: **44 Years Female**
Location: **4EDG/ /**
Exam: **CT Abdomen and Pelvis W Cont**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

## READ

CLINICAL INFORMATION: FLANK PAIN . Right flank pain.

EXAMINATION: CT ABDOMEN AND PELVIS W CONT, 4/29/2016 12:15 PM, CT160056988

COMPARISON: None.

FINDINGS: Axial contrast imaging of the abdomen and pelvis performed with iodinated contrast intravenously. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

Lungs: Images through the lung bases demonstrate no acute finding. Lungs are clear. Heart size is normal.

Liver: The liver is of normal appearance with no mass or bile duct dilatation.
Adrenals: No evidence of adrenal mass.
Spleen: Spleen is normal with no evidence of mass or other abnormality.
Gallbladder: Surgically absent.
Pancreas: Pancreas enhances normally. No mass or pancreatic duct dilatation. No inflammatory change.
Kidneys: The kidneys are of normal size. There is no evidence of mass or hydronephrosis. No definite renal or ureteral calculi. Kidneys enhance normally.
Stomach/small intestine: The stomach is of normal appearance. No evidence of small bowel distention or other abnormality.
Large intestine:Large bowel is predominantly surgically absent. There is an anastomosis in the distal pelvis.
Appendix:Not definitely visualized.
Vascular:There is no evidence of aneurysm.
Pelvic contents:No evidence of free fluid or other pelvic abnormality.
Bones and soft tissues:No lytic or blastic bone lesion. No soft tissue masses.
Lymph nodes:There is no abdominal or pelvic adenopathy.

IMPRESSION: No acute finding. No etiology to patient's right flank pain identified.

This report was dictated at Workstation ID: PLA3136

Dictation Date/Time: 04/29/16 2:34 pm

# Cerner Imaging Exam Report

Facility: **GERMANTOWN**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46635804**
Patient Type: **Emergency**
Accession No: **CT-16-0061076**
Exam Date/Time: **5/8/2016 03:07**
Ordering Physician: **Kalsi , Carle Crane, MD**
Resident:
Interpreting Physician: **Wilkerson , Benjamin Wade, MD**
Reason for Exam: **Pulmonary Embolism**

DOB/Age/Sex: **44 Years Female**
Location: **4EDG/ /**
Exam: **CT Thorax W Cont**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

## READ

EXAMINATION: CT160061076, CT THORAX W CONT, 5/8/2016 2:29 AM

CLINICAL: Right chest and abdominal pain. Fever. Clinical concern for pulmonary embolus.

COMPARISON: Chest x-ray April 29, 2016.

TECHNICAL: Axial imaging of the chest with intravenous contrast. Coronal and sagittal reformats performed. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

FINDINGS:

The lungs are clear. The visualized thyroid appears normal. Normal appearance of the esophagus, vena cava, aorta, heart and mediastinum. No pulmonary embolus. No abnormality in the upper abdomen. No acute bony or soft tissue findings.

IMPRESSION:

No acute findings.

This report was dictated at Workstation ID: PLA62126

Dictation Date/Time: 05/08/16 3:35 am

Dictating Radiologist : Wilkerson , Benjamin Wade, MD
Signing Radiologist : Wilkerson , Benjamin Wade, MD
Final Signed Date/Time: 05/08/16 3:32 am

****** Final Electronic Signature Line *******

*** END OF REPORT ***

| | |
|---|---|
| Result Type: | CT Thorax W Cont |
| Result Date: | May 08, 2016 3:07 AM |
| Result Status: | Auth (Verified) |
| Result Title: | CT Thorax W Cont |
| Performed By: | Wilkerson , Benjamin Wade, MD on May 08, 2016 3:35 AM |
| Verified By: | Wilkerson , Benjamin Wade, MD on May 08, 2016 3:32 AM |
| Encounter info: | 46635804, GERMANTOWN, Emergency, 5/7/2016 - |

# * Final Report *

**Reason For Exam**
Pulmonary Embolism

**READ**
EXAMINATION: CT160061076, CT THORAX W CONT, 5/8/2016 2:29 AM

CLINICAL: Right chest and abdominal pain. Fever. Clinical concern for pulmonary embolus.

COMPARISON: Chest x-ray April 29, 2016.

TECHNICAL: Axial imaging of the chest with intravenous contrast. Coronal and sagittal reformats performed. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

FINDINGS:

The lungs are clear. The visualized thyroid appears normal. Normal appearance of the esophagus, vena cava, aorta, heart and mediastinum. No pulmonary embolus. No abnormality in the upper abdomen. No acute bony or soft tissue findings.

IMPRESSION:

No acute findings.

This report was dictated at Workstation ID: PLA62126

**Signature Line**
Dictation Date/Time: 05/08/16 3:35 am

Dictating Radiologist : Wilkerson , Benjamin Wade, MD

Signing Radiologist : Wilkerson , Benjamin Wade, MD

Final Signed Date/Time: 05/08/16 3:32 am

****** Final Electronic Signature Line *******

**Completed Action List:**

* Order by Kalsi , Carle Crane, MD on May 08, 2016 2:29 AM
* VERIFY by Wilkerson , Benjamin Wade, MD on May 08, 2016 3:32 AM
* Perform by Wilkerson , Benjamin Wade, MD on May 08, 2016 3:35 AM

Flowsheet Print Request

Patient: WOOLVERTON-JONES, SHERRY J
MRN: 14015155
Date Range: 5/6/2016 3:45 AM - 5/9/2016 3:45 AM

Printed by: Duvall , Donna , RN
Printed on: 5/8/2016 3:45 AM

| LABORATORY RESULTS | 5/7/2016 11:00 PM | 5/7/2016 10:58 PM |
|---|---|---|
| **CHEMISTRY** | | |
| Sodium | | 140 |
| Potassium | | 3.8 |
| Chloride | | 106 |
| Carbon Dioxide | | 29 |
| Urea Nitrogen | | 14 |
| Glucose, Serum | | 106 * H |
| Calcium | | 9.2 |
| CREATININE | | 1.01 * |
| Protein, Total | | 8.3 H |
| Albumin | | 4.2 |
| Total Bilirubin | | 0.2 |
| Alkaline Phosphatase | | 115 |
| AST | | 23 |
| ALT | | 57 H |
| GGT | 87 H | |
| Anion Gap | | 5 |
| Amylase, Serum | 41 | |
| Lipase, Serum | 191 | |
| GFR-Estimated | | 59.5 * L |
| **HEMATOLOGY** | | |
| WBC | | 8.4 |
| RBC | | 4.72 |
| Hemoglobin | | 13.4 |
| Hematocrit | | 40.4 |
| MCV Blood | | 85.7 |
| MCH Blood | | 28.3 |
| MCHC Blood | | 33.0 |
| RDW | | 18.9 H |
| Nucleated Red Blood Cells | | 0.0 |
| Platelet Count | | 410 H |
| MPV | | 8.3 |
| % Lymphs | | 32.2 |
| % Monos | | 12.9 |
| % Eosinophils | | 5.9 |
| % Basophils | | 1.3 |
| % Neuts | | 47.7 |
| Absolute Lymphs | | 2.70 |
| Absolute Monos | | 1.10 H |
| Absolute Grans | | 4.00 |
| Absolute Eosinophils | | 0.50 H |
| Absolute Basophils | | 0.10 |
| **COAGULATION** | | |
| INR | 1.1 * H | |
| Prothrombin Time | 14.5 * | |
| **URINE TESTS** | | |
| Color, UR | | Yellow |
| Clarity, UR | | Clear |
| Sp Gravity, UR | | 1.009 |

NM Bone/Jt Imag Whole Body WOOLVERTON-JONES, SHERRY J - 14015155
* Final Report *

Result Type: NM Bone/Jt Imag Whole Body
Result Date: May 16, 2016 2:16 PM
Result Status: Auth (Verified)
Result Title: NM Bone/Jt Imag Whole Body
Performed By: Hausmann , James Stanford, MD on May 16, 2016 3:40 PM
Verified By: Hausmann , James Stanford, MD on May 16, 2016 3:37 PM
Encounter info: 46811742, GERMANTOWN, NUCMED, 5/16/2016 - 5/23/2016

## * Final Report *

**Reason For Exam**
Pain

**READ**
CLINICAL INFORMATION: PAIN. Rib pain.

EXAMINATION: NM BONE/JT IMAG WHOLE BODY, 5/16/2016 11:15 AM, NM160007551

COMPARISON: Whole-body bone scan 9/17/2015 and CT thorax 5/8/2016 and CT abdomen and pelvis 4/29/2016

RADIOPHARMACEUTICAL: 29 mCi technetium 99m MDP IV.

FINDINGS: Delayed anterior and posterior whole body images are obtained as well as multiple spot views. There are small foci of activity involving posterior lateral right 11th and 12th ribs. These are most characteristic of rib fractures. Correlation with recent CT does demonstrate, in retrospect, a nondisplaced healing fracture involving the posterior lateral right 11th rib.

No other abnormal activity is seen. Kidneys and bladder are visualized.

IMPRESSION: Fractures posterior lateral right 11th and 12th ribs.

"This patient may be released based on the guidelines established in the state Division of Radiological Health regulations, Release of Patients Containing Radioactive Drugs or Implants."

NUCLEAR MEDICINE

This report was dictated at Workstation ID: PLA3135

**Signature Line**
Dictation Date/Time: 05/16/16 3:40 pm

Printed by: Powell , John H, APN FNP
Printed on: 6/6/2016 3:21 PM

**Woolverton-Jones, Sherry [10321720]**
**Home:**
**Work:**

DOB:
Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| John H Powell, NP | Sign at close encounter | John H Powell, NP | 6/13/2016 8:39 AM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones**
**MRN: 10321720**
**CSN:** 120035507566
**Date of Examination: 6/6/2016**

**Age: 44 y.o.**

**Sex: Female**
**DOB:**
**Race:** White or Caucasian [1]

**CHIEF COMPLAINT:**

**Chief Complaint**
Patient presents with
- Deep Vein Thrombosis

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**
Sherry is in today to have her INR checked. She has been taking Coumadin 7.5 mg Monday and Friday and 5 mg all other days of the week. She has not had any bruising or bleeding, particularly no nose bleeds, no bleeding gums, no hemoptysis, no blood in her urine or her stool. About 2 months ago she was getting out of bed when she noticed acute onset of right-sided flank pain. This was so severe that she has been unable to work since 4/18. She initially assumed that it was gastric in origin and she underwent GI evaluation with the CAT scans of the abdomen and pelvis that showed no abnormality. Because it seemed to be bony in origin she was referred to orthopedist, Dr. Martinez at Campbell Clinic and a bone scan was arranged, which showed fractures of the right 11th and 12th ribs. Because the fractures occurred during a low trauma incident, she has been referred for bone density testing, but this cannot be done until the end of June. She cannot take any pain medication because of interactions with Xyrem, which is the medication that she takes for narcolepsy. She has been acutely uncomfortable and unable to work since the recurrence of the fractures.

sr 1733116 DT: 06/07/2016 07:45
DD: 06/06/2016 16:16

No other symptoms are reported today.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
**Sherry Woolverton-Jones current ecog performance status is Symptomatic, in bed 50% of the day.**

**PATIENT DISTRESS ASSESSMENT:**
Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Work/School |
| **Family Problems:** | None |
| **Emotional Problems:** | None |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

**REVIEW OF SYSTEMS:**
Review of Systems
Constitutional: Positive for activity change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain (RUQ).
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.

**PAST MEDICAL/SURGICAL HISTORY:**
**Past Medical History**
Diagnosis Date
- Clotting disorder
- Stroke
- CMV (cytomegalovirus infection)
- Migraine
- Hypoglycemia
- Fungal sinusitis
- Seizure disorder
- Narcolepsy
- Loss of weight
- Enlargement of lymph nodes

Past Surgical History
Procedure Laterality Date
- Cholecystectomy
- Colon resection

- Hysterectomy
- Appendectomy
- Sinus surgery
- Tonsillectomy
- Ovarian cyst drainage

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**

No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • gabapentin (NEURONTIN) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**
**Vital signs:**
**Filed Vitals:**

| | 06/06/16 1446 |
|---|---|
| BP: | 118/78 |
| Pulse: | 123 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Oral |
| Height: | 5' 1" (1.549 m) |
| Weight: | 120 lb 4.8 oz (54.568 kg) |
| SpO2: | 98% |
| PainSc: | 9 |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 06/06/16 1454 |
|---|---|---|
| WBC | K/uL | 7.89 |
| HEMOGLOBIN | g/dL | 12.9 |
| PLATELET | K/uL | 323 |

**Results from last 7 days**

| Lab | Units | 06/06/16 1454 |
|---|---|---|
| SODIUM | mEq/L | 140.0 |
| POTASSIUM | mEq/L | 3.5 |
| BUN | mg/dL | 13.0 |

| | | |
|---|---|---|
| CREATININE | mg/dL | 1.0 |
| CALCIUM | mg/dL | 9.0 |
| TOTAL BILIRUBIN | mg/dL | 0.1* |
| GLUCOSE | mg/dL | 98.0 |

**Results from last 7 days**

| Lab | Units | 06/06/16 1455 |
|---|---|---|
| INR | | 3.1 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 06/06/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 06/06/2016 | 7.89 |
| • RBC | 06/06/2016 | 5 |
| • Hemoglobin | 06/06/2016 | 12.9 |
| • Hematocrit | 06/06/2016 | 40.3 |
| • MCV | 06/06/2016 | 89.4 |
| • MCH | 06/06/2016 | 28.6 |
| • MCHC | 06/06/2016 | 32.0* |
| • RDW | 06/06/2016 | 16* |
| • Platelet | 06/06/2016 | 323 |
| • Neutrophils Segmented Pe* | 06/06/2016 | 55.5 |
| • Lymphocyte Percent | 06/06/2016 | 31.6 |
| • Monocyte Percent | 06/06/2016 | 7.4 |
| • Eosinophils Percent | 06/06/2016 | 4.5 |
| • Basophil Percent | 06/06/2016 | 0.9 |
| • Neutrophils Segmented Ab* | 06/06/2016 | 4.4 |
| • Lymphocytes Absolute, Au* | 06/06/2016 | 2.49 |
| • Monocytes Absolute, Auto* | 06/06/2016 | 0.58 |
| • Eosinophils Absolute | 06/06/2016 | 0.36 |
| • Basophils Absolute | 06/06/2016 | 0.07 |
| • Sodium | 06/06/2016 | 140.0 |
| • Chloride | 06/06/2016 | 102.0 |
| • CO2 | 06/06/2016 | 26 |
| • Glucose | 06/06/2016 | 98.0 |
| • Potassium | 06/06/2016 | 3.5 |
| • Calcium | 06/06/2016 | 9.0 |
| • BUN | 06/06/2016 | 13.0 |
| • Creatinine | 06/06/2016 | 1.0 |
| • Total Protein | 06/06/2016 | 7.8 |
| • ALP | 06/06/2016 | 103.0 |
| • ALT | 06/06/2016 | 31.0 |
| • AST | 06/06/2016 | 26.0 |
| • Anion Gap | 06/06/2016 | 12 |
| • BUN / Creatinine, Mass R* | 06/06/2016 | 13 |
| • Albumin | 06/06/2016 | 4.0 |
| • Globulin Total | 06/06/2016 | 4 |
| • Albumin / Globulin, Mass* | 06/06/2016 | 1 |
| • Total Bilirubin | 06/06/2016 | 0.1* |
| • GFR non-African American | 06/06/2016 | 68 |
| • GFR African American | 06/06/2016 | 79 |

