US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 09 2020

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**SHERRY WOOLVERTON-JONES,**

Plaintiff/Appellant,

v.

Case No.: 5:19cv05072-TLB

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**
Defendant/Appellee.

---

## MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO OBTAIN NEW COUNSEL

---

Comes now the Appellant, Sherry Woolverton-Jones, and requests a thirty (30) day extension of time within which to have a new attorney file a notice of appearance on her behalf; allowing for a January 20th, 2020 due date.

This is Movant's first (1st) request for an extension in this case.

The reason for which the Appellant is requesting an extension of time is based upon difficulty obtaining new counsel within the Western District of Arkansas, offices

closing out their fiscal year, and many taking time off for the holidays. The Appellant, further prays, that the Court will adjust all other document due dates appropriately based on this thirty (30) day extension request.

Respectfully submitted,

Sherry Jo Woolverton-Jones
Plaintiff Pro-Se
1858 Wheeler Street
Dyersburg, Tennessee 38024
Telephone: (731) 676-1067

## Affidavit

I, Sherry Jo Woolverton-Jones, swear and/or affirm that all of the facts stated in this motion are true and correct to the best of my knowledge.

Sherry J Woolverton-Jones
Signature of the Appellant

Sherry Jo Woolverton-Jones
Printed Name of the Appellant

Sworn to and subscribed before me

This the 7th day of January, 2020.

Keisha Taylor
Signature of Notary Public

Keisha Taylor
Printed Name of Notary Public

Commission Expires: March 21, 2020

KEISHA TAYLOR STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF DYER

## Certificate of Service

I, Sherry Jo Woolverton-Jones, certify that a true and exact copy of the foregoing motion has been forwarded by the United States Postal Service on the 7th day of January, 2020 to the following parties and/or their counsel of record to the following address:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road; Suite 550
Dallas, Texas 75254-7899

PRESS FIRMLY TO SEAL

PRESS FIRMLY

UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL EXPRESS

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 054 307 165 US

Received WD/AR

JAN 0 9 2020

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE 731, 676-1067

Sherry Woolverton-Jones
1858 Wheeler Street
Dyersburg, TN 38024

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) [illegible] addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE 479, 521-6980

United States District Court
Office of the Clerk
35 E. Mountain Road, Room 510
Fayetteville, Arkansas

ZIP + 4® (U.S. ADDRESSES ONLY) 72701-

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
| --- | --- |
| | U.S. Clerk's Office |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO

| | | | |
| --- | --- | --- | --- |
| PO ZIP Code: 38024 | Scheduled Delivery Date (MM/DD/YY): 01-09-20 | Postage: $ 25.50 | |
| Date Accepted (MM/DD/YY): 01-07-20 | Scheduled Delivery Time: ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 1:30 ☐ AM ☑ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 25.50 | |
| Weight: ☑ Flat Rate lbs. ozs. | Acceptance Employee Initials: JRR | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| --- | --- | --- |
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE