IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHERRY WOOLVERTON-JONES PLAINTIFF

Civil Case No. 19-5072

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON DEFENDANT

**O R D E R**

On January 9, 2020, Plaintiff, who currently is appearing *pro se,* filed a motion for an extension of time to obtain new counsel. (Doc. 24). Based on the reasons set forth in the motion, the Court hereby grants Plaintiff's motion. Plaintiff shall have until February 10, 2020, in which to have an attorney file a notice of appearance on her behalf.

Based on the foregoing, Plaintiff's brief is now due on March 11, 2020. Defendant's brief must be filed within 30 days thereafter.

IT IS SO ORDERED this 9th day of January 2020.

/s/ Erin L. Wiedemann
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE