**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES, PLAINTIFF**

**v. CIVIL ACTION NO. 5:19cv05072-TLB**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DEFENDANT**

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sherry Woolverton-Jones and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

By: [signature]

Sherry Jo Woolverton-Jones
Plaintiff Pro Se
1858 WHEELER STREET
Dyersburg, Tennessee 38024
Phone: (731) 676-1067

PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar No. 16452560)

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT