**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SHERRY WOOLVERTON-JONES** **PLAINTIFF**

**NO. 19-5072**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 28th day of January, 2020, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: Teri Gunderson
Deputy Clerk