- INR 06/06/2016 3.1

No results found for: IRON, TIBC, FERR

**RADIOLOGY:**

Bone scan dated 05/16/2016 and done at Methodist Germantown Hospital shows fractures of the posterior lateral right 11th and 12th ribs. CAT scans of the chest, abdomen and pelvis also done at Methodist show no abnormalities.

db 1733114 DT: 06/07/2016 07:38
DD: 06/06/2016 16:14

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential<br>Comprehensive Metabolic Panel<br>POC Prothrombin Time** |
| 2. | Closed fracture of one rib of right side with delayed healing, subsequent encounter | S22.31XG | V54.19 | DXA Bone Density Axial Hip Pelvis Spine |

**PLAN:**
I will try to arrange earlier bone density evaluation for Sherry back to Dr. Martinez with those results. In terms of her anticoagulation, it is adequate on her current dose of Coumadin and she will remain on 7.5 mg Monday and Friday and 5 mg all other days of the week. She will return here in 3 months for followup. She will continue to check her INR weekly at home and send those results to our office.

am 1733120 DT: 06/07/2016 07:38
DD: 06/06/2016 16:18

**DISPOSITION:**
Return in about 3 months (around 9/6/2016).

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
6/6/2016 4:14 PM
I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

**Links**

Previous Version

**Cosign Info** (Current Encounter)

** None **

**Chart Review Routing History**

**Woolverton-Jones, Sherry [10321720]**
Home:
Work:

DOB:
Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kirby Lee Smith, MD | Signed | Kirby Lee Smith, MD | 7/18/2016 3:54 PM |

Progress Notes

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name:** Sherry Woolverton-Jones
**MRN:** 10321720
**CSN:** 120038543716
**Date of Examination:** 7/13/2016

**Age:** 44 y.o.

**Sex:** Female
**DOB:**
**Race:** White or Caucasian [1]

**CHIEF COMPLAINT:**
Nipple discharge

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**
Ms. Woolverton-Jones returns earlier than scheduled with new problems. In the last week she has had a discharge from the left nipple which she describes as clear or light yellow. There has been very minimal breast tenderness. There have been 2 previous biopsies and a cyst aspiration of the left breast in the past. In addition she has begun to have discomfort in the right groin where she has had lymphadenopathy in the past. She also has problems with pain which have involved the right hip and shoulder and the right lateral chest wall where studies recently have shown 2 old rib fractures. She has not had significant shortness of breath or cough. She states that her bowel movements have been dark for the last 3 weeks. She has had no urinary tract symptoms.

kc 1808414 DT: 07/14/2016 09:56
DD: 07/13/2016 15:46

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
**Sherry Woolverton-Jones current ecog performance status is Symptomatic, in bed 50% of the day.**

**PATIENT DISTRESS ASSESSMENT:**

**REVIEW OF SYSTEMS:**
Review of Systems

**PAST MEDICAL/SURGICAL HISTORY:**
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Cancer | Paternal Grandmother | |
| • Clotting disorder | Paternal Grandmother | |
| • Cancer | Paternal Grandfather | |
| • Diabetes | Mother | |
| • Diabetes | Father | |

**SOCIAL HISTORY:**
Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**
No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • [START ON 8/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • lidocaine (LIDODERM) 5 % patch | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 07/13/16 1404 |
|---|---|
| BP: | 126/83 |
| Pulse: | 128 |
| Temp: | 98.8 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 123 lb 6.4 oz (55.974 kg) |
| SpO2: | 99% |
| PainSc: | 9 |

Physical Exam

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 07/13/16 1412 |
|---|---|---|
| WBC | K/uL | 6.97 |
| HEMOGLOBIN | g/dL | 13.0 |
| PLATELET | K/uL | 342 |

**Results from last 7 days**

| Lab | Units | 07/13/16 1411 |
|---|---|---|
| INR | | 1.8 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 07/13/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 07/13/2016 | 6.97 |
| • RBC | 07/13/2016 | 4 |
| • Hemoglobin | 07/13/2016 | 13.0 |
| • Hematocrit | 07/13/2016 | 38.3 |
| • MCV | 07/13/2016 | 85.6 |
| • MCH | 07/13/2016 | 29.0 |
| • MCHC | 07/13/2016 | 33.9 |
| • RDW | 07/13/2016 | 16* |
| • Platelet | 07/13/2016 | 342 |
| • Neutrophils Segmented Pe* | 07/13/2016 | 56.8 |
| • Lymphocyte Percent | 07/13/2016 | 29.2 |
| • Monocyte Percent | 07/13/2016 | 9.0 |
| • Eosinophils Percent | 07/13/2016 | 4.0 |
| • Basophil Percent | 07/13/2016 | 1.0 |
| • Neutrophils Segmented Ab* | 07/13/2016 | 4.0 |
| • Lymphocytes Absolute, Au* | 07/13/2016 | 2.04 |
| • Monocytes Absolute, Auto* | 07/13/2016 | 0.63 |
| • Eosinophils Absolute | 07/13/2016 | 0.28 |
| • Basophils Absolute | 07/13/2016 | 0.07 |
| • INR | 07/13/2016 | 1.8 |

No results found for: IRON, TIBC, FERR

**RADIOLOGY:**

CT scan of the chest done at Methodist Germantown Hospital on 05/08/2016 showed no acute findings. A CT of the abdomen and pelvis done 04/29/2016 at Germantown Methodist Hospital demonstrated no acute findings. There was no evidence of lymphadenopathy. A bone scan done 05/16/2016 confirmed the presence of fractures of the lateral right 11th and 12th ribs.

A bone density study done 06/27/2016 confirmed the presence of osteoporosis with a T-score of the left femoral neck of -2.4 and a right femoral neck -2.5.

bp 1808427 DT: 07/14/2016 10:05
DD: 07/13/2016 15:50

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential<br>Comprehensive Metabolic Panel<br>POC Prothrombin Time |

**PLAN:**
We are going to schedule diagnostic mammograms of the breast at the Methodist Breast Center soon. In addition I begun the process of approval for Prolia. She had a hysterectomy with bilateral oophorectomy in 2003. She is currently on vitamin D 50,000 units weekly for 8 doses and will then begin a dose of 4000 international units daily. I have asked her to begin calcium with vitamin D b.i.d.

mb 1808430 DT: 07/14/2016 10:17
DD: 07/13/2016 15:51

**DISPOSITION:**
See in 2 weeks

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
7/13/2016 2:28 PM

Electronically signed by Kirby Lee Smith, MD at 7/13/2016 3:52 PM
Electronically signed by Kirby Lee Smith, MD at 7/18/2016 3:54 PM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 7/18/16 1554 | Progress Notes | Smith,Kirby Lee, MD | Physician | Signed | Cosign Not Required | | 278385501 |

**Chart Review Routing History**

No Routing History on File

**Woolverton-Jones, Sherry [10321720]**
Home:
Work:
DOB:
Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kirby Lee Smith, MD | Signed | Kirby Lee Smith, MD | 8/1/2016 8:57 AM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name:** Sherry Woolverton-Jones
**MRN:** 10321720
**CSN:** 120038764500
**Date of Examination:** 7/27/2016
**Age:** 44 y.o.
**Sex:** Female
**DOB:**
**Race:** White or Caucasian [1]

**CHIEF COMPLAINT:**
Nipple discharge

**ONCOLOGY HISTORY:**

*No history exists.*

**HISTORY OF PRESENT ILLNESS:**
Ms. Jones returns as we monitor her anticoagulation and for nipple discharge. She was scheduled for a diagnostic mammogram today at the Methodist Breast Center; however, on arrival, she was told they did not have an appointment for her. On further checking that actually do have an appointment and are seeing her immediately after this visit. The nipple discharge continues. She is now scheduled for a nerve block of her back on 08/10/2017, which will require bridging with Lovenox. She has had no new symptoms.

tz 1837040 DT: 07/28/2016 08:55
DD: 07/27/2016 14:38

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
**Sherry Woolverton-Jones current ecog performance status is Symptomatic; in bed 50% of the day.**

**REVIEW OF SYSTEMS:**

Review of Systems
Constitutional: Positive for activity change.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.

**PAST MEDICAL/SURGICAL HISTORY:**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Clotting disorder | |
| • Stroke | |
| • CMV (cytomegalovirus infection) | |
| • Migraine | |
| • Hypoglycemia | |
| • Fungal sinusitis | |
| • Seizure disorder | |
| • Narcolepsy | |
| • Loss of weight | |
| • Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cholecystectomy | | |
| • Colon resection | | |
| • Hysterectomy | | |
| • Appendectomy | | |
| • Sinus surgery | | |
| • Tonsillectomy | | |
| • Ovarian cyst drainage | | |

**FAMILY HISTORY:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|

| | |
|---|---|
| • Cancer | Maternal Grandmother |
| • Cancer | Paternal Grandmother |
| • Clotting disorder | Paternal Grandmother |
| • Cancer | Paternal Grandfather |
| • Diabetes | Mother |
| • Diabetes | Father |

**SOCIAL HISTORY:**
Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

**ALLERGIES:**
No Known Allergies

**CURRENT MEDICATIONS:**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| • [START ON 8/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| • estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| • lidocaine (LIDODERM) 5 % patch | | | |
| • ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| • sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| • VITAMIN D2 50,000 unit capsule | | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | 45 tablet | 5 |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth | 36 tablet | 11 |

See Admin
Instructions Take 7.5
mg Monday & Friday,
5 mg remaining 5
days

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**
**Vital signs:**
**Filed Vitals:**

| | 07/27/16 1357 |
|---|---|
| BP: | 127/80 |
| Pulse: | 118 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 18 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 123 lb 11.2 oz (56.11 kg) |
| PainSc: | 9 |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Chronically ill in appearance and acutely uncomfortable looking.**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
**No definite mass palpable in either breast.**
Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits tenderness. She exhibits no edema.
**Lower thoracic spine and lower right posterior rib pain to palpation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 07/27/16 1413 |
|---|---|---|
| WBC | K/uL | 10.26 |
| HEMOGLOBIN | g/dL | 13.2 |
| PLATELET | K/uL | 361 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 07/27/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 07/27/2016 | 10.26 |
| • RBC | 07/27/2016 | 5 |
| • Hemoglobin | 07/27/2016 | 13.2 |
| • Hematocrit | 07/27/2016 | 40.3 |
| • MCV | 07/27/2016 | 88.0 |
| • MCH | 07/27/2016 | 28.9 |
| • MCHC | 07/27/2016 | 32.8* |
| • RDW | 07/27/2016 | 16* |
| • Platelet | 07/27/2016 | 361 |
| • Neutrophils Segmented Pe* | 07/27/2016 | 77.2* |
| • Lymphocyte Percent | 07/27/2016 | 16.6* |
| • Monocyte Percent | 07/27/2016 | 3.4* |
| • Eosinophils Percent | 07/27/2016 | 2.2 |
| • Basophil Percent | 07/27/2016 | 0.7 |
| • Neutrophils Segmented Ab* | 07/27/2016 | 7.9 |
| • Lymphocytes Absolute, Au* | 07/27/2016 | 1.70 |
| • Monocytes Absolute, Auto* | 07/27/2016 | 0.35 |
| • Eosinophils Absolute | 07/27/2016 | 0.22 |
| • Basophils Absolute | 07/27/2016 | 0.07 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**
Patient has no relevant radiology studies.

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | Primary hypercoagulable state | D68.59 | 289.81 | CBC with Differential<br>Comprehensive Metabolic Panel<br>Ambulatory referral to General Surgery |

**PLAN:**
Sherry will have her diagnostic mammogram this afternoon. We have begun the process for a consultation with Dr. Michael Berry regarding the discharge from the left breast nipple. Her INR today is only 1.3 and she states that she has not missed any doses. She has been on a schedule of 7.5 mg Monday, Wednesday and Friday and 5 mg remaining 4 days, so we are changing that to 5 mg Wednesdays and Sundays and 7.5 remaining 5 days. Today only she will have a 7.5 mg dose.

lgs 1837072 DT: 07/28/2016 09:23
DD: 07/27/2016 14:44

**DISPOSITION:**
See in one month

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
7/27/2016 2:37 PM

Electronically signed by Kirby Lee Smith, MD at 7/27/2016 2:45 PM
Electronically signed by Kirby Lee Smith, MD at 8/1/2016 8:57 AM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 8/1/16 0857 | Progress Notes | Smith,Kirby Lee, MD | Physician | Signed | Cosign Not Required | | 283803610 |

**Chart Review Routing History**

No Routing History on File

**Woolverton-Jones, Sherry [10321720]** DOB:
**Home:** Age/Sex: **44 years (as of encounter date 9/8/2016) Female**
**Work:** Address:

## Progress Notes

**Sherry Woolverton-Jones (MR# 10321720)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| John H Powell, NP | Signed | John H Powell, NP | 8/26/2016 9:37 AM |

**Progress Notes**

### HEMATOLOGY & ONCOLOGY CLINIC PROGRESS NOTE

**Kirby Smith, M.D.**
**Ph. (901) 752-6131**
**Ph. (870) 762-1660**

**PATIENT IDENTIFICATION:**

**Name: Sherry Woolverton-Jones** **Age: 44 y.o.** **Sex: Female**
**MRN: 10321720** **DOB:**
**CSN:** 120040217234 **Race:** White or Caucasian [1]
**Date of Examination: 8/24/2016**

**CHIEF COMPLAINT:**
Hypercoagulable syndrome and Coumadin management

**HISTORY OF PRESENT ILLNESS:**
Sherry is in today to follow up multiple issues including hypercoagulable syndrome currently on Coumadin 7.5 mg 3 days a week and 5 mg 4 days a week. She stopped taking Lovenox injections yesterday. She was bridged with Lovenox during an attempt at nerve block procedure to help with right chest wall pain associated with some fractured ribs. That did provide some pain relief for about 10 days but that has since recurred. She has had no relief from her right shoulder and right hip pain. She remains off work. She is not having any bleeding or bruising issues. She continues to have left nipple discharge with clear fluid. She has seen Dr. Roy Oswaks who reviewed her mammograms with her and felt that the drainage was from a cyst or several cysts and recommended followup in February of next year unless the drainage becomes bloody or she develops other symptoms. Of note she states that her mother has a history of a pituitary tumor.

lgs 1897106 DT: 08/25/2016 15:00
DD: 08/24/2016 15:32

No other symptoms are reported today.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**PERFORMANCE STATUS:**
**Sherry Woolverton-Jones current ecog performance status is Symptomatic; in bed 50% of the day.**

## PATIENT DISTRESS ASSESSMENT:

Sherry Woolverton-Jones describes current level of distress as 5.

she indicates contributing factors as:

| | |
|---|---|
| **Practical Problems:** | Insurance/Financial |
| **Family Problems:** | None |
| **Emotional Problems:** | Worry |
| **Spiritual/Religious Concerns:** | None |
| **Physical Problems:** | Pain |
| **Other Problems:** | |

## REVIEW OF SYSTEMS:

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for fever.
**Has had recent clear discharge from left nipple**
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain **(RUQ)**.
Endocrine: Negative.
**Ongoing nipple discharge**
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and arthralgias **(Right shoulder and hip.)**.
**Right chest wall pain persists after nerve block.**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance **(narcolepsy)**.

## PAST MEDICAL/SURGICAL HISTORY:

**Past Medical History**

| Diagnosis | Date |
|---|---|
| Clotting disorder | |
| Stroke | |
| CMV (cytomegalovirus infection) | |
| Migraine | |
| Hypoglycemia | |
| Fungal sinusitis | |
| Seizure disorder | |
| Narcolepsy | |
| Loss of weight | |
| Enlargement of lymph nodes | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| Cholecystectomy | | |
| Colon resection | | |
| Hysterectomy | | |
| Appendectomy | | |
| Sinus surgery | | |
| Tonsillectomy | | |

- Ovarian cyst drainage

## FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Cancer | Maternal Grandmother | |
| Cancer | Paternal Grandmother | |
| Clotting disorder | Paternal Grandmother | |
| Cancer | Paternal Grandfather | |
| Diabetes | Mother | |
| Diabetes | Father | |

## SOCIAL HISTORY:

Patient reports that she has been smoking Cigarettes. She has a 5.7 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

## ALLERGIES:

No Known Allergies

## CURRENT MEDICATIONS:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| alendronate (FOSAMAX) 35 MG tablet | Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking. | 4 tablet | 11 |
| calcium carbonate-vitamin D 600 mg (1,500mg) -800 unit tablet | Take 1 tablet by mouth one (1) time a day | | |
| [START ON 10/8/2016] dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule | Take one capsule (30 mg total) by mouth 2 (two) times a day | 60 capsule | 0 |
| enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe | Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure | 10 Syringe | 1 |
| estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch | Place 1 patch onto the skin 2 (two) times a week | | |
| nortriptyline (PAMELOR) 25 MG capsule | | | |
| ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Take 8 mg by mouth every 8 (eight) hours as needed for nausea | | |
| sodium oxybate (XYREM) 500 mg/mL oral solution | 3 grams twice at night | 360 mL | 5 |
| VITAMIN D2 50,000 unit capsule | 5,800 capsules one (1) time a day | | |
| warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth daily after dinner As directed (Patient taking differently: Take 5 mg | 45 tablet | 5 |

| | | | |
|---|---|---|---|
| | by mouth daily after dinner As directed - 7.5 mg daily, except 5 mg on Wednesday and Sunday) | | |
| • warfarin (COUMADIN) 5 MG tablet | Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days | 36 tablet | 11 |

No current facility-administered medications for this visit.

**PHYSICAL EXAMINATION:**

**Vital signs:**

**Filed Vitals:**

| | 08/24/16 1441 |
|---|---|
| BP: | 113/79 |
| Pulse: | 121 |
| Temp: | 98.8 °F (37.1 °C) |
| TempSrc: | Oral |
| Resp: | 20 |
| Height: | 5' 1" (1.549 m) |
| Weight: | 120 lb 1.6 oz (54.477 kg) |
| PainSc: | 9 |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Chronically ill in appearance and acutely uncomfortable looking.**

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: No oropharyngeal exudate.

Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

**No definite mass palpable in either breast.**

Abdominal: Soft. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: She exhibits tenderness. She exhibits no edema.

**Lower thoracic spine and lower right posterior rib pain to palpation.**

Lymphadenopathy:

She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. Coordination normal.

Skin: Skin is warm and dry. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**LAB REVIEW:**

**Results from last 7 days**

| Lab | Units | 08/24/16 1501 |
|---|---|---|
| WBC | K/uL | 7.93 |
| HEMOGLOBIN | g/dL | 13.6 |
| PLATELET | K/uL | 314 |

**Results from last 7 days**

| Lab | Units | 08/24/16 1456 |
|---|---|---|
| INR | | 1.7 |

Invalid input(s): POCOCC

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.150 | 07/23/2012 |

**Office Visit on 08/24/2016**

| Component | Date | Value |
|---|---|---|
| • WBC | 08/24/2016 | 7.93 |
| • RBC | 08/24/2016 | 5 |
| • Hemoglobin | 08/24/2016 | 13.6 |
| • Hematocrit | 08/24/2016 | 40.4 |
| • MCV | 08/24/2016 | 85.9 |
| • MCH | 08/24/2016 | 29.0 |
| • MCHC | 08/24/2016 | 33.8 |
| • RDW | 08/24/2016 | 16* |
| • Platelet | 08/24/2016 | 314 |
| • Neutrophils Segmented Pe* | 08/24/2016 | 64.2 |
| • Lymphocyte Percent | 08/24/2016 | 24.9 |
| • Monocyte Percent | 08/24/2016 | 6.3 |
| • Eosinophils Percent | 08/24/2016 | 4.1 |
| • Basophil Percent | 08/24/2016 | 0.6 |
| • Neutrophils Segmented Ab* | 08/24/2016 | 5.1 |
| • Lymphocytes Absolute, Au* | 08/24/2016 | 1.97 |
| • Monocytes Absolute, Auto* | 08/24/2016 | 0.50 |
| • Eosinophils Absolute | 08/24/2016 | 0.32 |
| • Basophils Absolute | 08/24/2016 | 0.05 |
| • INR | 08/24/2016 | 1.7 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 142 | 07/13/2016 |
| TIBC | 473* | 07/13/2016 |
| FERR | 12 | 07/13/2016 |

**RADIOLOGY:**

Digital mammogram and ultrasound of the breasts bilaterally dated 07/27/2016 shows multiple cysts with no other significant abnormalities.

lgs 1897121 DT: 08/25/2016 15:01
DD: 08/24/2016 15:36

**DIAGNOSIS:**

| | | ICD-10-CM | ICD-9-CM | |
|---|---|---|---|---|
| 1. | **Primary hypercoagulable state** | **D68.59** | **289.81** | **CBC with Differential**<br>**Comprehensive Metabolic Panel**<br>**POC Prothrombin Time**<br>**enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe** |
| 2. | Closed fracture of one rib of right side with delayed healing, subsequent encounter | S22.31XG | V54.19 | |
| 3. | Nipple discharge in female | N64.52 | 611.79 | Mammography Digital Ductogram Multiple Ducts Left<br>Prolactin<br>Prolactin |

**PLAN:**
She will adjust her dose of Coumadin such that she is taking 7.5 mg 4 days a week and 5 mg 3 days a week. She will take 10 mg today only. She will recheck her INR at home next Tuesday as she usually does and report those results to our office. I have refilled her Lovenox 60 mg subcutaneously twice daily. She will return here in 1 month for followup.

sr 1897125 DT: 08/25/2016 15:08
DD: 08/24/2016 15:36
I will schedule galactogram and check prolactin level for further evaluation of her left breast drainage.

sr 1897126 DT: 08/25/2016 15:01
DD: 08/24/2016 15:37

**DISPOSITION:**
Return in about 1 month (around 9/24/2016).

**ENCOUNTER PROVIDER:**
Kirby Lee Smith, MD
8/24/2016 3:31 PM
I, Dr. Kirby Smith, personally performed the services described in this documentation as scribed by John Powell, FNP in my presence, and it is both accurate and complete.

I, John Powell, FNP, am scribing for , and in the presence of Dr. Kirby Smith, MD.

Electronically signed by John H Powell, NP at 8/25/2016 7:46 AM
Electronically signed by John H Powell, NP at 8/26/2016 9:37 AM
Electronically signed by Kirby Lee Smith, MD at 9/1/2016 7:21 AM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 8/26/16 0937 | | | | Signed | Cosigned | | 294829979 |

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1005138
PATIENT NAME: SHERRY WOOLVERTON-JONES
SSN:
DOB:
ADDRESS:

05/12/16

TEL:

SANTOS F. MARTINEZ, MD GERMANTOWN

**SFM**

HISTORY OF PRESENT ILLNESS: Ms. Woolverton is a very pleasant 44-year-old right-hand-dominant female, kindly sent by Dr. Ruble for some right pericostal discomfort that has been going on for what she describes as increasing over the last 3 weeks. In fact, she went to the emergency room x3. She has had what sounds like a cardiac workup, seen by a neurologist and PCP. She eventually went to see Dr. Ruble, who thought there was some costal type of discomfort. The patient does have a history of narcolepsy.

PHYSICAL EXAMINATION: Pleasant, alert and oriented female standing approximately 60 inches, weight 123 pounds, BP 108/73. Heart regular rate and rhythm. Lungs clear to auscultation. She does not appear to have any neurologic symptomatology in the upper or lower extremities. She has good strength and such. To palpation, she has some tenderness, which is focal, in the lower costochondral junctions on the right and has some parathoracic discomfort. In the upper periscapular and upper thoracic regions bilaterally, she has some scars from what she describes as previous Staph infection.

IMAGING: X-rays of the right costal region are negative.

IMPRESSION:

1. COSTOCHONDRAL AND RIGHT HEMITHORACIC DISCOMFORT.
2. HISTORY OF IMMUNOCOMPROMISED STATE (?).
3. HISTORY OF RECURRENT STAPH INFECTIONS.

PLAN:

1. I am going to get a vitamin D level and bone density study.
2. I am going to get a bone scan.
3. I am going to see her back, thereafter. We can consider some injections and such.

Electronically signed by Santos F. Martinez, MD
SFM:klmt/bcqa
DD: 05/13/16 DT: 05/14/16

**OPD - PERMANENT RECORD**

AMERICAN ESOTERIC LABORATORIES
OF MEMPHIS
1701 Century Center Cove
Memphis, TN 38134

901-405-8200

Patient: WOOLVERTON-JONES, SHERRY                CCGT    *83245595*

THE CAMPBELL CLINIC - GERMAN
ATTN: TRUDY FISHER

Doctor : MARTINEZ,SANTOS    1400 S. GERMANTOWN RD.    REQ CAMP2343
Rm# CCGT    GERMANTOWN,TN 38138    REC 05/12/2016 21:02
DOB/Sex: /F Chart# 1703550084    REP 05/13/2016 05:07
Spec. Type: SST 1    901-759-3100    ROUTE I
Coll. Date: 05/12/2016 Time : 11:47

Test Requested: VD

| test | | result | reference range | site |
|---|---|---|---|---|
| 25 OH VITAMIN D | | | | (1) |
| RESULT: | (Low) | 14 ng/mL | SEE BELOW | |

**INTERPRETIVE RANGES**

| | |
|---|---|
| PEDIATRIC(<17 YEARS) | 20-100 ng/mL |
| ADULT: | |
| INSUFFICIENT | <20 ng/mL |
| SUBOPTIMAL | 20-29 ng/mL |
| OPTIMAL | 30-100 ng/mL |

Test(s) performed at:
(1) AEL-MEMPHIS
MICHAEL F BUGG, M.D. Medical Director
1701 CENTURY CENTER COVE
MEMPHIS,TN 38134
CLIA #44D0889744

(reprint) 29-JUN-16 11:43 AM

**366686-1*
1005138-WOOLV, SHE-1579-Lab/Path

06/29/16 11:43 #3681600 1/1

# Cerner Imaging Exam Report

**Facility: Margaret West CBC - Methodist**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46811853**
Patient Type: **Outpatient**
Accession No: **DX-16-0194947**
Exam Date/Time: **6/27/2016 16:23**
Ordering Physician: **Martinez , Santos Fernando, MD**
Resident:
Interpreting Physician: **Blankinship Jr, Joseph P, MD**
Reason for Exam: **Other, Enter in Comments**

DOB/Age/Sex: **44 Years Female**
Location: **22RADBCG/ /**
Exam: **DXA Bone Density Study 1+Sites Axial**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

## READ

CLINICAL INFORMATION: Vitamin D deficiency, whole body scan for bone density

EXAMINATION: DXA BONE DENSITY STUDY 1+SITES AXIAL

The patient's height is 60.0 inches. The patient weight is 120.0 pounds.

BODY MASS TOTALS:

BMC: 1516.46g

BMD: 0.949 g/cm2

Fat: 25407.7g

Lean body mass: 26775.7g

Lean plus BMC: 28292.1g

Total: 53699.8g

Percent fat: 47.3%

| Region | BMD g/cm sq | T-Score | Z-Score |
|---|---|---|---|
| Left Hip (Total) | 0.737 | -1.7 | -1.4 |
| Left Femoral Neck | 0.588 | -2.4 | -1.9 |
| Right Hip (Total) | 0.738 | -1.7 | -1.4 |
| Right Femoral Neck | 0.569 | -2.5 | -2.1 |

# Cerner Imaging Exam Report

**Facility: Margaret West CBC - Methodist**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46811853**
Patient Type: **Outpatient**
Accession No: **DX-16-0194947**
Exam Date/Time: **6/27/2016 16:23**
Ordering Physician: **Martinez , Santos Fernando, MD**
Resident:
Interpreting Physician: **Blankinship Jr, Joseph P, MD**
Reason for Exam: **Other, Enter in Comments**

DOB/Age/Sex: **44 Years Female**
Location: **22RADBCG/ /**
Exam: **DXA Bone Density Study 1+Sites Axial**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

| | | | |
|---|---|---|---|
| Whole Body | 0.949 | -2.0 | -1.9 |

IMPRESSION:
1. Whole body totals as detailed above.
2.. Osteoporosis based upon evaluation of the hips,

The examination was performed on a . If possible, for accurate comparison, future studies should be referred to the same unit and facility.

World Health Organization Guidelines For BMD Interpretation:
Normal (T-Score at or above -1.0)
Osteopenia (T-Score -1.1 to -2.4)
Osteoporosis (T-Score at or below -2.5)

This report was dictated at Workstation ID: PLA7128

Dictation Date/Time: 06/28/16 3:34 pm

Dictating Physician : Blankinship Jr, Joseph P, MD
Signing Physician : Blankinship Jr, Joseph P, MD
Final Signed Date/Time: 06/28/16 3:31 pm

****** Final Electronic Signature Line *******

***** END OF REPORT *****

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1005138
PATIENT NAME: SHERRY WOOLVERTON-JONES
SSN:
DOB:
ADDRESS:

06/29/16

TEL:

SANTOS F. MARTINEZ, MD

GERMANTOWN

**SFM**

ASSESSMENT:

1. RIGHT POSTERIOR LOWER PERICOSTAL DISCOMFORT SINCE 04/2016 WITH BONE SCAN POSITIVE FOR FRACTURE RIGHT 11TH AND 12TH RIBS.
2. SUBOPTIMAL VITAMIN D LEVEL (14).
3. SUBOPTIMAL BONE DENSITY.
4. NARCOLEPSY.
5. BLOOD DYSCRASIA (ON COUMADIN).

HISTORY OF PRESENT ILLNESS: The patient is here in followup, and we reviewed her studies. Her vitamin D level was markedly decreased, and we already started having her take 50,000 international units once a week and take some calcium supplementation. Her bone scan was positive also with what appears to probably have been some form of stress fracture of 11th and 12th ribs on the right, which does coincide with her symptomatology.

PHYSICAL EXAMINATION: Pleasant, alert and oriented female. She has rather diffuse myofascial discomfort, paracervical, periscapular region; and she has discomfort right in the lower subcostal region on the right. She has a little costochondral tenderness also.

PLAN: We are going to need to get the patient in with Dr. David Guthrie to follow up on her bone density, reduced vitamin D level, all of which can contribute to not only the potential insufficiency fracture in the ribs, but some other generalized myalgias and arthralgias she has. I would like her vitamin D level to get a little bit more normal. We may consider doing an intercostal neural block combined with some soft tissue injections; however, she is on Coumadin, which would create some limitation given that she would have to be off of it for the number of injections we would contemplate performing. I would like her to go ahead and get in with her internist, and we will see about some other pain control issues. I am going to order some Lidoderm patches for her, and I would like to see her back in 3-4 weeks.

Electronically signed by Santos F. Martinez, MD
SFM:klmt/cd

**OPD - PERMANENT RECORD**

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1005138
PATIENT NAME: SHERRY WOOLVERTON-JONES
SSN:
DOB:
ADDRESS:

08/10/16

TEL:

SANTOS F. MARTINEZ, MD

GERMANTOWN

**SFM**

ULTRASOUND-GUIDED INJECTION

CLINICAL CONDITION: RIGHT LOWER RIB FRACTURES.

PHYSICIAN: Santos F. Martinez, MD

NAME OF INTERVENTION: Ultrasound-guided T10-T11 intercostal neural injections.

SOLUTIONS UTILIZED: Celestone/lidocaine.

The patient was placed in the prone position and the area overlying the right posterior inferior hemithoracic region was prepped with chlorhexidine and alcohol. A sterile barrier was placed over the previously cleansed transducer head. Sterile gel was applied over the transducer head and, after optimal ultrasound positioning, 1% lidocaine was infiltrated subcutaneously (25 gauge needle) at the proposed site for the subsequent definitive treatment needle entry point. A sterile treatment needle was attached to the syringe containing Celestone/lidocaine. Under ultrasound guidance, precautions were made not to penetrate the pleura. Intercostal neural blocks were performed at 2 levels.

Electronically signed by Santos F. Martinez, MD
SFM:lm
DD: 08/10/16 DT: 08/11/16

**OPD - PERMANENT RECORD**

Campbell Clinic
ORTHOPAEDICS

PATIENT NUMBER: 1005138
PATIENT NAME: SHERRY WOOLVERTON-JONES
SSN:
DOB:
ADDRESS:

08/10/16

TEL:

---

SANTOS F. MARTINEZ, MD

GERMANTOWN

**SFM**

The patient received ultrasound-guided intercostal nerve blocks 10 and 11 on the right side with a combination of Celestone and lidocaine. See the patient back in a few weeks.

Electronically signed by Santos F. Martinez, MD
SFM:lm
DD: 08/10/16 DT: 08/11/16

**OPD - PERMANENT RECORD**

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1005138
PATIENT NAME: SHERRY WOOLVERTON-JONES
SSN:
DOB:
ADDRESS:

09/01/16

TEL:

---

SANTOS F. MARTINEZ, MD — GERMANTOWN

SFM

ASSESSMENT:

1. RIGHT POSTERIOR LOWER PERICOSTAL DISCOMFORT SINCE 04/2016 WITH BONE SCAN POSITIVE FOR FRACTURE RIGHT 11TH AND 12TH RIBS.
2. SUBOPTIMAL VITAMIN D LEVEL (14).
3. SUBOPTIMAL BONE DENSITY.
4. NARCOLEPSY.
5. BLOOD DYSCRASIA (ON COUMADIN).

PHYSICAL EXAMINATION: On physical examination, pleasant, alert and oriented female. The tenderness to palpation has decreased moderately. No new neuropathic symptomatology or signs. She does have some shoulder and hip issues

PLAN: I am going to see her back in about 6 weeks. We will repeat the intercostal blocks in that timeframe, depending on how she is doing. She will need to follow up with her family physician also and/or her metabolic bone specialist.

Electronically signed by Santos F. Martinez, MD
SFM:kdmt/bcqa
DD: 09/01/16 DT: 09/02/16

OPD - PERMANENT RECORD

November 12th, 2016

Dear Elaine Miller:

This is the last, of the medical documentation you will be receiving on my Short Term Disability Claim #30166209152-0001. I am enclosing my most recent INR results, as well as, additional copies of previous lab results. This is to insure that you have them when making your determination on my Appeal for Short Term Disability Benefits. As you will notice, they have yet to find a way to manage my INR Level; therefore, I still have no surgical date or date for my next nerve block. Also, they have still been unable to get my Vitamin D Level over 50, which is where the Orthopedic Doctor states mine must reach in order for my bones to heal properly and not be as brittle. I only hope you understand the severity of my particular case with me being a fall risk from Narcolepsy, brittle bones, and extremely thin blood. Every hard surface in my house has had to be covered and all sharp objects put away. At Sam's I usually worked alone in my department where everything is a hard surface and I was guaranteed to cut myself at least once a day; plus, due to an increase in pain I am still confined to my bed the majority of each and every day with my mother and sister coming by on a daily basis to take care of my everyday needs. I pray, you will understand the severity of my particular medical condition and will approve my STD Benefits Claim.

Sincerely,

Sherry

Sherry Jo Woolverton-Jones
WIN 101755123

VANDERBILT UNIVERSITY MEDICAL CENTER

SHERRY WOOLVERTON-JONES
MRN 022100796
DOB 44Y F
ATTN ER-PHYSICIAN, OTHER
ATN# 090005 MRN:221007
DOS 04/24/2016
ACCT 602957266115

**FALL RISK**

Appointments Messages

MY HEALTH HOME
PAY YOUR BILL
HELP

Name | Medical number

GUIDE
For Patients and Visitors

Manage

Vanderbilt University Medical Center 1211 Medical Center Drive, Nashville, TN 37232

## Claim Details

Back to Claims

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | Claim | EXTPW9TH8W00 |
| Description | Vanderbilt Univ Medical Center | Type | Medical |
| Service Date(s) | 04/25/2016 | Status | Processed |
| Claim Received | 05/06/2016 | Network | Blue Network S |
| Claim Processed | 05/18/2016 | | |

Download EOB for this claim | Search all EOBs

| Claim Amount | | BCBST and Other Pay | | You pay | |
|---|---|---|---|---|---|
| Total charges | $8556.19 | BCBST pays you | $0.00 | Co-pay | $0.00 |
| Network saving | $7365.34 | BCBST pays provider | $1790.85 | Deductible | $0.00 |
| | | Other insurance pays | $0.00 | Coinsurance | $0.00 |
| | | HRA pays | $0.00 | Not covered | $0.00 |
| Allowed amount | $1790.85 | Covered amount | $1790.85 | What you pay | $0.00 |

## Services

| Service | Submitted Charges | Allowed Amount | BCBST Pays Provider |
|---|---|---|---|
| Laboratory Services, Outpatient Facility | $57.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $58.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $60.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $64.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $68.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $75.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $98.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $107.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $114.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $123.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $160.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $173.00 | $0.00 | $0.00 |
| Facility-Other OP Diagnostic Requiring Valid Code *W09 | $552.19 | $0.00 | $0.00 |
| Ancillary Incident to Radiology, Facility *PSS | $210.00 | $37.50 | $37.50 |
| CAT Scan, Outpatient Facility-HTI/PRE-AUTH *PSS | $5219.00 | $425.25 | $425.35 |
| Medical Emergency, ER *PAI | $1718.00 | $1328.00 | $1328.00 |

## Claim Details

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | Claim | EXTPV |
| Description | Day, Matthew A. | Type | Medic |
| Service Date(s) | 04/25/2016 | Status | Proces |
| Claim Received | 04/29/2016 | Network | Blue N |
| Claim Processed | 05/05/2016 | | |

Download EOB for this claim | Search al

| Claim Amount | | BCBST and Other Pay | | |
|---|---|---|---|---|
| Total charges | $355.00 | BCBST pays you | $0.00 | Co-pay |
| Network saving | $147.68 | BCBST pays provider | $207.32 | Deductible |
| | | Other insurance pays | $0.00 | Coinsuran |
| | | HRA pays | $0.00 | Not covere |
| Allowed amount | $207.32 | Covered amount | $207.32 | What you |

## Services

| Service | Submitted Charges | Allowed Amount |
|---|---|---|
| Cat Scan Outpatient *PSV | $355.00 | $207.32 |

## Claim Details

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | Claim | EXTPV |
| Description | Lawrence, Laurie M. | Type | Medic |
| Service Date(s) | 04/24/2016 | Status | Proce |
| Claim Received | 04/29/2016 | Network | Blue N |
| Claim Processed | 05/05/2016 | | |

Download EOB for this claim | Search a

| Claim Amount | | BCBST and Other Pay | | |
|---|---|---|---|---|
| Total charges | $529.00 | BCBST pays you | $0.00 | Co-pay |
| Network saving | $226.40 | BCBST pays provider | $302.60 | Deductible |
| | | Other insurance pays | $0.00 | Coinsuran |
| | | HRA pays | $0.00 | Not cover |
| Allowed amount | $302.60 | Covered amount | $302.60 | What you |

## Services

| Service | Submitted Charges | Allowed Amount |
|---|---|---|
| Medical Emergency - ER Physician | $529.00 | $302.60 |

**Vanderbilt University Hospital**
**Emergency Department**
**1313 21st Ave South - 703 Oxford-House**
**Nashville, TN 37232-4700**
**615-322-0160**

**WOOLVERTON-JONES, SHERRY**
DOB:
MRN:022100796

## Discharge Instructions

### Abdominal Pain

You have been diagnosed with abdominal (belly) pain but the cause of your pain has not been determined.

There are many causes of abdominal pain ranging from viral infections to spasms of the bowel (intestine).Often times, a repeat examination or more testing is required to figure out the cause of the pain.

At this time, your pain does not seem to be caused by anything dangerous that may need surgery or hospitalization.

Although it seems at this time that cause of your pain is not dangerous, sometimes more serious problems (appendicitis, abscesses, etc.) can start out mild but can become worse over time.This is why it is very important that you return here or go to the nearest Emergency Department to be reexamined unless you are absolutely 100% improved.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

- Increasing pain or pain that does not go away.
- Vomiting or not being able to keep any fluids down.Vomit that is dark green.
- Vomiting blood or blood in your stool.Blood can be bleft red, dark red, or black and tarry if it is digested.
- Fever or shaking chills.
- Yellowing of your skin or eyes, or dark, brown colored urine.
- Uncontrollable diarrhea.

# Claim Details

Understanding Your Claim

Back to Claims

| | | | |
|---|---|---|---|
| Member | SHERRY | | |
| Description | Methodist Memphis Healthcare | Claim | EXTPW8TN9D00 |
| Service Date(s) | 04/29/2016 | Type | Medical |
| Claim Received | 05/06/2016 | Status | Processed |
| Claim Processed | 05/11/2016 | Network | Blue Network S |

Download EOB for this claim | Search all EOBs

| Claim Amount | | BCBST and Other Pay | | You pay | |
|---|---|---|---|---|---|
| Total charges | $7912.62 | BCBST pays you | $0.00 | Co-pay | $0.00 |
| Network saving | $6758.05 | BCBST pays provider | $1154.60 | Deductible | $0.00 |
| | | Other insurance pays | $0.00 | Coinsurance | $0.00 |
| | | HRA pays | $0.00 | Not covered | $0.00 |
| **Allowed amount** | **$1154.60** | **Covered amount** | **$1154.60** | **What you pay** | **$0.00** |

## Services

| Service | Submitted Charges | Allowed Amount | BCBST Pays Provider |
|---|---|---|---|
| Venipuncture, Facility | $30.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $31.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $95.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $108.00 | $0.00 | $0.00 |
| Laboratory Services, Outpatient Facility | $120.00 | $0.00 | $0.00 |
| IV Therapy, Outpatient Facility | $144.00 | $0.00 | $0.00 |
| Radiology Services, Outpatient Facility | $433.00 | $0.00 | $0.00 |
| Drugs Requiring Specific ID-Detailed Coding, OPFacility, Rev636 | $3.06 | $3.09 | $3.09 |
| Drugs Requiring Specific ID-Detailed Coding, OPFacility, Rev636 *PSS | $28.56 | $19.61 | $19.61 |
| CAT Scan, Outpatient Facility-HTI/PRE-AUTH *PSS | $5552.00 | $337.90 | $337.90 |
| Medical Emergency, ER *PAI | $1368.00 | $794.00 | $794.00 |

# Claim Details

Understanding Your Claim

Back to Claims

| | | | |
|---|---|---|---|
| Member | SHERRY | | |
| Description | Donovan Jr, Francis D. | Claim | EXTPW6WK9L00 |
| Service Date(s) | 04/29/2016 | Type | Medical |
| Claim Received | 05/04/2016 | Status | Processed |
| Claim Processed | 05/12/2016 | Network | Blue Network S |

Download EOB for this claim | Search all EOBs | Review Provider

| Claim Amount | | BCBST and Other Pay | | You pay | |
|---|---|---|---|---|---|
| Total charges | $399.00 | BCBST pays you | $0.00 | Co-pay | $0.00 |
| Network saving | $130.67 | BCBST pays provider | $268.33 | Deductible | $0.00 |
| | | Other insurance pays | $0.00 | Coinsurance | $0.00 |
| | | HRA pays | $0.00 | Not covered | $0.00 |
| **Allowed amount** | **$268.33** | **Covered amount** | **$268.33** | **What you pay** | **$0.00** |

## Services

| Service | Submitted Charges | Allowed Amount | BCBST Pays Provider |
|---|---|---|---|
| Cat Scan Outpatient *PSV | $399.00 | $268.33 | $268.33 |

# Claim Details

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | | |
| Description | Somogyi, Christopher | Claim | EXTF |
| Service Date(s) | 04/29/2016 | Type | Medi |
| Claim Received | 05/04/2016 | Status | Proc |
| Claim Processed | 05/12/2016 | Network | Blue |

Download EOB for this claim | Search

| Claim Amount | | BCBST and Other Pay | | |
|---|---|---|---|---|
| Total charges | $49.00 | BCBST pays you | $0.00 | Co-pay |
| Network saving | $16.96 | BCBST pays provider | $32.04 | Deductib |
| | | Other insurance pays | $0.00 | Coinsura |
| | | HRA pays | $0.00 | Not cove |
| **Allowed amount** | **$32.04** | **Covered amount** | **$32.04** | **What you** |

## Services

| Service | Submitted Charges | Allowed Amount |
|---|---|---|
| Radiology Services Outpatient ER POS 23 *PSV | $49.00 | $32.04 |

# Claim Details

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | | |
| Description | Collie, Enid M. | Claim | EXTP |
| Service Date(s) | 04/29/2016 | Type | Medic |
| Claim Received | 05/17/2016 | Status | Proce |
| Claim Processed | 05/26/2016 | Network | Blue N |

Download EOB for this claim | Search a

| Claim Amount | | BCBST and Other Pay | | |
|---|---|---|---|---|
| Total charges | $445.00 | BCBST pays you | $0.00 | Co-pay |
| Network saving | $103.93 | BCBST pays provider | $341.07 | Deductibl |
| | | Other insurance pays | $0.00 | Coinsuran |
| | | HRA pays | $0.00 | Not cover |
| **Allowed amount** | **$341.07** | **Covered amount** | **$341.07** | **What you** |

## Services

| Service | Submitted Charges | Allowed Amount |
|---|---|---|
| Medical Emergency - ER Physician *PSV | $445.00 | $341.07 |

FIN: 46635804 WOOLVERTON-JONES, SHE
MRN: 14015155 DOB: F 44Y
GERMANTOWN

**FALL RISK**

# Cerner Imaging Exam Report

Facility: **GERMANTOWN**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46352833**
Patient Type: **Emergency**
Accession No: **DX-16-0132440**
Exam Date/Time: **4/29/2016 11:49**
Ordering Physician: **Collie , Enid M, APN FNP**
Resident:
Interpreting Physician: **Somogyi , Christopher Todd, MD**
Reason for Exam: **Pain**

DOB/Age/Sex: **44 Years Female**
Location: **4EDG/ /**
Exam: **Chest 2VW Frontal & Lat**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

## READ

EXAMINATION: CHEST 2VW FRONTAL & LAT, 4/29/2016 11:34 AM, DX160132440

CLINICAL INFORMATION: Right-sided flank pain, fever

COMPARISON: None

FINDINGS: Frontal and lateral views of the chest were obtained. Heart and mediastinal contours are normal. Lungs are clear. There is no pleural effusion or pneumothorax. The bony thorax is unremarkable.

IMPRESSION:
No acute findings.

This report was dictated at Workstation ID: PLA3135

Dictation Date/Time: 04/29/16 11:57 am

Dictating Radiologist : Somogyi , Christopher Todd, MD
Signing Radiologist : Somogyi , Christopher Todd, MD
Final Signed Date/Time: 04/29/16 11:54 am

****** Final Electronic Signature Line *******

***** END OF REPORT *****

# Cerner Imaging Exam Report

Facility: **GERMANTOWN**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46352833**
Patient Type: **Emergency**
Accession No: **CT-16-0056988**
Exam Date/Time: **4/29/2016 14:02**
Ordering Physician: **Collie , Enid M, APN FNP**
Resident:
Interpreting Physician: **Donovan Jr, Francis Daniel, MD**
Reason for Exam: **Flank Pain**

DOB/Age/Sex: **44 Years Female**
Location: **4EDG/ /**
Exam: **CT Abdomen and Pelvis W Cont**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

**READ**

CLINICAL INFORMATION: FLANK PAIN . Right flank pain.

EXAMINATION: CT ABDOMEN AND PELVIS W CONT, 4/29/2016 12:15 PM, CT160056988

COMPARISON: None.

FINDINGS: Axial contrast imaging of the abdomen and pelvis performed with iodinated contrast intravenously. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

Lungs: Images through the lung bases demonstrate no acute finding. Lungs are clear. Heart size is normal.

Liver: The liver is of normal appearance with no mass or bile duct dilatation.
Adrenals: No evidence of adrenal mass.
Spleen: Spleen is normal with no evidence of mass or other abnormality.
Gallbladder: Surgically absent.
Pancreas: Pancreas enhances normally. No mass or pancreatic duct dilatation. No inflammatory change.
Kidneys: The kidneys are of normal size. There is no evidence of mass or hydronephrosis. No definite renal or ureteral calculi. Kidneys enhance normally.
Stomach/small intestine: The stomach is of normal appearance. No evidence of small bowel distention or other abnormality.
Large intestine:Large bowel is predominantly surgically absent. There is an anastomosis in the distal pelvis.
Appendix:Not definitely visualized.
Vascular:There is no evidence of aneurysm.
Pelvic contents:No evidence of free fluid or other pelvic abnormality.
Bones and soft tissues:No lytic or blastic bone lesion. No soft tissue masses.
Lymph nodes:There is no abdominal or pelvic adenopathy.

IMPRESSION: No acute finding. No etiology to patient's right flank pain identified.

This report was dictated at Workstation ID: PLA3136

Dictation Date/Time: 04/29/16 2:34 pm

WOOLVERTON-JONES, SHERRY J - 14015155

## Claim Details

Back to Claims

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | Claim | EXTPX9GP8T00 |
| Description | Methodist Memphis Healthcare | Type | Medical |
| Service Date(s) | 05/08/2016 | Status | Processed |
| Claim Received | 05/17/2016 | Network | Blue Network S |
| Claim Processed | 05/25/2016 | | |

Download EOB for this claim | Search all EOBs

| Claim Amount | | BCBST and Other Pay | | You pay | |
|---|---|---|---|---|---|
| Total charges | $5041.94 | BCBST pays you | $0.00 | Co-pay | $0.00 |
| Network saving | $3989.32 | BCBST pays provider | $1052.62 | Deductible | $0.00 |
| | | Other insurance pays | $0.00 | Coinsurance | $0.00 |
| | | HRA pays | $0.00 | Not covered | $0.00 |
| **Allowed amount** | **$1052.62** | **Covered amount** | **$1052.62** | **What you pay** | **$0.00** |

### Services

| Service | Submitted Charges | Allowed Amount | BCBST Pays Provider |
|---|---|---|---|
| Laboratory Services, Outpatient Facility | $31.00 | $0.00 | |
| Laboratory Services, Outpatient Facility | $54.00 | $0.00 | [illegible] |
| Laboratory Services, Outpatient Facility | $91.00 | $0.00 | [illegible] |
| Laboratory Services, Outpatient Facility | $95.00 | $0.00 | [illegible] |
| Laboratory Services, Outpatient Facility | $101.00 | $0.00 | [illegible] |
| Laboratory Services, Outpatient Facility | $108.00 | $0.00 | [illegible] |
| Laboratory Services, Outpatient Facility | $120.00 | $0.00 | [illegible] |
| IV Therapy, Outpatient Facility | $144.00 | $0.00 | [illegible] |
| Venipuncture, Facility | $60.00 | $0.00 | [illegible] |
| Contrast Material Outpatient, Facility *PSS | $91.80 | $0.00 | [illegible] |
| Drugs Requiring Specific ID-Detailed Coding, OPFacility, Rev636 *PSS | $2.14 | $2.09 | [illegible] |
| CAT Scan, Outpatient Facility-HTI/PRE-AUTH *PSS | $2776.00 | $256.53 | [illegible] |
| Medical Emergency, ER *PAI | $1368.00 | $794.00 | [illegible] |

## Claim Details

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | Claim | EXTP |
| Description | Kalsi, Carle C. | Type | Medi |
| Service Date(s) | 05/07/2016 | Status | Proce |
| Claim Received | 05/26/2016 | Network | Blue I |
| Claim Processed | 06/02/2016 | | |

Download EOB for this claim | Search

| Claim Amount | | BCBST and Other Pay | | |
|---|---|---|---|---|
| Total charges | $275.00 | BCBST pays you | $0.00 | Co-pay |
| Network saving | $43.63 | BCBST pays provider | $231.37 | Deductib |
| | | Other insurance pays | $0.00 | Coinsura |
| | | HRA pays | $0.00 | Not cove |
| **Allowed amount** | **$231.37** | **Covered amount** | **$231.37** | **What yo** |

### Services

| Service | Submitted Charges | Allowed Amount |
|---|---|---|
| Medical Emergency - ER Physician *PSV | $275.00 | $231.37 |

## Claim Details

Understanding Your Claim

| | | | |
|---|---|---|---|
| Member | SHERRY | Claim | EXTP |
| Description | Wilkerson, Benjamin W. | Type | Medic |
| Service Date(s) | 05/08/2016 | Status | Proce |
| Claim Received | 05/12/2016 | Network | Blue N |
| Claim Processed | 05/19/2016 | | |

Download EOB for this claim | Search a

| Claim Amount | | BCBST and Other Pay | | |
|---|---|---|---|---|
| Total charges | $315.00 | BCBST pays you | $0.00 | Co-pay |
| Network saving | $135.05 | BCBST pays provider | $179.95 | Deductib |
| | | Other insurance pays | $0.00 | Coinsura |
| | | HRA pays | $0.00 | Not cove |
| **Allowed amount** | **$179.95** | **Covered amount** | **$179.95** | **What you** |

### Services

| Service | Submitted Charges | Allowed Amount |
|---|---|---|
| [illegible] | $315.00 | $179.95 |

# FALL RISK

FIN: 46811742 WOOLVERTON-JONES, SI
MRN: 14015155 DOB F 44Y
GERMANTOWN

# Cerner Imaging Exam Report

Facility: **GERMANTOWN**

Patient Name: **WOOLVERTON-JONES, SHERRY J**

| | |
|---|---|
| MRN: **14015155** | DOB/Age/Sex: **44 Years Female** |
| FIN: **46635804** | Location: **4EDG/ /** |
| Patient Type: **Emergency** | Exam: **CT Thorax W Cont** |
| Accession No: **CT-16-0061076** | Exam Status: **Completed** |
| Exam Date/Time: **5/8/2016 03:07** | Transcriptionist: |
| Ordering Physician: **Kalsi , Carle Crane, MD** | Report Status: **Final** |
| Resident: | Transcribed Date/Time: |

Interpreting Physician: Wilkerson, Benjamin Wade MD

CT Thorax W Cont WOOLVERTON-JONES, SHERRY J - 14015155
* Final Report *

| | |
|---|---|
| Result Type: | CT Thorax W Cont |
| Result Date: | May 08, 2016 3:07 AM |
| Result Status: | Auth (Verified) |
| Result Title: | CT Thorax W Cont |
| Performed By: | Wilkerson , Benjamin Wade, MD on May 08, 2016 3:35 AM |
| Verified By: | Wilkerson , Benjamin Wade, MD on May 08, 2016 3:32 AM |
| Encounter info: | 46635804, GERMANTOWN, Emergency, 5/7/2016 - |

## * Final Report *

**Reason For Exam**
Pulmonary Embolism

**READ**
EXAMINATION: CT160061076, CT THORAX W CONT, 5/8/2016 2:29 AM

CLINICAL: Right chest and abdominal pain. Fever. Clinical concern for pulmonary embolus.

COMPARISON: Chest x-ray April 29, 2016.

TECHNICAL: Axial imaging of the chest with intravenous contrast. Coronal and sagittal reformats performed. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

FINDINGS:

The lungs are clear. The visualized thyroid appears normal. Normal appearance of the esophagus, vena cava, aorta, heart and mediastinum. No pulmonary embolus. No abnormality in the upper abdomen. No acute bony or soft tissue findings.

IMPRESSION:

No acute findings.

This report was dictated at Workstation ID: PLA62126

**Signature Line**
Dictation Date/Time: 05/08/16 3:35 am

Dictating Radiologist : Wilkerson , Benjamin Wade, MD

Signing Radiologist : Wilkerson , Benjamin Wade, MD

Printed by: Duvall , Donna , RN
Printed on: 5/8/2016 3:44 AM

Flowsheet Print Request

Patient: WOOLVERTON-JONES, SHERRY J
MRN: 14015155
Date Range: 5/6/2016 3:45 AM - 5/9/2016 3:45 AM
Printed by: Duvall , Donna , RN
Printed on: 5/8/2016 3:45 AM

| LABORATORY RESULTS | 5/7/2016 11:00 PM | 5/7/2016 10:58 PM |
|---|---|---|
| **CHEMISTRY** | | |
| Sodium | | 140 |
| Potassium | | 3.8 |
| Chloride | | 106 |
| Carbon Dioxide | | 29 |
| Urea Nitrogen | | 14 |
| Glucose, Serum | | 106 * H |
| Calcium | | 9.2 |
| CREATININE | | 1.01 * |
| Protein, Total | | 8.3 H |
| Albumin | | 4.2 |
| Total Bilirubin | | 0.2 |
| Alkaline Phosphatase | | 115 |
| AST | | 23 |
| ALT | | 57 H |
| GGT | 87 H | |
| Anion Gap | | 5 |
| Amylase, Serum | 41 | |
| Lipase, Serum | 191 | |
| GFR-Estimated | | 59.5 * L |
| **HEMATOLOGY** | | |
| WBC | | 8.4 |
| RBC | | 4.72 |
| Hemoglobin | | 13.4 |
| Hematocrit | | 40.4 |
| MCV Blood | | 85.7 |
| MCH Blood | | 28.3 |
| MCHC Blood | | 33.0 |
| RDW | | 18.9 H |
| Nucleated Red Blood Cells | | 0.0 |
| Platelet Count | | 410 H |
| MPV | | 8.3 |
| % Lymphs | | 32.2 |
| % Monos | | 12.9 |
| % Eosinophils | | 5.9 |
| % Basophils | | 1.3 |
| % Neuts | | 47.7 |
| Absolute Lymphs | | 2.70 |
| Absolute Monos | | 1.10 H |
| Absolute Grans | | 4.00 |
| Absolute Eosinophils | | 0.50 H |
| Absolute Basophils | | 0.10 |
| **COAGULATION** | | |
| INR | 1.1 * H | |
| Prothrombin Time | 14.5 * | |
| **URINE TESTS** | | |
| Color, UR | | Yellow |
| Clarity, UR | | Clear |
| Sp Gravity, UR | | 1.009 |

NM Bone/Jt Imag Whole Body WOOLVERTON-JONES, SHERRY J - 14015155
* Final Report *

| | |
|---|---|
| Result Type: | NM Bone/Jt Imag Whole Body |
| Result Date: | May 16, 2016 2:16 PM |
| Result Status: | Auth (Verified) |
| Result Title: | NM Bone/Jt Imag Whole Body |
| Performed By: | Hausmann , James Stanford, MD on May 16, 2016 3:40 PM |
| Verified By: | Hausmann , James Stanford, MD on May 16, 2016 3:37 PM |
| Encounter info: | 46811742, GERMANTOWN, NUCMED, 5/16/2016 - 5/23/2016 |

## * Final Report *

**Reason For Exam**
Pain

**READ**
CLINICAL INFORMATION: PAIN. Rib pain.

EXAMINATION: NM BONE/JT IMAG WHOLE BODY, 5/16/2016 11:15 AM, NM160007551

COMPARISON: Whole-body bone scan 9/17/2015 and CT thorax 5/8/2016 and CT abdomen and pelvis 4/29/2016

RADIOPHARMACEUTICAL: 29 mCi technetium 99m MDP IV.

FINDINGS: Delayed anterior and posterior whole body images are obtained as well as multiple spot views. There are small foci of activity involving posterior lateral right 11th and 12th ribs. These are most characteristic of rib fractures. Correlation with recent CT does demonstrate, in retrospect, a nondisplaced healing fracture involving the posterior lateral right 11th rib.

No other abnormal activity is seen. Kidneys and bladder are visualized.

IMPRESSION: Fractures posterior lateral right 11th and 12th ribs.

"This patient may be released based on the guidelines established in the state Division of Radiological Health regulations, Release of Patients Containing Radioactive Drugs or Implants."

NUCLEAR MEDICINE

This report was dictated at Workstation ID: PLA3135

**Signature Line**
Dictation Date/Time: 05/16/16 3:40 pm

Printed by: Powell , John H, APN FNP
Printed on: 6/6/2016 3:21 PM

# Cerner Imaging Exam Report

Facility: **Margaret West CBC - Methodist**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46811853**
Patient Type: **Outpatient**
Accession No: **DX-16-0194947**
Exam Date/Time: **6/27/2016 16:23**
Ordering Physician: **Martinez, Santos Fernando, MD**
Resident:
Interpreting Physician: **Blankinship Jr, Joseph P, MD**
Reason for Exam: **Other, Enter in Comments**

DOB/Age/Sex: **44 Years Female**
Location: **22RADBCG/ /**
Exam: **DXA Bone Density Study 1+Sites Axial**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

---

## READ

CLINICAL INFORMATION: Vitamin D deficiency, whole body scan for bone density

EXAMINATION: DXA BONE DENSITY STUDY 1+SITES AXIAL

The patient's height is 60.0 inches. The patient weight is 120.0 pounds.

BODY MASS TOTALS:

BMC: 1516.46g

BMD: 0.949 g/cm2

Fat: 25407.7g

Lean body mass: 26775.7g

Lean plus BMC: 28292.1g

Total: 53699.8g

Percent fat: 47.3%

| Region | BMD g/cm sq | T-Score | Z-Score |
|---|---|---|---|
| Left Hip (Total) | 0.737 | -1.7 | -1.4 |
| Left Femoral Neck | 0.588 | -2.4 | -1.9 |
| Right Hip (Total) | 0.738 | -1.7 | -1.4 |
| Right Femoral Neck | 0.569 | -2.5 | -2.1 |

# Cerner Imaging Exam Report

Facility: **Margaret West CBC - Methodist**

Patient Name: **WOOLVERTON-JONES, SHERRY J**
MRN: **14015155**
FIN: **46811853**
Patient Type: **Outpatient**
Accession No: **DX-16-0194947**
Exam Date/Time: **6/27/2016 16:23**
Ordering Physician: **Martinez , Santos Fernando, MD**
Resident:
Interpreting Physician: **Blankinship Jr, Joseph P, MD**
Reason for Exam: **Other, Enter in Comments**

DOB/Age/Sex: **44 Years Female**
Location: **22RADBCG//**
Exam: **DXA Bone Density Study 1+Sites Axial**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

| | | | |
|---|---|---|---|
| Whole Body | 0.949 | -2.0 | -1.9 |

IMPRESSION:
1. Whole body totals as detailed above.
2.. Osteoporosis based upon evaluation of the hips,

The examination was performed on a . If possible, for accurate comparison, future studies should be referred to the same unit and facility.

World Health Organization Guidelines For BMD Interpretation:
Normal (T-Score at or above -1.0)
Osteopenia (T-Score -1.1 to -2.4)
Osteoporosis (T-Score at or below -2.5)

This report was dictated at Workstation ID: PLA7128

Dictation Date/Time: 06/28/16 3:34 pm

Dictating Physician : Blankinship Jr, Joseph P, MD
Signing Physician : Blankinship Jr, Joseph P, MD
Final Signed Date/Time: 06/28/16 3:31 pm

****** Final Electronic Signature Line *******

***** END OF REPORT *****

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1005138
PATIENT NAME: SHERRY WOOLVERTON-JONES
SSN:
DOB:
ADDRESS:

06/29/16

TEL:

---

SANTOS F. MARTINEZ, MD GERMANTOWN

<u>SFM</u>

ASSESSMENT:

1. RIGHT POSTERIOR LOWER PERICOSTAL DISCOMFORT SINCE 04/2016 WITH BONE SCAN POSITIVE FOR FRACTURE RIGHT 11TH AND 12TH RIBS.
2. SUBOPTIMAL VITAMIN D LEVEL (14).
3. SUBOPTIMAL BONE DENSITY.
4. NARCOLEPSY.
5. BLOOD DYSCRASIA (ON COUMADIN).

HISTORY OF PRESENT ILLNESS: The patient is here in followup, and we reviewed her studies. Her vitamin D level was markedly decreased, and we already started having her take 50,000 international units once a week and take some calcium supplementation. Her bone scan was positive also with what appears to probably have been some form of stress fracture of 11th and 12th ribs on the right, which does coincide with her symptomatology.

PHYSICAL EXAMINATION: Pleasant, alert and oriented female. She has rather diffuse myofascial discomfort, paracervical, periscapular region; and she has discomfort right in the lower subcostal region on the right. She has a little costochondral tenderness also.

PLAN: We are going to need to get the patient in with Dr. David Guthrie to follow up on her bone density, reduced vitamin D level, all of which can contribute to not only the potential insufficiency fracture in the ribs, but some other generalized myalgias and arthralgias she has. I would like her vitamin D level to get a little bit more normal. We may consider doing an intercostal neural block combined with some soft tissue injections; however, she is on Coumadin, which would create some limitation given that she would have to be off of it for the number of injections we would contemplate performing. I would like her to go ahead and get in with her internist, and we will see about some other pain control issues. I am going to order some Lidoderm patches for her, and I would like to see her back in 3-4 weeks.

Electronically signed by Santos F. Martinez, MD
SFM:klmt/cd

**OPD - PERMANENT RECORD**

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1005138
PATIENT NAME: SHERRY WOOLVERTON-JONES
SSN:
DOB:
ADDRESS:

08/10/16

TEL:

---

SANTOS F. MARTINEZ, MD GERMANTOWN

**SFM**

ULTRASOUND-GUIDED INJECTION

CLINICAL CONDITION: RIGHT LOWER RIB FRACTURES.

PHYSICIAN: Santos F. Martinez, MD

NAME OF INTERVENTION: Ultrasound-guided T10-T11 intercostal neural injections.

SOLUTIONS UTILIZED: Celestone/lidocaine.

The patient was placed in the prone position and the area overlying the right posterior inferior hemithoracic region was prepped with chlorhexidine and alcohol. A sterile barrier was placed over the previously cleansed transducer head. Sterile gel was applied over the transducer head and, after optimal ultrasound positioning, 1% lidocaine was infiltrated subcutaneously (25 gauge needle) at the proposed site for the subsequent definitive treatment needle entry point. A sterile treatment needle was attached to the syringe containing Celestone/lidocaine. Under ultrasound guidance, precautions were made not to penetrate the pleura. Intercostal neural blocks were performed at 2 levels.

Electronically signed by Santos F. Martinez, MD
SFM:lm
DD: 08/10/16 DT: 08/11/16

OPD - PERMANENT RECORD

**CoaguChek®**

Help ? Logout

- Home
- Welcome
- Enter new test result
- Result history
- Time in Therapeutic Range
- Supply Order
- Change password
- My profile
- Contact us



SHERRY WOOLVERTON-JONES | Last INR Result - Date : 6.2 - 11/8/2016 | Patient ID : 1209339 | New action

Physician Name : Kirby SMITH | Physician Phone Number : (901)752-6131 | Test by Date : 11/19/2016

## Result Summary




Select a format. ▾ Export

© Roche Diagnostics 2016

This website contains information on products which is targeted to a wide range of audiences and could contain product details or information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information which may not comply with any valid legal process, regulation, registration or usage in the country of your origin.

| Entry method | Test location | Date and time of INR test result | INR test result | Unscheduled test | Out of target range |
|---|---|---|---|---|---|
| Web | CPS | 11/8/2016 2:57 PM | 6.2 | No | Yes |
| Web | CPS | 11/1/2016 5:55 PM | 4.1 | No | Yes |
| Web | CPS | 10/25/2016 8:34 AM | 7.6 | No | Yes |
| Web | CPS | 10/17/2016 2:20 PM | 5.1 | No | Yes |
| Web | CPS | 10/11/2016 9:03 AM | 2.3 | No | No |
| Web | CPS | 10/4/2016 6:58 PM | 6.5 | No | Yes |
| Web | CPS | 9/27/2016 2:16 PM | 3.0 | No | No |
| Web | CPS | 9/20/2016 2:42 PM | 2.5 | No | No |
| Web | CPS | 9/13/2016 2:08 PM | 7.2 | No | Yes |
| Web | CPS | 9/6/2016 4:30 PM | 2.6 | No | No |

Print This Page | Close This Window

Name: Sherry Woolverton-Jones | DOB: | MRN: 10321720 | PCP: David P Guthrie, MD

# COMPREHENSIVE METABOLIC PANEL - Details

About This Test

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| Sodium | **141.0** mEq/L | *136 - 145 mEq/L* |
| Chloride | **104.0** mEq/L | *98 - 107 mEq/L* |
| CO2 | **25** mEq/L | *21 - 32 mEq/L* |
| Glucose | **96.0** mg/dL | *74 - 106 mg/dL* |
| Potassium | **4.1** mEq/L | *3.5 - 5.1 mEq/L* |
| Calcium | **8.4** mg/dL | *8.5 - 10.1 mg/dL* |
| BUN | **17.0** mg/dL | *7 - 18 mg/dL* |
| Creatinine | **1.0** mg/dL | *0.6 - 1.0 mg/dL* |
| Total Protein | **7.1** g/dL | *6.4 - 8.2 g/dL* |
| ALP | **128.0** U/L | *46 - 116 U/L* |
| ALT | **74.0** U/L | *12 - 78 U/L* |
| AST | **64.0** U/L | *13 - 35 U/L* |
| Anion Gap | **12** | |
| BUN / Creatinine, Mass Ratio | **17** % | |
| Albumin | **3.5** g/dL | *3.4 - 5.0 g/dL* |
| Globulin Total | **4** | |
| Albumin / Globulin, Mass Ratio | **1** % | |
| Total Bilirubin | **0.1** mg/dL | *0.2 - 1.0 mg/dL* |
| GFR non-African American | **68** mL/min/1.73m'2 | |

BAPTIST onecare MyChart

Cambiar a Español

Welcome,
Sherry Woolverton-Jones

Log Out

Messaging | Visits | My Medical Record | Billing | Preferences | Resources

Sherry

# VITAMIN D 25 HYDROXY - Details

About This Test

Details | Past Results | Graph of Past Results

Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Vitamin D 25-OH** | **30** ng/mL | *SEE BELOW ng/mL* |

General Information

Collected: 09/26/2016 12:00 AM
Resulted: 09/27/2016 2:07 AM
Ordered By: Kirby Lee Smith, MD
Result Status: Final result
This test result has been released by an automatic process.

Back to the Test Results List

Home | Site Map | Terms & Conditions | Contact Us | Log Out

MyChart® licensed from Epic Systems Corporation, © 1999 - 2013.

# Your Plan of Care

This page is a convenient, printable summary of your plan of care as prepared by your care team.

**Sherry Woolverton-Jones**
**Plan of Care**

MRN <E1576271>
Description 45 year old female

### To Do List

**Monday November 28, 2016 2:00 PM**

Appointment with Kirby Lee Smith at Baptist Cancer Center Humphreys (901-752-6131)
80 Humphreys Center
Suite [illegible]
MEMPHIS TN [illegible]

### Recommended Care

| | Date Due |
|---|---|
| Influenza Vaccine | 9/1/2016 |
| Annual Mammogram Screening | 7/27/2017 |

### Care Team

| | |
|---|---|
| **David P Guthrie, MD** 731-[illegible] | PCP - General |
| **Patricia Pohland, RN** 901-752-6131 | Registered Nurse, Registered Nurse |
| **Kirby Lee Smith, MD** 901-752-6131 | Physician, Hematology and Oncology |
| **Cynthia Dixon, RN** 901-752-6131 | Registered Nurse, Registered Nurse |
| **Said I Nabhan, MD (Inactive)** 731-[illegible] | Physician, Gastroenterology |
| **Lee S Stein, MD** 901-747-1111 | Physician, Neurology |
| **John H Powell, NP** 901-752-6131 | Nurse Practitioner, Nurse Practitioner |
| **Patrick Christopher Toy, MD** 901-[illegible] | Physician, Orthopedic Surgery |
| **Santos F Martinez, MD** 901-[illegible] | Physician, Physical Medicine and Rehabilitation |
| **Roy Michael Oswaks, MD** 901-[illegible] | Physician, General Surgery |
| **Robert W Schriner, MD** 901-[illegible] | Physician, Pulmonary Disease |

### Current Medications

**alendronate (FOSAMAX) 35 MG tablet**
Take one tablet (35 mg total) by mouth every 7 days Take with 8oz water upon arising in AM. Sit up or stand for 30 minutes after taking.

**calcium carbonate-vitamin D 600 mg(1,500mg) -800 unit tablet**
Take 1 tablet by mouth one (1) time a day

**dextroamphetamine-amphetamine (ADDERALL XR) 30 MG 24 hr capsule**
Take one capsule (30 mg total) by mouth 2 (two) times a day

**enoxaparin (LOVENOX) 60 mg/0.6 mL SC syringe**
Inject 0.6 mL (60 mg total) under the skin 2 (two) times a day As directed prior to procedure

**estradiol (VIVELLE-DOT) 0.1 mg/24 hr patch**
Place 1 patch onto the skin 2 (two) times a week

**nortriptyline (PAMELOR) 25 MG capsule**

**ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet**
Take 8 mg by mouth every 8 (eight) hours as needed for nausea

**sodium oxybate (XYREM) 500 mg/mL oral solution**
3 grams twice at night

**VITAMIN D2 50,000 unit capsule**
[illegible] capsules one (1) time a day

**warfarin (COUMADIN) 5 MG tablet**
Take one tablet (5 mg total) by mouth daily after dinner As directed

**warfarin (COUMADIN) 5 MG tablet**
Take one tablet (5 mg total) by mouth See Admin Instructions Take 7.5 mg Monday & Friday, 5 mg remaining 5 days

### Current Health Issues

Excessive daytime sleepiness
Broken rib
Migraines
Narcolepsy
Neck pain
Sign and symptom in breast
Osteoporosis
Temporary loss of blood supply to brain
Blood clotting disorder
Osteoporosis

Back to the Previous Page



MyChart® licensed from Epic Systems Corporation, © 1999 - 2013.

| Date/Time | Description | Department |
|---|---|---|
| Monday October 17, 2016 2:00 PM | Office Visit with Kirby Lee Smith, MD | Baptist Cancer Center Humphreys |
| Thursday October 13, 2016 | Anti-coag Visit with Kirby Lee Smith, MD | Baptist Cancer Center Humphreys |
| Wednesday September 28, 2016 | Anti-coag Visit with Kirby Lee Smith, MD | Baptist Cancer Center Humphreys |
| Monday September 26, 2016 1:00 PM | Office Visit with Kirby Lee Smith, MD | Baptist Cancer Center Humphreys |
| Tuesday August 30, 2016 | Anti-coag Visit with Kirby Lee Smith, MD | Boston Baskin Cancer Foundation-Germantown |
| Wednesday August 24, 2016 2:00 PM | Office Visit with Kirby Lee Smith, MD | Boston Baskin Cancer Foundation-Germantown |
| Wednesday August 10, 2016 | Anti-coag Visit with Kirby Lee Smith, MD | Boston Baskin Cancer Foundation-Germantown |
| Monday August 08, 2016 1:30 PM | Office Visit with Robert W Schriner, MD | Memphis Lung Physicians Foundation - Collierville |
| Wednesday July 27, 2016 2:45 PM | Office Visit with Kirby Lee Smith, MD | Boston Baskin Cancer Foundation-Germantown |
| Wednesday July 13, 2016 2:00 PM | Office Visit with Kirby Lee Smith, MD | Boston Baskin Cancer Foundation-Germantown |
| Tuesday June 28, 2016 | Anti-coag Visit with Kirby Lee Smith, MD | Boston Baskin Cancer Foundation-Germantown |
| Monday June 06, 2016 2:30 PM | Office Visit with Kirby Lee Smith, MD | Boston Baskin Cancer Foundation-Germantown |

**Campbell Clinic**
901-759-3100
1400 S. Germantown Road
Germantown, TN 38138

*1005138-11*

Patient Name: WOOLVERTON-JONES, SHEF
DOB:
Age: 45y
Gender: Female

## PT / ATC/ OT ORDER SHEET

Date: October 13, 2016

Patient: WOOLVERTON-JONES, SHERRY

Diagnosis: Mechanical LBP, B/L Hip Pain

Doctor: Santos F. Martinez, M.D.

INSTRUCTIONS ______

X Evaluate and Treat as Indicated:
- ____ Evaluation
- ____ One Time Evaluation and Instruction in Home Program

x Modalities as Indicated / or Check:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ____ | Heat | ____ | Cold | ____ | WP | ____ | Elect. Stim. |
| ____ | Ultrasound | ____ | Phonophoresis | ____ | Iontophoresis | | |
| ____ | Massage | ____ | Traction | ____ | Tens | | |

x Therapeutic Exercise as Indicated / or Checked:

| | | | | | |
|---|---|---|---|---|---|
| ____ | Shoulder Program | ____ | Hip Program | ____ | Free Weights |
| ____ | Elbow Program | ____ | Knee Program | ____ | Aquatic Exercise |
| ____ | Wrist/Hand Program | ____ | Ankle Program | ____ | Joint Mobilization |
| ____ | Neck Program | | Foot Program | ____ | Soft Tissue Mobilization/Myofascial Release |
| x | Back Program | | | ____ | Isokinetic/Biodex Testing/Rehab |
| ____ | Home Exercise Program | | | | |
| ____ | Body Mechanics/Postural Instruction | | | | |
| ____ | Other/Specific Instructions: | | | | |

Isokinetic Extremity Evaluation (Kincom / Biodex)

____ Products

| | | | | | |
|---|---|---|---|---|---|
| ____ | Orthoplast Splint: ____ | | | ____ | Crutches |
| | | | | ____ | Walker |
| | | | | ____ | Cane |
| ____ | Lyncos Prefab Sport (add 1/4" heel lift) | | | ____ | Single |
| ____ | Dress | ____ | Diabetic | ____ | Quad |

Frequency / Duration:

____ Therapist Discretion ____ Daily x 2x / Week ____ 3x / Week

____ Number of Weeks: 4 - 6

Additional Comments: ______

This certifies medical necessity: S.F.M. [signature]
Physician's Signature

## ASSESSMENT: LUMBAR SPONDYLOSIS AT L5-S1 AND DISC HERNIATION.

L5-S1

Disc bulge and facet arthropathy combine with a small central disc herniation to produce mild central canal stenosis and mild bilateral neuroforaminal narrowing. The disc herniation approaches both traversing S1 nerve roots without clearly contacting them.

Impression

Mild central canal stenosis at L5-S1 secondary to disc bulging, small central disc herniation, and facet arthropathy.

Job Description

# Licensed Optician

*This position is responsible for assisting in the operation of a Department. An individual in this position will be expected to perform additional job related responsibilities and duties throughout the Facility as assigned and/or as necessary.*

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Provides Customer service by acknowledging the Customer, identifying Customer needs, assisting with purchasing decisions, locating merchandise, resolving Customer issues and concerns, and promoting products and services, while maintaining a safe shopping environment.

Maintains merchandise presentation in the Optical area by stocking and rotating merchandise, removing damaged or out-of-date goods, setting up, cleaning, and organizing product displays, signing and pricing merchandise appropriately, and securing fragile and high-shrink merchandise.

Maintains the Optical area in accordance with Company policies and procedures by properly handling claims and returns, zoning the area, arranging and organizing merchandise/supplies, identifying shrink and damages, and ensuring a safe work environment.

Receives and stocks merchandise/supplies from distribution centers and suppliers and organizes and maintains the Optical Area by following Company procedures, utilizing equipment appropriately, merchandising, and completing and retaining required paperwork, logs, and other documentation.

Operates equipment, such as cash registers and related tools, to process Customer purchases using appropriate procedures for different payment types and items sold.

Sells Optical products and services by assisting Customers with purchasing decisions, measuring, adjusting, and repairing frames and lenses, completing eyewear/contact lens orders, identifying and verifying prescription information, completing and maintaining paperwork, forms, and other required documentation, collecting payments for doctor services, and performing and recording results of optometric pre-tests.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Inventory — Handles, moves, and displays goods in safe and correct ways. Tracks goods, maintains in-stock levels, and controls shrinkage in a timely manner. Reports poor inventory practices and low in-stock levels in assigned area. Uses inventory tools and equipment in safe and correct ways.

Point-of-Sale — Follows proper procedures to prevent shrink and follows applicable laws and regulations when selling items to Customers. Assists Customers with payment methods, return policies, and location of items when asked. Uses the cash register and completes Customer sales in a timely manner. Reports complaints, shrink issues, and problems with products, services, and work areas.

Provide Best Patient Experience — Maintains the cleanliness and visual appeal of the Vision Center (for example, follows Division-approved dress code, upholds a professional atmosphere). Determines Patient needs and uses this information to make product and style recommendations. Ensures the right fit, form, and function of Optical products (for example, proper fitting heights, pantoscopic tilt, product care) throughout the Patient experience. Keeps Optical products (for example, contact lenses, frames, sunglasses, accessories, promotional items) neat, clean, and organized. Follows through on commitments to address Patient concerns and requests (for example, due dates, insurance information verification) in a timely manner. Places follow-up calls to Patients to ensure satisfaction. Cleans, calibrates, stores, and maintains equipment and tools in accordance with Vision Center policies and procedures (for example, cleans pupilometer before each use).

Grow the Business Through Trusted Eye Care — Educates others on and creates awareness of the importance of Eye Health Care (for example, Patient intercepts and conversions, conducts health fairs). Stays current on products and their features, advantages, and benefits, and promotes best value and best technology. Follows safety requirements and related laws and regulations (for example, HIPAA, OSHA) when assisting with or providing Optical products and services. Explains insurance options to Patients (for example, available plans, how they work, appropriate processing). Looks for and recommends ways to improve the Vision Center (for example, Patient experience, awareness of competitor pricing and services).

Judgment: Make Effective Choices - Uses policies, procedures, and/or guides to make good choices. Uses data and facts in order to make day-to-day decisions and involves others as needed. Recognizes what might be a problem and informs those who can correct it.

Customer Centered: Serve the Customer - Shows care and concern when serving our Associates and Customers. Asks questions in order to understand and meet Associate and Customer needs. Uses policies and information in order to exceed Associate and Customer expectations. Finds and uses the right resources (people, products, tools) at the right time in order to resolve Associate and Customer requests.

Execution and Results: Get Results - Ensures work is done correctly. Works on top priorities first. Makes a consistent effort to get results. Meets deadlines. Takes action in order to solve problems so work can be completed in a timely manner.

Planning and Improvement: Plan for and Improve Work - Accepts responsibility and meets expectations for own work. Identifies steps needed in order to carry out work as required.

Influence and Communicate: Share Information - Listens to others and asks questions to learn about what is needed. Communicates the right information to Associates and leaders when they need it. Communicates in a respectful and professional manner.

Ethics and Compliance: Perform to Ethical Standards - Follows Company policies and procedures. Shows integrity and ethical behavior in all work situations. Reports ethical and compliance issues promptly.

Adaptability: Adapt - Adapts to changing work demands. Stays focused on own work when faced with change or difficulties. Stays open to and learns from assignments and feedback.

# Licensed Optician

## Physical Activities

*The following physical activities are necessary to perform one or more essential function of this position.*

Visually verifies information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Reads information, often in small print.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

Presents information to small or large groups and individuals.

Observes Associate and Member behavior.

Moves, lifts, carries, and places merchandise and supplies weighing less than 10 pounds without assistance.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Enters and locates information on computer.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Communicates effectively in person or by using telecommunications equipment.

## Entry Requirements

### *Eligibility Requirements (Internal applicants only)*

Meet applicable eligibility requirements (see PD-05).

## Signature

I have read and understand the essential function for this position and certify that:

______ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

______ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |
|---|---|---|
| | | |



Liberty/Woolverton-Jones 0991

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216

SHERRY WOOLVERTON-JONES

0000

*400000200288D*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 14, 2018

SHERRY WOOLVERTON-JONES

0000

RE: WAL-MART STORES, INC.
Long Term Disability Benefits
Claim #: 7901760

MS. WOOLVERTON-JONES

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Tennessee law requires us to provide the following statement: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

Sincerely,

Tiffany Ivey
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Walmart Associate Earnings History Calculation**
Report Generation Date: 02/14/2018

**Associate Name: SHERRY WOOLVERTON-JONES**
**Emp ID/WIN#: 101755123**
**Claim#: 7901760**
**Product: LTD**

**Date of Disability: 4/19/2016**
**Last Day Worked: 4/18/2016**
**Date of Hire: 1/31/2013**

| **Monthly Salary Amount:** | **$4,076.12** |
|---|---|

## LTD Earnings History Detail

| Claim# | WIN# (Emp ID) | LAST NAME | FIRST NAME | PAY PERIOD FROM DATE | PAY PERIOD TO DATE | GROSS EARNINGS |
|---|---|---|---|---|---|---|
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 4/2/2016 | 4/15/2016 | $ 1,362.28 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 3/19/2016 | 4/1/2016 | $ 1,609.96 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 3/5/2016 | 3/18/2016 | $ 1,360.92 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 2/20/2016 | 3/4/2016 | $ 1,585.91 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 2/6/2016 | 2/19/2016 | $ 2,164.80 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 1/23/2016 | 2/5/2016 | $ 2,893.04 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 1/9/2016 | 1/22/2016 | $ 2,529.05 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 12/12/2015 | 12/25/2015 | $ 1,839.02 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 11/28/2015 | 12/11/2015 | $ 1,925.97 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 11/14/2015 | 11/27/2015 | $ 1,657.13 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 10/31/2015 | 11/13/2015 | $ 1,711.06 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 10/17/2015 | 10/30/2015 | $ 1,875.40 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 10/3/2015 | 10/16/2015 | $ 1,833.86 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 9/19/2015 | 10/2/2015 | $ 1,872.82 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 9/5/2015 | 9/18/2015 | $ 2,045.16 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 8/22/2015 | 9/4/2015 | $ 2,013.95 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 8/8/2015 | 8/21/2015 | $ 1,884.95 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 7/25/2015 | 8/7/2015 | $ 1,747.69 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 7/11/2015 | 7/24/2015 | $ 1,992.02 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 6/27/2015 | 7/10/2015 | $ 1,960.80 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 6/13/2015 | 6/26/2015 | $ 2,109.28 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 5/30/2015 | 6/12/2015 | $ 1,838.77 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 5/16/2015 | 5/29/2015 | $ 1,892.43 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 5/2/2015 | 5/15/2015 | $ 1,746.92 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 4/18/2015 | 5/1/2015 | $ 1,519.10 |
| 7901760 | 101755123 | WOOLVERTON-JONES | SHERRY | 4/4/2015 | 4/17/2015 | $ 1,941.19 |
| | | | | | **Average Monthly Amt:** | **$ 4,076.12** |

```
PCCI                         PERSONAL  CHOICE  INQUIRY1     02/13/18     06:36:01
 SSN: [redacted]   Work State: TN  Work Store: 06507     Pay Frequency: 2
 BID: 01742392 W   Plan Year: 2017  Division: 30  Store: 06507 Status: 1NF
Name: WOOLVERTON-JONES, SHERRY J          Sex: F   Age: 46   BirthDate: [redacted]
Addr: [redacted]                      Hire Date: 01/31/13       Term Date: 00/00/00
                                         Expat: N              Peak Time: 00/00/00
                     WIN: 101755123  Family Chg: 00/00/00     Reason Code:    AC
ASC HEALTH FLAG: T LAST UPDT: 07/29/13   SPO HEALTH FLAG: U LAST UPDT: 07/29/13
BROKER   ID: 0000 CODE: WMPC   NAME: WAL-MART PERSONAL CHOICE
PROVIDER ID: 2800 CODE: BAAWTO NAME: BlueAdvantage of Arkansas Alt Network
Pln Rsp Wait Late Cov Beg    Orig Cov    Arr Canc    Cov End     Chg Id     Chg Date
MED 1 00  90   N   01/01/15   05/01/13    05/26/17    05/26/17    MJJAMES    08/03/17

VIS 1      0       01/01/14   01/01/14    05/26/17    05/26/17    MJJAMES    08/03/17
DEN 2A    90   N   05/27/17   05/27/17    05/26/17    05/26/17    MJJAMES    08/03/17
ALI 2     90       05/27/17   05/01/13    06/13/17    06/13/17    MJJAMES    08/03/17
ADD 7A    90       05/27/17   05/27/17    06/13/17    06/13/17    MJJAMES    08/03/17
DLI 1A    90       05/01/13   05/01/13    06/13/17    06/13/17    MJJAMES    08/03/17
STD 5     90   N   01/01/16   05/01/13    00/00/00    00/00/00    BE625      10/12/16
LTD 4     90   N   01/01/16   05/01/13    00/00/00    00/00/00    BE625      10/12/16
STP
ENTER=Rtrv  PF4=IEHS/EBH  PF5=SUPI  PF6=Commt  PF7=Bwd  PF9=IEHI  PF11=LFHI
*** Personal Choice Info Retrieved ***
***  Comments Exist  ***                                                      BE815
```

PCCI [redacted] PERSONAL CHOICE INQUIRY1 02/13/18 06:38:21

SSN: [redacted] Work State: TN Work Store: 06507 Pay Frequency: 2

BID: 01742392 W Plan Year: 2016 Division: 30 Store: 06507 Status: 1NF

Name: WOOLVERTON-JONES, SHERRY J Sex: F Age: 46 BirthDate: [redacted]

Addr: [redacted] Hire Date: 01/31/13 Term Date: 00/00/00

Expat: N Peak Time: 00/00/00

[redacted] WIN: 101755123 Family Chg: 00/00/00 Reason Code: RW

ASC HEALTH FLAG: T LAST UPDT: 07/29/13 SPO HEALTH FLAG: U LAST UPDT: 07/29/13

BROKER ID: 0000 CODE: WMPC NAME: WAL-MART PERSONAL CHOICE

PROVIDER ID: 2800 CODE: BAAWTO NAME: BlueAdvantage of Arkansas Alt Network

| Pln | Rsp | Wait | Late | Cov Beg | Orig Cov | Arr Canc | Cov End | Chg Id | Chg Date |
|---|---|---|---|---|---|---|---|---|---|
| MED | 1 00 | 90 | N | 01/01/15 | 05/01/13 | 00/00/00 | 00/00/00 | SKWATSO | 02/08/17 |
| VIS | 1 | 0 | | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | SKWATSO | 02/08/17 |
| DEN | 2A | 90 | N | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | SKWATSO | 02/08/17 |
| ALI | 2 | 90 | | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | SKWATSO | 02/08/17 |
| ADD | 7A | 90 | | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | SKWATSO | 02/08/17 |
| DLI | 1A | 90 | | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | SKWATSO | 02/08/17 |
| STD | 5 | 90 | N | 01/01/16 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| LTD | 4 | 90 | N | 01/01/16 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| STP | | | | | | | | | |

ENTER=Rtrv PF4=IEHS/EBH PF5=SUPI PF6=Commt PF7=Bwd PF9=IEHI PF11=LFHI

*** Personal Choice Info Retrieved ***

*** Comments Exist *** BE815

PCCI PERSONAL CHOICE INQUIRY1 02/13/18 08:38:51

SSN: [redacted] Work State: TN Work Store: 06507 Pay Frequency: 2

BID: 01742392 W Plan Year: 2015 Division: 30 Store: 06507 Status: 1NF

Name: WOOLVERTON-JONES, SHERRY J Sex: F Age: 46 BirthDate: [redacted]

Addr: [redacted] Hire Date: 01/31/13 Term Date: 00/00/00

Expat: N Peak Time: 00/00/00

WIN: 101755123 Family Chg: 00/00/00 Reason Code: AE

ASC HEALTH FLAG: T LAST UPDT: 07/29/13 SPO HEALTH FLAG: U LAST UPDT: 07/29/13

BROKER ID: 0000 CODE: WMPC NAME: WAL-MART PERSONAL CHOICE

PROVIDER ID: 2800 CODE: BAAWTO NAME: BlueAdvantage of Arkansas Alt Network

| Pln | Rsp | Wait | Late | Cov Beg | Orig Cov | Arr Canc | Cov End | Chg Id | Chg Date |
|---|---|---|---|---|---|---|---|---|---|
| MED | 1 00 | 90 | N | 01/01/15 | 05/01/13 | 00/00/00 | 00/00/00 | BE732 | 11/17/14 |
| VIS | 1 | 0 | | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| DEN | 2A | 90 | N | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| ALI | 2 | 90 | | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| ADD | 7A | 90 | | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| DLI | 1A | 90 | | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| STD | 2 | 90 | N | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| LTD | 2 | 90 | N | 05/01/13 | 05/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| STP | 3A | 90 | N | 05/01/13 | 05/01/13 | 00/00/00 | 12/31/15 | C6HOLT | 04/28/14 |

ENTER=Rtrv PF4=IEHS/EBH PF5=SUPI PF6=Commt PF7=Bwd PF9=IEHI PF11=LFHI

*** Personal Choice Info Retrieved ***

*** Comments Exist *** BE815

Hello, please see attached and the email chain below. Please create a claim for the above ASC and assign to a DCM. Please let me know who the claim is assigned to so I can give them a heads up regarding the claim.

Thanks,

*Malcolm Siler*
Manager I - Lead
Liberty Mutual Benefits, Disability Claims
Liberty Mutual Insurance
P.O. Box 7216, London, KY 40742-7216
☎1-877-353-6404 ext. 18234
SDN: 873-18234
Fax: 1-603-334-8239
: **Malcolm.Siler@LibertyMutual.com**
Hours: 10:00 AM – 6:00 PM

This e-mail, and any attachments thereto, is intended only for the use of the addressees named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-877-353-6404 ext 18234 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Hagestad, Susan [mailto:Susan.Hagestad@sedgwickcms.com]
**Sent:** Monday, February 12, 2018 4:51 PM
**To:** Siler, Malcolm <MALCOLM.SILER@LibertyMutual.com>
**Subject:** RE: Sherry Woolverton-Jones

Hello Mr. Siler,

Thank you for contacting me so quickly.

Last date worked was 04-18-16
First date absent was 04-19-16
Her Walmart ID is 101755123.

Is there an application to complete or who should I have the attorney contact at Liberty Mutual? If you will let me know when the claim is set up, I will have information directed to the claim from Sedgwick.

Thank you, and let me know if additional information is required.

Susan
**Susan W. HagEstad**
**Litigation Manager, National Appeals Unit**
**Sedgwick CMS**
**susan.hagestad@sedgwickcms.com**
**Phone office: 469 417 6163**
**Cell : 682 367 6648**

**From:** Siler, Malcolm [mailto:MALCOLM.SILER@LibertyMutual.com]
**Sent:** Monday, February 12, 2018 3:34 PM
**To:** Rupe, Brian; Hagestad, Susan
**Subject:** RE: Sherry Woolverton-Jones

Hi Susan,

Thank you for contacting us and letting us know! We can get a claim setup for Ms. Woolverton-Jones, but to ensure we are creating a claim for the correct associate, can you provide me with her Emp ID number? Other information that would be helpful with creating the claim would be the last day worked and the date of disability.

Thanks,

*Malcolm Siler*
Manager I - Lead
Liberty Mutual Benefits, Disability Claims
Liberty Mutual Insurance
P.O. Box 7216, London, KY 40742-7216
☎1-877-353-6404 ext. 18234
SDN: 873-18234
Fax: 1-603-334-8239
: **Malcolm.Siler@LibertyMutual.com**
Hours: 10:00 AM – 6:00 PM

This e-mail, and any attachments thereto, is intended only for the use of the addressees named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-877-353-6404 ext 18234 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Rupe, Brian
**Sent:** Monday, February 12, 2018 4:15 PM
**To:** Hagestad, Susan <Susan.Hagestad@sedgwickcms.com>
**Cc:** Siler, Malcolm <MALCOLM.SILER@LibertyMutual.com>
**Subject:** RE: Sherry Woolverton-Jones

Hi Susan,

I am still highly involved with the Walmart account but I am no longer the contact for these matters. I have copied in Malcolm Siler so that he can assist you.

Thank you,

**Brian M. Rupe, FLMI, AIRC, ACS**
National Account Executive
Liberty Mutual Benefits
Phone: 1-877-353-6404, ext. 28232
Cell: 980-266-5983
Brian.Rupe@LibertyMutual.com

**From:** Hagestad, Susan [mailto:Susan.Hagestad@sedgwickcms.com]
**Sent:** Monday, February 12, 2018 4:04 PM

**To:** Rupe, Brian <BRIAN.RUPE@LibertyMutual.com>
**Subject:** Sherry Woolverton-Jones
**Importance:** High

Hello Mr. Rupe,

I got a message from Becky Kohler (Appeal Manager with Sedgwick) to contact you on the above.

The facts are that the STD claim for Ms. Woolverton-Jones was denied and upheld on appeal. The attorney for the claimant is Sam Payne. (phone number is: 615 234 6000). He has filed suit and has requested that we get her set up for LTD. He would like an application or whatever your process is for that. Mr. Payne understands that the LTD is handled by Liberty Mutual but is having difficulty speaking with someone there.

Also, since it was denied, we never sent you the electronic information at 18 weeks, so how would you like to get that information at this time. If we can get a claim set up for LTD with Liberty Mutual, then we could probably forward our information to you.

Please let me know if this will work or if you have a different suggestion. We do have defense attorney on this claim, and his name is Gordon Howard, with Russell & Oliver in Memphis. His number is 901 844 4449.

I want to provide you with all the information you need, but I am happy to continue to assist with the process between Sedgwick and Liberty Mutual. Please let me know your thoughts.

Thank you for your assistance.

**Susan W. HagEstad**
**Litigation Manager, National Appeals Unit**
**Sedgwick CMS**
**susan.hagestad@sedgwickcms.com**
**Phone office: 469 417 6163**
**Cell : 682 367 6648**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this

recipient's email gateway via industry-standard TLS encryption.

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

---

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

## − Benefit Schedule

| From Date | Through Date | Frequency |
| --- | --- | --- |
| 4/26/2016 | 10/24/2016 | Bi-Weekly |

Liberty/Woolverton-Jones 1002

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SHERRY WOOLVERTON-JONES

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

February 13, 2018

Ms. Sherry J. Woolverton-Jones

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7901760

Dear Ms. Sherry Woolverton-Jones:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about October 25, 2016, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond October 25, 2016, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before October 25, 2016, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603) 334-8380 or mail them in the enclosed envelope by March 29, 2018:

X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Resources for Living
X Authorization to Obtain and Release Psychotherapy
X Authorization to Obtain and Release Information
X Copy of Driver's License

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On February 13, 2018, we contacted your treating providers requesting the following information:

ALL Medical records dated April 1, 2016 - the present

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by March 29, 2018. Your cooperation in providing the requested information is essential to our claims review.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, March 29, 2018.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you will qualify for LTD benefits.

If you will be returning to work on or before October 25, 2016, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time.

Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

Sincerely,

Tiffany Ivey
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18150
Secure Fax No.: (603) 334-8380

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380



**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones

CLAIM NO: 7901760 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual INSURANCE



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Liberty Mutual INSURANCE



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return To:** Tiffany Ivey

EMPLOYEE/CLAIMANT NAME: Sherry Woolverton-Jones
CLAIM NO: 7901760
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2016 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8380

**Return to:** Tiffany Ivey

**EMPLOYEE/CLAIMANT NAME:** Sherry Woolverton-Jones **CLAIM #:** 7901760
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week at:

**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

# Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE NAME ______________________________________ CLAIM NO: _______________________

EMPLOYER/SPONSOR/CUSTOMER NAME __________________________________________________________

Return to: ____________________________________

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility or, other health care providers to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

______________________________________ ______________________________________

Claimant Name ( Print) Date of Birth

______________________________________ ______________________________________

Claimant Signature Date

______________________________________

Claim Number:

Liberty Mutual INSURANCE

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

EMPLOYEE NAME ______________________________ CLAIM NO: ________________
EMPLOYER/SPONSOR/CUSTOMER NAME ______________________________
Return to: ______________________________

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed;

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, and entitlement dates.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

______________________________ ______________________________
Claimant Name ( Print) Date of Birth

______________________________ ______________________________
Claimant Signature Date

______________________________
Claim Number:

DP432 (rev 06/12)